UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT, | ) |
| | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) CIVIL ACTION NO. _____ |
| v. | ) |
| | ) |
| GOTPER6067-00001and DOES 1-5, dba | )   **VERIFIED COMPLAINT** |
| ENCYCLOPEDIADRAMATICA.SE, and | ) |
| BRIAN ZAIGER | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

Plaintiff, by and through his counsel, on personal knowledge as to his own actions and on

information and belief as to the actions, capabilities and motivations of others, hereby alleges the

following:

## INTRODUCTION and BACKGROUND

1.      Plaintiff is the copyright owner of five literary and visual works and the holder of

certificates of registration for each issued by the United States Copyright Office.  This case arises

from the bad faith copyright infringement of Plaintiff's copyrighted works by anonymous,

scofflaw Internet website operators who operate what they call "a satirical wiki" called

encyclopediadramatica.se and who state they are "physically located somewhere between

Nigeria and Romania… [and are bound by] no legislation regarding international copyright."

According to Defendants' terms of service, posters to encyclopediadramatica.se grant them "a

perpetual, irrevocable, worldwide, non-exclusive, royalty-free, sublicensable and transferable

license" for, among other things, commercial purposes including for promotion of their own

products or "third party products or services." Among other things Defendants sell merchandise

to US consumers including tee shirts offered on their Facebook page

at  https://www.facebook.com/encyclopediadramaticase/.  Defendants' published policy is that

neither lawsuits for defamation nor takedown requests under the Digital Millenium Copyright

Act can affect them. There is no registered address or location for Encyclopediadramatica.se.

Defendants  do not disclose on either their website or any of their domain registrations the

identity and contact information of the website's administrator.  Exhibit A are true and accurate

copies of Defendants' privacy policy, copyright policy, pseudonym list of officers and managers,

and removal policy as of October 28, 2016.

    2.    The works at issue and their respective registrations are as follows:

        a.    Literary work consisting of text sent from account "mitcarpediem".
US Copyright Office Registration No. TXu001816801 dated February 15, 2011;

        b.    Literary work starting "Hey! Let" and ending "?Ciao, bella!".
US Copyright Office Registration No. TXu001816801 dated August 16, 2012;

        c.    Literary work starting "I'm laughing?"    US Copyright Office
Registration No. TXu001816802 dated February 15, 2011;

        d.    Visual material Photographic work depicting performer in beaver costume
with MIT shirt. US Copyright Office Registration No. VAu001058248 dated
February 15, 2011;

        e.    Visual material "Websites of Jonathan Monsarrat." US Copyright Office
Registration No.VA0001876289  dated May 20, 2013.

    3.    The infringing material, both literary and visual works, first appeared on the

website, www.encyclopediadramatica.com; and, in January 2011, that website's then designated

DMCA agent initially complied with Plaintiff's takedown notice under the Digital Millenium

Copyright Act, 17 U.S.C. § 512 and removed the infringing material. However, a counter-

designation under 17 U.S.C. § 512 (g), claiming rights in the material, was filed by a person who

upon information and belief had posted the infringing materials on the website.

4.     On February 15, 2011, Plaintiff filed an action in this Court, case 1:11-cv-10248-DPW, for copyright infringement against the individual, a New York City resident, who had filed the counter-designation seeking both an injunction and damages for her unauthorized copying and public display of Plaintiff's copyrighted works on, among other places, the website, www.encyclopediadramatica.com.  On February 1, 2012, this Court, the Hon. Douglas P. Woodlock presiding, entered a default judgment. A true and accurate copy of the 2012 judgment is Exhibit B.

5.     Upon information and belief, on or about March 21, 2012, Defendants migrated the country domain for the encyclopediadramatica website to Sweden.

6.     After that migration the materials adjudged by this Court to infringe Plaintiff's copyrights reappeared, and continue to be published and/or publicly displayed, on Defendants' website at www. Encyclopediadramatica.se.

7.     Upon information and belief based on a search on February 22, 2017 of the United States Copyright Office at no time has Encyclopediadramatica.se had a designated agent to receive notifications of claimed infringement as required by 17 U.S.C. §512 (c)(2). Plaintiff's requests first to the then domain registrar and subsequently to the then hosting service for Encyclopediadramatica.se to remove the infringing materials have been ignored.

8.     Defendants have registered and are using the internet domain name of "encyclopediadramatica.se" with a stated intent of evading applicable copyright and other laws.

9.     Defendants are engaged in an intentional, knowingly unauthorized reproduction and public display of Plaintiff's copyrights.

## NATURE OF THE ACTION

10.     This is a civil action seeking damages and equitable relief for copyright infringement under the Copyright Act, 17 U.S.C. §§ 101 *et seq*.

## JURISDICTION AND VENUE

11.     This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a), and 17 U.S.C. § 502.

12.     Defendants are subject to the jurisdiction of this Court pursuant to Mass. Gen. Laws, Chapter 223A §§ 3(a) and (c)  because: (1) they committed tortious acts outside of Massachusetts, including by infringing on Plaintiff's copyrights; (2) the cause of action arose out of the publication of a website that is continuously available to Massachusetts residents and caused tortious injury in Massachusetts to Plaintiff; (3) the tortious acts caused and continue to cause injury to Plaintiff who resides and does business in Massachusetts; (4) upon information and belief because according to their privacy policy Defendants maintain records showing the "approximated location" and/or because of its agent's maintenance of a "cookie" maintaining a record of displays of the infringing materials to users, Defendants not only expected or should have reasonably expected their acts to have consequences in Massachusetts, but specifically intended to harm Plaintiff in Massachusetts; and, (5) upon information and belief, Defendants derive revenue from interstate or international commerce.

13.     Alternatively Defendants are subject to the jurisdiction of this Court pursuant to Fed. R. Civ. P. 4(k)(2). Upon information and belief Defendants have targeted their infringing website to a United States audience, they market their website to United States users, and they

have entered into various agreements with third parties in the United States in furtherance of their unlawful activities, including one or more domain name registrars, and Internet Service Providers.

14.     Venue is proper in this District pursuant to 28 U.S.C. §1391(b), (c)(3) and/or 28 U.S.C. § 1400(a) in that Defendants are entities or individuals subject to personal jurisdiction in this District.  Defendants, are not, upon information and belief, residents of the United States.

## THE PARTIES

15.     The Plaintiff, Jonathan Monsarrat, is an individual who is an entrepreneur residing in Cambridge Massachusetts.

16.     On information and belief, Defendants  operate the website encyclopediadramatica.se from unknown locations outside the United States.

17.     Does 1-5 are individuals who, along with gotper6061-00001, own and/or operate the website encyclopediadramatica.se, but whose identities and addresses are currently unknown to the Plaintiff.

18.     Upon information and belief based on  his LinkedIn™ account as of February 23, 2017,  from April 2011 to the present the Defendant Brian Zaiger  has been employed by Edrama Limited of Stockholm, Sweden as "Administrator" of "the website Encyclopedia Dramatica" and lives or works in the "Greater Boston Area."

### Defendants' efforts to evade Copyright Enforcement in the United States

19.     From and after obtaining a registration of the domain name

encyclopediadramatica.se in 2012 to date, Defendants have used six different anonymous

acronyms to identify themselves as the owner/holders of this website; from September 10, 2015

to date, the registered domain owner has been "gotper3946-00001," "gotper1461-00001," and

most currently the Defendant "gotper6061-00001." The relevant registration record contains no

disclosure of any email or physical address for any one or more of "Admin contact," "Technical

contact," or "Billing contact" for the Defendant gotper6061-00001.   See Exhibit C (Whois

registration record for encyclopediadramatica.se and IP Address 104.25.57.111, and Domain

Report for encyclopediadramatica.se).

20.     The .se domain is administered by the Internet Society of Sweden, headquartered

in Stockholm Sweden which upon information and belief allows the Defendants as domain

owners to change registrars freely and at any time. From January 1, 2015, to date the Defendants

have had four different registrars for their website encyclopediadramatica.se with the current

registrar for the Defendants D/B/A gotper6061-00001 being Key-Systems Gmbh, a German

company. Upon information and belief it is not necessary for a website operator to have any

association with Sweden in order to acquire and use a ".se" domain name.

21.     The registered Internet Protocol ("IP") address" for the website

www.encyclopediadramatica.se is 104.25.57.111 the server for which is physically located in

Phoenix, Arizona.  The IP address and server belong to Cloudflare, Inc., a Delaware corporation

headquartered in San Francisco, California ("Cloudflare"). See Exhibit C.

22.     Defendants employ the services of Cloudflare, as an Internet Service Provider,

upon information and belief, for among other purposes, to conceal the location of Defendants'

server(s) and thereby enable Defendants to evade the Copyright Act.  According to Defendants'

privacy policy, "Cloudflare stores a small cookie in your browser for defining the date you last visited the site, thus deciding to send you a new cached copy of a piece of content or making no changes."

23.    From October 6, 2014 to date, while Defendants have registered, upon information and belief, five different pseudonym owners of their website and had five different registrars of their domain name   Cloudflare has continuously provided the authoritative nameservers for Defendants' website providing a so-called "pass-through security service" that acts as a "middleman" that sits between Defendants' website and the users who interact with it.

24.    On November 9, 2016, Plaintiff submitted a copyright complaint notice to Cloudflare including Plaintiff's sworn attestation of the registration of copyrights, the 2012 judgment and the continued and ongoing infringing display on Cloudflare's server and IP address. In his copyright complaint notice Plaintiff also asked Cloudflare to give notice of his infringement claim to Cloudflare's customer, the otherwise anonymous Defendants.

25.    On February 7, 2017, Cloudflare's "Legal Team" informed  Plaintiff that "Cloudflare is a reverse proxy, pass-through security service and a content distribution network (CDN) …[that Cloudflare] is not a hosting provider … [and does] not have access to our customer's content." Cloudflare "suggest[ed] that … [Plaintiff] get in direct contact with the website owner or the hosting provider." Cloudflare did not inform Plaintiff of any contact information for its customer, namely the Defendants, but did inform Plaintiff of the identity of Defendants' current hosting provider, NationalNet, Inc., located in Marietta, Georgia.

## COUNT ONE

## SECONDARY COPYRIGHT INFRINGEMENT

7

26.     Plaintiff repeats and realleges every allegation contained in paragraphs 1 through 25 as if fully set forth herein.

27.     The Defendants knew and/or had reason to know of the direct infringement of Plaintiff's copyrights.

28.     Despite actual knowledge and/or constructive knowledge that infringing materials have been, and continue to be, published and/or publicly displayed to users by means of their website, Defendants continued to store copies of Plaintiff's copyrighted works on their servers and then via its agent's servers in the United States display those copies to users in the United States.

29.     Defendants knowingly cause and otherwise materially contribute to these unauthorized publications and public displays of Plaintiff's copyrighted works.

30.     Defendants, without permission or consent of the Plaintiff, have engaged in unauthorized reproduction, distribution and public displays of Plaintiff's registered copyrights. Such reproduction, distribution and public displays constitute infringement of Plaintiff's registered copyrights and the exclusive rights of copyright in violation of 17 U.S.C. § 106(1), (3) and (5).

31.     The infringement of Plaintiff's rights in each of his registered copyrights constitutes a separate and distinct act of infringement.

32.     Defendants' acts of infringement are willful, intentional, and purposeful, in disregard of, and indifferent to, the rights of Plaintiff.

33.     Defendants are vicariously liable for this actionable infringement. Defendants have the right and ability to supervise and control the infringing activities that occur through the use of their website, and upon information and belief based on their website's Copyright and privacy terms of use and their offering for sale of merchandise on their Facebook page derive financial benefit from re-publication and/or other public display of material posted on their website. Defendants proclaim they are not bound by the Copyright Act and have failed and/or refused to comply with Plaintiff's takedown demands.

34.     As a direct and proximate result of Defendants' willful infringement of Plaintiff's copyrights and exclusive rights under copyright, Plaintiff is entitled to the maximum statutory damages, pursuant to 17 U.S.C. § 504(c)(2), in the amount of $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504(c). In the alternative, at Plaintiff's election pursuant to 17 U.S.C. § 504(b), Plaintiff is entitled to his actual damages, including Defendants' profits from infringement, in amounts to be proven at trial.

35.     Plaintiff is entitled to his costs, including an award of reasonable attorneys' fees, pursuant to 17 U.S.C. § 505.

36.     Defendants do not qualify for protection of any the safe harbor provisions of 17 U.S.C. § 512.

37.     Defendants' conduct is causing, and, unless enjoined by this Court, will continue to cause Plaintiff great and irreparable injury that cannot fully be compensated or measured in money. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a preliminary injunction and a permanent injunction prohibiting infringement of Plaintiffs' copyrights and exclusive rights under copyright.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1.    For a declaration that Defendants have willfully infringed and continue to
      willfully infringe Plaintiff's registered copyrights.

2.    For such equitable relief under Titles 17 and 28, and this Court's inherent
      equitable powers, as is necessary to prevent or restrain infringement of Plaintiffs'
      copyrights, including preliminary and permanent injunctions requiring Defendants
      and their officers, agents, servants, employees, attorneys, and others in active
      concert or participation with each or any of them to:

      a.   cease infringing, or causing, enabling, facilitating, encouraging, promoting
           and inducing or participating in the infringement of, any of Plaintiffs'
           copyrights.

3.    For statutory damages pursuant to 17 U.S.C. § 504(c), in the amount of $150,000
      per infringed work, arising from Defendants' willful violations of Plaintiff's
      rights under the Copyright Act or, in the alternative, at Plaintiff's election
      pursuant to 17 U.S.C. § 504(b), Plaintiff's actual damages, including Defendants'
      profits from infringement, in amounts to be proven at trial.

4.    For an accounting, the imposition of a constructive trust, restitution of
      Defendants' unlawful proceeds from copyright infringement, and damages
      according to proof.

5.     For Plaintiff's costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. §
      505.

6.      For prejudgment and postjudgment interest;  and

7.      For such other and further relief as the Court may deem just and proper.


DATED:  February 24, 2017

Respectfully submitted,

JONATHAN MONSARRAT,

Plaintiff,

By his attorney,

*ss/ Richard A. Goren*
Richard A. Goren, Esq. BBO #203700
Law Office of Richard Goren
One State Street, Suite 1500
Boston, MA 02109
617-933-9494
rgoren@richardgorenlaw.com

### VERIFICATION

On this ___ day of February, 2017, I, Jonathan Monsarrat, the Plaintiff in the above captioned case, hereby declare under the penalty of perjury that I make the foregoing allegations in part upon my own personal knowledge and in part upon the investigation of my counsel, and that to the best of my knowledge the allegations contained herein are true and correct, except as to the matters alleged on information and belief, and that as to those matters I believe them to be true.

_____
Jonathan Monsarrat

COMMONWEALTH OF MASSACHUSETTS

middlesex , ss,

On this 24 day of February, 2017, before me, the undersigned notary public, personally appeared Jonathan Monsarrat who proved to me through satisfactory evidence of identification, which was his driver's license, to be the person whose name is signed on the preceding verified complaint and acknowledged to me that he so signed it voluntarily under the penalties of perjury for its stated purpose.

_____
Notary Public
My Commission Expires:

12

# EXHIBIT A

EncyclopediaDramatica.se Main Page (accessed on 2/27/17) and published privacy

policy, copyright policy, pseudonym list of officers and managers, and removal

policy (accessed on 10/28/16). [YELLOW HIGHLIGHTING ADDED]




**Anonymous VPN Service + Torrent Proxy**

**LIMITED RUN ED SHIRTS AND HOODIES, 2 WEEKS ONLY!**



- Forum

- IRC

- Web IRC

- Group

- Page

- Twitter

- Blog

- Reddit

- DeviantART

- Steam

- Discord

- Twitch.tv

-  **Google+**

-  **YouTube**

  -  **8chan**

    -  **Gab**

  -  **Liberapay**
- **Trending Articles**

  - **Portals**

- **The Current Year**

  - **ED in the News**

    - **Admins**

  - **Donate to ED**

  - **Advertise on ED**

  - **ED Bookmarklet**

# Main Page/contact

### From Encyclopedia Dramatica

### Community Portal

- Questions about Encyclopædia Dramatica can be asked at the Thizzlehat Junction Center.



**ED Policy Page**
This article defines official ED Policy.
**Shortcut:** ED:CONTACT

### Encyclopædia Dramatica Forums

- **EDF2: Electric Boogaloo** (http://forum.encyclopediadramatica.se)

### ED IRC Network

- To find us get on IRC faggot. The general ED IRC channel is:
  - #ED (irc://irc.wtfux.org/ed)

- To watch the lulz scroll by on IRC in real-time, go to:
  - #ED_Logging (irc://irc.encyclopediadramatica.se/ED-Logging)

### Email

- Encyclopædia Dramatica email (general): contact@encyclopediadramatica.se (mailto:contact@encyclopediadramatica.se)

*Note: Not everyone with an \*@encyclopediadramatica.se email address is an official ED representative. Email the above address to make sure the person who you're communicating with officially represents ED.*

### ED Staff

- Ask ED staff for help.
  - These are the sysops.
- You can email the admins instead of messaging them on their talk page, but please note that an admin must have "enable email from other users" enabled in order to receive email. If there is no "Email this user" link in the sidebar toolbox on the admin's user/talk page, this means that they have email **disabled**.

---

## You can also follow us on these social outlets

       

Retrieved from "https://encyclopediadramatica.se/Main_Page/contact"
Categories: ED Policy | Site News | Encyclopedia Dramatica
VPN Service

At Encyclopedia Dramatica (abbreviated ED in this document), hosted at https://encyclopediadramatica.se, physically located somewhere between Nigeria and Romania, we take privacy very seriously. Thus, we have provided this policy information.

**Contents**

1 De facto acceptance

2 Situations

   ○   2.1 On wiki

      ▪   2.1.1 Email

      ▪   2.1.2 Advertisement

      ▪   2.1.3 Cookies

      ▪   2.1.4 CheckUser

      ▪   2.1.5 Articles

      ▪   2.1.6 Media

      ▪   2.1.7 Legal

   ○   2.2 On Forum

   ○   2.3 On IRC

3 Definitions

## De facto acceptance

In order to use, browse, edit or connect to ED, you must accept our policies. If you don't conform to them, you should leave promptly.

## Situations

Now, we are going to depict the ways your user data is stored with us and how we will share it with third parties.

### On wiki

This is data related with https://encyclopediadramatica.se, our network main site and wiki.

### Email

We will never give away or sell your email, but we reserve the right to send you email whenever we want for whatever reason we please.

### Advertisement

We will never sell nor share your information with third parties for advertisement. ED's demographics are well known and no more additional data is required. All the ads are hosted on our network and the links within them can share some information with them when clicked, such as:

- Hour of link clicking
- IP of user
    - Country
    - Approximated location (not very accurate)
- Browser used
- Screen resolution
- OS used

This is gathered **only** when the link is clicked.

All the data given is what you give in every site you visit, and it may be used by the advertisers to make impersonal statistics of their campaign.

## Cookies

There are two main cookies when visiting ED's wiki.

- Cloudflare cache's
- MediaWiki's

Cloudflare stores a small cookie in your browser for defining the date you last visited the site, thus deciding whether to send you a new cached copy of a piece of content or making no changes.

Also, MediaWiki stores a cookie for setting up a "user session" when you log in, bound to your user account. Ergo, we can provide more accurate support, our blocks are more effective and you don't need to log in every time you close the site.

## CheckUser

CheckUser is a tool for getting IPs, UserAgents and XFF headers from users, and its associated edits. It can only be used by two staff members in the bureaucrat usergroup. It is used cautiously for fighting wiki vandalism and for keeping disruptive users banned.

## Articles

We already have a strong article content policy, but, there are some things that you must understand:

- Content is usually kept forever, and only the bureaucrats can hide it (either way, it could be mirrored before then)
- We mostly never remove content

- We are a satirical wiki based in a country without legislation for most of the crimes we'd be accused of if we weren't satirical. No DMCAs can take content down nor lawsuits for defamation and such actions cannot affect ED.
- We are very unreserved, and our users are too, so don't expect very civil messages.
- Removing content without permission is usually useless.
- We have zero liability for the content our users publish.

**Media**

We remove content as quickly as possible that is associated with:

- Child pornography
- Warez

Porn, sadistic images and other content is usually not deleted. We are very permissive.

**Legal**

We are based offshore with no legislation regarding international copyright, defamation and many other things.

We are a satirical website and no content coming from us should be taken seriously. Also:

Satire is a kind of humor, along with parody. These fall under the fair use clause of copyrighted material and this is valid in most courts worldwide.

We are not liable for any of the content our users post. Wikis are open to anyone.

**On Forum**

- to be done

**On IRC**

Our IRC is located at irc.wtfux.org, which is not owned by ED. It has its own set of policies and rules. We recommend that you learn them for yourself.

# Definitions

- You: End user.
- ED: Abbreviation for Encyclopedia Dramatica.
- Cloudflare: CDN used by us for performance purposes.

Category: Encyclopedia Dramatica

# Encyclopedia Dramatica:Copyright



**ED Policy Page**
This article defines official ED Policy.
Shortcut: ED:COPY

All posts on **https://encyclopediadramatica.se** and all pages, articles, domains and subdomains are the responsibility of the individual poster and not the administration of Encyclopedia Dramatica, pursuant to 47 U.S.C. § 230.

You retain ownership of all copyrights you may have in any images or text (collectively, any "User Submissions") that you submit to EncyclopediaDramatica.se ("ED"). However, by submitting User Submissions to ED, you hereby grant ED a perpetual, irrevocable, worldwide, non-exclusive, royalty-free, sublicenseable and transferable license to use, adapt, modify, sell, reproduce, distribute, prepare derivative works of, display, and perform the User Submissions (in whole or in part), for any purpose whatsoever, and to incorporate User Submissions in other works in any form, media, or technology now known or later developed.

The foregoing license shall be broadly construed, and shall include, without limitation the right to:

1. promote and redistribute part or all of the User Submissions (and derivative works thereof) in any media formats and through any media channels

2. incorporate the User Submissions on tangible or intangible products (e.g., cups, clothing) for resale or otherwise, and

3. use the User Submissions for promotional purposes, whether to promote the Websites, other ED products or services, or third party products or services.

By way of clarification and not limitation, you acknowledge that you will not be entitled to any royalties or any other payment as a result of any efforts by ED to exploit any User Submissions. By way of further clarification, ED may freely sub-license the rights that you grant it in this Section to a third party. To the extent necessary for ED to exercise its rights under the foregoing license, you hereby grant ED a perpetual, royalty-free and irrevocable license to exploit any personality, publicity, or privacy rights in and to the User Submissions and in your likeness as contained therein.

Category: ED Policy

- Encyclopedia Dramatica:General Disclaimer
- Encyclopedia Dramatica:Copyright

If you are having trouble which you cannot find any other solutions for, email us. Make sure this is your last step after doing everything above, because if you ask something that is plainly explained on-site, you will be ignored.

**Founding Documents**

ED:Help • ED:101 • ED:LULZ • ED:OATH

**Department of Defense**

King Kunt • General Niggerson • Sgt. DarkLordTR • Bombardier BakaRed • Doctor Ivo Robotnik • Kentucky Colonel Fleacollerindustry • Supe

**Communications Network**

HR Director JuniusThaddeus • Catvideos Contributor Cobaltcat • President Sam • Narcissus • Chanfig and Professional Meme'r Crackrabbit •
Onidesu • Rollbacking soldiers
ZewO

**Intelligence Division**

Mata Hari Hipcrime • Drama Detective Girl/OnInternet • Vice President Al Gore • Lab Rat Vermin

**Judicial Branch**

Oddguy Esq. • Überfükken • Judge Kræd • Hard Gay King Likeicare • Artchat • Internet court

**Theocratic Branch**

God • Pope Meepsheep • High Priestess Endsenten • Demigod BMO • Choir Boy Jimbo Whales

**Executive Command**

Founder Joseph Evers • Landlord Butters • Lawman SeeBeen • Casey Jones

**Help**

is part of a series on

Executive Command
Theocratic Branch
Judicial Branch
Intelligence Division

Founder Joseph Evers • Landlord Butters • Lawman SeeBeen • Casey Jones
God • Pope Meepsheep • High Priestess Endsenten • Demigod BMO • Choir Boy Jimbo Whal
Oddguy Esq. • Überfükken • Judge Kræd • Hard Gay King Likeicare • Artchat • Internet cour
Mata Hari Hipcrime • Drama Detective Girl/OnInternet • Vice President Al Gore • Lab Rat Ve



**ED Government**

**Communications Network**

**Department of Defense**

**Founding Documents**

HR Director Junius Thaddeus • Catvideos Contributor Cobaltcat • President Sam • Narcissus •
Professional Meme'r Crackrabbit • Undersecretary Zew0
King Kunt • General Niggerson • Sgt. DarkLordTR • Bombardier BakaRed • Doctor Ivo Robo
Colonel Fleacollerindustry • Super Diaperman Onideus • Rollbacking soldiers
**ED:Help** • ED:101 • ED:LULZ • ED:OATH

https://encyclopediadramatica.se/Encyclopedia_Dramatica:Removal_policy

# Encyclopedia Dramatica:Removal policy



**ED Policy Page**
This article defines official ED Policy.
Shortcut: ED:RP

## Article Removal Requests

Before sending us an e-mail, please check if the article in question meets any of these criteria. Staff are bound to follow this and will not remove any article unless it meets one of these criteria. Offending material may be edited instead of removing the entire article, staff have discretion.

If you send us some stupid threat about your lawyer or how you're going to DDoS us then we're not going to listen to you, regardless of content. Our staff did not write the article, so do not treat us like we did. Respect goes both ways.

Bold items require revision/file flushing as well.

- **Indecent image of someone under the age of 18 years old**
- **SSN or NI # posted**
- **Bank account numbers**
- **Personal passwords, addresses, phone numbers, email addresses, or names/accounts of friends/family members who don't belong in the article. Despite what happened in the past, ED does not host dox on it any longer. We're a satire site, not a shitty attack site.**

DMCA and other petty legal threats you may throw at us most likely do not apply. The DMCA was written to protect copyright holders against piracy, not because someone posted some old MySpace photos of yours that you forgot about. We will report any misuse of the DMCA to the cyberpolice. Remember, this is not YouTube, you cannot claim copyright of material that someone else wrote, even if it is about you. The DMCA does not work that way. Read a book, or at least the Wikipedia article on it, before trying to use the Digital Millennium Copyright Act to remove content that you do not own or have released into the public domain.

If the article does not match any of these criteria then your e-mail will be removed and future requests ignored. If your article/file does apply, e-mail us at contact <at> encyclopediadramatica.se

## Image Deletion Policy

- **Do not delete duplicate images.** You could be destroying backlinks and Google image search results when you do this. Instead, use the **{{information|duplicate=[sort key]}}** template to label them as copies.
- Sexually explicit cartoons/Rule 34 pics do not get deleted unless they are blatant CP, as in containing toddlers performing any type of sexual acts. Pedophilia is **not welcome** on ED.
- Nudes that were publicly posted are legal to republish on ED, but revenge porn is **not allowed**.
- Cartoons lampooning bestiality are acceptable, but actual photos showing human-animal sexual interaction **do not** belong on ED.
- Gore/death photos of humans and/or animals **do not** get removed on account of morality.
- Author-requested image removal requires admin approval, but is generally granted because it prevents the abandoned photo from ending up in the Unused Files vault to rot for all eternity.

## Article Deletion Policy

- The only articles subject for immediate deletion are shitty attack articles against staff (don't confuse satire with a shitty attack article), spam/advertisements, unbridled shit posts (usually under 3 sentences and never touched again), revenge porn posts, and anything else included in the ED is not page.
- New articles bearing a potential subject that are barely touched WIPs are placed in Bad New Articles in hopes that someone will pick them up and turn them around. Add either **{{stub}}** or **{{crapstub}}** to these article as well so they end up in those categories.
- When adding an entry to the BNA, be sure to change the date that you added it so its time in BNA can be tracked. If the article is still in the same shape by the time its entry gets replaced with a new one, just leave it be.
- New articles that read like they were written by an illiterate Uncyclopedian or an angsty 13-year-old should get templates such as **{{cleanup}}** or **{{13yearolds}}** instead of a deathnotice to let people know they need grammar markups or wikified links. There's also the **{{pixplz}}** and **{{needsmoar}}** templates for articles lacking in media, photos, and categories.
- One last side note: do not move abandoned drafts into the author's user space, ED has plenty of space and it isn't gonna kill our image to have a WIP/draft in the main space. Articles don't have to be started in user space, that's optional.
- TL;DR:The goal of ED is to add content, not delete it, so if you're an admin who's removing content on the sole premise that you don't like it or you personally think it's shit, then you're doing it wrong.

Category: ED Policy

# EXHIBIT B

February 1, 2012 Default Judgment, in Civil Action 11-cv-10248-DPW, in the action styled *Jonathan Monsarrat v. Hannah Rosenbaum*, in the United States District Court for the District of Massachusetts.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JONATHAN MONSARRAT, | ) ) ) Civil Action No. 11-10248 -DPW |
| Plaintiff, | ) |
| vs. | ) ) |
| HANNAH ROSENBAUM, | ) ) |
| Defendant. | ) ) ) |

## ORDER OF DEFAULT JUDGMENT

Defendant Hannah Rosenbaum having failed to plead or otherwise defend in this action and its default having been entered,

Now the Court, having considered the Plaintiff's Motion for Default Judgment and the accompanying documentation filed with said motion, hereby ORDERS, ADJUDGES AND DECREES that plaintiff is entitled to default judgment as follows:

1. The Court hereby enjoins the Defendant, the Defendant's respective agents, servants, employees, and any person or entity controlled directly or indirectly by the Defendant or acting on the Defendant's behalf from further reproduction, distribution, dissemination through electronic means, and/or public display of copies and derivative works of Plaintiff's copyrighted works.

2. Plaintiff shall recover from defendant attorney's fees and costs of $6,185.50.

3. Plaintiff shall recover from defendant post-judgment interest as provided by law.

Dated: 2/1/2012

By the Court,

Deputy Clerk, Jarrett Lovett

ORDER OF DEFAULT JUDGMENT

Civil Action No. 11-10248

# EXHIBIT C

Whois registration record and history for EncyclopediaDramatica.se accessed February 17, 2017.

ACCESSED 2-17-17

# Whois Record for EncyclopediaDramatica.se

## Whois & Quick Stats

| | |
|---|---|
| **Dates** | Created on 2012-03-21 - Expires on 2017-03-21 - Updated on 2016-05-02 |
| **IP Address** | 104.25.57.111 - 27 other sites hosted on this server |
| **IP Location** | 🇺🇸 - Arizona - Phoenix - Cloudflare Inc. |
| **ASN** | 🇺🇸 AS13335 CLOUDFLARENET - CloudFlare, Inc., US (registered Jul 14, 2010) |
| **Whois History** | 470 records have been archived since 2012-03-21 |
| **Whois Server** | whois.iis.se |

## Website

| | |
|---|---|
| **Website Title** | æ Main Page - Encyclopedia Dramatica |
| **Server Type** | cloudflare-nginx |
| **Response Code** | 200 |
| **SEO Score** | 92% |
| **Terms** | 731 (Unique: 439, Linked: 381) |
| **Images** | 64 (Alt tags missing: 3) |
| **Links** | 246   (Internal: 169, Outbound: 38) |

## Whois Record ( last updated on 2017-02-16 )

```
state:          active
domain:         encyclopediadramatica.se
holder:         gotper6067-00001
admin-c:        -
tech-c:         -
billing-c:      -
created:        2012-03-21
modified:       2016-05-02
expires:        2017-03-21
transferred:    2016-05-02
nserver:        rita.ns.cloudflare.com
nserver:        jeff.ns.cloudflare.com
dnssec:         unsigned delegation
status:         ok
registrar:      Key-Systems Gmbh
```

# *WHOIS 104.25.57.111*

Enter an IP Address or a Domain Name:

Example: 2603:3005:070c:b700:3ce4:ef40:c0c5:a154 or microsoft.com

## 104.25.57.111 IP Address Information

| | |
|---|---|
| **ISP** | CloudFlare |
| **Organization** | CloudFlare |
| **Connection Type** | Corporate |
| **Country** | United States |
| **City** | San Francisco, California |

```
ARIN WHOIS data and services are subject to the Terms of Use
# available at: https://www.arin.net/whois_tou.html
#
# If you see inaccuracies in the results, please report at
# https://www.arin.net/public/whoisinaccuracy/index.xhtml
#


#
```

```
# The following results may also be obtained via:
# https://whois.arin.net/rest/nets;q=104.25.57.111?showDetails=true&showARIN=
false&showNonArinTopLevelNet=false&ext=netref2
#
```

```
NetRange:        104.16.0.0 - 104.31.255.255
CIDR:            104.16.0.0/12
NetName:         CLOUDFLARENET
NetHandle:       NET-104-16-0-0-1
Parent:          NET104 (NET-104-0-0-0-0)
NetType:         Direct Assignment
OriginAS:        AS13335
Organization:    Cloudflare, Inc. (CLOUD14)
RegDate:         2014-03-28
Updated:         2015-10-01
Comment:         https://www.cloudflare.com
Ref:             https://whois.arin.net/rest/net/NET-104-16-0-0-1
```

```
OrgName:         Cloudflare, Inc.
OrgId:           CLOUD14
Address:         101 Townsend Street
City:            San Francisco
StateProv:       CA
PostalCode:      94107
Country:         US
RegDate:         2010-07-09
Updated:         2017-01-28
Comment:         http://www.cloudflare.com/
```

```
OrgAbuseHandle: ABUSE2916-ARIN
OrgAbuseName:    Abuse
```

```
OrgAbusePhone:  +1-650-319-8930
OrgAbuseEmail:  abuse@cloudflare.com
OrgAbuseRef:    https://whois.arin.net/rest/poc/ABUSE2916-ARIN


OrgTechHandle: ADMIN2521-ARIN
OrgTechName:   Admin
OrgTechPhone:  +1-650-319-8930
OrgTechEmail:  admin@cloudflare.com
OrgTechRef:    https://whois.arin.net/rest/poc/ADMIN2521-ARIN


OrgNOCHandle: NOC11962-ARIN
OrgNOCName:   NOC
OrgNOCPhone:  +1-650-319-8930
OrgNOCEmail:  noc@cloudflare.com
OrgNOCRef:    https://whois.arin.net/rest/poc/NOC11962-ARIN


RTechHandle: ADMIN2521-ARIN
RTechName:   Admin
RTechPhone:  +1-650-319-8930
RTechEmail:  admin@cloudflare.com
RTechRef:    https://whois.arin.net/rest/poc/ADMIN2521-ARIN


RAbuseHandle: ABUSE2916-ARIN
RAbuseName:   Abuse
RAbusePhone:  +1-650-319-8930
RAbuseEmail:  abuse@cloudflare.com
RAbuseRef:    https://whois.arin.net/rest/poc/ABUSE2916-ARIN


RNOCHandle: NOC11962-ARIN
RNOCName:   NOC
RNOCPhone:  +1-650-319-8930
RNOCEmail:  noc@cloudflare.com
RNOCRef:    https://whois.arin.net/rest/poc/NOC11962-ARIN
```

3

```
#
# ARIN WHOIS data and services are subject to the Terms of Use
# available at: https://www.arin.net/whois_tou.html
#
# If you see inaccuracies in the results, please report at
# https://www.arin.net/public/whoisinaccuracy/index.xhtm
Ref:            https://whois.arin.net/rest/org/CLOUD14
```



# Domain Report

## EncyclopediaDramatica.se

| | |
|---|---|
| Domain Name | **EncyclopediaDramatica.se** |
| Prepared On | **February 16, 2017** |



Website Screenshot taken 08/20/2016

# About This Report

This report documents a thorough analysis of the Internet domain name "**EncyclopediaDramatica.se**". It draws on the extensive DomainTools dataset and aims to deliver a comprehensive view of the domain's ownership profile, key historical events and technically linked domain names.

All data in this Report is, or was, freely available through standard Internet DNS and query protocols. DomainTools has not altered the data in any way from its original form, except in certain instances to format it for readability in this Report.

Data from DomainTools is presented as-is, and as captured from the original source. We make no representations or warranties of fitness of any kind.

## About DomainTools

DomainTools offers the most comprehensive searchable database of domain name registration and hosting data. Combined with our other data sites such as DailyChanges.com, Screenshots.com and ReverseMX.com, users of DomainTools.com can review millions of historical domain name records from basic Whois, and DNS information, to homepage images and email settings. The Company's comprehensive snapshots of past and present domain name registration, ownership and usage data, in addition to powerful research and monitoring resources, help customers by unlocking everything there is to know about a domain name. DomainTools is a Top 250 site in the Alexa rankings.

Reach us at memberservices@domaintools.com if you have any questions on this report.

 © 2017 DomainTools, LLC All Rights Reserved

# Domain Profile

*As of February 16, 2017*

## Ownership

Registered Owner | **Encyclopediadramatica.se**

## Registration

Created | **Mar 21, 2012**
Expires | **Mar 21, 2017**
Updated | **May 2, 2016**
Domain Status | **Active**
Whois Server | **whois.iis.se**

## Network

Website IP Address | **104.25.57.111**
IP Location | **United States-Arizona-Phoenix Cloudflare Inc.**
IP ASN | **AS13335**

## Website

Site Title | **Main Page - Encyclopedia Dramatica**

Meta Description | **The articles in this parody of an encyclopedia explain things in a not-so-politically-correct way.**

Meta Keywords | encyclopedia dramatica encyclopediadramatica.es encyclopediadramatica.se encyclopediadramatica.ch encyclopediadramatica.com ohinternet.com ohinternet oh internet lulz dramatica drama offended ed lulz ed.ch ed.se what happened to encyclopedia dramatica what happened to encyclopediadramatica what happened to ed what happened to encyclopediadramatica.com what happened to ed.com what happened to encyclopediadramatica.ch what happened to ed.ch internet mirror fork pain series lulz satire parody ediots edf2 dramatica

 © 2017 DomainTools, LLC All Rights Reserved

# Current Whois Record

*Reported on Feb 16, 2017*

```
state:          active
domain:         encyclopediadramatica.se
holder:         gotper6067-00001
admin-c:        -
tech-c:         -
billing-c:      -
created:        2012-03-21
modified:       2016-05-02
expires:        2017-03-21
transferred:    2016-05-02
nserver:        rita.ns.cloudflare.com
nserver:        jeff.ns.cloudflare.com
dnssec:         unsigned delegation
status:         ok
registrar:      Key-Systems Gmbh
```

© 2017 DomainTools, LLC All Rights Reserved

## Ownership History

### Whois History for EncyclopediaDramatica.se

DomainTools has 19 distinct historical ownership records for EncyclopediaDramatica.se. The oldest record dates Mar 21, 2012. Each record is listed on its own page, starting with the most recent record. The date at the start of the section indicates the first time we captured the record. The website screenshot, when available, will be the image captured as close as possible to the record date.

### About Whois History

DomainTools takes periodic snapshots of domain name Whois records and stores them for subsequent analysis. The database contains billions of Whois records across hundreds of millions of domains, dating back in some cases to 2001.

© 2017 DomainTools, LLC All Rights Reserved

## Whois Record on May 4, 2016

```
state:          active
domain:         encyclopediadramatica.se
holder:         gotper6067-00001
admin-c:        -
tech-c:         -
billing-c:      -
created:        2012-03-21
modified:       2016-05-02
expires:        2017-03-21
transferred:    2016-05-02
nserver:        rita.ns.cloudflare.com
nserver:        jeff.ns.cloudflare.com
dnssec:         unsigned delegation
status:         ok
registrar:      Key-Systems Gmbh
```



Screenshot taken Feb 23, 2016

 © 2017 DomainTools, LLC All Rights Reserved

## Whois Record on Feb 18, 2016

```
state:          active
domain:         encyclopediadramatica.se
holder:         gotper1461-00001
admin-c:        -
tech-c:         -
billing-c:      -
created:        2012-03-21
modified:       2016-02-15
expires:        2017-03-21
transferred:    2016-02-11
nserver:        rita.ns.cloudflare.com
nserver:        jeff.ns.cloudflare.com
dnssec:         unsigned delegation
status:         ok
registrar:      www.binero.se
```



Screenshot taken Jul 14, 2015

## Whois Record on Sep 17, 2015

```
state:         active
domain:        encyclopediadramatica.se
holder:        gotper3946-00001
admin-c:       -
tech-c:        -
billing-c:     -
created:       2012-03-21
modified:      2015-09-10
expires:       2016-03-21
transferred:   2015-09-10
nserver:       rita.ns.cloudflare.com
nserver:       jeff.ns.cloudflare.com
dnssec:        unsigned delegation
status:        ok
registrar:     Svenska Domäner
```



Screenshot taken Jul 14, 2015

© 2017 DomainTools, LLC All Rights Reserved

## Whois Record on Sep 10, 2015

| | |
|---|---|
| state: | active |
| domain: | encyclopediadramatica.se |
| holder: | gotper3946-00001 |
| admin-c: | - |
| tech-c: | - |
| billing-c: | - |
| created: | 2012-03-21 |
| modified: | 2015-09-10 |
| expires: | 2016-03-21 |
| transferred: | 2015-09-10 |
| nserver: | rita.ns.cloudflare.com |
| nserver: | jeff.ns.cloudflare.com |
| dnssec: | unsigned delegation |
| status: | ok |
| registrar: | Svenska Domäner |



Screenshot taken Jul 14, 2015

© 2017 DomainTools, LLC All Rights Reserved

### Whois Record on Jan 18, 2015

```
state:          active
domain:         encyclopediadramatica.se
holder:         GS1402-00001
admin-c:        -
tech-c:         -
billing-c:      -
created:        2012-03-21
modified:       2015-01-15
expires:        2016-03-21
transferred:    2014-12-28
nserver:        rita.ns.cloudflare.com
nserver:        jeff.ns.cloudflare.com
dnssec:         unsigned delegation
status:         ok
registrar:      AEB Komm
```



Screenshot taken Oct 10, 2014

### Whois Record on Jan 2, 2015

| | |
|---|---|
| state: | active |
| domain: | encyclopediadramatica.se |
| holder: | GS1402-00001 |
| admin-c: | - |
| tech-c: | - |
| billing-c: | - |
| created: | 2012-03-21 |
| modified: | 2014-12-28 |
| expires: | 2015-03-21 |
| transferred: | 2014-12-28 |
| nserver: | rita.ns.cloudflare.com |
| nserver: | jeff.ns.cloudflare.com |
| dnssec: | unsigned delegation |
| status: | ok |
| registrar: | AEB Komm |



Screenshot taken Oct 10, 2014

© 2017 DomainTools, LLC All Rights Reserved

## Whois Record on Oct 6, 2014

| | |
|---|---|
| state: | active |
| domain: | encyclopediadramatica.se |
| holder: | bribri1816-00001 |
| admin-c: | - |
| tech-c: | - |
| billing-c: | - |
| created: | 2012-03-21 |
| modified: | 2014-10-06 |
| expires: | 2015-03-21 |
| transferred: | 2013-01-04 |
| nserver: | rita.ns.cloudflare.com |
| nserver: | jeff.ns.cloudflare.com |
| dnssec: | unsigned delegation |
| status: | ok |
| registrar: | 101Domain, Inc. |



Screenshot taken Nov 1, 2013

© 2017 DomainTools, LLC All Rights Reserved

### Whois Record on Oct 4, 2014

```
state:          active
domain:         encyclopediadramatica.se
holder:         bribri1816-00001
admin-c:        -
tech-c:         -
billing-c:      -
created:        2012-03-21
modified:       2014-10-03
expires:        2015-03-21
transferred:    2013-01-04
nserver:        ns2.zool.rs
nserver:        ns1.zool.rs
dnssec:         unsigned delegation
status:         ok
registrar:      101Domain, Inc.
```



Screenshot taken Nov 1, 2013

## Whois Record on Jul 29, 2014

```
state:          active
domain:         encyclopediadramatica.se
holder:         bribri1816-00001
admin-c:        -
tech-c:         -
billing-c:      -
created:        2012-03-21
modified:       2014-07-27
expires:        2015-03-21
transferred:    2013-01-04
nserver:        rita.ns.cloudflare.com
nserver:        jeff.ns.cloudflare.com
dnssec:         unsigned delegation
status:         ok
registrar:      101Domain, Inc.
```



Screenshot taken Nov 1, 2013

© 2017 DomainTools, LLC All Rights Reserved

## Whois Record on Jun 16, 2014

| | |
|---|---|
| state: | active |
| domain: | encyclopediadramatica.se |
| holder: | bribri1816-00001 |
| admin-c: | - |
| tech-c: | - |
| billing-c: | - |
| created: | 2012-03-21 |
| modified: | 2014-06-16 |
| expires: | 2015-03-21 |
| transferred: | 2013-01-04 |
| nserver: | ns2.101domain.com |
| nserver: | ns5.101domain.com |
| nserver: | ns1.101domain.com |
| dnssec: | unsigned delegation |
| status: | ok |
| registrar: | 101Domain, Inc. |



Screenshot taken Nov 1, 2013

 © 2017 DomainTools, LLC All Rights Reserved

## Whois Record on Jun 14, 2014

```
state:          active
domain:         encyclopediadramatica.se
holder:         bribri1816-00001
admin-c:        -
tech-c:         -
billing-c:      -
created:        2012-03-21
modified:       2014-06-14
expires:        2015-03-21
transferred:    2013-01-04
nserver:        rita.ns.cloudflare.com
nserver:        jeff.ns.cloudflare.com
dnssec:         unsigned delegation
status:         clientHold
registrar:      101Domain, Inc.
```



Screenshot taken Nov 1, 2013

 © 2017 DomainTools, LLC All Rights Reserved

## Whois Record on Jun 5, 2014

```
state:         active
domain:        encyclopediadramatica.se
holder:        bribri1816-00001
admin-c:       -
tech-c:        -
billing-c:     -
created:       2012-03-21
modified:      2014-02-02
expires:       2015-03-21
transferred:   2013-01-04
nserver:       rita.ns.cloudflare.com
nserver:       jeff.ns.cloudflare.com
dnssec:        unsigned delegation
status:        ok
registrar:     101Domain, Inc.
```



Screenshot taken Nov 1, 2013

© 2017 DomainTools, LLC All Rights Reserved

## Whois Record on Feb 6, 2014

| | |
|---|---|
| state: | active |
| domain: | encyclopediadramatica.se |
| holder: | bribri1816-00001 |
| admin-c: | - |
| tech-c: | - |
| billing-c: | - |
| created: | 2012-03-21 |
| modified: | 2014-02-02 |
| expires: | 2015-03-21 |
| transferred: | 2013-01-04 |
| nserver: | rita.ns.cloudflare.com |
| nserver: | jeff.ns.cloudflare.com |
| dnssec: | unsigned delegation |
| status: | ok |
| registrar: | 101Domain, Inc. |



Screenshot taken Nov 1, 2013

© 2017 DomainTools, LLC All Rights Reserved

## Whois Record on Nov 2, 2013

| | |
|---|---|
| state: | active |
| domain: | encyclopediadramatica.se |
| holder: | bribri1816-00001 |
| admin-c: | - |
| tech-c: | - |
| billing-c: | - |
| created: | 2012-03-21 |
| modified: | 2013-10-21 |
| expires: | 2014-03-21 |
| transferred: | 2013-01-04 |
| nserver: | rita.ns.cloudflare.com |
| nserver: | jeff.ns.cloudflare.com |
| dnssec: | unsigned delegation |
| status: | ok |
| registrar: | 101Domain, Inc. |



Screenshot taken Nov 1, 2013

### Whois Record on Oct 17, 2013

```
state:          active
domain:         encyclopediadramatica.se
holder:         bribri1816-00001
admin-c:        -
tech-c:         -
billing-c:      -
created:        2012-03-21
modified:       2013-10-14
expires:        2014-03-21
transferred:    2013-01-04
nserver:        rita.ns.cloudflare.com
nserver:        jeff.ns.cloudflare.com
dnssec:         unsigned delegation
status:         ok
registrar:      101Domain, Inc.
```



Screenshot taken Apr 9, 2013

### Whois Record on Sep 13, 2013

```
state:          active
domain:         encyclopediadramatica.se
holder:         bribri1816-00001
admin-c:        -
tech-c:         -
billing-c:      -
created:        2012-03-21
modified:       2013-09-13
expires:        2014-03-21
transferred:    2013-01-04
nserver:        rita.ns.cloudflare.com
nserver:        jeff.ns.cloudflare.com
dnssec:         unsigned delegation
status:         clientHold
registrar:      101Domain, Inc.
```



Screenshot taken Apr 9, 2013

## Whois Record on Sep 12, 2013



Screenshot taken Apr 9, 2013

| | |
|---|---|
| state: | active |
| domain: | encyclopediadramatica.se |
| holder: | bribri1816-00001 |
| admin-c: | - |
| tech-c: | - |
| billing-c: | - |
| created: | 2012-03-21 |
| modified: | 2013-09-12 |
| expires: | 2014-03-21 |
| transferred: | 2013-01-04 |
| nserver: | ns2.rwgusa.net |
| nserver: | ns.rwgusa.net |
| dnssec: | unsigned delegation |
| status: | clientHold |
| registrar: | 101Domain, Inc. |

 © 2017 DomainTools, LLC All Rights Reserved

## Whois Record on Jan 5, 2013



```
state:          active
domain:         encyclopediadramatica.se
holder:         bribri1816-00001
admin-c:        -
tech-c:         -
billing-c:      -
created:        2012-03-21
modified:       2013-01-04
expires:        2014-03-21
transferred:    2013-01-04
nserver:        rita.ns.cloudflare.com
nserver:        jeff.ns.cloudflare.com
dnssec:         unsigned delegation
status:         ok
registrar:      101Domain, Inc.
```

Screenshot taken Oct 24, 2012

## Whois Record on Mar 21, 2012

No adjacent screenshot available for this date.

```
state:          active
domain:         encyclopediadramatica.se
holder:         BEZ1115-66709810
admin-c:        BEZ1115-66709810
tech-c:         BEZ1115-66709810
billing-c:      BTD1187-43591697
created:        2012-03-21
modified:       -
expires:        2013-03-21
nserver:        rita.ns.cloudflare.com
nserver:        jeff.ns.cloudflare.com
dnssec:         unsigned delegation
status:         ok
registrar:      Key-Systems Gmbh
```

## Hosting History

DomainTools tracks changes to a domain name's IP address, name server and registrar. These events can be useful signals that may indicate more macro events, including: domain name sales, transfers or deletions; taking a site live with new content; or a change in registration or hosting profile.

### Registrar History

No records found for this domain.

### Name Server History

No records found for this domain.

### IP Address History

No records found for this domain.

© 2017 DomainTools, LLC All Rights Reserved

## Screenshot History

DomainTools captures snapshots of website homepages on regular intervals. This content is useful for researchers to understand how a domain was used at various points in time. Due to the relatively high storage costs of screenshot data, the coverage of screenshot histories is in most cases not as thorough as Whois or hosting data, and this is especially true for dates early in a domain's history.

DomainTools has 9 records collected between May 18, 2012 and Aug 20, 2016.



Aug 20, 2016          Feb 23, 2016          Jul 14, 2015

Oct 10, 2014          Nov 1, 2013          Apr 9, 2013

Oct 24, 2012          May 30, 2012          May 18, 2012

 © 2017 DomainTools, LLC All Rights Reserved

# Connected Domains

## Shared IP Address

DomainTools uses proprietary techniques to discover other domain names that are hosted on the same IP address (web host) as EncyclopediaDramatica.se. This is a sample of up to 100 randomly-selected domains from that dataset. Access to this data provides context in cases where knowing associated domain names has value.

The exhaustive list of connected domains by IP address is available in the Reverse IP product at DomainTools.com.

| Domain | Created | Registrant |
|---|---|---|
| 10adx.com | Jun 24, 2016 | Elbert Ludica |
| bajui.com | Sep 26, 2008 | BULKA LLC |
| bickleighcastlehire.co.uk | Jan 17, 2017 | Cimpress Schweiz GmbH |
| cfgpainting.com | Feb 27, 2011 | VistaPrint Technologies Ltd |
| cmgonzales-yumilashes.com | Dec 28, 2016 | Cimpress Schweiz GmbH |
| cremedelaprimstudio.com | Jan 13, 2017 | Cimpress Schweiz GmbH |
| dogooder.co | Sep 8, 2015 | WhoisGuard, Inc. |
| encyclopediadramatica.se | Mar 21, 2012 | Encyclopediadramatica.se |
| fabulousthrill.com | Dec 31, 2016 | Cimpress Schweiz GmbH |
| first-city-services.com | Sep 29, 2016 | Cimpress Schweiz GmbH |
| flyoverdronography.com | Jan 11, 2017 | Cimpress Schweiz GmbH |
| good.do | - | Digital Eskimo |
| handsoffourabc.org.au | - | MEDIA ENTERTAINMENT AND ARTS ALLIANCE |
| jetsetcleaningservices.com | Jan 18, 2017 | Cimpress Schweiz GmbH |
| jophieshomehelp.co.uk | Dec 22, 2016 | Cimpress Schweiz GmbH |
| metrrodigi.com | Dec 16, 2016 | Cimpress Schweiz GmbH |
| nationalnursetriageinc.com | Jan 4, 2017 | Cimpress Schweiz GmbH |
| nbccministries.net | Nov 26, 2016 | Cimpress Schweiz GmbH |
| npaiid.org | Jan 15, 2017 | Cimpress Schweiz GmbH |
| repair-bytes.com | Jan 14, 2017 | Cimpress Schweiz GmbH |
| sgi.io | - | Zool |
| soundcreationsaz.com | Jan 4, 2017 | Cimpress Schweiz GmbH |
| stareventsnorthwest.co.uk | Jan 14, 2017 | Cimpress Schweiz GmbH |
| supremelandscapingservices.co.uk | Jan 16, 2017 | Cimpress Schweiz GmbH |
| talentscoutsamerica.org | Dec 30, 2016 | Cimpress Schweiz GmbH |
| uebile.com | Jun 23, 2016 | Jefferson Onildo Henrique |
| ufilmandphoto.com | Dec 9, 2016 | Cimpress Schweiz GmbH |
| walzgroup.co | Jan 15, 2017 | Cimpress Schweiz GmbH |

© 2017 DomainTools, LLC All Rights Reserved

## Shared Name Server

DomainTools uses proprietary techniques to discover other domain names that are hosted on the same name server as EncyclopediaDramatica.se. This is a sample of up to 100 randomly-selected domains from that dataset. Access to this data provides context in cases where knowing associated domain names has value.

The exhaustive list of connected domains by name server is available in the Name Server Report product at DomainTools.com.

| Domain | Created | Registrant |
| --- | --- | --- |

© 2017 DomainTools, LLC All Rights Reserved