4/20/17 allowed w/ respect to alternative service of process pursuant to Fed. R. Civ. P. 4(f)(3). Denied w/ respect to request for an order "akin" to 17 U.S.C. §512(h). This order is without prejudice to a request for a subpoena where the requirements of 17 U.S.C. §512(h) have been met. Patti B. Saris

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT,<br><br>*Plaintiff*,<br><br>v.<br><br>GOTPER6067-00001and DOES 1-5, dba ENCYCLOPEDIADRAMATICA.SE, and BRIAN ZAIGER,<br><br>*Defendants.* | CIVIL ACTION NO. 17-cv-10356-PBS<br><br>**PLAINTIFF'S *EX PARTE* MOTION FOR APPROVAL OF ALTERNATIVE SERVICE OF PROCESS AND FOR AN ORDER TO DEFENDANTS' INTERNET SERVICE PROVIDERS TO DISCLOSE IDENTITY OF DEFENDANTS** |

Pursuant to Fed. R. Civ. P. 4 (e)(1) and (f)(3) Plaintiff requests Orders authorizing service of the summons and complaint through electronic means using the e-mail address listed on Defendants' website and for an Order akin to a subpoena issued under 17 U.S.C. §512 (h) directing Defendants' third party Internet Service Providers and domain name registrars to both provide notice of this lawsuit to Defendant Does 1-5 and also to disclose the identity of the Defendants and their relevant contact information.

*Background.*

This case arises from the bad faith copyright infringement of Plaintiff's copyrighted works by anonymous, scofflaw Internet website operators who own and operate what they call "a satirical wiki" called encyclopediadramatica.se and who state they are "physically located somewhere between Nigeria and Romania… [and they are bound by] no legislation regarding international copyright." Verified Complaint ("Ver. Compl."), ¶1, Exh. A; Affidavit of Counsel, Richard A. Goren ("Goren Aff.") ¶3. To unlawfully profit from their unauthorized, commercial

