UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT, <br><br> *Plaintiff*, <br><br> v. <br><br> GOTPER6067-00001 and DOES 1-5, dba ENCYCLOPEDIADRAMATICA.SE, and BRIAN ZAIGER, <br><br> *Defendants*. | CIVIL ACTION NO. 17-cv-10356-PBS <br><br> **AFFIDAVIT OF RICHARD GOREN AS TO SERVICE OF SUMMONS, COMPLAINT AND ORDER BY EMAIL** |

I, Richard A. Goren, an attorney admitted to practice before the courts of the Commonwealth of Massachusetts, on oath depose and state as follows:

1. I am counsel to the Plaintiff, Jonathan Monsarrat. I submit this affidavit to attest to service of process on the anonymous Defendants in accordance with the Court's April 20, 2017 Order allowing Plaintiff's *Ex Parte* Motion for Approval of Alternative Service of Process.

2. On Monday April 24, 2017 at 9:45 AM I sent an email to contact@encyclopediadramatica.se with three attachments, the Verified Complaint, the summons and the Court's April 20, 2017 Order. Fifteen minutes later I received a reply from a person identified only as contact@encyclopediadramatica.se acknowledging receipt and stating: "This page was removed months ago." At 11:19 AM on April 24, 2017, I replied requesting removal of a copyrighted image, urged the anonymous defendants to engage counsel and to negotiate a settlement. Exhibit A is a compilation of the email exchanges between the still anonymous Defendants and me over April 24 and 25, 2017.

3. On April 24, 2017, I also served copies of the Complaint, Summons and the April 20, 2017 Order on the DMCA, 17 U.S.C. §512 (c)(2), designated agent to receive complaints of alleged infringement, on each of Cloudflare, Inc., the owner of the IP address and server in Phoenix Arizona serving as an intermediary providing a so-called "pass-through security service" that acts, in effect, as a "middleman" that sits between the Defendants' website and the users who interact with Defendants' website ("Cloudflare"); (ii) National Net, Inc., which Cloudflare had previously informed me hosts Defendants' website; and, (iii) Key-Systems Gmbh, the domain registrar for Defendants' Swedish domain name, encyclopediadramatica.se.

4. NationalNet, Inc. informed me: "We do not show this domain Encyclopediadramatica.se in our customer database, but that would not be unusual in a case where Cloudflare.com is providing all of the DNS, Name Servers and other services related to this domain." Key-Systems Gmbh, informed me that the "domain name [encyclopediadramatica.se] is registered through our automated system by our reseller 'AEB Kommunikation AB' for their customer [and Key-Systems has] no direct contractual relation to the registrant."

EXECUTED UNDER THE PENALTIES OF PERJURY THIS 26th DAY OF APRIL, 2017.

*/s/Richard A. Goren*
Richard A. Goren

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and I served paper copies to the Defendant Does 1-5 by email on April 26, 2017.

*/s/ Richard A. Goren*

# EXHIBIT A APRIL 26, 2017 AFFIDAVIT OF RICHARD GOREN

From: Encyclopedia Dramatica contact@encyclopediadramatica.se
Tuesday, April 25, 2015 at 1:01PM
To: rgoren@richardgorenlaw.com

This is not zaiger. He hasn't been a part of the administrative staff in a long time.

---

**From:** "rgoren" <rgoren@richardgorenlaw.com>
**To:** "Encyclopedia Dramatica" <contact@encyclopediadramatica.se>
**Sent:** Tuesday, April 25, 2017 10:50:17 AM
**Subject:** Re: MONSARRAT v GOTPER6067-00001 and DOES 1-5 dba Encyclopediadramatica.se

```
Mr. Zaiger or to whom it may concern:

I urge you to engage counsel.  The complaint
with which you were served is for copyright
infringement. Your reference to the CDA is a
nonsequitur. 47 U.S.C. section 230, copy
attached, plainly and unambiguously provides it
"has no effect on intellectual property law."

The sine qua non for Mr. Monsarrat, whether or
not achieved by judgment, is a verifiable
assurance that his copyrights will not be
infringed by subsequent re-posting of his
protected work on the Encyclopedia Dramatica
website whether under the top level country
domain of Serbia or anywhere else in the world.
With that in hand I am confident we can readily
sort through the usual niceties of a
settlement.

Again I urge you to engage counsel and in all
events to work with me to construct a
settlement. I also attach a copy of DMCA section
512 and call your attention in particular to
subsection (c)(2).
```

Richard Goren

Law Office of Richard Goren

Richard A. Goren

One State Street Suite 1500

Boston MA 02109

Telephone: 617-933-9494

Fax: 617-933-9495

Mobile: 617-797-4529

Email: rgoren@richardgorenlaw.com

www.richardgorenlaw.com

**From:** Encyclopedia Dramatica <contact@encyclopediadramatica.se>
**Date:** Monday, April 24, 2017 at 3:55 PM
**To:** "rgoren@richardgorenlaw.com" <rgoren@richardgorenlaw.com>
**Subject:** Re: MONSARRAT v GOTPER6067-00001 and DOES 1-5 dba Encyclopediadramatica.se

According to section 230 of the CDA we are not responsible for the content written by someone else. We removed the content when it was brought to our attention. If your client wants to waste his money to have yet another case thrown out that is on him. We are not giving him a dime though.

---

**From:** "rgoren" <rgoren@richardgorenlaw.com>
**To:** "Encyclopedia Dramatica" <contact@encyclopediadramatica.se>
**Cc:** zaiger420@msn.com, zaiger420@aol.com, zaiger420@yahoo.com, brianzaiger@aol.com, zaiger@aol.com, bzaiger@aol.com, bzaiger@hotmail.com, zaiger420@earthlink.net, zaiger@gmail.com, zaiger420@gmail.com
**Sent:** Monday, April 24, 2017 3:48:22 PM
**Subject:** Re: MONSARRAT v GOTPER6067-00001 and DOES 1-5 dba Encyclopediadramatica.se

To Mr. Zaiger or to whom it may concern:

2

```
The case is not so simply resolved. We can, and
will, get to a resolution either by agreement or
by judgment.

I am confident a mutually acceptable and
commercially reasonable agreement can be
crafted. There is no trap for you; only a two
way bargain.

Shall I forward an outline?

Richard Goren
```

Law Office of Richard Goren

Richard A. Goren

One State Street Suite 1500

Boston MA 02109

Telephone: 617-933-9494

Fax: 617-933-9495

Mobile: 617-797-4529

Email: rgoren@richardgorenlaw.com

www.richardgorenlaw.com


**From:** Encyclopedia Dramatica <contact@encyclopediadramatica.se>
**Date:** Monday, April 24, 2017 at 11:24 AM
**To:** "rgoren@richardgorenlaw.com" <rgoren@richardgorenlaw.com>
**Subject:** Re: MONSARRAT v GOTPER6067-00001 and DOES 1-5 dba Encyclopediadramatica.se

The page was removed, We will remove the image. It is resolved.

3

**From:** "rgoren" <rgoren@richardgorenlaw.com>
**To:** "Encyclopedia Dramatica" <contact@encyclopediadramatica.se>
**Sent:** Monday, April 24, 2017 11:19:58 AM
**Subject:** Re: MONSARRAT v GOTPER6067-00001 and DOES 1-5 dba Encyclopediadramatica.se

```
Kindly also see to the removal
ofhttps://encyclopediadramatica.se/File:Jonmon-
pedowheel.jpg  ?

Do you wish to negotiate a resolution?  If so,
please have your counsel get in touch with me.
```

Richard Goren

Law Office of Richard Goren

Richard A. Goren

One State Street Suite 1500

Boston MA 02109

Telephone: 617-933-9494

Fax: 617-933-9495

Mobile: 617-797-4529

Email: rgoren@richardgorenlaw.com

www.richardgorenlaw.com

**From:** Encyclopedia Dramatica <contact@encyclopediadramatica.se>
**Date:** Monday, April 24, 2017 at 10:00 AM
**To:** "rgoren@richardgorenlaw.com" <rgoren@richardgorenlaw.com>
**Subject:** Re: MONSARRAT v GOTPER6067-00001 and DOES 1-5 dba Encyclopediadramatica.se

This page was removed months ago.

4

**From:** rgoren@richardgorenlaw.com
**To:** contact@encyclopediadramatica.se
**Sent:** Monday, April 24, 2017 9:45:58 AM
**Subject:** MONSARRAT v GOTPER6067-00001 and DOES 1-5 dba Encyclopediadramatica.se

```
See attached transmittal, summons, complaint and
Order of Court.


Below is a link to the rules of the United
States District Court for the District of
Massachusetts.
```

http://www.mad.uscourts.gov/general/pdf/LC/2016%20LOCAL%20RULES.pdf

```
Very truly yours,

Richard Goren
```

Law Office of Richard Goren

Richard A. Goren

One State Street Suite 1500

Boston MA 02109

Telephone: 617-933-9494

Fax: 617-933-9495

Mobile: 617-797-4529

Email: rgoren@richardgorenlaw.com

www.richardgorenlaw.com