UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT,<br><br>*Plaintiff,*<br><br>v.<br><br>GOTPER6067-00001 and DOES 1-5, dba ENCYCLOPEDIADRAMATICA.SE, and BRIAN ZAIGER,<br><br>*Defendants.* | CIVIL ACTION NO. 17-cv-10356-PBS<br><br>**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT** |

I, Jonathan Cassidy, on oath depose and state as follows:

1. I am over the age of twenty-one and not a party to this action. I am a private investigator with Elite Detective Services, License Number LP0467C, a business address at 495 Cabot Street, Beverly MA 01915, (Tel.) 978-927-4449; (Fax.) 978-927-4119; email: JCassidy@elitedetectives.com.

2. On Wednesday, April 26, 2017 at 10:53 A.M., I hereby certify that I served Brian Zaiger with copies of; the summons to Brian Zaiger in Civil Action 17-cv-10356-IT, verified complaint and *ex parte* motion for recusal at the Lafayette Hotel, Room 111, 116 Lafayette Street, Salem, Massachusetts.

3. I effected service as follows. The investigation determined that Brian Zaiger was staying at the Lafayette Hotel in Salem, Massachusetts. Upon entering the hotel, I determined that the Subject, Mr. Zaiger, was staying in room 111. I went to room 111, knocked on the door. The Subject, Mr. Zaiger, answered, opened the door, and in response to my question confirmed he was

indeed Brian Zaiger. Whereupon, at 8:53 A.M. on April 26, 2017, I personally delivered and handed to Brian Zaiger copies of the summons, verified complaint, and motion.

EXECUTED UNDER THE PENALTIES OF PERJURY THIS 1st DAY OF MAY, 2017.

_____
Jonathan Cassidy

COMMONWEALTH OF MASSACHUSETTS

Essex, ss.

On this 1st day of May, 2017, before me, the undersigned notary public, personally appeared Jonathan Cassidy who proved to me through satisfactory evidence of identification, which was his driver's license, to be the person whose name is signed on the preceding affidavit and acknowledged to me that he so signed it voluntarily under the penalties of perjury for its stated purpose.

_____
Jane Wetson
Notary Public
My Commission Expires:

JANE M WETSON
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Comm. Expires May 19, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and I served paper copies to the Defendant Does 1-5 by email on May 1, 2017.

/s/ Richard A. Goren