UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT, )<br>)<br>*Plaintiff*, )<br>) CIVIL ACTION NO. 17-cv-10356-PBS<br>v. )<br>)<br>GOTPER6067-00001 and DOES 1-5, dba ) **APPLICATION FOR NOTICE OF**<br>ENCYCLOPEDIADRAMATICA.SE, and ) **DEFAULT**<br>BRIAN ZAIGER, )<br>)<br>*Defendants*. )<br>) | |

Pursuant to Federal Rule of Civil Procedure 55, Plaintiff Jonathan Monsarrat ("Plaintiff") files this application for issuance of Notice of Default as to Defendant Brian Zaiger who was served in hand with the summons and complaint on April 26, 2017.  (ECF # 14).

Inasmuch as more than 21 days have elapsed since service upon him and Defendant Brian Zaiger has failed to plead or otherwise defend, pursuant to Federal Rule of Civil Procedure 55(a) Plaintiff requests the Clerk is to issue Notice of Default.

DATED: May 23, 2017

Respectfully submitted,

JONATHAN MONSARRAT,
Plaintiff,

By his attorney,

*ss/Richard A. Goren*
Richard A. Goren, Esq. BBO #203700
Law Office of Richard Goren
One State Street, Suite 1500
Boston, MA 02109
617-933-9494
rgoren@richardgorenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 23, 2017, and further certify that on May 23, 2017 I served paper copies to Defendant Does 1-5 by email to contact@encyclopediadramatica.se and to Defendant Brian Zaiger by mail, postage prepaid, to Brian Zaiger, c/o Lafayette Hotel, Room 111, 116 Lafayette Street, Salem Massachusetts 01970-3625 and 4 Davis Street, Beverly MA 01915 and email to zaiger420@yahoo.com , zaiger@gmail.com, zaiger420@gmail.com, and  zaiger@aol.com.

*/s/Richard A. Goren*