## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT<br><br>    Plaintiff,<br><br>v.<br><br>GOTPER6067-00001 and DOES 1-5,<br>dba ENCYCLOPEDIADRAMATICA.SE,<br>and BRIAN ZAIGER,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:17-cv-10356-PBS<br><br>**NOTICE OF APPEARANCE<br>OF COUNSEL** |

PLEASE TAKE NOTICE that attorney Marc J. Randazza of Randazza Legal Group, PLLC hereby enters his appearance as counsel for Defendant BRIAN ZAIGER in the above-captioned proceeding. Pursuant to LR. 83.5.2, Mr. Randazza requests that all pleadings and papers in this action be served upon him.

Dated: May 23, 2017.

Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza (BBO# 651477)
RANDAZZA LEGAL GROUP, PLLC
P.O. Box 5516
Gloucester, Massachusetts 01930
Tel: (702) 420-2001
Email: ecf@randazza.com

*Attorneys for Defendant,
Brian Zaiger*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 23, 2017.

                                /s/ Marc J. Randazza
                                Marc J. Randazza

RANDAZZA | LEGAL GROUP