## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT, <br><br> Plaintiff, <br><br> v. <br><br> GOTPER6067-00001 and DOES 1-5, dba ENCYCLOPEDIADRAMATICA.SE, and BRIAN ZAIGER, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:17-cv-10356-PBS <br><br> **NOTICE OF APPEARANCE OF COUNSEL** |

PLEASE TAKE NOTICE that attorney Jay M. Wolman of Randazza Legal Group, PLLC hereby enters his appearance as counsel for Defendant BRIAN ZAIGER in the above-captioned proceeding.

Dated: May 23, 2017.

Respectfully submitted,

/s/ Jay M. Wolman
Jay M. Wolman (BBO# 666053)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: (702) 420-2001
Email: ecf@randazza.com

*Attorneys for Defendant,*
*Brian Zaiger*

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 23, 2017.

                        /s/ Jay M. Wolman
                        Jay M. Wolman