UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT,<br><br>    Plaintiff,<br><br>v.<br><br>GOTPER6067-00001 and DOES 1-5,<br>dba ENCYCLOPEDIADRAMATICA.SE,<br>and BRIAN ZAIGER,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:17-cv-10356-PBS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BRIAN ZAIGER'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Upon consideration of Defendant Brian Zaiger's Motion requesting an extension of time to respond to Plaintiff's Complaint, the Court finds that there is good cause to grant Defendant Zaiger an extension of 30 days to respond to Plaintiff's Complaint, and that such an extension is in the interest of justice and would not prejudice the Plaintiff.

Accordingly, IT IS HEREBY ORDERED:

1. Defendant Brian Zaiger's Motion for Extension of Time to Respond to Complaint is hereby GRANTED.

2. Defendant Zaiger's deadline to respond to Plaintiff's Complaint is extended up to and including June 22, 2017.

DATED: _____.

                                                       _____
                                                       PATTI B. SARIS,
                                                       UNITED STATES DISTRICT JUDGE