**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JONATHAN MONSARRAT,<br><br>     Plaintiff,<br><br>v.<br><br>GOTPER6067-00001 and DOES 1-5,<br>dba ENCYCLOPEDIADRAMATICA.SE,<br>and BRIAN ZAIGER,<br><br>     Defendants. | CIVIL ACTION NO.<br>1:17-cv-10356-PBS<br><br>**LOCAL RULE 7.3 CORPORATE**<br>**DISCLOSURE STATEMENT** |

Pursuant to LR. 7.3, Defendant Brian Zaiger certifies that he is a natural person.

Dated: May 23, 2017.

Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza (BBO# 651477)
RANDAZZA LEGAL GROUP, PLLC
P.O. Box 5516
Gloucester, Massachusetts 01930
Tel: (702) 420-2001
Email: ecf@randazza.com

Jay M. Wolman (BBO# 666053)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: (702) 420-2001
Email: ecf@randazza.com

*Attorneys for Defendant,*
*Brian Zaiger*

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 23, 2017.

                                      /s/ Marc J. Randazza
                                      Marc J. Randazza

RANDAZZA | LEGAL GROUP