UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                       )
JONATHAN MONSARRAT,                    )
                                       )
*Plaintiff*,                           )
                                       )        CIVIL ACTION NO. 17-cv-10356-PBS
v.                                     )
                                       )
BRIAN ZAIGER dba                       )        **RULE 41(a)(1)(A)(i) NOTICE OF**
ENCYCLOPEDIADRAMATICA.SE,              )        **DISMISSAL OF DOE DEFENDANTS**
                                       )
                                       )
*Defendant*.                           )
_____)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jonathan Monsarrat

files this notice of dismissal of the GOTPER6067-00001and DOES 1-5 Defendants.

Inasmuch as no answer to the complaint or motion for summary judgment has been filed

by Defendant Brian Zaiger or the Doe Defendants, Plaintiff requests the Court to enter the

dismissal of the GOTPER6067-00001and DOES 1-5 Defendants. Plaintiff will proceed with the

case under the above revised caption.

 DATED: May 26, 2017                    Respectfully submitted,

                                        JONATHAN MONSARRAT,
                                        Plaintiff,

                                        By his attorney,

                                        *ss/Richard A. Goren*
                                        Richard A. Goren, Esq. BBO #203700
                                        Law Office of Richard Goren
                                        One State Street, Suite 1500
                                        Boston, MA 02109
                                        617-933-9494
                                        rgoren@richardgorenlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 26, 2017.

*/s/Richard A. Goren*