**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JONATHAN MONSARRAT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRIAN ZAIGER, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. <br> 1:17-cv-10356-PBS <br><br> **OPPOSITION TO PLAINTIFF'S MOTION TO MOTION TO STRIKE DEFENDANT'S MAY 26, 2017 ANSWER AND COUNTERCLAIM** |

Plaintiff's counsel describes his own motion as "silly" and "wasteful" (Dkt. No. 27 at 2; Dkt. 27-1 at 2).

Defendant concurs with this characterization.

The Motion to Strike should be denied.  *See* Dkt. No. 26.

Dated: May 31, 2017.

Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza (BBO# 651477)
RANDAZZA LEGAL GROUP, PLLC
P.O. Box 5516
Gloucester, Massachusetts 01930
Tel: (702) 420-2001
Email: ecf@randazza.com

Jay M. Wolman (BBO# 666053)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: (702) 420-2001
Email: ecf@randazza.com

*Attorneys for Defendant,*
*Brian Zaiger*

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 31, 2017.

                                          /s/ Marc J. Randazza
                                          Marc J. Randazza

RANDAZZA | LEGAL GROUP