# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN ZAIGER, <br><br> Defendant. | CIVIL ACTION NO. <br> 1:17-cv-10356-PBS <br><br> **REQUEST TO APPEAR <br> BY TELEPHONE** |

Defendant Brian Zaiger hereby requests that one of his attorneys appearing in this matter, Jay Wolman, be permitted to participate in the July 18, 2017 Scheduling Conference by telephone. Pursuant to the Notice of Scheduling Conference (Dkt. No. 30), Defendant's lead counsel, Marc Randazza, will appear at the Scheduling Conference in person, in full compliance therewith. As Attorney Wolman's presence is not otherwise required, there is no prejudice to Plaintiff; Attorney Wolman is presently scheduled to be out of state that week.

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that he has conferred with Plaintiff's counsel in good faith and that Plaintiff consents to the relief requested herein.

WHEREFORE Defendant respectfully requests this Honorable Court permit Attorney Wolman to participate in the Scheduling Conference by telephone.

Dated: July 10, 2017.

Respectfully submitted,

/s/ Jay M. Wolman
Jay M. Wolman (BBO# 666053)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: (702) 420-2001
Email: ecf@randazza.com

Marc J. Randazza (BBO# 651477)
RANDAZZA LEGAL GROUP, PLLC
P.O. Box 5516
Gloucester, Massachusetts 01930
Tel: (702) 420-2001
Email: ecf@randazza.com

*Attorneys for Defendant,*
*Brian Zaiger*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 10, 2017.

/s/ Jay M. Wolman
Jay M. Wolman