UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT, )<br>)<br>*Plaintiff*, )<br>) CIVIL ACTION NO. 17-cv-10356-PBS<br>v. )<br>)<br>BRIAN ZAIGER dba )<br>ENCYCLOPEDIADRAMATICA.SE, )<br>)<br>)<br>*Defendant*. )<br>) | |

**PLAINTIFF'S L.R. 16.1 (D) (3) CERTIFICATION**

Counsel for the plaintiff and the plaintiff hereby certify they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation and have proposed mediation.

Dated: July 11, 2017

                                                   JONATHAN MONSARRAT,
                                                 Plaintiff,

                                                 By his attorney,

                                                 *ss/Richard A. Goren*
                                                 Richard A. Goren, Esq. BBO #203700
                                                 Law Office of Richard Goren
                                                 One State Street, Suite 1500
                                                 Boston, MA 02109
                                                 617-933-9494
                                                 rgoren@richardgorenlaw.com

                                                 */s/ Jonathan Monsarrat*
                                                 JONATHAN MONSARRAT

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 11, 2017.

  *ss/Richard A. Goren*