UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JONATHAN MONSARRAT,<br><br>*Plaintiff*,<br><br>v.<br><br>BRIAN ZAIGER dba<br>ENCYCLOPEDIADRAMATICA.SE,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 17-cv-10356-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF ERRATA re: PLAINTIFF'S STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Plaintiff Jonathan Monsarrat submits this Notice of Errata concerning an error in his Local Rule 16.1(D) Statement (ECF# 33) filed earlier today. Specifically, on page 4, Section II. A, the first sentence of the fourth paragraph mistakenly identifies the plaintiff Monsarrat as the defendant Zaiger. The sentence with the misidentification highlighted in yellow bold states:

> So too resolution of **Monsarrat**'s ability to meet his burden of production on his counterclaim (including his counsel's contentions about application of *Lenz v. Universal Music Publishing Inc.*, 815 F. 3d 1145 (9th Cir. 2016)), his fair use defense (including counsel's contentions about application of *Righthaven, LLC v. Hoehn*, 792 F. Supp. 2d 1138 (D. Nevada 2011) aff'd in part and vacated in part, 716 F. 3d 1166 (9th Cir.)) and his affirmative defenses, while perhaps not crucial to a successful mediation, Monsarrat contends, can be promptly briefed and determined in relatively short order.

The corrected first line with the correction highlighted is:

> So too resolution of **Zaiger**'s ability to meet his burden of production on his ….

Respectfully submitted this 11th day of July, 2017.

JONATHAN MONSARRAT,
Plaintiff,

By his attorney,

*ss/Richard A. Goren*
Richard A. Goren, Esq. BBO #203700
Law Office of Richard Goren
One State Street, Suite 1500
Boston, MA 02109
617-933-9494
rgoren@richardgorenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 11, 2017.

*ss/Richard A. Goren*