### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN ZAIGER, <br><br> Defendant. | CIVIL ACTION NO. <br> 1:17-cv-10356-PBS <br><br> **DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)** |

Defendant, Brian Zaiger, and his undersigned counsel hereby certify and affirm that Defendant and his counsel have conferred: (A) with a view to establishing a budget for the costs of conducting the full course and various alternative courses--of the litigation; and (B) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Dated: July 11, 2017.

Respectfully submitted,

/s/ Brian Zaiger
Brian Zaiger, Defendant

Respectfully submitted,

/s/ Jay M. Wolman
Jay M. Wolman (BBO# 666053)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: (702) 420-2001
Email: ecf@randazza.com

Marc J. Randazza (BBO# 651477)
RANDAZZA LEGAL GROUP, PLLC
P.O. Box 5516
Gloucester, Massachusetts 01930
Tel: (702) 420-2001
Email: ecf@randazza.com

*Attorneys for Defendant,
Brian Zaiger*

RANDAZZA | LEGAL GROUP