UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JONATHAN MONSARRAT, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> BRIAN ZAIGER dba ) <br> ENCYCLOPEDIADRAMATICA.SE, ) <br> ) <br> *Defendant*. ) | CIVIL ACTION NO. 17-cv-10356-PBS |

**NOTICE OF ERRATA re: MOTION WITH INCLUDED MEMORANDUM TO FILE EXHIBITS C AND D TO
<u>AMENDED COMPLAINT UNDER SEAL</u>**

Plaintiff Jonathan Monsarrat hereby submits this Notice of Errata concerning his Motion to file Exhibits C and D to his Proposed First Amended Complaint under seal.

Specifically while the caption of the motion specifies it is Exhibits C and D that are proposed to filed under seal, the first sentence mistakenly refers to Exhibits A and B.

As corrected the first sentence of the motion is:

Plaintiff Jonathan Monsarrat hereby respectfully requests pursuant to Local Rule 7.2 that this Honorable Court allow him to file Exhibits C and D to his Proposed First Amended Complaint under seal.

Respectfully submitted,

JONATHAN MONSARRAT,

Plaintiff,

By his attorney,

*ss/  Richard A. Goren*____
Richard A. Goren, Esq. BBO #203700
Law Office of Richard Goren
One State Street, Suite 1500
Boston, MA 02109
617-933-9494
rgoren@richardgorenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on October 18, 2017.

*/s/ Richard A. Goren*