# **EXHIBIT 2**

## 18 U.S.C. 2257 Record-Keeping Requirements Compliance Notice for Fuckbook



# 18 U.S.C. 2257 Record-Keeping Requirements Compliance Notice for Fuckbook

**18 U.S.C. § 2257 Statement**

Any actual human beings depicted in images appearing on this website were over the age of 18 years at the time those images were recorded.

Exemption: Content Produced by Third Parties

The operators of this website are not the "producers" of any depictions of actual or simulated sexually explicit conduct which may appear on this website. More specifically, the operators of this website limit their handling of such content, and only perform the activities of transmission, storage, retrieval, hosting, and/or formatting of material that may depict sexually explicit conduct, all of which material appears on the website as the result of actions taken by third-party users of the website. All portions of the website that contain such user-generated material are under the control of the relevant user, for whom this website is provided as an online service by its operators. Pursuant to 18 U.S.C. § 2257(h)(2)(B)(v) and 47 U.S.C. § 230(c), the operators of this website reserve the right to delete materials appearing on the site as the result of actions taken by the website's users, which materials are deemed, in the operator's sole discretion, to be indecent, obscene, defamatory, or inconsistent with the policies and terms of service for this website.

Exemption: Content Produced by Website Operators

To the extent that any images appear on the website, for which the operators of this website may be considered the "producer," those images are exempt from the requirements of 18 U.S.C. § 2257 and 28 C.F.R. § 75 for one or more of the following reasons: (i) the produced images do not portray any sexually explicit conduct defined in 18 U.S.C. §§ 2256(2)(A); (ii) the produced images do not portray depictions of the genitals or pubic area created after July 27, 2006; (iii) the produced images do not portray simulated sexually explicit activity occurring after the effective date of 18 U.S.C. § 2257A; and/or (iv) the produced images were created prior to July 3, 1995.

Designated Records Custodian

Without limiting in any way the applicability of the above-stated exemptions, the operators of this website have designated the custodian, whose address appears below, to be the keeper of original records described in 18 U.S.C. § 2257 and 28 C.F.R. § 75 for all materials appearing on this website that fall into the following categories: (i) marketing and advertising materials that contain visual depictions of actual or

simulated sexually explicit conduct, which materials have been acquired or created by the website's operators for the purpose of promoting the website; or (ii) materials that are not exempt, as described above.

The aforementioned records and their custodian can be found by contacting the following address: support@fuckbook.com

Nothing further follows.

English  -  Home   Search   Matches   Live Cams  -  About Us   Contact   Blog   Affiliate   Privacy   Terms   Help   Billing   DMCA   18 U.S.C. 2257  -  © Fuckbook 2017