# **EXHIBIT 3**

Jon Monsarrat, $160 Million DotCom Icon, to Expose 100 Cyberbullies

 |

Pricing   Featured PR   PR Firms   About Us   Testimonials   Submit Press Release

**1888 Press Release**   Archive News   Art & Entertainment News   Web Sites / Internet News

 **Jon Monsarrat, $160 Million DotCom Icon, to Expose 100 Cyberbullies**

**Contact Information**

May 08, 2013

**Rickland Powell**

Jon Monsarrat

PO Box 391512 Cambridge, MA 02139

02478

Voice: 617-510-4477

> *Jon Monsarrat recently announced that he will expose the identities of 100 cyber bullies. The Boston based dotcom era icon has formed a cyber investigation service intended to assist in suicide prevention caused by online bullying.*

**Visit our Site**

**Follow them on**

Boston, MA-NH (1888PressRelease) May 08, 2013 - Jon Monsarrat announced this week that as part of an Internet defamation case, he will expose the real identities and addresses of 100 cyber bullies as part of his new cyber investigation service. The dotcom era icon and Internet expert was previously the founder and first CEO of Turbine, which makes games like Lord of the Rings Online and Dungeons and Dragons Online and was bought by Warner Brothers for $160 million in 2010.



> *I am proud to be part of this fight for Internet justice, said Jon Monsarrat.*

Earlier in 2013 he created a cyber-investigation service, which cracks the real identities of cyber bullies who post defamatory material online. The release of names and identities is part of this new service, for one of Monsarrat's client with an ongoing legal case against cyber bullies. His company is working in partnership with Defend My Name, perhaps the most technically advanced of the top anti-defamation services, and Ishman Law Firm, which has expertise in defending victims from cyber-attack.

Jon Monsarrat said, "Cyber bullies harass and spread lies about their victims using the power of the Internet, which leads to thousands of suicides a year. The police and courts are not always up to the challenge of fighting back. Now I'm bringing two patented technologies to bear to help people in need." Monsarrat was referring to his two patents in collecting and analyzing data from public websites.

This is far from Monsarrat's first foray into preventing suicide. He previously ran the Boston Monster March on behalf of The Samaritans, which drew 4,000 people to Boston City Hall plaza for a carnival, charity walk, and concert to raise money to help prevent suicide. His charitable projects have also included Soulburners, the community art project where Jon Monsarrat gave handwritten advice on small colored card to nearly 12,000 heartfelt questions from the community.

Jon Monsarrat said, "Cyber bullies think that they're anonymous, but we're going to demonstrate how wrong that is. With my technology, my team of experts, and my partnerships, we're about to blow open the doors on cowards that smear the innocent online in an attempt to destroy their mental health and family, friend, love, and business relationships. I'm proud to be part of this fight for Internet justice."

About Jon Monsarrat
Jon Monsarrat went to college at 16, getting his MIT BA and MBA and going to Harvard and Brown as well. As a student he played The Beaver, MIT's mascot, more than any other person in history. In 1989 he invented the "away message" on instant messaging. Today he runs Monsarrat Consulting, which provides cyber investigation services as well as search engine optimization, strategic business consulting, and website development services. Monsarrat Consulting has taken on small clients but also advised top executives of some of the world's largest companies, including General Electric and Citigroup. For more on Jon Monsarrat and his consulting service, see http://www.monsarrat.com

For additional information, contact:
Rickland Powell
Hard Data Factory
7 Oak Avenue

Belmont, MA 02478

617-510-4477

rickland ( @ ) harddatafactory dot com

http://harddatafactory.com

###

Visit Jon Monsarrat Website

      Print  Email  Report Spam

Over  Satisfied Users &  Approved Press Releases

Marketing Companies     PR Guidelines

SEO Companies     Privacy Policy

   

Tips to Write Press Release     Terms of Use

Contact Us

© Copyright 2005-2017, 1888 Press Release. All Rights Reserved