UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT,<br><br>*Plaintiff*,<br><br>v.<br><br>BRIAN ZAIGER dba ENCYCLOPEDIADRAMATICA.SE,<br><br>*Defendant*. | CIVIL ACTION NO. 17-cv-10356-PBS |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY TO THE OPPOSITION OF BRIAN ZAIGER (PAPER 47) TO PLAINTIFFS' OCTOBER 18, 2017 MOTION TO FILE EXHIBITS C AND D TO <u>AMENDED COMPLAINT UNDER SEAL</u>**

Pursuant to Local Rule 7.1(B) (3), the Plaintiff Jonathan Monsarrat requests leave to file a four page reply to Defendant Brian Zaiger's October 20, 2017 opposition, Paper 47, to Plaintiff's October 18, 2017 Motion, Paper 45. Defendant Zaiger's opposition makes contentions as to which Plaintiff's counsel believes a Reply brief will assist the Court in deciding the motion.

**WHEREFORE** Plaintiff Jonathan Monsarrat requests leave to file a brief reply in support of his October 18, 2017 Motion to file Exhibits C and D to his proposed amended complaint under seal. The proposed reply is attached as Exhibit A.

DATED: October 23, 2017

Respectfully submitted,

JONATHAN MONSARRAT,

Plaintiff,

By his attorney,

*ss/ Richard A. Goren*
Richard A. Goren, Esq. BBO #203700
Law Office of Richard Goren
One State Street, Suite 1500
Boston, MA 02109
617-933-9494
rgoren@richardgorenlaw.com

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.2

    I hereby certify that on October 22 and 23, 2017, I conferred by email with the defendant's counsel and attempted in good faith to resolve or narrow the issues.

*/s/ Richard A. Goren*

### **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on October 23, 2017.

*/s/ Richard A. Goren*