# EXHIBIT C

"Pedobear," WIKIPEDIA

(As of Oct. 23, 2017
at approx. 6:32pm EDT)

WIKIPEDIA

# Pedobear



Depiction of Pedobear

**Pedobear** is an Internet meme that became popular through the imageboard 4chan.[1] As the name suggests ("pedo" being short for "pedophile"), it is portrayed as a pedophilic bear.[2] It is a concept used to mock pedophiles or people who have any sexual interest in children or jailbait.[3][4][5] The bear image has been likened to bait used to lure children or as a mascot for pedophiles.[3][5]

## Contents

1 Origin
2 Mainstream media
3 References
4 External links

## Origin

The bear character originates from the popular bulletin board system (BBS) website *2channel* in Japan, where it was introduced, in the form of Shift_JIS art, as クマー (*Kumā*), an interjection of the word 熊 (*Kuma*) meaning *bear* in Japanese. Unlike Pedobear, *Kumā* has no sexual connotations, pedophilic or otherwise.

Although initially appearing as a single line:

くまくま━━━━━━ヽ（ ・(ｪ)・ ）ノ━━━━━━ !!!

various posts modified it until reaching the final form as multi-line art:

```
      ∩___∩
     |ノ      ヽ
    /   ●    ● | クマ―!!
   |     (_●_) ミ
  彡､     |∪|  ､｀\
/ __     ヽノ /´>   )
(___)      /  (_/
  |       /
  |   /\   \
  | /     )   )
   ∪     (   \
          \__)
```

Eventually, posting Kuma Shift_JIS art evolved into a response to "fishing" posts submitted as "bait" to attract people (fishing for attention), which is why the bear is depicted as literally running into the forum to get the bait.

The Kuma character was adopted by 4chan and quickly became a meme there,[1][5] especially on the /b/ board. On 2ch, Kuma was often depicted in images sleeping with children, and this was promptly exploited on 4chan to create the Pedobear persona. Soon it gained its representation as an image rather than text art, and started being superimposed in

pictures[4] depicting children (especially if these pictures could be interpreted as sexually suggestive, such as when involving swimsuits, underwear or child beauty pageants).[3] Another common use of the character was to mock or otherwise signal the posting of borderline child erotica content,[3][4][5] sometimes with references to FBI or Chris Hansen, the host of the TV show *To Catch a Predator*.

# Mainstream media

Pedobear eventually became known outside 4chan as it was referenced by newspapers and prominent websites. In the media it was frequently claimed to be a mascot of child sex offenders, which is contested by meme catalogs who note that its intent is actually to mock pedophiles.[6][7]



Protester in London dressed as Pedobear to protest a visit by Pope Benedict XVI in 2010

Pedobear was used in a CollegeHumor video parodying the movie *Doubt*.[8]

On 3 July 2009, Canadian artist Michael R. Barrick created two composite images[9] depicting Pedobear grouped together with the mascots of 2010 Winter Olympic and Paralympic Games. One is based on the official art, and the other is based on fanart created by Angela Melick.[10] This image was then mistakenly used by other media,[11] most notably the Polish newspaper *Gazeta Olsztyńska* for a 4 February 2010 front page story about the Olympics in Vancouver.[4][12]

On 24 July 2009, a column[13] by conservative commentator Pat Buchanan about the early months of Barack Obama's presidency included an image of Pedobear, which generated considerable reaction from non-political commentators.[11]

Other uses of Pedobear include an iStockphoto wallpaper,[11] a cover of the auto magazine *Import Tuner*,[11] and a flyer of a costume store in Portland, Oregon which accidentally featured a Pedobear-like figure. The incident in Portland was covered by a local news station, which provided a detailed history of Pedobear, and even interviewed Cheezburger Network's CEO Ben Huh about Pedobear's cultural significance.[11]

In September 2010 cosplay participants dressed as the character were accused of being pedophiles,[14] after the San Luis Obispo County Sheriff's Department issued a warning that Pedobear was a sign of the presence of pedophiles and other people with inappropriate sexual behavior, and suggested that Pedobear was a kind of mascot among pedophiles.[3][15] Law enforcement officials in San Diego later sent a warning to local media, warning parents that the image can indicate the presence of pedophiles. It also issued a bulletin:

> Since the Comic Con, law enforcement in San Diego... has come across PedoBear's image in situations during which they were contacting those that exploit and/or abuse children. (...)
>
> The intention of this bulletin is (...) [to] alert citizens that [PedoBear's] presence may be an indicator of the presence of individuals who have a predilection to sexually inappropriate, or even, assaultive behaviour. While not an absolute, the image of PedoBear should be a sign that you should use caution with whatever situation you are in or the individuals involved.

> — Public Safety Bulletin. A Seemingly Innocent Menace. An introduction to "PEDO BEAR"(Page 2)[3]

Gawker later reported that it had spoken to the San Luis Obispo Sheriff's Department, and that the department knew it was an "Internet joke",[3] despite the fact that they had referred to pedophiles adopting it as a mascot. Two local television stations, KSBY and KCOY-TV, passed on the warning to their viewers.[14] In Tulsa, Oklahoma, Sgt. John Adams of the Tulsa Police Department Child Exploitation Unit falsely told local television stations KOKI-TV and KOTV that the person wearing the costume was a registered sex offender, a claim which was later retracted.[16][17][18]

In December 2010, Big Fish Games published a flash game called "Teddy Bear's Christmas" featuring Pedobear as the main character. The game was later removed.[19]

On March 22, 2011, the blog Urlesque posted a photograph of a coupon book advertisement for "CP Distributor", a computer repair business in Polk County, Florida, that prominently featured the Pedobear image. "CP" in a Pedobear context normally stands for child porn.[20]




Coupon book ad of the Florida-based computer repair business, "CP Distributor".

In July 2011, a Pedobear iPhone application, released a few weeks earlier on June 25, was removed from Apple's App Store. It contained a series of dance moves and background music, with the mascot branded as "Cuddle Bear".[21]

On December 15, 2011, a citywide alert was issued by the Pierre Police Department after images of Pedobear had been sighted in certain parts of the city.[22]

In March 2012, a primary school in Christchurch, New Zealand, was notified by the public of the meaning of a student-created poster portraying Pedobear in a classroom window. The poster was left displayed to the public for some time.[23]

On July 19, 2012, the Nestlé food company took down the inaugural Instagram photo from its Kit Kat chocolate bar's Facebook page because it featured a person dressed as a bear that some Internet users quickly pointed out resembled the Pedobear cartoon. Nestlé itself had produced the image, and officials claimed they were completely unaware of the Pedobear meme.[24]

# References


1. Amy Graff (September 14, 2010). "California police warn parents of pedophilia mascot" (https://web.archive.org/web/20110121120034/http://www.sfgate.com/cgi-bin/blogs/sfmoms/detail?entry_id=72258). San Francisco Chronicle. Archived from the original (http://www.sfgate.com/cgi-bin/blogs/sfmoms/detail?entry_id=72258) on 2011-01-21.
2. Kelly, Jon (2010-08-31). "BBC News - The strange virtual world of 4chan" (http://www.bbc.co.uk/news/magazine-10520487). Bbc.co.uk. Retrieved 2010-09-13.
3. "Stupid California Police Warn Parents of Pedobear, the 'Pedophile Mascot' (Updated)" (https://web.archive.org/web/20100913225617/http://gawker.com/5636011/stupid-california-police-warn-parents-of-pedobear-the-pedophile-mascot). Gawker. 2009-09-12. Archived from the original (http://gawker.com/5636011/stupid-california-police-warn-parents-of-pedobear-the-pedophile-mascot) on 2010-09-13. Retrieved 2010-09-12.
4. Moore, Matthew (8 February 2010). "Polish newspaper claims 'Pedobear' is 2010 Vancouver Olympic mascot" (http://www.telegraph.co.uk/news/newstopics/howaboutthat/7187027/Polish-newspaper-claims-Pedobear-is-2010-Vancouver-Olympic-mascot.html). *The Daily Telegraph*. London.

5. Firth, Niall (2010-09-13). "Police issue paedophile warning over 'Pedobear' internet joke" (http://www.dailymail.co.uk/sciencetech/article-1311669/US-police-issue-paedophile-warning-Pedobear-internet-joke.html). *Daily Mail*. London.
6. "A Beginner's Guide to Pedobear, the Internet's Favorite Pervert" (https://web.archive.org/web/20091129053805/http://www.urlesque.com/2009/11/06/pedobear). Urlesque. Archived from the original (http://www.urlesque.com/2009/11/06/pedobear) on 2009-11-29. Retrieved 2015-09-15.
7. "Know Your Meme: Pedobear" (http://knowyourmeme.com/memes/pedobear). Know Your Meme. Retrieved 2015-09-15.
8. "Pedobear "Doubt" Trailer - CollegeHumor video" (https://web.archive.org/web/20100330022737/http://www.collegehumor.com/video%3A1912846). CollegeHumor. 2009-06-02. Archived from the original (http://www.collegehumor.com/video:1912846) on 2010-03-30. Retrieved 2010-08-03.
9. "Michael R. Barrick - New Mascot Added to the Vancouver 2010 Team" (https://web.archive.org/web/20100309084907/http://mbarrick.livejournal.com/882235.html). LiveJournal. Archived from the original (http://mbarrick.livejournal.com/882235.html) on 2010-03-09. Retrieved 2010-08-03.
10. "Gallery" (https://web.archive.org/web/20100609154452/http://www.spikecomix.com/gallery/displayimage.php?album=3&pos=2). SpikeComix.com. Archived from the original (http://www.spikecomix.com/gallery/displayimage.php?album=3&pos=2) on 2010-06-09. Retrieved 2010-08-03. "Pedobear was also starred as a 3 second character on Cartoon Network's MAD on a short called "Grey's in Anime". But pedobear is seen as green, but can still be recognized."
11. Robert Quigley (7 February 2010). "Vancouver and More: 5 Times Pedobear has Infiltrated the Real World" (http://www.geekosystem.com/pedobear-vancouver-5-times-pedobear-has-fooled-the-world/). Geekosystem.
12. " 'Pedobear' an Olympic mascot?" (http://www.torontosun.com/sports/vancouver2010/news/2010/02/10/12823326-qmi.html). Toronto Sun. 10 February 2010.
13. Patrick J. Buchanan (July 24, 2009). "Is Obamania Over?" (http://www.takimag.com/article/is_obamania_over/). Taki's Magazine.
14. "Sheriff's department warns parents of Pedo Bear image" (https://web.archive.org/web/20100915051544/http://www.msnbc.msn.com/id/39088022). KSBY-TV. Archived from the original (http://www.msnbc.msn.com/id/39088022) on 2010-09-15. Retrieved 2011-12-20.
15. San Luis Obispo County Sheriff's Department Public Information Bulletin "A Seemingly Innocent Menace. An introduction to "PEDO BEAR" page 1 (http://cache.gawkerassets.com/assets/images/7/2010/09/500x_pedo1.jpg) and Page 2 (http://cache.gawkerassets.com/assets/images/7/2010/09/500x_pedo2.jpg)
16. "Pedobear Panic Hits Tulsa" (https://web.archive.org/web/20100919142959/http://gawker.com/5639308/pedobear-panic-hits-tulsa-oklahoma). gawker. Archived from the original (http://gawker.com/5639308/pedobear-panic-hits-tulsa-oklahoma) on 2010-09-19.
17. "Pedobear, The New Pedophile?" (http://www.fox23.com/news/local/story/Pedobear-The-New-Pedophile/jcdOrr1dzU2Pbv12JE4qZw.cspx). FOX23.
18. "A Seemingly Innocent Menace -- An Introduction to "PEDO BEAR" " (http://ftpcontent.worldnow.com/griffin/NEWSon6/PDF/1009/PedoBear%20PUBLIC%20INFO%20Bulletin%5B1%5D%5B1%5D.pdf) (PDF). Tulsa Police Department Child Exploitation Unit.
19. "Bigfish forum report of a hoax game" (https://web.archive.org/web/20130611230247/http://forums.bigfishgames.com/posts/list/136006.page). Archived from the original (http://forums.bigfishgames.com/posts/list/136006.page) on June 11, 2013.
20. [1] (https://web.archive.org/web/20110324190245/http://www.urlesque.com/2011/03/21/pedobear-computer-parts-ad), Pedobear on computer parts ad.
21. Pedobear iPhone app vanishes from Apple store | Technology | News & Comment | The First Post (https://web.archive.org/web/20110714005914/http://www.thefirstpost.co.uk/81655%2Cnews-comment%2Ctechnology%2Cpedobear-iphone-app-vanishes-from-apple-store)
22. "My Daily News" (http://mdn.dakotaradiogroup.com/MDNThursdayDecember_15.htm). Dakota Radio Group. 2011-12-15. Retrieved 2011-12-20.
23. Blackstock, Russell (4 March 2012). "Pedobear pops up at school" (http://www.nzherald.co.nz/nz/news/article.cfm?c_id=1&objectid=10789633). *The New Zealand Herald*.

24. [2] (http://www.latimes.com/business/money/la-fi-mo-pedobear-comparison-nestle-07202012,0,3945990.story), Pedobear comparison prompts Nestle to pull Instagram photo for Kit Kat

# External links

- Pedobear (http://knowyourmeme.com/memes/pedobear) on Know Your Meme
- A Beginner's Guide to Pedobear, the Internet's Favorite Pervert (https://web.archive.org/web/20091129053805/http://www.urlesque.com/2009/11/06/pedobear)

Retrieved from "https://en.wikipedia.org/w/index.php?title=Pedobear&oldid=785954135"

**This page was last edited on 16 June 2017, at 11:46.**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.