# EXHIBIT D

Alix Roy,
"Somerville artist arrested for hosting party where minors found drinking,"
Boston.com (Feb. 9, 2010)

SOMERVILLE
# Somerville artist arrested for hosting party where minors found drinking

**Posted by Alix Roy**

**February 9, 2010 11:00 AM**

By Alix Roy, Town Correspondent

Editor's Note: According to Somerville District Court documents, both charges against Jonathan Monsarrat were dismissed.

The artist behind the popular art installation, Wheel Questions, was arrested late last month for hosting a party at his Summer Street home where police reported they found underage drinking.

Jonathan Monsarrat, 41, of 197 Summer St., was charged with keeping a noisy and disorderly home and serving liquor to persons under the age of 21.

He was released on personal recognizance and is scheduled to appear in Somerville District Court for a preliminary hearing on March 1, according to a court spokeswoman.

Somerville Police received a call around 8 p.m. on Friday, Jan. 29 from a tenant in the building, who told police there was large group of teenagers drinking in the apartment.

Upon arriving at the scene, police found broken beer bottles near the door of the first floor of the apartment and 25-30 teenagers inside. Many were attempting to conceal bottles of beer and other alcoholic beverages, the police report states. Open bottles of alcohol were found in the kitchen area as well as a small amount of marijuana.

Monsarrat identified himself as the host of the party, but denied that any alcohol was being served, the report states. When asked by an officer to inform his guests that the party was ending, Monsarrat became â€œargumentativeâ€ and refused to follow instructions, police said. Officers asked for identification from several partygoers who responded, â€œWe're in high school, we don't have ID."

While investigating, officers heard a loud scream coming from the kitchen area where they found a female â€œcrying hysterically.â€ According to the report, the girl appeared intoxicated and had a strong odor of alcohol on her breath. Youths at the scene said the victim was â€œdepressedâ€ and that she had been drinking. She was transported to Cambridge Hospital for evaluation.

Officers called for backup to clear guests from the apartment. Monsarrat, who police said was â€œclearly unable to control his guests,â€ was transported to police headquarters for booking.

The local artist and founder of computer-games company Turbine Inc. achieved local notoriety last year through his traveling art installation, Wheel Questions, which visited Davis Square last summer. The interactive piece, which Monsarrat built in his backyard, consists of questions written on notecards by members of the public. The queries range from romance and family matters to mundane inquiries about the weather forecast. Monsarrat responds to each answer on the back of the card.

Monsarrat also maintains a blog of off-beat Boston-area events and is the CEO of Hard Data Factory, a data and IT consulting company run out of his Somerville home.