UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT, *Plaintiff*, v. BRIAN ZAIGER dba ENCYCLOPEDIADRAMATICA.SE, *Defendant.* | CIVIL ACTION NO. 17-cv-10356-PBS <br><br> **HEARING REQUESTED** |

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

Pursuant to FRCP 15 (a) (2) and LR 15.1 the plaintiff Jonathan Monsarrat files this Rule 15(a)(2) Motion to Amend seeking leave to file an Amended Complaint in which the Doe defendants are deleted and Defendant Brian Zaiger is sued as the owner/operator of the website Encyclopedia Dramatica. For the reasons set forth in his Memorandum in Support, the plaintiff Jonathan Monsarrat requests leave to file the Amended Complaint appended hereto as Exhibit A.

Plaintiff will file a separate motion to file under seal Exhibits C and D to the proposed amended complaint.

**PLAINTIFF REQUESTS A HEARING ON THIS MOTION.**

DATED: October 18, 2017

[handwritten margin notes: "Saris PBS Judge", "10/24/17 allowed"]