UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JONATHAN MONSARRAT, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | CIVIL ACTION NO. 17-cv-10356-PBS |
| v. ) | |
| ) | |
| BRIAN ZAIGER dba ) | |
| ENCYCLOPEDIADRAMATICA.SE, ) | |
| ) | **REQUEST FOR ORAL ARGUMENT** |
| *Defendant*. ) | |

**MOTION WITH INCLUDED MEMORANDUM TO FILE EXHIBITS C AND D TO AMENDED COMPLAINT UNDER SEAL**

Plaintiff Jonathan Monsarrat hereby respectfully requests pursuant to Local Rule 7.2 that this Honorable Court allow him to file Exhibits A and B to his Proposed First Amended Complaint under seal. In support of such Motion, the Plaintiff states that on October 18, 2017 he filed his Motion for Leave to Amend Complaint ("Motion to Amend") [ECF No. 43]. The proposed Amended Complaint includes a number of exhibits, two of which Plaintiff omitted from the Amended Complaint as filed, ECF 43-1, as they are of a sensitive nature.

Specifically, the Plaintiff seeks an order allowing him to file Exhibits C and D to the Amended Complaint under seal. Each exhibit is a page initially published on the Encyclopedia Dramatica website on October 31, 2011, then after being taken down re-published on the Encyclopedia Dramatica website on or about as of October 22, 2012 where it remained through at least May 13, 2013.