UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JONATHAN MONSARRAT,<br><br>*Plaintiff*,<br><br>v.<br><br>BRIAN ZAIGER dba<br>ENCYCLOPEDIADRAMATICA.SE,<br><br>*Defendant*. | CIVIL ACTION NO. 17-cv-10356-PBS<br><br>**PLAINTIFF'S ASSENT**<br>**MOTION FOR EXTENSION OF**<br>**TIME TO RESPOND TO**<br>**MOTION TO DISMISS COMPLAINT** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) Plaintiff Jonathan Monsarrat moves for an extension of time to file his response to Defendant Brian Zaiger's October 30, 2017 Rule 12(b)(6) motion to dismiss Plaintiff's Amended Complaint.

Plaintiff states there is good cause for this extension in material part because of his counsel's medical reasons. Without endorsing the stated "good cause," Defendant assents to allowance of this motion.

WHEREFORE Plaintiff requests the Court to grant his motion and enlarge the time for plaintiff to respond to Defendant's motion to dismiss to Thursday November 15, 2017.

DATED: November 7, 2017      Respectfully submitted,

JONATHAN MONSARRAT,
Plaintiff,

By his attorney,

*ss/Richard A. Goren*
Richard A. Goren, Esq. BBO #203700
Law Office of Richard Goren
One State Street, Suite 1500
Boston, MA 02109
617-933-9494
rgoren@richardgorenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 7, 2017.

*/s/Richard A. Goren*