UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JONATHAN MONSARRAT, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> BRIAN ZAIGER dba ) <br> ENCYCLOPEDIADRAMATICA.SE, ) <br> ) <br> ) <br> *Defendant*. ) | CIVIL ACTION NO. 17-cv-10356-PBS |

**NOTICE OF ERRATA re: ASSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S OCTOBER 30, 2017 MOTION TO DISMISS.**

Plaintiff Jonathan Monsarrat hereby submits this Notice of Errata concerning his assented to Motion for an extension of time to respond to Defendant's October 30, 2017 Motion to Dismiss.

Specifically while the motion specifies Thursday November 15, 2017 as the deadline, it should have stated Thursday November 16, 2017. As corrected the Prayer for Relief is:

WHEREFORE Plaintiff requests the Court to grant his motion and enlarge the time for plaintiff to respond to Defendant's motion to dismiss to Thursday November 16, 2017.

DATED: November 7, 2017

Respectfully submitted,

JONATHAN MONSARRAT,

Plaintiff,

By his attorney,

*ss/ Richard A. Goren*
Richard A. Goren, Esq. BBO #203700
Law Office of Richard Goren
One State Street, Suite 1500
Boston, MA 02109
617-933-9494
rgoren@richardgorenlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on November 7, 2017.

*/s/ Richard A. Goren*