UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JONATHAN MONSARRAT, )<br>)<br>*Plaintiff*, )<br>) CIVIL ACTION NO. 17-cv-10356-PBS<br>v. )<br>)<br>BRIAN ZAIGER )<br>)<br>*Defendant*. )<br>) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY IN SUPPORT OF HIS OPPOSITION TO MOTION TO DISMISS.**

Pursuant to Local Rule 7.1(B) (3), the Plaintiff requests leave to file a six page sur-reply to Defendant's December 3, 2017 Reply. (Doc. 69). Defendant's reply makes contentions as to which Plaintiff's counsel believes a sur-reply brief will assist the Court in deciding the motion.

**WHEREFORE** Plaintiff Jonathan Monsarrat requests leave to file a sur-reply in support of his opposition to Defendant's November 15, 2017 motion to dismiss. (Doc. 65).

DATED: December 4, 2017

                                                                           Respectfully submitted,

                                                                           JONATHAN MONSARRAT,
                                                                           Plaintiff,

                                                                           By his attorney,

                                                                           *ss/ Richard A. Goren*____
                                                                           Richard A. Goren, Esq. BBO #203700
                                                                           Law Office of Richard Goren
                                                                           One State Street, Suite 1500
                                                                           Boston, MA 02109
                                                                           617-933-9494
                                                                           rgoren@richardgorenlaw.com

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.2**

I hereby certify that I conferred by email with the defendant's counsel and attempted in good faith to resolve or narrow the issues. See Doc. 67 at 1 & n. 1.

*/s/ Richard A. Goren*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on December 4, 2017.

*/s/ Richard A. Goren*