# EXHIBIT 3

Monsarrat's Responses to Zaiger's
First Set of Interrogatories

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JONATHAN MONSARRAT, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 17-cv-10356-PBS |
| | ) |
| BRIAN ZAIGER dba | ) |
| ENCYCLOPEDIADRAMATICA.SE, | ) |
| | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

## PLAINTIFF'S RESPONSES TO DEFENDANT'S AUGUST 23, 2017 FIRST SET OF INTERROGATORIES

Pursuant to Fed. R. Civ. P. 33 and L. R. 33.1 Plaintiff hereby responds to Defendant's

First Set of Interrogatories.

## INTERROGATORY NO. 1:

State the dates that you published each alleged work identified in Paragraphs 2(a)-(e) of Plaintiff's Verified Complaint.

RESPONSE:

a. Literary work consisting of text sent from account "mitcarpediem".

US Copyright Office Registration No. TXu001816801 dated August 16, 2012;

To the best of my knowledge and belief this was an online

communication I initially published to Hannah Rosenbaum in or about March

2008.

b.      Literary work starting "Hey! Let" and ending "?Ciao, bella!".

US Copyright Office Registration No. TXu001823216  dated August 16, 2012;

To the best of my knowledge and belief this was an email I sent to some
unknown person in February 2003.

c.      Literary work starting "I'm laughing?"       US Copyright Office Registration
No. TXu001816802 dated February 15, 2011;

To the best of my knowledge and belief this was an email I initially
published to Hannah Rosenbaum in or about March 2008.

d.      Visual material Photographic work depicting performer in beaver costume with
MIT shirt. US Copyright Office Registration No. VAu001058248 dated February
15, 2011;

I first published this June 2, 2000 photograph of myself by posting it in
June 2000  on a personal MIT student webpage hosted for me by MIT on the MIT
website.

e.      Visual material "Websites of Jonathan Monsarrat." US Copyright Office
Registration No.VA0001876289  dated May 20, 2013.

This was a collection of photographs posted between 2000 and 2013; this was a
handwritten card written by me of which I took a photograph in 2009 and I believe the
photo was first published on my website in 2009.

**INTERROGATORY NO. 2:**

Describe the circumstances surrounding the creation of each alleged work identified in Paragraphs 2(a)-(e) of Plaintiff's Verified Complaint including in your description, but not limited to, the date(s) of creation, the purpose(s) for which each work was created, the identity/ies of the author(s), whether any work was created as a work for hire, and the terms of any such work-for-hire agreement.

RESPONSE: I was the author of each original work (a), (b) and (c) and the photographer

of each photographic image (d) and (e); I did not create any of these five copyrighted works for

any third party and I am not party to any agreement with any third party whereby I have

transferred or assigned to any third party any interest in any of the five copyrights. Each of (a),

(b) and (c) was my original written, expression of my ideas and my thoughts. (d) was my

creative photographic expression of myself. (e) is a photograph I took of a handwritten note I

had written. See Responses to Interrogatories 1 and 4.


## INTERROGATORY NO. 3:

Identify all licenses in each alleged work identified in Paragraphs 2(a)-(e) of Plaintiff's Verified Complaint granted by Plaintiff to any party including in your identification, but not limited to, the identity/ies of the licensee(s), the term(s) of the license(s), the permitted use(s) under the license(s), restrictions on the license(s), and amount(s) paid by the licensee(s).

RESPONSE: I am not party to any agreement with any third party whereby I have

transferred or assigned to any third party any interest in any of the five copyrights. I first

published this June 2, 2000 photograph of myself by posting it in June 2000 on a personal MIT

student webpage hosted for me by MIT on the MIT website .


## INTERROGATORY NO. 4:

Describe with specificity each element of actual damages you claim are attributable to Defendant, including in your description, but not limited to, how your reputation was allegedly damaged by Defendant, the means and methods by which you determined your reputation was allegedly damaged by Defendant, the extent to which your reputation was allegedly damaged by Defendant, the entrepreneurial ventures for which you sought to raise capital, the owners and/or persons with equitable interests in such entrepreneurial ventures, the attempts you made to raise such capital, the identities of the persons from whom you attempted to raise such capital, the

means and methods by which you determined your ability to raise such capital was impaired, the amount(s) of capital you were unable to raise, the industry/ies relevant to the publication of the alleged works identified in Paragraphs 2(a)-(e) of the Verified Complaint, the standard license fees for the publication of the alleged works identified in  Paragraphs 2(a)-(e) of the Verified Complaint, and the means and methods by which you determined such standard license fees.

RESPONSE:

I am an entrepreneur developing an interactive video game for which I have been seeking capital from investors. The video game will be marketed to young people including teenagers of both sexes.

My copyrighted photographs have been copied and altered to maliciously and falsely label me   as a pedophile who uses hidden images or memes on the internet to lure young girls to be victimized by me. In conjunction with my copyrighted electronic communications, the posting of my copyrighted photographs on Encyclopedia Dramatica accused me of being a sexual predator of young girls. Notwithstanding Encyclopedia Dramatica having taken down the infringing material in early 2011, as a result of my winning a copyright case, unauthorized photo shopped alterations of my copyrighted photographs and copyrighted electronic communications reappeared in late 2011 and then again  from and after March 2012 through, upon information and belief, on or about  April 19, 2017.

From and after March 2012 the Defendant Brian Zaiger dba EncyclopediaDramatica ("ED") has used my copyrighted materials for commercial purposes including without limitation placement on the same page--falsely accusing me being a sexual predator of young girls -- of pornographic advertisements for a porn site, F—ckbook.com™, where the visual pornographic images of five naked females, and upon information and belief the linked videos, featured three very young looking females.  Upon information and belief the Defendant Brian Zaiger arranged

for this porn site to place advertisements targeting potential visitors to the porn site who are interested in sexual exploitation of young girls on those ED pages referencing pedophilia or the internet shorthand terms, Pedo and/or Pedobear. According to his Linkedin™ profile Zaiger at all relevant times has been in charge of advertising at ED.

Brian Zaiger has owned and operated the Encyclopedia Dramatica website anonymously from after upon information and belief sometime in 2012 until in April 2017 when in response to a Court Ordered subpoena his ISP Cloudflare disclosed that Brian Zaiger is the owner of ED. At all material times Zaiger has operated ED without having a DMCA designated agent to receive notifications of claimed infringement.

At various times beginning in 2013 through 2016, I caused DMCA takedown notices to be served on Zaiger's domain registrars, content distribution network providers and other ISPs. Upon information and belief these agents and/or contractors of Zaiger passed on to him the take down requests.

At the MIT graduation on June 2, 2000 I played the school's mascot: I wore a MIT mascot beaver costume including a white sweater/tee shirt with MIT on chest. I asked a passerby to take a photo of me on the campus in my MIT mascot beaver costume posing with a young man and two very young girls, upon information and belief, a young father and his two young daughters. I handed my camera to the passerby. I then composed the scene in which wearing the MIT beaver mascot costume I posed with the older of the two young girls to my right and the father kneeling to his left with the younger of the two girls perched on his left knee; as I directed him/her the passerby took the photo and returned the camera to me.

On February 15, 2011, I registered the copyright of the MIT beaver costume photo.

6

Exhibit A. US Copyright Office Copyright # VAu001058248.

I am the photographer of, and own the copyright to, a photograph of me smiling, standing by a tree lined roadway with a road sign in the background. US Copyright Office Copyright # VAu001058249. To the best of my recollection  this registration was also dated February 15, 2011; I do not claim infringement of this copyright in this lawsuit.

Sometime in or about 2008 some anonymous user of Encyclopedia Dramatica website posted a piece:

"Meet jonmon!

Jonathan Monsarrat, known as jonmon ... at MIT,  make_you_laugh on OKCupid and Known as a total idiot the world over, is the world's most sexually desperate man. At the age of 38, he chases 16 year old girls in the hope of curing his virginity."

Alongside the "Meet jonmon!" paragraph are two photos, one atop the other each bearing a caption.

The first photo is of me wearing a  collared, button shirt against a background of some treelined roadway and with an unexplained caption: " Jon Monsarrat reveals his core problem." This photo is a photo shopped altered copy of my copyrighted photograph. US Copyright Office Copyright # VAu001058249.

The second photo less than one inch  directly beneath the first is a photoshopped alteration of my copyrighted beaver costume photo at the June 2, 2000 MIT graduation; now the beaver has been changed into  a bear and MIT tee shirt is now "PDB" tee shirt. Pedo is internet slang for pedophile. Beneath the photoshopped pedobear photo is caption: "Jonmon suits up to express his inner self." The 2008 image is Exhibit B.

c

According to Wikipedia, https://en.wikipedia.org/wiki/Pedo, the word Pedo is commonly used as slang for "paedophile…:" and Pedobear, https://en.wikipedia.org/wiki/Pedobear, "is an Internet meme that … [a]s the name suggests ("pedo" being short for "pedophile"), it is portrayed as a pedophilic bear. It is a concept used to mock pedophiles or people who have any sexual interest in children or jailbait. The bear image has been likened to bait used to lure children or as a mascot for pedophiles."

This post contained a section at the bottom reading:

> *How to epically troll this guy*
>
> *Okay he's got some news articles on him, but we need more. So contact the press to try and get them to write more about him. Enough news articles and there will be a Wikipedia page about his antics.*
>
> *Additionally, contact Perverted Justice and Chris Hanson to ask them to work their ebephile-busting magic on him and it'll make some more news articles! … he tries to lure little kids in with his new prank site http://johnnymonsarrat.com/ http://johnnymonsarrat.com/jon_monsarrat/jonmonsarrat.*
>
> *htm dude, that has all of his emails contact info and anything you ever wanted to troll the sonofabitch*

"Trolling" is Internet slang meaning to destroy a person's reputation with hateful and untrue statements, an active campaign of fake news.

On October 31, 2011, an Encyclopedia Dramatica poster, Mantequilla, revised the 2008

7

page to read:

> "Jonathan Monsarrat, known as jonmon ... at MIT, make_you_laugh on OKCupid and
> Known as a total idiot the world over, is the world's most sexually desperate man. At the
> age of 38, he chases 16 year old girls in the hope of curing his virginity."

This Mantequilla deleted the photo of me  smiling  wearing a button shirt standing
alongside a tree lined roadway, but left the caption that had accompanied that photo "Jon
Monsarrat reveals his core problem," leaving that statement to describe the altered copyrighted
MIT mascot photograph. At the bottom of the October 31, 2011 Encyclopedia Dramatica page
"Jonmon" is an advertisement for F__kbook.com™ with five pornographic images three of
which appear to be very young females. Exhibit C served is a  copy of the October 31, 2011
Encyclopedia Dramatica page "Jonmon;" when presented to the Court Plaintiff presently intends
to file an impoundment motion to exclude from  the publicly available file the pornographic
images.

At some unknown time the October 31, 2011 Encyclopedia Dramatica page "Jonmon"
was taken down;  upon information and belief based on Wikipedia,
https://en.wikipedia.org/wiki/Encyclopedia_Dramatica#History,  on or about March 19, 2012
the entire ED website was shut down. Upon information and belief ED went live sometime in
2012 under a new country domain.

Upon information and belief Defendant Zaiger caused or directed the re-creation of the
ED site by copying one or more versions of the prior ED content from an Internet archive; and at
his direction the October 31, 2011 Encyclopedia Dramatica page "Jonmon" was copied and
reposted on the ED website under the Sweden top domain.

o

According to the email I received from the Defendant Brian Zaiger on May 20, 2017
"[the infringing Jonmon page] was scraped from Google after we recreated the site;" in other
words Zaiger admits that he or someone acting at his direction copied the prior infringing ED
page from an archive and then reposted on the new ED website. PL0220.

See also PL0332 (the Daily Dot's David Gilmour July 5, 2017 interview of Zaiger
reportedly quoting Brian Zaiger: "The whole site was rebuilt via Google. When [the Monsarrat
Jonmon] page was republished, it was in Google' cache so we republished it. It was a mistake. If
we had known the page was DMCA'd we wouldn't have, although you cannot claim copyright
on words written by someone else, we still would have kept it down out of courtesy."). However,
in the Jonmon page revision October 31, 2011, where user Mantequilla, on information and
belief Zaiger, updated the 2008 page, this Mantequlllo added the text "Censorship, DMCA
abuse targeting ED and other sites
(https://www.chillingeffects.org/copyright/notice.cgi?NoticeID=65198)" which links to my 2011
DCMA takedown request. On February 6, 2011, I had received an email from ED referencing its
January 19, 2011 receipt of this  DMCA takedown request. The February 6, 2011 email from
legal@encyclopediadramatica.com stated that

> "Encyclopediadramatica.com (also known as ED) is a fully qualified online internet
> service provider under the US CDA and US DMCA β 512(c)(1). ED allows automatic,
> mechanized upload of material by any user with a web browser and internet connection.
> Nothing conveyed in this email is in any way meant to waive or alter the rights and safe
> harbors set forth for ISPs in the US CDA and USDMCA. ED is a fully DMCA compliant
> web service and qualifies under Title 17, Section 512(c)(1)."

The February 6, 2011 email specified that further DMCA notices should be emailed or
sent by US mail to  "EDRAMA LLC, PO BOX 20267, Kalamazoo MI 49019."  EDRAMA

LLC is a Delaware limited liability company. According to his Linked In™ profile from April 2011 to the present Zaiger has been the Administrator of EDrama Limited working out of Stockholm Sweden and as such the Administrator of ED "in charge of staff, social media, advertising, [and] accounting."

At all times from and after Zaiger's re-establishment of ED sometime in 2012, ED has not had a registered DMCA agent; and the ED website touts that ED is "a satirical wiki," "physically located somewhere between Nigeria and Romania... [and is bound by] no legislation regarding international copyright;" and ED/Zaiger's published policy is that doing business as ED, Zaiger is immune from lawsuits for defamation and that he will intentionally ignore takedown requests under the Digital Millenium Copyright Act. See Ver. Comp. ¶1. According to ED's terms of service a user who posts anything on ED grants Zaiger "a perpetual, irrevocable, worldwide, non-exclusive, royalty-free, sublicensable and transferable license" for, among other things, commercial purposes including for promotion of ED's own products or for any kind of "third party products or services," including advertisements for porn sites featuring images, and upon information and belief linked videos, of sexually exploited young girls.

Upon information and belief the ED "jonmon" page with the targeted F__ckbook™ advertisement, Exhibit C, was back up as of October 22, 2012. Id.; Wikipedia.

Exhibit D is a copy of the jonmon page featuring the same altered photoshopped MIT mascot costume without any caption with the same targeted F__ckbook™ advertisement advertisement printed on May 11, 2013 and I believe downloaded on that date.

Upon information and belief in response to my March 2017 filing of this lawsuit Defendant Zaiger on or about April 19, 2017 removed from ED the jonmon page. According to my investigation the username of the person at ED who took the page down was Mantequilla.

10

On April 24, 2017 at 9:45am Defendant Zaiger was served by email from my counsel with the summons and complaint. At 10:00am the ED administrator, upon information and belief either Defendant Zaiger or his employee Sibin Grašić  emailed my counsel that "the page was removed." At 11:19 am that same day my counsel emailed ED asking to see to the removal of https://encyclopediadramatica.se/File:Jonmon-pedowheel.jpg . At 11:24 am that same day Defendant Zaiger or his employee emailed in reply: "We will remove the image."

According to my investigation on April 24, 2017 at 11:26 am this image was removed; the user name was "Abominable Intelligence." On May 17, 2017 at 8:30am, the user, "Mantequilla" reposted the file Jonmon-pedowheel.jpg; and one minute later, "Mantequilla" apparently have a change of heart deleted the file Jonmon-pedowheel.jpg.

Upon information and belief the Defendant Brian Zaiger  is the user "Mantequilla." See the linked ED page autobiography of Brian

Vermin,  https://encyclopediadramatica.rs/Vermin/Autobiography.  Exhibit E is an excerpted page.

According to his Linked in profile, accessed on February 23, 2017, https://www.linkedin.com/in/brian-zaiger-63902554/ Zaiger is the website administrator, aka EDrama Limited from April 2011 to the present; and as such is the "Administrator at … Encyclopedia Dramatica. In charge of staff, social media, advertising, accounting."

**DAMAGES:**

This "jonmon page" appeared on a Google search of my name with the ED page appearing on the first page, usually as the first link.

This resulted in numerous lost social, family, romantic, and business opportunities, including without limitation:

- In 2009, introduced as evidence in a small claims lawsuit jointly against me and the Boston Samaritans.

- In 2013 provided to the Boston Globe, my contract client, resulting in workplace discord and upon information and belief my losing that client and subsequently resulting in the failure of my business, Hard Data Factory.

- In 2012, stated as a concern when interviewing for a job at the Secular Policy Institute.

- In 2013, given as a reason by JT Eberhard for my rejection from speaking at, or even attending, the Secular Student Association conference.

- In 2014, upon information and belief the primary reason for discord with staff at my job at the Secular Coalition for America, which I then left.

- In 2009 and 2014, the primary cause of conflict within my family, specifically relating to my brother, father, and uncle.

- In 2014, upon information and belief the primary cause of my termination from the Openly Secular project

- In 2015, upon information and belief the primary reason for my termination from the United Church of Bacon, a nonprofit.

- In 2015, upon information and belief the primary reason for my termination by Glenn Alai from a project to raise money for a national atheist community center to be based in Penn Jillette's old mansion.

- In 2016, upon information and belief the primary factor in my being asked to take my name off of the United Coalition of Reason website.

- In 2016, stated as a concern when interviewing for numerous potential jobs,

including at Vodia Networks.

- From 2008 to 2017, given as a reason for rejection by numerous apartment and

  roommate applications.

- In 2017, given as the prime reason for being turned down for an investment by

  Paul Heydon of London Venture Partners, and as concerns by numerous others

  including Will Szczerbiak of Greycroft Partners and Chris Lynch of Accomplice.

## INTERROGATORY NO. 5:

Describe all communications with third parties regarding each of the alleged works identified in
Paragraphs 2(a)-(e) of the Verified Complaint including in your description for each
communication, but not limited to, the identity of the third parties, the identity of witnesses to the
communication, the date(s) of the communication, whether such communication was oral or
written, and a verbatim recitation of the information communicated or as close to thereto as you
are able.

RESPONSE: Objection. The interrogatory is unintelligible. It is also overbroad,

oppressive and burdensome.

## INTERROGATORY NO. 6:

Identify all enforcement actions taken by Plaintiff with respect to each of the alleged works
identified in Paragraphs 2(a)-(e) of the Verified Complaint including, but not limited to, demand
letters, cease and desist letters, take down notices, and lawsuits.

RESPONSE: Objection. The requested information is not relevant to Plaintiff's claims of

both direct and indirect infringement by Defendant or to Defendant's defenses. And assuming

*arguendo* marginal relevancy the requested information is not "proportional to the needs of the

case, considering the importance of the issues at stake in the action, the parties' relative access to

relevant information, the parties' resources, the importance of the discovery in resolving the

issues, and whether the burden or expense or the proposed discovery outweighs its likely

benefit." Fed. R. Civ. P. 26(b)(1).

The following takedown notices to Defendant are relevant:

January 9, 2013 letter of my attorney Mark Ishman, Esq. to Defendant c/o 101 Domain, Inc., 5858 Edison Place, Carlsbad CA 92008;

Letter of my Romanian attorneys Bulboaca & Associates on or about  May 22, 2013 to Defendant  c/o his Romanian website hosting company, in Bucharest Romania. According to his Linked In profile Zaiger was employed by SrsVPS, headquartered in Bucharest, Romania from April 2011 to December 2013, as Sales and Support Manager. Upon information and belief ED is affiliated with SrsVPS, which, see http://www.wjunction.com/185-vps-archive/131013-srsvps-%2418-mo-512mb-ram-20gb-hdd-1tb-b-w-dmca-safe-romania.html,  as of 2012 offered "DMCA safe/complaint friendly hosting… We do not acknowledge DMCA or similar complaints."

Takedown notice and DMCA affidavit dated November 9. 2016 served on  Google.

Takedown notice and DMCA affidavit dated November 9. 2016 served on Defendant Zaiger's agent and ISP Cloudflare.

Takedown notice to Defendant Zaiger's agent NationalNet, Inc. ISP   and hosting provider.

April 24, 2017 service of summons, complaint and Court Order authorizing service by email on Defendant's agent/site domain administrator Key-Systems GmbH.

April 24, 2017 service of summons, complaint and Court Order authorizing service by email on Defendant's agent NationalNet Inc.

June 16, 2017 DMCA takedown notice and affidavit served on the Internet Archive aka Wayback Machine.

Plaintiff may update and supplement this response.

**INTERROGATORY NO. 7:**

Describe in detail the circumstances surrounding your discovery of Defendant's alleged infringement and/or secondary infringement of your copyright in each alleged works identified in Paragraphs 2(a)-(e) of the Verified Complaint including in your description, but not limited to, the means by which you became aware of the alleged infringement, the date(s) you first became aware of each alleged act of infringement, the factual basis by which you determined such alleged infringement was willful, and your immediate response(s) to such discovery.

RESPONSE: See Response to Interrogatory NO. 4.

**INTERROGATORY NO. 8:**

Describe in detail each element of your individual creative expression in each of the alleged works identified in Paragraphs 2(a)-(e) of the Verified Complaint that you claim is protected under the Copyright Act.

RESPONSE: See Response to Interrogatory NO. 4

**INTERROGATORY NO. 9:**

Set forth the factual basis by which you determined Defendant's alleged infringement and/or secondary infringement of each of the alleged works identified in Paragraphs 2(a)-(e) of the Verified Complaint was not fair use, including, but not limited to, the date you made such determination as to each alleged work, your consideration of how each alleged work was transformed, your consideration of the criticism and/or commentary on each alleged work in regard to Defendant's alleged use, the purpose and character of the use of each alleged work, the amount and substantiality of the portion(s) of each alleged work used, and the effect of such alleged use on the potential marked for or value of the alleged works.

RESPONSE: Objection. The requested information is not relevant to Plaintiff's claims of

both direct and indirect infringement by Defendant or to Defendant's defenses. And assuming

*arguendo* marginal relevancy the requested information is not "proportional to the needs of the

case, considering the importance of the issues at stake in the action, the parties' relative access to

relevant information, the parties' resources, the importance of the discovery in resolving the

issues, and whether the burden or expense or the proposed discovery outweighs its likely

benefit." Fed. R. Civ. P. 26(b)(1).

Without waiving the objection, see Response to Interrogatory NO. 4. Further my copyrighted works were copied, then without my permission altered and republished by the Defendant Zaiger and done so for commercial purposes. It is inconceivable to me that Zaiger's use of my copyrights could be legal. Altering my copyrighted photo and using the altered photo in conjunction with my copyrighted electronic communications to defame me as a pedophile and at the same time using my copyrights to sell advertisements for a porn site targeting potential visitors to the porn site who are interested in sexual exploitation of young girls by placing the pornographic advertisements on those ED pages referencing pedophilia or the internet shorthand terms, Pedo and/or Pedobear cannot be justifiable as fair use as educational or as parody.

Executed under the penalties of perjury this 2nd day of October, 2017.

Jonathan Monsarrat

**AS TO OBJECTIONS:**

DATED: October 2, 2017

JONATHAN MONSARRAT,
Plaintiff,

By his attorney,

Richard A. Goren, Esq. BBO #203700
Law Office of Richard Goren
One State Street, Suite 1500
Boston, MA 02109
617-933-9494
rgoren@richardgorenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2017 I caused Plaintiff's Responses to Defendant's August 23, 2017 First Set of Interrogatories  to be served by  email to mjr@randazza.com, jmw@randazza.com,  and ecf@randazza.com  and by First Class Mail on his counsel of record:

Marc J. Randazza, Esq.
Randazza Legal Group PLLC
4035 South El Capitan Way
Las Vegas Nevada 89147

Richard A. Goren

# EXHIBIT A



# EXHIBIT B

Jonmon - Encyclopedia Dramatica

1017

# ontents

- 1 Meet jonmon!
- 2 Making OKCupid Look Professional: The Match-Up Debacle
- 3 Check It Out Now, The Punk'd Soul Brother
- 4 Where Is He Now?

# eet jonmon!

Monsarrat, known as jonmon (http://www.mit.edu/~jonmon/index.shtml) at MIT, make you laugh on OKCupid, known as a total idiot the world over, is the world's most sexually desperate man. At the age of 38, he chases 16 old girls in the hope of curing his virginity. But that's just the start of the lulz.



Jen Monsarrat reveals his core problem.

# aking OKCupid Look Professional: The Match-Up Debacle

003, jonmon decided to start his very own Valentine's Day dating website using his l33t skillz. The site made thers divulge tons of personal information in order to use the service, and promised to match each member up with 9000 potential mates. Sadly, the women got matched up with jonmon and 8,999 sockpuppets

Jonmon sucks up to express his inner self

c://media.www.hfrecord.org/media/storage/paper609/news/2003/04/17/News/Dating.Service.Creator.Accused.Of.Harassing.Students-419629.shtm

> 66
> Hey! Let me put it this way. I'm a good judge of character:
> You seem fantastic. I'd like to meet you. Love that 'Up late talking and snuggling on the sofa' and 'Singing to me.'
> Sure, I'll play guitar & sing for you. :) I know you're busy and this whole dating thing feels like a burden. Maybe we
> 99

Jonmon - Encyclopedia Dramatica

# EXHIBIT C

# Jonmon

## From Encyclopedia Dramatica

Revision as of 20:39, 31 October 2011 by Mantequilla (Talk | contribs)
(diff) ← Older revision | Latest revision (diff) | Newer revision → (diff)

Jon Monsarrat, known as jonmon (http://www.mit.edu/~jonmon
/index.shtml) at MIT, make_you_laugh on OKCupid, and known as a
total idiot the world over, is the world's most sexually desperate man.
At the age of 38, he chases 16 year old girls in the hope of curing his virginity.

Jon Monsarrat reveals his core problem.



## Contents

- 1 The Match-Up Debacle
- 2 Check It Out Now, The Punk'd Soul Brother
- 3 Fetish Fun
- 4 Cries for Attention
- 5 Censorship

## The Match-Up Debacle

In 2003, jonmon decided to start his very own Valentine's Day dating website using his l33t skillz. The site made
members divulge lots of personal information in order to use the service, and promised to match each member up
with over 9000 potential mates. Sadly, the women got matched up with jonmon and 8,999 sockpuppets
(http://media.www.hlrecord.org/media/storage/paper609/news/2003/04/17
/News/Dating.Service.Creator.Accused.Of.Harassing.Students-419629.shtml) .

> **66** *Hey! Let me put it this way. I'm a good judge of*
> *character. You seem fantastic. I'd like to meet you.*
> *Love that 'Up late talking and snuggling on the*
> *sofa' and 'Singing to me.' Sure, I'll play guitar &*
> *sing for you. :) I know you're busy and this whole*
> *dating thing feels like a burden. Maybe we can*
> *change all that. What have you got to lose? Being* **99**
> *romanced by a tall, fun, handsome gentleman will*
> *be quite nice! :) Zing me a note and let's do a 'just*

> *coffee'. When? Or just email is fine if you're shy.*
> *My profile is below, and two pics are attached. :)*
> *Ciao, bella! Jon*

<p style="font-size:85%; line-height:1em; text-align:right">—jonmon, providing excellent matchmaking services to one of the female applicants at Match-Up</p>

The cops got called in, ruining all of Johnny's fun. Rumors that he was forced to put a tracking device on his peener are totally true and should be accepted without question, except that nobody makes microscopic tracking devices. Yet.

# Check It Out Now, The Punk'd Soul Brother

His desperation unabated, he proceeded to create a now-deleted profile on OKStupid named make_you_laugh. Never were truer words spoken. He put up an image of himself standing next to an electronic highway sign he defaced (http://img.photobucket.com/albums/v232/willowfinn/livejournal/CrazyJohnny.jpg) , advertising his need for loli to the world. He then proceeded to hit on anything wet and concave.

The results in one case are documented in a LiveJournal entry (http://willowfinn.livejournal.com/58291.html) . He nagged his potential date, repeatedly begging her not to cancel at the last minute. She smelled desperation, especially when he made his request the fourth time in a row using the exact same words. She decided to ask him what was up. The results were full of lulz and fail:

```
willowfinna: Hey there
mitcarpediem: HEywyEyeyeyEY
mitcarpediem: How's it going?
willowfinna: Um. It's goin' ok.
mitcarpediem: That's good to hear
mitcarpediem: Im doing great too, looking forward to seeing you
willowfinna: Yeah
willowfinna: About that
mitcarpediem: one sec
mitcarpediem: before you say anything you'll regret
willowfinna: Oh good lord
mitcarpediem: Are you sure you're too tired, too busy, too anxious, to see me for just one hour
willowfinna: Its not any of those things, actually
mitcarpediem: and that youd rather leave me with nothing to do on a Friday night leaving a pretty bad first
impression?
willowfinna: You won't get any kind of impression
willowfinna: Your email kinda freaked me out
mitcarpediem: I'll get the impression that you cancelled on short notice, which is rude, and I probbaly won't
want to reschedule
mitcarpediem: I'm just tired of the drama
willowfinna: If I cancel, there won't be an option to reschedule, that's the whole point
mitcarpediem: Frankly, so what if you're freaked out. Get a fucking grip.
mitcarpediem: I'm so tired of women with drama
willowfinna: Does that tactic work for you?
willowfinna: Get a lot of dates with that?
willowfinna: I get the feeling you get stood up a lot
willowfinna: Hence the preamble
willowfinna: Am I right?
mitcarpediem: It's like you're a little time bomb exploding whenever you feel "anxious"
mitcarpediem: No you don't have much self-confidence, that's not my fault.
willowfinna: How would you know?
mitcarpediem: Don't take it out on me.
willowfinna: You've spoken to me, maybe, four or five times
willowfinna: You know nothing about me other than what you project
willowfinna: And what little I've told you
willowfinna: I'm not trying to be rude
mitcarpediem signed off at 7:14:19 PM.
```

His followup email was even better:

> 66 *I'm laughing here because I know this game and I'm not falling a victim to it. First you feel anxious like the world is going to end. You like to call people "creepy" which is your way of saying you view the world as though it's full of freaks. Then you start to accuse the people around you. You really couldn't help yourself emailing me... (and I didn't email you) but then you accuse me of lacking restraint. Oh, the irony.*
>
> *I know this game. Everything in your life that's wrong is someone else's fault. If my email to you made you uncomfortable, why, it must be someone else's fault. I bet you're really good at complaining. It helps to prop up your ego that other people are worse than you and in the soap opera of your life, you are always right, and everyone else is always wrong. You are the victim.*
>
> *I know this game. If you write me again, I'm not going to read or respond.* 99

```
<p style="font-size:85%; line-height:1em; text-align:right">—jonmon, dealing well with
rejection</p>
```

## Fetish Fun

jonmon can occasionally be seen at fetish fairs, leading acne-scarred loli around on leashes and generally acting like an old-fashioned gentleman. He uses these events to promote his vampire-wannabe wankfest, Midnight Seduction    *Jonmon knows this game!*
(http://www.midnightseduction.com/) ], which is endorsed by women who are very female and not at all jonmon pretending to be female:

> *Midnight Seduction is a creative and sexy way to* 99

> **"** *meet new people in a setting you would not encounter at an average party. Some of my closest sexual partners were people I first interacted with at this game.*

```
<p style="font-size:85%; line-height:1em; text-align:right">——jonmonBerlynn,
recommending Midnight Seduction to one and all</p>
```

Jonmon is also trying to attract "kink-friendly" roommates via a Craigslist ad. This effort has been preserved for posterity. (http://willowfinn.livejournal.com/73769.html) As one commenter noted: "wait so he pretty much wants a fuckable maid?" Sadly, yes.

## Cries for Attention

- The Question Wheel (http://wheelquestions.org) , in which jonmon replies your pathetic questions with immeasurably more pathetic answers. (PedoJon is alive and well!)
- Arrested for hosting an underage drinking party (http://www.wickedlocal.com/somerville /news/x1878079036/Somerville-Police-bust-underage-drinking-party on Summer Street)

## Censorship

- DMCA abuse targeting ED and other sites (https://www.chillingeffects.org/copyright /notice.cgi?NoticeID=65198)

**Jonmon is part of a series on Dying Alone**

**<p>[Cry yourself to sleep]</p>**

Retrieved from "https://encyclopediadramatica.se/Jonmon"
Categories: Dying Alone | People


Fuckbook.com

Advertise Here!

# EXHIBIT D

Jonmon - Encyclopedia Dramatica

https://encyclopediadramatica.se/index.php?title=Jonmon&direction=ne...

# Jonmon

### From Encyclopedia Dramatica

Revision as of 20:39, 31 October 2011 by Mantequilla (Talk | contribs)
(diff) ← Older revision | Latest revision (diff) | Newer revision → (diff)

Jon Monsarrat, known as jonmon (http://www.mit.edu/~jonmon /index.shtml) at MIT, make_you_laugh on OKCupid, and known as a total idiot the world over, is the world's most sexually desperate man. At the age of 38, he chases 16 year old girls in the hope of curing his virginity.

Jon Monsarrat reveals his core problem.



## Contents

- 1 The Match-Up Debacle
- 2 Check It Out Now, The Punk'd Soul Brother
- 3 Fetish Fun
- 4 Cries for Attention
- 5 Censorship

## The Match-Up Debacle

In 2003, jonmon decided to start his very own Valentine's Day dating website using his l33t skillz. The site made members divulge lots of personal information in order to use the service, and promised to match each member up with over 9000 potential mates. Sadly, the women got matched up with jonmon and 8,999 sockpuppets (http://media.www.hlrecord.org/media/storage/paper609/news/2003/04/17 /News/Dating.Service.Creator.Accused.Of.Harassing.Students-419629.shtml) .

>  *Hey! Let me put it this way. I'm a good judge of character. You seem fantastic. I'd like to meet you. Love that 'Up late talking and snuggling on the sofa' and 'Singing to me.' Sure, I'll play guitar & sing for you. :) I know you're busy and this whole dating thing feels like a burden. Maybe we can change all that. What have you got to lose? Being romanced by a tall, fun, handsome gentleman will be quite nice! :) Zing me a note and let's do a 'just*

5/11/2013 8:45 AM

*coffee'. When? Or just email is fine if you're shy.*
*My profile is below, and two pics are attached. :)*
*Ciao, bella! Jon*

<p style="font-size:85%; line-height:1em; text-align:right">—jonmon, providing excellent matchmaking services to one of the female applicants at Match-Up</p>

The cops got called in, ruining all of Johnny's fun. Rumors that he was forced to put a tracking device on his peener are totally true and should be accepted without question, except that nobody makes microscopic tracking devices. Yet.

# Check It Out Now, The Punk'd Soul Brother

His desperation unabated, he proceeded to create a now-deleted profile on OKStupid named make_you_laugh. Never were truer words spoken. He put up an image of himself standing next to an electronic highway sign he defaced (http://img.photobucket.com/albums/v232/willowfinn/livejournal/CrazyJohnny.jpg) , advertising his need for loli to the world. He then proceeded to hit on anything wet and concave.

The results in one case are documented in a LiveJournal entry (http://willowfinn.livejournal.com/58291.html) . He nagged his potential date, repeatedly begging her not to cancel at the last minute. She smelled desperation, especially when he made his request the fourth time in a row using the exact same words. She decided to ask him what was up. The results were full of lulz and fail:

```
willowfinna: Hey there
mitcarpediem: HEyeyEyeyeyEY
mitcarpediem: How's it going?
willowfinna: Um. It's goin' ok.
mitcarpediem: That's good to hear
mitcarpediem: Im doing great too, looking forward to seeing you
willowfinna: Yeah
willowfinna: About that
mitcarpediem: one sec
mitcarpediem: before you say anything you'll regret
willowfinna: oh good lord
mitcarpediem: Are you sure you're too tired, too busy, too anxious, to see me for just one hour
mitcarpediem: and that youd rather leave me with nothing to do on a Friday night leaving a pretty bad first
impression?
willowfinna: You won't get any kind of impression
willowfinna: Your email kinda freaked me out
mitcarpediem: I'll get the impression that you cancelled on short notice, which is rude, and I probably won't
wan: to reschedule
mitcarpediem: I'm just tired of the drama
willowfinna: If I cancel, there won't be an option to reschedule, that's the whole point
mitcarpediem: Frankly, so what if you're freaked out. Get a fucking grip.
mitcarpediem: I'm so tired of women with drama
willowfinna: Does that tactic work for you?
willowfinna: Get a lot of dates with that?
willowfinna: I get the feeling you get stood up a lot
willowfinna: Hence the preamble
willowfinna: Am I right?
mitcarpediem: It's like you're a little time bomb exploding whenever you feel "anxious"
mitcarpediem: So you don't have much self-confidence, that's not my fault.
willowfinna: How would you know?
mitcarpediem: Don't take it out on me.
willowfinna: You've spoken to me, maybe, four or five times
willowfinna: You know nothing about me other than what you project
willowfinna: And what little I've told you
willowfinna: I'm not trying to be rude
mitcarpediem signed off at 7:14:19 PM.
```

His followup email was even better:

> 66 I'm laughing here because I know this game and I'm not falling a victim to it. First you feel anxious like the world is going to end. You like to call people "creepy" which is your way of saying you view the world as though it's full of freaks. Then you start to accuse the people around you. You really couldn't help yourself emailing me... (and I didn't email you) but then you accuse me of lacking restraint. Oh, the irony.
>
> I know this game. Everything in your life that's wrong is someone else's fault. If my email to you made you uncomfortable, why, it must be someone else's fault. I bet you're really good at complaining. It helps to prop up your ego that other people are worse than you and in the soap opera of your life, you are always right, and everyone else is always wrong. You are the victim.
>
> I know this game. If you write me again, I'm not going to read or respond. 99

```
<p style="font-size:85%; line-height:1cm; text-align:right">—jonmon, dealing well with
rejection</p>
```

## Fetish Fun

jonmon can occasionally be seen at fetish fairs, leading acne-scarred loli around on leashes and generally acting like an old-fashioned gentleman. He uses these events to promote his vampire-wannabe wankfest, Midnight Seduction (http://www.midnightseduction.com/) ], which is endorsed by women who are very female and not at all jonmon pretending to be female:

Jonmon knows this game!

> Midnight Seduction is a creative and sexy way to 99

> 66   *meet new people in a setting you would not*
>      *encounter at an average party. Some of my closest*
>      *sexual partners were people I first interacted with*
>      *at this game.*

<p style="font-size:85%; line-height:1em; text-align:right"> ~~jonmon~~Berlynn, recommending Midnight Seduction to one and all</p>

Jonmon is also trying to attract "kink-friendly" roommates via a Craigslist ad. This effort has been preserved for posterity. (http://willowfinn.livejournal.com/73769.html) As one commenter noted: "wait so he pretty much wants a fuckable maid?" Sadly, yes.

## Cries for Attention

- The Question Wheel (http://wheelquestions.org) , in which jonmon replies your pathetic questions with immeasurably more pathetic answers. (PedoJon is alive and well!)
- Arrested for hosting an underage drinking party (http://www.wickedlocal.com/somerville /news/x1878079036/Somerville-Police-bust-underage-drinking-party-on-Summer-Street)

## Censorship

- DMCA abuse targeting ED and other sites (https://www.chillingeffects.org/copyright /notice.cgi?NoticeID=65198)

**Jonmon is part of a series on Dying Alone**

\<p\>[Cry yourself to sleep]\</p\>

Retrieved from "https://encyclopediadramatica.se/Jonmon"
Categories: Dying Alone | People



**fuckbook.**
Find. Flirt. Fuck.
Fuckbook.com

Advertise Here!

# EXHIBIT E

I needed a place to go in life. A place for a filthy rodent like myself, where my personality would be both accepted and ridiculed, and there would be others around to befriend and be outcasts of modern society with together. People who could both handle my cruel yet playful sense of humor, and return my playful jabs with a humorous sense of style of their own. After shopping around a little, I ultimately decided that place would be Encyclopedia Dramatica.



My new home!

I met with the site's landlord, Mantequilla. He seemed like a good guy, very welcoming and protective of his home. As it turned out, the building I was now living in also operated as a business, which specialized in documenting drama and preserving what they referred to as "lulz." I came to realize my cruel sense of humor fit right in along the lines of what "lulz" were, so I decided to apply for the job. I was more or less a janitor and a writer for the joint. In exchange for working for him, I was allowed to reside on ED for free, so that was a super sweet deal, even if I wasn't getting paid for the gig. I live off the bare essentials anyway!



Mantequilla, landlord and staff manager of ED.

Time passed, and then came the day I met the owner of ED, a hooded cat named Zaiger. After continued hard work and dedication, he eventually promoted me to an assistant manager, and empowered me with the means to take care of door-to-door salesmen and self-promoting entertainers who tried leaving spam, and edgy kids and individuals upset with the biting satire of my new home who came by to vandalize and protest the place.



Zaiger, the all-seeing cat

## Personal Relationships

Once I established residence at ED, I met a few others who would become my friends. One of them was a fellow animal who invited me over to his burrow to tell me about the place from his perspective and educate me on how to move up in my job and become an administrator. He was a purple weasel named Schnookums, and he almost always appeared to be in an intoxicated state. At this point in my life, my drinking days were behind me, but I didn't want to come as off a square to my new friend, so I accepted his offer of downing a couple whiskey shots with him.

Big mistake. It had been a while since I had drank any alcohol, so it went straight to my head. Schnookums's friend hipcrime happened to be present during this time, and had taken an immediate liking to me on account of my physical features. Hipcrime playfully enticed me into getting naked for him in exchange for acceptance in