# EXHIBIT 5

Affidavit of Hannah Spierman

CONFIDENTIAL
FOR SETTLEMENT PURPOSES ONLY
NOT ADMISSIBLE UNDER FRE 408

# AFFIDAVIT OF HANNAH SPIERMAN

On this day the undersigned swears to the following.

1. My name is Hannah Spierman, née Hannah Rosenbaum. I make this affidavit on the basis of my personal knowledge. I affirm that the following is true and correct to the best of my knowledge, information and belief.

2. I have used the user name willowfinn on LiveJournal websites and forums, including on my own LiveJournal website, willowfinn.livejournal.com. On that site, I made a series of posts (the "CrazyJohnny posts") about Jonathan Monsarrat ("Mr. Monsarrat" or "Monsarrat"). In the first CrazyJohnny post, on October 13, 2006, I posted some private correspondence I had had with Monsarrat.

3. On March 17, 2008, I was contacted by Charles Hardin ("Hardin") for the first time. He asked my permission to link to that first CrazyJohnny post on Encyclopedia Dramatica's "JonMon" page (which is about Mr. Monsarrat), and I gave him permission. Hardin then, on the website EncyclopediaDramatica.com, posted and/or linked to (or caused to be posted or linked to) statements by me about Mr. Monsarrat.

4. I posted four more CrazyJohnny posts in 2008, and a final one on April 18, 2010.

5. Mr. Monsarrat did not harass me in any way, Monsarrat did not act inappropriately towards me in any way, and Monsarrat did not file litigation against me because we did not date. I sincerely regret my role in this matter and the trouble it has caused for Mr. Monsarrat.

6. I have removed any statement regarding Monsarrat that I had posted online anywhere in the world, including but not limited to any LiveJournal website (whether in a public forum, private forum, "friends only" post, or other category or forum) and in particular, my own LiveJournal website. I have reviewed all of my posts on any LiveJournal website, including any "friends only" posts, to verify that I have removed any such statement.

7. The following represents any and all contact information for Charles Hardin currently known to me:
    a. Home mailing address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Thousand Oaks, CA 91362
    b. Work address: ▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮, Los Angeles, CA 90045
    c. Email address: ▮▮▮▮▮@gmail.com
    d. Telephone number: (952) 217-▮▮▮
    e. LiveJournal user name: ch▮▮▮

I

CONFIDENTIAL
FOR SETTLEMENT PURPOSES ONLY
NOT ADMISSIBLE UNDER FRE 408

    f. AIM handle: syr███t
    g. Yahoo chat handle: sy███████████
    h. Facebook site: www.facebook.com/███
    i. Website: www.naming-schemes.org

8. I do not know Hardin's Internet service provider or any IP address and/or MAC address for Hardin.

9. A chronology of my interactions with Hardin, including a list of dates and a summary of those interactions, is attached to this Affidavit as Exhibit A. Copies of communications between myself and Hardin are attached to this Affidavit as Exhibit B.

10. This Affidavit, including Exhibits A and B, includes includes all information that I currently have regarding Hardin.

11. I cannot identify any person other than Hardin whom I know to be responsible for posting and/or linking to (or causing to be posted or linked to) statements by me about Mr. Monsarrat on the website EncyclopediaDramatica.com.

12. In preparing this Affidavit, I have reviewed and considered a list of LiveJournal usernames I was provided on March 6, 2014 via Monsarrat's counsel. The only LiveJournal user I know on that list is Ron Newman (Live Journal username "ron_newman"). I once received an email from a LiveJournal user with the LiveJournal username "cos," mentioning that username, but did not respond and have not otherwise corresponded with that LiveJournal user. In addition, LiveJournal users with the Live Journal usernames "rumpleteasah" and "surrealestate" commented on one of my LiveJournal posts, but I have not otherwise communicated with them and do not know their real names or identities. I have identified in this paragraph all LiveJournal users on the list whom I know personally as of March 2014.

Signed under the penalties of perjury this 27 day of March, 2014.

*[signature]*
HANNAH SPIERMAN