# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT,<br><br>    Plaintiff,<br><br>v.<br><br>BRIAN ZAIGER,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:17-cv-10356-PBS<br><br>**NOTICE OF FILING OF PROPOSED SCHEDULING ORDER** |

NOW COME Defendant/Plaintiff-in-Counterclaim Brian Zaiger and Plaintiff/Defendant-in-Counterclaim Jonathan Monsarrat, by and through undersigned counsel, and, pursuant to the Court's Order of December 21, 2017 (Docket No. 79), hereby file their proposed scheduling order, attached hereto.

Pursuant to the schedule set at the Scheduling Conference (Docket No. 39), the current deadlines are:

- Discovery Closes:            January 12, 2018
- Motions for Summary Judgment:   February 12, 2018
- Oppositions Due:             February 26, 2018
- Summary Judgment Hearing:    March 22, 2018, 2:30 p.m.

Based on outstanding discovery and deposition scheduling, the parties recommend setting a deadline to amend the pleadings and extending the schedule by ninety days, to wit:

- Amendment :                 January 18, 2018 [Plaintiff's position] or

  March 13, 2018 [Defendant's position]

- Discovery Closes:            April 12, 2018
- Motions for Summary Judgment:   May 14, 2018
- Oppositions Due:             May 28, 2018

- 2 -

- Summary Judgment Hearing:   June 20, 2018, 2:30 p.m., or as is otherwise convenient for the Court

WHEREFORE the parties respectfully request this Honorable Court enter the accompanying scheduling order.

|   |   |
|---|---|
| Dated: January 4, 2018. | Respectfully submitted, |
|   | /s/ Marc J. Randazza |
|   | Marc J. Randazza (BBO# 651477)<br>RANDAZZA LEGAL GROUP, PLLC<br>P.O. Box 5516<br>Gloucester, Massachusetts 01930<br>Tel: (702) 420-2001<br>Email: ecf@randazza.com |
|   | Jay M. Wolman (BBO# 666053)<br>RANDAZZA LEGAL GROUP, PLLC<br>100 Pearl Street, 14th Floor<br>Hartford, Connecticut 06103<br>Tel: (702) 420-2001<br>Email: ecf@randazza.com |
|   | *Attorneys for Defendant*<br>*Brian Zaiger* |
| Dated: January 4, 2018. | Respectfully submitted, |
|   | /s/ Richard A. Goren |
|   | Richard A. Goren, Esq.<br>BBO #203700<br>Law Office of Richard Goren<br>One State Street, Suite 1500<br>Boston, MA 02109<br>617-933-9494<br>rgoren@richardgorenlaw.com |
|   | *Attorney for Plaintiff*<br>*Jonathan Monsarrat* |