UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JONATHAN MONSARRAT, | ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 1:17-cv-10356-PBS |
| v. | ) ) | **[PROPOSED] SCHEDULING ORDER** |
| BRIAN ZAIGER, | ) ) | |
| Defendant. | ) ) ) | |

Upon consideration of the proposed scheduling order submitted by the parties, the Court hereby revises the following deadlines, superseding the deadlines previously set (Docket No. 39), as follows:

- Amendment: [January 18, 2018]/[March 13, 2018]
- Discovery Closes: April 12, 2018
- Motions for Summary Judgment: May 14, 2018
- Oppositions Due: May 28, 2018
- Summary Judgment Hearing: June 20, 2018, 2:30 p.m.

IT IS SO ORDERED.

Dated: _____, 2018.

_____
Hon. Patti B. Saris
Chief United States District Judge