UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JONATHAN MONSARRAT, )<br>)<br>*Plaintiff*, )<br>) <br>v. )<br>)<br>BRIAN ZAIGER )<br>)<br>*Defendant*. )<br>) | CIVIL ACTION NO. 17-cv-10356-PBS |

**PLAINTIFF'S ASSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO COMPEL DISCOVERY**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) Plaintiff Jonathan Monsarrat moves for an extension of time to file his response to Defendant Brian Zaiger's January 2, 2018 Motion to Compel discovery.

Plaintiff's counsel states there is good cause for this extension for personal family reasons. Without endorsing the stated "good cause," Defendant assents to allowance of this motion.

WHEREFORE Plaintiff requests the Court to grant his motion and enlarge the time for plaintiff to respond to Defendant's motion to compel to Tuesday January 23, 2018.

DATED: January 9, 2018

Respectfully submitted,

JONATHAN MONSARRAT,

Plaintiff,

By his attorney,

*ss/ Richard A. Goren*
Richard A. Goren, Esq. BBO #203700
Law Office of Richard Goren
One State Street, Suite 1500
Boston, MA 02109
617-933-9494
rgoren@richardgorenlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on January 9, 2018.

*/s/ Richard A. Goren*