UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRIAN ZAIGER, ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. <br> 1:17-cv-10356-PBS <br><br> NOTICE OF FILING OF PROPOSED SCHEDULING ORDER |

NOW COME Defendant/Plaintiff-in-Counterclaim Brian Zaiger and Plaintiff/Defendant-in-Counterclaim Jonathan Monsarrat, by and through undersigned counsel, and, pursuant to the Court's Order of December 21, 2017 (Docket No. 79), hereby file their proposed scheduling order, attached hereto.

Pursuant to the schedule set at the Scheduling Conference (Docket No. 39), the current deadlines are:

- Discovery Closes:                January 12, 2018
- Motions for Summary Judgment:    February 12, 2018
- Oppositions Due:                 February 26, 2018
- Summary Judgment Hearing:        March 22, 2018, 2:30 p.m.

Based on outstanding discovery and deposition scheduling, the parties recommend setting a deadline to amend the pleadings and extending the schedule by ninety days, to wit:

- Amendment:                       January 18, 2018 [Plaintiff's position] or

                                   March 13, 2018 [Defendant's position]
- Discovery Closes:                April 12, 2018
- Motions for Summary Judgment:    May 14, 2018
- Oppositions Due:                 May 28, 2018

- 1 -

*1/10/18 allowed. Any amendment shall be filed by 1/31/18. Paul Barbadoro* [handwritten]