UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT, <br><br>*Plaintiff*, <br><br>v. <br><br>BRIAN ZAIGER <br><br>*Defendant*. | CIVIL ACTION NO. 17-cv-10356-PBS <br><br> [PROPOSED] **ORDER** |

**[PROPOSED] ORDER ON DEFENDANT IN COUNTERCLAIM'S MOTION TO STAY PLAINTIFF IN COUNTERCLAIM'S MOTION TO COMPEL DISCOVERY PENDING ADJUDICATION OF DEFENDANT IN COUNTERCLAIM'S CROSS MOTION FOR JUDGMENT ON THE PLEADINGS .**

Upon consideration of defendant in counterclaim's January 25, 2018 motion to stay plaintiff in counterclaim's motion to compel discovery pending adjudication of the motion for judgment on the pleadings on the counterclaim, IT IS HEREBY ORDERED:

1. Defendant in counterclaim's January 25, 2018 motion for a stay, Doc. 92, is ALLOWED.

2. Pending the Court's disposition of defendant in counterclaim's cross motion for judgment on the pleadings on the counterclaim, Doc. 90, no action shall be taken on defendant in counterclaim's motion to compel discovery, Doc. 81.

DATED: _____             _____

                                UNITED STATES DISTRICT COURT JUDGE