UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JONATHAN MONSARRAT, ) | |
| ) | |
| *Plaintiff-Defendant in counterclaim* ) | |
| ) | CIVIL ACTION NO. 17-cv-10356-PBS |
| v. ) | |
| ) | |
| BRIAN ZAIGER ) | |
| ) | **HEARING REQUESTED** |
| ) | |
| ) | |
| *Defendant-Plaintiff in counterclaim.* ) | |
| ) | |

### DEFENDANT IN COUNTERCLAIM'S MOTION TO AMEND ANSWER TO COUNTERCLAIM BY ADDING A COUNTERCLAIM

Pursuant to Fed. R. Civ. P. 15 (a)(2) and/or in part pursuant to Fed. R. Civ. P. 15 (d) and LR 15.1 the defendant in counterclaim Jonathan Monsarrat files this Motion seeking leave to file an amended answer and counterclaim to plaintiff in counterclaim Brian Zaiger's May 26, 2016 Answer and Counterclaim (Doc. 24). For the reasons set forth in his Memorandum in Support, Jonathan Monsarrat requests leave to file the Amended Answer and Counterclaim appended hereto as Exhibit A.

**PLAINTIFF REQUESTS A HEARING ON THIS MOTION**.

DATED: January 30, 2018               Respectfully submitted,

*JONATHAN MONSARRAT,*
Defendant in Counterclaim*,*

By his attorney*,*

*ss/  Richard A. Goren*
Richard A. Goren, Esq. BBO #203700
Law Office of Richard Goren
One State Street, Suite 1500
Boston, MA 02109
617-933-9494
rgoren@richardgorenlaw.com

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that on January 23, 2018 and twice on January 24, 2018, I conferred by email with the plaintiff in counterclaim's counsel and attempted in good faith to resolve or narrow the issues.

*/s/ Richard A. Goren*

### **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on January 30 , 2018.

*/s/ Richard A. Goren*