# EXHIBIT 1

Email from Richard Goren
Dated January 23, 2018



Jay Marshall Wolman <jmw@randazza.com>

---

**Re: RECONSIDERATION OF DISMISSAL ORDER; OTHER MOTIONS**
1 message

---

**rgoren@richardgorenlaw.com** <rgoren@richardgorenlaw.com>   Tue, Jan 23, 2018 at 4:10 PM
To: Marc John Randazza <mjr@randazza.com>
Cc: "Jay M. Wolman" <jmw@randazza.com>

Hi Mark

I assume you will also oppose my motion for judgment on the pleadings on your counterclaim under 17 U.S.C. §512(f).

So too I assume you will also oppose my motion for a protective order or to stay discovery pending a ruling on the motion for judgment on the pleadings.

Finally I assume you will oppose my motion to amend to add defamation claims against Mr. Zaiger.

Best

Richard

Law Office of Richard Goren

Richard A. Goren

One State Street Suite 1500

Boston MA 02109

Telephone: 617-933-9494

Fax: 617-933-9495

Mobile: 617-797-4529