# EXHIBIT 4

Ishman Letter
Dated January 9, 2013

# ISHMAN LAW FIRM, P.C.

9660 Falls of Neuse Road, Suite 138-350
Raleigh, North Carolina 27615
Mailing Address

| Forum I Building | _____ | 9104 Falls of Neuse Road |
| 8601 Six Forks Rd., St. 400 | Tel: (919) 468-3266 | Suite 200 |
| Raleigh, NC 27615 | Facsimile: (919) 882-1466 | Raleigh, NC 27615 |

www.IshmanLaw.com | www.IshmanLegal.com

January 9, 2013                                       **FOR SETTLEMENT PURPOSES ONLY**
                                                      **CONFIDENTIAL SETTLEMENT COMMUNICATION**
                                                      **SUBJECT TO E.R. 408**

<u>*Via Certified Mail, Return Receipt Requested and Facsimile*</u>

*EncyclopediaDramatica.se*
c/o 101Domain, Inc.
5858 Edison Place
Carlsbad, CA 92008
Facsimile: 1-760-579-4996

Re:   <u>Cease and Desist / Demand Letter</u>

Dear *EncyclopediaDramatica.se*:

Please note that we are sending this letter to 101Domain so that 101Domain can forward this letter to its private customer who is the registrant of the Internet domain name *EncyclopediaDramatica.se*.

This law firm has been retained by Mr. Jonathan Monsarrat ("**Monsarrat**"), in regard to ongoing issues related to your use of copyrighted images unlawfully taken from Monsarrat. A true and accurate copy of *EncyclopediaDramatica.se*'s use of these copyrighted materials is attached hereto. You have published, or allowed others to publish, Monsarrat's copyrighted materials without his consent or permission.

**Due to the ongoing acts of copyright infringement by *EncyclopediaDramatica.se* of Monsarrat's intellectual property rights (*see, e.g.*, Monsarrat's 3-18-2010 first notice of copyright infringement to you, and subsequent correspondence and federal litigation resulting thereof), it is demanded that you remove in its entirety the following *EncyclopediaDramatica.se* web page: <u>https://encyclopediadramatica.se/index.php?title=Jonmon</u>, and cease and desist from further use of any other copyright images belonging to Monsarrat.** Should you choose not to respond to this demand, Monsarrat has the option to seek damages for your contributory and/or vicarious acts of copyright infringement.

I, the undersigned, CERTIFY UNDER PENALTY OF PERJURY that I am the owner or an agent authorized to act on behalf of the owner of certain intellectual property rights, said owner being named Mr. Jonathan Monsarrat. I have a good faith belief that the photos, content, or materials listed below are not authorized by the above IP Owner, its agent, or the law and that I have determined that the domain name *Encyclopediadramatica.se* is improperly using Monsarrat's trademarks and copyrights by creating confusion with Monsarrat customers as to the website's affiliation with or endorsement by Monsarrat. To be clear, this website has no such affiliation with, or endorsement by Monsarrat. As such, the above referenced materials infringe the IP Owner's rights according to state, federal, United States, Ukraine and Switzerland laws. Moreover, I have a good faith belief that the photos, content, or materials listed below are not authorized by the above IP Owner, its agent, or the law and that the IP Owner revoke permission to the above to copy, mirror, download/upload, frame, rework, or otherwise present the work, or any derivatives thereof. As such, the above referenced photos, content, or materials infringe the IP Owner's

*EncyclopediaDramatica.se*
January 9, 2013
Page 2

rights according to state, federal, United States, Ukraine and Switzerland laws. As you are hosting this domain name, you may be held contributory liable for damages if the infringing material is not removed.

As this letter provides you with notice of the infringing nature of *Encyclopediadramatica.se*, should you fail to talk the steps requested above, you may be held contributory or vicariously liable for any future infringement. As you may know, a California Court recently held an ISP liable for $32 million in damages caused by their failure to remove websites infringing upon intellectual property rights. See *Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc. et al.*, No. C 07-03952 JW (N.D. Cal. Aug. 28, 2009) (finding two ISPs liable for $32.4 million in damages for contributory trademark and copyright infringement when they failed to take down infringing websites). Furthermore, a South Carolina Court recently upheld a jury verdict awarding $770,500.00 in damages against a webhost for conduct similar to the conduct complained of herein. See *Roger Cleveland Golf Co., v. Prince*, 2012 WL 1106775 (D.S.C. Mar. 30, 2012).

Please let us know by **January 31, 2013**, what steps you are taking to discontinue your facilitation, assistance, and contribution to the infringing conduct by *Encyclopediadramatica.se*. Thank you for your cooperation in this matter, and feel free to contact me directly if you would like to discuss this matter.

With best regards,
Ishman Law Firm

*/s/ Mark W. Ishman*

Mark W. Ishman
Attorney at Law

Enclosures.

cc:   Mr. Johnny Monsarrat

# Jonmon

### From Encyclopedia Dramatica

Jon Monsarrat, known as jonmon (http://www.mit.edu/~jonmon/index.shtml) at MIT, make_you_laugh on OKCupid, and known as a total idiot the world over, is the world's most sexually desperate man. At the age of 38, he chases 16 year old girls in the hope of curing his virginity.

## Contents

- 1 The Match-Up Debacle
- 2 Check It Out Now, The Punk'd Soul Brother
- 3 Fetish Fun
- 4 Cries for Attention
- 5 Censorship

## The Match-Up Debacle

In 2003, jonmon decided to start his very own Valentine's Day dating website using his l33t skillz. The site made members divulge lots of personal information in order to use the service, and promised to match each member up with over 9000 potential mates. Sadly, the women got matched up with jonmon and 8,999 sockpuppets (http://media.www.hlrecord.org/media/storage/paper609/news/2003/04/17/News/Dating.Service.Creator.Accused.Of.Harassing.Students-419629.shtml) .

> *Hey! Let me put it this way. I'm a good judge of character. You seem fantastic. I'd like to meet you. Love that 'Up late talking and snuggling on the sofa' and 'Singing to me.' Sure, I'll play guitar & sing for you. :) I know you're busy and this whole dating thing feels like a burden. Maybe we can change all that. What have you got to lose? Being romanced by a tall, fun, handsome gentleman will be quite nice! :) Zing me a note and let's*
>
> *do a 'just coffee'. When? Or just email is fine if you're shy. My profile is below, and two pics are attached. :) Ciao, bella! Jon*

<p style="font-size:85%; line-height:1em; text-align:right">—jonmon, providing excellent matchmaking services to one of the female applicants at Match-Up</p>

The cops got called in, ruining all of Johnny's fun. Rumors that he was forced to put a tracking device on his peener are totally true and should be accepted without question, except that nobody makes microscopic tracking devices. Yet.

# Check It Out Now, The Punk'd Soul Brother

His desperation unabated, he proceeded to create a now-deleted profile on OKStupid named make_you_laugh. Never were truer words spoken. He put up an image of himself standing next to an electronic highway sign he defaced (http://img.photobucket.com/albums/v232/willowfinn/livejournal/CrazyJohnny.jpg) , advertising his need for loli to the world. He then proceeded to hit on anything wet and concave.

The results in one case are documented in a LiveJournal entry (http://willowfinn.livejournal.com/58291.html) . He nagged his potential date, repeatedly begging her not to cancel at the last minute. She smelled desperation, especially when he made his request the fourth time in a row using the exact same words. She decided to ask him what was up. The results were full of lulz and fail:

```
willowfinna: Hey there
mitcarpediem: HEyeyEyeyeyEY
mitcarpediem: How's it going?
willowfinna: Um. It's goin' ok.
mitcarpediem: That's good to hear
mitcarpediem: Im doing great too, looking forward to seeing you
willowfinna: Yeah
willowfinna: About that
mitcarpediem: one sec
mitcarpediem: before you say anything you'll regret
willowfinna: Oh good lord
mitcarpediem: Are you sure you're too tired, too busy, too anxious, to see me for just one hour
willowfinna: Its not any of those things, actually
mitcarpediem: and that youd rather leave me with nothing to do on a Friday night leaving a pretty bad first impression?
willowfinna: You won't get any kind of impression
willowfinna: Your email kinda freaked me out
mitcarpediem: I'll get the impression that you cancelled on short notice, which is rude, and I probbaly won't want to reschedule
mitcarpediem: I'm just tired of the drama
willowfinna: If I cancel, there won't be an option to reschedule, that's the whole point
mitcarpediem: Frankly, so what if you're freaked out. Get a fucking grip.
mitcarpediem: I'm so tired of women with drama
willowfinna: Does that tactic work for you?
willowfinna: Get a lot of dates with that?
willowfinna: I get the feeling you get stood up a lot
willowfinna: Hence the preamble
willowfinna: Am I right?
mitcarpediem: It's like you're a little time bomb exploding whenever you feel "anxious"
mitcarpediem: So you don't have much self-confidence, that's not my fault.
willowfinna: How would you know?
mitcarpediem: Don't take it out on me.
willowfinna: You've spoken to me, maybe, four or five times
willowfinna: You know nothing about me other than what you project
willowfinna: And what little I've told you
willowfinna: I'm not trying to be rude
mitcarpediem signed off at 7:14:19 PM.
```

His followup email was even better:



> *I'm laughing here because I know this game and I'm not falling a victim to it. First you feel anxious like the world is going to end. You like to call people "creepy" which is your way of saying you view the world as though it's full of freaks. Then you start to accuse the people around you. You really couldn't help yourself emailing me... (and I didn't email you) but then you accuse me of lacking restraint. Oh, the irony.*

> *I know this game. Everything in your life that's wrong is someone else's fault. If my email to you made you uncomfortable, why, it must be someone else's fault. I bet you're really good at complaining. It helps to prop up your ego that other people are worse than you and in the soap opera of your life, you are always right, and everyone else is always wrong. You are the victim.*
>
> *I know this game. If you write me again, I'm not going to read or respond.*

           <p style="font-size:85%; line-height:1em; text-align:right">—jonmon, dealing well with rejection</p>

## Fetish Fun

jonmon can occasionally be seen at fetish fairs, leading acne-scarred loli around on leashes and generally acting like an old-fashioned gentleman. He uses these events to promote his vampire-wannabe wankfest, Midnight Seduction (http://www.midnightseduction.com/) ], which is endorsed by women who are very female and not at all jonmon pretending to be female:



> *Midnight Seduction is a creative and sexy way to meet new people in a setting you would not encounter at an average party. Some of my closest sexual partners were people I first interacted with at this game.*

           <p style="font-size:85%; line-height:1em; text-align:right">—~~jonmon~~Berlynn, recommending Midnight Seduction to one and all</p>

Jonmon is also trying to attract "kink-friendly" roommates via a Craigslist ad. This effort has been preserved for posterity. (http://willowfinn.livejournal.com/73769.html) As one commenter noted: "wait so he pretty much wants a fuckable maid?" Sadly, yes.

## Cries for Attention

- The Question Wheel (http://wheelquestions.org) , in which jonmon replies your pathetic questions with immeasurably more pathetic answers. (PedoJon is alive and well!)
- Arrested for hosting an underage drinking party (http://www.wickedlocal.com/somerville/news/x1878079036/Somerville-Police-bust-underage-drinking-party-on-Summer-Street)

## Censorship

- DMCA abuse targeting ED and other sites (https://www.chillingeffects.org/copyright/notice.cgi?NoticeID=65198)

*Jonmon is part of a series on Dying Alone*

&lt;p&gt;[Cry yourself to sleep]&lt;/p&gt;

Retrieved from "https://encyclopediadramatica.se/Jonmon"
Categories: Dying Alone | People

SrsVPS.com, OpenVZ Virtual Private Servers at a Great Price.



MON0034




Create New Account | Whois | Login | News | About | Support | Contact

**Home**  **Domain Names**  **IDN Domain Names**  **Global Phone Numbers**  **Hosting**

## WHOIS Domain Search

To find specific details about a domain name that has been registered, try a WHOIS search. Please enter your fully qualified domain name above and click Lookup. The domain name information will be displayed for that given domain name. This search is global so you can enter .com , .de , .co.uk , .us etc.

www. [_____] [Lookup]

**Website Information**

**Server Information**

| | | | |
|---|---|---|---|
| **Server Type** | : cloudflare-nginx | **IP Address** | : 141.101.125.183 |
| **IP Location** | : , | **Respond Code** | : 200 |
| **SSL Cert Expiry** | : Not Available | **Website Status** | : OK |

**Whois Information**

```
# Copyright (c) 1997- .SE (The Internet Infrastructure Foundation).
# All rights reserved.

# The information obtained through searches, or otherwise, is protected
# by the Swedish Copyright Act (1960:729) and international conventions.
# It is also subject to database protection according to the Swedish
# Copyright Act.

# Any use of this material to target advertising or
# similar activities is forbidden and will be prosecuted.
# If any of the information below is transferred to a third
# party, it must be done in its entirety. This server must
# not be used as a backend for a search engine.

# Result of search for registered domain names under
# the .SE top level domain.

# The data is in the UTF-8 character set and the result is
# printed with eight bits.
```

MON0035

Case 1:17-cv-10356-PBS   Document 96-4   Filed 01/31/18   Page 9 of 9

**state:** active
**domain:** encyclopediadramatica.se
**holder:** bribri1816-00001
**admin-c:** -
**tech-c:** -
**billing-c:** -
**created:** 2012-03-21
**modified:** 2013-01-04
**expires:** 2014-03-21
**transferred:** 2013-01-04
**nserver:** rita.ns.cloudflare.com
**nserver:** jeff.ns.cloudflare.com
**dnssec:** unsigned delegation
**status:** ok
**registrar:** 101Domain, Inc.

Copyright © 1997-2013 Instra Corporation Pty Ltd. All rights reserved | Privacy Policy | Terms of Service



**MON0036**