# EXHIBIT 6

Letter from Richard Goren
Dated November 9, 2016

# RICHARD GOREN

ATTORNEY AT LAW

ONE STATE STREET SUITE 1500  
BOSTON MA 02109

T 617 933 9494  
F 617 933 9495  
M 617 797 4529  
rgoren@richardgorenlaw.com  
www.richardgorenlaw.com

November 9, 2016

**BY FEDERAL EXPRESS**

Kenneth Russell Carter, Esq.  
Counsel to CloudFlare, Inc.  
101 Townsend Street  
San Francisco, CA 94107

Re: DMCA NOTIFICATION Copyright Infringement Report; Copyright owner Jonathan Monsarrat; website https://encyclopediadramatica.se; Notice of Infringement of Mr. Monsarrat's copyrights by your customer.

Dear Mr. Carter:

    I represent Jonathan Monsarrat of Cambridge, Massachusetts who as the registered copyright owner presents this information for the purpose of removing web content which first appeared in 2008 on the website www.encyclopediadramatica.com and which following a 2012 judgment of infringement was permanently removed but which with the website purportedly being based in Sweden the infringing web content now appears at the specific URL:

    https://encyclopediadramatica.se/Jonmon  
        with auxiliary pages  
    https://encyclopediadramatica.se/Talk:Jonmon  
    https://encyclopediadramatica.se/index.php?title=Jonmon&action=edit  
    https://encyclopediadramatica.se/index.php?title=Jonmon&action=history.

    According to Whois.net, CloudFlare, Inc. provides domain name server services to this website https://encyclopediadramatica.se. The web content on the specific URL's listed above infringes on Mr. Monsarrat's Copyrights and pursuant to the Digital Millennium Copyright Act, 17 U.S.C. §512, he hereby requests CloudFare, Inc. to disable access to the specific URL's listed above and to notify your customer, the registered owner of that domain, gotper6067-00001.

    Enclosed are: (i) Mr. Monsarrat's sworn affidavit in support of this takedown notice; (ii) Exhibit A thereto, a copy of Mr. Monsarrat's 2011 complaint for infringement in civil

Kenneth Russell Carter, Esq.
November 9, 2016
Page Two

action 1:11-cv-10248-DPW filed in the United States District Court for the District of Massachusetts; and, (iii) Exhibit B thereto, a copy of the judgment in that case entered on February 1, 2012.

     As Mr. Monsarrat's affidavit attests the infringing material, both literary and visual works, access to which he requests CloudFlare, Inc. to disable access to, first appeared on the website www.encyclopediadramatica.com at http://encyclopediadramatica.com/Jonmon in 2008. In his February 15, 2011 complaint for infringement against the individual defendant, Mr. Monsarrat identified specific literary and visual works that were infringed when without his authorization they were published on www.encyclopediadramatica.com at http://encyclopediadramatica.com/Jonmon. Prior to filing that lawsuit in January 2011 Mr. Monsarrat filed an infringement notice with www.encyclopediadramatica.com's then designated DMCA agent, and the offending page(s) were initially taken down. Nine days after the alleged individual infringer filed a counter notification under 17 U.S.C. §512(g), Mr. Monsarrat filed his infringement action. After the February 1, 2012 entry of judgment in the District of Massachusetts permanently enjoining the individual defendant's infringement on the Encyclodiadramatica website, the infringing materials were taken down from the Encyclopediadramatica website. However on or about April 1, 2014 the infringing material reappeared on Encyclopedia Dramatica's then Swedish registered website specifically at

    https://encyclopediadramatica.se/Jonmon

       with auxiliary pages

    https://encyclopediadramatica.se/Talk:Jonmon

    https://encyclopediadramatica.se/index.php?title=Jonmon&action=edit

    https://encyclopediadramatica.se/index.php?title=Jonmon&action=history.

     Mr. Monsarrat appreciates CloudFlare Inc.'s anticipated enforcement of copyright law and support of his rights in this matter. See *Arista Records LLC v. Tkach*, 122 F. Supp. 3d 32 (S.D. N.Y. June 4, 2015); *Arista Records LLC v. Tkach*, 2015 WL 4742597 (S.D. N.Y. July 9, 2015)

MON0047

Kenneth Russell Carter, Esq.
November 9, 2016
Page Three

    I look forward to what I am confident will be: (i) the prompt removal of access to this infringing web content at CloudFlare Inc.'s customer's specific URL's listed above; and, (ii) CloudFlare Inc.'s issuance of notice to its customer, the registered owner of that domain, gotper6067-00001

Very truly yours,

Richard A. Goren

RAG:am

Enclosure

MON0048