# EXHIBIT 7

Wayback Machine Record
From December 5, 2013

https://encyclopediadramatica.es/File:Jonmon-pedowheel.jpg  Go

NOV **DEC** JAN
◀ **05** ▶
2012 **2013** 2014

1 capture
5 Dec 2013



Size of this preview: 400 × 600 pixels
Full resolution (640 × 960 pixels, file size: 68 KB, MIME type: image/jpeg)

Jonmon answers a loli's question about dating older men.

# File history



| | | | | | |
|---|---|---|---|---|---|
| current | 09:18, 17 April 2011 | Thumbnail for version as of 09:18, 17 April 2011 | 640×960 (68 KB) | Sam (Talk \| contribs) | (Jonmon answers a loli's question about dating older men.) |

- Edit this file using an external application (See the setup instructions (https://web.archive.org/web/20131205093137/http://www.mediawiki.org/wiki/Manual:External_editors) for more information)

# File links

There are no pages that link to this file.

# Metadata

This file contains additional information, probably added from the digital camera or scanner used to create or digitize it. If the file has been modified from its original state, some details may not fully reflect the modified file.

| | |
|---|---|
| Camera manufacturer | NIKON |
| Camera model | COOLPIX P50 |
| Exposure time | 1/160 sec (0.00625) |
| F Number | f/5.6 |
| ISO speed rating | 64 |
| Date and time of data generation | Unknown date |
| Lens focal length | 4.7 mm |
| Orientation | Normal |
| Horizontal resolution | 300 dpi |
| Vertical resolution | 300 dpi |
| Software used | GIMP 2.6.10 |
| File change date and time | 13:20, 17 April 2011 |

| | |
|---|---|
| Date and time of digitizing | Unknown date |
| Image compression mode | 4 |
| Exposure bias | 0 |
| Maximum land aperture | 3 |
| Metering mode | Pattern |
| Light source | Unknown |
| Flash | Flash did not fire, auto mode |
| Color space | sRGB |

Show extended details

Retrieved from "https://encyclopediadramatica.es/File:Jonmon-pedowheel.jpg"

VPN Service