# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JONATHAN MONSARRAT,

        Plaintiff,

        v.

BRIAN ZAIGER,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO.
1:17-cv-10356-PBS

**DECLARATION OF
JAY M. WOLMAN**

I, JAY M. WOLMAN, declare:

1.      I am over 18 years of age and have first-hand knowledge of the facts set forth herein, and if called as a witness could and would testify competently thereto.

2.      I am an attorney licensed to practice law in the Commonwealth of Massachusetts and before the Bar of this Court.

3.      I am an attorney of record for Defendant Brian Zaiger in this action, and I submit this declaration in support of Plaintiff-In-Counterclaim's Opposition to the So-Called Cross-Motion for Judgment on the Pleadings ("Zaiger's Opposition").

4.      Exhibit 1 to Zaiger's Opposition is a true and correct copy of an email from Richard Goren to Marc J. Randazza and Jay M. Wolman dated January 24, 2018.

5.      Exhibit 2 to Zaiger's Opposition is a true and correct copy of a Settlement Agreement and Mutual Release, as produced by Plaintiff Monsarrat in this action, and labeled Bates Nos. PL0034-PL0041.

6.      Exhibit 3 to Zaiger's Opposition is a true and correct copy of an Affidavit of Hannah Spierman, as produced by Plaintiff Monsarrat in this action, and labeled Bates Nos. PL0042-PL0043.

7.      Exhibit 4 to Zaiger's Opposition is a true and correct copy of a letter from Mark W. Ishman, and attachments thereto, as produced by Plaintiff Monsarrat in this action, and labeled Bates Nos. MON0029-MON0036.

RANDAZZA | LEGAL GROUP

8.      <u>Exhibit 5</u> to Zaiger's Opposition is a true and correct copy of an Affidavit of Jonathan Monsarrat, as produced by Plaintiff Monsarrat in this action, and labeled Bates Nos. MON0041-MON0044.

9.      <u>Exhibit 6</u> to Zaiger's Opposition is a true and correct copy of a letter from Richard Goren to CloudFlare, Inc., as produced by Plaintiff Monsarrat in this action, and labeled Bates Nos. MON0046-MON0048.

10.     <u>Exhibit 7</u> to Zaiger's Opposition is a true and correct copy of a record from the Wayback Machine dated December 5, 2013, as produced by Plaintiff Monsarrat in this action, and labeled Bates Nos. MON0201-MON0203.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 31, 2018.

/s/ Jay M. Wolman
Jay M. Wolman