UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JONATHAN MONSARRAT, )<br>)<br>*Defendant in counterclaim,* )<br>)<br>v. )<br>)<br>BRIAN ZAIGER )<br>)<br>*Plaintiff in counterclaim* )<br>)<br>) | CIVIL ACTION NO. 17-cv-10356-PBS |

**DEFENDANT IN COUNTERCLAIM'S MOTION FOR LEAVE TO FILE A REPLY TO THE OPPOSITION OF BRIAN ZAIGER (DOC. 96) TO DEFENDANT IN COUNTERCLAIM'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to Local Rule 7.1(B)(3), Jonathan Monsarrat, defendant in counterclaim requests leave to file a six page reply to Brian Zaiger's January 31, 2018 opposition, Doc. 96, to Jonathan Monsarrat's January 23, 2018 motion for judgment on the pleadings, Doc. 90.

Zaiger's opposition makes contentions as to which Plaintiff's counsel believes a Reply brief will assist the Court in deciding the motion.

**WHEREFORE** Plaintiff Jonathan Monsarrat requests leave to file a brief reply in support of his January 23, 2018 motion for judgment on the pleadings.

The proposed reply is attached as Exhibit A.

DATED: February 6, 2018.

Respectfully submitted,

JONATHAN MONSARRAT,

Plaintiff,

By his attorney,

*ss/ Richard A. Goren*
Richard A. Goren, Esq. BBO #203700
Law Office of Richard Goren
One State Street, Suite 1500
Boston, MA 02109
617-933-9494
rgoren@richardgorenlaw.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.2

   I hereby certify that on February 5 and 6, 2018, I conferred by email with the defendant's counsel and attempted in good faith to resolve or narrow the issues.

*/s/ Richard A. Goren*

## **CERTIFICATE OF SERVICE**

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on February 6, 2018.

*/s/ Richard A. Goren*