UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT, <br><br> *Defendant in counterclaim*, <br><br> v. <br><br> BRIAN ZAIGER <br><br> *Plaintiff in counterclaim* | CIVIL ACTION NO. 17-cv-10356-PBS |

**AFFIDAVIT OF JONATHAN MONSARRAT**

I, Jonathan Monsarrat, on oath depose and state as follows:

1. I am an entrepreneur developing an interactive video game for which I have been seeking capital from investors. The video game will be marketed to young people including teenagers of both sexes. I submit this affidavit in support of my motion of even date to strike Brian Zaiger's January 31, 2018 Opposition to my motion for judgment on the pleadings on Zaiger's counterclaim.

2. The false accusations about me on the Encyclopedia Dramatica website have appeared elsewhere on the internet and have caused me, and continue to cause me, prejudice in my business and social relationships, have adversely affected my video game entrepreneurial efforts to develop products to be marketed to young people of both sexes and have adversely affected my reputation.

3. The presence on the internet of the false accusations about me made on the Encyclopedia Dramatica website have been stated as the reason for declining to invest in my company or as a substantial concern by a number of prospective investors.

4. Even after the spring of 2017 when the so-called jonmon page was taken down from the Encyclopedia Dramatica website, the presence on the internet of statements and/or insinuations referencing those false accusations have negatively impacted my business. In October 2017 one international investment firm informed me:

> Thank you for taking the time to put together the materials for our Investment Committee.
>
> After careful discussion with our team, we will have to pass on the Monsarrat investment opportunity. While we are a huge fan of what you are building, your track record, your team, and the partnership you've inked with the [REDACTED], we ultimately decided to pass due to the negative press you have received in the pass{t} as we have found that this can have an impact on equity crowdfunding raises given their very public nature.
>
> Please note, this was a very difficult decision for us to make. We are big believers in Monsarrat and your vision and expect you will be a force to be reckoned with in the AR gaming space.

EXECUTED UNDER THE PENALTIES OF PERJURY THIS 12TH DAY OF FEBRUARY, 2018

*s/Jonathan Monsarrat*

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on February 12, 2018.

*/s/ Richard A. Goren*