# EXHIBIT 1

First Amended Complaint

*Monsarrat v. Filcman, et al.*

**COMMONWEALTH OF MASSACHUSETTS**

**MIDDLESEX ss.**

**SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT**
**C.A. NO.: MICV2013-00399-C**

JONATHAN GRAVES MONSARRAT,

*Plaintiff*,

vs.

DEB FILCMAN, RON NEWMAN, and JOHN AND JANE DOES 1-100, presently unknown individuals;

*Defendants.*

**FIRST AMENDED COMPLAINT AND JURY DEMAND**

Plaintiff Jonathan Graves Monsarrat ("**Plaintiff**" or "**Monsarrat**"), by and through his undersigned counsel, state as follows upon actual knowledge with respect to himself and his own acts, and upon information and belief, as to all other matters complained of against Defendants Deb Filcman ("**Filcman**"), Ron Newman ("**Newman**") and John and Jane Does 1-100 ("**Does Defendants**") (Filcman, Newman and Doe Defendants are collectively referred to as "**Defendants**"):

**NATURE OF THE ACTION**

1. This is an action arising from Defendants' ongoing efforts and conspiracy to smear Plaintiff's reputation, infringe Plaintiff's intellectual property, and interfere with Plaintiff's business and business prospects by way of false and defamatory Internet postings.

2. Following a January 29, 2010, criminal arrest of Plaintiff, which charges were ultimately dismissed against him, Filcman, Newman and Does Defendants began a concerted

defamatory attack on the character and reputation of Plaintiff, in which others have joined, through numerous inter-connected postings on various websites throughout the Somerville, Massachusetts Internet community.

3. Each of the Defendants joined together with the joint purpose and material intent, and acted for and as actual and apparent agents of each other, and conspired together for the common cause and purpose of committing the acts described herein that substantially injured Plaintiff.

4. Defendants' tortious acts complained of herein are ongoing and continuous, and were, and are still, intended to damage and ruin the reputation, regard, esteem and goodwill associated with Plaintiff and Plaintiff's businesses, as defined below.

**THE PARTIES**

5. Plaintiff Jonathan Graves Monsarrat is a business owner in the State of Massachusetts, and has been singled out in Defendants' false and defamatory Internet postings.

6. Upon information and belief, Defendant Filcman is a resident of Middlesex County, Massachusetts, and was or is a freelance journalist and copywriter.

7. Upon information and belief, Defendant Newman is a resident of Middlesex County, Massachusetts, and was or is a freelance journalist and copywriter.

8. Defendants John and Jane Does 1 through 100 are individuals whose true names and addresses of residence are currently unknown and unascertainable by Plaintiff, who have defamed Plaintiff through various false and defamatory Internet postings, and Plaintiff therefore sues said Defendants by such fictitious names. Plaintiff intends to identify the Doe Defendants through means of discovery and will amend this lawsuit to identify the Doe Defendants by proper legal names upon obtaining such information.

9. Defendant Filcman and Defendant Newman intentionally planned and orchestrated this cybersmear attack upon Plaintiff and Plaintiff's business (as defined below) through their own acts and through their means of solicitation and engagement of Does Defendants as alleged herein this Complaint.

10. Defendants Filcman, Newman and Doe Defendants joined together with joint purpose and material intent, and acted for and as actual and apparent agents of each other, and conspired together for the common cause and purpose of committing the acts described herein that substantially injured Plaintiff.

**JURISDICTION AND VENUE**

11. The Massachusetts Superior Court has jurisdiction over this action pursuant to G.L. c. 223A, § 3 and G.L. c. 214, § 1.

12. The amount in controversy exceeds twenty-five thousand dollars ($25,000), exclusive of interest and costs.

13. Venue in this forum is proper pursuant to G.L. c. 223, § 1.

14. This Court has personal jurisdiction over Defendant Filcman because she is domiciled and is residing in the state of Massachusetts, and Middlesex County.

15. This Court has personal jurisdiction over Defendant Newman because he is domiciled and is residing in the state of Massachusetts, and Middlesex County.

16. Jurisdiction over Defendant Filcman is constitutional because Filcman is present in and maintains a domicile in Middlesex County, Massachusetts.

17. Jurisdiction over Defendant Newman is constitutional because Newman is present in and maintains a domicile in Middlesex County, Massachusetts.

18. Jurisdiction over those Doe Defendants residing outside of the state of Massachusetts is constitutional under the Massachusetts long-arm statute, Mass. Gen Laws. ch. 223A, § 3, because such Doe Defendants engaged in substantial activity within and purposely, knowingly directed activity and defamatory statements into Massachusetts causing injury and purposely availed themselves of the privilege of conducting activities within the state of Massachusetts both through their conspiracy with Filcman and otherwise.

19. The claims alleged in this Complaint arise in the state of Massachusetts, Middlesex County and elsewhere.

**FACTUAL BACKROUND AND GENERAL ALLEGATIONS**

20. Plaintiff is an individual, who is an entrepreneur and owns several businesses, including but not limited to, Wheel Questions, Hard Data Factory, Inc., Events INSIDER and Monsarrat Consulting (collectively, "**Plaintiff's businesses**").

21. Plaintiff depends to a great degree upon his reputations and the goodwill he has built up with the public at large, both generally in business and specifically in finding new customers and business opportunities on the Internet.

22. On January 29, 2010, Plaintiff was arrested for the offense as described in the criminal docket, attached and incorporated hereto as **Exhibit 1**.

23. All charges alleged against Plaintiff as stated in **Exhibit 1** were dismissed as stated in **Exhibit 1**.

24. Plaintiff's arrest resulted from a party held at an apartment where Plaintiff was temporarily residing as a guest. As a temporary guest at this apartment, Plaintiff did not have a bedroom and slept on the couch.

25.     The party leading to Plaintiff's arrest was hosted by another third party, "Trano", and not by Plaintiff.

26.     This other third party, Trano, provided music entertainment, bouncers and beer at this party, which Plaintiff knew nothing about until the immediate time leading up to the commencement of the party.

27.     Plaintiff was not aware of any drugs being used at the party by any of the attendees, and if drugs were being used, they were not supplied by Plaintiff and were done so without Plaintiff's knowledge.

28.     At all times during the party, Plaintiff did not consume any alcohol or drugs.

29.     At all times during the Party, other than the third party, Trano, who hosted the party, Plaintiff did not invite or know any of the attendees of the party.

30.     One attendee at this party consumed too much beer, and was taken to the hospital. On January 29, 2010, this attendee who was taken to the hospital was five months from her twenty-first birthday.

31.     As noted above, Plaintiff is well known in Somerville, Massachusetts, and in Plaintiff's businesses' communities and industries.

32.     When certain individuals became aware that Plaintiff was associated with this party, it lead to a wide-spread cyber-smear campaign against him to damage his reputation that has resulted in monetary damages, emotional damages and physical threats to Plaintiff and his well-being.

33.     Defendants crossed the line by not merely reporting what was alleged in the police report, but then published additional misleading, false and defamatory statements about Plaintiff and Plaintiff's businesses for the purposes of causing monetary damages, emotional

damages and physical threats to Plaintiff and his well-being, which such damages did in fact occur to Plaintiff.

34. Defendant Filcman is listed as the blog author of the blog article dated February 4, 2010, and entitled "Will I be arrested? Guess the wheel didn't answer that one." published on and viewable at <http://blogs.wickedlocal.com/somerville/2010/02/04/will-i-be-arrested-guess-the-wheel-didnt-answer-that-one/#axzz2Jc3OlHpW> ("**Will I Be Arrested Blog Article**"), which is attached and incorporated hereto as **Exhibit 2**.

35. Defendant Filcman is also listed as the blog author of the blog article dated March 8, 2010, and entitled "Not a question best answered by the Wheel" published on and viewable at <http://blogs.wickedlocal.com/somerville/2010/03/08/not-a-question-best-answered-by-the-wheel/#axzz2Jc3OlHpW> ("**Not A Question Blog Article**"), which is attached and incorporated hereto as **Exhibit 3**.

36. Both Will I Be Arrested Blog Article and Not A Question Blog Article invite readers to post responses to such blog articles, which responses are published below these blog articles globally via the Internet.

37. All of the response posts to each of Filcman's blog articles target Plaintiff and Plaintiff's businesses.

38. The purpose of Will I Be Arrested Blog Article and Not A Question Blog Article, evidenced in part by their titles, as well as in the published content and responses thereto, is to defame Plaintiff, and those associated with him.

39. Filcman, Newman and Does Defendants have used these blog articles to publish numerous misleading, false, and defamatory statements about Plaintiff in furtherance of their efforts to defame Plaintiff and Plaintiff's businesses, including, but not limited to:

a. Will I Be Arrested Blog Article entitled "Will I be arrested? Guess the wheel didn't answer that one.", which alleges that Plaintiff was providing "**alcohol and marijuana**" to "**teenagers**" (*emphasis in original*).

b. A response post to the Will I Be Arrested Blog Article published by Doe Defendant Somerspeak on February 4, 2010, alleging that Plaintiff is a "**creep**" who "**throw[s] keggers for 20 year olds**" (*emphasis in original*).

c. A response post to the Will I Be Arrested Blog Article published by Doe Defendant Gene on February 5, 2010, alleging that Plaintiff is a "**guy [who] has a loooooong history of creepism**".

d. A response post to the Will I Be Arrested Blog Article published by Doe Defendant Somerspeak on February 5, 2010, alleging that Plaintiff was "**serving alcohol to kids under 21**" and "**If [Doe Defendant Somerspeak] ever caught one of my kids [with 'creepy' Plaintiff], there would be hell to pay for both of you**."

e. A response post to the Will I Be Arrested Blog Article published by Doe Defendant erinyes on February 6, 2010, alleging that Plaintiff was "**well known for *luring* younger, curious women into his parties, trying to *seduce* them, and completely alienating them from a genuinely open and inviting community that has done a lot for LGBT and sexual health groups**."

f. A response to the Will I Be Arrested Blog Article published by Doe Defendant Finnigan on February 6, 2010, admits that there is a collaborated effort by Defendants "**based on threads at DS LiveJournal**"

and the Somerville Journal, and alleges that Plaintiff "**[i]s a scummy dude**."

g. Then just over two months later, Defendant Filcman published Not A Question Blog Article entitled "Not a question best answered by the Wheel", which alleges that, among other things, Plaintiff is a child "**molester**" and that she does not want to "**forgive**" him (*emphasis in original*).

h. A response to the Not A Question Blog Article published by Doe Defendant Courtney of Ward5Online.com on March 9, 2010, alleges that she believes in the truth of these blog articles and requests "**an update as to whether or not [Plaintiff] allowed a drunk 12 year-old to answer that question [in the blog article]?**."

40. These statements posted to the Will I Be Arrested Blog Article and Not A Question Blog Article, among others, are false, defamatory, and intended by Filcman, Newman and Doe Defendants to harm Plaintiff in his business and reputation, as well as cause physical harm to Plaintiff and Plaintiff's businesses.

41. Defendant Newman glories in, brags about the success, and continues in the ongoing collaborate efforts to cybersmear Plaintiff in not only with the Will I Be Arrested Blog Article and Not A Question Blog Article, and the responses thereto, but also at the "davis square" forum on LiveJournal located at <http://davis-square.livejournal.com/2101375.html?thread=24730751>, which Newman is the moderator of such forum.

42. Within this "davis square" forum on LiveJournal, there are several blogs about Plaintiff and Plaintiff's businesses, including but not limited to:

| "davis square" forum on LiveJournal owned by Newman | **Original Poster "Owner"** |
|---|---|
| <http://davis-square.livejournal.com/2101375.html?thread=24730751> | Doe Defendant "plumtreeblossom" |
| <http://davis-snark.livejournal.com/55007.html> | Doe Defendant "myselftheliar" |
| <http://davis-snark.livejournal.com/56198.html> | Doe Defendant "thetathx1138" |
| <http://davis-snark.livejournal.com/55897.html> | Doe Defendant "plumtreeblossom" |
| <http://davis-snark.livejournal.com/54693.html> | Doe Defendant "bombardiette" |
| <http://www.journalfen.net/community/otf_wank/630958.html> | Doe Defendant "helenvalentine" |
| <http://sf-drama.livejournal.com/2756955.html> | Doe Defendant "Sunshineyellow" |
| <http://davis-square.livejournal.com/1889533.html> | Doe Defendant " bluesauce" |
| <http://davis-square.livejournal.com/1870797.html> | Doe Defendant |
| Any other currently unknown "davis square" forums on LiveJournal discussing Plaintiff | Presently unknown Doe Defendant(s) |

collectively, these blogs are referred to as the "**davis square blogs**," which each are attached and incorporated hereto as **Exhibits 4**, **5**, **6**, **7**, **8**, **9**, **10**, **11** and **12**.

43. Newman, along with other Doe Defendants, published to others, commencing on February 4, 2010, and continuing thereafter, at <http://davis-square.livejournal.com/2101375.html?thread=24730751> many misleading, false, defamatory and damaging statements about Plaintiff in furtherance of his efforts to defame Plaintiff and Plaintiff's businesses, including, but not limited to:

| Comment | LiveJournal User |
|---|---|
| "[Plaintiff has] perpetrated a dating site scam, which is documented in papers of record."<br><br>This is a false and untrue statement damaging Plaintiff. | Doe Defendant "thetathx1138" |
| "I don't know, but it's not his first foray into famed creepiness:<br><br>http://encyclopediadramatica.com/Jonmon"<br><br>The "How to Epically Troll [Plainiff]" published comments at Encyclopedia Dramatica is a collaborative agreement by the Doe Defendants to engage in any tactics to defame and destroy Plaintiff. By posting a link to this original Encyclopedia Dramatica page about Plaintiff that had a section saying "How to Epically Troll [Plaintiff]", it lends credence to Plaintiff's claim that this Doe Defendant was starting this thread maliciously. | Doe Defendant "plumtreeblossom" |
| "[Plaintiff] is not looking to "care about them." [Plaintiff] is looking to FUCK THEM WITH HIS PENIS. How stupid and in-denial are you? This is a sexual predator in our community. If you so revere his actions, then go help him liquor them up so you can get arrested with him."<br><br>This is a false and untrue statement damaging Plaintiff | Doe Defendant "plumtreeblossom" |
| "[Plaintiff] were sent a cease-and-desist letter after harassing a Harvard student"<br><br>This is a false and untrue statement damaging Plaintiff. | Doe Defendant "thetathx1138" |
| "That's how you get on Encyclopedia Dramatica. Go there and search "Jonmon"; I'm not willing to post the link because they sometimes check pingbacks and I don't want to lure in trolls."<br><br>This is a false and untrue statement damaging Plaintiff. Again, Doe Defendants connecting to Encyclopedia Dramatica lends additional credence to Plaintiff's claim that Doe Defendants are maliciously trying to damage Plaintiff. | Doe Defendant "thetathx1138" |
| "[Plaintiff] WAS PROVIDING ALL THOSE 16-YEAR OLDS WITH SAGE ADVICE AND GUIDANCE"<br><br>This is a false and untrue statement damaging Plaintiff, | Doe Defendant "clevernonsense" |
| "Raise your hand if you're surprised that creepy Jonny acted like a creep, lied to the cops, and was trying to get kids liquored up. No? Nobody? Me either. Fuck. I'm just glad this piece of shit got caught. I hope they give it to him with both barrels." | Doe Defendant "bluesauce" |

| | |
|---|---|
| This is a false and untrue statement damaging Plaintiff. | |
| "When those interactions include restraining order violations, breaking into computer accounts, harassment..."<br><br>This is a false and untrue statement damaging Plaintiff. | Doe Defendant "firstfrost" |
| "this man is a known creep and has a social rap sheet as long as my arm of sexual harrassment and preying on young women who don't know better"<br><br>This is a false and untrue statement damaging Plaintiff. | Doe Defendant "contradictacat" |
| "I think the reason you're seeing such a strong reaction against this gentleman is due to previous examples of less-than-consensual interaction in the past."<br><br>This is a false and untrue statement damaging Plaintiff. | Doe Defendant "firstfrost" |
| "Welcome to your encyclopedia dramatica page."<br><br>Additional evidence linking LiveJournal thread other third party websites in order to deliberately damage Plaintiff. | Doe Defendant "j_p2353" |
| "Now, now. Jon was simply doing his patriotic duty to educate these women. Like when the colonists dumped all the alcohol and young girls into the harbor during the Boston Jailbait Party."<br><br>This is a false and untrue statement damaging Plaintiff. | Doe Defendant "cystennin" |
| "17 and 24 is a lot different from the situation being described in that newspaper article"<br><br>This is a false and untrue statement damaging Plaintiff. Additionally, by Newman's own words, he is reading the articles to mean CHILDREN, rather than 18 to 21 year olds. | Defendant Newman ron_newman |

44. Newman, along with other Doe Defendants, published to others, on February 5, 2010, and continuing thereafter at <http://davis-snark.livejournal.com/55007.html>, which blog page is owned by user Doe Defendant **rufinia**, and possibly Doe Defendant **bombardiette**, the misleading, false, defamatory and damaging statements about Plaintiff in furtherance of his efforts to defame Plaintiff and Plaintiff's businesses, including but not limited to:

| Comment | LiveJournal User |
|---|---|
| "If you haven't read the [Encyclopedia Dramatica] article, it's...memorable."<br><br>This is a false and untrue statement damaging Plaintiff.   Again, another deliberate enticement to damage Plaintiff's character as demonstrated in at the This is a false and untrue statement damaging Plaintiff. Article. | Doe      Defendant "thetathx1138" |
| "As I may have told you, I certainly should have, I cashed out of Turbine in May 2008. Turbine is the huge videogames company I founded in 1994. I took a substantial hit to cash out "early"....<br><br>During the hibernation period in 2009, I tried my hand at being an artist, running the Wheel Questions project in Harvard Square, see http://WheelQuestions.org and also running a huge charity event, see http://MonsterMarch.org. I was unable to get either to benefit me financially, and right now I am semi-homeless... I'm crashing on my own sofa and renting my room out, with permission from my other roommates.<br><br>My plan at the moment is to apply for grants for a Wheel Questions project in 2010. Also, my blog on events in New England, http://WeirdBostonEvents.org fetched $4,000 in paid sponsorships so I may try to grow that. I'm also working on a Wheel Questions book."<br><br>Publishing Plaintiff's text from his email and without Plaintiff's consent is a copyright infringement. | Doe      Defendant "awfief" |
| "he's shooting *underage* and missing by a mile."<br><br>This is a false and untrue statement damaging Plaintiff. | Doe      Defendant "awfief" |
| "Where's a schizo kid with some matches when we need him."<br><br>This is a false and untrue statement damaging Plaintiff, including threats of physical harm to Plaintiff or his property. | Doe      Defendant "myselftheliar" |
| "I'm another of the moderators and will confirm what surrealestate said above. She and Mare and I jointly decided on this course of action at last night's Ball Square Bowling event, and I subsequently got the agreement of moderator prunesnprisms as well. Mare has now edited the post with an explanation and has turned on comment screening."<br><br>Defendant Newman admits to making editorial changes to his blogs. Additionally, this is a false and untrue statement damaging Plaintiff. Newman's statements confirm that Newman has made the other davis square moderators aware of the abuse. | Defendant Newman ron_newman |

45. Newman, along with other Doe Defendants, published to others, on February 10, 2010, and continuing thereafter at <http://davis-snark.livejournal.com/56198.html>, the misleading, false, defamatory and damaging statements about Plaintiff in furtherance of his efforts to defame Plaintiff and Plaintiff's businesses , including but not limited to:

| Comment | LiveJournal User |
|---|---|
| "Also, there's a photo on his [Encyclopedia Dramatica] entry. Imagine a stereotypical nerd without the charm."<br><br>Another reference to Encyclopedia Dramatica further ties Defendants into the deliberate "How to Epically Troll This Guy." | Doe Defendant "thetathx1138" |
| "http://encyclopediadramatica.com/Jonmon"<br><br>Yet another Encyclopedia Dramatica reference. | Doe Defendant "thetathx1138" |
| "Enyclopedia Dramatica"<br><br>Yet another Encyclopedia Dramatica reference | Doe Defendant "contradictacat" |
| "I didn't realize this was a public entry rather than a friendslocked one, so maybe we should clobber this whole subthread."<br><br>Newman admits that his unlawful conduct may cause him to be liable to Plaintiff for damages. | Defendant Newman ron_newman |
| "It almost makes you wonder if some of the information culled by the ever vigilant DS Snarkers shouldn't be turned over to authorities to investigate possible child sexual exploitation."<br><br>This is a false and untrue statement damaging Plaintiff. | Doe Defendant "bombardiette" |
| "Arriving way late to this party, but do you still have those photos/that username? I have been doing part-time work for this guy helping him with his shitcrap blog for about two months, and then I uncovered all THIS last week. It's been overwhelming... And a little funny, too, if I'm honest. I think I almost ended up at one of his "kink" parties too, but a friend talked me out of it!"<br><br>This is a false and untrue statement damaging Plaintiff. Also shows how Defendants are are damaging Plaintiff's businesses. | Doe Defendant "lost_ligeia" |

46. Doe Defendants published to others, on February 10, 2010, and continuing thereafter at <http://davis-snark.livejournal.com/55897.html>, the misleading, false, defamatory and damaging statements about Plaintiff in furtherance of his efforts to defame Plaintiff and Plaintiff's businesses, including but not limited to:

| Comment | LiveJournal User |
|---|---|
| "Underage kink parties with Jon Mon"<br><br>This is a false and untrue statement damaging Plaintiff. | Doe Defendant "bombardiette" |

47. Newman, along with other Doe Defendants, published to others, on February 4, 2010, and continuing thereafter at <http://davis-snark.livejournal.com/54693.html>, the misleading false, defamatory and damaging statements about Plaintiff in furtherance of his efforts to defame Plaintiff and Plaintiff's businesses, including but not limited to:

| Comment | LiveJournal User |
|---|---|
| "Stop Picking on the Rapist/Con-Man, Demmit!"<br><br>This is a false and untrue statement damaging Plaintiff. | Doe Defendant "bombardiette" |
| "HOW DARE YOU PICK ON A MAN WHO RUNS NUMEROUS SCAMS TO SCORE BARELY LEGAL GIRLS (said sarcastically)"<br><br>This is a false and untrue statement damaging Plaintiff. | Doe Defendant "derspatchel" |
| "HE IS ONLY GIVING THEM WHAT THEY NEEEEEEEED AND IF YOU DON'T LIKE HIM GIVING THEM PASSED-OUT DICKINGS THEN YOU SHOULD GIVE THEM BETTER DICKINGS YOURSELF'<br><br>This is a false and untrue statement damaging Plaintiff. | Doe Defendant "plumtreeblossom" |
| "I so advocate dunking this guy in a pond. Over and over and over... "<br><br>Another statement encouraging violence to Plaintiff. | Doe Defendant "bombardiette" |
| "sleeping with underage girlies is still statuatory rape and there is plenty of first hand anecdotal evidence on the internet to support that activity."<br><br>This is a false and untrue statement damaging Plaintiff. | Doe Defendant "bombardiette" |

| | |
|---|---|
| "everything I have ever heard about the guy is that at best the reason he's not a rapist is not "lack of effort"."<br><br>This is a false and untrue statement damaging Plaintiff. | Doe Defendant "thetathx1138" |
| "More links, from the MIT student newspaper in 2003-04."<br><br>These articles coupled with the other false and untrue statements in this blog are collectively damaging Plaintiff. | Defendant Newman ron_newman |

48. Doe Defendants published to others, on or about February 4, 2010, and continuing thereafter at <http://www.journalfen.net/community/otf_wank/630958.htm>, the misleading, false, defamatory and damaging statements about Plaintiff in furtherance of his efforts to defame Plaintiff and Plaintiff's businesses, including but not limited to:

| **Comment** | **LiveJournal User** |
|---|---|
| "Apparently, neighborhood creeper JonMon was arrested for throwing a loud party at which he served alcohol to hordes of teenage girls."<br><br>This statement implies Plaintiff is a child molester and is damaging Plaintiff. | Doe Defendant "helenvalentine" |

49. Newman, along with other Doe Defendants, published to others, on February 4, 2010, and continuing thereafter at <http://sf-drama.livejournal.com/2756955.html>, the misleading, false, defamatory and damaging statements about Plaintiff in furtherance of his efforts to defame Plaintiff and Plaintiff's businesses, including but not limited to:

| **Comment** | **LiveJournal User** |
|---|---|
| "Over in davis_square , we learn that finding humor in yet another shenanigan of Jonmon makes you a bully."<br><br>This is a false and untrue statement damaging Plaintiff. Additionally, this blog entry provides a link to Enyclopedia Dramatica and a connection between the Defendants and Enyclopedia Dramatica's declaration "How To Epically Troll This Guy". | Doe Defendant "sunshineyellow" |
| "Oh, that poor child predator." (refers to Plaintiff) | Doe Defendant "missmayinga" |

| | |
|---|---|
| This is a false and untrue statement damaging Plaintiff. | |
| "lol, there was just a spate of vandalism to the ED article."<br><br>This blog entry provides a link to Enyclopedia Dramatica and a connection between the Defendants and Enyclopedia Dramatica's declaration "How To Epically Troll This Guy". | Doe Defendant "paradoxx181" |
| "Yes, sexual predators are always doing it for the children teens. This guy is a famous creepazoid: back in the day, he set up some kind of dating site thingy at MIT and hit on various women who were looking to meet guys--guys who were their age-appropriate classmate, not Sleazebag McPervypants who set up the site or whatever it was. "<br><br>This is a false and untrue statement damaging Plaintiff. Additionally, this blog entry provides a link to Harvard Reporter and a connection between the Defendants and the Harvard Reporter article. | Doe Defendant "icecreamempress" |
| "I've met him for reals several times through kink circles and every time wanted to slap him in the face (violence)"<br><br>This is a false and untrue statement damaging Plaintiff. Additionally, a statement encouraging violence to Plaintiff. | Doe Defendant "lil_laurel" |

50. Doe Defendants published to others, on February 4, 2010, and continuing thereafter at <http://davis-square.livejournal.com/1889533.html>, the misleading, false, defamatory and damaging statements about Plaintiff in furtherance of his efforts to defame Plaintiff and Plaintiff's businesses, including but not limited to:

| **Comment** | **LiveJournal User** |
|---|---|
| "I saw a bunch of high school age girls checking it out. Seemed like it was drawing in his type."<br><br>This is a misleading and defamatory statement damaging Plaintiff. | Doe Defendant "bluesauce" |
| "maybe they're just too old for him. [teenage girls]"<br><br>This is a misleading and defamatory statement damaging Plaintiff. | Doe Defendant "laura47" |
| "Feel the terror. (uses my copyrighted image to make a new ugly image that's intended to defame me)"<br><br>This is a misleading and defamatory statement damaging Plaintiff. | Doe Defendant "bluesauce" |

51. Doe Defendants published to others, on February 4, 2010, and continuing thereafter at <http://davis-square.livejournal.com/1870797.htmll>, the misleading, false, defamatory and damaging statements about Plaintiff in furtherance of his efforts to defame Plaintiff and Plaintiff's businesses, including but not limited to:

| **Comment** | **LiveJournal User** |
|---|---|
| "Welcome to JonMon's world. Look him up on Encyclopedia Dramatica."<br><br>This is a misleading, false and defamatory statement damaging Plaintiff. | Doe Defendant "srakkt" |
| "trying to lure teenage girls into his house"<br><br>This is a misleading, false and defamatory statement damaging Plaintiff. | Doe Defendant "contradictacat" |
| links to Enyclopedia Dramatica<br><br>This blog entry provides a link to Enyclopedia Dramatica and a connection between the Defendants and Enyclopedia Dramatica's declaration "How To Epically Troll This Guy". | Doe Defendant "genesayssitdown" |
| "sexual predator"…<br><br>This is a misleading, false and defamatory statement damaging Plaintiff. | Doe Defendant "bluesauce" |

52. Filcman, Newman and Doe Defendants' campaign against Plaintiff is not limited to the blog articles and responses; they also posts comments on various other websites, *e.g.*, Encyclopedia Dramatica, and then cross reference them via statements in the above davis square blogs, that link to these blog articles in an effort to further discredit and impugn the character of Plaintiff through misleading, false and defamatory statements about Plaintiff.

53. Specifically, through content published at <http://tech.mit.edu/V123/N20/20matchup.20n.html>, <http://hlrecord.org/?p=12014>, <http://encyclopediadramatica.com/Jonmon> and <http://encyclopediadramatica.se/index.php?title=Jonmon>, Defendants continue to make false

and damaging comments about Plaintiff. A copy of these blog entries are attached and incorporated hereto as **Exhibits 13 (hard copy version)**, **14**, **15** and **16**.

54.      These statements posted at the above URLs are misleading, false, defamatory, and intended by Defendants to harm the Plaintiff in his business and reputation.

55.      The actions of the Defendants were malicious, intentional, oppressive, outrageous, and evidence a complete callous disregard for the rights of Plaintiffs.

56.      Any reasonable due diligence into the actual circumstances of the identified January 29, 2010 party would have informed the Defendants that such party was not Plaintiffs, but rather "Trano."

57.      Any comments about how the party was organized, who attended it and what was served to them should have been directed to "Trano" and not Plaintiff.

58.      Due to their intentional plan to damage the reputation of Plaintiff and Plaintiff's businesses in an unfair, deceptive, or oppressive way, Defendants spun the facts and circumstances surrounding this party well beyond the clear line of a factual report of this party, and to a wide spread cybersmear campaign that has significantly damaged Plaintiff and Plaintiff's businesses.

59.      In addition to the ongoing efforts and conspiracy to smear Plaintiff's reputation and interference with Plaintiff's businesses and such businesses' prospects by way of false and defamatory Internet postings as referenced above, Filcman has posted images taken from Plaintiff's websites (attached and incorporated hereto as **Exhibit 17**) by publishing Plaintiff's photograph and literary work in the Not A Question Blog Article (attached and incorporated hereto as **Exhibit 18**).

60.     Doe Defendants have also posted images take from Plaintiff (attached and incorporated hereto as **Exhibit 17**) by publishing Plaintiff's photograph and literary work at <http://davis-snark.livejournal.com/55007.html> and <http://davis-square.livejournal.com/1889533.html> (attached and incorporated hereto as **Exhibits 19** and **20**), and at other web pages currently unknown to Plaintiff.

61.     Plaintiff is the exclusive owner of the images from his websites used by Filcman and Does Defendants and as referenced herein this Complaint.

62.     Filcman and Doe Defendants did not seek, and has not been given, license to use the images from Plaintiff's websites used by Filcman and Doe Defendants and referenced herein this Complaint.

63.     The actions by Filcman and Doe Defendants were malicious, intentional, oppressive, outrageous, and evidence a complete callous disregard for the rights of Plaintiff.

64.     The collective acts of the Defendants have caused actual damages to Plaintiff, including but not limited to, thousands of dollars incurred in medical and medicine expenses, additional advertising and marketing employed in an attempt to counteract the unlawful acts of the Defendants as alleged herein this Complaint, expensed incurred with multiple apartment evictions caused by landlords reading and believing the misleading and false statements of the Defendants, attorneys fees and other legal related expenses in attempts to take down the false and misleading statements of the Defendants, lost business opportunities caused by business parties declining to do business with Plaintiff as a result of reading and believing the misleading and false statements about Plaintiff, and other forms of damages not currently known to Plaintiff.

**FIRST CLAIM FOR RELIEF**
**(Massachusetts Defamation/Libel)**

65. Plaintiff repleads and restates as if herein set forth in full all of the allegations of this Complaint.

66. Defendants knowingly published to the public the above-referenced false and untrue statements about Plaintiff, constituting defamation under the Law of Massachusetts.

67. Defendants' publishing of words on various Internet postings and blogs referenced above, are susceptible of but one meaning and of such nature that they tend to disgrace and degrade Plaintiff or hold him up to public hatred, contempt, or ridicule or cause him to be shunned or avoided and are libelous *per se*, or, when considered with innuendo, colloquium and explanatory circumstances are libelous.

68. As a direct result of Defendants' defamatory statements, Plaintiff has suffered serious damages, including emotional distress and injury to his reputation, regard, esteem and goodwill associated with his name and businesses.

69. As a direct result of Defendants' actions, Plaintiff has suffered irreparable harm, substantial financial losses, and damage to his business and personal reputations.

70. Defendants' actions were malicious, intentional, oppressive, outrageous, and evidence a complete callous disregard for Plaintiff's rights.

71. As a direct result of Defendants' actions, Plaintiff has suffered great losses, and unless and until Defendants' actions are enjoined, Plaintiff will continue to suffer actual damages and irreparable harm to his professional reputations.

72. Plaintiff has no adequate remedy at law.

**SECOND CLAIM FOR RELIEF**
**(Violation of Massachusetts Deceptive Trade Practices Act, Mass. Gen. L. ch. 93A §2 *et seq.*)**

73. Plaintiff repleads and restates as if herein set forth in full all of the allegations of this Complaint.

74. This claim arises under Mass. Gen. L. ch. 93A §2 *et seq*.

75. Plaintiff relies upon his reputation to promote and sell his goods and services to clients and consumers.

76. Defendants have made false and defamatory statements against Plaintiff and Plaintiff's businesses, in an effort to effort to destroy Plaintiff's businesses in an unfair, deceptive, or oppressive way, as set forth above in this Complaint.

77. Through their statements, Defendants disparaged Plaintiff and Plaintiff's businesses, and engaged in and conspired to engage in unfair or deceptive acts or practices in or affecting commerce as set forth in Section 1 of Mass. Gen. L. ch. 93A, *et seq*.

78. Defendants' campaign of continuous false, unjustified, and unsubstantiated statements and allegations constitutes a willful and malicious engagement in the deceptive acts or practices described herein.

79. As a direct result of Defendants' actions, Plaintiff has suffered irreparable harm, substantial financial losses, and damage to Plaintiff's businesses' reputation, including but not limited to, loss of money, value of personal property and substantial injury to competitors or other business, as alleged herein this Complaint.

80. Defendants' actions were malicious, intentional, oppressive, outrageous, and evidence a complete callous disregard for Plaintiff's rights.

81. As a direct result of Defendants' actions, Plaintiff has suffered great losses, and unless and until Defendants' actions are enjoined, Plaintiff will continue to suffer actual damages and irreparable harm to his professional reputation.

82. Plaintiff has no adequate remedy at law.

**THIRD CLAIM FOR RELIEF**
**(Massachusetts Commercial Disparagement)**

83. Plaintiff repleads and restates as if herein set forth in full all of the allegations of this Complaint.

84. This claim for relief arises under Massachusetts common law.

85. As complained of above, Defendants have published false and disparaging statements about the Plaintiff with malice and without privilege, resulting in damage to Plaintiff and Plaintiff's businesses.

86. Defendants' statements about Plaintiff as particularly plead above are false and untrue, and disparaged Plaintiff's products and services.

87. By telling such particularly plead statements referenced above to customers and/or potential customers of Plaintiff via the Internet to a wide range of persons in the public, Defendants published the disparaging statement to one or more people.

88. Defendants negligently published such false and disparaging statements concerning Plaintiff, causing a customer and/or potential customers to regard Plaintiff as dangerous, and imputing deceit, dishonesty and reprehensible conduct to Plaintiff.

89. Defendants published the false and disparaging statements about Plaintiff, causing Plaintiff to suffer special and general damages, including the monetary loss of an important and valuable client, *This Is Me, Atheist* website, and other unknown prospects, and injury to the reputation of Plaintiff's businesses.

90. Defendants' publishing of false and disparaging statements about Plaintiff has also caused him to lose at least one key contractor at one of Plaintiff's businesses.

91. Defendants acts as alleged herein this Complaint have also damaged Plaintiff's businesses in an amount currently not known to Plaintiff.

92. Defendants published the false and disparaging statements with the knowledge that the statements were false, or with reckless disregard as to the falsity of the statements.

93. Defendants' actions complained of herein constitute commercial disparagement under Massachusetts common law.

94. As a direct result of Defendants' defamatory statements, Plaintiff has suffered serious damage to the reputation, regard, esteem and goodwill associated with his names.

95. As a direct result of Defendants' defamatory statements, Plaintiff has not been able to market himself and his businesses on the Internet, or elsewhere, to generate new leads and customers.

96. As a direct result of Defendants' actions, Plaintiff has suffered irreparable harm, substantial financial losses, and damage to Plaintiff's businesses and his personal reputation.

97. Defendants' actions were malicious, intentional, oppressive, outrageous, and evidence a complete callous disregard for Plaintiff's rights.

98. As a direct result of Defendants' actions, Plaintiff has suffered great losses, and unless and until Defendants' actions are enjoined, Plaintiff will continue to suffer actual damages and irreparable harm to his professional reputation.

99. Plaintiff has no adequate remedy at law.

**FOURTH CLAIM FOR RELIEF**
**(Common Law Copyright Infringement)**

100. Plaintiff repleads and restates as if herein set forth in full all of the allegations of this Complaint.

101.    As alleged above, Plaintiff is the exclusive owner of the images attached hereto as **Exhibit 17** (collectively "**the copyrighted materials**").

102.    The copyright materials are unique intellectual property subject to common-law copyright protection under the laws of the State of Massachusetts.

103.    Plaintiff possesses "all exclusive rights" in and to the copyright materials.

104.    Plaintiff has not authorized any of the Defendants to reproduce or distribute the copyright materials.

105.    Filcman and Doe Defendants have had access to the copyrighted materials through the Internet.

106.    Filcman misappropriated the copyrighted materials by copying them from Plaintiff's website on the Internet, *e.g.*, <http://wheelquestions.org/blog/2010/03/should-i-forgive-my-molester-d.html> as shown in **Exhibit 18**.

107.    Doe Defendants misappropriated the copyrighted materials by copying them from the Plaintiff's possession as shown in **Exhibit 19**.

108.    Filcman and Doe Defendants misappropriation of the copyrighted materials were not for fair use or satire purposes, but rather was in furtherance of their collective willful, wanton and reckless tortious conduct as alleged throughout this complaint.

109.    Filcman and Doe Defendants are liable for common law infringement of the copyright materials.

110.    As a direct and proximate result of Filcman and Doe Defendants' willful, wanton and reckless tortious conduct, Plaintiff is entitled to compensatory and punitive damages in an amount to be proven at trial.

111. Filcman and Doe Defendants have willfully infringed upon Plaintiff's copyrights with respect to the copyrighted materials.

112. Filcman and Doe Defendants have used Plaintiff's copyrighted materials to impugn the character of Plaintiff, as a result of which Plaintiff has sustained, and will continue to sustain, substantial injury, loss and damage in an amount to be proven at trial.

113. The infringement by Filcman and Doe Defendants of Plaintiff's copyrighted materials has caused Plaintiff irreparable harm and injury and unless and until Filcman is immediately and permanently enjoined, Plaintiff will continue to suffer irreparable harm and injury.

114. Plaintiff has no adequate remedy at law.

**FIFTH CLAIM FOR RELIEF**
**(Intentional Infliction of Emotional Distress)**

115. Plaintiff repleads and restates as if herein set forth in full all of the allegations of this Complaint.

116. As set forth herein, Defendants' ongoing efforts and conspiracy to intentionally and recklessly smear Plaintiff's reputations, infringe upon Plaintiffs' intellectual property, and interfere with Plaintiff's business and business prospects by way of false and defamatory Internet postings, and the foreseeable damages that would be sustained by Plaintiff by such tortious conduct was extreme and outrageous.

117. As set forth herein, the Defendants' extreme and outrageous conduct was intended to cause severe emotional distress to Plaintiff, including but not limited to the willful and malicious scheme to hurt and damage Plaintiff with severe emotional distress.

118. As set forth herein, the alleged tortious conduct alleged herein did in fact cause Plaintiff to suffer severe emotional distress, including but not limited to, aggravated existing illness, anxiety, appetite loss, concentration loss, crying, fear, high blood pressure, humiliation or embarrassment, hypertension, illness, irritability, affected job performance, job loss, nightmares, privacy loss, affected relationships, affected reputation, shortness of breath, sleep loss, stress, severe weight gain.

119. As a result of the conduct and damages suffered herein, Defendants have caused intentional infliction of emotional distress to Plaintiff.

120. As a direct and proximate result of causing intentional infliction of emotional distress to Plaintiff as set forth herein, Plaintiff has incurred actual damages as alleged herein and in an amount in excess of Twenty-Five thousand dollars ($25,000.00).

121. Plaintiff is entitled to have and recover of Defendants, jointly and severally, punitive damages for the intentional infliction of emotional distress that Defendants caused Plaintiff to suffer under Mass. Gen. Laws ch. 229, § 2, and an award of attorneys' fees.

## SIXTH CLAIM FOR RELIEF
**(Civil Conspiracy)**

122. Plaintiff repleads and restates as if herein set forth in full all of the allegations of this Complaint.

123. The Defendants conspired, as alleged above, to commit unlawful acts, or to do lawful acts in an unlawful way.

124. The Defendants' conspiracy involved a common scheme to defame Plaintiff, damaging his character, reputations and business.

125. One or more of the Defendants, in furtherance of their conspiracy, committed an overt act in furtherance of that conspiracy.

126. As a direct result of Defendants' overt acts and conspiracy, Plaintiff has suffered irreparable harm, substantial financial losses, and damage to his business and personal reputations.

127. Defendants' actions were malicious, intentional, oppressive, outrageous, and evidence a complete callous disregard for Plaintiff's rights.

128. As a direct result of Defendants' overt acts and conspiracy, Plaintiff has suffered great losses, and unless and until Defendants' actions are enjoined, Plaintiff will continue to suffer actual damages and irreparable harm to their professional reputations.

129. Plaintiff has no adequate remedy at law.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays that this Court enter judgment against Defendants, on each of his claims, and grant Plaintiff the following relief:

1. Enter judgment in favor of Plaintiff on each of his claims;
2. Adjudge that Defendants have defamed and libeled Plaintiff, and preliminarily and permanently enjoin Defendants from engaging in further defamation of Plaintiff;
3. Adjudge that Defendants have violated Massachusetts Unfair and Deceptive Practices statute Mass. Gen. L. ch. 93A, and preliminarily and permanently enjoin Defendants from engaging in further deceptive acts or practices against Plaintiff;
4. Adjudge that Defendants have committed commercial disparagement, and preliminarily and permanently enjoin Defendants from engaging in further such practices against Plaintiff;

5. Adjudge that Filcman and Doe Defendants have infringed upon Plaintiff's copyrights, and preliminarily and permanently enjoin Filcman and Doe Defendants from engaging in further infringement against Plaintiff;

6. Adjudge that Defendants have conspired against the Plaintiffs, and preliminarily and permanently enjoin Defendants from engaging in further such practices against Plaintiffs;

7. Enter an Order directing Defendants to take down the blog articles and responses in their entirety;

8. Enter an Order requiring the delisting and removal of the URLs and any cached copies of Defendants' Internet postings complained of herein, known or currently not known as of the filing of this Complaint, and any similar postings, from the search results of Google and any other search engines;

9. Award Plaintiff compensatory damages in an amount to exceed $500,000.00;

10. Award Plaintiff punitive damages in an amount to exceed $5,000,000.00;

11. Award Plaintiffs trebled damages pursuant to Mass. Gen. Laws ch. 229, § 2 or on such other grounds as the Court may deem appropriate;

12. Award Plaintiff his attorneys' fees, and on such other grounds as the Court may deem appropriate;

13. Award Plaintiff his costs;

14. Award costs and disbursements plus interest from the date of commencement of the within action; and

15. Award Plaintiff such other further relief as this Court may deem equitable.

**PLAINTIFF REQUESTS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

Dated: April 30, 2013

Respectfully Submitted,

JONATHAN GRAVES MONSARRAT
By his attorneys,

(w/permission)

Mark W. Ishman, Esq.
Lead Counsel
*pro hac vice application pending*
NC Bar No. 27908
Ishman Law Firm, P.C.
9660 Falls of Neuse Road
Suite 138-350
Raleigh, NC 27615
Tel: (919) 468-3266
Fax: (919) 882-1466
E-Mail: mishman@ishmanlaw.com

David M. Click, Esq.
Local Counsel
MA Bar No. 677043
Denner Pellegrino, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114
Tel.: (617) 227-2800
Fax: (617) 973-1562
E-Mail: dclick@dennerpellegrino.com

*Attorneys for Plaintiff*

| CRIMINAL DOCKET | DOCKET NUMBER 1010CR000236 | NO. OF COUNTS 2 | Trial Court of Massachusetts District Court Department |
|---|---|---|---|

Exhibit 1

| DEFENDANT NAME AND ADDRESS | DOB | GENDER | COURT NAME & ADDRESS |
|---|---|---|---|
| Jonathan G Monsarrat<br>197 Summer Street<br>Apt 1<br>Somerville, MA | 10/14/1968 | Male | Somerville District Court<br>175 Fellsway<br>Somerville, MA 02145 |
| | DATE COMPLAINT ISSUED 02/01/2010 | | INTERPRETER REQUIRED |
| | PRECOMPLAINT ARREST DATE 01/29/2010 | | |

FIRST FIVE OFFENSE COUNTS

| COUNT | CODE | OFFENSE DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 138/34 | LIQUOR TO PERSON UNDER 21, SELL/DELIVER c138 §34 | 01/29/2010 |
| 2 | 272/53/I | NOISY & DISORDERLY HOUSE, KEEP c272 §53 | 01/29/2010 |

Sussman (put - 4-14-10)

| DEFENSE ATTORNEY | OFFENSE CITY/TOWN | POLICE DEPARTMENT |
|---|---|---|
| Parrelli | Somerville | Somerville PD |

| DATE & JUDGE | DOCKET ENTRY | DATE & JUDGE | FEES IMPOSED |
|---|---|---|---|
| FEB - 1 2010 | ☐ Attorney appointed (SJC R. 3:10)<br>☐ Atty denied & Deft. Advised per 211 D §2A<br>☐ Waiver of Counsel found after colloquy | | Counsel Fee (211D § 2A½) $ ☐ WAIVED |
| FEB - 1 2010 | Terms of release set: PR ☐ Bail ☐ See Docket for special condition ☐ Held (276 §58A) | | Counsel Contribution (211D § 2) $ ☐ WAIVED |
| | | | Default Warrant Fee (276 § 30(5)) $ ☐ WAIVED |
| | | | Default Warrant Arrest Fee (276 § 30 ¶2) $ ☐ WAIVED |
| FEB - 1 2010 | Arraigned and advised: ☐ Potential of bail revocation (276 §58) ☐ Right to bail to review (276 §58) ☐ Right to drug exam (111E § 10) | | Probation Supervision Fee (276 § 87A) $ ☐ WAIVED |
| | | | Bail Order Forfeited |
| | Advised of right to jury trial: ☐ Waiver of jury found after colloquy ☐ Does not waive | | |
| | Advised of trial rights as pro se (Dist. Ct. Supp. R.4) | | |
| | Advised of right of appeal to Appeals Ct. (M.R. Crim. P. R. 28) | | |

SCHEDULING HISTORY

| No. | SCHEDULED DATE | EVENT | RESULT | JUDGE | TAPE START / STOP |
|---|---|---|---|---|---|
| 1 | 02/01/2010 | Arraignment | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd 3-1-10 PT | | |
| 2 | MAR - 1 2010 | PTH | ☐ Held ☐ Not Held but Event Resolved ☒ Cont'd 5-3-10 PTH 9 am | Walker | |
| 3 | 5-3-10 | PT | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 4 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 5 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 6 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 7 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 8 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 9 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 10 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |

APPROVED ABBREVIATIONS

[illegible]

| A TRUE COPY ATTEST: | CLERK-MAGISTRATE/ASST. CLERK X | TOTAL NO. OF PAGES | ON (DATE) |
|---|---|---|---|

1010CR000236

# CRIMINAL DOCKET - OFFENSES

DEFENDANT NAME: Jonathan O Monsarrat

DOCKET NUMBER: [illegible]

COUNT/OFFENSE

1 LIQUOR TO PERSON UNDER 21, SELL/DELIVER c138 §34

Sngh 5-3-10

DISPOSITION METHOD

☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning

☐ Bench Trial

☐ Jury Trial

☐ Dismissed upon:

☐ Request of Commonwealth ☐ Request of Victim

☐ Request of Defendant ☐ Failure to prosecute

☐ Other:

☐ Filed with Defendant's consent

☐ Nolle Prosequi

☐ Decriminalized (277 §70C)

SENTENCE OR OTHER DISPOSITION

☐ Sufficient facts found but continued without a finding until:

☐ Defendant placed on probation until:

☐ Risk/Need or OUI ☐ Administrative Supervision

☒ Defendant placed on pretrial probation (276 §87) until: 8-4-10 DDM

☐ To be dismissed if court costs / restitution paid by:

$50/month PSF

FINDING

☐ Guilty ☒ Not Guilty

☐ Responsible ☐ Not Responsible

☐ Probable Cause ☐ No Probable Cause

FINAL DISPOSITION — JUDGE — DATE

☒ Dismissed on recommendation of Probation Dept. — Pjm — 8/4/10

☐ Probation terminated: defendant discharged

☐ Sentence or disposition revoked (see cont'd page)

COUNT/OFFENSE

2 NOISY & DISORDERLY HOUSE, KEEP c272 §53

Sngh 5-3-10

DISPOSITION METHOD

☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning

☐ Bench Trial

☐ Jury Trial

☐ Dismissed upon:

☐ Request of Commonwealth ☐ Request of Victim

☐ Request of Defendant ☐ Failure to prosecute

☐ Other:

☐ Filed with Defendant's consent

☐ Nolle Prosequi

☐ Decriminalized (277 §70C)

SENTENCE OR OTHER DISPOSITION

☐ Sufficient facts found but continued without a finding until:

☐ Defendant placed on probation until:

☐ Risk/Need or OUI ☐ Administrative Supervision

☒ Defendant placed on pretrial probation (276 §87) until: 8-4-10 DDM

☐ To be dismissed if court costs / restitution paid by:

FINDING

☐ Guilty ☐ Not Guilty

☐ Responsible ☐ Not Responsible

☐ Probable Cause ☐ No Probable Cause

FINAL DISPOSITION — JUDGE — DATE

☒ Dismissed on recommendation of Probation Dept. — Pjm — 8/4/10

☐ Probation terminated: defendant discharged

☐ Sentence or disposition revoked (see cont'd page)

COUNT/OFFENSE

DISPOSITION METHOD

☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning

☐ Bench Trial

☐ Jury Trial

☐ Dismissed upon:

☐ Request of Commonwealth ☐ Request of Victim

☐ Request of Defendant ☐ Failure to prosecute

☐ Other:

☐ Filed with Defendant's consent

☐ Nolle Prosequi

☐ Decriminalized (277 §70C)

SENTENCE OR OTHER DISPOSITION

☐ Sufficient facts found but continued without a finding until:

☐ Defendant placed on probation until:

☐ Risk/Need or OUI ☐ Administrative Supervision

☐ Defendant placed on pretrial probation (276 §87) until:

☐ To be dismissed if court costs / restitution paid by:

FINDING

☐ Guilty ☐ Not Guilty

☐ Responsible ☐ Not Responsible

☐ Probable Cause ☐ No Probable Cause

FINAL DISPOSITION — JUDGE — DATE

☐ Dismissed on recommendation of Probation Dept.

☐ Probation terminated: defendant discharged

☐ Sentence or disposition revoked (see cont'd page)

| CRIMINAL DOCKET<br>DOCKET ENTRIES | DEFENDANT NAME<br>Jonathan O Monsarrat | DOCKET NUMBER<br>1010CR000235 |
|---|---|---|

| DATE | DOCKET ENTRIES |
|---|---|
| 4-15-10 | Commonwealth Notice of Appearance (Atty Suzanne Stephen) |
| | Motion to preserve evidence with memorandum |
| | in support filed |

2/4/13 Will I be arrested? Guess the wheel didn't answer that one. | Somerville Blog

**Exhibit 2**

Skip to content

- » Subscribe |
- » About The Wicked Local Network |
- » Somerville Journal

Somerville Blog
WICKED LOCAL SOMERVILLE

News, opinion and humor from Somerville, Mass.

- Home
- Archives
- Contact Us

[expand]

- » More Blogs |
- » Wicked Local |
- » Business Directory |
- » Homes |
- » Jobs |
- » Towns and Newspapers |
- » Wheels

SOMERVILLE BLOG

# Will I be arrested? Guess the wheel didn't answer that one.

2010 February 4
tags: Jonathan Monsarrat, Question Wheel
by Deb Filcman

blogs.wickedlocal.com/somerville/2010/02/04/will-i-be-arrested-guess-the-wheel-didnt-answer-that-one/#axzz2Jc3OIHpVv 1/9



Share to Facebook

Police busted up a party at a 41-year-old's Summer Street apartment last week. There were an estimated 25-30 teenagers there, with alcohol and marijuana accessible to all the party-goers, according to a police report. Shady, right?

Well, it gets weirder. We didn't recognize the name at first – thanks to some readers for pointing that out – but the host turns out to be none other than the Wheel Question guy, Jonathan Monsarrat.

Didn't take long for Monsarrat to get back to blogging.

Rate This

ShareThis

Like Be the first of your friends to like this.

from → Gross!, Police

16 Responses

1. 
Somerspeak permalink
February 4, 2010, 2:11 PM
0 0 Rate This

Of course these are the cream of the crop "artistic" types that we taxpayers support through the likes of the Somerville Arts Council.

Another big waste of taxpayer dollars.

2. 
Finnigan permalink
February 4, 2010, 3:08 PM
0 0 Rate This

Somerspeak –
You say "these" – the report was of one guy.

You say "we taxpayers support through the likes of the Somerville Arts Council." I checked the SAC website, Monsarrat is not on the 2010 grant list. I didn't see a way to find previous-year grant recipients, but doing a Google search "monsarrat site:somervilleartscouncil.org" didn't show me anything. But maybe you meant through a different organization… Can you present any evidence that Monsarrat received taxpayer dollars? And even if he did, can you show that he didn't use them for art, or violated some sort of morality-clause he accepted for receiving any such

hypothetical funds?

I'm not defending the guy – based on threads at DS LiveJournal, he's a scummy dude. But you're using this to paint artists in a bad light, and I don't think that's justified. If you don't like tax dollars going to art, that's fine and you can advocate to the town and townspeople to change it. But that has nothing, to my eyes, to do with this story.

3. 

Ron Newman permalink
February 4, 2010, 3:35 PM
0 0 Rate This

Somerspeak, do you have any evidence to support your claim that he ever received SAC funding?

4. 

Somerspeak permalink
February 4, 2010, 4:31 PM
0 0 Rate This

Somerville Open Studios, supported by grants from the Somerville Arts Council, supported by Mass Cultural Council, paid for by the Mass and Somerville taxpayers.

The creep(41 years old throwing keggers for 20 year olds)was a front and center participant in the Somerville Arts Council Open Studios last year.

Too much of a stretch for you guys?

5. 

Ron Newman permalink
February 4, 2010, 4:55 PM
0 0 Rate This

I believe that SOS has been financially independent of any Somerville Arts Council funding for years now. Over 300 artists participate in this event each year, and the artists do not receive any money from SOS.

6. 

Somerspeak permalink
February 5, 2010, 12:28 PM
0 0 Rate This

Ron Newman – the city of Somerville is a sponsor for Open Studios and always has been. Somerville Arts Council has partially funded this event in the recent past. I'm sure you can find something on the web to support your opinion, but the truth is that the city taxpayer helps to fund the likes of Jonny Monsarrat. that is the point.

7. 

gene permalink
February 5, 2010, 12:33 PM
0 0 Rate This

this guy has a loooooong history of creepism:

http://www.hlrecord.org/2.4463/dating-service-creator-accused-of-harassing-students-1.580352

8. 

Ron Newman permalink
February 5, 2010, 2:16 PM
0 0 Rate This

The artists pay SOS for the privilege of being part of the event — not the other way 'round. The membership page is currently offline because membership has closed for the year, but here's a Google cache of the membership page.

9. 

Ron Newman permalink
February 5, 2010, 2:21 PM
0 0 Rate This

In the opinion of many folks I know, the Question Wheel failed as an 'outdoor community art project' since just one guy was answering everyone's questions. Not much 'community' there! A better idea would have been a Wheel where people could post both questions and answers to other people's questions.

10. 

Finnigan permalink
February 5, 2010, 2:31 PM
0 0 Rate This

Somerspeak – you keep saying things like "the likes of Jonny Monsarrat." It really reads like you're conflating "artist who gets public money" with "creepy guy." If you don't like artists getting public money, then advocate against it. That has *nothing* to do with the situation being discussed, in my reading of this. What does his profession have to do with his creepiness?

It's easy to come up with some examples. A firefighter or other public safety employee is found to be hitting his spouse. Should we not pay firefighters or cops?

I could drop some flamebait about priests, kids, and churches being tax-exempt.

My point is, you don't like artists getting public money (I disagree, but it's a valid opinion), this guy is creepy but that has nothing to do with whether he ever received any taxpayer money, and all signs point to him not having received any Somerville money anyway.

So, what's the point you're trying to make?

11. 

Courtney of Ward5Online.Com permalink
February 5, 2010, 2:58 PM
0 0 Rate This

@ Finnigan – Agreed! One person is not a reflection of the group as a whole. Ward 5 is blessed with many artists who are a tremendous asset to our community with Open Studios being one of our most beloved events!

@Somerspeak – I respect the connection that you are trying to make, but this is an individual who has made extremely bad choices and is not a reflection of artists in Somerville at all.

12. 

Johnny permalink
February 5, 2010, 4:42 PM
0 0 Rate This

My goodness! We have a lot of speaking without thinking going on here.

Nobody wants to see some kind of "creep" running around. But nobody should want to witch hunt an innocent man, either.

That's exactly what's going on here. Nobody seems to care that the Harvard article here not only was found unworthy an investigation or charge, but that the original complainant *retracted* her complaint.

13. 

Somerspeak permalink
February 5, 2010, 4:45 PM
0 0 Rate This

If any reader came away with the impression that I was bashing all artists, I apolgize. I know many a fine artist in this city and elsewhere. My point is that when this city sponsors or any city/state agency uses taxpayer money for specific industry events("the artists community") make damn sure you screen the participants before you attach the city's(taxpayers)name to it. And if my opinion counts for anything here, the Somerville Open House event seems to be getting less and less interesting. T me anyway.

Newman – you really are a little sleaze. Your post about the participating artists "paying" might lead someone to believe that the city and its taxpayers don't contribute anything of monetary value to the SOH event. You knoe they do and I know they do.

14. 

Somerspeak permalink
February 5, 2010, 5:06 PM
0 0 Rate This

Witch hunt an innocent man, Johnny? What I care about, Johnny, is that you were arrested in this city for disorderly conduct and most importantly for serving alcohol to kids under 21. You sound more like a "creep" than an artist.

If you are "the" Johnny, get a f*%^$ing life man. You're 41 years old. If I ever caught one of my kids in your company, there would be hell to pay for both of you.

Why don't you go consult your "life coach" or your homemade "wheel of fortune" and see what life has in store for you.

15. 

erinyes permalink
February 6, 2010, 9:18 PM
0 0 Rate This

When it's one time, it's explainable – maybe.

When it's twice, it's a pattern.

Of course, there's all the other times Johnny ran parties and had both open bars and underage guests. Almost every Midnight Seduction and Kink 101 party had both.

Ask anyone in the kink community around Boston and Cambridge about Johnny. He's well known for luring younger, curious women into his parties, trying to seduce them, and completely alienating them from a genuinely open and inviting community that has done a lot for LGBT and sexual health groups.

Hell, he's banned from hosting parties or giving fliers at the convention in Providence because he told vendors they would receive money from the convention for every person they referred. Bold faced lie, of course.

16. 

erinyes permalink
February 6, 2010, 9:21 PM
0 0 Rate This

also, regarding

"Johnny": Nobody seems to care that the Harvard article here not only was found unworthy an investigation or charge, but that the original complainant *retracted* her complaint.

From the HLR article linked:
"A bunch of people came forward," De Sario said. Students sent e-mails to the Dean of Students, who then made arrangements for a group of students to speak with the Harvard University Police."

"It hasn't yet risen to a legal violation, De Sario added. "But it is clearly a moral and ethical violation, and my concern is that it could amount to a harassment claim."

Comments are closed.

- **LATEST FROM THE VILLE**

VilleJournal
**VilleJournal**

VilleJournal #Somerville winter farmer's market opens near old Johnnie's Foodmaster h/t @SomervilleCity zo.pe/bbDY
19 minutes ago · reply · retweet · favorite

VilleJournal Column: Advice from a grown-up worth remembering. zo.pe/bbCF
2 hours ago · reply · retweet · favorite

VilleJournal Ask Dog Lady: Tough choices and magical thinking zo.pe/bbxQ
yesterday · reply · retweet · favorite

VilleJournal Editorial: Patrick's big ideas will require big deliberations zo.pe/bbrR
2 days ago · reply · retweet · favorite

VilleJournal #Somerville aldermen

Join the conversation

- **SUBSCRIBE TO THIS BLOG**

- **Recent Comments**
  - Fernando Sousa commented on News at Tufts U.
    *Millbrook cold stouge is close doors by 2_8_13 no moore big rigs came to somerville 55 yrs in somerv ...*
  - Fernando Sousa commented on Somerville Beacon Street public meeting tonight
    *Millbrook cold stouge close doors for good has 2_8_13 we are done no moore big rigs came to somervil ...*
  - Courtney O'Keefe commented on Mayor to give mid-term address at Somerville City Hall
    *Pretty psyched about hearing Bill White's speech :) ...*
  - Sam Had commented on Greater Somerville: Reaching for the stars
    *I love Somerville, especially Davis Square. Great places to eat and hang out (love Mike's for a late ...*
  - Somermorequal commented on Sketchy character hired at Somerville City Hall
    *"Villen" is a moniker created by native Somerville youth, and does not ape the hyperventilated, so-c ...*

- Ron Newman commented on Somerville planner named "Person of the Year"
  *What scheme are you referring to? What is the name of your group? ...*

## Search

type and press enter

## Blogroll

- Amy Derjue
- Blogness on the Edge of Town
- Bob Massie
- City of Somerville
- Deval Patrick
- Frank Bernard
- Greater Somerville
- Ian Thal
- KEITH E. JACOBSON
- Live Journal – Davis Square
- Magoun Square Neighborhood Association Blog
- Mass Politics Blog
- Mayor Joe Curtatone's blog
- Our Towns Tonight blog
- Progressive Democrats
- Sen Jarrett Barrios' blog
- Somerville Journal
- Somerville Kiwanis Club
- Somerville Little League
- Somerville Public Library Blog
- Somerville Public Schools
- Somerville Transportation Equity Partnership
- Somerville Voices
- Somerville Youth Soccer League
- The Burren
- Ward 5 Online
- Wicked Local Blog
- Your Legal Planning Advisor

## Sign up for Somerville E-newsletter

Email Address*

First Name

Last Name

* = required field

Subscribe

powered by MailChimp!

## Categories

Select Category

## ENTERTAINMENT FROM WL

MUSIC PREVIEW: Blackberry Smoke is still fired up Country traditionalists, Southern rock lovers and those for whom either style means a good old-fashioned party will find a lot to grab on to in 2012's "The Whippoorwill," the third, and bes... [More]

At the Ecotarium: A Jurassic field trip Youngsters learn about dinosaurs from an interactive 'DinoTracks' exhibit at

 the EcoTarium in Worcester.... [More].

KEEPING FIT: Strengthening your shoulders will help you prevent injury If you are a baby boomer, or older, you have most likely experienced at least one shoulder injury.... [More].

SPIRITUAL LIFE: Even if you can't see it, it's there Potential is hidden in the unseen. Faith takes me the distance when nerve and resources fail.... [More].

Foxboro boy's rare disease is subject of 'Life According to Sam' Powerful, inspirational and suspenseful, "Life According to Sam" played to sold-out audiences at The Sundance Festival in Utah and will be shown this fall on HBO, which produced it.... [More].

- ## POSTS BY DATE

| February 2010 | | | | | | |
|---|---|---|---|---|---|---|
| M | T | W | T | F | S | S |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |

« Jan Mar »

- ## Archives

Select Month

» Staff Logon

- Daily News Transcript |
- Daily News Tribune |
- The Enterprise |
- The Herald News |
- MetroWest Daily News |
- Milford Daily News |

- Patriot Ledger |
- Taunton Gazette

- About |
- Advertiser Info |
- Contact |
- Privacy Policy |
- Subscriber Services
  |
- Terms of Use

Copyright 2013   GateHouse Media, Inc.   Some Rights Reserved.
Original content available for non-commercial use under a Creative Commons license.

2/4/13 Not a question best answered by the Wheel | Somerville Blog

Exhibit 3

Skip to content

- » Subscribe |
- » About The Wicked Local Network |
- » Somerville Journal

Somerville Blog
WICKED LOCAL SOMERVILLE

Share on Facebook

ws, opinion and humor from Somerville, Mass.

Home
- Archives
- Contact Us

Come
Celebrate

- » More Blogs |
- » Wicked Local |
- » Business Directory |
- » Homes |
- » Jobs |
- » Towns and Newspapers |
- » Wheels

SOMERVILLE BLOG

# Not a question best answered by the Wheel

2010 March 8
tags: Johnny Monsarrat, United Way, Wheel Questions
by Deb Filcman

The latest answer to a Wheel Question is making me more uncomfortable than watching Ally Sheedy pay tribute to John Hughes at the Oscars. Which is to say, very uncomfortable.

The two part question was: Should I forgive my molester? Do I have to?

Question Wheel founder Johnny Monsarrat first says that when he receives particularly serious questions, he usually refers them to United Way. Good call. But in my humble opinion, where he goes wrong is to *then answer the question anyway.*

> You shouldn't forgive.
>
> But you do need to move on emotionally, by backing off being around or caring for this person, if you haven't already.
>
> Distract yourself by calling a friend or watching a movie when intrusive thoughts come. Dwelling on them just reinforces them. Dial 211 from any phone for the United Way for more advice!
>
> 

For starters, I'm not sure that answer gives appropriate weight to the alleged crimes committed against the question-asker. But then again, what do I

blogs.wickedlocal.com/somerville/2010/03/08/not-a-question-best-answered-by-the-wheel/#axzz2Jc3OIHpW 1/5

know? I'm not a shrink. And last I checked, neither is Monsarrat. For that matter, I'd say Monsarrat's has enough of his own problems as of late to be giving anyone else advice.

Rate This

ShareThis

Like Be the first of your friends to like this.

from → Police, Sad news, Tough Day

2 Responses

1. 
Ron Newman permalink
March 8, 2010, 5:08 PM
0 0 Rate This

Do you have an update regarding the offenses he was charged with last month?

2. 
Courtney of Ward5Online.Com permalink
March 9, 2010, 2:03 PM
0 0 Rate This

Can I have an update as to whether or not he allowed a drunk 12 year-old to answer that question?

Comments are closed.

- LATEST FROM THE VILLE

VilleJournal



VilleJournal #Somerville winter farmer's market opens near old Johnnie's Foodmaster h/t @SomervilleCity zo.pe/bbDY
27 minutes ago · reply · retweet · favorite
VilleJournal Column: Advice from a grown-up worth remembering. zo.pe/bbCF
2 hours ago · reply · retweet · favorite
VilleJournal Ask Dog Lady: Tough choices and magical thinking zo.pe/bbxQ
yesterday · reply · retweet · favorite
VilleJournal Editorial: Patrick's big ideas will require big deliberations zo.pe/bbrR
2 days ago · reply · retweet · favorite
VilleJournal #Somerville aldermen
Join the conversation

- **SUBSCRIBE TO THIS BLOG**

Add to your Google Homepage
Google
Subscribe to RSS feed

- **Recent Comments**
  - Fernando Sousa commented on News at Tufts U.
    *Millbrook cold stouge is close doors by 2 8 13 no moore big rigs came to somerville 55 yrs in somerv ...*
  - Fernando Sousa commented on Somerville Beacon Street public meeting tonight
    *Millbrook cold stouge close doors for good has 2 8 13 we are done no moore big rigs came to somervil ...*
  - Courtney O'Keefe commented on Mayor to give mid-term address at Somerville City Hall
    *Pretty psyched about hearing Bill White's speech :) ...*
  - Sam Had commented on Greater Somerville: Reaching for the stars
    *I love Somerville, especially Davis Square. Great places to eat and hang out (love Mike's for a late ...*
  - Somermorequal commented on Sketchy character hired at Somerville City Hall
    *"Villen" is a moniker created by native Somerville youth, and does not ape the hyperventilated, so-c ...*
  - Ron Newman commented on Somerville planner named "Person of the Year"
    *What scheme are you referring to? What is the name of your group? ...*

- **Search**

type and press enter

- **Blogroll**
  - Amy Derjue
  - Blogness on the Edge of Town
  - Bob Massie
  - City of Somerville
  - Deval Patrick
  - Frank Bernard
  - Greater Somerville
  - Ian Thal
  - KEITH E. JACOBSON
  - Live Journal – Davis Square
  - Magoun Square Neighborhood Association Blog
  - Mass Politics Blog
  - Mayor Joe Curtatone's blog
  - Our Towns Tonight blog
  - Progressive Democrats
  - Sen Jarrett Barrios' blog
  - Somerville Journal
  - Somerville Kiwanis Club

- Somerville Little League
- Somerville Public Library Blog
- Somerville Public Schools
- Somerville Transportation Equity Partnership
- Somerville Voices
- Somerville Youth Soccer League
- The Burren
- Ward 5 Online
- Wicked Local Blog
- Your Legal Planning Advisor

## Sign up for Somerville E-newsletter

Email Address*

First Name

Last Name

* = required field

Subscribe

powered by MailChimp!

## Categories

Select Category

## ENTERTAINMENT FROM WL

MUSIC PREVIEW: Blackberry Smoke is still fired up Country traditionalists, Southern rock lovers and those for whom either style means a good old-fashioned party will find a lot to grab on to in 2012's "The Whippoorwill," the third, and bes... [More].

At the Ecotarium: A Jurassic field trip Youngsters learn about dinosaurs from an interactive 'DinoTracks' exhibit at the EcoTarium in Worcester.... [More].

KEEPING FIT: Strengthening your shoulders will help you prevent injury If you are a baby boomer, or older, you have most likely experienced at least one shoulder injury.... [More].

SPIRITUAL LIFE: Even if you can't see it, it's there Potential is hidden in the unseen. Faith takes me the distance when nerve and resources fail.... [More].

Foxboro boy's rare disease is subject of 'Life According to Sam' Powerful, inspirational and suspenseful, "Life According to Sam" played to sold-out audiences at The Sundance Festival in Utah and will be shown this fall on HBO, which produced it.... [More].

## POSTS BY DATE

| March 2010 | | | | | | |
|---|---|---|---|---|---|---|
| M | T | W | T | F | S | S |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

« Feb Apr »

- **Archives**

Select Month

Roland's
Fine Jewelry
Voted "The Best"
in the area for
16 consecutive years
and this year "The Best"
in the Region!
READERS CHOICE AWARDS
2011
Roland's
Fine Jewelry
70 HIGH ST.
MEDFORD, MA
781-391-9889

» Staff Logon

- Daily News Transcript |
- Daily News Tribune |
- The Enterprise |
- The Herald News |
- MetroWest Daily News |
- Milford Daily News |
- Patriot Ledger |
- Taunton Gazette

- About |
- Advertiser Info |
- Contact |
- Privacy Policy |
- Subscriber Services |
- Terms of Use

Copyright 2013 GateHouse Media, Inc. Some Rights Reserved.
Original content available for non-commercial use under a Creative Commons license.

**Exhibit 4**

Home Create an account Explore Shop LJ Extras

plumtreeblossom (plumtreeblossom) wrote in davis_square,
2010-02-04 08:50:00

# Today's Somerville Police Blog

*[excerpt]* Patrolman John Thermidor reported at least 25-30 teenagers in the apartment, as well as people on the stairs leading up to the second floor. He asked to talk to an

A few minutes later, a man came down from the second floor and identified himself as Jonathan Monsarrat, 41, the resident and host of the party, according to the report. ' they have to leave, but Monsarrat allegedly became argumentative and refused to comply. He assured Thermidor that there was no alcohol at the party. According to the rep bottles.*[/excerpt]*

Read on.....
http://www.wickedlocal.com/somerville/news/x1878079036/Somerville-Police-bust-underage-drinking-party-on-Summer-Street

**UPDATE: By decision of the Moderators on 2/6/2010, any further replies to this thread are permanently frozen/screened. The discussion has begun to distra attention. The Moderators' decision was not made in response to threats made to the community, but for the sake of keeping the community's conversatior original post and existing replies will remain as read-only.**

**Tags:** crime, || community housekeeping, local characters, lol

---

Post a new comment

526 comments

  1 2 next 

plumtreeblossom
February 4 2010, 13:53:44 UTC

I want to use the "lol" and "entertainment" tags so bad, but for Ron's sake, I won't. :-)
Replies frozen

emcicle
February 4 2010, 14:43:22 UTC

It would be so appropriate, though. :)
Replies frozen

ron_newman
February 4 2010, 18:18:29 UTC

At this point I've got to add the lol tag.
Replies frozen

make_you_laugh
February 5 2010, 20:51:40 UTC

**Witch hunts are still alive and well**

Hi Mares,

I'm not sure what the point of this post is, but you seem to be both implying something nasty, and bragging about it.

I think that if you take pleasure in hatred, you should keep that to yourself.

Nobody wants a "creep" to run around. But nobody also should want to wich hunt an innocent man. That is exactly what you are doing.

-Johnny

Replies frozen

on_ki

February 5 2010, 21:16:56 UTC

Hi!

I had never heard of you before this thread, but you seem to have made a lot of bad impressions with a lot of people and gotten into trouble with the law. I'm willing people are actually saying rather than just declare this a witch hunt. Perhaps you could do that in a new davis_square post, since this one has pretty much bee

Replies frozen

delahk

February 4 2010, 13:53:59 UTC

Wow, I'm so surprised.

Replies frozen

myselftheliar

February 4 2010, 13:54:26 UTC

Ugh.

Replies frozen Expand

myselftheliar

February 4 2010, 14:14:12 UTC

I read the whole article and I rescind my ugh and upgrade to a "How the fuck does this man keep pulling shit like this?"

Replies frozen Expand

pierceheart

February 4 2010, 14:19:18 UTC

Is this his first arrest?

Replies frozen

plumtreeblossom

February 4 2010, 14:28:24 UTC

I don't know, but it's not his first foray into famed creepiness:

http://encyclopediadramatica.com/Jonmon

Replies frozen

pierceheart

February 4 2010, 14:41:24 UTC

I knew of that stuff.

Replies frozen

arrowintwolakes
February 4 2010, 16:48:56 UTC

THIS IS GOLD, JERRY, PURE GOLD

Replies frozen

make_you_laugh
February 5 2010, 20:56:56 UTC

**Gold?**

Hi!

Why would this be gold?

Aren't you jumping from an accusation to an assumption of guilt?

Aren't you "reveling" in someone else's misfortune? What does it feel like to be so happy that someone else is in pain?

Do you get joy from pain a lot, and how can you be proud of that?

-Johnny

Replies frozen

arrowintwolakes
February 6 2010, 21:07:00 UTC

**Re: Gold?**

looooooooooooooool

Replies frozen

l_p2353
February 6 2010, 17:09:39 UTC

**Re: Gold?**

LOL
Someone's butthurt.

CREEPER.

Replies frozen

grimlocke
February 4 2010, 19:40:46 UTC

HAHAHA holy lollerskates he's totally contacted me before. I have no idea why or when but I definitely have his IM name in my contacts.

Replies frozen

thetathx1138
February 4 2010, 20:13:32 UTC

Because you are under twenty-five.

Seriously, literally everything I have ever, ever heard about this guy (well, bar one person) has been *terrible*.

Replies frozen

grimlocke

February 4 2010, 20:23:16 UTC

oh YOU! I'm totally not under 25. I moved here at... 24? So I may have BEEN 25 at the time.. I guess my skin cream is working!

Replies frozen

thetathx1138
February 4 2010, 20:24:22 UTC

To be fair, I only know you from your icon.

Replies frozen

teele_sq
February 4 2010, 21:26:19 UTC

Hey did those speakers end up working?

Replies frozen

thetathx1138
February 5 2010, 01:46:11 UTC

Haven't tried them yet. Soon, hopefully.

Replies frozen

make_you_laugh
February 5 2010, 20:50:59 UTC

**I guess you're an authority then... on witch hunts**

Hi!

Well, clearly you're an authority. You've never met me, but "everything" you've heard has been terrible.

This is how witch hunts happen. People like you enjoy bashing others so much that you gossip and gossip. It's pretty sad. There is no way to fee happiness is to focus on your own life. Strong, successful people do not put others down or spread unfounded rumors.

-Johnny

Replies frozen

thetathx1138
February 5 2010, 21:17:40 UTC

**Re: I guess you're an authority then... on witch hunts**

Oh, please.

You've perpetrated a dating site scam, which is documented in papers of record. You've been banned with extreme prejudice from local fet *Chan* for Christ's sake.

You're not a victim. Do I personally know you? No. But your reputation as a shitty human being is strong enough that I don't want to. This is

Replies frozen

make_you_laugh
February 5 2010, 22:43:06 UTC

**That is a lie**

Hi

You're confusing "allegations" with facts. The fact of the matter is, I was not even charged. Let's look at it this way:

RAVING HARVARD GIRL: "Help! I've been email harassed!"

POLICE: "These emails don't constitute harassment. Chill out."

RAVING GIRL: "I'll go the newspapers anyway!"

2ND NEWSPAPER ARTICLE: "Johnny is cleared!" <-- everyone always fails to notice the 2nd article

LJ COMMUNTY: "Allegations must mean guilt! Let's destroy Johnny's reputation!"

You should be ashamed of yourselves.

-Johnny

Replies frozen

thatathx1138

February 5 2010, 23:11:23 UTC

**Re: That is a lie**

We are capable of reading, you idiot. You weren't "cleared." You were sent a cease-and-desist letter after harassing a Harvard st *you posted.* Along with, you know, lots of people complaining about how you sent out a spam bomb.

Also, I notice you seem eager to change the subject from the events you've been banned from.

And to be quite frank, blaming the woman feeling harassed for your bad publicity does not earn you any sympathy. Know why? Re

http://kateharding.net/2009/10/06/guest-blogger-starling-schrodinger%E2%80%99s-rapist-or-a-guy%E2%80%99s-guide-to-appro

Replies frozen

make_you_laugh

February 6 2010, 00:06:56 UTC

**That is a damn lie**

Hi!

You're simply mistaken. I was not sent a cease-and-desist letter. Actually, I was cleared. I suppose technically, I wasn't even c

The article you refer to does indeed say something like "yea we figured he'd stop so whatever". That's actually not completel

Let's put it this way.

When there is email harassment there must be email. All these emails were out in the open. The police saw them. And they d HARASSMENT.

In fact, I ran the MIT Match-Up the following year and ended up passing it along to some undergraduates and it is still in use!

You have your facts wrong and you should be ashamed of yourself.

-Johnny

Replies frozen

l_p2353

February 6 2010, 17:17:48 UTC

**Re: That is a damn lie**

Butthurt creeper alert!

Replies frozen

gemini6ice

February 6 2010, 03:45:17 UTC

**Re: That is a lie**

Great link. I love it.

Replies frozen

purgatori84
February 6 2010, 02:54:56 UTC

**Re: I guess you're an authority then... on witch hunts**

"You've managed to offend 4-Chan for Christ's sake."

I just spent about 5 minutes rolling on the floor laughing at that.

Replies frozen

frotz
February 6 2010, 03:06:54 UTC

**Re: I guess you're an authority then... on witch hunts**

Can you expand on offending 4chan? That there is a very high bar indeed, and I find myself curious.

Replies frozen

pandoras_closet
February 6 2010, 05:50:36 UTC

**Re: I guess you're an authority then... on witch hunts**

I too, would like some details.

Replies frozen

thetathx1138
February 6 2010, 14:54:29 UTC

**Re: I guess you're an authority then... on witch hunts**

That's how you got on Encyclopedia Dramatica. Go there and search "Jonmon"; I'm not willing to post the link because they somet

Replies frozen

splatterhouse
February 4 2010, 22:47:27 UTC

OMG

Replies frozen

make_you_laugh
February 5 2010, 20:55:27 UTC

**So, you support hate sites**

Hi Mares,

I see that you support "hate" sites.

Let me get this straight. When you could be calling a friend, or visiting with family, instead you're sitting at home fuming over a site that clearly has been p

There are only two conclusions. Either (a), you're really that stupid and actually believe that stuff, or (b), you're one of the haters.

Either way, it's quite ugly. You should be hiding this part of your nature and working to suppress it.

-Johnny

Replies frozen

kpht
February 4 2010, 14:29:03 UTC



It took me a second to realize it was jonmon. so creepy.

Replies frozen

make_you_laugh
February 6 2010, 21:02 16 UTC

**What makes you an authority? (witch hunts)**

Hi there,

I've noticed something. People who use words like "asshole" or "creepy", which are judgmental words, tend to be judgmental people. People who use neutral w

Let's face it. The only thing that you really know about me is what you've heard from those who love to spread rumors. Rumors just aren't any fun unless they what you've heard has been blown so far out of proportion that you shouldn't have any confidence in it.

And yet, you're participating in what's become a witch-hunt. Why?

-Johnny

Replies frozen

kpht
February 6 2010, 01:36:22 UTC

**Re: What makes you an authority? (witch hunts)**

Guess what? You're a creepster, everyone thinks it, and you can't change their minds. I bet that gets you really pissed off, doesn't it? Well, deal. You're a you.

Replies frozen

make_you_laugh
February 6 2010, 19:06:53 UTC

**Thank you for admitting it**

Hi!

That's exactly what I wanted you to say, thank you.

So you admit it. Nothing about reality would ever change your opinion of me.

That's because to you, reality doesn't matter. It's too bad that instead of just keeping to yourself, you've chosen to lash out at someone as part of a v

How can you live life hating people at random and not caring about the consequences or what's really true or false? It seems like an ugly way to go tr

Try this. Put down the keyboard, call a friend, go see a movie, bake someone a cake. Life is so much better that way.

-Johnny

Replies frozen

gemini6ice
February 6 2010, 03:49:19 UTC

**Re: What makes you an authority? (witch hunts)**

Unfortunately, there is a reputation. There's nothing you can really do about it. Arguing with people on the internet will NEVER change their minds.

The fact of the matter is that the rumors, whether true or not (I won't make assumptions) are established and corroborated by many people.

What can you do? Honestly, you could disassociate yourself from your established identity and make a fresh start somewhere. And then not make any of

Sure that may be running away. But the reality is that the above is, imho, the only solution to what you have a problem with.

Replies frozen

make_you_laugh

February 6 2010, 19:49:04 UTC

**You are right**

HI!

You're right, of course. I don't really hope to change the mind of any of the stalker-like haters out there.

But sooner or later, someone among my friends, family, lovers, business, is going to see this post and I need to stick up for myself. I've tried the stay-say.

Sooner or later, I'm sure I'll live it down, if I keep investing in cool community projects like the ones I run at http://WheelQuestions.org and http://Weird

-Johnny

Replies frozen

jl_p2353

February 6 2010, 17:20:53 UTC

**Re: What makes you an authority? (witch hunts)**

HATE HATE HATE

Replies frozen

infinitemorning

February 4 2010, 15:18:47 UTC

Because we're not allowed to tar and feather people and run them out of town on a rail anymore.

This is mostly a GOOD thing, I grant you, but there are exceptions.

Replies frozen

myselfthellar

February 4 2010, 15:22:38 UTC

Tar him and cover him with printouts of emails he has sent underage girls enticing them to attend "beginner BDSM parties", I say.

Replies frozen

aroraborealis

February 4 2010, 15:28:44 UTC

Ewwwwwwwwwwwwwww

Replies frozen

ecschwar

February 4 2010, 16:07:00 UTC

That would be so unfair. We have to give the defendant a chance to make his case.

Clearly what we need to bring back is trial by ordeal.

Replies frozen

make_you_laugh

February 5 2010, 20:53:27 UTC

**Witch hunts are still alive and well**

HI!

Has it occurred to you that the reason there's been so much smoke and no fire, or to use your own language "this man keep pulling shit" is that there is no shit.

Let's face it. You enjoy lashing out at people and your thrilled to have someone to slam. Wham wham. Nice job.

But this is little more than a witch hunt. Everyone who has participated in this should be ashamed.

-Johnny

Replies frozen

myselfthe liar

February 5 2010, 21:01:19 UTC

**Re: Witch hunts are still alive and well**

No it isn't. I watched you pull shit with my own eyes, don't even play this.

Replies frozen

make_you_laugh

February 5 2010, 22:50:15 UTC

**That is a lie**

Hi

Look, if I did something illegal, take it to the police. Don't post anonymously -- and without any specifics -- to livejournal with a username "liar".

Don't even play this? Don't *you* even play this. You're so filled with hatred, you are blind to the real world. You should be ashamed.

-Johnny

Replies frozen

cyranothe2nd

February 6 2010, 05:57:06 UTC

**Re: That is a lie**

Creepy /= illegal. it just equals undatable. And that's what's got your panties in a twist, isn't it? That no one wants to date you because you are creep standard on where the bar should be. But guess what? YOU DONT GET TO SET THE BAR. Each woman gets to decide--to JUDGE--you and determ misapprehend this very basic human interaction.

Replies frozen

make_you_laugh

February 6 2010, 16:27:16 UTC

**So what?**

Hi!

Wow, I think you're wrong on two counts!

First of all, I've had too much success with dating to be undatable. You don't know me so I guess it's easy in your mind to conjure up a monster.

Second of all, people have made very serious accusations on this blog that come from nowhere. They aren't saying I'm undatable, they're using something, the knuckleheads.

Who cares if people judge each other in dating? I can tell that you're clearly unbalanced because of the "all caps" and the judgmental words. I d yes sometimes and vice versa.

Just last night I was walking around 1am home from the all-night grocery store and a gal stopped me. I was wearing my headphones so I didn't h her. It was a little too weird for me. I don't drink at all so I don't really know much about (nor do I care for) drunk people.

But, she seemed really desperate, so I walked back with her to Porter Square and got her a taxi. She made repeated attempts to ask where I live okay.

The thing about that story is, it's not juicy enough. See, people who gossip need to make it fun by exaggerating. And because of the old-timey al normally show restraint feel like they can lash out without consequence.

It's pretty ugly.

Can I say something? Where do you get off, not knowing me, and abusing me in this fashion? Do you habitually stink up your romantic and famil computer and call a friend or bake a pie or something nice. Spending 5 minutes more lashing out at me isn't going to do anything except leave y

Research has shown that "venting" anger doesn't make it go away, it focuses and enhances it. By screaming at me, you've done nothing except be innocent.

-Johnny

p.s. I don't even know what a conniption is, but it sounds bad.
Replies frozen

rumpleteasah
February 6 2010, 18:59:40 UTC

**Re: So what?**
A conniption is a fit.

You should know, I've seen you in one before.
Replies frozen

cyranothe2nd
February 6 2010, 19:12:11 UTC

**Re: So what?**
Johnny,

Hi

Clearly you don't see the irony in acting the aggrieved, judged party and then calling me 'unbalanced' and hateful.
If you wank as much in real life as you do in this post, it's no wonder you're still single.

Cheers,

Allie
Replies frozen

asmodai
February 6 2010, 06:23:56 UTC

**Re: Witch hunts are still alive and well**
"Witch hunt". You keep using that term. I don't think it means what you think it means.
Replies frozen

magickcat
February 6 2010, 06:46:56 UTC

**Re: Witch hunts are still alive and well**
I just fell out of my chair.
Replies frozen

hadseed1980
February 4 2010, 14:11:38 UTC

Ick. And bleah.
Replies frozen

intuition_ist
February 4 2010, 15:07:26 UTC

I'll second that, and raise you an 'ugh'. how much further can he fall? no, don't answer that. I don't want to think about it.

Replies frozen

kpht

February 4 2010, 14:27:26 UTC

OMG JONMON?!!!

Replies frozen

plumtreeblossom

February 4 2010, 14:59:17 UTC

xxdarkkittnxx: did teh cops c u drinkin @ jonmons?
sweetesinite: no I hid in teh vampyre seducshion room
sweetesinite: thay didnt check there
xxdarkkittnxx: I was so wastd when ashlys mom picked us up
sweetesinite: woke up on jonmons mesage tabel w my tights insid out
xxdarkkittnxx: lol u ho
xxdarkkittnxx: j/k
xxdarkkittnxx: so is jonmon in JAILXXORZZ??!!!
sweetesinite: dunno but he gave me a key
sweetesinite: wanna go c if thares beer left?

Replies frozen

kpht

February 4 2010, 15:00:38 UTC

ENCORE!

Replies frozen

vonelftinhaus

February 4 2010, 16:08:18 UTC

Lol I just laughed myself off my chair

Replies frozen

ratatosk

February 5 2010, 02:37:43 UTC

I really want to see the rest of this!

Replies frozen

shaxxon

February 4 2010, 15:28:12 UTC

You know, Sarah R used to live next to this guy. We kindly called his house the "orgy house"

I has stories. Will tell you offline :D

Replies frozen

myselfthellar

February 4 2010, 14:40:19 UTC

And let's not forget that somehow, somehow, this man had an "art installation" in both Davis and Harvard sq wherein he answered personal questions about peoples' lives. I

Replies frozen Expand

clevernonsense

February 4 2010, 14:53:17 UTC

this is clearly the man just trying to keep him down. HE WAS PROVIDING ALL THOSE 16-YEAR OLDS WITH SAGE ADVICE AND GUIDANCE.

Replies frozen

laura47

February 4 2010, 20:44:39 UTC

*SAGE ADVICE AND GUIDANCE*

THAT'S MY FAVORITE BEER!

Replies frozen

make_you_laugh

February 5 2010, 21:03:56 UTC

**Clearly you're an authority... on witch-hunts**

Hi!

What 16-year-olds?

Isn't it true that you have no idea what you're saying, and yet you're saying it anyway?

Are you habitually cruel to strangers? Are you so cynical that you habitually see the world not as it is, but in the worst way that you can imagine?

That would seem to be no path to happiness. It's also taking part in a witch-hunt. We are supposed to live in a modern society where people are more mature than

-Johnny

Replies frozen

clevernonsense

February 5 2010, 21:31:44 UTC

**Re: Clearly you're an authority... on witch-hunts**

"Patrolman John Thermidor reported at least 25-30 teenagers in the apartment"

"Thermidor asked some of the partygoers for identification, but they reportedly could not produce any, explaining they were in high school and didn't have ID."

That gives everyone a pretty good idea.

Replies frozen

make_you_laugh

February 5 2010, 22:44:58 UTC

**Re: Clearly you're an authority... on witch-hunts**

Hi

Isn't the truth that you simply "don't know"?

Seriously. If I'm found guilty, maybe you guys should have a field day then. Right now, what you're doing is lynching someone you don't know anything ab so I won't go into details.

-Johnny

Replies frozen

qwrrty

February 5 2010, 23:45:46 UTC

**Re: Clearly you're an authority... on witch-hunts**

Out of curiosity, does your lawyer know that as soon as you got out of jail you went straight to the interlubes to respond to every single comment you

Replies frozen

make_you_laugh

February 5 2010, 23:59:59 UTC

**Re: Clearly you're an authority... on witch-hunts**

Hi!

I've been attacked on this before and it's *so* interesting.

What you're saying is basically this, "If Johnny tries to defend himself, a few days after hundreds of flamers, he's a bad person! Good people do

I can tell you this. Character assassination is not harmless. The unsubstantiated and anonymous accusations that people have made using the I with jobs, socially, and in life in general.

So yes, of course I'm going to defend myself. I allowed 300 comments to build up without a peep. When I saw it was clearly not going to blow ove

-Johnny

Replies frozen

qwrrty

February 6 2010, 00:22:03 UTC

**Re: Clearly you're an authority... on witch-hunts**

*When I saw it was clearly not going to blow over, I thought, okay, I guess I need to set the record straight.*

How's that working out for you?

Replies frozen

gemini6ice

February 6 2010, 03:51:24 UTC

**Re: Clearly you're an authority... on witch-hunts**

Probably as well as those christian parents who tried to set their son straight?

BAM

Replies frozen

laura47

February 6 2010, 05:07:04 UTC

**Re: Clearly you're an authority... on witch-hunts**

Awww, icon love! Yay nuke!

Replies frozen

oakenguy

February 4 2010, 14:51:00 UTC

That's the perfect icon for this.

Replies frozen

*Deleted comment*

greenlily

February 4 2010, 15:21:38 UTC Edited: February 4 2010 15:21:54 UTC

Or possibly a biohazard symbol. Apparently proximity to Jonmon destroys brain cells.

Replies frozen

make_you_laugh

February 5 2010, 21:07:33 UTC

**Are you serious?**

Hi there,

Why do you take joy in someone's pain?

I think it's because you see me as an abstract monster. You are wrong on both counts. First, I am a real person. Secondly, I am not a monster. You have been mislead.

-Johnny

Replies frozen

pcschwar

February 5 2010, 22:12:36 UTC

**Re: Are you serious?**

Allright, Jon. It's time you realized that a lot of people are getting more concerned about the prospect of random girls being harmed than about your well being or pe are young enough to trigger my paternal instincts, and I am younger than you are.

For the sake of your upcoming legal proceedings, and in case you might be related to Nicholas Monsarrat, I'll delete my comment. But if you ever give me a motive ' inhibited from doing so. Capisce?

Replies frozen

magickcat

February 6 2010, 07:06:40 UTC

**Re: Are you serious?**

Dude.
Straight up, no chaser right here:
Maybe some people are talking without a lot of knowledge, but not everyone.
It is clear that a LOT of people know who you are and have had these actual, creepy experiences involving you.
I'm one of them and I didn't even know it.
You used to be ALL. OVER. my myspace when I used it, advertising you kinkyfunplaytimewithfangs parties.
I told you the hell off and I deleted you and you sent me messages whining and crying about how you are harmless and blah blah.
Flash forward to this year's Monster March. You were supposedly RUNNING this thing, and when I tried locating you to find out what was going on, you were ju the flying hell was going on. I did more directing of people at that event than you did, mister chatting up the young gals in costumes that paid no mind to the fa THEN, when it was time for the young ones to go home, there was ever-so-conveniently a COMPLETE AND TOTAL POWER OUTAGE THAT BROUGHT THE E doubt in that particular case being just an unfortunate coincidence... still..
So on the follow-up, you had "extra tickets" to the TOMB thing to offer up to people, but instead of, you know, giving them to the people who worked for and de gave off a generally icky vibe.
Oh, and then you decided to spam everyone and their (children) mother with your "Wheel Questions" thing and you didn't even answer the real, important que things when you don't have an organized bone in your body and have no communication skills whatsoever?" (and THAT was submitted BEFORE I knew that yc the day.) I don't expect an adequate answer to that, but hey, you didn't answer it then either.

Replies frozen

adaptively

February 6 2010, 15:20:09 UTC

**Re: Are you serious?**

Jonmon: taking joy in someone else's pain is the root of sadism, right? And don't you throw that "beginner's S&M party" that you repeatedly invited my 16 year old r

(She politely declines.)

Replies frozen

make_you_laugh

February 6 2010, 17:43:22 UTC

**Clearly you're an authority... on witch-hunts**

Hi!

I think you have something wrong here. If you've got a wild teen who signed up for a mailing list, what does that have to do with me? In point of fact, anybody c jokester signed me up for the Marines. :)

You're so full of anger that you have no idea what you're talking about. Take a deep breath and why don't you ask your relative what the hell's going on rather

-Johnny

Replies frozen

adaptively

February 6 2010, 20:30:15 UTC

**Re: Clearly you're an authority... on witch-hunts**

Repeated, unsolicited invites to her Myspace profile (where her age is clearly displayed) and you think it's her fault? IMO, you shouldn't be giving advice t

Replies frozen

make_you_laugh

February 6 2010, 20:49:33 UTC

**Re: Clearly you're an authority... on witch-hunts**

Hi!

I'm sorry, but you're not only mistaken, you're dangerous.

You're the one who's harassing people. You are harassing me. It's not possible to send invites to people who are not friended or members of a grou impossible to police, and if there were really a problem, she caused it by clicking yes where it said are you 18. Of course, since you haven't given an not.

Your attitude is contemptible. You're so determined to see me as a monster that you can't see facts when they're right in front of you. You should be

-Johnny

Replies frozen

deitdw

February 4 2010, 15:11:31 UTC

I don't understand why you're cross-posting this. Could you explain, please?

Replies frozen

plumtreeblossom

February 4 2010, 15:19:37 UTC

Cross-posting where? It's only a cross-post if someone posts it in two or more LJ communities, and I've only posted it here.

Replies frozen

deitdw

February 4 2010, 15:29:54 UTC

Oh okay, maybe I should've said "repost", then. Or "linking".

Replies frozen

pierceheart

February 4 2010, 15:44:41 UTC

why not?

Replies frozen

plumtreeblossom
February 4 2010, 15:48:10 UTC

Oh I know. Posting local news links is what we do here.

Replies frozen

laura47
February 4 2010, 20:45:30 UTC

Jonmon has been a continuing source of, um, fascination to this comm.

Replies frozen

ron_newman
February 4 2010, 16:12:45 UTC

Because the arrested suspect has been repeatedly discussed here on DSLJ. If you click on the 'local characters' tag and look for keywords such as 'wheel', you'll find it

Replies frozen

closetalker11
February 4 2010, 15:15:40 UTC

GROSS

Replies frozen

talonvaki
February 4 2010, 15:19:54 UTC

Holy crap. He lives 8 blocks from my old apartment. Suddenly, I'm very glad to have moved.

Replies frozen

thespian
February 4 2010, 15:38:54 UTC

dude, it's somerville. we're almost ALL within 8 blocks of each other here ;-)

Replies frozen

ocschwar
February 4 2010, 15:47:51 UTC

And we all lived where you lived at some point. I'm still getting your junk mail.

Replies frozen

talonvaki
February 4 2010, 15:56:00 UTC

This is true. I lived there 9 years and up to the end I was getting mail from the people who lived in my apartment *before* the guy who lived there before me.

The Somerville post office is special.

Replies frozen

arrowintwolakes

February 4 2010, 16:53:57 UTC

I have to say, though, I quite admire your taste in cured and smoked meats and cheeses.

Replies frozen

trowa_barton

February 4 2010, 15:39:46 UTC

I'm not surprised. Why? I've had the misfortune of knowing him for 10 years before his MANY attempts at reinvention to meet women. (I was friends with his ex-wife #2 before Kind of pathetic, actually.

I'm glad he stopped going to Diesel when he realized that the women who attend were smart, mature, and uninterested in him.

Replies frozen

make_you_laugh

February 5 2010, 21:08:59 UTC

**Clearly you're an authority... on witch-hunts**

Hi!

I see, so you're friends with my ex-wife... which gives you a remarkably balanced perspective from which to judge me.

Let's face it. You don't know me, but you've chosen to speak out anyway. Doesn't that make you a bit of a fool?

Now will you respond with humility, or with you get angry, like my ex-wife used to do and lash out?

-Johnny

Replies frozen

trowa_barton

February 5 2010, 21:56:42 UTC

**Re: Clearly you're an authority... on witch-hunts**

I will respond with logic knowing that your record speaks for itself, which now includes a criminal one.

Replies frozen

make_you_laugh

February 5 2010, 22:32:35 UTC

**That is a lie**

Hi!

What criminal one?

Oh, I get it, you're confusing "allegations" with "having a criminal record".

Let's face it, not only do you know nothing, you are not "fooling anyone". We simply don't believe that you have any knowledge to contribute here.

If you don't have the humility to back down from your bullying behavior, you should be ashamed.

-Johnny

Replies frozen

plumtreeblossom

February 5 2010, 23:15:41 UTC

**Pfft**

What do you mean "we" don't believe him? I believe trowa_barton, not you.

Replies frozen

turil
February 4 2010, 16:00:37 UTC

Modern day witch hunting, I see.

Replies frozen

pierceheart
February 4 2010, 16:06:16 UTC

nope.

Replies frozen

arrowintwolakes
February 4 2010, 17:37:55 UTC

Still the best response.

Replies frozen

badseed1980
February 4 2010, 16:37:23 UTC

"scum finding" != "witch hunting"

The DSLJ community didn't arrest him. The cops did that.

Replies frozen

turil
February 4 2010, 16:41:46 UTC

Different words, same idea. Gather together to pick on those who are weaker than you by pointing out how they don't fit in...

Replies frozen

ron_newman
February 4 2010, 16:44:44 UTC

This doesn't bother you at all?

Dating service creator accused of harassing students -- that's from the Harvard Law School student newspaper in 2003.

Replies frozen

turil
February 4 2010, 16:51:08 UTC

We all have our unique oddities and all have our own personal issues that make us do less than healthy things.

But bullying those who are different isn't making the world a better place.

You didn't like it when people were bullying you did you? Why then do you think it's ok to bully others?

Replies frozen

ron_newman
February 4 2010, 16:57:41 UTC

He's welcome to come here and post his side of the story.

Replies frozen

turil
February 4 2010, 17:09:17 UTC

Not if he's in jail.

Also, what does that have anything to do with it? And you didn't answer my question, do you think it's ok for people to bully others?
Replies frozen

ron_newman
February 4 2010, 17:16:19 UTC Edited: February 4 2010, 17:29:41 UTC

He's not in jail anymore, since he posted to his blog on Sunday, two days after the arrest. He has an LJ account make_you_laugh.

I don't see this news article, or the discussion thereof, as 'bullying'.
Replies frozen

turil
February 4 2010, 17:49:26 UTC

**You still didn't answer my question.**

And the bullies never think that they are doing anything wrong. That's kind of the whole problem with bullying...
Replies frozen

joyfulkel
February 5 2010, 02:23:59 UTC

**Re: You still didn't answer my question.**

neither do most people who commit sexual assault/harrassment

thats why there are outside consequences both legal and social
Replies frozen

badseed1980
February 4 2010, 16:57:49 UTC

When those less than healthy things are done to other people, it is FAR MORE IMPORTANT to protect those people who are being harmed, than it is
Replies frozen

turil
February 4 2010, 17:12:38 UTC

If you want people to be their best, you have to give them the best.

If you want people to be worse, give them crap.

It's pretty simple.
Replies frozen

badseed1980
February 4 2010, 17:16:58 UTC

There must be consequences for actions. If not, people will not take responsibility for those actions.
Replies frozen

turil
February 4 2010, 17:46:56 UTC

If you want people to be their best, you have to give them the best.

If you want people to be worse, give them crap.

It's pretty simple.

Replies frozen

badseed1980
February 4 2010, 17:18:40 UTC

But what the heck am I arguing with you for? It's like trying to reason with Jell-O.

Replies frozen

turil
February 4 2010, 17:48:21 UTC

**Ditto.**

Yet I believe you deserve to have something better. I believe you deserve to be able to have the knowledge to create a better future fo suck at offering it. :-)

Replies frozen

hrafn
February 4 2010, 20:57:09 UTC

He's an adult. He is responsible for his own actions.

By now, he must know that some of his behaviors are not acceptable, and yet he does not change. That is on him. Not on anyone else. Fro have been his friends, and then they stopped being his friends, because he was behaving in a way unhealthy for them. That does not make not the fault of the people who are saying, "This guy behaves in a way that is potentially dangerous, here are examples, be aware of that if

People do not always deserve second chance after second chance after second chance, especially when they do not show any indication tl the first place.

Replies frozen

turil
February 4 2010, 21:21:45 UTC

He's not doing anything wrong as far as I can tell. As long as it's all consensual, then it's ok by me.

Replies frozen

firstfrost
February 4 2010, 21:28:11 UTC

While I do understand your point of view in this particular instance, and we can disregard the mention of the hysterically sobbing g know whether everything was consensual, I think the reason you're seeing such a strong reaction against this gentleman is due to

Replies frozen

make_you_laugh
February 5 2010, 21:23:17 UTC

**You're clearly an authority... on witch-hunts**

Hi!

it's interesting that you've said previous examples of less-than-consensual interaction, but haven't listed any. I would guess it you in a way that exaggerates the situation. That's the reason that they never went to the police or showed that any harm wa they gossip. But instead, you've just bought into it. Worse, now you're helping to propagate it by stating it as a fact.

The gal in the kitchen saw her ex-boyfriend at the party, by the way. I think she'll be okay. She just needs so time to get over

I need you to understand that to many people, the internet is the first impression. Basically, their first impression of me might like this, it has a real effect.

-Johnny

Replies frozen

firstfrost

February 5 2010, 21:40:14 UTC

Jon, you really "don't" get to tell me what I need to do for you.

Replies frozen

cyranothe2nd

February 6 2010, 06:06:30 UTC

Strangely, the police didn't agree with you. Hence, the arrest.

Replies frozen

turil

February 6 2010, 14:29:49 UTC

Yes, well, the police also arrested my husband when he got hit by a car. And me when a bus driver assaulted me.

And they imprisoned Gandhi, too.

I don't often agree with the police when it comes to what's right and what's wrong. Their morals seem to have little to do with p

Replies frozen

make_you_laugh

February 5 2010, 21:19:46 UTC

**Unacceptable behavior?**

Hi

It's interesting that various unnamed people are giving examples that you don't bother to list and apparently didn't merit any kind of rea

Are you really that gullible? Look, when someone comes to you and says "I've seen a monster today!!" and they haven't gone to the po you're supposed to do is call them on it, not believe it and then help propagate it in a modern day witch-hunt.

When you say 'they do not show any indication that they are willing to change', you mean me obviously. Are you really unaware that yo clearly you don't know what you're talking about, but are you really so unaware of it??

-Johnny

Replies frozen

hrafn

February 6 2010, 00:31:53 UTC

**Re: Unacceptable behavior?**

*Look, when someone comes to you and says "I've seen a monster today!!" and they haven't gone to the police, that means that they're either lying or exaggerating.*

Bullshit.

Replies frozen

maelithil
February 5 2010, 15:26:11 UTC

Bullshit.

Replies frozen

teele_sq
February 4 2010, 21:40:36 UTC

What part of this blog post is protecting people? Just spreading the word that he's out there and deserves to be ostracized?

Replies frozen

make_you_laugh
February 5 2010, 21:26:16 UTC

**I can clarify that**

HI

I can clarify that. I have an internet stalker, a friend of my ex-girlfriend. It's amazing how the internet gives people the power to assassinate t

Take a look at my website, http://WheelQuestions.org

Over two years, I invested 1500 hours and $15,000 of my own money in answering people's questions about life. It was a fun, wonderful, an

But still some people just don't "get it". They are so determined to see me as a creep that they have to post allegations that never came eve

My lawyer won't allow me to comment on the current case but I doubt that when I am found innocent it will erase the splash that the allegatio

-Johnny

Replies frozen

make_you_laugh
February 5 2010, 21:16:43 UTC

**Modern day witch-hunt**

I think that's true.

Apparently, I'm the one who's being harmed here by this witch-hunt.

Let's face it, it feels 'great' to smash somebody you think is guilty, right?

But as you've just said, it's far more important to protect the people being harmed than to soothe the ego of the one harming them.

So, frankly, I don't care how great it makes you feel. You need to hold back on this guilty-before-innocent thing. And I'd suggest holding back on

Replies frozen

visage
February 4 2010, 17:03:46 UTC

I know plenty of people who get shit for being different and not fitting into one social group or another.

I know a few people who have someone from their past who tries to warn everyone away from them.

I only know one person who has legions of such people, talking from their own experiences. That's Jonmon.

Replies frozen

make_you_laugh
February 5 2010, 21:29:11 UTC

**Clearly you're an authority... on witch-hunts**

Hi!

Legions of people. Well, well.

I can tell you that there are two kinds of people. There are those that gossip, and those that don't.

Let's face it, people who gossip get joy and a sense of personal power from putting someone down. It's in their best interests to play up any angl out in an attempt to make themselves feel better.

The witch-hunt mentality is sort of like the invasion of Iraq. Remember this? Lots of people thought there were Weapons of Mass Destruction in I

That's what's happening here, and you're helping. See, you have no personal knowledge of me, right? But you're willing to post something attac sustaining?

-Johnny

Replies frozen

visage

February 5 2010, 23:47:03 UTC Edited February 5 2010, 23:46:50 UTC

**Re: Clearly you're an authority... on witch-hunts**

*See, you have no personal knowledge of me, right?*

Wrong, actually.

The legos at your wedding reception were a very nice touch, by the way.

Replies frozen

laura47

February 6 2010, 04:59:43 UTC

**Re: Clearly you're an authority... on witch-hunts**

Oh burn! I even knew you'd been there, just forgot.

Replies frozen

l_n2353

February 6 2010, 17:44:03 UTC

**Re: Clearly you're an authority... on witch-hunts**

lol you idiot.

You just compared a fucking blog posting an article about you getting arrested to the invasion of a country.

Jesus Christ you are self-absorbed and just a general bag of batshit crazy.

Welcome to your encyclopedia dramatica page.

Replies frozen

make_you_laugh

February 6 2010, 18:14:56 UTC

**Exactly what I mean**

Hi!

That's exactly what I mean. People like you are so full of hatred and you don't even hide it!

You even support "hate sites" against a guy who was cleared and found innocent.

I can tell you, it's not hard at all for me to demonstrate that you're clearly out of your mind. Fortunately, any right-minded person readin that sense.

-Johnny

Replies frozen

splatterhouse

February 4 2010, 22:49:38 UTC

Mocking =/= bullying, sorry. If people followed him around in public or harassed him at his home, then yes, you could cry all day about bullying then.

Replies frozen

make_you_laugh

February 5 2010, 21:30:37 UTC

**There's a difference between mocking and bullying**

Hi!

If you want to say something like, "If this is true, then this guy Johnny sure is a sad sack!" that's mocking.

But a lot of the posts here are from people with no direct experience with me who simply want to either revel in the pain I'm currently going throu try.

-Johnny

Replies frozen

splatterhouse

February 5 2010, 21:51:07 UTC

**Re: There's a difference between mocking and bullying**

So the whole MIT thing was unproven gossip? And djpel's personal experience with you? And the fact that you were arrested for having mu numerous other personal experiences people are relating? Which part of that, exactly, is unfounded gossip?

Don't pull this bullshit. You're not in ~pain~, you got caught being a creepy loser.

Replies frozen

make_you_laugh

February 5 2010, 22:36:28 UTC

**That's actually a good question**

Hi!

That's actually a good question.

Yes, the MIT thing was found to be baseless. That's why there were never charges.

Here's the thing though. Under the guise of a "community warning", various well-meaning but ultimately rude people asserted to the wo

This plus the Internet has created a permanent bias. Now whenever I do *anything*, people want to view it in the worst way.

Take a look at my website, http://WheelQuestions.org

I spent 1500 unpaid hours and $15,000 of my own money over two years on an art project that has made thousands of people happy. MIT project too, which also made thousands of people happy.

And despite all this, people have *so* much hatred. It's really a case of people believing what they *want* to believe. I think some peopl their senses. It's like when the US invaded Iraq. There was a "group think" on the assumption that they'd have WMDs.

The whole thing has been accelerated by an internet stalker that I have, and the people who love to gossip and get duped into being t

-Johnny

Replies frozen

splatterhouse

February 5 2010, 22:56:30 UTC



**Re: That's actually a good question**

Oh dude, seriously, just shut up. You seem creepier, more desperate, and more pathetic by the moment.

Group think,. are you kidding? Multiple news reports about your creepiness. Multiple people who've met you in person reporting a IT'S NOT THEM.

Replies frozen

make_you_laugh
February 6 2010, 00:13:39 UTC

**That is a lie**

Hi!

Multiple? What are you talking about?

I've only been in the press twice. Once in 2003, when I was cleared of all charges.

And then again this week, which because it's an ongoing trial, I can't speak to, but I will be found innocent. There's a secret th

Multiple people who've met me reporting in person? Really! I had no idea that you were so "gullible". Don't you know better th comments there's been... no actual accusations from the person claiming to be a victim.

Man you are really charged up over nothing! Now can you smell your own shit or are you too deep in it just to say. "Hey, I'm s

-Johnny

Replies frozen

splatterhouse
February 6 2010, 00:22:36 UTC

**Re: That is a lie**

Yes, there are multiple people in this post who have met you and think you are creepy or think your behavior is reason f your pending legal investigation, but that in itself speaks volumes. Your own presence here, frantically darting to every c of your behavior with poorly thought out moral imperatives, only serves to further my suspicion.

I sincerely doubt you're in any position to judge my emotional state; it seems as if you have a poor grasp of social cues reason for anyone here to apologize to you. None. This is a public discussion forum, where we publicly discuss matters r for the discussion occurring, you are more than free to not participate or read. You are not, however, free to demand im those demands honored.

Once again, I urge you to examine the common denominator in all of the incidents being mentioned. If you are able to lo behavior then you may find the problem is not others, but yourself.

Replies frozen

make_you_laugh
February 6 2010, 00:27:10 UTC

**There's nothing in your post that makes any sense...**

Hi!

You are actually mistaken. I have read all the posts, in fact there are "not" multiple people. What you've got are, I th

Look, when someone says that your behavior is reason for concern, that means that a crime might be committed. W this time I still haven't done anything wrong, maybe it's just been your prejudice and anxiety this whole time.

If someone would like to non-anonymously step forward and talk about a crime that I committed, the next thing I wou

Let's face it, you've got nothing. There's a ton of drama going around, it doesn't make me a creep and it certainly d

-Johnny

Replies frozen

splatterhouse
February 6 2010, 00:32:52 UTC Edited: February 6 2010, 00:35:33 UTC

**Re: Modern day witch-hunt**

I've read those articles; I don't think they paint you in an especially favorable light.

Replies frozen

make_you_laugh
February 5 2010, 22:47:58 UTC

**Re: There's nothing in your post that makes any sense...**

"Gee golly willikers"? Are you... serious?

I have no idea who these "anonymous" people you keep speaking of might be. Everyone here posted with their

All of your arguments so far have amounted to a lot of flailing and "THIS IS VICIOUS GOSSIP! WITCH HUNT! TI ANONYMOUS! WHARGARBLE!" Forgive me if I'm not terribly impressed or swayed by that.

Replies frozen

*Deleted comment*

make_you_laugh
February 6 2010, 10:40:10 UTC

**That is a lie**

Hi

I respectfully request that you stop inventing lies.

People who've known me for 10 years, eh? Tell me about that. Don't you mean something like, somebody me and never became a friend and doesn't really have a complaint?

If someone would like to speak up and use their name, great, let's go at it.

You are right to point out that not everything bad means I'm a criminal. But frankly, if some people have a pretty angry at some people as well, maybe even a couple of the ones you think you're mentioning.

This flame war isn't about "a few people had an unfortunate interaction with Johnny". This flame war has b implying that I'm dangerous or have raped babies or stolen the Statue of Liberty or whatever.

That's seriously out of line. Fortunately, I think most people who read anonymous hate speech take it for v

The LJ community is full of drama posing as intellectual honesty, by people who haven't woken up to Mysp

-Johnny

Replies frozen

make_you_laugh
February 5 2010, 21:14:29 UTC

**Modern day witch-hunt**

Hi Ron,

I really expected better from you. Clearly you haven't seen the other two articles, which you can find below.

The first article the original complainer withdraws her charge. She admits that there was no harassment. The second article says that no charges were file

Now let me ask you this. If I harassed someone "by email", the proof would all be there, right? So... clearly what we have here are some high-strung peopl

And now you have joined them? That's why I'm disappointed.

-Johnny

http://tech.mit.edu/V123/N20/20matchup.20n.html

http://www-tech.mit.edu/V124/N1/1matchup.1n.html

Replies frozen

ron_newman
February 5 2010, 21:40:01 UTC

turli

February 4 2010, 17:07:33 UTC

I'm seriously sorry that the world is still hasn't moved past the concept (even if it's more virtual these days) of a public hanging, pillories, stoning,

Replies frozen

arrowintwolakes

February 4 2010, 17:12:15 UTC

Sooooo, you're cool with statutory rape? That's the bottom line?

Replies frozen

turli

February 4 2010, 17:22:37 UTC

I'm cool with anything that's consentual.

Replies frozen

chumbelly

February 4 2010, 17:25:32 UTC

Can drunk adolescents consent?

Replies frozen

turli

February 4 2010, 17:35:39 UTC

Of course. Consent is consent. You're in charge of your own body. If you don't want to do something, you're in charge of not threats or actual physical force) then it's consensual.

Replies frozen

badseed1980

February 4 2010, 17:50:59 UTC

OMFG.

Way to indirectly put the blame on a whole lot of victims out there. Jesus fucking CHRIST.

Replies frozen

exsplusohs

February 4 2010, 17:53:36 UTC

Yeah, this is batshit. Holy shit.

Replies frozen

turli

February 4 2010, 17:54:57 UTC

People are only victims when they are forced.

When I was 17 I had a boyfriend who was 24. And I had the opportunity to drink alcohol and smoke pot (though I did have been full of shit because I wasn't. And if the cops or some random community members tried to stop me from t and they'd have been pretty wrong.

Thankfully I at least had parents who weren't so puritanical.

Replies frozen

badseed1980

February 4 2010, 18:05:03 UTC

**Re: People are only victims when they are forced.**

So this means that anyone who's ever felt like they couldn't say no to someone because they might get hurt, hı lowered their inhibitions to a point that they agreed to do things they wouldn't have chosen to do while sober, a VICTIM?

What planet are you from? Remind me not to move there.

Replies frozen

turil

February 4 2010, 18:14:19 UTC

**As I said, people are only victims when they are forced.**

Um, clearly if someone felt threatened "because they might get hurt, humiliated, fired, evicted, etc.," then

But drinking alcohol is no excuse for making bad decisions. That's why it's crucial that young people learn how to drink responsibly is irresponsible, in my opinion.

Replies frozen

cystennin

February 4 2010, 18:05:36 UTC

**Re: People are only victims when they are forced.**

So say a person got a minor drunk, to the point of unconsciousness. Anything done after that "wouldn't" make care if they drink or smoke or whatever- I do care if they're being offered these items by an old man. He's not d some motivation beyond that on the adult's part.

Replies frozen

turil

February 4 2010, 18:16:14 UTC

**Re: People are only victims when they are forced.**

Reread my subject heading there. If you're passed out, it's clearly not consensual, as you are physically b

And if you want them to have better options than getting what they need from this guy, then why not offer I

Replies frozen

cystennin

February 4 2010, 18:17:52 UTC

**Re: People are only victims when they are forced.**

Because I don't need to knock out underage girls to get my groove on?

Replies frozen

turil

February 4 2010, 18:26:10 UTC

**So you think they need to be raped, then?**

I'm talking about what they actually need, which is love, belongingness, attention, and the freedo care of themselves.

Replies frozen

cystennin

February 4 2010, 18:26:56 UTC

**Re: So you think they need to be raped, then?**

That's what you're talking about, yes, but that's not what they're actually getting.

Replies frozen

turil

February 4 2010, 18:31:36 UTC

**That's my whole point.**

If you want them to not seek out what they need from this guy, then offer them somethi

Replies frozen

make_you_laugh

February 5 2010, 21:39:59 UTC

**What you've just said is illegal**

Hi there,

What you've just done is called slander. Or maybe it's libel. I get those confused.

If you think that I've been, what, knocking out underage girls and screwing them, for God's sake,

If you don't think that, why would you say it?

I know, it makes you feel all edgy and brave to dare to say things that are "in your face". But the bravery. People don't respect you more. They just see you as off-balance.

Well... it's true that some people will give you kudos. They are people who habitually see the wo into a "story" that feels right to them.

Let me put it this way. Over two years, I put 1500 hours and $15,000 into an art project that mad http://WheelQuestions.org

If you read through it, and your "gut instinct" is to call me a creep... I think you need a new gut in things a certain way that you're blind to just saying, "ok, maybe I was wrong."

-Johnny

Replies frozen

cystennin

February 5 2010, 23:09:58 UTC

**What you've just said is stupid.**

Eekums! A legal ruling from Jonmon: Ace Attorney! I throw myself on the mercy of the court!

I'm so nervous, I need a drink. If only I were under 21, I'd know where to get one.

Replies frozen

plumtreeblossom

February 5 2010, 23:39:30 UTC

+1

YOU WIN THE INTERNET x1000!

Replies frozen

splatterhouse

February 6 2010, 00:37:35 UTC



**Re: What you've just said is stupid.**

oh shit, son.

Replies frozen

awfief

February 6 2010, 05:56:04 UTC

**Re: What you've just said is illegal**

It can't be libel (it's libel if written, slander if spoken). If it were libel, then according to your lo statements would be found guilty.

Therefore, by your logic, nobody's being libelous of you, because nobody's been convicted

QED.

Replies frozen

cyranothe2nd

February 6 2010, 06:18:03 UTC

**Re: What you've just said is illegal**

WIN!

Replies frozen

make_you_laugh

February 6 2010, 18:19:06 UTC

**Actually, you are wrong**

Hi Sheeri,

Actually, you are wrong. I have indeed threatened a lawsuit and had information excha an article where they speculated on the police report and then report as though it was

For example, they said that (and there's a mention of minute traces of marijuana in the wrote a letter to the editor and the blog was changed in 4 ways, including removing a c

Thanks by the way, for being a smartass. Can I say something? To you, this is just a fu this is my life. How am I going to job-hunt, socially network, etc. with this kind of crap on

I know that you are a good person, but you are letting your temptation here to have fur

-Johnny

Replies frozen

badseed1980

February 4 2010, 18:19:09 UTC

**Re: People are only victims when they are forced.**

People have neither the responsibility nor the right to seek out minors and encourage them to do illeç

Replies frozen

cystennin

February 4 2010, 13:23:22 UTC

**Re: People are only victims when they are forced.**

Now, now. Jon was simply doing his patriotic duty to educate these women. Like when the coloni: Boston Jailbait Party.

Replies frozen

badseed1980
February 4 2010, 18:27:33 UTC

**Re: People are only victims when they are forced.**

I am so glad I wasn't just drinking my tea when I read that. The monitor would have been a n

*hands you a shiny new internet*

Replies frozen

purgatori84
February 5 2010, 06:45:51 UTC

**Re: People are only victims when they are forced.**

BWahahahaha, amazing.

Replies frozen

make_you_laugh
February 5 2010, 21:36:10 UTC

**You're clearly an authority... on witch-hunts**

Hi

I think you're leaping to a number of weird assumptions here.

Isn't the truth that you know little or nothing about what happened?

Shouldn't you wait for more information? What happened to the assumption of innocence?

You should be embarrassed. You are participating in a witch-hunt.

-Johnny

Replies frozen

systemnin
February 5 2010, 23:10:28 UTC

**Re: You're clearly an authority... on witch-hunts**

*blushes*

I try.

Replies frozen

ron_newman
February 4 2010, 18:18:09 UTC

**Re: People are only victims when they are forced.**

17 and 24 is a lot different from the situation being described in that newspaper article, however.

Replies frozen

turil
February 4 2010, 18:24:23 UTC

**I try to avoid age discrimination.**

If someone enjoys being with someone else, I don't feel I have a right to interfere. I'm a big fan of freedom.

Replies frozen

maru_mari

February 4 2010, 23:30:21 UTC

**Re: I try to avoid age discrimination.**

Where do you draw the line? Obviously 5-year-olds aren't capable of sound decisions. We draw the l
that rule - so where is the line?

Replies frozen

turil

February 5 2010, 00:00:28 UTC

**5 year olds obviously do know when they do and don't want to do something.**

Regardless of who you are or how old you are, consent is pretty obvious, at least to me. If I want
say "yes" when asked. If I'm not asking for it, and there is no "yes", then it's not consensual. So I

Replies frozen

maru_mari

February 5 2010, 00:06:10 UTC

**Re: 5 year olds obviously do know when they do and don't want to do something.**

Okay - consent is not obvious to everyone, and counting on the fact that it is opens up a hu

"Your honor, that 5-year-old told me she wanted to touch my penis!"

...no.

We draw lines for a reason, and that reason is that if you give people an inch, they'll take a

Replies frozen

iscariot

February 5 2010, 00:10:22 UTC

**Re: 5 year olds obviously do know when they do and don't want to do somethi**

This thread delivers; 10pts, A++, would read again

Replies frozen

turil

February 5 2010, 00:13:56 UTC

**Re: 5 year olds obviously do know when they do and don't want to do somethi**

I'm sorry you don't respect 5 year olds enough to trust them to know what they want an

Replies frozen

maru_mari

February 5 2010, 00:17:18 UTC

**Re: 5 year olds obviously do know when they do and don't want to do som**

Don't be foolish - it's not that I can't trust a damn five year old, OK, it's that I can't I
naive nature.

I'm trying not to get angry and say mean things, but you're testing my resolve.

Replies frozen

turil

February 5 2010, 00:21:02 UTC

**So you understand what I'm talking about here?**

Consensual means that both individuals agree to it. If they don't clearly agree but they aren't about to say they want sex.

Replies frozen

maru_mari

February 5 2010, 00:23:31 UTC Edited: February 5

**Re: So you understand what I'm talking about here?**

Don't you get it? You can't build a justice system on mutual consent for something. An honor system composed entirely of people adhering to th system to get what they want, regardless of who it hurts.

It's 'why' things are the way they are (and the very reason there's a hard

(You could argue that anyone saying a 5yearold was interested in sex is where do you draw the line?)

Replies frozen

turil

February 5 2010, 00:53:07 UTC

**You can indeed build a system that respects people's rights.**

But I can see that you don't respect people enough to let them mak

Replies frozen

maru_mari

February 5 2010, 01:38:10 UTC

**Re: You can indeed build a system that respects people'**

...I said nothing like that.

I hope strawmen make good company. You can keep that one.

Replies frozen

turil

February 5 2010, 01:41:41 UTC

**If you're making decisions for people, then you don't**

So either you let them make their own decisions about wh

Replies frozen

maru_mari

February 5 2010, 01:58:12 UTC

**Re: If you're making decisions for people, then y**

It doesn't work like that. This is a false set of choices.

Kids are not capable of making decisions about sex, b consequences of their choices. Further, their choices

You can't trust adults not to take advantage of kids' n alone with a child and it's evident that some kind of se or not it was consensual, because he will lie and the k then? His word against the child's? How do you decid

Again I have a hard time believing you're not just bei is insane.

Replies frozen

 maru_mari
February 5 2010, 01:48:02 UTC

**Re: You can indeed build a system that respects people'**

P.S.: I'm irritated that I gave you the benefit of the doubt and tri what I was saying, you defaulted to trolling me.

Guess I learned my lesson.

Replies frozen

turil
February 5 2010, 02:02:46 UTC

**Yes, I know you don't respect me, either.**

Nonetheless I respect your freedom to be as insulting to m bullied and called names. I'd rather it be me than anyone (

Replies frozen

maru_mari
February 5 2010, 02:10:08 UTC

**Re: Yes, I know you don't respect me, either.**

Oh come off it, I didn't do anything to you besides qu disagreeing with someone or acknowledging a deficit humane treatment. It doesn't even classify as insult fc

Replies frozen

turil
February 5 2010, 02:11:42 UT

**So calling me a "troll" is respectful to you?**

Because it's pretty rude in my mind.

Replies frozen

maru_mari
February 5 2010, 02:13:0

**Re: So calling me a "troll" is respectful**

Ignoring my points and using strawmen is tr believe you are trolling me. I used a word to

Maybe you don't see a difference, but to me

Replies frozen

surrealestate
February 5 2010, 02:13:53 UT

**Re: Yes, I know you don't respect me, either**

You haven't done anything wrong and I know you experience shows that turil loves to antagonize p and perhaps also change some of your anger to

But really, unless you're actually enjoying the ar

Replies frozen

make_you_laugh

February 6 2010, 21:43:3

**It takes strength...**

Hi!

It takes strength to cut somebody down to s

Oh wait, I mean weakness.

I'm disappointed. Let's face it, there's a lot c composed of: taking this yummy desire to m actually true. I guess it makes some people

I think that's pretty sad.

-Johnny

Replies frozen

rumpleteasah
February 6 2010, 18:

**Re: It takes strength...**

So wait, saying that someone is activel an actual conversation with them (Whic Really? Cause, I mean, I know that if M consent to things that they frankly don'

Replies frozen

cyranothe2nd
February 6 2010, 06:23:34 UTC

**Re: You can indeed build a system that respects pe**

Wow, Maru. Way to try to make a logical point, only to hav the exact same arguments that NAMBLA does.) You win in

Replies frozen

watersaredeep
February 5 2010, 01:02:16 UTC

**Re: 5 year olds obviously do know when they do and don't want to do som**

5 year olds also like to play in traffic, eat candy until they throw up and walk throug knowing that they're barely out of babyhood and cannot possibly know what they w well-being and to be safe from pedophiles and adults who would abuse their positi

Frankly, if you're going to justify a 5 year old knowing what they want including sex

Replies frozen

tuill
February 5 2010, 01:06:50 UTC

**Do you seriously think a kid is going to consent to sex with an adult?**

Honestly?

Replies frozen

watersaredeep
February 5 2010, 01:25:05 UTC

**Re: Do you seriously think a kid is going to consent to sex with a**

You tell me since you're the one rallying for a 5 year knowing when they consent:

"Regardless of who you are or how old you are, consent is pretty obviou body language, or I will say "yes" when asked. If I'm not asking for it, and "draw a line" at some arbitrary age."

And: "I'm sorry you don't respect 5 year olds enough to trust them to kno

I could continue to quote, but I don't need to. Your comments are frighte comments. Do you realize that you are sounding like a rape or pedophile

Replies frozen

turil

February 5 2010, 01:36:29 UTC

**OK, now I know you're just messing with me.**

Clearly you know that it's wrong to force someone to have sex agair

Replies frozen

watersaredeep

February 6 2010, 01:47:19 UTC

**Re: Messing with you? Reading your comments brings t**

Of course I know that. But more importantly, YOU don't seem t they want and what consent is and isn't. A 5 year old (or pick a many power dynamics and power differentials involved that cor

I'm not sure why you think I'm messing with you as reading you loved were molested and I heard the exact same comments an

Consent under many circumstances never equals consent and

Like I said, I really think you need some help. If you think I'm ju quite a bit.

Replies frozen

turil

February 5 2010, 02:00:37 UTC

**Either you're messing with me, or you're totally misu**

Either way, rape (forced sex) is fucked up, and I hope it n interfere with people who do want to have consensual sex,

Replies frozen

watersaredeep

February 5 2010, 02:15:01 UTC

**Re: Either you're messing with me, or you're tot**

I'm still dumbfounded as to why you'd think I was "me children and a victims advocate for my states justice you? Is there a special koolaide we're supposed to b misunderstanding you, then it's totally on you to clear comments.

And I hope that people like you don't interfere with pe fucked up.

I do promise you this: If someone is not of an age, sit dammed right I'll be fucking it up for you. Are we still t

I don't think there's a whole lot to misunderstand here

Replies frozen

arrowintwolakes

February 5 2010, 02:22:23 UT

**Re: Either you're messing with me, or you're**

This could easily have been addressed to you a

Replies frozen

watersaredeep

February 5 2010, 03:04:0

**Re: Either you're messing with me, or y**

Thank you.

Replies frozen

bombardiette

February 5 2010, 02:24:31 UT

**Re: Either you're messing with me, or you're**

You know, up until now, I was amused. But as thi language, expresses love vis a vie kisses and hu who doesn't even KNOW what sex is and therefo lot. And I will guarantee you that just because sh kissing, and just because she's into stripping her language or action as consent to sexual activity large uncles as well.

I respect my daughter enough to ask her what sl knows) - but I WILL interfere with anyone who tri know what? When she's 6 or 10 or 12, the same

Now I'm just sickened by the fact that anyone co

Replies frozen

watersaredeep

February 5 2010, 03:17:2

**Re: Either you're messing with me, or y**

Exactly. When m vy (now adult kids) were li complete innocence because they're compl they're doing was "giving consent." To think forever and never interact with another livin

There is so much, so much I could say here witness to.

Sorry that this brought up painful feelings fo

Replies frozen

bombardiette

February 5 2010, 03

**Re: Either you're messing with me,**

Only if I can join you in the forest forev

Please do keep doing what you are, fo too...and the notion that consent shoul

Replies frozen



turil
February 5 2010, 02:27:08 UT

**Re: Either you're messing with me, or you're**

I'll try to make this as clear as I possibly can.

If someone, of any age, doesn't consent to sex, i

If someone of any age does want to have sex wit entirely tells them they can't have it, that's also n

I know that many people, especially US American and believe that they don't have a right to make do. And I believe that it's really wrong and screw lifestyle you choose sucks beyond belief and cau

Replies frozen

bombardiette
February 5 2010, 02:30:1

**Re: Either you're messing with me, or y**

How does a two year old consent to sex? Or child of that age is developed enough for - t "Oooookkkaaaayyy..." because an adult they they're consenting to, then HOW can you sa

Replies frozen

turil
February 5 2010, 02:

**So it looks like you're just really mi**

But I don't have the energy to keep cla

Suffice it to say if someone wants to ha up for someone else to force them not

And it's equally messed up to force sor

Neither is respectful.

Replies frozen

bombardiett
February 5 2010

**Re: So it looks like you're just r**

By your argument, if you offered a accepted the lollipop, that's conse and none of what sex is and so co should or should not accept the kr

And if I stop this transaction, then

I'm with watersaredeep - you r

Replies frozen

turil
February 5

**You're the sick one if you l**

Obviously not. That's utterly r

Consent is so clearly not just

Replies frozen

first

Februa

**Re: You're the sick on sex.**

Right. You're saying if a actually what the rest of

Replies frozen

**Not quite...**

If a three year old u actively chooses to

But I seriously hope to both understand

Replies frozen

**Re: Not quite.**

Is this correct?

Neither of us b consent to sex three year old able to give inf

Replies frozen

bon

Februa

**Re: You're the sick on sex.**

Really? Because that is have a friend who was " posited. And no one sto communal living where a

So don't talk to me abou

Replies frozen

**Re: You're the sic to sex.**

No two year old hun to sex at two is just

Replies frozen



**Re: You're th**
**consent to se**

OK. We're don

Replies frozen

**You've been maki**

Hi!

Frankly, I think you'

You're reacting as I
turn said something

Rather than asking
Nobody is advocatir

You can have two r
embarassed that I c
guess I jumped to s
anyone. I'll try to tak

-Johnny

Replies frozen

**Re: You've be**

Wow, you *are*

Replies frozen

**Re: You'v**

Hi!

I'm asking

Saying, "V

Let's face
apologize

As such, y
someone

-Johnny

Replies fro

**Re: Y**

Nope

Replie



watersaredeep
February 5 2010, 02:50:5

**Re: Either you're messing with me, or y**

If someone of any age does want to have s
else entirely tells them they can't have it, th

Great- I hear you loud and clear. As mentio
that you consider people like 'me' to be opp
abilities.

What I've seen would make you weep and s
to make this about "puritanical" standards...

No more to say at this point. Goodnight, Sir

Replies frozen

bluesauce
February 5 2010, 08:38:34 UTC

**Re: Either you're messing with me, or you're tot**

So, I guess your husband left you because he found

Replies frozen

ron_newman
February 5 2010, 14:06:11 UT

**Re: Either you're messing with me, or you're**

Even for this thread, that was unnecessarily per

Replies frozen

awflef
February 6 2010, 03:52:42 UTC

**Re: Do you seriously think a kid is going to consent to sex with a**

Actually, yes, they do all the time. Because they have trusted the adult i
show their love.

So yeah, a kid will "consent" because they don't understand that it's wro

Replies frozen

Replies frozen

feogati

February 5 2010, 06:08:42 UTC

**Re: 5 year olds obviously do know when they do and don't want to do something.**

So if my (hypothetical) 5-year-old asks me for, say, a birthday cake for dinner, should I com not food-rape him by feeding him chicken and vegetables instead?

If he does not consent to being bathed for 3 weeks straight, am I supposed to comply and not bath-rape him?

If he refuses to wear clothes and wants to go to Target naked, should I allow this and not cl

These are all very obviously unhealthy/unhygienic/unsafe choices, and I suspect you won't doesn't understand or know any better. When he's 15, I highly doubt he'd have those wants issue... So I fail to see why age limits are a problem.

Replies frozen

arrowintwolakes

February 5 2010, 06:46:36 UTC

**Re: 5 year olds obviously do know when they do and don't want to do somethi**

Don't... just don't try. I wasn't the only one who immediately saw the cognitave dissonar explore it.

Replies frozen

canongrrl

February 6 2010, 00:40:16 UTC

It's not worth arguing with turil, really you'll just end up banging your head against the wall (btw hi! haven't seen you

Replies frozen

badseed1980

February 6 2010, 13:25:39 UTC

**Agreed. I've decided to give up the effort.**

Hi yourself, too! :)

Replies frozen

make_you_laugh

February 5 2010, 21:34:06 UTC

**Adolescents?**

Hi!

I think you're confusing the word "teenagers" with "people who are 13".

Did you know that there are teenagers who are 19?

When did you have your first drink?

Maybe when you don't know what you're talking about, you shouldn't talk at all. Otherwise, you just make a fool of yourself.

-Johnny

Replies frozen

chunbelly

February 6 2010, 02:22:41 UTC

**Re: Adolescents?**

Hya!

My apologies for the semantic foolishness, but I was using the word adolescent for its common meaning, and looking at t person, usually between the ages of 13 and 19."

But I think it is absolutely brilliant that when I posed the question "can a drunk adolescent consent?," your quibble was to sir, are the Kasparov of the internet. I give up in humble defeat.

Replies frozen

*Deleted comment*

turil

February 4 2010, 17:23:38 UTC

Everyone has problems. Everyone needs help to be healthy.

Your predatory attacks, and need for love, notwithstanding

Replies frozen

arrowintwolakes

February 4 2010, 17:27:56 UTC

Now who's bullying?

Replies frozen

turil

February 4 2010, 17:32:57 UTC

**How is that bullying?**

I'm saying that he deserves love and health.

Replies frozen

icecreamempress

February 5 2010, 00:33:29 UTC

**Re: How is that bullying?**

That's your way of bullying.

You bully all the time, and you cloak it in this "peace and love" passive-aggression.

You are a ball of hate masquerading as a giver of love.

Think about this. You won't, because you're so locked in self-delusion, but you should.

Replies frozen

turil

February 5 2010, 00:55:08 UTC

**Re: How is that bullying?**

I'm ready to listen to you if you want to answer my question. How is this bullying, and what would be a better way for and harming people I care about?

Replies frozen

lizzielizzie

February 5 2010, 04:31:46 UTC

**Re: How is that bullying?**

You assume he wants love and health. Perhaps you should ask him instead of assuming? Personally, I don't lik person insists that it is what I need or deserve.

"bullying and haring people I care about" - Do you know JonMon? Is this why you feel the need to stand up for

Replies frozen

arrowintwolakes

February 5 2010, 06:48:27 UTC

**Re: How is that bullying?**

She does not know him. She's already said so elsewhere here.

Replies frozen

turil

February 5 2010, 13:25:01 UTC

**I stand up for my beleifs, and the health of my honey, and myself.**

No, I don't know the guy personally. And I don't assume anything, I simply pay attention, and learn from ex

And I'm sorry you don't appreciate all the gifts that people offer you.

Replies frozen

lizzielizzie

February 5 2010, 14:05:25 UTC

**Re: I stand up for my beleifs, and the health of my honey, and myself.**

Here is my gift to you: perhaps you should get to know a person better (i.e. somewhere other than LJ much more tolerable if you do.

Replies frozen

turil

February 5 2010, 14:13:11 UTC

**I make no assumptions. I make observations, instead...**

...based on the information given to me.

Replies frozen

make_you_laugh

February 6 2010, 21:52:14 UTC

**You've just said something judgmental and rude**

Hi!

You're being judgmental and making assumptions yourself here.

-Johnny

Replies frozen

make_you_laugh

February 6 2010, 21:50:00 UTC

**If you think people who don't know me shouldn't be talking.... why are you talking?**

Hi

Look, if you haven't got a dog in this fight... why are "you" speaking?

What you've just said is why should turil stand up for a stranger.

Well gee whillickers, why should you attack a stranger? Isn't this entire thread one big attack? You should trying to quiet people down.

-Johnny

Replies frozen

lizzielizzie

February 5 2010, 22:20:31 UTC

**Re: If you think people who don't know me shouldn't be talking.... why are you talking?**

Why are you here now, a day later, when this thing was just about dead? A smart person would have

Replies frozen

make_you_laugh

February 5 2010, 22:58:06 UTC

**Re: If you think people who don't know me shouldn't be talking.... why are you**

It's too big now.

If I don't speak, it will become "fact".

This is how the thing started in the first place. I'll tell you a little of the story.

Back in 2003, the internet was still new. People didn't trust dating sites. When I ran the MIT Malc a little too jumpy? Sure.

So they took some emails to the police and said it was harassment. It turned out that... it wasn't. original accuser retracted the "harassment" charge in a succeeding article.

My attitude was exactly as you advised. I didn't have the emotional energy for fighting and just d

Then... Google appeared.

Now thanks to Google, here's what happens. People see the allegation and immediately assume

Am I helping an old lady across the street? I must be doing it to hurt somebody. Am I dating som

Like the invasion of Iraq, where a ton of people thought there were WMDs, there's some "Group

Let's face it, what we have here are two allegations, one with the dating service, that I was cleare drinking. I'm not allowed to comment on the case, but let's be serious... most people engage in u

The reason that people take this so "seriously" is the bias. Once you start to believe that I'm a cr

Take a look at my website. It's http://WheelQuestions.org.

I've just spent 1500 unpaid hours and $15,000 of my own money over two years to run an art pr

Anyone who can see that and still assume the worst about me, anyone who can see that I was cl not rational. That's rage and it's pretty ugly.

Unfortunately, thanks again to Google, this is now going to affect the rest of my life. Getting a jo who are flaming me here aren't just having some fun at my expense... it's actually destroying my

Replies frozen

plumtreeblossom

February 5 2010, 23:31:32 UTC

Hey, clueless, the internet was not new in 2003. Maybe it took you until then to get active or

Replies frozen

make_you_laugh

February 6 2010, 00:02:55 UTC

**About the Internet in 2003 and people's mistrust of online dating sites**

Hi

Actually, you are mistaken.

Look, I started an internet company in 1994. I even invented the 'away message' in Inst internet.

Back in 2003, and even to an extent today, people had a terrible unreasoning fear of o kind of stalker.

Come to think of it, all of you ganging up on me like this is very much like having a bun

-Johnny

Replies frozen

cystennin

February 4 2010, 17:14:55 UTC

Historically, witch hunts have been aimed at women, people of low social status, the poor, etc. Johnny is a fairly wealthy software engineer, the type who can't defend himself from a few blog comments.

Replies frozen

turil

February 4 2010, 17:28:59 UTC

He's very much of low social status, and he's been harassed by the police, if not in jail. He's definitely not as fortunate, or popular, as m

Replies frozen

cystennin

February 4 2010, 17:34:22 UTC

Software engineers who have founded their own corporations, paid for multiple advanced degrees, and are white, male, property most of us haven't been hauled off to jail. If your children were allegedly being plied with liquor by an older man with a history of ur

Replies frozen

turil

February 4 2010, 17:37:01 UTC

If my children felt that hanging around with older guys who offer them alcohol is their best option, then I'm seriously being a s

Replies frozen

cystennin

February 4 2010, 17:40:23 UTC

Touche.

Replies frozen

laura47

February 4 2010, 22:46:12 UTC

you need help? what about your children? your comment didn't really make sense. at all.

Replies frozen

maru_mari

February 4 2010, 23:31:46 UTC

This.

Replies frozen

keithus

February 5 2010, 16:22:04 UTC

Calling this "bullying" is an insult to anyone who has really been bullied. Holy shit.

Replies frozen

badseed1980

February 4 2010, 17:23:45 UTC

You're right! If we'd only allow the birds to vote, this shit wouldn't happen!

Replies frozen

arrowintwolakes

February 4 2010, 17:25:09 UTC

Ha! That's right! Thanks for reminding me who I was trying to talk to.

Replies frozen

turil

February 4 2010, 17:29:41 UTC

Yes, I'm one of those people everyone loves to bully, because they see me as a freak. I seriously don't fit into the cult of yuppy ge

Replies frozen

arrowintwolakes

February 4 2010, 17:37:21 UTC

Now you're projecting too. When did I call you a freak? The owner of questionable logical faculties and unintelligible philosopl the honor of at least one sexual predator, but no freak. I have, I believe reasonably if snarkily, questioned your illogic and pol skepticism also counts as bullying. But I will henceforth stop talking to you. Or does ignoring the incoherent also constitute bu

Replies frozen

exsplusohs

February 4 2010, 17:52:08 UTC

This comment makes me want to shake your hand and buy you a glass of high quality scotch.

Replies frozen

splatterhouse

February 4 2010, 22:51:44 UTC

I love you, sir.

Replies frozen

icecreamempress

February 5 2010, 00:35:32 UTC

Everything except agreement is bullying with this poster.

Remember the time she wanted people to give her something (art materials IIRC) and then she got all pissy with people
the exact thing she wanted?

Or the time that she lectured all of us about how we were all sheeple, and then didn't figure out that there were ballot qu
BALLOT OVER" didn't tip her off)?

Replies frozen

16thcentmargot
February 5 2010, 00:38:11 UTC

...I, I...think I just came in my pants.

Replies frozen

arrowintwolakes
February 5 2010, 00:43:27 UTC

Ha!

Well, thanks to all the kind words! I'll be available at Orleans at around 11:30 if anyone wants to buy me a drink. I'll

Replies frozen

plumtreeblossom
February 4 2010, 17:26:32 UTC

+1!

Replies frozen

laura47
February 4 2010, 22:40:48 UTC

dude every time I scroll past this response I laugh out loud again.

Replies frozen

make_you_laugh
February 5 2010, 21:32:31 UTC

**You've just said something illegal**

Hi!

What you've just said is illegal.

Seriously, if you believe I've raped someone, call the police immediately!

If you don't, then what you've just said is incredibly cruel.

Do you really go through each day saying hateful, spiteful things to everyone? That is no path to happiness!

Surely you are tempted to lash out and me right now, right?

How would it feel to write back and simply say, "Okay, you got me, you're not a statutory rapist". Isn't that the right thing to do?

-Johnny

Replies frozen

badseed1980
February 4 2010, 16:48:14 UTC

No, he doesn't fit in. People who give alcohol and drugs to underage kids don't fit in. Neither do robbers, abusers, or rapists. People who take advantage of ot
not deserve to be coddled and welcomed with open arms into a community where they can cause damage.

We weren't LOOKING for scum. It just popped up. That's the difference.

Replies frozen

arrowintwolakes

February 4 2010, 16:56:04 UTC

Yeah, wouldn't this be more of a "witch noticing" than "witch hunt?"

Replies frozen

badseed1980

February 4 2010, 16:56:49 UTC

LOL! He turned me into a newt!

Replies frozen

turil

February 4 2010, 17:03:59 UTC

Pointing this news out to the whole community is where the active "hunting" comes in.

Replies frozen

arrowintwolakes

February 4 2010, 17:05:59 UTC

This is the very reason I replaced "hunting" with "noticing." Unless you encourage providing alcohol to minors?

Replies frozen

turil

February 4 2010, 17:21:24 UTC

Yes, I encourage providing alcohol to minors. I'm not a fan of puritanical, and discriminatory laws. I believe people should be free to learn at kid how to be responsible while using alcohol.

Replies frozen

pierceheart

February 4 2010, 17:52:35 UTC

*I believe that it's a parent's responsibility to teach their kid how to be responsible while using alcohol.*

Do you believe it is okay for non-parents to usurp that responsibility?

Replies frozen

turil

February 4 2010, 17:57:36 UTC

**I'm not sure thta usurp is the word I'd use, but sure...**

I think it's good if anyone offers people wisdom on how to take good care of themselves. My guess is that nothing of the sort is ha and having the things they are seeking taken away from them.

Replies frozen

pierceheart

February 4 2010, 18:09:47 UTC

**Re: I'm not sure thta usurp is the word I'd use, but sure...**

What you have seen is not harassment - it is enforcing of the laws on the books.

Johnny's party was obviously disturbing the peace of his neighborhood, and he was, at the least, tolerating giving alcohol to t

Don't like the puritanical laws - then YOU go break them and go to jail and make your rants from jail in protest - like any other

Until you have the guts to actually stand up for what you claim to believe in, and put your own freedom on the line, SHUT THE

hypocrite.

Replies frozen

turil
February 4 2010, 18:10:28 UTC

**I do what I can when I can.**

I do my best. If you want me to do better, then you can offer me better things.

Replies frozen

piercoheart
February 4 2010, 18:12:27 UTC

**Re: I do what I can when I can.**

Why don't you try acting on your beliefs regarding puritanical laws and then openly admit it to the police?

If you think they are such a gross miscarriage of justice, then do like all the other great protestors have done, and g

Replies frozen

turil
February 4 2010, 18:20:09 UTC

**I've been to jail, and if necessary I'll go again.**

And I do indeed act on my beliefs. My biggest belief is that understanding what people need for health is a prio
Though occasionally I see someone who seems to seriously need help in the moment, and I do my best to offe

I'd offer to help you, but you don't want that, do you?

Replies frozen

piercoheart
February 4 2010, 18:21:22 UTC

**Re: I've been to jail, and if necessary I'll go again.**

You have no help you can offer me that would be worth any of my effort.

Replies frozen

turil
February 4 2010, 18:27:40 UTC

**Then why do you keep trying to get something from me?**

Why not go elsewhere for what you need, rather than spending your time with me trying desperately t

Replies frozen

iscari0t
February 5 2010, 00:11:57 UTC

**Re: Then why do you keep trying to get something from me?**

You've already given me minutes of entertainment, and for that, I thank you.

Replies frozen

mharbourgirl

February 6 2010, 12:21:10 UTC

Because it's so 'puritanical' and 'discriminatory' to prevent teenagers from permanently damaging their still-growing brains. Which is Wi on peer pressure, rebellion and curiosity. You do know what alcohol does to adolescent brain development, don't you? Look it up, if yo don't give a shit about the consequences of ANY actions. "I do what I want, whatever" seems to be your motto. You try to dress it up wi not at all empathetic.

People like you make me SICK.

Replies frozen

oystennin

February 4 2010, 17:24:54 UTC

So newspaper articles are "hunting"? If the paper runs a story on budget processes, is it "hunting" the aldermen because it made us aware of it?

Replies frozen

hrafn

February 4 2010, 18:31:24 UTC

It's already in the public record. It is public information. This is not "hunting," this is "avoiding."

Replies frozen

turil

February 4 2010, 18:36:54 UTC

**Do you see the difference between sharing information, and bullying?**

Plumtreeblossom and others here aren't just sharing the information, they are mocking him and insulting him and acting otherwise "holier th than enough problems already.

Replies frozen

hrafn

February 4 2010, 21:04:05 UTC

**Re: Do you see the difference between sharing information, and bullying?**

The original post provided a link and an excerpt from the source. Any mocking or insulting you saw in that is your own interpretation.

Not that I have a problem with mocking or insulting sexual predators, because I don't want sexual predators wandering around, "looking other people. Clearly he needs help. He needs to go get it himself. If he doesn't, then I am totally okay with him being chased off into th

Replies frozen

turil

February 4 2010, 21:24:04 UTC

**Re: Do you see the difference between sharing information, and bullying?**

Do you honestly think Plumtreeblossom's motives were purely informative? Or did you happen to notice her tendency to mock peo community (and it's sister "snark" community)? Also did you notice the icon she choose to post it with?

Replies frozen

plumtreeblossom

February 4 2010, 21:29:11 UTC

Would you like this icon better?

Replies frozen

plumtreeblossom

February 4 2010, 21:29:49 UTC

Or this one?

Replies frozen

plumtreeblossom

February 4 2010, 21:32:08 UTC

Also, you should steal *this* icon from me and use it on all your posts. I give it to you because you need.

Replies frozen

lizzielizzie

February 5 2010, 04:14:26 UTC

*guffaw*

Me love you long time!

Replies frozen

hrafn

February 4 2010, 21:39:57 UTC

**Re: Do you see the difference between sharing information, and bullying?**

I had already heard the news from a different source, so I was already in the mood of "Oh my god, that creepy guy did someti which probably affected my interpretation of the post here. Which I thought was surprisingly devoid of anything resembling ed

Had I stopped to think about the motives of the person posting, I would have assumed it was along the lines of "Look what the behavior and glad that he finally got arrested" or something along those lines. It's a community; part of what people do is sha sometimes I don't.

I think anyone posting anything about this news would have gotten the same responses from those of us who don't have a pe

Replies frozen

make_you_laugh

February 5 2010, 23:06:39 UTC

**What creepy guy?**

Hi!

Look at the volume of people commenting, without a single person stepping forward with an actual accusation they took

This thing is self-sustaining. The community's anger is so high now that it is feeding on itself.

You're contributing to the witch-hunt by using the word "creepy". The truth is that you really don't know me or anything a

Take a look at my art project, at http://WheelQuestions.org. I spent 1500 unpaid hours and $15,000 of my own money to write the blog http://WeirdBostonEvents.org also unpaid.

If you can look at these things and still think that I am somehow evil, what you're doing is choosing to believe what you w

It's sad to say but yes, there are people who are working out personal grudges here. That's how witch-hunts work. They

-Johnny

Replies frozen

usernamenumber

February 5 2010, 23:49:18 UTC

**I would like to ask you directly:**

- Did you have 25-30 teenagers at your house?
- Were said teenagers given alcohol and drugs?
- Did you tell the police that there was no alcohol at the party?
- If the answers to the above two questions are "No" and "Yes", respectively, how do you explain the police report?

Replies frozen

make_you_laugh
February 5 2010, 23:54:41 UTC

**Re: I would like to ask you directly:**

Hi!

Actually, I do have an explanation for this, but I really really shouldn't give into the temptation to go 'public'. I su got the wrong guy as the 'host'. Please don't ask me for details. I can't talk about it while a case is underway.

-Johnny

Replies frozen

usernamenumber
February 6 2010, 00:17:14 UTC

**Re: I would like to ask you directly:**

Of course I do not claim to be entitled to such, but once you feel you can comment in more detail, I'd be in'

Replies frozen

make_you_laugh
February 6 2010, 00:22:53 UTC

**Re: I would like to ask you directly**

Hi!

I guess I'll do what politicians do and just repeat the same answer. At least I admit it. :)

There 'was' a party, but they got the wrong 'host'. AAH! God I really want to tell you everything! I real trouble.

-Johnny

Replies frozen

brafn
February 6 2010, 01:28:45 UTC

**witch-hunt: you keep using that phrase. I do not think it means what you think it means**

When people I know tell me they find a person they have interacted with upsetting in a particular sort of way related *believe them,* and I call that general type of behavior "creepy." I have read all of the posted news articles, include th and scary.

Look, there does not have to be anything technically ILLEGAL for someone's behavior to be creepy or unpleasant c might not go to the police EVEN IF some of that behavior IS illegal and prosecutable.

I'm familiar with your project already.

And lastly, with the volume of writing you have put into responding to this thread, now I -do- directly know something anything more about you.

Do not contact me again.

Replies frozen

awflof

February 6 2010, 04:17:28 UTC

**Re: witch-hunt: you keep using that phrase. I do not think it means what you think it means**

++

Just because there hasn't been a formal, legal body say there was something wrong done, doesn't mean there

Just because someone does good things, doesn't mean they can't do bad things.

I'm not saying Johnny is guilty or isn't guilty; I wasn't there. Even if he wasn't the host of the party, common sen underage drinking going on".

Could it be that he has been found in an unfortunate situation? Sure. But it also could be that everything being

BTW, a note: if several people have had first-hand experiences with one particular person, and those experien describe the particular's person behavior as "creepy"....those people may have distanced themselves from the committed. This is, of course, all in the general sense.

And, in general, no amount of money or altruism balances out having made people feel violated or betrayed (e and not making any accusations. (FWIW, libel is when it's written, slander is when it's spoken).

Replies frozen

asmodai

February 6 2010, 06:16:33 UTC

**Re: witch-hunt: you keep using that phrase. I do not think it means what you think it means**

" witch-hunt: you keep using that phrase. I do not think it means what you think it means"

Aww, hell. I just posted that elsewhere in this storm. And I thought I was being clever.

Replies frozen

hrafn

February 6 2010, 14:20:32 UTC

**Re: witch-hunt: you keep using that phrase. I do not think it means what you think it means**

Oh, you were! You were just a little slower ;)

(At this point, it's hard to keep up with all the comments.)

Replies frozen

make_you_laugh

February 6 2010, 19:08:58 UTC

**This is not contact**

Hi!

I'm sorry, this doesn't count as contact. You posted shit about me to a public board. I am allowed to respond.

You're welcome to your opinion, but if it's not connected to reality, then it's going to be hard to get through life. 2003. In fact, to be more specific, there were never even charges because it was transparently false.

-Johnny

Replies frozen

lizzielizzie

February 6 2010, 04:07:10 UTC

**Re: What creepy guy?**

The community's ire -was- dying down, but then you felt the need to speak up and defend yourself, which stoked th (and I think half of them are written -by- you...)

Had you simply explained your side of things and not resorted to shaming the commenters or accusing them of perp party in this argument. I'm sorry you were unable to do this. My hope is that you'll step away and let it die on its own worse.

Replies frozen

make_you_laugh

February 6 2010, 18:46:18 UTC

**I don't actually think so**

Hi!

I'm sorry, but you're actually mistaken about this.

It's true that some people will go kind of insanely bonkers whenever I write anything. But these are people with anyway. Nobody listens to them.

I'm simply putting in my two cents in a situation where people have phrased their accusations about me as fact: side of the story.

If you really think I'm making myself look worse by speaking up for myself, I don't think you're among the 90% o way or another, and surely don't believe anonymous and vague statements that I'm somehow evil... I guess I'm maybe it's just all made up. I'll go with that. Yeah.

-Johnny

Replies frozen

turil

February 4 2010, 17:00:05 UTC

**We don't need any more puritanical withch hunts, thanks.**

Oh, please, you treat these young people like they are idiots. They aren't. They are looking for someone to care about them, and for some belongingness be so good at it, but clearly he's doing a far better job than anyone else, or these young folks wouldn't be there.

If we didn't live in such a puritanical part of the world, these folks would be able to get their needs met for belongingness and social experimentation in mo that they can't drink alcohol and try pot make them want to hide their natural curiosity and experimentation from others.

Whether you call them witches or scum, it makes no difference. If you act like they are the cause of your problems, you lose.

Replies frozen

badseed1980

February 4 2010, 17:03:46 UTC

**Re: We don't need any more puritanical withch hunts, thanks.**

Please. I grew up in this part of the world, and got my needs met for belongingness and social experimentation in ways that didn't involve me getting

Replies frozen

turil

February 4 2010, 17:17:43 UTC

**yes but not everyone is you...**

If these young people had some other place that offered them what they need, they'd get it there. People choose the best options available to th Then you're responsible for offering them. Otherwise don't complain when someone else does it in a way you don't like. If you aren't willing to do

Replies frozen

arrowintwolakes

February 4 2010, 17:07:06 UTC

**Re: We don't need any more puritanical withch hunts, thanks.**

Not sure where anyone was blaming him for anything other than providing alcohol to minors and generally behaving in (well-documented) unsavory w

Replies frozen

plumtreeblossom

February 4 2010, 17:08:08 UTC

He is not looking to "care about them." He is looking to FUCK THEM WITH HIS PENIS. How stupid and in-denial are you? This is a sexual predator in c them up so you can get arrested with him.

Replies frozen

turil

February 4 2010, 17:19:01 UTC

I don't revere his actions, and I seriously don't revere yours, oh anonymous troll...

You're no better than he is.

Replies frozen

exsplusohs

February 4 2010, 17:27:17 UTC

**Troll? Really?**

LOL! Pot, meet kettle.

Replies frozen

turil

February 4 2010, 17:44:06 UTC

**Re: Troll? Really?**

Yes, she admitted (and I see evidence of) her being one of my anonymous trolls on my own LJ.

And people may not like what I write, but I'm definitely not anonymous.

Replies frozen

ron_newman

February 4 2010, 17:34:46 UTC

I'd hardly call plumtreeblossom an 'anonymous troll'. She may not use her full real name here, but she's well-known to many of us and

Replies frozen

turil

February 4 2010, 17:41:17 UTC

She admitted, to Pywaket, to being one of my anonymous trolls.

Replies frozen

iscari0t

February 5 2010, 00:13:38 UTC

Wait, Pywaket? Are you in scul? Do I know you? Please god solve this mystery!

Replies frozen

vestalvixen

February 5 2010, 03:49:18 UTC


She's Turtle, dammit!

Replies frozen

iscari0t
February 5 2010, 04:04:45 UTC

hahahahahahhahahahahahahahahaha

Replies frozen

trowa_barton
February 4 2010, 17:36:07 UTC

I find plumtreeblossom's actions to be of greater reverence than Johnny M.'s, and this is by knowing both parties quite well. While I do not know you, I find your comments and actions to be of less reverence.

Replies frozen

turil
February 4 2010, 17:42:16 UTC

Her bullying is pretty bad. And her enabling of people she calls her friends is quite unhealthy, as well. From what I've seen.

Replies frozen

derspatchel
February 4 2010, 17:48:14 UTC

Well, now you're just bullying plumtreeblossom.

Replies frozen

clevernonsense
February 4 2010, 17:56:18 UTC

maybe we should stop feeding the trolls :P

Replies frozen

derspatchel
February 4 2010, 17:59:33 UTC Edited: February 4 2010, 18:00:26 UTC

But I came late to this pizza party and want to make sure I got a slice that wasn't the last crusty cheese slice in the botton

EDIT: or the artichoke slice that everybody picked most of the artichokes off of to add insult to injury

Replies frozen

clevernonsense
February 4 2010, 18:01:23 UTC

I really enjoyed my slice of extra artichoke pizza though

Replies frozen

derspatchel
February 4 2010, 18:13:58 UTC

aw, DAMMIT

Replies frozen

laura47

February 6 2010, 23:22:34 UTC

look, I brought you a new pizza! it's jonmon commenting all over this entry! dive in!

Replies frozen

turil

February 4 2010, 16:37:37 UTC

I'm doing my best not to. What would be a better way to clarify my point about Plumtreeblossom being a bully and harming pe

Replies frozen

bombardiette

February 4 2010, 20:59:59 UTC

Ah. So that was it. After reading your mind-boggling commentary, complete with strange twists of what can only be called interest in this guy. Apparently, he is someone you care about...

So, do you help him lure these un-belonging, mis-understood kids to his parties and "get togethers" to help give him son

Replies frozen

turil

February 4 2010, 21:20:01 UTC

**This is indeed Turil logic.**

I've never met the guy, as far as I know. I just don't like bullying.

And I think it's insane that this community is so ironically puritanical...

Replies frozen

bombardiette

February 4 2010, 21:29:42 UTC

**Re: This is indeed Turil logic.**

Ah. I see. On all counts.

Replies frozen

ecschwar

February 4 2010, 18:24:37 UTC

**Re: We don't need any more puritanical withch hunts, thanks.**

*Oh, please, you treat those young people like they are idiots.*

Teenagers are idiots. The very definition of a teenager comes from being physically mature and mobile enough to get in more trouble than they can I community's duty.

Replies frozen

piercedheart

February 4 2010, 23:26:57 UTC

**Re: We don't need any more puritanical withch hunts, thanks.**

So, what's your opinion on Polanski?

Replies frozen

turil
February 4 2010, 23:41:06 UTC

**I don't know much about him...**

But I understand he had some sort of thing for a young women that got him in trouble with the law and that he plead guilty to statutory rape, and then he ended up settling a lawsuit by the woman, and giving her a half a million dollars. And that later she publicly forgave him and asked for th

I don't have much of any opinion beyond that.

Replies frozen

hrafn
February 5 2010, 02:15:08 UTC

**Re: I don't know much about him...**

Do some damn research. Wikipedia and Google are really, REALLY EASY.

Here, I'll save you the trouble of looking it up yourself:

He gave a 13-year-old alcohol and quaaludes. He intentionally drugged her. And she said NO when he tried to have sex with her. Repeated consensual affair between a minor and an adult.

Then he fled the country to avoid paying any meaningful consequences.

Replies frozen

ron_newman
February 5 2010, 03:35:42 UTC

**Re: I don't know much about him...**

Yes, she asked for the charges to be dropped. No, I don't think she publicly forgave him (nor should she).

Replies frozen

turil
February 5 2010, 03:43:25 UTC

**Yes, she publicly forgave him. And it was important that she did.**

Harboring anger is more self-destructive than anything else in this world. But I know that many people don't understand that. And I kno

Replies frozen

hrafn
February 5 2010, 12:12:12 UTC

**Re: Yes, she publicly forgave him. And it was important that she did.**

It may have been a good thing for -her- to forgive him, publicly or otherwise, but the -state- still has an interest in prosecuting peo one of the victims wishes to forgive the offense or drop charges or whatever. And being forgiven does not actually make the offen

Polanski has never, to the best of my knowledge, ever acknowledged the full wrongness of what he did, nor made any kind of gen

Replies frozen

bombardiette
February 5 2010, 02:01:16 UTC

**Re: We don't need any more puritanical withch hunts, thanks.**

Thank you for this. ♥

Replies frozen

pierceheart
February 5 2010, 02:13:08 UTC

**Re: We don't need any more puritanical withch hunts, thanks.**

No problem, I'm here to help - don't you want my help?

Replies frozen

bombardlette
February 5 2010, 02:16:21 UTC

**Re: We don't need any more puritanical withch hunts, thanks.**

Only if it will give me a sense of belongingnessosity. And I don't think you are capable of that because you're a mean ol' bully. Compari

Replies frozen

piercebeart
February 5 2010, 02:19:48 UTC

**Re: We don't need any more puritanical withch hunts, thanks.**

But, see, I haven't made that comparison - I asked luril about her opinion of polanski.

Replies frozen

bombardlette
February 5 2010, 02:27:13 UTC

**Re: We don't need any more puritanical withch hunts, thanks.**

Ohh. Right. Sorry. I'm reading more into it. But you still can't help me belong.

Replies frozen

piercebeart
February 5 2010, 02:30:40 UTC

**Re: We don't need any more puritanical withch hunts, thanks.**

No, I cannot. You, you are as non-belonging as chantilly cream on haggis.

Replies frozen

bombardlette
February 5 2010, 02:35:03 UTC

**Re: We don't need any more puritanical withch hunts, thanks.**

But...peanut butter and fish go together like...peanut butter and fish! I swear!!!

Replies frozen

arrowintwolakes
February 5 2010, 18:56:10 UTC

**Re: We don't need any more puritanical withch hunts, thanks.**

Stop bullying poor piercebeart!

Replies frozen

bombardlette
February 5 2010, 19:02:49 UTC

**Re: We don't need any more puritanical withch hunts, thanks.**

He started it by making me lose my sense of unbelongingnessosity because he won't acknowledge that pe

Replies frozen

arrowintwolakes

February 5 2010, 19:23:21 UTC

**Re: We don't need any more puritanical withch hunts, thanks.**

I don't CARE who started it! One more word out of either of you and I'm turning this entire community

Replies frozen

bombardiette

February 5 2010, 19:39:09 UTC

**Re: We don't need any more puritanical withch hunts, thanks.**

But...BUT...HESTARTEDIT IT'SNOTFAIR!!!!!!!!!!!!!!!!

I don't care about the stoopid tampon factory anyway. ur all tampon heads.

Replies frozen

eanja

February 5 2010, 01:46:19 UTC

**Re: We don't need any more puritanical withch hunts, thanks.**

Do you think that all teenagers (or actually, all people of every age given your comments about consensual sex w/ 5-year olds above) are completely

That any underage girl at that party was there because she thought to herself,"Now, how can I fill my social and emotional voids, left by the obviously aged man who wants to get me drunk and have sex w/ me once I'm too drunk to properly consent. What a perfect Friday night?" That none of them m that responsible guy my parent's age, who gives random strangers advice out of the goodness of his heart. That's probably a nice, safe party that ca

You accuse people here of thinking people are idiots and not respecting them, but it seems like just a backwards way of saying that anyone innocent abusers to warn anyone that they might have bad intentions. And after all, no one is really dumb enough to be manipulated unless they secretly want

Replies frozen

turil

February 5 2010, 01:56:06 UTC

**Sometimes people do things they don't want to do, it's true.**

But in that instance, it's pretty irresponsible to blame someone else. If it's consensual, then it's not a crime, as far as I'm concerned. As long as it want, and I respect that.

And if you honestly believe that these girls need something better, then offer it to them. Maybe they do want something else, and maybe they ac as I'm concerned.

The main thing I have an issue here is with the bullying. The puritanical attitude is more of a secondary issue.

Replies frozen

eanja

February 5 2010, 02:21:29 UTC

**Re: Sometimes people do things they don't want to do, it's true.**

I'm not sure what your answer has to do with anything I said.

Do I honestly think that these girls, or anyone anywhere, needs something better than someone doing their best to manipulate or rape them the way to do this is to have everyone be absolutely nice all the time, to the point that we never even tell people that, hey, that guy you think history to trying to force girls into sex. Because stopping her from maybe getting raped would be mean to him, and if we just let her take her decide he wants to stop being a predator, instead of thinking, "Hey, wow, no one cares what I do- guess it's open season." Or maybe if he h eventually work through his issues and stop, and that will make it all OK. (Because, hey, they probably already had issues before he messe

I think that getting the fact that someone has a history of unsavory behavior out in the open so that people can make an informed decision I

giving them a better choice. Because right now, since you agree it's wrong if there isn't consent, the only person who making the decision is think it should be his call.

I also think you're far more puritanical than almost everyone here, with all your 1950's style- "it's so much pleasanter to think he must secret teenage girl who gets attacked must really have wanted it or she wouldn't have put herself in that situation."

Replies frozen

turil

February 5 2010, 02:36:35 UTC

**What I want is for people to have their lifestyle choices respected.**

That's all.

Regardless of how old you are, or even what species you are, I believe you deserve to say what you do and don't want done with your

Replies frozen

eanja

February 5 2010, 03:02:07 UTC

**Re: What I want is for people to have their lifestyle choices respected.**

Nothing wrong with that. I just don't understand how that translates to it being wrong to recognize the fact that some people out the bodies regardless of the owner's wishes.

As far as I'm concerned, your right to live any lifestyle you wants ends at the point that where that lifestyle involves making delibera

Replies frozen

turil

February 5 2010, 03:13:05 UTC

**Re: What I want is for people to have their lifestyle choices respected.**

Who said anything about it being "wrong to recognize the fact that some people out there think they have the right to do what wishes"?

I certainly didn't. I think that's pretty obvious anyway and doesn't need to be pointed out. But hey, if you think people need to

My frustration is in the bullying, and in the attitude of disrespecting young people simply because they are young.

Replies frozen

make_you_laugh

February 5 2010, 21:56:56 UTC

**It's a kind of evil to disguise an attack as a helping hand**

Hi

I'd like you to think about what you've just said for a moment.

You're going to deliberately destroy someone's character, and then you pretend that you're doing the community a service.

Let's face it. You don't know me, and everything you've heard is either an 'allegation' or pure rumor. And yet you've decided to become judge & jury here

What you don't realize is that you're being manipulated. I have an internet stalker who is good at pushing people's buttons. This internet stalker knows the handle. You have become an unwitting accomplice of somebody's grudge.

Obviously, nobody wants a 'creep' around. But nobody should want to lynch an innocent man either.

Take a look at my art project. It's at http://WheelQuestions.org

I put 1500 hours and $15,000 of my own money into a community project that made thousands of people happy. That doesn't prove anything, of course, I doesn't that say that you're basically determined to see me as creepy regardless of the facts?

And once you've taken leave of the facts, isn't that a kind of insanity?

-Johnny

Replies frozen

cystennin
February 4 2010, 16:60:50 UTC

Much like Johnny preys on the weaker.

Replies frozen

turil
February 4 2010, 17:02:58 UTC

Yes. Just like that. The weak prey on the weaker. Plumtreeblossom and the rest of the Davis Square Snark community folks feel weak, and so they find oll better about themselves, rather than actually doing something positive to make themselves actually better.

It's a vicious cycle.

Replies frozen

cystennin
February 4 2010, 17:07:43 UTC

Or, it's possible Johnny has done unethical things to some of us in the past, and we feel others should be aware of him and his antics.

Replies frozen

turil
February 4 2010, 17:14:51 UTC

There's a HUGE difference between offering useful information, and bullying. HUGE.

Replies frozen

anyee
February 4 2010, 18:32:07 UTC

So huge a difference that only you can see it.

Replies frozen

arrowintwolakes
February 4 2010, 17:08:14 UTC

I find the dissemination of information about a potentially extremely harmful element to be a quite positive action. Knowledge is half the battle, as Soc

Replies frozen

turil
February 4 2010, 17:15:19 UTC

Do you see the difference between dissemination of information and bullying?

Replies frozen

arrowintwolakes
February 4 2010, 17:23:20 UTC

I *know* the difference, but I have not seen a difference here. merely posted the link with an excerpt. Members of the community well-acq with reactions. I consider bullying the spreading of lies with the intent of diminishing someone socially or using force, physical or institutional cited here are well-founded, and I haven't yet seen someone say something of questionable veracity. The reactions and personal anecdote report. So I know the difference, but do not see it in this forum.

Replies frozen

lizzielizzie
February 4 2010, 20:51:53 UTC

*applause*

Thank you.
Replies frozen

turil
February 4 2010, 23:45:01 UTC

I consider bullying making fun of someone at their expense, to demean them, and elevate oneself, and it's pretty clear that there is son
Replies frozen

icecreamempress
February 5 2010, 00:37:07 UTC

And you come here and bully everyone with your sanctimonious 'I'M SO ENLIGHTENED' bullshit. What are you getting out of this?

GET OFF THE CROSS WE NEED THE WOOD
Replies frozen

bombardiette
February 5 2010, 01:58:32 UTC Edited: February 5 2010, 01:59:02 UTC

May I steal this phrase from you and use it in every meeting I'm forced to suffer through from now until eternity? Please??

**ETA:** You DON'T want to know what she is getting out of this, I'm sure.
Replies frozen

icecreamempress
February 5 2010, 17:48:10 UTC

Yes, of course! I got it from the absolutely awesome custodian at my old high school, Mr. Mikneitis.
Replies frozen

ron_newman
February 5 2010, 18:31:47 UTC

I was thinking maybe it was a line from Life of Brian, but probably not.
Replies frozen

keithus
February 5 2010, 18:38:26 UTC

What is it like over in backwards land? What do farts smell like over there?
Replies frozen

ron_newman
February 4 2010, 16:14:38 UTC Edited: February 4 2010, 15:34:00 UTC

I guess one of us should tell the *Journal* reporter that this is the same guy who had the 'wheel' art installation in Davis and Harvard Squares (and, earlier, on Elm Street).

Edit: In fact, the same reporter wrote Wheel Answers gets one last spin this weekend, last April, but somehow didn't connect the dots this week.
Replies frozen

cystennin
February 5 2010, 13:35:37 UTC

Even better- multiple comments in that old Wheel article linking to the arrest report are being deleted immediately.
Replies frozen

ron_newman
February 5 2010, 14:11:50 UTC

I see one there now, as well as a reference to the Harvard Law Record article.

Meanwhile, they've changed the headline of this week's article to "Somerville Police bust Question Wheel creator's underage drinking party". However, there is no r

My e-mail to the Journal prompted this blog entry: Will I be arrested? Guess the wheel didn't answer that one.
Replies frozen

cystennin
February 5 2010, 14:13:45 UTC

Yep, I see that one there now- hopefully it sticks.
Replies frozen

make_you_laugh
February 5 2010, 21:59:26 UTC

**I was really expecting better**
Hi Ron,

I was really expecting better from you than this.

I have always found you to be a reasonable and intellectual person.

Look, if I'm found guilty of something, great.

But based on an allegation, why would you want to cause damage?

I've just put 1500 hours of my own time and $15,000 of my own money, over two years, into an art project that made thousands of people happy. And to answer your qu

If this doesn't make you smile and think, gee that Jon might be a good guy after all, then what you've got there is a mentality of wanting to believe whatever you want to l

That's how rumors get spun up into witch-hunts like this.

-Johnny
Replies frozen

bluesauce
February 4 2010, 16:33:50 UTC

Raise your hand if you're surprised that creepy Jonny acted like a creep, lied to the cops, and was trying to get kids liquored up.

No? Nobody? Me either.

Fuck. I'm just glad this piece of shit got caught. I hope they give it to him with both barrels.
Replies frozen

make_you_laugh
February 5 2010, 23:07:51 UTC

**You're being very violent**

Hi!

Out of all the comments posted here, yours is the most violent.

Has it even occurred to you that I might be innocent?

-Johnny

Replies frozen

bluesauce
February 6 2010, 08:39:05 UTC

**Re: You're being very violent**

Not at all, not in the slightest, Jon-boy. You're a scumbag, and everybody's known for years, and now the cops have caught you at it. I know what you did to your ro having sex under the threat of kicking them out of the house; I know what you did to a buddy of mine, threatening to kick him out unless he got his fiancee to fuck y to say anything that isn't shiningly positive about you. You're a miserable piece of shit and I just wish that the cops had caught you doing something indictable soon

Fuck you, you piece of shit.

Replies frozen

make_you_laugh
February 6 2010, 17:49:33 UTC

**You're not a very good liar**

Hi!

You're simply not a very good liar. Or maybe it's just that your friend's not a very good liar, and you're gullible.

Here's what happens sometimes with roommates:

ROOMMATES: Let us move in! We just need a chance!

ME: OK, you seem like good people. Here's $1,000 of spending money and I'll help you move your stuff out of your abusive parental situations.

(Three months later): ME: Where's the rent? Are you guys looking for jobs?

ROOMMATES: Oh fuck looking for jobs. We just need a chance!

ME: I think you guys should move out.

ROOMMATES: We don't like being told that we're fuck-ups. Now we hate you!

ME: Seriously, guys. Pay rent or go.

ROOMMATES: Now we can destroy you by making wild allegations! Yay! We're haters!

You've seen me fuck with people, eh? Have I been using people's names on the internet? I don't think so.

Isn't it true that you simply have no idea what's going on. It's also true that you can be sued for libel if you say wacked off stuff like it's fact.

-Johnny

Replies frozen

bluesauce
February 6 2010, 18:29:47 UTC

**Re: You're not a very good liar**

Yeah, actually, I saw you trying to trash people's reps. Good people. Now I know you're a narcissist, and spend all your time looking in the mirror so mayb you've done it.

Well I'm glad you finally learned the difference between libel and slander, Jon-boy. Now you just need to learn the truth between what you want to be true

Replies frozen

make_you_laugh
February 6 2010, 18:35:19 UTC

**Miraculously, another vague reference**

Hi!

Okay, show me the website where I've used someone's name to libel them.

But waaaaait a second! You can't! Because you're completely full of shit!

The fact of the matter is, I'm pretty well-balanced about people attacking me and doing rude shit.

I'll give you a hint: I'm not trying to convince you. It's enough for me just to point out how off-track you are so that the 90% of normal people will read y

-Johnny

Replies frozen

bluesauce
February 6 2010, 18:43:33 UTC

**Re: Miraculously, another vague reference**

Oh I could absolutely dig up the emails from the NELA mailing list where you smeared myself and Percival, but why would I make this easy on yo
it because she didn't want to go to a party with you. But You're so far down on my list of priorities that it's not even worth it.

As for the 90% of normal people, do you even know what normal people look like? I thought you focused on impressionable jailbait, not normal a

Replies frozen

ron_newman
February 4 2010, 16:47:49 UTC Edited: February 4 2010, 16:48:08 UTC

From his Wheel Questions Blog, posted last Wednesday:

> I'm holding a party Friday in the Boston area. RSVP to johnny@wheelquestions.org and say a little about yourself for the location.

He posted another blog entry on Sunday, so either the jail has wi-fi, or he's already out on bail.

Replies frozen Expand

craigindaville
February 4 2010, 17:49:08 UTC

"...say a little about yourself..."? Like what- age and cup size?

Replies frozen

thetathx1138
February 4 2010, 20:15:28 UTC

Well, he couldn't go with A/S/L.

Replies frozen

ooschwar
February 4 2010, 17:38:54 UTC

I think the community should impose a moratorium on more Johnmon comments.

He might need a jury...

Replies frozen

arrowintwolakes

February 4 2010, 17:56:10 UTC

Heyyo!

Replies frozen

serious_noir

February 4 2010, 18:57:56 UTC

**Who + How?**

Who is this person and how did he manage to build up such rancor? I did see the wheel thing and thought it was pretty weak but so many of the comments are WAY beyond

Replies frozen

*Deleted comment*

make_you_laugh

February 5 2010, 22:03:10 UTC

**What you've just said is false**

Hi!

Actually, this is completely false.

One complaint was lodged, and it was overturned. No investigation or charges were filed. I was completely cleared and the MIT Match-Up ran for a 2nd year and is i

Shame on you for propagating such hate. Look, when you don't know what you're talking about, you just shouldn't talk.

-Johnny

Replies frozen

firstfrost

February 4 2010, 19:13:44 UTC

**Re: Who + How?**

He's 41, and he's been here off and on since he was a freshman. People have had a lot of opportunities to interact with him over those years. When those interactions i accounts, harassment, advertising kinky parties to students, and so on... some people you just stop giving the benefit of the doubt to.

Replies frozen

make_you_laugh

February 5 2010, 22:06:35 UTC

**What you've just said is illegal**

Hi!

Wow! Restraining order violations and harassment!

You have clearly had a very creative day in the fictional accusations department.

Let's face it. You're a little insane with rage against me and making up fictions. That's pretty childish. You should be ashamed of yourself.

I'll explain how gossip works. It's just no fun if it's not juicy. An awkward encounter becomes "harassment" the way the story is told. Then you turn it into rape or wha

It's not reality. You should be ashamed. And I could sue you for saying it, too.

-Johnny

Replies frozen

firstfrost

February 5 2010, 22:38:46 UTC

**Re: What you've just said is illegal**

*You're a little insane with rage against me*
Well done. You have succeeded in making me laugh.

Replies frozen

ron_newman
February 4 2010, 19:39:19 UTC

**Re: Who + How?**

This is the incident that cnoocy refers to.

Replies frozen

make_you_laugh
February 5 2010, 22:09:24 UTC

**What you've just said is inaccurate**

Hi

Those would be "allegations" not incidents.

The truth of the matter is this. Look, back in 2003 people were really scared of online dating. The internet was still somewhat new. That's especially true in the high-

There was a lot of smoke but no fire. There were never any charges, not because I was guilty, but because it was obvious that I was innocent. The conversation we

RAVING HARVARD GIRL: "look! Jon's emails!"

POLICE: "Um, this isn't harassment."

RAVING GIRL: "Well, I'll go to the newspapers anyway!"

LJ COMMUNITY: "Let's form a witch hunt! We're losers!"

It's really sad. It's sadder to know that ultimately, reason will not prevail. People with overblown emotions can't emotionally handle saying "yes, sorry", they will basic

Ron, I always thought that you more than anyone were in the 'rational' column. :(

-Johnny

Replies frozen

L_n2353
February 6 2010, 19:47:02 UTC

**Re: What you've just said is inaccurate**

If that is your view of that situation, you should be locked away from society.
You harass people, get called out on it, then say you didn't do it because you weren't arrested?

You created a whole dating website to lure women, then emailed them when they didn't want to be contacted by you, and got busted.

Replies frozen

make_you_laugh
February 6 2010, 20:16:06 UTC

**That is a lie**

Hi

Wow! So even though I was cleared of harrassment, you insist that I've harrassed people. That's insane.

-Johnny

Replies frozen

mrpet
February 4 2010, 20:07:51 UTC

**Re: Who + How?**

He was also a "member" of an age limited group where he was clearly over age and lied about it to get access to young members of the BDSM community. I ran that gro actions there were crude and offensive to the point of being banned. Not only does he target young women, he is public in his scorn of those that are even the slightest for his "Midnight Seduction" game that he ran to score more dates in the way to young category.

Replies frozen

thetathx1138

February 4 2010, 20:17:11 UTC

**Re: Who + How?**

The short answer is, I have never met this man, but I have met about fifteen people who HAVE met this man.

One of them thinks he's an OK guy.

The rest basically describe him as a creepy, abusive chickenhawk. Now, whether he actually IS a creepy, abusive chickenhawk, I have no first-hand knowledge. But four detailed Encyclopedia Dramatica page...yeah.

Replies frozen

balsamicdragon

February 4 2010, 19:23:48 UTC

**Re: Turil's comments**

So, lemme see if I have this straight:

You said: "When I was 17 I had a boyfriend who was 24. And I had the opportunity to drink alcohol and smoke pot (though I didn't, because I didn't want to). . . . Thankfully I a

and then you said: "If my children felt that hanging around with older guys who offer them alcohol is their best option, then I'm seriously being a shitty parent and I need help.

If you can't keep your logic straight between two responses to the same post, I would seriously reconsider your position.

Replies frozen Expand

ratatosk

February 5 2010, 02:33:33 UTC

**Re: Turil's comments**

At the risk of getting the internet all over me (owwi), I'm intrigued enough to take a stab at this one, because there is something really weird about it to my ears. Let's se

I think in the first statement turil was focusing more on the nature of teenagers and childhood, and questioning how we deal with age. The second was more specific 24, and while I might have missed something in that gigantic thread, I don't read turil's comments as saying he was offering these teenagers anything in any sort of resp Comparing jonmon to her boyfriend from years ago surely makes no sense to her, and it probably shouldn't -- jonmon has a long history of being a very special case, a experiences.

My initial impression -- and I admit I have not been reading all the comments on every entry in this community everywhere -- is that turil seems to have a lot of past histo would sound a lot more normal to davis_square readers if they were coming from nearly anyone else. Consider these in isolation and try to think of who else might belie

- We should try to see the good in others.
- Being mean is always bad.
- When people on the internet "pile on", it is always creepy to watch (especially if you've met them in person and they behaved differently then?).
- Jonmon is a tragic figure.
- When someone is reviled in their community, it's disingenuous to point solely to their economic status and other demographic factors when determining what their "stat only meaningful reference point).
- Our society makes childhood longer than it should, and that has various undesirable effects.
- Talking about teenagers (let alone children in general) and sex (or alcohol or drugs) is a conversational third rail in our culture, even for those of us who were recently

You can argue any of these points passionately either way, but none of them are particularly novel or unique to turil. Also I might be wrong about what everyone on all s stuff I skimmed, disclaimer, disclaimer, etc.. :P

Okay, I'm going to go wipe -- no, scrub -- the intOrnet from my hands and wait impatiently for the musical. No, seriously, I think it cries out for some sort of dramatization. turil should each write their own musical versions of it.

Replies frozen

ron_newman



February 5 2010, 03:31:56 UTC

**Re: Turli's comments**

Another point that turli made that would usually be non-controversial here: trying to keep kids away from alcohol until the age of 21 does not work and is probably c

Replies frozen

contradictacat
February 5 2010, 03:42:47 UTC

**Re: Turli's comments**

(also scared of this thread, but since there are actual points here instead of just freefloating WTF, I'll take a stab at it. Also, disclaimer, I have not read the latest crc

What I'm getting from your comment is that the main points and points of contention are broken into two camps:
A) Jonmon is being picked on ("We should try to see the good in others", "Being mean is always bad", "when people on the internet pile on", "Jonmon is a tragic figu
and B) Beliefs about childhood and maturity ("Our society makes childhood longer than it should", "Talking about teenagers and sex")

I think in this case Jonmon is so thoroughly reviled for his past behaviors (not just his activities with teenagers, but also his history with the 'dating service') that ever way, it's hard for people to feel any sympathy for him or attempt to see him as anything but a predatory, creepy old man.

And so A colors people's responses to B. If there had been an isolated, calm conversation about childhood and maturity levels and what teenagers should and sho
However, as it stands in that huge honkin' thread up there, it sounds like Turli is clinging to talking about B, but is not seeing how people's feelings about Jonmon ai
apologist for rape.

Admittedly, I still think she's crazy as a moonbat, but I think I can get a good enough glimpse of Planet Turli to figure out what she's getting at. A lot of the problem c
context. Saying that "the community" should stand back and let young people do what they want is one thing. Saying such in the context of "what they want" being s
(apparently copious quantities of) alcohol...AND this man is a known creep and has a social rap sheet as long as my arm of sexual harrassment and preying on you
Especially when the person saying it refuses to back down and insists that their way is the only way.

Replies frozen

laura47
February 5 2010, 22:51:09 UTC

**Re: Turli's comments**

*Admittedly, I still think she's crazy as a moonbat, but I think I can get a good enough glimpse of Planet Turli*

huh! someone else referred to her as crazy as a moonbat when discussing this off-LJ. Is this a standard moniker for her? I've never heard of moonbats before!

Replies frozen

feflo
February 5 2010, 23:50:11 UTC

**Re: Turli's comments**

Wading into this fascinating/scary thread only to reply to the "moonbat" usage question ...

I've only heard the term used by right-wingnuts when they refer to left/liberal types. For example it's used a lot in comments from the usual crankies that pi
it up on urbandictionary.com, "moonbat" apparently has a 2nd meaning, as being short for "barking moobat".

Replies frozen

nvidia99999
February 5 2010, 23:02:10 UTC

**Re: Turli's comments**

Look, it's simple, and no psychopathic rationalization bullsh1t can change this: IMO, a 40+ year old offers free booze and MJ to a bunch of minors for one and only

Replies frozen

diego001
February 4 2010, 20:22:27 UTC

Epic shrug. He got caught giving kids alcohol and being stupid, and now he'll face the might of the state power.

Replies frozen

genesayssitdown
February 4 2010, 22:51:26 UTC

GODDAMN I missed out on all of this and then posted it on b0st0n as if I was the first to hear about it. GODDAMN

Replies frozen

bombardiette
February 4 2010, 22:54:33 UTC

Slackah. It's even been up on davis_snark for like..everrrr...

Replies frozen

arrowintwolakes
February 5 2010, 00:47:52 UTC

This post has seriously made my day.

Replies frozen Expand

plumtreeblossom
February 5 2010, 01:15:28 UTC

Who knew? From a tiny acorn did a mighty oak growl

Replies frozen

_mattt
February 5 2010, 03:44:48 UTC

**What started with a simple Police Report...**

...blossomed into all this. Indeed who knew this was all connected?

The asinine and pretentious installation art in Davis and Harvard last spring?
The old urban legend around here of a guy at MIT who fabricated a dating service just to set women up with himself?
A guy too gross even for OkCupid!?
And now, some 41 year old lech busted for hosting an out of control underage drinking party?

It's all the same guy.

You win the Davis Square forum for 2010, plumtreeblossom. I seriously doubt anyone can beat this.

Replies frozen

shana_lyons
February 5 2010, 02:49:00 UTC

**Seriously.**

Vastly entertaining. It's almost as good as the one where the guy wanted to know if Davis was a good spot for his Hooters-For-Hair salon. Almost.

Replies frozen

arrowintwolakes
February 5 2010, 02:51:56 UTC

**Re: Seriously.**

You should have seen the response that got over at redsox.

Replies frozen

make_you_laugh
February 5 2010, 22:11:10 UTC

**Do you enjoy reveling in pain?**

Hi!

Why did it make your day?

Do you get happiness from seeing the pain of others?

Trust me, it doesn't make you any bigger. That's just an illusion. Your heart is misleading you.

Our hearts mislead us all the time. Like, wanting to eat a whole box of Oreo cookies or falling in love with the wrong person.

When your heart says, "Let's hate someone!" it is misleading you. You should be ashamed rather than advertising to everyone how you think.

-Johnny

Replies frozen

arrowintwolakes
February 5 2010, 22:30:05 UTC

**Re: Do you enjoy reveling in pain?**

Yep!

Replies frozen

qwrrty
February 6 2010, 00:12:46 UTC

**Re: Do you enjoy reveling in pain?**

*Our hearts mislead us all the time. Like, wanting to eat a whole box of Oreo cookies or falling in love with the wrong person.*

Man, that is so fucking Zen I could cry.

Replies frozen

zaarwin_devolve
February 5 2010, 04:43:05 UTC

This is post #270. Just curious, what's the record for most replies around here?

Replies frozen

ron_newman
February 5 2010, 05:06:40 UTC

I don't know, but we've now beaten what I think was the previous contender, the Hooters For Hair post.

Replies frozen

zaarwin_devolve
February 5 2010, 23:39:40 UTC

Epic. I'm still waiting for a NASCAR-themed bar.

Replies frozen

serious_noir
February 5 2010, 04:46:19 UTC

**Just curious: how many people here have first hand experience of this 'jonmom'?**

Haven't read all the comments and replies but enough to get a sense of things.

I'm curious - show of hands/posts: how many people commenting have any sort of actual first hand experience of this 'jonmon' person? That's as compared to "internet exper that encyclopedia dramatica entry (he sure has made some snarky enemies.

I have no experience of or opinion on this fellow - aside from having seen that 'art' thing he did - but so much of this heated back and forth begs the question: have any of th 'snark in the water' type behavior that is common here on DS?

Replies frozen

firstfrost

February 5 2010, 05:23:31 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

Yes, a number of the commenters know him. I know him. The commenter who said they'd known him for 10 years, the commenter who said a friend lived next door. At le people posting here.

I think it's kind of sweet that you assume it must be some sort of contagious internet meme, though. :)

Replies frozen

purgatori84

February 5 2010, 07:50:25 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

I had the misfortune of living with him for three months. Things were fine at first, and then he slowly got more and more creepy, hitting on me etc. He then passed the lin proceeded to regularly walk by my door naked, and try and speak with me naked. My request for him to put some pants on were ignored. He's a sketchball, and thinks p

Replies frozen

arrowintwolakes

February 5 2010, 08:06:15 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

Ha Ha, I was going to affect some sleazy response to that but then I clicked on your journal and you seemed hilarious.

So, uh, what's up? I promise I am not on any predatory list.

Replies frozen

purgatori84

February 6 2010, 03:14:56 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

Sleazy responses go in b0st0n :P But assuming you're not a predator...

Replies frozen

make_you_laugh
February 5 2010, 22:17:41 UTC

**That is a lie**

Hi!

Sometimes in life, two people see an event from different perspectives.

This is not one of those times.

Here's the reality of the situation. You're some anonymous troll who's never even met me.

-Johnny

Replies frozen

purgatori84
February 6 2010, 02:31:45 UTC

**Re: That is a lie**

Johnny,

I lived with you from January to March of 2009.
No anonymity, just what I experienced.

Victoria

Replies frozen

purgatori84
February 6 2010, 03:18:16 UTC

**Re: That is a lie**

PS: There was also the time you cut the utilities when you'd moved out and there were still people living in the house. That was awesome.

And no, just because one person in the house had not given you money does not mean you get to screw over the rest of us.

Replies frozen

make_you_laugh
February 6 2010, 18:54:53 UTC

**That is also a lie**

Hi!

Aha! I see that you are poking a little bit of the truth in there. I can see now that you are Victoria Quamme.

Look, Victoria, a lot of shit went down, and I'm sorry that you through a fit and refused to pay your utilities and destroyed some of my stuff. But if you want you're going to come out as the victor.

I know how this works. In your own mind, you don't want to take responsibility for your anger and mistakes. But of course deep down you know that you're asking for utilities for example -- you can either pay up or you can lash out in an attempt to set the world on fire.

It's pretty immature. Of course, you know that you don't have much of a story. Your story is basically, yea I refused to pay utilities, and when we (the comb electricity, and Johnny still owes that money to NSTAR. Then when I moved out, I broke some stuff, but you know, I figured he deserved it. Since then, Joh you bitch).

So because you don't have much of a story, you start to add things that turn you into the victor. Walking around the house naked? Hitting on you? You're but it's libel, and if you delete your comments, I will as well and we'll go back to ignoring each other.

-Johnny

Replies frozen

surrealestate
February 5 2010, 15:38:14 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

Unfortunately, a lot of people won't see this comment to respond, but I do know that a number of community members do in fact have first hand experience with him, incl including receiving some of the same emails quoted elsewhere, and in-person behavior I'm not going to detail.

Yeah, it's real.

Replies frozen

plumtreeblossom

February 5 2010, 16:07:29 UTC Edited: February 5 2010, 16:08:33 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

You may recall, he used to come to Theatre@First performances and try to give Midnight Seduction invitations to the young women in the audience and cast. He w

Replies frozen

icecreamempress

February 5 2010, 17:46 17 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

JESUS CHRIST WHAT WHAT WHAT

That is so incredibly inappropriate I don't even

Replies frozen

make_you_laugh

February 5 2010, 22:20:42 UTC

**That is a lie**

Hi Mare,

You clearly have no idea what you are talking about.

I think there is a serious problem here. What the hell?

Is it possible that you are taking, I don't know, my meeting one person perhaps -- I don't even recall -- and spinning it into this wonderful tale where you pluraliz make it fun you include "banned".

It's just so much bullshit that it would be sad if you weren't enjoying it so much. You should be ashamed.

-Johnny

Replies frozen

plumtreeblossom

February 5 2010, 23:08:40 UTC

**No, YOU are lying**

Oh bullshit. You tried to give invitations to numerous young ladies at the show who you didn't even know, and they were nauseated. And two of the girls h crew. You were even an agenda item at one of our Steering Committee meetings. Your smarmy invitation cards are not welcome at our functions.

Replies frozen

make_you_laugh

February 6 2010, 00:11:03 UTC

**So, you admit it**

Hi!

So, you admit it. Now you've gone from "shows" to simply one "show".

How long before you go from "numerous young ladies" to 2 or 3?

The fact is I was never contact by anyone with a complaint or any kind of ban. I actually attended last year and got a free ticket as a favor from your r loved the show and gave it a good review. You are clearly way out of the loop as to whether I'm loved or hated.

Look, why don't you stop with the don't-really-know and let this go. I've demonstrated already that you've blown this up out of proportion. And so what of? I'm sure some people don't approve of you either. But we live in a tolerant world and shame on you for suggesting that I was doing something une

-Johnny

Replies frozen

icecreamempress

February 5 2010, 17:45:54 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

I have only met him a couple of times, but I know someone who was harassed by him.

Also, are we not supposed to take news accounts seriously now?

Replies frozen

make_you_laugh

February 5 2010, 22:22:33 UTC

**That is a lie**

Hi there,

If someone was harassed by me, it should have been a police action.

Let me tell you this. There are a lot of people who cry "wolf!" because when they're unhappy, their instinct is to lash out. For some people, this involving physical vic

Shame on you for participating in what is essentially a witch hunt.

-Johnny

Replies frozen

serious_noir

February 5 2010, 18:26:35 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

Thanks for the replies/perspective. As I said, I have no experience of or opinion on this fellow so encountering this outpouring of strong viewpoints (to put it mildly) regar more 'internet-y'/high school.

As to taking news reports seriously - no, I certainly don't take them as the "truth" or necessarily the whole story, particularly anything in the Globe or in blogs(!). I suppos

Replies frozen

ron_newman

February 5 2010, 19:00:40 UTC Edited: February 5 2010, 19:04:47 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

Here are a few more news reports, from MIT's student newspaper *The Tech*.

Online Match-Up Service Gets Dates for Students - February 18, 2003. So far, so good, but then...

Matchup Participants File Many Complaints - April 18, 2003

A new student group had to take over the service from Monsarrat and pledge to respect privacy this time:

Harvard/MIT Matchup Service Will Keep Contacts Anonymous - February 3, 2004
Matchup Inspires Online Love - February 13, 2004

(Disclaimer: I used to write for *The Tech*, though that was 15 years before these articles.)

Replies frozen

make_you_laugh

February 5 2010, 22:24:18 UTC

**You missed the important article**

Hi Ron,

As I mentioned earlier, you missed the article that completely cleared me.

And I don't mean, I was charged and cleared. There *were* no charges.

Look, when someone says "I've been harassed by email", they'd better have some emails to show. The gal involved didn't have those emails, and she retracte

-Johnny

Replies frozen

icecreamempress

February 5 2010, 22:02:34 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

*As to taking news reports seriously - no, I certainly don't take them as the "truth" or necessarily the whole story, particularly anything in the Globe or in blogs(!)*

When I said "news reports" I meant "from news outlets" not random blog rumors.

I would find it hard to live if I required first-hand experience of everything and everyone before I made up my mind, but obviously you and I are different people.

Replies frozen

make_you_laugh

February 5 2010, 22:25:43 UTC

**First-hand experience**

Hi!

I think you are having some trouble distinguishing between 'allegations' and 'guilty'.

A newspaper article with an allegation and without a succeeding one that says "guilty" should make you think "oh, innocent".

You've done just the reverse here. You should be ashamed.

-Johnny

Replies frozen

srakkt

February 5 2010, 21:49:59 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

nothing personal, and not addressing your content, but simply as a point of order, it does not 'beg the question'.

it may indeed 'raise' a question, but that is not the same thing. Know your logical fallacies: http://begthequestion.info/

Replies frozen

make_you_laugh

February 5 2010, 22:15:28 UTC

**I can answer that**

Hi!

Here's a sample for you. In 2008-2009, I ran an art project called Wheel Questions, see http://WheelQuestions.org

It took 1500 unpaid hours of my own time and cost me an additional $15,000. During this time I received no funding.

Thousands of people asked a question and got a handwritten reply. People seem to love the project. I would guess that nearly 500,000 people saw the installation. I mu
The project moved forward with no problems or animosity.

And yet, with all this community service and good will that I've tried to build up, people can still call me a creep and confuse "allegations" with facts.

It's pretty sad. My advice to you is this. Those who say "let's put out a community warning" may be 'manipulating' you. They are pushing a button in an attempt to draw y

Can any level-headed person really see the dramatica article and think, "Oh that's reality?" Can't you see how that's clearly a hate site?

Basically the dramatica article proves it: I have an internet stalker, and he's managed to get a "lot" of clueless and gullible 3rd parties stoked up into a witch-hunt. That's

You should all be ashamed.

-Johnny

Replies frozen

awflof

February 6 2010, 05:50:45 UTC

**Re: I can answer that**

If you "really" had an internet stalker, by your logic, you'd go to the police.

Therefore, by your logic, you don't have an internet stalker, because nobody has ever been convicted of stalking you.

Replies frozen

make_you_laugh

February 6 2010, 18:30:26 UTC

**Now there's a geek mentality**

Hi Sheeri,

I've noticed something about computer geeks. They love to be little lawyers.

I guess it comes from a fondness for puzzle-solving.

I actually did take one internet stalker to court, or, to be more accurate, she backed down when I threatened to do so, so there was no need. I'm aware that on when the attacks are anonymous. But... people often aren't as smart as they think they are, with my two MIT degrees, I'm pretty good at identifying people, eve

Now let me ask you a question, Sheeri. What's it to you? And also, why did you assume that I've never taken a stalker to trial, instead of asking?

When you make rude assumptions, and then blab about it, that's not the geeky ideal of "seeking truth" that's just you being an ass.

Now, do you have the humility to admit it?

-Johnny

Replies frozen

laura47

February 5 2010, 23:00:34 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

*raises hand* oh this is so, so, so real, I promise. I wish I'd never met him!

Replies frozen

make_you_laugh

February 5 2010, 23:11:01 UTC

**That is a lie**

Hi Laura,

That is a lie. If I've ever done something that you wanted to go to the police for, why didn't you?

Isn't the truth that you habitually rage about strangers? You're always inventing stories where you are victim and all your life's problems are someone else's fault.

The truth is, if you are who I think you are, that geeky kid from MIT roleplaying, I've barely met you, and you are in the bottom 5% of people who have their emotion

When you say "this is so so real I promise" you lack credibility completely. You should be ashamed of yourself.

I can predict how you're going to respond. You have an opportunity to say, "ok, well I don't really know Johnny, sorry I went overboard there". But you won't. You wi Immediately think, "Wow! This gal is way over the edge!"

- Johnny

Replies frozen

laura47

February 5 2010, 23:36:14 UTC

**Re: That is a lie**

I... didn't say I needed to go to the police? What? That doesn't follow. And I seriously misread that as "habitually rape strangers", so I guess you made me laug

I was going to respond to your points, but you are telling me to be ashamed of myself! It is just so hilarious! Have fun trying to convince the internet you aren't

And the judge and/or jury too! We're all thinking of you!

Replies frozen

serious_noir

February 6 2010, 08:07:01 UTC

**Re: That is a lie**

H Laura, What is with the "habitually rape strangers" remark? Your replies to "Johnny" are not making much sense. Do you have a specific charge agains not indicated how or why. Your remark "Have fun trying to convince the internet you aren't horrible!" is really cowardly without follow-up. If you are going tc then you should show cause.

(or not - I don't really care and have no interests aside from the principle of fair play)

Replies frozen

visage

February 6 2010, 16:34:16 UTC

**Re: That is a lie**

Do you have any evidence to present that you're not a sock puppet?

Replies frozen

rax

February 5 2010, 23:48:21 UTC

**Re: That is a lie**

I doubt it's a lie that Laura wishes she had never met you.

Replies frozen

serious_noir

February 6 2010, 02:03:56 UTC

**Re: That is a lie**

I have no opinion here except to ask: do you know either of these people? I am assuming you don't know this 'jonmon' character. If you do know this 'Laur contributing here?

And if you don't know either of these people then what the fuck are you doing making comments at all? Cheers.

Replies frozen

rax

February 6 2010, 03:38:08 UTC

**Re: That is a lie**

A look at my user info will show that I know Laura; I've met Jonmon as well but would not say I know him.

I could ask the same question regarding comments of you. :) Unless the new thing to do in this thread is post asking people why they are making pos

Replies frozen

serious_noir

February 6 2010, 04:18:01 UTC

**Re: That is a lie**

Yes, why are YOU making these posts? Do you know anything? If so please speak up, as there is too much innuendo and internet snark for the have read through the comments and frankly it just seems like a snark cluster fuck. I'm not saying it is not warranted - maybe it is - but right now wanker.

Justify your snark.

Replies frozen

rax

February 6 2010, 04:21:57 UTC

**Re: That is a lie**

I prefer to Justify Mykel and Carli, thanks. Although that's a variant I hadn't heard before, thanks!

Replies frozen

serious_noir

February 6 2010, 08:13:12 UTC

**Re: That is a lie**

Huh...if that was an attempt at some sort of repartee well... FAIL

Replies frozen

rax

February 6 2010, 11:36:22 UTC

**Re: That is a lie**

It's a statement that at this point I am reasonably confident that you are a sock puppet, or at the very least someone not worth taki

Replies frozen

serious_noir

February 6 2010, 02:15:31 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

Please explain. I have no association at all with this 'jonmon' character but this whole thread seems mostly the worst kind of hearsay, innuendo and DS snark. No or person (and most "because they read it on the internets"). Did he actually DO anything to you or anyone you know? Is there any basis for all this vitriol? I ask becau - maybe this 'jonmon' pissed some people off at some point and those people rule the DS snark. I have no idea but the lack of any significant information (news, pe

Replies frozen

rax

February 6 2010, 04:16:47 UTC

**To take this seriously for a moment...**

A whole lot of people have said that there is basis for the vitriol, and described the basis; it's a fair decision to say "you are people I don't know, talking on the i to you, you have:

- this thread where purgatori04 talks about living with him
- this thread talking about giving out invitations to Midnight Seductions at Theatre@First performances; Jonmon disagrees with the extent to which this ha

- this thread where ron_newman links to a number of news articles

There are others in the overall thread but oh my god I am not going through that chaff at this point :)

There is actually a difficult community issue here, I think, in terms of how a community should deal with allegations of sexual assault or harassment. On the one the "innocent until proven guilty" ethos we have in our court system is valuable. On the other hand, victims of assault, harassment, &c. do not always want to p community we have a responsibility to protect our members from people who repeatedly behave in a predatory fashion.

The snark can get to be a bit much, but doesn't actually seem to be the real *issue* here; I think the real issue is "is it OK to warn people about someone else in like this, I try to keep it private, in order to avoid this sort of explosion; in this particular case, the cat is out of the bag and has eaten growing pills and is now in

Personally, both from the things I've seen publically (in this thread and elsewhere) and the things I've seen privately (which obviously I can't share, since they'r people avoid Jonmon is the best way I can think of to keep them safe. I would encourage my female friends, in particular, not to speak to him or to enter into ar especially lacking that private information; in disagreeing, though, I hope you keep in mind that it's not just "woo-woo" snark, this is something people have act

Replies frozen

serious_noir

February 6 2010, 04:51:40 UTC

**Re: To take this seriously for a moment...**

I read those links before and they are either hearsay, incomplete news reports or in the foremost link, a roommate account. None of which is conclusive of for that matter aside from that lame art thing) but the degree of 'blood in the water' snark sport that this DS clique is presenting is the reason I have poste Foolish people making judgments based on what they read in DS and then posting "me too's" when they have no direct experience or knowledge of what I

That may not be you and I'm sorry if you took my comments that way. Actually I don't disagree with public pillorying - there is a place for that - but from rea clique is doing the pillorying - and that is troublesome.

Replies frozen

contradictacat

February 6 2010, 06:03:42 UTC

**Re: To take this seriously for a moment...**

Out of curiosity, what would you find to be conclusive proof or evidence? After all, as he is so fond of stating, he has never formally been convicted o law.

For what it's worth, there are many, many more people who are not involved at all with the DSLJ who have also had personal first hand experience wi the head of a local LARP organization that he tried to pitch Midnight Seduction to, and another was someone who answered an ad for housemates ar housemates to participate in his "play parties".

But again, that's all second hand, so take from that what you will. But I am really wondering what you would accept as conclusive...anything, since the personal experiences of the members and the community at large.

Replies frozen

serious_noir

February 6 2010, 07:47:53 UTC

**Re: To take this seriously for a moment...**

I don't know right now what I would consider "conclusive proof or evidence." Do you know him? Is anything you have said based on your persona impressions and opnions are merely heresay and irrelevant. (Sorry - I know that's hard to hear. My clients are lawyers and some of their brusqu

The generalizing and snow-balling that occurs so easily in this type of medium (and the weird pleasure people seem to take in it) was what I was about this 'jon mom' follow but this sort of smashing and bashing goes on quite a bit here in this DS "community." It seems sort of a 'sport' for so am hesitant.

As to the specific "charges" - all the sex stuff - seems really sketchy. He may well be a creep - but people are making him out to be something fa people (i.e. being a creep). There IS a law against giving them alcohol and if that is proven then he should face whatever the penalty is. The res

Replies frozen

surrealestate

February 6 2010, 15:20:48 UTC

**Re: To take this seriously for a moment...**

In fact, "this" has never happened before in this community. Maybe a tiny version of it that passed quickly, but not 500 comments worth and so easily dismiss.

Tell me, why exactly would all of these people, many of whom don't even know each other, make up experiences about the same guy? It doe you, most of us have LJs that are well-connected to our real life, real friends, real faces, real names, jobs, etc. You could be anybody at all just made shit up. I, otoh, would have plenty of fall-out to deal with if I did such a thing.

Why you feel the need to tell women who were sexually harassed by this guy that they're full of it, I don't know, but way to blame the victims.

Again, do you think mrpet, the roommate, laura47, me, and the various other people who've said yes, we know him and have experience wi people who are relaying stories from people not in this comm are making it up? Why?

Since this thread began, several of my LJ friends have posted in their own journals about their experiences with him, but they're not going t anything to prove to you, and/or they have no interest in rehashing an unpleasant experience in a public space.

I'm going to generously assume that if you did actually know any of us (and no, we don't all know each other), you'd take it a lot more seriou

Replies frozen

make_you_laugh

February 6 2010, 19:45:22 UTC

**I can answer that**

Hi

I can answer that. Socrates said that the person who is the most good is good even though hated widely. And the person who is the m knew about character assassination.

When the original accusation was made in 2003, the person who did it didn't just go to the newspapers. She also started an email war. stunned and I figured it would die down, which it did. Unfortunately, thanks to Google, I guess nothing will ever die down again, and the

You actually said it in your post. "When this many people believe something it must be true." Oh really? A billion people believe that Je people believed that Iraq had weapons of mass destruction, or that Obama was a muslim.

When you say, "When this many people believe something it must be true", that's exactly how something like this rolls out of control. B just nasty, have said terrible things about me, that it's become kind of a loose 'fact' when the truth is that there's nothing there at all.

Even when I do a big community project, like Wheel Questions, it doesn't seem to make a dent. Take a look at my website, http://Whee $15,000 of my own money into a project where I answered 8,000 questions about life. It was wonderful. You would think that if we're go system -- that I would get a bunch of kudos for this.

And for other cool things I do, like WeirdBostonEvents.org and so forth. I've done so many cool community things in my lifetime. Don't to slam me around.

-Johnny

Replies frozen

surrealestate

February 6 2010, 23:00:11 UTC

**Thank You**

*You actually said it in your post. "When this many people believe something it must be true."*

I never said that, which is clear since my text is right up there. Your wild re-writes of reality are impressive in their way.

But thank you for responding, despite the fact that your response did not address a single thing I actually said. Before you started take on faith the kind of person you are, but thanks to all these comments, they have been able to confirm for themselves through Thanks!

Replies frozen New comment

kolkvag

February 6 2010, 09:11:51 UTC Edited: February 6 2010, 11:54:12 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

I have met and interacted with JonMon. We were active members of the MIT Assassins' Guild for overlapping periods of time, and played in a number of the same game his behavior as a player sufficiently socially inappropriate that I started avoiding events he was associated with, and would have advised anyone female who inquired to

him that I know of only second hand. (For instance, I did not sign up for the matchmaking scheme that went awry, but knew a number of people who did. EDIT: A number who signed up had him included on their match list.)

That was a long time ago. I would like to think that he has had plenty of time since then to grow up. My impression, however, from things ranging from comments from fri this thread lead me to believe he has at best become a bit more sophisticated in his methods.

For a small, immediate example, attempting to slam Laura47 as "that geeky kid from MIT roleplaying" when he has a long history as a roleplayer and gamewriter strikes i

Replies frozen

make_you_laugh

February 6 2010, 20:24:48 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

Hi!

Wow! It sure takes guts to anonymous spread hate in this fashion.

Oh wait, it doesn't.

Isn't it true that awkwardness surrounds you like a blanket, as it does with laura47. You find everything awkward all the time.

You're also wrong about the idea that "every female who signed up had him included on their match list". It's just false. You must have quite a bee in your bonnet to

I'm sorry to repeat it, but I guess you are just not listening. I was completely cleared in the matchup of any wrongdoing. I ran the service for a 2nd year with no probl and running today at http://theMatchUp.net

It's evil to spread false information in this manner. You should be ashamed.

-Johnny

Replies frozen

rigel

February 6 2010, 10:15:44 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

I met him somewhere around 10 - 13 years ago while engaging in a hobby he and I (and a bunch of other people on this thread) enjoy. Generally speaking he was polit respond appropriately to multiple gentle but firm refusals. I was 19 or 20 at the time, and he would have been . . . 28? As I dated someone ~8 years older than me aroun

I've run into him a handful of times over the years, and while he's given me a stranger and stranger vibe personally, he's never acted obviously untoward in my direction

I have fairly close friend not on this community who has mentioned being an attendee of his Midnight Seduction parties a while ago in the past. I *believe* he and his girlfri under 21. They never mentioned poor treatment by him, but I do believe they mentioned attending his parties in part because of the alcohol available to minors and the

Replies frozen

myselfthe liar

February 7 2010, 00:11:20 UTC

**Re: Just curious: how many people here have first hand experience of this 'jonmom'?**

I don't want to give any personal details, but yes, I have first hand experience. And yes, I can vouch that he is, at the least, unsavory.

Replies frozen New comment

nvidia99999

February 5 2010 16:22:01 UTC

**Man...**

I cannot go away for a couple of days that all the fun stuff happens!!

Replies frozen

Post a new comment 526 comments

2/4/13 davis_square: Todays Somerville Police Blog

previous [1] 2 next

Advertise

Abuse team

Follow us:

» View Full Sitemap

Copyright © 1999 LiveJournal, Inc. All rights reserved.

davis-square.livejournal.com/2101375.html#comments 87/87