2/4/13                                    davis_square: Today's Somerville Police Blog

Username: [_____]          Create an Account
Password: [_____] [Log in]    Forgot your login or password?
☐ Remember Me
English • Español • Deutsch • Русский

Home   Create an account   Explore   Shop   LJ Extras



plumtreeblossom ( Ω plumtreeblossom) wrote in ✦davis_square,
2010-02-04 08:50:00

# Today's Somerville Police Blog

*[excerpt]* Patrolman John Thermidor reported at least 25-30 teenagers in the apartment, as well as people on the stairs leading up to the second floor. He asked to talk to an adult, but there was no response from anyone.

A few minutes later, a man came down from the second floor and identified himself as Jonathan Monsarrat, 41, the resident and host of the party, according to the report. Thermidor told him to inform his guests that the party was over and they have to leave, but Monsarrat allegedly became argumentative and refused to comply. He assured Thermidor that there was no alcohol at the party. According to the report, the officer informed him that he had seen teenagers with beer bottles. *[/excerpt]*

Read on.....
http://www.wickedlocal.com/somerville/news/x1878079036/Somerville-Police-bust-underage-drinking-party-on-Summer-Street

**UPDATE: By decision of the Moderators on 2/6/2010, any further replies to this thread are permanently frozen/screened. The discussion has begun to distract from other community posts, which deserve equal attention. The Moderators' decision was not made in response to threats made to the community, but for the sake of keeping the community's conversational flow normal (500+ replies to one post is not normal). The original post and existing replies will remain as read-only.**

Tags: crime, ll community housekeeping, local characters, lol

---

Post a new comment                          526 comments

                              previous    1  [ 2 ]    next



Ω arrowintwolakes
February 5 2010, 18:49:58 UTC

Over 300 comments!!!

Case 1:17-cv-10356-PBS   Document 107-2   Filed 02/13/18   Page 2 of 135

2/4/13                                    davis_square: Today's Somerville Police Blog



Replies frozen



**Ω plumtreeblossom**
February 5 2010, 19:26:25 UTC

**Re: Over 300 comments!!!**
Yaaaaaaaaaay! Our first macro of the thread!
Replies frozen



**Ω make_you_laugh**
February 5 2010, 22:29:00 UTC

**Re: Over 300 comments!!!**
Hi!

I love this image.

I guess I would be the Spartans because there's just one of me and the rest of you are Persians attacking.

Like the Spartans, I already know that I will die.

Here's how this conversation is going to go.

JOHNNY: "Guys, what's with all the hysteria and accusations? What happened to innocent before proven guilty? What's with all the witch hunting?"

LJ COMMUNITY: "We live to destroy. We're unthinking and uncaring. We don't care who's wrong or who's right. We love to hate. We have chosen you, and it's been so long since we chosen you that our own hatred has become a reason for our own hatred."

-Johnny
Replies frozen



**Ω arrowintwolakes**
February 5 2010, 22:32:02 UTC

**Re: Over 300 comments!!!**
That's racist.
Replies frozen

**Ω en_ki**
February 5 2010, 22:51:13 UTC

davis-square.livejournal.com/2101375.html?page=2                                              2/11

davis_square: Today's Somerville Police Blog



Gee, Johnny, I read all the way to the bottom and it seems like you've replied to a lot of people, but you didn't reply to me, way up top, asking you to explain where all these allegations came from. It's weird how you'll only reply to the people who are already angry at you.

Replies frozen



Ω nvidia99999

February 5 2010, 23:03:51 UTC

**Perhaps because he is you...**

Just a wild guess...

Replies frozen



Ω brynndragon

February 6 2010, 01:42:51 UTC

**Re: Perhaps because he is you...**

Ω en_ki is sitting right next to me, and that would really explain the hand up his butt.

Replies frozen



Ω en_ki

February 6 2010, 02:04:48 UTC

**your credibility is undermined by your grotesque immorality**

"I breastfed [] my brother" —you, just now

Replies frozen



Ω maru_mari

February 6 2010, 01:51:52 UTC

**Re: Perhaps because he is you...**

I'm sitting next to him, too. ...the hand is mine.

Replies frozen



Ω brynndragon

February 6 2010, 01:55:43 UTC

**Re: Perhaps because he is you...**

Goddamn it, stop fisting him on my couch! I'm trying to play Rock Band!

Replies frozen



Ω maru_mari

February 6 2010, 04:51:48 UTC

**Re: Perhaps because he is you...**

lol @ more cowbell.

MORE COWBELL LESS FISTING KTHX

Replies frozen

davis_square: Today's Somerville Police Blog



**ocschwar**

February 6 2010, 02:39:10 UTC

**Re: Perhaps because he is you...**

No, no, no. He's me.

Replies frozen



**brynndragon**

February 6 2010, 01:55:43 UTC

**Re: Perhaps because he is you...**

Goddamn it, stop fisting him on my couch! I'm trying to play Rock Band!

Replies frozen



**maru_mari**

February 6 2010, 04:51:48 UTC

**Re: Perhaps because he is you...**

lol @ more cowbell.

MORE COWBELL LESS FISTING KTHX

Replies frozen



**ocschwar**

February 6 2010, 02:39:10 UTC

**Re: Perhaps because he is you...**

No, no, no. He's me.

Replies frozen



**amygdalate**

February 6 2010, 03:03:44 UTC

**Re: Perhaps because he is you...**

I am Spartacus En_Ki!

Replies frozen

**merle_**

February 6 2010, 16:25:37 UTC

**Re: Perhaps because he is you...**

Pfft. **en_ki** is just a bot I wrote back in the 90s. Comment to him that "Your mother wears army boots" and he will reply "What about your own mother wears army boots?". I've just been feeding the bot extensive treatises and random links (the bot doesn't handle HTML so just copies it; interpreting it is the next version) so that the posts look intelligent.

Replies frozen

**make_you_laugh**

February 5 2010, 23:23:45 UTC

2/4/13                                           davis_square: Today's Somerville Police Blog



**I actually may have...**

Hi!

I can't keep track but if you really care, I've told the entire story about ten times throughout the thread to various people. Here it is for the 11th time.

Before I begin, I ask you to put on your rational hat. You want to judge me, I deserve that much.

In 2003, I was accused of email harassment. The gal who did it brought some emails to the police. I was not charged, because there was nothing harassing about the emails. The gal was just wrong.

Have you ever had a breakup and had terrible things said about you? That's what it was like. Thank god the police told her to go away. But she didn't go away. She went to the newspapers.

Now, the thing has taken on a life of its own. Even though I was cleared, a lot of people will not only assume the worst, they *propagate* it. As a result, we have a kind of group think going on here. It's like with the Iraq war. All the world leaders and CIA were so sure that there were WMD's in Iraq that they all kind of supported each other.

By this time there are *so* many people who've heard unsubstantiated rumors that I'm a creep, that they don't really need any facts. They simply assume that if there are *so* many rumors, it must be true.

Take a look at my websites. One is http://WeirdBostonEvents.org where I've blogged for 4 years, unpaid, on fun events around town.

Another is http://WheelQuestions.org, where I spent 1500 unpaid hours and $15,000 of my own money over two years, because I thought it would be an adventure and help people. I answered 8,000 questions all by handwriting! And nearly 500,000 people saw the installation. I made thousands of people happy.

I have a lifetime of doing community service projects like this. I volunteered to play the MIT Beaver. I've helped out or run numerous students clubs and real world companies.

Unfortunately, the people who gossip don't see it, because it isn't in their nature to see it. The way that gossip works is this... it's no fun if it isn't juicy.

Let's say for example, that I have a roommate who is behind on her rent. After three months, she owes me $1800 and has to move out. I don't know if you've ever had to fire anyone?? But trust me the person being fired (or asked to move out, in this case) never says "I'm sorry". They always invent some self-serving reason why they are the victim. I think it's just because, you know, I'm the guy saying all the time, where's the rent, where's the rent, right? Even if I do it delicately, I'm the one who's the messenger from reality. And reality is saying, "stop being so lazy and look for a job".

So then what I have is an angry ex-roommate with a chip on her shoulder. She knows that nothing illegal actually happened, so of course there's no police involvement. But can she anonymously post on the Internet? Sure! It's *so* easy to believe it. Here's how it works.

PEOPLE BELIEVE JON IS A CREEP + UNFOUNDED STORY = ASSUMPTION OF GUILT

Then the assumption of guilt feeds into the original "creep" feeling. And it feeds on itself.

It's pretty awful. I mean, it's awful enough simply not being appreciated for the good stuff I've done, and having some of the bad turned from "a mistake" into "he's a creep".

But thanks to the Internet, flame wars like these cast a permanent stain on my reputation. I can't get a job, I can't meet people, it's affected my family, my friends, anyone I want to date.

It's very much like having an Internet stalker (and in fact I do have at least one that I know about).

Some of you get duped into thinking that you're "helping the community" by passing along a 'warning' to others. The real people at the base of this are the ones with so much rage that they just don't care and they're starting the flamewars. They're the ones pushing your buttons and getting you to do their bidding. They know if they say the right thing, they can draw you into helping them try to destroy me.

My advice is, don't get duped.

-Johnny

Replies frozen

O en_ki

davie_square: Today's Somerville Police Blog


February 6 2010, 02 20 18 UTC

Are you 41 years old?

Do you regularly run a party that you restrict to ages 18-29?

That's creepy.

Replies frozen

 O make_you_laugh
February 6 2010, 18:58:32 UTC

**That's so far from the truth it's beyond lie into land of dreams**

Hi!

That is a lie. I do not and never have run such parties.

Now let me ask you something. Do you habitually sprinkle hatred through your day? How is that any path to happiness?

It's funny, because the LJ community prides itself on being open-minded, but the reality is that you'd have fit right in with the Nazis. It's just that instead of hating Jews you're hating men who like to date younger women. I have bad news for you. There are a lot of people who date all ages and think whatever.

You think you're so liberal and rainbow friendly, but the truth is that you've got a lot of anger and prejudice.

-Johnny

Replies frozen

 O en_ki
February 6 2010, 20 26 03 UTC

OK, I'm Hitler, you got me.

Is this you?

Replies frozen

 O wayback2k
February 7 2010, 04:31:33 UTC

THE INTERNET!!!!

NAZI! Just completed my LJ bingo. What do I win?

Replies frozen

O make_you_laugh
February 5 2010, 23 26 56 UTC

**Here's the Complete Story from Johnny**

Hi! Here's a repost with a better title. :)

I can't keep track but if you really care, I've told the entire story about ten times throughout the thread to various people. Here it is for the 11th time.

Before I begin, I ask you to put on your rational hat. You want to judge me, I deserve that much.

In 2003, I was accused of email harassment. The gal who did it brought some emails to the police. I was not charged, because there was nothing harassing about the emails. The gal was just wrong.

Have you ever had a breakup and had terrible things said about you? That's what it was like. Thank god the police told her to go away. But she didn't go away. She went to the newspapers. Eventually she retracted her accusation *in print* with a different newspaper.

Now, the thing has taken on a life of its own. Even though I was cleared, a lot of people will not only assume the worst, they *propagate* it. As a result, we have a kind of group think going on here. It's like with the Iraq war. All the world leaders and CIA were so sure that there were WMD's in Iraq that they all kind of supported each other.

By this time there are *so* many people who've heard unsubstantiated rumors that I'm a creep, that they don't really need any facts. They simply assume that if there are *so* many rumors, it must be true.

Take a look at my websites. One is http://WeirdBostonEvents.org where I've blogged for 4 years, unpaid, on fun events around town.

Another is http://WheelQuestions.org, where I spent 1500 unpaid hours and $15,000 of my own money over two years, because I thought it would be an adventure and help people. I answered 8,000 questions all by handwriting! And nearly 500,000 people saw the installation. I made thousands of people happy.

I have a lifetime of doing community service projects like this. I volunteered to play the MIT Beaver. I've helped out or run numerous students clubs and real world companies.

Unfortunately, the people who gossip don't see it, because it isn't in their nature to see it. The way that gossip works is this... it's no fun if it isn't juicy.

Let's say for example, that I have a roommate who is behind on her rent. After three months, she owes me $1800 and has to move out. I don't know if you've ever had to fire anyone?? But trust me the person being fired (or asked to move out, in this case) never says "I'm sorry". They always invent some self-serving reason why they are the victim. I think it's just because, you know, I'm the guy saying all the time, where's the rent, where's the rent, right? Even if I do it delicately, I'm the one who's the messenger from reality. And reality is saying, "stop being so lazy and look for a job".

So then what I have is an angry ex-roommate with a chip on her shoulder. She knows that nothing illegal actually happened, so of course there's no police involvement. But can she anonymously post on the Internet? Sure! It's *so* easy to believe it. Here's how it works.

PEOPLE BELIEVE JON IS A CREEP + UNFOUNDED STORY = ASSUMPTION OF GUILT

Then the assumption of guilt feeds into the original "creep" feeling. And it feeds on itself.

It's pretty awful. I mean, it's awful enough simply not being appreciated for the good stuff I've done, and having some of the bad turned from "a mistake" into "he's a creep".

But thanks to the Internet, flame wars like these cast a permanent stain on my reputation. I can't get a job, I can't meet people, it's affected my family, my friends, anyone I want to date.

It's very much like having an Internet stalker (and in fact I do have at least one that I know about).

Some of you get duped into thinking that you're "helping the community" by passing along a 'warning' to others. The real people at the base of this are the ones with so much rage that they just don't care and they're starting the flamewars. They're the ones pushing your buttons and getting you to do their bidding. They know if they say the right thing, they can draw you into helping them try to destroy me.

My advice is, don't get duped.

~Johnny

Replies frozen



Q druene

February 6 2010, 00:14:08 UTC

**Re: Here's the Complete Story from Johnny**

So the solution is to serve alcohol to minors? Clearly you're the victim here and we should all feel sorry for you.

Replies frozen



Q make_you_laugh

February 6 2010, 00:17:32 UTC

**Re: Here's the Complete Story from Johnny**

Hi!

I didn't say anything my story about that. Because it's an ongoing case, I can't comment.

I'm simply pointing that a large number of people making unsubstantiated and anonymous grumblings does not amount to a hill of beans, and anyone who thinks I was guilty back in 2003 even though I was cleared... is not being rational and needs to take a deep breath and do something else. Stop sitting at the computer. Call a friend, get your mind off of it.

-Johnny

Replies frozen



**Q en_ki**

February 6 2010, 02:01:12 UTC

Hey, look up above. I think we've been found out.

Replies frozen



**Q derspatchel**

February 6 2010, 19:23:43 UTC

**Re: Here's the Complete Story from Johnny**

Keep on pasting this!

Maybe you'll get a pity fuck!

Replies frozen



**Q kphi**

February 6 2010, 19:38:52 UTC

**Re: Here's the Complete Story from Johnny**

He just doesn't get it. See, most people who are decent, non-scumbags, do not have to explain away their numerous instances of lecherousness. A decent person could possibly have ONE instance where their behavior is misconstrued. A decent person would have good friends back them up that indeed, they did nothing wrong. What we have here, is not that. What we have here is a person who repeatedly acts in an unbecoming manner, and when confronted by his behavior either lies about it, blames the victim, or even more bizarely claims that because there is no law against it, it is OK to do it. There's no law against a lot of horrible social behavior. THAT DOES NOT MEAN SAID BEHAVIOR IS SOCIALLY ACCEPTABLE.

He's like a birther - he's got an answer for every situation and story. He just doesn't understand the bigger picture, of what his actions look like on a wide scale.

Replies frozen



**Q ifotismeni**

February 7 2010, 03:13:08 UTC

**Re: Over 300 comments!!!**

this greek approves of your screamtastic macro

Replies frozen



**Q nightspore**

February 6 2010, 05:16:28 UTC

WTF? A bunch of people here claiming to be me?

davis_square: Today's Somerville Police Blog

Replies frozen



**Ω rumpleteasah**

February 6 2010, 16:50:55 UTC

To this DAY I am sickened with myself for not reporting him to the police when he told me he was taking his 17 year old "friend" to New York to meet a guy.

They asked me to lie to her mother for her. I declined. I then left the house. I should have done something.

Replies frozen



**Ω make_you_laugh**

February 6 2010, 20:55:16 UTC

**I guess you're a liar now...**

Hi Julie,

Not only is this not true, there's not even a grounding in reality. I actually can't think of anything real that you could have drawn this from, even through exaggerations.

Let's face it. When you moved out, you owed me over $3,000. You made continual promises to pay, but were unable to, I guess you just didn't have the heart to job hunt. I know how this story goes. Look, sooner or later, I need to ask you for rent. I can't just let it slide forever.

But when I ask you for rent, what you're hearing is Reality knocking on your door. It was hardly my fault that you were breaking promises and drifting through life. But it was me bringing it to your attention, putting it in your face so to speak. So you had two choices, you could either own up, and apologize, or you could construct a story that made me the badguy.

It's been harmless until now, but since you're posting shit about me online, it's no longer harmless. I suggest a truce. Take down your comments about me and I will do the same. I've never used your financial situation as an excuse for lashing out at you and I've never gossiped about you behind your back. I wish you well, at least, I did wish you well until about a minute ago, but if we can go back to the truce it'll be cool.

~Johnny

Replies frozen



**Ω en_ki**

February 6 2010, 23:02:40 UTC

Johnny, there are a lot of people here who seem to have had bad experiences with you, and just telling them to shut up isn't going to change that. If you were such a good guy, it seems like there would be a much larger number of people who know from personal experience that you're a good guy, and those people would be willing to back up your side of the story; but that's not happening.

Instead, you seem to have about two defenders here, both of whom know nothing about you but object in general to the tenor of the discussion. Your own behavior here comes off more as wounded ego than anything else, and you haven't so far dared to submit your own post to the community explaining your own side of things in a consistent and coherent way: instead, you're just arguing back at each individual in any way you can, often with personal attacks.

Maybe your art installation really *does* define who you are. If it does, why not set aside the kinky party lifestyle for a while and just focus on that? If you go long enough without creeping people out (which it seems happens whether you intend it or not), it really *will* blow over; the problem is that, when stuff like this keeps happening, it becomes all people see of you.

Replies frozen



**Ω maru_mari**

February 6 2010, 17:10:32 UTC

*pant, pant, pant*

2/4/13                                              davis_square: Today's Somerville Police Blog

ALMOST. FIVE. HUNDRED...

NNNNNNNGHHHH

COMMENTS...!!!

Replies frozen

 February 8 2010, 17:37:32 UTC

teh dramaz. instant lulz
Replies frozen

 ☊ rumpleteasah
February 6 2010, 18:00:42 UTC

Also, SUCCESS! Over 500!
Replies frozen

 ☊ maru_mari
February 6 2010, 23:05:08 UTC

WOOOOOOHOOOOOO!!!!!! ^5s all around, guys!
Replies frozen

 ☊ make_you_laugh
February 6 2010, 21:03:40 UTC

**Violation of LiveJournal abuse policies**

LiveJournal's abuse policies are at http://www.livejournal.com/abuse/policy.bml

Under the section "Harassment", it says that "if a user makes a statement which encourages or incites others to harass another person in any way, access to that content will be disabled. This can also extend to entries in which harassment has not been explicitly called for, but is implied, at the discretion of the Abuse Prevention Team."

This is it. I'll give everyone here until Monday at 12pm to remove your comments from this board. At that point, I'm collecting every single one of them. I have already filed an abuse report with LiveJournal but won't call them until Monday at 12pm.

Replies frozen

 ☊ gothic_hamlet
February 8 2010, 22:25:54 UTC

**Re: Violation of LiveJournal abuse policies**

You seem to have an interesting opinion on what constitutes as "harassment" here. Posting an excerpt from a police blotter is not harassment. Posting links to news articles as warnings is not harassment. Posting first-hand, personal experiences is not harassment. The fact that you seem bent on claiming that all of the above evidence is - somehow- miraculously - untrue does not instantly make it a violation in terms.

But I forgot - you're just an innocent little lamb in all this, aren't you? Standing up to stones thrown by all those terrible, "geeky" people who owe you money.

Replies frozen

2/4/13                                                   davis_square: Today's Somerville Police Blog



Ω maru_mari

February 6 2010, 23:05:38 UTC

**Re: Violation of LiveJournal abuse policies**

Good luck with that.

Replies frozen



ΩJ_p2353

February 7 2010, 03:53:32 UTC    link   Collapse

**Re: Violation of LiveJournal abuse policies**

Butthurt!

Watch out, he wants this bahhleeted right now!

Replies frozen

Post a new comment                                      526 comments

                                         previous    1   [ 2 ]    next

---

LJ                      Help          Legal                 More            Change language:
About LiveJournal       Support       Terms of Service      Mobile version   [ English          ]
Site News               FAQs          Privacy Policy
Contact                 Tour          Copyright                              Current version: v.100.4
Advertise                             Abuse team
                                                                             Follow us:

» View Full Sitemap

Copyright © 1999 LiveJournal, Inc. All rights reserved.

2/4/13                            davis_snark Witch hunts are still alive and well!!!!!!!!!!!

# Exhibit 5

Username: [_____]          Create an Account
Password: [_____] [Log In]   Forgot your login or password?
☐ Remember Me
English • Español • Deutsch • Русский

Home   Create an account   Explore   Shop   LJ Extras



LADY AMY MACABRE: BUMSEX MUTANT DIVA ( ᙬ myselftheliar) wrote in ᙬ davis_snark,
2010-02-05 16:08:00

Mood:  taking crazy pills

# Witch hunts are still alive and well!!!!!!!!!!

Not to flog a dead post, but it appears dear overlord of awesome Jonmon himself has joined the party.

We are persecuting an innocent man. AN INNOCENT MAN.

We should all be ashamed, how dare we make assumptions of someone based on ~~facts~~ lies and ~~eyewitness accounts~~ slander.

Tags: the great jonmon dramabomb of 2010

---

Post a new comment                              88 comments



ᙬ spacegirlkate
February 5 2010, 21:10:46 UTC

Now *there* is the most accurate username in LJ history!
Reply



ᙬ myselftheliar
February 5 2010, 21:12:23 UTC

And when is your rocket launch, Kate?
Reply



ᙬ spacegirlkate
February 5 2010, 21:18:46 UTC

Next Thursday. Why?
Reply

ᙬ spacegirlkate
February 5 2010, 21:45:33 UTC

2/4/13                                     davis_snark Witch hunts are still alive and well!!!!!!!!!!

Oh! I think I get it now -- I meant his username, not yours. :P

Reply



**myselftheliar**

February 5 2010, 21:58:17 UTC

Ah splendid splendid.

Reply



**arrowintwolakes**

February 5 2010, 22:27:08 UTC

Yeah that's how I interpreted it too. To whit, I did laugh at his responses to me.

Reply



**thetathx1138**

February 5 2010, 21:19:14 UTC

He tried to pick a fight with me. I replied by mentioning what I've heard, which I assume he'd rather not have in a public forum.

Reply



**surrealestate**

February 5 2010, 21:49:31 UTC

I'd like to call your attention to this comment, where he links to two articles that he says demonstrate that he did nothing wrong, since he wasn't arrested or charged with anything.

And another one where he once again makes the argument that because nobody went to the police, then clearly nothing wrong happened.

Reply



**thetathx1138**

February 5 2010, 21:53:43 UTC

It says something that his standard for "right" is "I wasn't arrested!"

Reply



**derepatchel**

February 5 2010, 22:13:18 UTC

Anything's legal as long as you don't get caught arrested.

Awwwww yeah.

Reply



**spacegirlkate**

February 5 2010, 22:13:41 UTC

Except for when he *does* get arrested, and then it's still wrong to talk about it because he hasn't been convicted yet...

2/4/13                                                   davis_snark Witch hunts are still alive and well!!!!!!!!!!

Reply



**Ω surrealestate**
February 5 2010, 22:18:52 UTC

I'm wondering if he's going to respond to any of the actual first-hand and specific accounts. He's responded to one of my comments (which wasn't about him at all) in a completely nonsensical manner.

The whole "bully" thread is particularly disturbing, given that the actual *definition* of the word describes him pretty well but doesn't really seem to apply to the original post at all.

= To force one's way aggressively or by intimidation
= A blustering, quarrelsome, overbearing person who habitually badgers and intimidates smaller or weaker people

Reply



**Ω awfief**
February 6 2010, 04:38:12 UTC

You forgot "AND I SPEND LOTS OF TIME AND MONEY ON THE WHEEL QUESTIONS WHICH MAKE PEOPLE HAPPY". Um, really? Where's the "proof" that he makes people happy with it?

I forgot about that legal clause that says if you do an "art installation" and spend tons of money and time on it, when perhaps you should be trying to find a way to pay your bills (other than subletting your place and sleeping on the couch) and stop living off your credit cards....then anything you may have "allegedly" done wrong in the past doesn't count.

Reply



**Ω visage**
February 5 2010, 21:32:45 UTC

The best thing about it so far is watching him reply to people whose lj-handles he doesn't know, but who've known him for years or decades.

Reply   Expand



**Ω visage**
February 5 2010, 21:56:23 UTC

For example, there's this gem.

Reply



**Ω arrowintwolakes**
February 6 2010, 01:11:28 UTC

I have to say, you laid a beauty on him yourself.

Reply



**Ω visage**
February 6 2010, 17:00:22 UTC

*bows*

Reply

**Ω laura47**

2/4/13                                                        davis_snark Witch hunts are still alive and well!!!!!!!!!!!

 February 6 2010, 07:55:51 UTC

I love that part, especially when I realize it before he does

Reply

 O badhaiku

February 5 2010, 21:41:04 UTC

what's amazing is the sheer number of posts he's cranking out in such short order...it's not enough for him to speak his peace, he has to pick a fight with everyone on teh intertubes.

methinks the creepy old dude doth protest too much?

Reply    Expand

 O thefathx1138

February 5 2010, 21:58:24 UTC

Damage control. The guy owns a company and is not the sharpest blade when it comes to Internet Argument in the first place, so he's probably panicking. Part of the reason he was banned from a local fetish mailing list a friend of mine was on was he started complaining about being oppressed and insulted a moderator's mom, among other things.

If you haven't read the ED article, it's...memorable.

Reply

 O badhaiku

February 5 2010, 22:12:57 UTC

It's bad enough that he has an ED article in the first place.
That's the Internet's way of saying, "GTFO."

Reply

 O awfief

February 6 2010, 04:48:23 UTC

To be fair, he doesn't actually own a company any more. Excerpted from an e-mail to me dated Jan 3rd 2010:

As I may have told you, I certainly should have, I cashed out of Turbine
in May 2008. Turbine is the huge videogames company I founded in 1994. I
took a substantial hit to cash out "early"....

During the hibernation period in 2009, I tried my hand at being an
artist, running the Wheel Questions project in Harvard Square, see
http://WheelQuestions.org and also running a huge charity event, see
http://MonsterMerch.org. I was unable to get either to benefit me
financially, and right now I am semi-homeless... I'm crashing on my own sofa
and renting my room out, with permission from my other roommates.

My plan at the moment is to apply for grants for a Wheel Questions
project in 2010. Also, my blog on events in New England,
http://WeirdBostonEvents.org fetched $4,000 in paid sponsorships so I may
try to grow that. I'm also working on a Wheel Questions book.

------------------------------------------------

Case 1:17-cv-10356-PBS   Document 107-2   Filed 02/13/18   Page 16 of 135

davis_snark Witch hunts are still alive and well!!!!!!!!!!

*I'm crashing on my own sofa and renting my room out, with permission from my other roommates.*

I wonder if he has the permission of his landlord?

Reply



○ thetathx1138

February 6 2010. 14:51:36 UTC

That explains a lot, actually. I kept hearing about drama over at Turbine, but I wasn't sure what was going on.

Reply



○ ron_newman

February 6 2010, 10:55:31 UTC

But doesn't he own another company now called Hard Data Factory?

Reply



○ awflof

February 7 2010. 02:58:22 UTC

Yes. There was plenty of other information in the e-mail, but I am a stockholder in HDF and have signed an NDA, so I can't speak to that, nor can I send the rest of the mail. However, I can tell you that the company doesn't have tons of money, and is still an early startup with very little funding, so I wouldn't call it successful....but that wasn't a qualification at first, so yeah. He does still own a company.....but mostly it's just an idea.

Reply



○ clevernonsense

February 5 2010. 21:59:21 UTC

It looks like he's using some sort of form response for half of them.

ALSO: please note the new headline for the article that started it all:
http://www.wickedlocal.com/somerville/news/x1978079036/Somerville-Police-bust-underage-drinking-party-on-Summer-Street

Reply



○ bombardiette

February 5 2010, 22:32:05 UTC

The comments on the article are hilarious. And telling.

Reply



○ cystennin

February 5 2010, 23:13:11 UTC

And they're all cut-n'-paste jobs. Half of them with plugs for his wheel! The man is a marketing genius.

Reply

○ badhalku

February 5 2010, 23:24.32 UTC

2/4/13                                    davis_snark Witch hunts are still alive and well!!!!!!!!!!!



If by 'genius' you mean 'creepy, aging douche-weasel', then definitely. I'm more inclined to believe that he doesn't realize exactly how bad this makes him look, in his huge angsty rush to make everyone who's wrong on teh Intertubes understand.

I do notice that he invokes his attorney at lol relatively often.

Reply



Ꙩ systennin



Some artists work in clay. Some in paint. Some in creepy, aging douche-weaseliness.

Reply



Ꙩ awfief
February 6 2010, 04:39:51 UTC

In that, his creepy, aging douche-weaseliness art is pure genius.

"It's better than the Broadway musical Cats!"

Reply



Ꙩ ron_newman
February 5 2010, 21:44:24 UTC    link    Collapse

He posted this in response to me. Tell me, do you think the two MIT articles he linked make him look *good*?

Reply    Expand



Ꙩ bombardiette
February 5 2010, 22:14:40 UTC

I think he's shooting low and missing by a mile.

Reply    Expand



Ꙩ awfief
February 6 2010, 04:40:11 UTC

he's shooting *underage* and missing by a mile.

Reply



Ꙩ canongrrl
February 6 2010, 01:09:35 UTC

well i guess compared to the first article they could be considered marginally better...well no, no not really. Denial isn't just a river as they say

Reply



Ꙩ derspatchel
February 5 2010, 22:14:45 UTC

2/4/13                                    davis_snark Witch hunts are still alive and well !!!!!!!!!!!

Epic thread is *more* epic.

Ho-ly shit.

Reply



**bombardiette**
February 5 2010, 22:30:30 UTC

It may be one of the signs of the intranetzalypse.

Reply



**icecreamempress**
February 5 2010, 22:18:50 UTC

Oh, fuck him and his misogyny.

He is basically saying that nobody should pay any attention to women who have reported their problems with his behavior if he doesn't get arrested (because presumably some men will be involved in the process then and make things real).

Reply



**thetathx1138**
February 5 2010, 23:14:54 UTC

He said the Harvard student who accused him was "Raving Harvard Girl".

So I replied by giving him a link to "Schrodinger's Rapist".

Oh, let him reply to that. Just let him reply.

Reply



**badhaiku**
February 5 2010, 23:25:47 UTC

I love you. No seriously.
May I F-list you?
I HAVE NO FRIENDS.
I'M SO LONELY.

Reply



**thetathx1138**
February 5 2010, 23:30:45 UTC

Feel free, but it's mostly self-absorbing ranting. :-)

Reply



**badhaiku**
February 5 2010, 23:46:28 UTC

Who's doesn't have self-absorbing ranting?

Reply

2/4/13                                        davis_snark Witch hunts are still alive and well!!!!!!!!!!



**Ω hrafn**

February 6 2010, 02:03:37 UTC

I saw that, and I think I love you.

In a totally uncreepy, platonic, internetty sort of way. Of course.

But it was really really cool.

Reply



**Ω plumtreeblossom**

February 5 2010, 22:37:09 UTC

And through all of Jonmon's frothing and raging, he doesn't even take a moment out to thank his only friend and champion, Turil.

Ron, please don't ever baleet that thread. It is our community-wide, collaborative magnum opus. I want to always be able to go back and relive this magical time.

Reply



**Ω lizziellzzie**

February 5 2010, 22:49:52 UTC

A few comments got deleted, anyone know whose they were?

Reply



**Ω plumtreeblossom**

February 5 2010, 22:52:56 UTC

Somebody with a username starting with Och deleted his on the condition that Jonmon not ever give him reason not to repost. The notifications are all coming to my email inbox but I've had no choice but to read and delete.

Reply



**Ω arrowintwolakes**

February 5 2010, 22:54:57 UTC

It's pretty buried, but someone said that they'd withdraw their statements. I'm pretty sure that all the deleted comments belonged to this person.

Reply



**Ω plumtreeblossom**

February 5 2010, 22:56:07 UTC

Yes, that's who I meant.

Reply



**Ω plumtreeblossom**

February 5 2010, 23:22:38 UTC

Cnoocy has also now deleted.

8/15

2/4/13                                              davis_snark Witch hunts are still alive and well!!!!!!!!!!!

Reply



**Q cnoocy**

February 6 2010, 16:10:26 UTC

Yeah, I didn't like the fact that my glibness resulted in Jonmon having the moral high ground as far as accuracy went. There are plenty of other people in that thread who haven't gotten their damning information third-hand.

Reply



**Ω ocschwar**

February 6 2010, 00:01:06 UTC

That would be me. I didn't say anything of earth shattering importance in that comment.

Reply



**Ω lizzielizzie**

February 6 2010, 03:12:55 UTC

OK, I was just curious. Thanks. :)

Reply



**Ω hrafn**

February 6 2010, 02:06:13 UTC

Well, I had the brilliant idea (NO IT SEEMED LIKE A GOOD IDEA AT THE TIME REALLY) last night to track the thread and get comments emailed to me, and HOLY SHIT did my inbox explode today. With JonMon. D:

So, um, I could probably figure it out. Maybe.

Reply



**Ω lizzielizzie**

February 6 2010, 03:13.20 UTC

You poor poor thing....

Reply



**Ω clevernonsense**

February 6 2010, 17:09.42 UTC

hah, i did delete one comment i thought crossed the line and was more directed hypothetically to that turli person, but didnt want it miscontrued :)

Reply



**Ω laura47**

February 6 2010, 21:31:31 UTC

This needs a best of/faq/narrative with links, for serious. Don't want to send people to read the laaame threads.

2/4/13                                          davis_snark Witch hunts are still alive and well!!!!!!!!!!!

Also, god, sockpuppetry 101, at least have some *interests*. No entries, no friends, no interests, only member of comms likely to rag on jonmon?
Puh-leaze

Reply

 Ω rax

February / 2010  21:46.43 UTC

That's not a sockpuppet! You can tell because it posted something else irrelevant to the community right after! Oh, wait.

Reply

 Ω arrowintwojakes

February 5 2010, 23:13:39 UTC

Is anyone else reminded of a seedy British Parliament member in reading his responses or am I just crazy?

Reply

 Ω plumtreeblossom

February 5 2010, 23:29:06 UTC

When retelling his past, he keeps saying "in 2003 the internet was new."

NO IT WASN'T!

Probably he himself didn't get online until then.

Reply

 Ω derspatchel

February 6 2010, 00:24:26 UTC

Wait

what

when it was
what

# NO

Reply

 Ω plumtreeblossom

February 6 2010, 01:05:23 UTC

In many of his form letter replies (you can find them all over the thread), he says that way back in 2003 when the interwebz were a little
baby (his actual word was "new"), people were all scared of internet dating, and they thought it was creepy and thus over-reacted to his
emails.

Um, I was using internet dating sites in the mid-90s, when technology was such that you couldn't even post pictures. Oh, and Jonmon
claims to have invented the "away" message for chat.

Reply

2/4/13                                            davis_snark Witch hunts are still alive and well!!!!!!!!!!!



**Q visaqu**

February 6 2010, 01:21:32 UTC

Unless someone has a contradictory reference, I find it quite believable that he got zephyr's first "away message" program written by suggesting it. That presumably would have been in the late 80s; was there another IM protocol back then that *had* away messages?

Reply



**Q ron_newman**

February 7 2010, 05:55:42 UTC

Other than zephyr and IRC, were any other IM protocols even in use then?

Reply



**Q intuition_ist**

February 7 2010, 21:00:11 UTC

Gale was similar to Zephyr, except it was at Caltech. Not sure of the vintage.

Reply



**Q frotz**

February 8 2010, 00:39:55 UTC

Lots, probably, mostly also homegrown? Seems like everyplace with a heavily-used computing environment evolved something like it (mostly I suspect because write(1) sucks so much), and a zaway equivalent is a trivial leap past that.

...and I'd completely forgotten about BITnet Relay until just now. Eek.

Reply



**Q ron_newman**

February 6 2010, 01:26:12 UTC

Most folks outside of universities and military contractors would date the internet to somewhere between 1993 and 1995, when the DARPA Acceptable Use Policy went away and the Mosaic and Netscape web browsers came into widespread use.

Reply



**Q clevernonsense**

February 6 2010, 17:12:42 UTC

I often say '93, but that's more because that's when I started college :D

Reply



**Q clevernonsense**

February 6 2010, 17:11:28 UTC

he kinda reminds me of the patrick swayze character from Donnie Darko

Reply

2/4/13                                                        davis_snark Witch hunts are still alive and well!!!!!!!!!!!

 **0 myselftheliar**
February 6 2010, 21:53:42 UTC

Where's a schizo kid with some matches when we need him.
Reply

 **0 icecreamempress**
February 5 2010, 23:47:17 UTC

i can't read that thread anymore, but someone who can might want to respond to him, copying his posts in their response, in case he gets a case of delete-orrhea.
Reply

 **0 arrowintwolakes**
February 6 2010, 00:46:03 UTC

Yeah, I'm pretty done with it too. Not yet ashamed of myself, though.
Reply

 **0 lizzielizzie**
February 6 2010, 04:08:31 UTC

Hey, what happened to turli? At least she said some different things. All Jonmon says is WITCH HUNT and YOU SHOULD BE ASHAMED OF YOURSELF and BLAH BLAH BLAH LONG STORY ABOUT MY LIFE THAT NOBODY REALLY WANTS TO HEAR. Boooooooooooring.
Reply

 **0 myselftheliar**
February 6 2010, 05:39:44 UTC

**well jonmon wins**

because my username contains "liar". Too lazy to grab the comment, but its so amazing I had to repost via cut/paste.

*Hi!*

*Look, if I did something illegal, take it to the police. Don't post anonymously -- and without any specifics -- to livejournal with a username "liar".*

*Don't even play this? Don't "you" even play this. You're so filled with hatred, you are blind to the real world. You should be ashamed.*

*-Johnny*

Except I am not posting "anonymously". And yes, my username says LIAR so clearly that's what I must be.
Reply

 **0 thetathx1138**
February 6 2010, 15:24:11 UTC

**Re: well jonmon wins**

Almost as hilarious as his claim that because somebody said "show" in one comment and "shows" in another THEY MUST BE LYING.

Apparently he's broke, crashing on his own couch, and trying to get gubmint grants for his little art projects. Awwwww, Yelling Mike might soon have a little friend!

2/4/13                                        davis_snark Witch hunts are still alive and well!!!!!!!!!!!

Reply



Ω csbermack

February 6 2010, 19:29:06 UTC

http://community.livejournal.com/davis_square/2101375.html?thread=24837247

GODWIN. Jonmon loses!

Reply



Ω ron_newman

February 6 2010, 19:53:46 UTC

Aaack! You got here before I was about to post the same thing.

Reply



Ω cvstennin

February 6 2010, 20:17:33 UTC

Godwin aside, anyone loses when they can't even remember what goes on in their own living rooms.

Reply



Ω cvstennin

February 7 2010, 14:41:23 UTC

Jonmon has issued an ultimatum for deletion of the DS thread, and threatened to go to LJ Abuse. In the very unlikely event this succeeds in hiding news in the original post, I urge everyone to link to the Somerville Journal article in their own journals, Facebook pages, etc.

Reply



Ω firstfrost

February 7 2010, 15:54:00 UTC

The DS thread is set with "replies frozen" now, though new posts appear to work. I wonder if this is part of LJ Abuse investigating.

Reply



Ω surrealestate

February 7 2010, 15:57:30 UTC

No, it has nothing to do with that. The mods decided (before he made his silly threat) to put a halt on the post by freezing replies (which we can do) and screening of all new comments (which the OP has to do and we're waiting on that).

Reply



Ω firstfrost

February 7 2010, 16:01:10 UTC

Oh, interesting that those work differently. Thanks!

Reply

2/4/13                                      davis_snark Witch hunts are still alive and well!!!!!!!!!!



Ω ron_newman

February 7 2010, 18:26:20 UTC    Edited: February 7 2010, 18:26:55 UTC

I'm another of the moderators and will confirm what Ω surrealestate said above. She and Mare and I jointly decided on this
course of action at last night's Ball Square Bowling event, and I subsequently got the agreement of moderator Ω prunesnprisms
as well. Mare has now edited the post with an explanation and has turned on comment screening.

Reply

*Deleted comment*



Ω ron_newman

February 10 2010, 03:30:58 UTC

Very very NSFW photos. Where did they come from?

Reply



Ω adaptively

February 10 2010, 17:36:03 UTC

Nobody looks happy to be there. Not even Jonmon.

Huh.

Reply



Ω thetathx1138

February 11 2010, 02:03:30 UTC

I feel like this crosses the line into creeper territory myself, so I'm deleting the comment. To be honest, as a mod I'm just not comfortable with this
sitting here; some of the faces aren't blurred out and it's basically porn.

Reply

*Deleted comment*



Ω thetathx1138

February 11 2010, 03:20:32 UTC

No worries. :-)

Reply

Post a new comment                                              86 comments

| LJ | Help | Legal | More | Change language: |
|---|---|---|---|---|
| About LiveJournal | Support | Terms of Service | Mobile version | English |
| Site News | FAQs | Privacy Policy | | |
| Contact | Tour | Copyright | | Current version: v.100.4 |
| Advertise | | Abuse team | | |
| | | | | Follow us: |

» View Full Sitemap

davis_snark Witch hunts are still alive and well||||||||||||

Copyright © 1999 LiveJournal, Inc. All rights reserved.

# Exhibit 6

Username: [_____]    Create an Account
Password: [_____] [Log in]   Forgot your login or password?
☐ Remember Me
English • Español • Deutsch • Русский...

Home   Create an account   Explore   Shop   LJ Extras



The Event Horizon of Awful Things ( ☐ thetathx1138) wrote in ✦davis_snark,
2010-02-10 21:09:00

# Boring modly business: deleted comment

Hi, guys, not to add to the JonMon snowball, but I just deleted a comment with links to some pics on his profile over on FetLife that were pretty explicit. Also, apparently they're from the same photoset that he takes his icon picture from, because apparently he's an expert at finding a sleazier place to go.

This is because A) they were porn, and B) there were other people in them with their faces not removed. As we continue mocking this dramabomb, let's not forget that the target of our scorn is the 41-year-old, not the people he's sleeping with.

That said, I still can't believe that thing with his icon. Same background, same lighting, I think it might even be a crop. Ick. Ick ick ick ICK!

Tags: the great jonmon dramabomb of 2010

---

Post a new comment        61 comments



☐ sparkgrrl658
February 11 2010, 02:12:04 UTC

actually, I'd like to have that link so if I run into him in the clubs I attend/work at, or get a friend request from him on FL, I can run.

(somehow, when all this started, I really had not a clue who the hell this guy was/is.)
Reply



☐ thetathx1138
February 11 2010, 02:14:29 UTC

I just don't want to be responsible for some nineteen year old suddenly finding all her friends laughing at her naked picture with the creep. That's not fair to her. Just because she made a mistake and let some asshole take whack-off photos doesn't mean we should spread them.
Reply



☐ sparkgrrl658
February 11 2010, 02:15:29 UTC

i meant, actually, just send it to me, or something, since I'm not going to do anything with it.

outside of that, if you're 19 and you let someone take your naked photo, that shit is going to be on the internet possibly maybe and I do not feel bad for you.
Reply

 **thetathx1138**
February 11 2010, 02:15.42 UTC

Also, there's a photo on his ED entry. Imagine a stereotypical nerd without the charm.
Reply

 **sparkgrrl658**
February 11 2010, 02:18:16 UTC

ED?

sorry, my brain is barely functioning today for some reason :/
Reply

 **thetathx1138**
February 11 2010, 02:19:38 UTC

http://encyclopediadramatica.com/Jonmon

Reply

 **sparkgrrl658**
February 11 2010, 02:23:34 UTC

oh, right! now I can finally look at this page since I'm using a functioning laptop, and not one so out of date just about everything outside of gmail and twitter makes it crash >:|
Reply

 **contradictacat**
February 11 2010, 02:21:07 UTC

Enyclopedia Dramatica.
Reply

 **justless**
February 11 2010, 04:06:35 UTC

I still don't have a clue, but I haven't really been paying attention. I'll have to catch up at some point.
Reply

 **adaptively**
February 11 2010, 14:16.46 UTC

Guessing you're (a) male (b) over 25 (c) not Boston-local (d) not a social media user or (e) a smoker, 'cause otherwise you would've heard from him by now. Jonmon PM'd me on OKCupid a few years ago to tell me he doesn't like smokers.
Reply

**justless**


February 11 2010, 15:16:26 UTC

None of the above. Just busy.

Reply



Ω thetathx1138
February 11 2010, 15:18:31 UTC

Really? Just when I thought I couldn't dislike this asshole more.

Reply



Ω adaptively
February 11 2010, 17:16:07 UTC

It strengthened my resolve to NEVER QUIT. :D

Reply



Ω thetathx1138
February 11 2010, 17:21:39 UTC

It's strengthening my resolve to keep a pack of cigarettes around just to smoke around the guy if I ever meet him.

Reply



Ω icecreamempresa
February 17 2010, 21:19:27 UTC

Smoking! Repels mosquitos AND JonMon!

Reply



Ω wayback2k
February 11 2010, 02:13:46 UTC

**Mein Gott**

That looked like some senior high school picture compilation... Which I suppose is why he felt like he fit right in.

Hiyooo

Reply



Ω hrafn
February 11 2010, 03:17:50 UTC

Nice tag. (Yes, this is the first time I noticed it. DON'T HATE ME.)

Reply

Ω arrowintwojakes
February 11 2010, 03:22:33 UTC

It's the alliteration that makes it.

Reply

 **Ωthetathx1138**
February 11 2010, 03:31:57 UTC

Don't worry, you're not going crazy. I just added it. Seemed necessary. :-)

Reply

 **Ωhrafn**
February 11 2010, 14:00:15 UTC

It does make up for the lack of SNOWPOCALYPSE.

Reply

*Deleted comment*

 **Ωthetathx1138**
February 11 2010, 04:18:18 UTC

Yeah, I'm not trying to wipe the pictures from the 'Net. And I agree nude photos are a bad idea. I'm just worried about splash damage.

Reply

 **Ωrmd**
February 11 2010, 04:12:10 UTC

I would think if it was a link to fetlife, it would only be visible to folks with a fetlife login. or did they copy it over somewhere?

Reply   Expand

 **Ωthetathx1138**
February 11 2010, 04:16:57 UTC

It was copied over. Hence the bahleet.

Reply

 **Ωrmd**
February 11 2010, 04:28:01 UTC

very tacky! DO NOT WANT.

Reply

 **Ωron_newman**
February 11 2010, 04:18:55 UTC

Links were to photobucket.

Reply



**Ω sparkgrrl658**

February 11 2010, 07:10:15 UTC

not that it's particularly hard for anyone to sign up for FL or any other site if they really wanted to see or distribute them.

Reply



**Ω ron_newman**

February 11 2010, 04:34:47 UTC

Just wondering -- have you banned Ω make_you_laugh from this community, before he discovers it?

Reply



**Ω thetathx1138**

February 11 2010, 04:36:24 UTC

After the whole NVidia trolling incident, I never took down moderated membership. And he hasn't tried to get access. I'm keeping an eye on the newbies, though.

Reply



**Ω thetathx1138**

February 11 2010, 04:39:21 UTC

Although banning him anyway struck me as fun anyway. So he's not only never here, he will never be allowed here.

Reply



**Ω ron_newman**

February 11 2010, 04:44:01 UTC

Oops, I didn't realize this was a public entry rather than a friendslocked one, so maybe we should clobber this whole subthread.

Reply



**Ω thetathx1138**

February 11 2010, 04:45:42 UTC

Nah, fuck him. He's not welcome here, he never HAS been welcome here, and as long as I'm running the place, he never WILL be welcome here. End of story.

Reply



**Ω koshmom**

February 11 2010, 04:58:33 UTC

Note also that he might create a different persona and subscribe as them. For instance, I saw a comment, I believe in a newspaper (but I can't find it now) where someone responded to the comment with "Hi JonMon". Wish I could find that comment so I'd know the alias he was using.

Reply

**Ω ron_newman**

 February 11 2010, 05:12:36 UTC    Edited: February 11 2010, 05:15:47 UTC

That's on the original article which continues to slowly accumulate new comments. Johnny's name there is rstenton.

Also, ashgirl2010 links directly to an LJ comment that came in after we froze the original thread (and thus the comment is screened and hidden).

Reply

 ♤ rax

February 11 2010, 15:43:29 UTC

I think ♤ serious_noir is also him, although I have no proof beyond similarities in writing style and behavior that would line up with a sockpuppet. (Since it looks like people are putting together a list...)

Reply

 ♤ ron_newman

February 11 2010, 16:07:04 UTC

I don't think so, as ♤ serious_noir has posted about many unrelated topics in ♤ davis_square over the past few months.

Reply

 ♤ rax

February 11 2010, 16:56:34 UTC

I consider him intelligent enough to sockpuppet cleverly, but I could also just be paranoid. :)

Reply

 ♤ cvstennin

February 11 2010, 20:21:11 UTC

I dunno, none of the presumed-sockpuppets began their responses with "Hi!", and thus they are clearly not him.

Reply

 ♤ rax

February 11 2010, 20:24:43 UTC

Hah! Clearly.

Reply

 ♤ dominika_kretok

February 12 2010, 00:18:33 UTC

Are you saying that ashgirl2010 is JonMon? She accuses him of seducing a 13-year-old?!

Reply

♤ ron_newman

February 12 2010, 02:09:43 UTC



No, I didn't say anything like that and am confused by your reply.

Reply



**Ω dominika_krotok**

February 12 2010, 19:28:08 UTC

I am the one who is confused then. Apparently ashgirl2010 linked to a screened comment, which I can't see. So I was wondering of the relevance of that in the context of discussing sockpuppets. Of course it doesn't make sense that she would be a sockpuppet, given her allegation. But I don't know what the screened comment says. I assume that she can only

If she linked to a screen comment, it has to be one that she left, right? Anyway, if she wants to file a complaint, then it's really up to her. I don't think it would be useless for her to do so, but what do I know?

Reply



**Ω ron_newman**

February 12 2010  19:35:25 UTC

Sorry to cause confusion. Yes, this person left a 529th comment in the mega-thread, which remains screened because the OP and mods agreed not to accept any more comments there. She then, not realizing that the LJ comment was hidden, left a comment at the Somerville Journal article pointing to that LJ comment.

So ... rstenton is JonMon, while ashgirl2010 is another LJ user who deleted her journal about a half hour after posting her comment.

Reply



**Ω dominika_krotok**

February 12 2010, 19:42:20 UTC

Wow. This whole situation seems pretty intense. That's all I can say.

Reply



**Ω thetathx1138**

February 12 2010, 19:17:27 UTC

We've had quite a few new members over the last week or so, and I've kept a close eye on who they're friends with and how long their account has existed. So far, no sign of trouble.

Reply



**Ω hrafn**

February 11 2010, 12:26:20 UTC

Your a mean moderator. He just wants to have friends :( :( :(

*sheds a tear*

Reply

**Ω thetathx1138**

February 11 2010, 17:23:04 UTC



I am like all moderators: the pain and tears of the innocent bring me joy.

Reply



**Ω plumtreeblossom**

February 11 2010, 17:48:40 UTC

I consent to anyone here PMing me JonMon's FetLife username. I do have a now-seldom-used login there and one of his girl toadies used to post monumentally illiterate promos for the parties, but I don't think I've ever seen any of his usual handles there.

Reply



**Ω cystennin**

February 11 2010, 17:59:04 UTC

After the children's TV show "Johnny and the Sprites," I've taken to referring to his band of followers/enablers as The Sprites.

Usage: "Did you see the Sprites handing out Kink 101 fliers outside the convention?"

Reply



**Ω plumtreeblossom**

February 11 2010, 18:51:54 UTC

I wonder if there are/were any other males at those parties besides JonMon? The promos always said "gender balanced," but for all I know that might have meant "42 girlies to 1 Johnny."

Reply



**Ω cystennin**

February 11 2010, 18:53:52 UTC

From what I've heard, there are a handful of sleazy, even older men, sometimes from overseas. I don't want to know how they come to attend them.

Reply



**Ω plumtreeblossom**

February 11 2010, 19:18:48 UTC

Oh, I'm betting JonMon was charging the old guys a hefty fee to attend!

Reply



**Ω bombardiette**

February 11 2010, 20:42:03 UTC

It almost makes you wonder if some of the information culled by the ever vigilant DS Snarkers shouldn't be turned over to authorities to investigate possible child sexual exploitation...

Reply

**Ω plumtreeblossom**

February 11 2010, 22:36:43 UTC



It might not be a bad idea...

Reply



Ω **dominika_kretek**

February 12 2010, 00:17:18 UTC

Look, I dread, dread, dread getting involved in this in any way, but we have a commentor in the original thread claiming that they have personal knowledge of his committing a crime, that they knew of his arranging transport a 17-year-old across state lines for immoral purposes. Someone in the Wicked Local thread says they saw him seduce a 13-year-old. Those things should be investigated, either because they are true and need prosecuting, or because they are false and people shouldn't be libeling the guy.

Reply



🦋 **bombardlette**

February 12 2010, 01:57:48 UTC

Getting involved is part of what being in a neighborhood is about. Neighbors, whether they know each other or not, watch out for one another. If there is actual evidence that the party he was originally arrested for hosting minors at was, in fact, supposed to be of a sexual nature, that's a crime.

They were not, in spite of Ω **turll**'s statements, consenting adults by law. And 17 may be pushing it for some, but who knows how young some of those kids actually were?

I have a few friends in the SPD and I can pursue this without getting anyone involved by name. Just send me evidence (links, pics) here on LJ and I'll send it to my own e-mail and go from there.

Reply



Ω **rumpleteasah**

February 23 2010, 17:09:11 UTC

When I was living with him (Hey, I didn't know and had noplace to go at the time, don't judge me) he had me send out invites over myspace to a list of girls he chose. On that list were more than a handful of 16-18 year olds. Obviously I skipped THOSE, as I'm not about to support the creepy of hitting on people too young to VOTE let alone buy their own liquor. lok.

Reply



Ω **bluesauce**

February 12 2010, 00:10:32 UTC

Same, actually. Please, kthanks, etc.

Reply



Ω **plumtreeblossom**

February 12 2010, 15:59:19 UTC

Sent.

Reply

Ω **lost_ligeia**

January 12 2013, 09:07:26 UTC



Arriving way late to this party, but do you still have those photos/that username?

I have been doing part-time work for this guy helping him with his shitcrap blog for about two months, and then I uncovered all THIS last week. It's been overwhelming... And a little funny, too, if I'm honest. I think I almost ended up at one of his "kink" parties too, but a friend talked me out of it!

Reply



**Ω tenshikurai9**
February 14 2010, 06:33:11 UTC

Now I'm curious what the name is over at FetLife too. It'll give me a reason to log-in if someone contacts me with it too.

Reply



**Ω ron_newman**
February 12 2010, 19:37:37 UTC

JonMon is posting comments about himself in the third person here, as WheelQuestions. Several comments by other people have been removed.

Reply

Post a new comment                    61 comments

| LJ | Help | Legal | More | Change language: |
|---|---|---|---|---|
| About LiveJournal | Support | Terms of Service | Mobile version | English |
| Site News | FAQs | Privacy Policy | | Current version: v.100.4 |
| Contact | Tour | Copyright | | Follow us: |
| Advertise | | Abuse team | | |

» View Full Sitemap

Copyright © 1999 LiveJournal, Inc. All rights reserved.

2/4/13                                    davis_snark: Can't Stop This Crazy Train

# Exhibit 7

Username: [        ]          Create an Account
Password: [        ] Log in    Forgot your login or password?
☐ Remember Me              🔲 📧 🔲
English • Español • Deutsch • Русский...

Home   Create an account   Explore   Shop   LJ Extras



plumtreeblossom (Ω plumtreeblossom) wrote in ❄davis_snark,
2010-02-10 17:34:00

# Can't Stop This Crazy Train

I have no idea what this place is, but The JonMon & Turil Show is spreading on the interwebs:

http://www.journalfen.net/community/otf_wank/630958.html

A bunch of us appear in a rather merry digest.

Tags: the great jonmon dramabomb of 2010

---

Post a new comment                        29 comments



Ω thismightbejess
February 11 2010, 00:25:10 UTC

Wow, that community is really touchy. I realize that rape is NOT funny, but the discourse surrounding this entirely theoretical situation of potential rape *was* humorous... I'm just affronted that they have decided for me what is, and what is not funny.

I realize I am posting this to a community that routinely tells people that they are not funny.
Reply

Ω arrowintwolakes
February 11 2010, 00:39:21 UTC



That's not funny.
Reply



Ω bombardictte
February 11 2010, 01:02:56 UTC

There you go again, promoting unbelongingnessosity. SO not funny.
Reply



Ω arrowintwolakes
February 11 2010, 01:08:23 UTC

davis_snark: Can't Stop This Crazy Train

Unbelongingossisity is NEVER funny!
Reply



**bombardiette**

February 11 2010, 01:08:17 UTC

Tragically mis-spelling unbelongingnesaosity is a crime against grammar. Mis-spelling non-words is never, ever funny and you should be ashamed for hurting the word's feelings.

Reply



**arrowintwolakes**

February 11 2010, 01:09:08 UTC

That word consented to my misspelling! It doesn't matter how new it is!

Reply



**bombardiette**

February 11 2010, 01:12:00 UTC

Really? Did you ask it or just ply it with fancy vellum paper and expensive ink? Because I think that poor, non-word was just spellingly-raped by you. And it DOESN'T EVEN EXIST!!!

Reply



**arrowintwolakes**

February 11 2010, 01:15:00 UTC

There's no LAW and I was never ARRESTED. You should be ashamed of yourself.

Reply



**bombardiette**

February 11 2010, 01:19:41 UTC

Oh. Right. I forgot. You're "providing new words with opportunities to be free of puritanical spelling oppressors and form themselves however they like."

Even though you have to lure them in and get them intoxicated with expensive, wordy things to do so.

Least funny of all. In fact, now I'm offending myself!

Reply



**arrowintwolakes**

February 11 2010, 01:20:53 UTC

HI

...Ugggghghghg, (ctrl+A, del)

Reply

2/6

2/4/13

davis_snark: Can't Stop This Crazy Train



**0 bombardiette**
February 11 2010, 01:24:53 UTC

sporfle.
Reply



**0 sparkgrrl658**
February 11 2010, 02:07:40 UTC

I run into this a lot on multiple forums.

I realize that I'm much harder to offend than the average person, but despite that think I still have a decent handle on what counts as superomfgoffensive. If it's:
1. obviously cray-cray
2. not real
3. lacking any graphic detail

lulz can be had. if you're that easily triggered, I would advise staying off the internet, seriously.

seems like more people getting offended on some non-existant theoretical person's behalf. feh. also, 'fandom.' lol.
Reply



**0 ms_daisy_cutter**
February 12 2010, 02:16:34 UTC

It's JournalFen. The reaction is typical. At least the post wasn't made to Unfunnybusiness, which is ground zero hand-fluttering, pearl-clutching delicate blossoms who get triggered at phrases like "ham sandwich" and "dovetail joint." (And, in fact, a few people in there are whining that the post should have gone there.)
Reply



**0 bombardiette**
February 11 2010, 01:27:10 UTC

In other news, apparently 0 turil has also found all of this not funny. She has officially flounced LJ.

*normally I don't look. But it's a train wreck. I had to see.
Reply



**0 ron_newman**
February 11 2010, 01:37:30 UTC

I think she's only closing her personal journal, not leaving LJ entirely. From your link:

And I also might be found working in communities and forums and other open-to-the-public places, including here at the LiveJournal communities, on Reddit, Gaia.com, and some other places, usually under the name "Turil" or "thewiseturtle" or something similar.

Reply



**0 bombardiette**
February 11 2010, 01:44:30 UTC

I missed that. The way it read, she was being "driven out" by unfriendly forces.

3/6

2/4/13                                          davis_snark: Can't Stop This Crazy Train

I'm really in awe about the number of "anonymous" comments she seems to get though. And in the one post where she had like, 41, a lot of them sounded like someone trying to sound like people from DSLJ in the original horrorshow.

I'm inclined to believe that she really does troll herself.

Reply



**Ω ron_newman**

February 11 2010, 02:41:22 UTC

Well yes, there are 'unfriendly forces' commenting in her journal. She could get rid of them easily by turning off anonymous commenting and restricting comments to friends only. She won't do it.

Reply



**Ω bombardiette**

February 11 2010, 20:20:41 UTC

Because then she couldn't anonymously troll herself.

Reply



**Ω frotz**

February 12 2010, 15:25:51 UTC

She was actually also carrying on real conversations with people without |] accounts. (Her parents, notably, and also briefly lyonesse while the latter was banned.) It wasn't clear she actually valued their comments, but then again her reaction to *everybody's* comments was negative, so, uh... "a valued outlet for negativity", maybe?

(...and for talking to herself.)

Reply



**Ω plumtreeblossom**

February 12 2010, 15:55:25 UTC

I think to Turil, negative attention is better than no attention. The trolls at least give her human contact, hostile as it is.

I posted anon there (which was not anon at all -- she IP tracks and has LJ tools to know who almost every anon poster is). Back when I first discovered her journal, I felt it impossible not to try to reason with her. I think a lot of people started out that way, but reasoning gets you exactly nowhere with Turil, and things go south from there.

Reply



**Ω kpht**

February 11 2010, 03:36:52 UTC

why would anyone here hide in an anonymous commenting fashion on her journal, anyway? If I had something to say, I'd do it logged in, so would most other people, I'd assume...

Reply



**Ω bombardiette**

February 11 2010, 20:19:47 UTC

Exactly. I sure as hell would go in bold as brass to anyone I had something to say to.

2/4/13                                                       davis_snark: Can't Stop This Crazy Train

Reply



**ron_newman**
February 11 2010, 04:06:06 UTC

And nobody told us about this yet?

http://community.livejournal.com/sf_drama/2756955.html

(I can't remember where I found this link anymore -- maybe in a comment on turil's journal?)

Reply



**csbermack**
February 11 2010, 13:59:33 UTC

Oh sadface. It was a kink party; I had heard he was done with those. And now all of those Kink 101 classes all over the world are contaminated.

The discuss page on encyclopediadramatica has this:

[bostonmidnightseduction] Spontaneous party on Friday

From: bostonmidnightseduction@yahoogroups.com on behalf of Kink 101 Club of Boston (bostonseduction@gmail.com) Sent: Tue 1/26/10 9:18 PM
To: bostonmidnightseduction@yahoogroups.com

Hi!

A friend of mine wants a place to hold a party, so I'm calling a last-minute party this Friday at 10pm. With both our groups, it should be a big one. It's at a private home near Porter Square, Cambridge. We'll screen the party and gender balance as usual. RSVP for the location)

-Johnny

Reply



**hombardiette**
February 11 2010, 20:21:40 UTC

Oh Lord. Underage kink parties with Jon Mon...

'Scuse me. I need to go scrub down with brillo and bleach now.

Reply

move along,
nothing to
see here.

**amanmy**
February 11 2010, 18:00:00 UTC

You mean this crazy train?

we're goin down tuuu
in a luleelurah

 

"Crazy train" always makes me think of this.

2/4/13                                                    davis_snark: Can't Stop This Crazy Train



**Ɋ ms_daisy_cutter**

February 12 2010, 14:12:57 UTC

BTW, I found this comment of yours so inadvertently funny that I iconized it.



I don't know what that says about me.

Reply



**Ɋ plumtreeblossom**

February 12 2010, 15:30:42 UTC

Oh my god, I love it. Can I gank it? Will credit you.

(Per the comment, it got giggles in several meta-threads outside of the comm. I had to say "with his penis." It was Turil I was addressing. :-))

Reply



**Ɋ ms_daisy_cutter**

February 12 2010, 16:34:45 UTC

Yes, you may! :D

As for Ɋ turil... really, what is there to say that hasn't already been said? More batshit than in all of Carlsbad Caverns.

Reply

Post a new comment                                    29 comments

---

LJ
About LiveJournal
Site News
Contact
Advertise

Help
Support
FAQs
Tour

Legal
Terms of Service
Privacy Policy
Copyright
Abuse team

More
Mobile version

Change language:
[English    ▾]

Current version: v.100.4

Follow us:

» View Full Sitemap

Copyright © 1999 LiveJournal, Inc. All rights reserved.

2/4/13                         davis_snark Stop Picking on the Rapist/Con-Man, Demmit!

<span style="font-size:large">**Exhibit 8**</span>

Username: _____   Create an Account
Password: _____ [Log In]   Forgot your login or password?
☐ Remember Me
English • Español • Deutsch • Русский

Home   Create an account   Explore   Shop   LJ Extras



High Speed Low Drag ( 𝒪 **bombardiette**) wrote in ❄**davis_snark**,
2010-02-04 15:05:00

Mood:  OMFG entertained

# Stop Picking on the Rapist/Con-Man, Demmit!

Popcorn? Check
Cooler of beer? Check
Internet version of lawnchair? Check

Step right up! Gather round! See 𝒪 **turli** defend the indefensible!! You won't believe your eyes!!! Just when you think the intertubez doesn't have any more room left for another complete crackpot...❄**davis_square** commentary puts the world back in perspective and we can all breathe easier for one more day.

Tags: common sense or lack thereof, let the healing begin, night of the creep(s), not big on the larger picture are ya?, the great jonmen dramabomb of 2010, turli

---

Post a new comment                                   81 comments



𝒪 **thetathx1138**
February 4 2010, 20:11:52 UTC

I know a "turli" tag was a good idea. I'm also adding another tag, because to me it's funny.
Reply



𝒪 **bombardiette**
February 4 2010, 20:13:11 UTC

LOL! I didn't even check the tags. I've been out of this game for too long...
Reply



𝒪 **ron_newman**
February 4 2010, 21:06:25 UTC

and I added three more from the existing menu.
Reply

𝒪 **plumtreeblossom**

2/4/13                                          davis_snark: Stop Picking on the Rapist/Con-Man, Dammit!


February 4 2010, 20:16:53 UTC

THIS IS THE SOUND OF ME BULLYING YOU

When I posted this I hoped we'd be treated to at least a little Turil wank. This is a jackpot!

Reply



**bombardiette**
February 4 2010, 20:18:46 UTC

I have been sporadically coming back to this thread all day long for the sheer entertainment of it all.

Oh, wait. I can't talk to you. You will stalk my personal journal and bully me and make me cry. BULLYYYYYYYYY!!!!! [runs away]
Reply



**plumtreeblossom**
February 4 2010, 21:37:34 UTC

NOW SHE CAN PROOOOOVE MY BULLYHOOD BY THE ICON I CHOSE TO POST WITH THE LINK. LOLCAT SLYTHERIN DARK MARK OMG!!!!!
Reply



**bombardiette**
February 4 2010, 21:39:29 UTC

Admittedly, I laughed loudly when I noted that a while back. So true...
Reply



**thetathx1138**
February 4 2010, 20:19:43 UTC

WHAT HAVE YOU UNLEASHED, WOMAN?! OH GOD THE HUGE MANATEE HUMANITY!
Reply



**bombardiette**
February 4 2010, 20:35:15 UTC

Nope. Nope. You were right the first time. HUGE MANATEE.
Reply



**plumtreeblossom**
February 4 2010, 20:52:23 UTC

Facebook says...
Write something on his wall.

http://www.facebook.com/johnny.monserrat
Reply

2/4/13

davis_snark Stop Picking on the Rapist/Con-Man, Dammit!



**bombardlette**

February 4 2010, 20:54:51 UTC

**Re: Facebook says...**

But...but...that would be *cyber* bullying! Does your evil know no bounds?!

Reply



**ron_newman**

February 4 2010, 21:07:40 UTC

**Re: Facebook says...**

You'd have to friend him first ... not a good idea!

Reply



**srakkt**

February 4 2010, 20:22:04 UTC

Unpacking just how batshit insane this woman is takes a good long while. Holy hell.

Reply



**lizzielizzie**

February 4 2010, 20:54:42 UTC

My brain hurts just thinking about how much work this would be. Ow.

Reply



**ruflnia**

February 4 2010, 21:53:59 UTC

I don't have that kind of time.

Reply



**srakkt**

February 4 2010, 22:47:41 UTC

That is because you are awesome and have things to do.

Reply



**pywaket**

February 5 2010, 10:59:32 UTC

It took me a couple of years.....but then, when I met her, she wasn't so obviously batshit.

thank Ghu the divorce finally went through.

that's 3 years of my life I'll never get back.

Reply

2/4/13

davis_snark Stop Picking on the Rapist/Con-Man, Dammit!



**arakkt**
February 5 2010, 12:50:32 UTC

Man, I don't know you, but for what it's worth and without reservation, I am truly sorry.
Reply



**ron_newman**
February 5 2010, 14:29:15 UTC

Hi, Pywaket. While I can't recommend reading the whole original discussion if you want to keep your sanity, you may want to take a look at this subthread.
Reply



**icecreamempress**
February 5 2010, 13:32:02 UTC

*thank Ghu the divorce finally went through.*

It hasn't gotten through to her, apparently, which is one of the things that I find so weirdly infuriating about her--the refusing to acknowledge your right to get a divorce.
Reply



**derspatchel**
February 4 2010, 20:22:04 UTC

HOW DARE YOU PICK ON A MAN WHO RUNS NUMEROUS SCAMS TO SCORE BARELY LEGAL GIRLS

YOU ARE SUCH A WITCH HUNTING BULLY OMGX0RZ
Reply



**plumtrashblossom**
February 4 2010, 20:27:35 UTC

HE IS ONLY GIVING THEM WHAT THEY NEEEEEEEED AND IF YOU DON'T LIKE HIM GIVING THEM PASSED-OUT DICKINGS THEN YOU SHOULD GIVE THEM BETTER DICKINGS YOURSELF
Reply



**bombardiette**
February 4 2010, 20:34:06 UTC

Truly, I think that piece of the overall Argument Pie that this crazy has baked is the best. "YOUDOITBETTERTHENIIIIIIIII YOUREALLPURITANICAL PURITANS PURITY PERSONIFIED AND YOU ARE HORRIBLE BULLIES BECAUSE IT'S NOT RAPEIIIIII"
Reply



**derspatchel**
February 4 2010, 22:05 51 UTC

If the thread hadn't been so long by the time I got there, I daresay the Animal Hat Gang would've had a word or two for the crazy lady

2/4/13                                                davis_snark Stop Picking on the Rapist/Con-Man, Dammit!

Reply



**ჩ plumtreeblossom**

February 4 2010, 22:36:28 UTC

AAAAAAAAAAAAAAAAII

I miss them!

And there's so much new photographic canon on the Cat-Prin Japanese site. I want to request Pedo Bear Cat-Prin.

Reply



**ჳ bombardietta**

February 4 2010, 20:34:46 UTC

I so advocate dunking this guy in a pond. Over and over and over...

Reply



**ჩ libberding**

February 4 2010, 20:31:52 UTC

Oh, DSLJ, I heart you. I check my "boston communities" list for the first time in a month or so and this is what pops up. Excellent. *cracks a beer and watches the mayhem*

Reply



**ჩ hahathor**

February 4 2010, 20:37:42 UTC

Not that I'm planning to, but has anyone mentioned Polansky in this yet? Cuz I'd be curious to watch Turil twist herself into a mobius strip over that one.

Reply



**ჳ bombardietta**

February 4 2010, 20:41:41 UTC

Oh...please could you? 'Cause no one has and I'm just an innocent bystander wearing a sammich board, pointing people to the Community of Wonder and Amazement and charging a buck for the show. I can't actually participate (fish + barrel + MK19 = too easy for this sniper) but I could definitely up the price to a buck fiddy if you did this...

Reply



**ჩ plumtreeblossom**

February 4 2010, 20:53:54 UTC

Seconded!

Reply



**ჳ bombardietta**

February 4 2010, 21:03:57 UTC

2/4/13                                              davis_snark: Stop Picking on the Rapist/Con-Man, Dammit!

I just jumped into the fray. I couldn't help myself.

Reply



**♀ pluntreablossom**
February 4 2010, 21:20:02 UTC

I've gotten so little work done today because of that thread. But the fun, it tickles!

Reply



**♀ bombardiette**
February 4 2010, 21:43:18 UTC

I'm home from work today and thanking all of the internet godz for it. I haven't had this much e-fun in ages.

Reply



**♀ bombardiette**
February 5 2010, 02:04:25 UTC

We have Polansky. Sadly, it was not entertaining.

Reply



**♀ cystennin**
February 5 2010, 19:27:51 UTC

Yes, but has anyone casually tossed around the name "Hitler" yet? I need Godwin's Law closure!

Reply



**♀ hrafn**
February 4 2010, 20:46:01 UTC

I am shaking my head in disbelief. I never expected her kneejerk contrarianism to get /that/ offensive.

Reply



**♀ dufflepa2323**
February 4 2010, 21:24:12 UTC

Perhaps I'm not the most informed on the topic, but has he ever been found guilty of rape?

I'm not questioning calling him out on being the low life he clearly is, but but I just think you should be careful when throwing around terms like like rape. Again, my apologies if I'm not aware of all his charges.

Reply



**♀ ron_newman**
February 4 2010, 21:35:04 UTC

To my knowledge he hasn't been found guilty of any crime in a court of law.

Reply

2/4/13                                davis_snark Stop Picking on the Rapist/Con-Man, Dammit!


**bombardiette**
February 4 2010, 21:38:15 UTC    Edited: February 4 2010, 21:42:26 UTC

Yet. However, sleeping with underage girlies is still statuatory rape and there is plenty of first hand anecdotal evidence on the internet to support that activity.

ETA: However, you do raise a good point after thinking on this for a moment. I'll defer to the mod. MOD? Should I change the title since Jonny Boy here has never been convicted of a crime?
Reply


**ron_newman**
February 4 2010, 21:44:55 UTC    Edited: February 4 2010, 21:45:36 UTC

I thought you were one of the mods here? You are listed as such on the profile page.
Reply


**bombardiette**
February 4 2010, 21:47:21 UTC

I thought I wasn't anymore after my hiatus and name change. Now I am confused. Am I a mod? Someone? Anyone? Bueller?!
Reply


**ron_newman**
February 4 2010, 21:50:06 UTC    Edited: February 4 2010, 21:50:28 UTC

Go to http://www.livejournal.com/manage/profile/ and see if you have a "Work as user:" menu that includes 🖼davis_snark. You should, in which case you are a mod.
Reply


**bombardiette**
February 4 2010, 21:55:52 UTC

Hm. I'll be damned. **thetathx1138** must not have modified me after I left. Or something.

OK, Mod conference!! Other Mod...since I've been largely an absentee landlord here, I'll leave the final say to you. I'm inclined to keep the header, but I see the argument for editing. Thoughts?
Reply


**thetathx1138**
February 5 2010, 01:48:30 UTC

Eh, we're not lawyers and everything I have ever heard about the guy is that at best the reason he's not a rapist is not "lack of effort". If you want to change it, feel free.
Reply


**bombardiette**
February 5 2010, 01:52:50 UTC

No, no. I think it shall remain. See my reply to **icecreamempress** above somewhere.

Case 1:17-cv-10356-PBS   Document 107-2   Filed 02/13/18   Page 50 of 135

2/4/13                                    davis_snark: Stop Picking on the Rapist/Con-Man, Dammit!

So, OT...am I still a mod? [opens eyes wide and blinks coquettishly] I know I don't deserve to be, but I am slowly creeping back in to interwebization...

Reply



**Ω icecreamempress**
February 5 2010, 00:49:58 UTC

"Alleged sexual harasser and con artist and skeezy hoster of boozeups for teenaged girls" would be strictly accurate.

Does anyone have a link to the thing where he set up the dating service and was harassing the female clients?

Reply



**Ω icecreamempress**
February 5 2010, 00:50:16 UTC

Allegedly harassing the female clients, I mean?

Reply



**Ω plumtreeblossom**
February 5 2010, 01:28:36 UTC

Ron and a few others posted that link in the main thread a few times, but I'm too sleepy to go get it. It's there, though.

Reply



**Ω bombardiette**
February 5 2010, 01:44:25 UTC



Link for you.

Reply



**Ω icecreamempress**
February 5 2010, 01:47:25 UTC

Thanks! Boy, was he ever allegedly a spectacular asshole and creeper! Allegedly!

Reply



**Ω bombardiette**
February 5 2010, 01:50.12 UTC

What is this "was" that you speak of?

I've been living on my own since I was about 15.5 years of age and as a wee, orphaned urchin, I have run into a couple of guys _just_ like him. They never change...and rapist probably is an accurate description, even if he's never been charged or convicted...

Reply



**Ω ron_newman**
February 5 2010, 20:33:38 UTC

More links, from the MIT student newspaper in 2003-04.

Reply



**Ω kpht**
February 4 2010, 21:59:12 UTC

oh she so crazy. like, literally crazy. I don't even attempt to engage her anymore. most of turil's anonymous trolls are, in fact, turil.

Reply



**Ω closetalker11**
February 4 2010, 22:06:12 UTC

*most of turil's anonymous trolls are, in fact, turil*

Shut up, really? I mean, I know this shouldn't surprise me, but it does. I was fairly aware of the craziness but this ... is a new level. I'm just not sure what to do with that.

Reply



**Ω qwrrty**
February 4 2010, 22:17:35 UTC

I actually don't think it's true, and not sure how anyone who is not Turil would know that.

Reply



**Ω closetalker11**
February 4 2010, 22:19:45 UTC

I hope it's not.

Reply



**Ω srakkt**
February 4 2010, 22:52:45 UTC

She's apparently a nice enough human being in person if you stick to pleasantries, though I've never met her. Just don't make eye contact, I guess.

Reply



**Ω kpht**
February 5 2010, 04:22:17 UTC

I'm not sure I could ever find the thread where she accidentally leaves herself logged in instead of anonymously trolling herself. It was shown to me months ago, and for all I know it's been deleted. She updates like 5x per day.

Like I said, it doesn't really matter to me if anyone believes me. She's in need of serious mental help.

Reply

**Ω plumtreeblossom**

 **davis_snark** Stop Picking on the Rapist/Con-Man, Demmill
February 5 2010, 16:18:45 UTC

I believe you. She creates situations where she appears to be the victim. She blames a lot of anonymous posts on Lyonesse (one of her ex-husband's new partners), and apparently on me, though I know I haven't posted anonymously on her journal in months.

Reply

 Ω **srakkt**
February 4 2010, 22:51:42 UTC

Oh yeah, this is hitting the nail on the head, here. I just read her, shake my head, and move on.

Reply

 Ω **prunesuprisms**
February 5 2010, 00:32:51 UTC

Srsly? show me!

Reply

 Ω **ron_newman**
February 5 2010, 03:49:19 UTC

I do not believe that is true, but feel free to try to persuade me.

Reply

 Ω **kpht**
February 5 2010, 03:59:00 UTC

At one point, she forgot to log out of her LJ and posted a troll to herself with her actual username. I don't spend enough time on her LJ - or anyone's LJ- to remember when this was or if it's even still there. Someone pointed it out to me when I asked for an explanation of who she was. You can believe me, or not. It doesn't matter either way, does it?

She has a mental illness. I hope she gets help.

Reply

 Ω **ron_newman**
February 5 2010. 04:05:24 UTC

I largely stopped reading her LJ after anonymous commenters there started insulting me, and she refused to turn off anonymous commenting.

Reply

 Ω **kpht**
February 5 2010, 04:27:01 UTC

I think I saw that. I can't remember. There's just so much baffling content, and I really didn't want to spend my time reading such weirdness.

Reply

2/4/13                                                   davis_snark Stop Picking on the Rapist/Con-Man, Dammit!



**Ω plumtreeblossom**
February 5 2010, 16:23:51 UTC

I saw what you saw, when she forgot to log out before trolling herself.
Reply



**Ω knht**
February 6 2010, 02:22:05 UTC

thanks for backing me up! I can't believe that no one would believe me. she clearly has delusions that her husband wants her back even after divorcing her and filing a restraining order to the point where she writes multiple letters per day to ———————————————————————————————————— a 5 year old if she asks for it.

but i'm totally wrong and she could never troll herself anonymously to try to garner sympathy or attention. my bad, lol.
Reply



**Ω hrafn**
February 5 2010, 02:44:19 UTC   Edited: February 5 2010, 02:53:17 UTC

I've tried to get a screen capture of the whole thing, but every method I've tried (Pearl Crescent, aviary.com, Screengrab!) has failed. Because the page, fully expanded, is too long for them to cope >:<

ETA: Oh, no, wait, I take that back: the Pearl thing actually worked. It just took a while.

Of course, now there are more comments.
Reply



**Ω bombardiette**
February 5 2010, 03:13:11 UTC

Yes. She has now gone on to say that consensual sex at any age is to be resepected. And I am now offically ill.
Reply



**Ω arrowintwolakes**
February 5 2010, 03:45:38 UTC   link   Collapse

Some people are too far up their own asses to be believed.
Reply



**Ω ron_newman**
February 5 2010, 03:53:46 UTC

Once you've expanded it fully, printing to a PDF file should work. At least it does for me in Safari.
Reply



**Ω hrafn**
February 5 2010, 12:28:37 UTC

2/4/13               davis_snark: Stop Picking on the Rapist/Con-Man, Dammit!

That method had not occurred to me (I'm running Firefox with deskPDF as my print-to-pdf tool). Hmm.

Reply



**ron_newman**
February 5 2010, 05:27:20 UTC

Oh you said Pearl, not Perl. Never mind.
Reply



**cystennin**
February 5 2010, 16:54:38 UTC

EWI EWI EWI

"I've already said that, very clearly, and I'll say it again. If a 5 year old understands what sex is, and truly consents to sex with an adult, it's okay."

There's not enough Brillo and Comet in the world to wash the that comment out.

Reply



**soror**
February 5 2010, 18:38:54 UTC

I'll just leave this here.
http://i46.tinypic.com/5xkk85.jpg
Reply



**bombardiette**
February 5 2010, 18:55:51 UTC

OMG. Now I have to clean milk off my monitor. Thank you for that dose of hilaious sanity.
Reply



**bombardiette**
February 5 2010, 18:55:03 UTC

Not being as experienced with this individual as other DSLJers, I made a huge mistake last night and let her get the best of me on this topic. Seriously, the stuff she was saying was making me feel physically ill.
Reply



**cystennin**
February 5 2010, 18:56:55 UTC

Yeah, I tried to engage her on a rational level for a few millseconds before my snark took over, probably as a defense mechanism to preserve my trust in humanity.
Reply

**bombardiette**
February 5 2010, 19:47:08 UTC

2/4/13                                    davis_snark Stop Picking on the Rapist/Con-Man, Dammit!



No, it was probably more just a mechanism to preserve your sanity, lest her krayyyyyyzzzzzzzeeee be contagious.

(I once donated a hand knitted hat meant for my daughter because the woman who knitted it was fucking insane like turil and I was so afraid that she stitched the crazies in with it and the baby would catch it. I still have guilt that some poor baby got the crazy hat and will grow up to be like this. It is, in fact, why I snark. To cope.)

Reply



**0 monkeymart**

February 5 2010, 20:18:06 UTC

I am all the more disturbed by this post:

http://turil.livejournal.com/337153.html

Reply



**0 arrowintwolakes**

February 5 2010, 21:16:51 UTC

Looks like JonMon found the thread. This may just be getting started.

Reply

Post a new comment                                81 comments

| LJ | Help | Legal | More | Change language: |
|---|---|---|---|---|
| About LiveJournal | Support | Terms of Service | Mobile version | English |
| Site News | FAQs | Privacy Policy | | Current version: v.100.4 |
| Contact | Tour | Copyright | | Follow us: |
| Advertise | | Abuse team | | |

» View Full Sitemap

Copyright © 1999 LiveJournal, Inc. All rights reserved.

# Exhibit 9

‹Log In

‹Home
- Create Journal
- Update
- Download

‹LiveJournal
- News
- Paid Accounts
- Contributors

‹Customize
-
ustomize Journal
- Create Style
- Edit Style

‹Find Users
- Random!
- By Region
- By Interest
- Search

‹Edit ...
- Personal Info & Settings
- Your Friends
- Old Entries
- Your Pictures
- Your Password

‹Developer Area

‹Need Help?
- Lost Password?
- Freq. Asked Questions
- Support Area



helenvalentine ( Ω helenvalentine) wrote in 🐾otf_wank,
@ 2010-02-04 20:42:00



Entry rape, the mods hate otf so much, unfunny_business, urge to kill
tags: rising

Been a bit quiet around these parts, so here's some fresh wank (thanks to a
mousie in wank report).

Over on LJ, Ω plumtreeblossom posts a local news report to
Ω davis_square, a community for residents of Somerville, MA. Apparently,
neighborhood creeper JonMon was arrested for throwing a loud party at which
he served alcohol to hordes of teenage girls. Community members point and
laugh.

Ω turil is horrified and outraged and accuses everyone of "modern day witch
hunting." When it is pointed out that the "witch" in question has been plying
underage girls with alcohol for questionable purposes, Ω turil begins defending
statutory rape and opens up a big ol' can of HELL NO.

Highlights beneath the cut.


Ω *arrowintwolakes*: *Sooooo, you're cool with statutory rape? That's the
bottom line?*
Ω *turil*: *I'm cool with anything that's consentual*[sic].
Ω *chumbolly*: *Can drunk adolescents consent?*
Ω *turil*: *Of course. Consent is consent. You're in charge of your own body.
If you don't want to do something, you're in charge of not doing it. So as
long as you're not forced to do something (via threats or actual physical
force) then it's consensual.*

_**🔒 maru_mari**: Okay - consent is not obvious to everyone, and counting on the fact that it is opens up a huge world of unmanageable legal conflict._

_"Your honor, that 5-year-old told me she wanted to touch my penis!"_

_...no._

_We draw lines for a reason, and that reason is that if you give people an inch, they'll take a mile._

**🔒 turil**: I'm sorry you don't respect 5 year olds enough to trust them to know what they want and what they don't want.

_**🔒 turil**: Yes, I encourage providing alcohol to minors. I'm not a fan of puritanical, and discriminatory laws. I believe people should be free to learn about life, and I believe that it's a parent's responsiblity to teach their kid how to be responsible while using alcohol._

**🔒 pierceheart**: Do you believe it is okay for non-parents to usurp that responsibility?

**🔒 turil**: I think it's good if anyone offers people wisdom on how to take good care of themselves.

_**🔒 turil** Oh, please, you treat these young people like they are idiots. They aren't. They are looking for someone to care about them, and for some belongingness, and he's at least trying to give them what they want. He might not be so good at it, but clearly he's doing a far better job than anyone else, or these young folks wouldn't be there[...]_

**🔒 plumtreeblossom**: He is not looking to "care about them." He is looking to FUCK THEM WITH HIS PENIS.

Apparently **🔒 turil** has her own tag on the **🔒 davis_snark** community, as well as her own philosophy counseling business: _She has taught young children about life, police officers about bicycling, and angry people about breathing. She has studied Positive Psychology, Buddhism, Integral Spirituality, Spiral Dynamics, Multiple Intelligences, Epistimology, Entomology, Socratic Inquiry, Urban Planning, Neuro-Linguistic Programming, and all manner of artistic media. She has no fancy capital letters after her name, and does not offer professional psychotherapy or medical advice in any way shape or form._

I must confess, I am somewhat in awe.

**ETA:** Apologies for not posting this in UFB--I did hesitate before putting it here, but then I found a section for rape wanks in the memories so I figured it'd be kosher. So yeah, wasn't sure. Nevertheless, not meaning to offend anyone and I won't make that mistake again.

---

### (Post a new comment)



**Ω ecchaniz0r**
2010-02-05 03:35 am UTC (link)

*[info]turil: I'm sorry you don't respect 5 year olds enough to trust them to know what they want and what they don't want.*

Obviously Turil wants my foot up her ass.

(Reply to this)(Thread)



**Ω cleolinda**
2010-02-05 04:25 am UTC (link)

She's got to be a troll. I can't believe anything else.

(Reply to this)(Parent)(Thread)

(no subject) - **Ω twoiskewl**, *2010-02-05 04:48 am UTC*



**Ω sandglass**
2010-02-05 07:32 am UTC (link)

I'm sure five-year-olds know what they want. But we don't let five-year-olds make those kinds of decisions, because they're FUCKING FIVE.

(Reply to this)(Parent)(Thread)

(no subject) - **Ω kookaburra**, *2010-02-05 07:22 pm UTC*

(no subject) - **Ω cmdr_zoom**, *2010-02-05 07:35 pm UTC*

(no subject) - **Ω frau_eva**, *2010-02-05 07:35 pm UTC*

(no subject) - **Ω randomsome1**, *2010-02-06 05:59 am UTC*

(no subject) - Ω **ecchaniz0r**, *2010-02-06 01:13 am UTC*

(no subject) - Ω **snarkhunter**, *2010-02-07 07:46 pm UTC*

(no subject) - Ω **twinno**, *2010-02-07 09:29 pm UTC*

(no subject) - Ω **librarianmouse**, *2010-02-08 03:03 am UTC*

(no subject) - Ω **twinno**, *2010-02-08 03:04 pm UTC*

 Ω **cmdr_zoom**
2010-02-05 03:38 am UTC (link)

I suppose this is funny to someone, but mostly I'm just cringing.

(Reply to this)(Thread)

 Ω **cat_mcdougall**
2010-02-05 03:55 am UTC (link)

Rape - still not funny.

(Reply to this)(Parent)(Thread)

(no subject) - **sceach**, *2010-03-02 09:08 pm UTC*

 Ω **rosehiptea**
2010-02-05 04:03 am UTC (link)

Me too.

(Reply to this)(Parent)

(no subject) - Ω **wankaholic**, *2010-02-05 07:42 am UTC*

 Ω **tez**
2010-02-05 04:05 am UTC (link)

...

Rape = not funny.

Statutory rape = REALLY not funny.

(However, that extensive list of learnings is rather entertaining. In the wrong way.)

(Reply to this)(Thread)

(no subject) - Ω **jkefka**, *2010-02-05 04:09 am UTC*

(no subject) - Ω tez, *2010-02-05 08:13 am UTC*



Ω cygnia
2010-02-05 04:13 am UTC (link)

My old neck of the woods...why must you suck?

(Reply to this)

**Brain out of order**

Ω brennalarose
2010-02-05 04:13 am UTC (link)

*Please use the stairs*

Wooooooow. Still not funny. In fact, the fact that turil apparently does this shit for a living is downright frightening.

Oh, look, Project Runway is doing red dresses for heart disease awareness. *redirects attention to Tim and Heidi being all awesome*

(Reply to this)(Thread)

(no subject) - Ω jupiterpluvius, *2010-02-07 06:40 am UTC*



Ω aruru
2010-02-05 04:17 am UTC (link)

...:O

...ok, you know how some people (usually ultra-conservatives) make snarky comments about "not being so 'open-minded' your brain falls out of your skull?" I never really took much stock in that kind of thing (especially since when ultra-conservatives use that type of remark, it's sometimes to justify their own brand of bull).

...until this person opened her trap and let all this... whatever it is... out. There is simply not enough "WAIT, WUT" for this. :O

(Reply to this)(Thread)

(no subject) - Ω eleutheria, *2010-02-05 06:14 am UTC*

(no subject) - Ω come_love_sleep, *2010-02-05 08:06 am UTC*

(no subject) - Ω issendai, *2010-02-05 09:58 pm UTC*

(no subject) - Ω aruru, *2010-02-06 02:01 am UTC*

(no subject) - Ω adevyish, *2010-02-06 03:11 am UTC*

(no subject) - Ω **aruru**, *2010-02-06 04:34 am UTC*

(no subject) - Ω **adevyish**, *2010-02-06 05:20 am UTC*

(no subject) - Ω **aruru**, *2010-02-06 06:41 am UTC*

(no subject) - Ω **adevyish**, *2010-02-06 07:11 am UTC*

(no subject) - Ω **aruru**, *2010-02-05 08:25 pm UTC*

(no subject) - Ω **frau_eva**, *2010-02-05 07:37 pm UTC*

(no subject) - Ω **aruru**, *2010-02-05 08:18 pm UTC*

(no subject) - **ariadne484**, *2010-02-05 09:55 pm UTC*

(no subject) - Ω **aruru**, *2010-02-06 02:09 am UTC*

(no subject) - Ω **frau_eva**, *2010-02-05 10:55 pm UTC*

(no subject) - Ω **aruru**, *2010-02-06 02:06 am UTC*

 Ω **miss_padfoot**
2010-02-05 04:19 am UTC (link)

Her "philosophy counseling" sounds like a bunch of useless pop-psychology bullshit. Most of the stuff she's studied isn't actually philosophical (entomology? wtf does that have to do with anything?), and she misspelled one of the few things on the list that *is* a topic in philosophy (epistemology).

I know that's not the point of the wank, but I just wanted to point it out.

(Reply to this)(Thread)

(no subject) - Ω **brennalarose**, *2010-02-05 04:37 am UTC*

(no subject) - Ω **eleutheria**, *2010-02-05 06:15 am UTC*

(no subject) - Ω **miss_padfoot**, *2010-02-05 06:17 am UTC*

(no subject) - Ω **frau_eva**, *2010-02-05 07:40 pm UTC*

(no subject) - Ω **snarkhunter**, *2010-02-07 07:39 pm UTC*

 Ω **beejium**
2010-02-05 04:25 am UTC (link)

UFB ----->

(Reply to this)



**Ω twoiskewl**
2010-02-05 04:47 am UTC (link)

oh noooooooo. I saw this and was so sad that turil wank - always epic - was over such an unfunny topic.

FOR ACTUAL FUNNY involving said wanker please see
"How dare you waste my time offering me help!!"

(Reply to this)(Thread)

(no subject) - **Ω twoiskewl**, *2010-02-05 05:00 am UTC*

   (no subject) - **Ω brennalarose**, *2010-02-05 05:37 am UTC*

   (no subject) - **Ω misachan**, *2010-02-05 11:12 pm UTC*

      (no subject) - **Ω paladin**, *2010-02-06 03:55 am UTC*

      (no subject) - **Ω dragonfangirl**, *2010-02-06 04:22 am UTC*

         (no subject) - **Ω re_weird**, *2010-02-07 12:14 am UTC*

      (no subject) - **Ω frequentmouse**, *2010-02-06 08:30 pm UTC*

      (no subject) - **Ω librarianmouse**, *2010-02-08 03:11 am UTC*

(no subject) - **Ω thoms**, *2010-02-05 05:06 am UTC*

(no subject) - **Ω scimitar**, *2010-02-05 06:06 am UTC*

(no subject) - **Ω librarianmouse**, *2010-02-05 07:04 am UTC*

(no subject) - **Ω issendai**, *2010-02-05 02:40 pm UTC*

   (no subject) - **Ω jupiterpluvius**, *2010-02-06 12:00 am UTC*

(no subject) - **Ω lady_ganesh**, *2010-02-05 03:38 pm UTC*

   (no subject) - **Ω eleutheria**, *2010-02-05 09:43 pm UTC*

      (no subject) - **Ω lady_ganesh**, *2010-02-05 10:11 pm UTC*

(no subject) - **Ω smashingstars**, *2010-02-06 01:59 am UTC*

   (no subject) - **Ω smashingstars**, *2010-02-06 02:00 am UTC*

      (no subject) - **Ω smashingstars**, *2010-02-06 02:09 pm UTC*

         (no subject) - **Ω kookaburra**, *2010-02-06 08:55 pm UTC*

         (no subject) - **Ω jupiterpluvius**, *2010-02-08 06:24 am UTC*



**Ω mmanurere**
2010-02-05 04:51 am UTC (link)

*Been a bit quiet around these parts*

Largely because RL-related situations tend to produce more unfunny than funny, and so many of the posts to otf_wank really *should* be on UFB instead.

Much like this one.

(Reply to this)



**ayala_atreides**
2010-02-05 05:09 am UTC (link)

"So as long as you're not forced to do something (via threats or actual physical force) then it's consensual."

Oh great, just what we need-- another one of those "it wasn't rape if there wasn't a knife to your throat" types.

(Reply to this)



**some_dude**
2010-02-05 05:17 am UTC (link)

Does turil actually make a living giving people advice on how to live their lives? For the sake of humanity, my own sanity, and any five-year-olds in the Boston metropolitan area, I hope not.

(Reply to this)(Thread)

(no subject) - **eleutheria**, *2010-02-05 06:23 am UTC*

(no subject) - **jupiterpluvius**, *2010-02-06 12:01 am UTC*



**keleri**
2010-02-05 05:28 am UTC (link)

Protip: IF THE WORD RAPE APPEARS ANYWHERE IN YOUR WANK SUMMARY, POST IT TO UNFUNNYBUSINESS

(Reply to this)(Thread)

(no subject) - **caffeine_fairy**, *2010-02-05 06:48 pm UTC*

(no subject) - **platedlizard**, *2010-02-07 08:52 am UTC*

 **Ω eleutheria**
2010-02-05 06:19 am UTC (link)

I think you meant to click on UFB, right? Rape? Not funny!

The business shit is hilarious, though. I seriously want to know what she thought "entomology" meant, because it just *can't* be what she really meant. And wtf is "spiral dynamics"?

(Reply to this)(Thread)

(no subject) - **Ω mindset**, *2010-02-05 06:29 am UTC*

(no subject) - **Ω eleutheria**, *2010-02-05 06:34 am UTC*

(no subject) - **Ω frau_eva**, *2010-02-05 07:48 pm UTC*

(no subject) - **Ω eleutheria**, *2010-02-05 09:17 pm UTC*

(no subject) - **Ω frau_eva**, *2010-02-05 10:51 pm UTC*

(no subject) - **Ω eleutheria**, *2010-02-05 11:06 pm UTC*

(no subject) - **Ω frau_eva**, *2010-02-06 01:20 am UTC*

(no subject) - **Ω librarianmouse**, *2010-02-05 06:51 am UTC*

(no subject) - **Ω mindset**, *2010-02-05 06:56 am UTC*

(no subject) - **Ω librarianmouse**, *2010-02-05 07:06 am UTC*

(no subject) - **Ω dragonfangirl**, *2010-02-06 04:21 am UTC*

(no subject) - **Ω misachan**, *2010-02-05 09:53 pm UTC*

(no subject) - **Ω cmdr_zoom**, *2010-02-05 06:30 am UTC*



Yeah, hey, **turil,** Jesus called. Something about wanting His cross back. Of course, I may have misunderstood the message, because He was weeping pretty hard at that point too.

(reposted for HTML weirdness)

(Reply to this)

 **Ω puipui**
2010-02-05 08:20 am UTC (link)

*but then I found a section for rape wanks in the memories so I figured it'd be kosher*

### D: D: D: D: D:

(Reply to this)(Thread)

(no subject) - **Ω darkeyes**, *2010-02-05 08:35 am UTC*

(no subject) - **Ω deliciouschaos**, *2010-02-05 09:04 am UTC*

(no subject) - **Ω puipui**, *2010-02-05 09:10 am UTC*

(no subject) - **Ω white_serpent**, *2010-02-05 11:55 pm UTC*

(no subject) - **Ω southerngaelic**, *2010-02-05 10:39 am UTC*

(no subject) - **Ω jkefka**, *2010-02-05 01:19 pm UTC*

(no subject) - **Ω meagenimage**, *2010-02-05 08:12 pm UTC*

(no subject) - **Ω puipui**, *2010-02-05 08:57 pm UTC*

(no subject) - **Ω ladybirdsleeps**, *2010-02-05 09:32 pm UTC*

(no subject) - **Ω puipui**, *2010-02-05 09:52 pm UTC*

(no subject) - **Ω cmdr_zoom**, *2010-02-05 10:51 pm UTC*

(no subject) - **Ω puipui**, *2010-02-05 11:15 pm UTC*

(no subject) - **Ω bobafeis**, *2010-02-06 04:30 am UTC*

(no subject) - **Ω jat_sapphire**, *2010-02-09 05:01 am UTC*

(no subject) - **Ω beachlass**, *2010-02-05 11:47 pm UTC*

(no subject) - **Ω cmdr_zoom**, *2010-02-06 12:13 am UTC*

(no subject) - **Ω snarkhunter**, *2010-02-07 07:42 pm UTC*

(no subject) - **Ω white_serpent**, *2010-02-06 12:15 am UTC*

(no subject) - **Ω meagenimage**, *2010-02-06 02:53 am UTC*

**Ω oh_envy**
2010-02-05 08:51 pm UTC (link)

Jesus fuck, lady. Learn 2 science, plz.

Not so much applied to the not-funny-rape-wank, but very evident in the why-bacteria-should-be-allowed-to-vote thread and awesomely splattered all over her LJ.

(Reply to this)

 **Ω tangentialone**
2010-02-06 03:40 am UTC (link)

*Neuro-Linguistic Programming*

Isn't that that thing where jackasses go around using lines like, "Have you ever wanted to feel hapPENIS deep inside you" to try to pick up women?

(Reply to this)(Thread)

> (no subject) - **Ω jupiterpluvius**, *2010-02-07 06:41 am UTC*

 **Ω issendai**
2010-02-07 05:17 am UTC (link)

And then... JonMon discovers the Davis_Square post. And uses the phrase "you should be ashamed" a lot. And spawns mysterious new admirers who just happen to sound a lot like him.

(Reply to this)

 **Ω trinka**
2010-02-07 07:43 pm UTC (link)

Having never heard of "JonMon" before this write-up, I of course spent a decent chunk of my morning reading through his Encyclopedia Dramatica page.

And dude. Just dude. What a loooooooooser.

I love how he also keeps popping up in threads to beat the dead horse of "That silly old drama where I obviously did nothing wrong because there were no charges filed". Unwanted attention/harassment doesn't stop being that just because you don't do time for it. His complete inability to understand why people get annoyed at him honestly fascinates me.

(Reply to this)(Thread)

> (no subject) - **Ω cmdr_zoom**, *2010-02-07 09:27 pm UTC*
>> (no subject) - **Ω jupiterpluvius**, *2010-02-08 06:26 am UTC*



**Ω trinka**
2010-02-07 07:56 pm UTC (link)

I also found this little gem from Johnny:

*You can have two reactions now. You can escalate, and lash out at me, because you're embarassed [sic] that I called you out, or you can do the brave thing and say, "sorry, I guess I jumped to some conclusions, it's a hot button issue for me as it should be with anyone. I'll try to take a deep breath before smacking someone around next time."*

I love the implication that an angry response must mean that she's embarrassed by the indisputable logic and truth that he brings to the yard.

(Reply to this)(Thread)

   (no subject) - **Ω issendai**, *2010-02-08 02:38 pm UTC*

Privacy Policy - COPP/
Legal Disclaimer - Site Ma

## Exhibit 10

# sf_drama

## Stupid is as Stupid does

# You big bully!

**sunshineyellow** wrote in **sf_drama** February 4th, 2010

Current Mood:
    amused

Over in
 (http://davis-square.livejournal.com/profile) **davis_square** (http://davis-square.livejournal.com/)  , we
learn that finding humor in yet another shenanigan
(http://community.livejournal.com/davis_square/2101375.html#comments) of Jonmon
(http://encyclopediadramatica.com/Jonmon)  makes you a bully
(http://community.livejournal.com/davis_square/2101375.html?thread=24678783#t24678783) .


EDIT: I thought this was pretty rage-free at first, but now free love for toddlers is on the agenda.
(http://community.livejournal.com/davis_square/2101375.html?thread=24734591#t24734591)
Tags: what is this i don't even

( 117 comments — )

### Page 1 of 2

### << [1] [2] >>

**kentrin:** *"Can drunk adolescents consent?"*
**turil:** *"Of course. Consent is consent."*

Ladies and gentlemen, grab your pitchforks. Let the modern-day witch hunt commence!

**67:** THAT COMMENT COULD NOT BE MORE INCORRECT

**icecreamempress:** She said 5-year-olds could consent to sex.

5

# 5

# 5

# 5 IS NOT A TRICKY AGE

**Ω : kentrin:** BUT DONT YOU SEE MAN CONSENT IS CONSENT THEY ARE RESPONSIBLE FOR THEIR OWN BODIES BOOTSTRAPS

ogod WTF 5 D:

**Ω : isitnotnifty:** That kindergartener totally asked for it.

**Ω : animeg3282:** ...THAT IS A LOT OF D: AND NOT THE FUN TYPE FROM READING MANGA!

**Ω : 16thcentmargot:** Is it even loli if the kid can't pronounce it?

...I think I just broke my brain.

**Ω : linda_mah:** saying yes =/= consent.

**Ω : keithus:** stop being so ~puritanical~

**Ω : yasaiya:** Sweet mittens above.

**Ω : writewrongs:** *Of course. Consent is consent. You're in charge of your own body. If you don't want to do something, you're in charge of not doing it. So as long as you're not forced to do something (via threats or actual physical force) then it's consensual.*

hurrrrrrrrrrrrrrrrrr

**Ω : coendou:** This is the guy in question posting, right? Or, like, his BFF or mom or something?

Because I can't imagine someone else defending him so very vehemently and with so much bad logic.

**Ω : sunshineyellow:** She's kind of batshit insane, I think she has a tag on davis_snark now.

**Ω : plumtreeblossom:** She DOES have her own tag on ❤davis_snark!

**Ω : thetathx1138:** She has one, and for superb reasons.

**Ω : icecreamempress:** She's a jerk who's always being a spectacular jerk on that community.

Basically, she hates everyone on the community (there's some personal stuff with friends of her ex-husband-- the ex-husband whose for-cause divorce from her she refuses to recognize) and decides to take up for anyone who's unpopular with the community.

Also, she thinks birds should be able to vote.

**Ω : 16thcentmargot:** "Also, she thinks birds should be able to vote."

Wait, *what?*

**Ω : icecreamempress:** Birds.

Or maybe some human should be in charge of voting for them. It's not clear.

**Ω : 16thcentmargot:** *boggles*

2/4/13                                             Stupid is as Stupid does - You big bully!

Ω : **jillofthejungle:** ...

Ω : **gridlore:** Seconded. She thinks **what?**

Ω : **gridlore:** (reads link)

That is crazy stupid.

Ω : **maudelynn:** Your Emperor Norton icon made me smile in a post where I really thought it impossible.

Ω : **isitnotnifty:** I remember that. I'm shocked that they're still responding to her. She's either batshit crazy or a troll. Either way, stop feeding her and she'll find a new home.

**(Deleted comment)**

Ω : **plumtreeblossom:** He was married to her briefly (a year or two, maybe?). He left her, and has successful divorced her after a long battle wherein she refused to acknowledge he was divorcing her and refused to attend any of the hearings. He's moved on, has dated new partners since, and will have nothing to do with Turil. But she believes, reeeeally believes, that he's secretly still in love with her and is planning to come back once he can get out from the clutches of his "manipulative" friends. She considers the (multi-thousand dollar) divorce to be merely a test of her loyalty. She does not accept the divorce as real and insists they are married for life and all eternity by "the universe." Read back in her LJ a bit if you're ever bored. The posts she writes about "my honey" are usually the ones that have the most anonymous snark replies. But be warned, the crazy is addictive like internet crack.

As for her ex, he seems to be a very nice guy from what I can tell. I haven't yet met him in person but we're on each others LJ friend lists. He doesn't post a lot, but I think he's really been through an ordeal excaping from Turil.

Ω : **meleth:** I was all, "do-dedoo, commenting on the gang mentality shown by large groups of people, ok, why is this here-OH GOD WHAT."

Ω : **missmayinga:** Oh, that poor child predator.

**the shit is this** Ω : **busterella:**



**Re: the shit is this** Ω : **yasaiya:** Teen Titans!

:') I watched this show every morning while doing my Japanese homework.

      **Re: the shit is this** Ω : **flogurself:** Isn't it Clash of the Titans? Teen Titans was based on the DC comic.

2/4/13                                    Stupid is as Stupid does - You big bully!

**Re: the shit is this** Ω **: yasaiya:** Oh mittens, you're right. I always got them confused because they're teenagers :/

**Re: the shit is this** Ω **: lotus_bright:** I wanted to like it but I just found everybody kind of meh. :/

Ω **: paradoxx181:** lol, there was just a spate of vandalism to the ED article..

Ω **: jillofthejungle:** Mmm, God, I love Six String Samurai. :)

Ω **: oration:** Oh god I've been lolling over this so hard.

Ω **: contrasoma:** Can someone confirm that this is the person who was yammering about letting birds vote a while back?

Ω **: carondelet:** Oh yes. Yes indeed.

Ω **: terry_terrible:** Quit bullying birds. You just don't trust theirs sense of judgment you bulling bully.

**(Deleted comment)**

Ω **: icecreamempress:** Birds.

Ω **: contrasoma:** Danke. Oh, how we laughed.

Ω **: carondelet:** That dude is such a fucking creeper. UGH.

Ω **: terry_terrible:** The self-victimization stings my eye!!!!

"Oh, you see everyone who disagrees with me is a bully. And if you might happen judge anything else that someone else does, then you're a BULLY too!!!!!"

Plus the comments that a person might not do something wrong "if you offer them something better" (namely her).

What a self-serving asshole if this isn't an outright troll.


Ω **: mickey_court:** *Oh, please, you treat these young people like they are idiots. They aren't. They are looking for someone to care about them, and for some belongingness, and he's at least trying to give them what they want.*

Those teenagers don't give a shit about someone caring about them or belonging. They give a shit about someone buying them booze.

Ω **: icecreamempress:** Yes, sexual predators are always doing it for the ~~children~~ teens.

This guy is a famous creepazoid: back in the day, he set up some kind of dating site thingy at MIT and hit on various women who were looking to meet guys--guys who were their age-appropriate classmate, not Sleazebag McPervypants who set up the site or whatever it was.

Ω **: icecreamempress:** Here we go: linky to the skeeze.

Ω **: lil_laurel:** He really is. I've met him for reals several times through link circles and every time wanted to slap him in the face. Including for telling me & my friend how to run our meeting and leading a harem of 18 year olds all roped together at the waist around crowded vendor rooms. Its cute sure, if they weren't so unaware, but also DAMNED ANNOYING TO WALK AROUND.

Seriously. He's a douceface.

Ω **: contrasoma:** Nation's Strangers Decry Negative Portrayal Among Children

Ω **: ~~interlocutron:~~** "They are looking for someone to care about them, and for some belongingness, and he's at least trying to give them what they want."

Ah, the old NAMBLA defense! Would you rather see these children thrown out on the streets or cared for by men who love them? Because there's NO OTHER OPTION.

2/4/13                                           Stupid is as Stupid does - You big bully!

**Ω : paintmeamovie:** THIS.

backwards ass space logic

**Ω : scarletbeauty:** THIIIIIIIIIIIIIIIIIIIIIIIIS.

OH MY GOD. I wanted to vom on turil when they said that. He offered *free alcohol*. Teenagers are going to be all OVER that shit. He likely didn't advertise "I WILL LOVE AND HUG YOU!" No. It was probably more like "FREE BOOZE CHICKS! JUST SHOW UP!"

Wtffffffffff.

**Ω : mistle_thrush:** I'm hella shruggin' over here *what is going on*

**Ω : 16thcentmargot:** Can I just say?

I love badseed1980's response to turil.

*swoon*

**Ω : kentrin:** I'm partial to **Ω cystennin's** "Boston Jailbait Party" myself.

**Ω : 16thcentmargot:** That is indeed also made of awesome.

**(Deleted comment)**

**Ω : watersaredeep:** Reading that made me sick to my stomach. Brain bleach time.

**Ω : malicious_pengy:** I know...I think if the thread had gone much longer, my dinner would have become violently smaller.

**Ω : thedastardfunk:** Ditto. Reading everything was just... ugh. I am ill.

**Ω : abyschan:** There's no way in hell a person can come to the conclusions that he's coming to without pouring acid into his ear.

That guy **HAS** to be a troll.

**Ω : sunshineyellow:** It's a chick and her personal website is pretty lol.

**(Deleted comment)**

**Ω : icecreamempress:** She used to work at a daycare.

Now it seems that she is some kind of nanny/au pair.

TO LITTLE KIDS.

**(Deleted comment)**

**Ω : terry_terrible:** From info page:

*Philosopher at large and for hire. Professional problem solver. Artist. Teacher. Sustainable living aficionado. Recently homeless (yes, really).*

That about answers it.

**Ω : hrafn:** I'm laughing so hard at this my gut hurts.

**Ω : icecreamempress:** SHE WILL COUNSEL YOU

USING THE POWER OF HER AMAZING PHILOSOPHIES

She's like TimeCube guy with a better sense of graphic design.

**Ω : sunshineyellow:** thanks for your links and such, i admit i did not fully explore the crazy before

2/4/13                                    Stupid is as Stupid does - You big bully!

posting....and dear god theres a lot of it.

  Ω : **icecreamempress:** She has been chapping my ass for a long time. She's such a passive-aggressive jerk; she's constantly asking people for unreasonable help and then berating them because they can't provide it.

    Ω : **terry_terrible:** I think her general "philosophy" in life is that everything in life should be handed to you on a platter and if something goes wrong then it's someone else's fault.

    Ω : **orthent:** I read her post about the super-speshul organic cotton stuffing. Could she have been any nastier, under the guise of "compassionate communication," to people who were sincerely trying to help her?

    Ω : **maelithil:** I can't fucking stand her. She's like an oozing ball of noxious idiocy.

  Ω : **tokudama:** As one of those former 5-year-olds, I'm of the opinion that person should DIE.

Ω : **loree:** Ω **turil**'s comments are seriously making my skin crawl.

Ω : ~~breakthisname:~~ This comment was fucking hysterical. I love that person.

Also, crazy person is MOTHERFUCKING CRAZY.

Ω : **kickthehobbit:** It's OK, guiz, she had a much-older boyfriend.

Ω : **paintmeamovie:** That was saddening

  Ω : **scarletbeauty:** I like your icon. :3

Ω : ~~interlocutron:~~ "I'm talking about what they actually need, which is love, belongingness, attention, and the freedom to explore life while being offered wisdom about how to take good care of themselves."

Okay, seriously, does this freak ever say anything that isn't lifted from NAMBLA's disgusting, self-serving excuses?

  Ω : **robertr4836:** NAMBLA FTW!

I read most of the comments in the original post and was slogging my way through the comments here and the whole time I was thinking, "Am I actually going to be the first to point out the similarity between turils arguments and the NAMBLA philosophy (sure little Jimmy is five but he totes came on to me and really wants it!)"?

No, I am not. You win!

  Ω : ~~interlocutron:~~ WHY DO I HAVE TO WIN?? :(

    Ω : **robertr4836:** Because it means I do not have to do it. Sorry ;-(

Ω : **scarletbeauty:** Ω **turil** doesn't seem to understand that the dude is a creep, and what he does is wrong.

Is Ω **turil** a possible sock account for the dude? Or one of his buds?

  Ω : **lilpocketninja:** 5,311 comments received, 9,038 comments posted

unlikely to be a sock, possibly a friend

  Ω : **malicious_pengy:** Apparently a well-known belligerent in that com?

    Ω : **icecreamempress:** Yes.

  **(Deleted comment)**

  *(no subject)* — Ω **scarletbeauty** — Expand

Ω : **gromyt:** I...she....but....they can't...and....

NO.

I want to roll up a giant newspaper and whack her on the head with it through the internet. :(

....no, wait, edit: I want to hit her with something much harder...the more I think about it, the angrier I get.

BAH.

*Edited at 2010-02-05 03:54 am (UTC)*

🐱 : **lilpocketninja:** I

no words

   🐱 : **lilpocketninja:** okay words

why is this person a teacher and a councilor

WHY

why

fu world

   🐱 : ~~there_she_went:~~ *vomits*

   🐱 : **icecreamempress:** She has no actual qualifications for either, if that helps.

She used to be an assistant in a daycare, IIRC, and/or a teacher's aide.

As for the "counseling" she's self-anointed and I doubt has any clients.



🐱 : **shaysdays:**

   🐱 : ~~drakiame:~~ I agree.

( 117 comments — )

**Page 1 of 2**

<< [1] [2] >>

2/4/13                                    Stupid is as Stupid does - You big bully!

2/4/13                                    Stupid is as Stupid does - You big bully!

# ᵔ₃ᵔsf_drama

## Stupid is as Stupid does

## You big bully!

Ω **sunshineyellow** wrote in ᵔ₃ᵔ**sf_drama** February 4th, 2010

Current Mood:
  amused

Over in
ᵔ₃ᵔ (http://davis-square.livejournal.com/profile) **davis_square** (http://davis-square.livejournal.com/) , we
learn that finding humor in yet another shenanigan
(http://community.livejournal.com/davis_square/2101375.html#comments) of Jonmon
(http://encyclopediadramatica.com/Jonmon) makes you a bully
(http://community.livejournal.com/davis_square/2101375.html?thread=24678783#t24678783) .

EDIT: I thought this was pretty rage-free at first, but now free love for toddlers is on the agenda.
(http://community.livejournal.com/davis_square/2101375.html?thread=24734591#t24734591)
Tags: what is this I don't even

( 117 comments — )

**Page 2 of 2**

**<< [1] [2] >>**

**(Deleted comment)**

**Re: This is officially the thread for incoherent rage-screams.** Ω **rayof_sunshine:** I approve
of this thread.
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAARRRRRRRRRRRRRRRRRRRRRRRRGGGGGGGGGGGGGGGGGGGGGG

**Re: This is officially the thread for incoherent rage-screams.** Ω **: tokudama:**
RAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAHHHHHHHHHHHHHHHH
HHHHHHHHHHHHHHHHRRRRRRRRRRRRRRRRRGGGGGGGGGGGGGGGGGGGGGGGGGGGGGGGGHHHHHHHHHHHHHH
HHHHHHHH

**Re: This is officially the thread for incoherent rage-screams.** Ω **: la_la_laurabee:** Cat on the
keyboard again?

Ω **: leroaminggnome:** *I'm sorry you don't respect 5 year olds enough to trust them to know what they want and
what they don't want.*

No, Ω **turil**, that isn't how this works. A five year old cannot consent. End of story. Stop trying to turn your
pedophilia-apology into some kind of crusade against age discrimination.

Ω **: malicious_pengy:** *You're saying 2 year olds can consent? You're sick!*

I don't want to go back and find that quote, but seriously, she says it at one point.

2/4/13                                    Stupid is as Stupid does - You big bully!

**(Deleted comment)**

    Ω : **malicious_pengy:** Troll, right? Trolly trolly troll troll?

        Ω : **icecreamempress:** No. I mean, she may be trolling there, but she's a real person who's very very off in the head.

  Ω : **jettakd:** WHY DO I HAVE TO USE THIS ICON SO MUCH OMG WTF NO.

I DON'T EVEN TRUST FIVE YEAR OLDS NOT TO TRY TO HUG A RADIATOR, WHY THE HELL WOULD YOU THINK THEY CAN CONSENT TO SEX. I STILL BELIEVED IN THE DAMN EASTER BUNNY AT FIVE D:

    Ω : **leroaminggnome:** Seriously!

  Ω : **cumaeansibyl:** I like how she's trying to make that the subject of a guilt trip.

Nope! Don't respect 'em at all! Not ashamed to admit it!

Ω : **tinypsychopath:** Troll or not, some of that last link, especially the last exchange with Ω **bombardiette**, was completely fucking infuriating.

Ω : ~~rayof_sunshine:~~ There aren't words for my rage about that last link. JUST NO, OKAY.

  Ω : **jettakd:** I think we can agree that Reid does not appreciate this fuckery.

Ω : **libra_iruka:** Are there any summaries about this JonMon gut that aren't ED? ED makes my computer all virus-y.

  Ω : **thetathx1138:** It's scattered around the Internet. He's managed to do a good job of keeping it out of the papers, with a couple of exceptions.

If you dig in the post, you'll find plenty of personal experiences and links to news articles. The guy's a creep.

Ω : **lydia_golis:** OMG, sf_d. OMFG. Do these pedophilia-apologists actually live in Boston? Because I'm seriously freaked out that these people could be in the same city as my niece. Or anyone's, obviously, just....oh god.

  Ω : **icecreamempress:** Wait, "these"? Is there anyone pro-pedo but Ω **turil**?

    Ω : **robertr4836:** Well...there was the jonmon character that started the whole thing. That would be two, right?

I wonder if NAMBLA allows female members. Turil and NAMBLA seem to have similar views on young children and consent.

    Ω : **icecreamempress:** Well, he wasn't saying 5-year-olds could consent to sex--he wanted to have sex with women in their later teens and early twenties.

      Ω : **robertr4836:** Sorry, I was confusing pedo with statutory. Your right...only one pro-pedo.

Ω : **spacekelp:** http://turil.livejournal.com/355511.html personal journal do not troll. DON'T DO IT DON'T.

Ugh.

  Ω : ~~interlocutron~~ God I cannot even understand her logic. It's okay to have sex with children if they consent because they would never consent? Does she know what grooming is? Fucking sick bitch.

Ω : **shiromisa:** This has to be a troll. Please, please let it be a troll.

2/4/13                                      Stupid is as Stupid does - You big bully!



Ω : **maudelynn:**

Ω : **mharbourgirl:** This fucked-up chick put me in a REALLY bad place this morning.

Don't you fuckin' tell me that you're providing alcohol to minors and championing pedophilia. It's a serious trigger with me. Why? Ask my adopted baby sister the ultimate results of teenage drinking and horrible choices in men - choices her teenage MOTHER made. Actually, you can't ask her, because she won't understand the question. Look up Fetal Alcohol Syndrome. That's my baby sister, and she'll never, ever get over it, because she can't. Her brain is missing many important parts and always will be, thanks to her TEENAGE mother drinking heavily while pregnant.

This turil chick makes me SICK.

Ω : **jettakd:**

Ω : **firecracker_sj:** Did she really just say that five year olds can consent to sex? D: D: D:

( 117 comments — )

**Page 2 of 2**

<< [1] [2] >>

2/4/13                                    Stupid is as Stupid does - You big bully!

2/4/13                                                davis_square: So



# Exhibit 11

Username: [                    ]    Create an Account
Password: [          ] [Log in]    Forgot your login or password?
☐ Remember Me
English • Español • Deutsch • Русский

Home   Create an account   Explore   Shop   LJ Extras



The Wolverine of Drinking (Ⓞ bluesauce) wrote in ✪davis_square,
2009-08-04 21:42:00

# So

Anybody have an idea what happened to that pretentious abortion JonMon was calling art? It's not in the Square anymore.

Tags: art, local characters

---

Post a new comment                                60 comments



Ⓞ knowthyself
August 4 2009, 21:54:40 UTC

Hey Drew, your post makes no sense. :)
Reply



Ⓞ sparkgrrl658
August 4 2009, 21:57:44 UTC

http://community.livejournal.com/davis_square/1870797.html
Reply



Ⓞ knowthyself
August 4 2009, 23:06:00 UTC

Ahh. Thank you!
Reply



Ⓞ derspatchel
August 4 2009, 22:05:19 UTC

Guess it wasn't picking up enough chicks for his taste.
Reply



Ⓞ bluesauce
August 4 2009, 22:19:58 UTC

2/4/13



davis_square: So

Huh. And I saw a bunch of high school age girls checking it out. Seemed like it was drawing in his type.

Reply



Ω laura47
August 4 2009, 22:44:20 UTC

maybe they're just too old for him.

Reply



Ω lignota
August 4 2009, 22:26:42 UTC

Off-topic icon love.

Reply

Ω latvianchick
August 4 2009, 22:18:49 UTC



It's now back in Harvard Square.

Reply



Ω ron_newman
August 4 2009, 22:30:31 UTC

**friendly moderator note**
Next time, a little more context would be helpful ;-)

I believe the Wheel's stay in Davis Square was always intended to be temporary.

Reply



Ω bluesauce
August 4 2009, 23:05:05 UTC

Re: friendly moderator note
Whoops, my bad Ron. :)

Reply



Ω dylanesque29
August 4 2009, 22:42:41 UTC

For a second there, I hoped you meant those goofy statues.....but having walked through the square 15 minutes ago, I know they're still there.

Reply

Lesbians!     Ω livingadream



August 4 2009, 22:45:58 UTC

2/4/13                                                                 davis_square: So

I saw it at the Newport Folk Festival on Saturday. I was sure it was following me...
Reply   Expand



**O bluesauce**
August 4 2009, 23:04:34 UTC

No, but JonMon probably WAS lurking right behind you.

Pleasant dreams.
Reply



**O tamalinn**
August 5 2009, 16:36:26 UTC

*No, but JonMon probably WAS lurking right behind you.*
So. Not. Okay.
Reply



**O syatennin**
August 5 2009, 00:25:07 UTC

I have this image of the wheel being like the Tardis, and randomly appearing throughout time and space.
Reply



**O infinitemorning**
August 5 2009, 00:33.32 UTC

Great. I am going to have nightmares about JonMon traveling freely through time and space in his magic freaking pretentious-ass TARDIS
for WEEKS now.
Reply



**O bluesauce**
August 5 2009, 01:14:43 UTC

I figured it was more like the Weeping Angels. You look, he's still. Turn away, he moves close to sniff your hair, touch you
inappropriately, and invade your personal space.
Reply



**O infinitemorning**
August 5 2009, 03:31:01 UTC

Stop it stop it NOT HELPING STOP IT NOW
Reply



**O bluesauce**
August 5 2009, 06:15:16 UTC

2/4/13

davis_square: So

Feel the terror.



Reply



Ω sapphira–altair

August 5 2009, 07:11.15 UTC

OMG Whyyyyyyyyyyyyyyyy?

I hate you a little, Drew. :)

Reply



Ω bluesauce

August 5 2009, 07:21:23 UTC

Why? For the only reason that matters. Hilarity. :D

Reply



Ω sapphire–altair

August 5 2009, 07:24:00 UTC

I already have trouble sleeping, and now I will have that image giving me nightmares.

Reply



Ω laura47

August 6 2009, 04:15:39 UTC

NONONONONONONCNONONONOOOOOOOOI

AAHHHHH

Reply



Ω bluesauce

August 6 2009, 04:56:55 UTC

I love the smell of burning innocence in the evening. :)

Reply

2/4/13

davis_square: So



Ω **laura47**
August 6 2009, 05:34:35 UTC

no, no innocence, just... a desire to NOT GO some places. WHAT HAS BEEN SEEN CAN NEVER BE UNSEEN
Reply

Ω **bluesauce**
August 6 2009, 05:54:29 UTC



Reply



Ω **jovianconsensus**
August 5 2009, 03:54:58 UTC

Huh. I just watched that episode yesterday. Were you spying?
Reply



Ω **bluesauce**
August 5 2009, 06:15:33 UTC

Haven't you noticed the cameras?
Reply



Ω **rumpleteasah**

2/4/13

davis_square: So


August 5 2009, 07:28:21 UTC

this disturbs me on a level I thought not possible. Only you.

Reply



**Ω bluesauce**
August 5 2009, 07:38:27 UTC

You say the nicest things.

Reply



**Ω adantively**
August 5 2009, 16:02:11 UTC

Your icon is brilliant. That caption's from ED isn't it?

Reply



**Ω bluesauce**
August 5 2009, 16:04:05 UTC

I'm not sure, honestly. I just ran across it in another community a year or two back. But thank you!

Reply



**Ω nvidia99999**
August 5 2009, 16:30:29 UTC

In other words: you stole it?

:-)

Reply



**Ω bluesauce**
August 5 2009, 16:33:26 UTC

Re: In other words: you stole it?
Stole is such a thieving word. I think I asked permission.

Reply



**Ω adaptively**
August 5 2009, 18:20:09 UTC

Re: In other words: you stole it?
INFORMATION WANTS TO BE FREEEEE

2/4/13

davis_square: So



Reply



**nvidia99999**
August 5 2009, 19:19:53 UTC

Re: In other words: you stole it?
How did you get MY picture? :)
Reply



**ifotismeni**
August 4 2009, 23:11:52 UTC

i had no idea abortions could be pretentious
Reply



**kpht**
August 4 2009, 23:16:45 UTC

when they're sucked out, they have wire rimmed glasses and the entire works of proust.
Reply



What's sad is the anti-abortion protesters never mention that. They even crop the Kerouac book and wine out of the photos.
Reply

move along,
nothing to
see here.

**amemmy**
August 5 2009, 01:36:29 UTC

Best post this month!
Reply

**nvidia99999**

2/4/13                                                                                  davis_square: So



August 5 2009, 03:53:30 UTC    link    Collapse

**It was our thread!!!!**

He had to run before the Somerville News published the sequel to the first article. The one with the good stuff in it! :)

Reply   Expand



**Ω rumpleteasah**

August 5 2009, 07:30:58 UTC

**Re: It was our thread!!!!**

There actually was an article?

Reply



**Ω ron_newman**

August 5 2009, 13:27:47 UTC    Edited: August 5 2009, 13:28:59 UTC

**Re: It was our thread!!!!**

http://www.thesomervillenews.com/main.asp?SectionID=2&SubSectionID=2&ArticleID=1794
and subsequent discussion at
http://community.livejournal.com/davis_square/1877215.html

From the article: "Wheel Questions was at Harvard from June 14 to July 2 and has been at Davis since July 3, where it will stay through the end of the month. In August, the Wheel will be based at Harvard Square. "

So no, we didn't drive it out of Davis; it was never intended to remain there.

Reply



**Ω balsamicdragon**

August 5 2009, 12:22:58 UTC

**Moderator, please take note**

It is really not appropriate to have a Davis Square comment thread be solely for the purpose of maligning one individual. Regardless of whether it is deserved, take this discussion elsewhere please.

Reply



**Ω mrboboto**

August 5 2009, 12:34:33 UTC

**Re: Moderator, please take note**

Yeah, this is pretty tacky. I don't know who ".lonMon" is or what the "Wheel" is, but I know a dogpile when I see one and it ain't pretty.

Reply



**Ω ron_newman**

August 5 2009, 13:26:17 UTC

**Re: Moderator, please take note**

See the link posted as the second comment above, and also http://community.livejournal.com/davis_square/1877215.html . This is about the 'Question Wheel' art installation that was in the Davis Square plaza during most of July. My opinion is that if someone places art in a public place, it's OK to discuss the art and the artist.

Reply

2/4/13                                                            davis_square: So



**mrbohoto**
August 5 2009, 13:44:00 UTC

**Re: Moderator, please take note**

Sorry Ron- I didn't intend to imply that the moderators should do anything about it (so I probably should have made my own reply rather than replying to "Moderator, please take note"), just expressing my distaste.

Reply



**ron_newman**
August 5 2009, 13:58:24 UTC   Edited: August 5 2009, 13:59:46 UTC

**Re: Moderator, please take note**

I understand. In most cases, people can and should separate their opinions of art from their opinions of the artist. That's not possible in this case, because of the interactive nature of the installation.

If the artist, **make_you_laugh**, wants to add in his own comments here, he's welcome to.

Reply



**nvidia99999**
August 5 2009, 15:35:03 UTC

**Re: Moderator, please take note**

It's gonna be fun in Harvard Square. Different crowd there. That thing is gonna get trashed.

Reply



**ron_newman**
August 5 2009, 15:36:02 UTC

**Re: Moderator, please take note**

I really don't think so. It's been there before.

Reply



**adaptively**
August 5 2009, 16:04:23 UTC

**Re: Moderator, please take note**

I give it three days before it's been urinated on and the Chinese-violin guy sets up shop in front.

Reply



**nvidia99999**
August 5 2009, 16:29:41 UTC

**Re: Moderator, please take note**

Is that a violin? Man...

Reply

**adaptively**
August 5 2009, 16:40:55 UTC

2/4/13                                    davis_square: So



**Re: Moderator, please take note**

I forget what the actual name of the instrument is, all I know is that it's "not" a shamisen...so I call it the "chinese Violin that that guy tries to play."

Reply



**0 nvidin9899R**

August 5 2009, 18:52:26 UTC

**Re: Moderator, please take note**

Actually, good point. There are many more beggars in Harvard Sq than in Davis Sq. Setting up shop in front of the Wheel would make sense for them, since it attracts people.

Reply



**0 surrealestate**

August 5 2009, 19:15:06 UTC

I think this post as written belongs in davis_snark, not here.

I'm not going to delete it and clearly not everyone agrees, but just for the record.

Reply



**0 teele_sq**

August 5 2009, 19:24:26 UTC

Why not delete it? It's not mere art criticism, it's vitriolic, and it's generating some pretty nasty comments. If there were photos of the artist would you delete it then?

Where exactly do you draw the line?

Reply



**0 surrealestate**

August 5 2009, 19:28:05 UTC

I'm not going to delete it because, as I said above, not everyone agrees. There isn't mod consensus on the matter and I'm not quite that authoritarian.

Reply



**0 teele_sq**

August 5 2009, 19:52:15 UTC

But there was hardly mood consensus when my Crazy Mike post was deleted. So I'm trying to understand how these decisions get made.

Reply



**0 teele_sq**

August 5 2009, 19:55:49 UTC

Hah, sorry you said mod consensus, not mood. I see.

2/4/13                                                        davis_square: So

Reply

 **Ω nvidia99999**
August 5 2009, 20:04:01 UTC

**There is a photo of the artist.**

In the thread. The guy whose face was photoshopped on the black angel.

Reply

Post a new comment                          60 comments

---

**LJ**
About LiveJournal
Site News
Contact
Advertise

**Help**
Support
FAQs
Tour

**Legal**
Terms of Service
Privacy Policy
Copyright
Abuse team

**More**
Mobile version

Change language:
[English        ▼]

Current version: v.100.4

Follow us:

» View Full Sitemap

Copyright © 1999 LiveJournal, Inc. All rights reserved.

2/4/13                                            davis_square; Wheel Questions

# Exhibit 12

Username: [                    ]        Create an Account
Password: [          ] [Log in.]       Forgot your login or password?
☐ Remember Me                          🔲 👁 🔳
English • Español • Deutsch • Русский

Home   Create an account   Explore   Shop   LJ Extras

 crenshawseeds (⌂ crenshawseeds) wrote in ⌂ davis_square,
2009-07-24 09:49:00

# Wheel Questions

I'm Ashley Taylor, a reporter for the Somerville News writing a story about John Monsarrat's Wheel Questions Installation currently at Davis Square in front of the 7-11.

What do you think of it?

Have you posted questions, and did you appreciate the answers?  Or do you just read it?

Or have you never heard of it or seen it?

Particularly, as members of an on-line community, what do you think of the idea of having a community based around a physical structure, "the Wheel"?

Please let me know explicitly, when you reply, whether or not I can quote you in my article.

Thank you.


Tags: art, local characters, news media



Post a new comment                          87 comments

previous  [ 1 ] 2   next

 ⌂ ron_newman
July 24 2009, 12:56:09 UTC

minor correction: that's a Tedeschi's (formerly a Store 24), not a 7-11
Reply

 ⌂ shnoosthewlidnt
July 24 2009, 13:23:41 UTC

I wouldn't be giving him any personal information, even in the form of anonymous questions.
Reply

 ⌂ nvidia99999
July 24 2009, 13:35:59 UTC



**A bit of a dumb idea, IMO**

It perpetuates the mindset that somebody else can answer our questions, which is part of the problem in our society. I'd be for an "anti-wheel", where people write down something they discovered through hard work.

Reply



**cynickalone**
July 24 2009, 13:40:53 UTC

**Re: A bit of a dumb idea, IMO**

I like that idea.

Reply



**badseed1980**
July 24 2009, 16:27:24 UTC

**Re: A bit of a dumb idea, IMO**

Or maybe something where we ask personal but not privacy-violating questions of any random person and put them in a box, and then draw out another person's question to answer. Stuff like, "What's the most interesting dream you've had lately?" "Do you believe in an afterlife, and if so, what's it like?" No names or contact info or anything. So we'd be able to see input from all kinds of people on all kinds of topics. Plus, it'd be more of a community interactive thing.

Reply



**ron_newman**
July 24 2009, 16:51:17 UTC

**Re: A bit of a dumb idea, IMO**

I like that idea, too. It would improve the installation and its reception in the community.

Reply



**rind**
July 24 2009, 20:02:53 UTC

**Re: A bit of a dumb idea, IMO**

reminds me of the 'USENET oracle'

Reply



**ron_newman**
July 25 2009, 14:23:12 UTC

**Re: A bit of a dumb idea, IMO**

Thanks for the reminder. I added a link to that as a top-level comment.

Reply



**rumpleteasah**
July 24 2009, 18:42:35 UTC

**Re: A bit of a dumb idea, IMO**

I really like that idea! It strikes me as much more effective than what's been done.

Reply



**Ω contradictacat**

July 24 2009, 13:47:15 UTC

It's a cute concept, but the format (how only he can answer the questions) and the fact that he's a bit of a jackass in his answers is disappointing. He also seems to think this project is bigger and more important than it actually is.

Reply



**Ω nvidia90000**

July 24 2009, 13:53:08 UTC

The wheel is actually quite big...

in the sense of "bulky" :)

Reply



**Ω srakkt**

July 24 2009, 15:07:45 UTC

Welcome to JonMon's world. Look him up on Encyclopedia Dramatica.

Reply



**Ω contradictacat**

July 24 2009, 15:25:16 UTC

Oh god, I know. The fact that he lives around here terrifies me. I wasn't sure how appropriate it was to bring that up in this kind of context, though. ::shudders::

Reply



**Ω ron_newman**

July 24 2009, 17:14:02 UTC     Edited: July 24 2009, 17:14:54 UTC

How long should we hold his past offenses against him, and is it possible that he has genuinely changed and found a new path (as reflected by this installation)? I've never met this guy, and I don't know the answers to either question*, but they're worth asking.

* and no, I'm not going to submit either one to The Question Wheel. Someone else can, though.

Reply



**Ω contradictacat**

July 24 2009, 17:23:22 UTC

As long as he's still running "Midnight Seduction", there's no such thing as "past offenses". Being a creepy ethically questionable guy wrt the dating site is one thing- trying to lure teenage girls into his house under a pretense of a "game about vampires" is something else. and AFAIK, that's still going on.

Reply

**Ω ron_newman**

July 24 2009, 17:25:33 UTC     Edited: July 24 2009, 17:27:59 UTC



Now *that*, I knew nothing whatsoever about. My comment was based only on the 'MIT-Harvard Match-up' incident. I do think he owes people an apology for that one, however.

Reply



**Ω rumpleteasah**

July 24 2009, 18:46:31 UTC

lure teenage girls (as young as 16) into his house under a pretense of a "game about vampires" which actually has NO game aspect, has no mention of vampires, and is actually just a big play party complete with alcohol.

Reply



**thespian**

July 28 2009, 22:32:48 UTC

I went to the first one; there was actually a *game*, and roleplaying, with a slim book (it's published by a man in...oh, Philadelphia?), and it was enjoyable. And definitely a game, like a sexed up VtM. I went to the second one, and the game aspects disappeared, and I have not been back.

Reply



**Ω cold_type**

July 24 2009, 13:54:39 UTC

I think forums like this are much more valuable for actual information or advice.

Reply



**Ω m_b_w**

July 24 2009, 13:55:09 UTC

I believe it was on this forum that I read about one of his previous projects, MIT Match-Up. I found that creepy enough to not want anything to do with this one.

Reply



**Ω brynndragon**

July 24 2009, 14:07:00 UTC

Oh, it's that creepy stalker guy? I'm sorely tempted to ask if he's developed a conscience since then. . .

Reply



**Ω nvidia99999**

July 24 2009, 14:11:09 UTC

Wow!
What a surprise. God's complex is really getting to him! :)

Reply



**Ω ron_newman**

July 24 2009, 16:53:07 UTC

Re: Wow!

Or perhaps the word you all are looking for is 'oracle' .

Reply



**Ω ron_newman**

July 24 2009, 14:07:16 UTC

this?

Reply



**Ω m_b_w**

July 24 2009, 14:15:26 UTC

Yes, and this: http://media.www.hiprecord.org/media/storage/paper809/news/2003/04/17/News/Datin g.Service.Creator.Accused.Of.Harassing.Students-419629.shtml

Reply



**Ω nvidia99999**

July 24 2009, 14:29:04 UTC

I hope Ashley Taylor will mention this in her piece.,

But something tells me that won't happen :)

Reply



**Ω icecreamempress**

July 24 2009, 16:56:33 UTC

I love that he's giving his age as "35" when he graduated from MIT in 1989. No, Johnny, we don't believe you graduated from MIT at 15.

Reply



**Ω ron_newman**

July 24 2009, 17:34:29 UTC    Edited: July 24 2009, 19:28:11 UTC

The MIT online alumni directory confirms his graduation year as 1989.

(which article or website says he is 35?)

Reply



**Ω m_b_w**

July 24 2009, 19:20:34 UTC

Today's Globe article says that he is 40.

Reply



**Ω icecreamempress**

July 24 2009, 20:27:53 UTC

That seems possible. I've seen him give his age as 35 lately, but maybe it was a reporting or editing error.

Reply



**boblothrope**
July 24 2009, 17:06:28 UTC

As far as I can tell, that infamous Valentine's Day match service, with all the privacy violations, is totally unrelated to thematchup.net, which is a project of the MIT Media Lab's eRationality group.

Reply



**m_b_w**
July 24 2009, 18:58:26 UTC

This 2004 article talks about a MatchUp that was "under new management, with more emphasis placed on privacy concerns."
http://tech.mit.edu/V124/N4/4matchup.4n.html

Reply



**ron_newman**
July 24 2009, 14:00:41 UTC   Edited: July 24 2009, 14:15:23 UTC

When this project was located on Elm Street near Porter Square last year, this discussion occurred here (followed quickly by this one) and your newspaper published an article about it.

Reply



**mrpet**
July 24 2009, 14:19:19 UTC

It's an eyesore and I would like to know what kind of permit is needed to put in a private semi permanent installation up in the public square.

Reply



**rmd**
July 24 2009, 14:19:25 UTC

discussions of JonMon aside...

this question strikes me as odd: *Particularly, as members of an on-line community, what do you think of the idea of having a community based around a physical structure, "the Wheel"?*

that's kind of a weird question to ask about online vs physical communities given that you're talking to the davis square lj community — a community based around a physical structure, "davis square"

Reply



**surrealestate**
July 24 2009, 14:35:51 UTC   Edited: July 24 2009, 14:37:31 UTC

*Particularly, as members of an on-line community, what do you think of the idea of having a community based around a physical structure, "the Wheel"?*

What does that question actually mean? There is no community "based around" the structure. There is a community around it, of course, but that's only because it was put in the middle of one that already existed. Neither have anything to do with each other.

2/4/13                                                                          davis_square: Wheel Questions
Reply



**O m b w**
July 24 2009, 14:51:46 UTC

The wheel has its own online presence here: http://wheelquestions.org/blog/, but it doesn't really seem like a community to me, as it's centered on answers from one person.

Reply



**O rozasharn**
July 24 2009, 21:04:35 UTC

Ditto.

Reply



**O greenlily**
July 24 2009, 14:52:22 UTC

I hadn't thought anything about it one way or another. But now that I know who set it up, I'll be staying away from it. A number of my friends have been harassed by that guy, and I'm not interested in feeding his ego.

Reply



**O usernamenumber**
July 24 2009, 14:55:53 UTC

I agree with the people saying it's a little self-important, but I also think it's all in good fun and a very creative way that one guy has come up with for interacting with his community. I loved it when he had the wheel set up along with a meditation labrynth in his yard across from Porter Square. When he moved and the new owner immediately tore it all down and put up a big, ugly "NO TRESSPASSING" sign (as was his/her right to do, of course), I felt like a little piece of the neighborhood's character had died.

Reply



**O contradictacat**
July 24 2009, 15:28:30 UTC

Is that why it disappeared? Good to know.

Also, I'd think it'd be better and more of a "community interaction" piece if it were possible for the general populace to both ask and answer questions, instead of having him be the only person who can answer questions (especially since he can be kind of a jerk to the people asking).

Reply



**O usernamenumber**
July 24 2009, 16:03:12 UTC

Well, ok, I should clarify that I am *assuming* that the creator of the wheel moved, based on the fact that someone at the house was leaving out a bunch of stuff for taking shortly before and the subsequent radical change in the yard. There could be another explanation, though.

Reply

**theoplan**
July 28 2009, 22:41:26 UTC

2/4/13                                                      davis_square: Wheel Questions

the landlord actually caused the move; he was not happy with the liability issues that having a public park on property he was legally responsible for brought him. Hence the removal and the no trespassing signs, as people were still leaving notes even after it was removed.

Reply

 Ω usernamenumber
July 20 2009, 22:50:03 UTC

Interesting. Thanks for the information!

Reply

 Ω usernamenumber
July 24 2009, 16:04:30 UTC

Oh, and the above (and anything else I say in this thread) may be quoted.

Reply

 Ω turil
July 24 2009, 16:24:38 UTC

Everything really interesting in the world has to start with the idea that it's important to oneself. No one does amazing things that aren't.

Also, thanks for the update about what happened to it in it's original home. I was so sad when it disappeared. Another interesting, challenging, creative thing gone from the community.

Reply

 Ω maelithil
July 25 2009, 13:11:19 UTC

That yard was a self aggrandizing eyesore. I had thought whoever put it up realized just how butt ugly it was, but clearly I was giving him too much credit.

Reply

 Ω usernamenumber
July 25 2009, 14:04:15 UTC     Edited: July 25 2009, 15:35:40 UTC

Some people, myself included actually liked it. Subjective aesthetic assessments (whether asserted as fact or not) aside, I liked that it seemed a sincere effort to make something useful and available to others with the property, and that it added some eccentric character to the neighborhood. It was unique, and at least to me not ugly, and so I was sad to see it go.

Reply

 Ω icecreamempress
July 24 2009, 15:26:57 UTC

It seems like yet another vanity project to me from someone who's constantly trying to make himself the center of attention.

I also think it's visually ugly. If I were doing an "art installation" I would put some effort into making it look attractive and well-crafted instead of bunging it together sloppily.

Reply

2/4/13                                                    davis_square: Wheel Questions

 ○ icecreamempress
July 24 2009, 15:27:09 UTC

And yes, you may quote me on that.
Reply

 ○ nvidia99999
July 24 2009, 22:46:59 UTC

**Let's be concrete here....**

The guy is probably trying to make a living with this, somehow. Making himself the center of attention is kind of necessary when you try to make a living as an artist (OK, we can debate whether this is art or good art). But if it's true that this guy harasses people and all that has been said, that is a questionable way to trying to attract attention....

Reply

 ○ rmd
July 25 2009, 00:33:54 UTC    Edited: July 25 2009, 00:35:39 UTC

**Re: Let's be concrete here....**

*The guy is probably trying to make a living with this, somehow.*

that seems a radical interpretation of the evidence. i don't think there's any monetizing happening around this, is there? and i don't believe the creator of this is otherwise displaying public art.

edited to be more verbose...
Reply

 ○ nvidia99999
July 25 2009, 02:07:45 UTC

**Re: Let's be concrete here....**

Perhaps not YET... But that is probably the final goal... idea files, companies may want to advertise on these things, whatever nutty scheme this guy has in mind.
Reply

 ○ surrealestate
July 25 2009, 02:43:37 UTC

**Re: Let's be concrete here....**

Actually, I've heard him try to solicit corporate sponsors for it on more than one occasion.
Reply

 ○ rmd
July 25 2009, 10:37:59 UTC

**Re: Let's be concrete here....**

ah! i had not encountered this. in that case, i am mistaken.
Reply

2/4/13                                        davis_square: Wheel Questions

 **ron_newman**
July 25 2009, 10:59:56 UTC

**Re: Let's be concrete here....**
I'm a bit surprised -- doesn't he already own a big videogame company?
Reply

 **rumpleteasah**
July 25 2009, 14:40:42 UTC

**Re: Let's be concrete here....**
actually, he sold all the shares he had in that company over a year ago to pay for one of his other ventures that hasn't panned out.
Reply

 **nvidia99999**
July 25 2009, 14:56:34 UTC

**Re: Let's be concrete here....**
That rings a bell...
Reply

 **fitzinaterts**
July 25 2009, 12:20:55 UTC

**Last chance to send me your dollar!**
The website invites all levels of financial support (http://wheelquestions.org/blog/donate.html) and alludes to a forthcoming book. Doesn't PostSecret have a similar publishing program, based on harvesting the work of unremunerated volunteers?

Incidentally, you can witness the oracle at work here: http://www.youtube.com/watch?v=WjCZhLNfaM8.
Reply

 **nvidia99999**
July 25 2009, 15:11:39 UTC

**Re: Last chance to send me your dollar!**
Probably, this thread will be included in the book. Yay, we are making history!
Reply

 **rumpleteasah**
July 26 2009, 01:52:20 UTC

**Re: Last chance to send me your dollar!**
dear lord... He really SHOULDN'T explain his process. Gotta love the input from the camera man, though. *mmhm... mmhm...*
Reply

**m_b_w**

2/4/13

davis_square: Wheel Questions


July 24 2009, 15:27:27 UTC

Today's Globe:

http://www.boston.com/ae/theater_arts/articles/2009/07/24/wheel_questions_installation_offers_advice_and_inspiration/

Reply


**Ω purgatori84**
July 24 2009, 15:39:31 UTC

Feel free to quote:
I feel that a project like this exists to enlarge the ego of its creator. Also, I hope people consider the character of said creator and take it into account when reading his answers. Someone with numerous publicly recorded harassment allegations against him is not someone I would wish to receive advice from.

As to the community aspect of the project, I don't think there is one: it is centered around one person. Only if the project was interactive in both asking and receiving questions would it truly be a community project.

Please do not quote: I also have personal misgivings against the creator, as I ended up living in a house with him from a craigslist advertisement. I do not believe he should be in the position to give out advice based on my day to day dealings with him.


Reply


**Ω ron_newman**
July 24 2009, 16:55:08 UTC

> I feel that a project like this exists to enlarge the ego of its creator.

Leaving aside the character of this particular creator ... isn't the above statement to some extent true for any piece of art?
Reply


**Ω nvidia99099**
July 24 2009, 22:54:29 UTC

Ron has a point...
Perhaps what is a bit disturbing is the tension between the obvious ego inflation role of this and its proclaimed "community service" role...
Reply


**Ω mamajoan**
July 24 2009, 15:50:23 UTC

I pretty much echo what others said. When I first saw the wheel I thought it was for anyone to ask AND anyone to answer, and I thought that was pretty cool. But when I realized it was just one person doing the answers, that kind of ruined it for me. Still, my 6-year-old enjoyed writing a question and putting it in the box. I don't think it has occurred to him to wonder whether his question got answered. (just looked on the website and found it, so maybe I'll show it to him later.)

I particularly agree with the poster above who said that it's misleading to refer to a "community" based around the Wheel. There is no such thing as far as I can tell. Just a bunch of people writing questions and one guy answering them. That's not a community.
Reply

**Ω turil**

davis_square: Wheel Questions

 July 24 2009, 16:30:02 UTC

You can quote me.

I find it inspiring. I find it challenging. And I hope that others will similarly choose to go out on a limb and do something creative with themselves, for their community, and for themselves.

Also, as a general suggestion, this community is packed full of snarl lovers, who make it a hobby of being obnoxious. So this probably isn't the best place to find honest, healthy opinions. But maybe that's not what you're looking for? I know lots of news media likes to play up the drama of stories. In which case, the Davis Square Snark LJ community is where you want to be. :-)

Reply

 **ᴓ turil**
July 24 2009, 16:31:35 UTC

Heh. I meant snark lovers. Not "snarl". Though they probably love snarling too.

Reply

 **ᴓ rumpleteasah**
July 24 2009, 16:10:15 UTC

you can quote this: This "traveling art installation" definitely misses the point. Having ONE person answer all the questions not only gives a limited view on the situation, but also exacerbates the problem that the creator CLAIMS to be trying to solve, which is that people don't solve their own problems. If it were a FULLY interactive, with the option to ask AND answer questions, it likely would have been better recieved. As a note, I've read a number of the "answers" the creator has put up, and have been continually skeeved out by them. I'm also troubled that this man is referring to himself as a life coach.

do not quote this: I am against it. I always have had misgivings about it. I was one of the people who helped to build the original, which I ALSO considered an eyesore (I somehow convinced him to let me put plants into the garden, however.) This is a man who has alienated almost everyone who I know has had contact with him, and I don't think that he's qualified to be giving ANYONE advice.

I know some have asked how long we can hold someone to their past mistakes, but the issue isn't ONLY in his past. Less than a year ago, there were numerous incidences involving him that got to the point of my being completely unable to come close to the house while I was with one of the people who lived there, out of fear of having to deal with this man. He is socially manipulative and not above using his stature to get his way (though to my knowledge he has not used actual violence.) While I was living there, I was never comfortable having any of my female friends come over. The one time I did was when I was moving out, and he leered at her so hard that she told me she was going to go wait by the car rather than re-enter the house.

Reply

*Deleted comment*

 **ᴓ nvidia09000**
July 24 2009, 22:37:31 UTC

Man, oh man...

By reading your description, a certain BU medical student that has been in the news recently comes to mind!

Reply

*Deleted comment*

 **ᴓ nvidia09000**
July 24 2009, 22:55:27 UTC

Re: Man, oh man...

2/4/13                                                        davis_square: Wheel Questions

Wrong level in the thread... Sorry...
Reply



**ꓳ genesayssitdown**
July 24 2009, 19:27:12 UTC    Edited: July 24 2009, 19:27:51 UTC

# JON MONSARRAT IS A CREEP

here are some resources:

http://encyclopediadramatica.com/Jonmon
http://media.www.hlrecord.org/media/storage/paper609/news/2003/04/17/News/Dating.Service.Creator.Accused.Of.Harassing.Students-419829.shtml

everyone I have ever known to have ever dealt with him personally will tell you. he has no business harvesting the imagination of youth.
Reply



**ꓳ exsplusohs**
July 24 2009, 20:23:51 UTC

Holy crap. The more you know.
Reply



**ꓳ thetathx1138**
July 29 2009, 18:39:33 UTC

*he has no business harvesting ~~the imagination of youth~~ delicious loll.*

Fixed.
Reply



**ꓳ blue sauce**
July 24 2009, 20:10:57 UTC

I find it to be incredibly arrogant, and would find it so even if the installation weren't run by a creep and a sexual predator.
Reply



**ꓳ rumpleteasah**
July 24 2009, 20:27:12 UTC

amen
Reply



**ꓳ ron_newman**
July 24 2009, 20:35:58 UTC    Edited: July 24 2009, 20:36:29 UTC

by the way, to the OP -- you can use anything I've said here, but I haven't said a whole lot. I do think that the cited past incidents are relevant when evaluating both the installation and its creator, and I'll be interested to see how you integrate that information into your article. This may be more than you originally signed up for.
Reply

davis-square.livejournal.com/1870797.html                                                        13/15

2/4/13                                                                    davis_square: Wheel Questions

 **nvidia99999**
July 24 2009, 22:38:34 UTC

**Same here**

OP, you can quote my first post here:

"It perpetuates the mindset that somebody else can answer our questions, which is part of the problem in our society. I'd be for an "anti-wheel", where people write down something they discovered through hard work."

Reply

 **mihmo**
July 24 2009, 23:59:13 UTC

I would like the installation a lot more if it only was a display of the questions people asked, not the answers. It could then be kind of documentation of the questions folks in the physical proximity of the thing had on their minds. Of course, then, I don't know there would be much incentive to leaving a question. But it reminds me maybe of how people throw nickels and dimes and pennies into water fountains for luck. Maybe they ask the questions more to get it out in the open anonymously rather than to actually get an answer. Grouphug.us is an online site that's been around for at least a couple of years that serves just that purpose, and can be at times humorous / entertaining / sobering / lose-your-faith-in-humanity-depressing to read.

I do question from what authority the answers come from. As many folks have pointed out, it's a bummer the community itself can't answer the questions - I've noticed since it's been in Davis Square people have tried to contribute answers and have been scolded.

It does remind me a bit of this feedback setup we had at the cafeteria at my university, RPI. The cafeteria had these cards where you could ask questions or provide feedback on the food and service. The manager of the cafeteria would answer every card and tack it up on this huge corkboard at the exit of the cafeteria. Usually the cards had mundane questions like: "Can we have sushi one day of the week?" or "The meatloaf was gross today." But sometimes people would ask questions like "Should I change my major?" or "Will I ever get a girlfriend?" and the cafeteria manager always answered them nicely. :) Those kinds of more personal cards were only occasional though.

Reply

  July 25 2009, 00:05:23 UTC

**The thing is...**

If it's all anonymous then... Why not just do it online? The point of doing it in RL would be that you may get to know some people who live near you better. Perhaps see the problems they are having or what they are trying to achieve and feel a bit closer to them. If that is not possible, then there is no point at all in having a physical installation...

Reply

 **mihmo**
July 25 2009, 14:01:34 UTC

**Re: The thing is...**

There's still a difference between RL and online even if it's anonymous. It's that the person who submitted the question/thought once stood physically where you stand reading it, and that they were necessarily in the same area as you. You don't have that with online sites.

Reply

 **usernamenumber**
July 25 2009, 14:14:05 UTC

**Re: The thing is...**

*"If it's all anonymous then... Why not just do it online?"*

Idunno, even with anonymity, meatspace still has a certain quaint charm, when taken in small doses. =;)

14/15

2/4/13                                          davis_square: Wheel Questions

Reply

 **ⵔ ron_newman**
July 25 2009, 14:22:08 UTC

**The Internet Oracle**

For a similar idea, but done entirely online since 1989: The Internet Oracle (originally 'The Usenet Oracle')

Reply

 **ⵔ mvcroft**
July 29 2009, 18:44:25 UTC

**Re: The Internet Oracle**

But the Oracle doesn't take itself seriously; it's supposed to be funny. (As a priest on sabbatical, I admit it sometimes fails at that...)

Reply

 **ⵔ antimony**
July 26 2009, 01:50:11 UTC    link    Collapse

I think it's ugly, and fails both as community-building and as art. I do like the idea in general of installation art in that space, but I'm not at all fond of this piece. When I first saw it, I expected it to be open-ask-open-answer, which it wasn't. And the handful of questions I saw were juvenile (I didn't bother looking to see if they had answers.)

Quotable.

Reply

Post a new comment                          87 comments

                         previous      1   2       next
                         ← 30                        30 →

---

|              | **Help** | **Legal**        | **More**       | Change language:       |
|--------------|----------|------------------|----------------|------------------------|
| **LJ**       | Support  | Terms of Service | Mobile version | English                |
| About LiveJournal | FAQs | Privacy Policy |                |                        |
| Site News    | Tour     | Copyright        |                | Current version: v.100.4 |
| Contact      |          | Abuse team       |                |                        |
| Advertise    |          |                  |                | Follow us:             |

» View Full Sitemap

Copyright © 1999 LiveJournal, Inc. All rights reserved.

2/4/13                                    davis_square: Wheel Questions

Username: [          ]    Create an Account
Password: [          ] [Log in]   Forgot your login or password?
☐ Remember Me
English · Español · Deutsch · Русский

Home   Create an account   Explore   Shop   LJ Extras


crenshawseeds (○ crenshawseeds) wrote in ○ davis_square,
2009-07-24 09:49:00

# Wheel Questions

I'm Ashley Taylor, a reporter for the Somerville News writing a story about John Monsarrat's Wheel Questions installation currently at Davis Square in front of the 7-11.

What do you think of it?

Have you posted questions, and did you appreciate the answers?  Or do you just read it?

Or have you never heard of it or seen it?

Particularly, as members of an on-line community, what do you think of the idea of having a community based around a physical structure, "the Wheel"?

Please let me know explicitly, when you reply, whether or not I can quote you in my article.

Thank you.

Tags: art, local characters, news media

---

Post a new comment                              87 comments

                           previous    1  [2]   next


○ ron_newman
July 29 2009, 18:23:38 UTC

Hi, Ashley. Why did you ask us for all this feedback, and then not use any of it?
Reply

> ○ mamaloan
> July 29 2009, 18:35:44 UTC
>
> Notice that the "Ashley Taylor" journal was created on the day she started this thread, and has never been updated or posted any comments. So I wouldn't hold your breath for a response.
> Reply

2/4/13                                    davis_square: Wheel Questions

**Post a new comment**                              87 comments

previous            1  | 2 |     next
 ↞ ←in                            :>4 →

LJ                    Help          Legal              More            Change language:
About LiveJournal     Support       Terms of Service    Mobile version   | English         |▼|
Site News             FAQs          Privacy Policy
Contact               Tour          Copyright                            Current version: v.100.4
Advertise                           Abuse team
                                                                         Follow us:

» View Full Sitemap

Copyright © 1999 LiveJournal, Inc. All rights reserved.

Exhibit13

MIT's Oldest and Largest Newspaper

# The Tech

Established 1881

The Weather
Today: Partly sunny, 45°F (7°C)
Tonight: Mostly cloudy, 35°F (2°C)
Tomorrow: Partly sunny, 45°F (9°C)
Details, Page 2

Volume 123, Number 20 | Cambridge, Massachusetts 02139 | Friday, April 18, 2003

Nathan Hanagami '04 kicks an opponent during his sparring match at the final Ivy/Northeast Collegiate League tournament at Columbia University. The Sport Tae Kwon Do Club won the tournament, placing first in the league for the year.

## Rhee Death Apparently Suicide

By Beckott W. Sterner
*Associate News Editor*

The death of Jaemin Rhee PhD '01 appears to be a suicide.

David D. Clark SM '02, a friend of Rhee and a member of the Ptolemy Players, the chamber music group that she founded, said that Rhee had written a brief note before her death.

Clark said that the note contained her parents' phone number and a request, "don't tell anybody else."

Public Information Officer of the Cambridge Police Frank Pasquarello said that the official investigation was ongoing and that no official cause of death had been determined yet.

Rhee was found in her apartment by one of her friends on Monday, April 8.

Shayan Mukherjee PhD '01, a postdoctoral fellow in Course IX and a friend of Rhee's, said that she died from an overdose of Valium. He said that the note mentioned that "she has some rent due," but it was "literally a note" and no more.

Mukherjee said the note did not mention a reason. The note "wasn't really much of anything as far as I know," he said.

Her suicide "was a complete surprise," he said, because right now "didn't seem like a particularly bad time," said Anand D. Sarwate '02.

Sarwate also Rhee's friend and publicity chair for Ptolemy, confirmed that Rhee had left a "a very matter of fact note."

Concerning Pinker's decision to leave MIT for Harvard just a few days before Rhee's suicide, Clark said that "I'm pretty positive that has nothing to do with it."

Sarwate said that in the past Rhee had suffered from periods of depression and had been hospitalized for panic attacks. He added that Rhee had undergone therapy and was careful to follow treatment. "She was doing all the right things" to stay healthy, he said.

Sarwate said a possible factor might be that she was "kind of stressed out" because she was participating in an upcoming research conference. He also said that she had not yet decided what she would do in the fall as her fellowship would have ended this year.

### Suicides raise concerns at MIT

Rhee's suicide is the first in the MIT community since 2001, when Julia M. Carpenter's '02 death was ruled a suicide by cyanide poisoning. Prior to that, there were four suicides in 2000, including the death

Rhee, Page 12

## Matchup Participants File Many Complaints

By Marissa Vogt
*Associate News Editor*

Harvard University students filed a series of harassment complaints with MIT and Harvard campus police in connection with the MIT-Harvard-Wellesley Matchup service offered this past February.

Both universities and MIT Stopit received complaints from female students at Harvard Law School about persistent e-mails they received from Jonathan Monsarrat '89, the matchup's creator and operator.

Nicole J. DeSario, a student at Harvard Law School, said that "there's been a lot of people who have been hearing from him even when they don't respond to him."

DeSario said in an e-mail to the MIT Young Alumni Club that Monsarrat had "admitted in some of his e-mails that he went through the results by hand to pick people to contact above and beyond those who he would be matched with."

DeSario said that she originally addressed her complaint to matchup-request@mit.edu, the address listed on the Web site for the matchup, *http://www.mit.edu/matchup.*

After she did not receive a response, DeSario said that she suspected that Monsarrat was the only person receiving mail from that address, so she sent her complaint to the MIT Young Alumni Club, which is listed on the web site as a sponsor of the service. The club then filed a complaint with MIT Stopit.

The complaint DeSario sent to

Matchup, Page 15

## *MIT Loses Patent Lawsuit*

By Keith J. Winstein
*News and Features Director*

MIT lost a patent infringement lawsuit against Lockheed Martin Corp. that sought royalties for Lockheed's operation of two United States ground stations for Inmarsat, a global satellite telephone system.

On March 13, Chief Judge William G. Young of the federal district court in Boston ruled that no reasonable jury could find that Lockheed's operation of two Inmarsat ground stations infringed an MIT patent on a technique for compressing speech signals. MIT will not appeal the ruling, said Lita Nelsen, director of the MIT's Technology Licensing Office.

The lawsuit was noteworthy for several reasons. It is the first time anybody can remember that MIT has lost a patent infringement lawsuit. Neither *The Tech* nor Jack Turner, the TLO associate director, could find or recall a previous loss for MIT. Almost all MIT-filed patent infringement suits end before trial when the defendant agrees to pay for a license.

### MIT says Lim's product infringes

The lawsuit was also noteworthy because Lockheed did not develop the speech compression technique the Inmarsat system uses. Lockheed bought its system from the MIT spinoff Digital Voice Systems Inc. of Westford, Mass., known as DVSI, which designed and sells the "multiband excitation" speech-compression system at issue.

The chairman of the board and co-founder of DVSI is MIT Professor Jae S. Lim '74, whose inventions and patents have brought in tens of millions of dollars in licensing revenue for MIT and have been the foundation of several patent infringement lawsuits filed by MIT.

Lockheed, Page 15

## Next September, Crowding May Return to Dormitories

By Kathy Lin
*Associate News Editor*

Several fraternities report that most of their freshmen pledges are planning on moving into their fraternity houses next year, but some degree of crowding is anticipated in the dormitories next year.

Chancellor Phillip L. Clay and Dean for Student Life Larry G. Benedict previously vowed there would not be crowding next year. "Not if I'm going to work here," Benedict said last November.

Assistant Dean and Director of Fraternities, Sororities, and Independent Living Groups David N. Rogers anticipates that about 80 percent or more of the freshman pledges will move into their respective fraternities next year.

"It's understood that living [at a fraternity] is a big part of being part of the community," said Joshua S. Yardley '04, the 2002 Interfraternity Council rush chair.

So far, 216 freshmen have decided to live off campus next year, and about 730 have confirmed that they will stay on campus, said Denise A. Vallay, assistant director of undergraduate housing. About 65 housing confirmations still have not been submitted.

Vallay said she "anticipate[s] that there probably will be a small degree of crowding next year," but that it is hard to judge how much of a problem on-campus crowding will be.

A total of 785 people will be moving off campus next year, including graduating seniors. In addition, 107 rising seniors have applied for Senior Segue and could move out of the undergraduate dormitory system to graduate housing as well.

However, there is not enough

Crowding, Page 18

Steam emerges from cracks in the sidewalk next to Burton-Conner Monday night. The cause was not immediately apparent, but a passerby said a pipe of some kind that had been laid beneath Amherst Alley in front of Burton-Conner in the past several weeks may be the source.

*The Tech* will not publish an issue this Tuesday. We will resume publication next Friday. Happy Patriot's Day!

Comics

Page 8

NEWS

The schedule for 2003 Orientation nears completion.

Page 16

World & Nation .............. 2
Opinion .................... 4
Arts ........................ 5
On the Town ................ 7
Events Calendar ............ 10

Case 1:17-cv-10356-PBS   Document 107-2   Filed 02/13/18   Page 110 of 135

MIT's
Oldest and Largest
Newspaper

# The Tech

Established 1881

The Weather
Today: Partly sunny, 45°F (7°C)
Tonight: Mostly cloudy, 35°F (2°C)
Tomorrow: Partly sunny, 43°F (9°C)
Details, Page 2

Volume 123, Number 20                    Cambridge, Massachusetts 02139                    Friday, April 18, 2003



Nathan Hanigan '04 kicks an opponent during his sparring match at the final Ivy/Northeast Collegiate League tournament at Columbia University. The Sport Tae Kwon Do Club won the tournament, placing first in the league for the year.

## Rhee Death Apparently Suicide

By Beckett W. Sterner
*ASSOCIATE NEWS EDITOR*

The death of Jasmin Rhee PhD '01 appears to be a suicide.

Dovid D. Clark SM '02, a friend of Rhee and a member of the Ptolemy Players, the chamber music group that she founded, said that Rhee had written a brief note before her death.

Clark said that the note contained her parents' phone number and a request, "don't tell anybody else."

Public Information Officer of the Cambridge Police Frank Pasquarello said that the official investigation was ongoing and that an official cause of death had been determined yet.

Rhee was found in her apartment by one of her friends on Monday, April 8.

Shayan Mukherjee PhD '01, a postdoctoral fellow in Course IX

and a friend of Rhee's, said that she died from an overdose of Valium. He said that the note mentioned that "she has gone to rest die," but it was "literally a note" and no more

Mukherjee said the note did not mention a reason. The note "wasn't really much of anything as far as I know," he said.

Her suicide "was a complete surprise," he said, because right now "didn't seem like a particularly bad time," said Anand D. Sarwate '02.

Sarwate also Rhee's friend and publicity chair for Ptolemy, confirmed that Rhee had left a "a very matter of fact note."

Concerning Pinker's decision to leave MIT for Harvard just a few days before Rhee's suicide, Clark said that "I'm pretty positive that has nothing to do with it."

Sarwate said that in the past Rhee had suffered from periods of

depression and had been hospitalized for panic attacks. He added that Rhee had undergone therapy and was careful to follow treatment. "She was doing all the right things" to stay healthy, he said.

Sarwate said a possible factor might be that she was "kind of stressed out" because she was participating in an upcoming research conference. He also said that she had not yet decided what she would do in the fall as her fellowship would have ended this year.

**Suicides raise concerns at MIT**

Rhee's suicide is the first in the MIT community since 2001, when Julie M. Carpenter's '02 death was ruled a suicide by cyanide poisoning. Prior to that, there were four suicides in 2000, including the death

Rhee, Page 12

## Next September, Crowding May Return to Dormitories

By Kathy Lin
*ASSOCIATE NEWS EDITOR*

Several fraternities report that most of their freshmen pledges are planning on moving into their fraternity houses next year, but some degree of crowding is anticipated in the dormitories next year.

Chancellor Phillip L. Clay and Dean for Student Life Larry G. Benedict previously vowed there would not be crowding next year. "Not if I'm going to work here," Benedict said last November.

Assistant Dean and Director of Fraternities, Sororities, and Independent Living Groups David N. Rogers anticipates that about 30 percent or more of the freshman pledges will move into their respective fraternities next year.

"It's understood that living [at a fraternity] is a big part of being part of the community," said Joshua S. Yardley '04, the 2002 Interfraternity Council rush chair.

So far, 216 freshmen have decided to live off campus next year, and about 730 have confirmed that they will stay on campus, said Denise A. Valley, assistant director of undergraduate housing. About 65 housing confirmations still have not been submitted.

Valley said she "anticipate[s] that there probably will be a small degree of crowding next year," but that it is hard to judge how much of a problem on-campus crowding will be.

A total of 785 people will be

moving off campus next year, including graduating seniors. In addition, 107 rising seniors have applied for Senior Segue and could move out of the undergraduate dormitory system in graduate housing as well.

However, there is not enough

Crowding, Page 13

## Matchup Participants File Many Complaints

By Marissa Vogt
*ASSOCIATE NEWS EDITOR*

Harvard University students filed a series of harassment complaints with MIT and Harvard campus police in connection with the MIT-Harvard-Wellesley Matchup service offered this past February.

Both universities and MIT Sloph received complaints from female students at Harvard Law School about persistent e-mails they received from Jonathan Monsarrat '89, the matchup's creator and operator.

Nicole J. DeSario, a student at Harvard Law School, said that "there's been a lot of people who have been hearing from him even when they don't respond to him."

DeSario said in an e-mail to the MIT Young Alumni Club that Monsarrat had "admitted in some of his

e-mails that he went through the results by hand to pick people to contact above and beyond those who he would be matched with."

DeSario said that she originally addressed her complaint to matchup-request@mit.edu, the address listed on the Web site for the matchup, *http://www.mit.edu/~matchup*.

After she did not receive a response, DeSario said that she suspected that Monsarrat was the only person receiving mail from that address, so she sent her complaint to the MIT Young Alumni Club, which is listed on the web site as a sponsor of the service. The club then filed a complaint with MIT Stoph.

The complaint DeSario sent to

Matchup, Page 13

## MIT Loses Patent Lawsuit

By Keith J. Winstein
*STAFF REPORTER/EDITOR-IN-CHIEF*

MIT lost a patent infringement lawsuit against Lockheed Martin Corp. that sought royalties for Lockheed's operation of two United States ground stations for Inmarsat, a global satellite telephone system.

On March 18, Chief Judge William G. Young of the federal district court in Boston ruled that no reasonable jury could find that Lockheed's operation of two Inmarsat ground stations infringed an MIT patent on a technique for compressing speech signals. MIT will not appeal the ruling, said Lita Nelsen, director of the MIT's Technology Licensing Office.

The lawsuit was noteworthy for several reasons. It is the first time anybody can remember that MIT has lost a patent-infringement lawsuit. Neither The Tech nor Jack Turner, the TLO associate director, could find or recall a previous loss for MIT. Almost all MIT-filed patent infringement suits end before trial when the defendant agrees to pay for a license.

**MIT says Lim's product infringes**

The lawsuit was also noteworthy because Lockheed did not develop the speech compression technique the Inmarsat system uses. Lockheed bought its system from the MIT spinoff Digital Voice Systems Inc. of Westford, Mass. known as DVSI, which designed and sells the "multiband excitation" speech-compression system at issue.

The chairman of the board and co-founder of DVSI is MIT Professor Jae S. Lim '74, whose inventions and patents have brought in tens of millions of dollars in license revenue for MIT and have been the foundation of several patent infringement lawsuits filed by MIT.

Lockheed, Page 13



Steam emerges from cracks in the sidewalk next to Burton-Connor Monday night. The cause was not immediately apparent, but a passerby said a pipe of some kind that had been laid beneath Amherst Alley in front of Burton-Connor in the past several weeks may be the source.

---

The Tech will not publish an issue this Tuesday. We will resume publication next Friday. Happy Patriot's Day!



**Comics**
Page 8

**NEWS**
The schedule for 2003 Orientation nears completion.
Page 16

World & Nation . . . . . . . . . . . . . 2
Opinion . . . . . . . . . . . . . . . . . . . 4
Arts . . . . . . . . . . . . . . . . . . . . . 5
On the Town . . . . . . . . . . . . . . 7
Events Calendar . . . . . . . . . . . 10

# WORLD & NATION

## Aid Groups Say Efforts Hampered in Iraq

By Deborah Barfield Berry
NEWSDAY

With looting and fighting still under way in parts of Iraq, some relief groups say their efforts to deliver aid have been severely hampered even as Iraq faces an outbreak of diseases and a critical shortage of clean water.

A few people face truckloads of supplies waiting in bordering countries, while others say they have managed to get in small amounts of aid wherever and whenever it's safe.

Catholic Relief Services, an international aid agency, has four truckloads with $500,000 in medical supplies and food waiting in Jordan to be delivered to Iraq. It will be the agency's first major convoy of aid into the country. But because of safety concerns, officials say, that could take a week to 10 days.

"We had hoped to go in as early as this week, but it's just not safe at this point to go." said Joe Curney, a spokesman for the group. "You can't guarantee the safety of staff or that the supplies will necessarily reach the people they're intended for."

## FTC Sues Porn Web Operator As Part of Anti-Spam Efforts

By Jonathan Krim
THE WASHINGTON POST

The Federal Trade Commission is using one of the country's most active purveyors of pornographic junk e-mail, part of a stepped-up push by the agency to combat spam.

The suit, filed Tuesday in federal court in Illinois, alleges Brian Westby of Missouri violated federal laws by sending e-mail whose deceptive subject lines, such as "What is wrong?" and "Find: You may want to reboot your computer," disguised the actual content: images of scantily clad women and links to porn Web sites Westby operated, many featuring "married but lonely" women.

FTC officials said its spam database, which is receiving about 130,000 pieces of spam per day forwarded by citizens, collected 46,000 from Westby's various endeavors.

The agency further alleged Westby used "spoofing" — a common scammer practice that disguises the internet address of the computer that sends the spam — and provided a means of unsubscribing from e-mail lists that did not work. The complaint said Westby has netted more than $1 million from his porn operations.

## Officials Fear New Transmission Routes for SARS

By Rob Stein
THE WASHINGTON POST

The SARS virus that infected hundreds of people in a 33-story Hong Kong apartment tower probably spread in part by traveling through bathroom drainpipes, officials said Thursday in what would be a disturbing new confirmation of the microbe's versatility.

The possible explanation for what has been one of the most baffling and worrisome outbreaks in the epidemic indicates the virus can be transmitted in ways other than close person-to-person contact.

"The possibility that the virus could by aerosol move through a vertical pipe through other pipes ... into the air and affect so many people, that's not comforting," said Klaus Stohr, who is leading the World Health Organization's scientific efforts against SARS — severe acute respiratory syndrome.

. Stohr stressed, however, that even if the virus can spread through plumbing or in other ways, the pattern of the epidemic so far indicates that would occur only rarely.

"If that would significantly contribute to the transmission of the virus, the epidemic would look different. It would spread faster. We'd have many more cases than we could not link to a SARS patient," Stohr said.

Nevertheless, evidence of the virus has been found in almost every body fluid that has been tested, including blood, feces, urine, saliva and even tears. Stohr said

## WEATHER

[WEATHER MAP]

Today: Partly sunny. Highs in the mid 40's F (7°C). East winds 10 to 15 mph.

Tonight: Mostly cloudy. Lows in the mid 30's F (2°C). East winds 10 to 15 mph

Saturday: Partly sunny. Highs 45°F (7°C) to 50°F (10°C).

Saturday night: Mostly cloudy. Lows in the upper 30's F (3°C)

Sunday: Mostly cloudy. Highs near 50°F (10°C).

Sunday night: Mostly clear. Lows in the upper 30's F (3°C).

Monday: Partly cloudy. Then cloudy with a chance of showers. Highs 55°F (13°C) to 60°F (16°C).

Tuesday: Cloudy with a chance of showers. Lows in the upper 40s and highs in the mid 50's F (13°C).

## European Union: U.N. Must Play Important Role in Iraq

By Sebastian Rotella
LOS ANGELES TIMES

Trying to overcome divisions over the role of U.S.-led campaign in Iraq, the European Union on Thursday threw its weight behind a key role for the United Nations in postwar Iraq and said the EU also has a political and economic role to play in the reconstruction of the country.

France, Germany and other antiwar countries joined a pro-war camp led by British Prime Minister Tony Blair to issue a carefully worded statement seeking to ease the United Nations back into the battered international decision-making process.

"No issue has so divided the world since the end of the Cold War," U.N. Secretary-General Kofi Annan SM '72 said at the summit in Athens, Greece, held to welcome 10 mostly former Communist countries into the EU fold. "It is vital that we heal that division now. The world cannot afford a long period of recrimination."

Annan spent Wednesday and Thursday shuttling between meetings with leaders including French President Jacques Chirac, German Chancellor Gerhard Schroeder and Russian Foreign Minister Igor S. Ivanov, all of whom teamed up to block U.N. approval of military action in Iraq.

Their actions exacerbated long-standing conflicts in the European Union between France and Germany, which ranged themselves as the leaders of the organization, and Britain, Spain and Italy, which backed the Bush administration's confrontation with the Iraqi regime. Moreover, Chirac irritated future member countries such as Poland, which contributed forces to the coalition, by criticizing their pro-U.S. stance and hinting at potential retaliation by the EU.

The war issue dominated this week's proceedings even though Greece, which holds the six-month rotating EU presidency, had said they would not be a topic for discussion at a meeting whose nominal focus was to welcome the members from Central and Eastern Europe.

With Annan the first dignitary to arrive in Athens for the meeting and the last to leave, long "hung over the summit like a sword of Damocles," one diplomat said.

The joint statement issued Thursday declared that "the U.N. must play a central role, including in the process leading towards self-government for the Iraqi people, utilizing its unique capacity and experience in post-conflict nation-building. [The EU] looks forward to a further strengthening of the U.N.'s involvement in post-conflict Iraq, initially in the coordination of the humanitarian assistance."

Tellingly, with anti-war countries fearful they will be locked out of lucrative contracts to rebuild a shattered Iraq, the EU reaffirmed its commitment to playing a "significant role" in the reconstruction of the country.

Greek Foreign Minister George Papandreou helped broker the wording of a statement intended to close a conflictedness that has begun with the victory of the coalition forces in Iraq.

Blair, who spent less than 24 hours in the Greek capital, met privately with Chirac — their first face-to-face meeting since the war began. The rift-down continued on low-breaking grounds between Paris and Washington and London a day after President Bush and Chirac had their first phone conversation since the war began.

The 15 current EU nations appeared to agree that the priority in Iraq is to help the country recover from the Saddam Hussein regime and the war that brought it down. But hard questions about how the process will work, and which countries or institutions are best-prepared to participate, still hang in the air.

## Bechtel Corporation Receives Iraqi Reconstruction Contract

By David Streitfeld and Mark Fineman
LOS ANGELES TIMES

The federal government on Thursday selected San Francisco's Bechtel Group for a sweeping $680 million contract to oversee the rebuilding of Iraq, a massive task that will involve everything from airports, schools, roads, bridges and railroads to its power grids, water systems and sewers.

So critical is this work to America's postwar presence in the wounded nation that the 48-page request for bids recently was sent to a handful of American companies deemed it essential to keeping the peace there.

Bechtel said it was "honored" to have been selected by the U.S. Agency for International Development. Even critics conceded the task was extraordinary.

"This has never been done before — an American corporation rebuilding an entire foreign country," said Danielle Brian, executive director of the D.C.-based Project on Government Oversight.

The government and Bechtel will initially get $34.6 million under the contract, which provides for up to $680 million during the next 18 months. But USAID officials said the total will be far higher. Experts say it will cost tens of billions of dollars to fulfill the agency's goal of creating "the fundamental structures for democracy and economic growth."

Bechtel said it had already selected winning subs with USAID to "prioritize and detail" what needs to be done.

The company's next step is to find subcontractors. Bechtel will be responsible for coordinating construction work by dozens of subcontractors employing thousands of workers.

"It will be a full and open and international bidding process," Bechtel spokesman Mike Kidder said.

None of that was true in the first round. The size of the contract — the biggest of eight being awarded by USAID, for a total of $1.7 billion — and the fact that it was cloaked under the veil of national security drew criticism from Capitol Hill and government watchdog groups. "A troubling pattern is starting to emerge," said Sen. Ron Wyden, D-Ore. "We're seeing some of the country's most powerful business interests chewing up and getting these contracts. This ought to set off bells."

Wyden is co-sponsoring a bill to force public disclosure of Iraq contracts awarded without open, competitive bidding. The General Accounting Office, Congress' investigative arm, has launched a wide-ranging investigation as well. An amendment to the $80 billion war-spending bill President Bush signed this week allocates more than $4 million for AID's inspector general to monitor and audit money spent in Iraq.

Bechtel, which was founded in 1898 by Warren Bechtel and is closely controlled by his descendants, built the Hoover Dam in the early 1930s. Other major company projects include the San Francisco-Oakland Bay Bridge, the Trans-Alaska Pipeline, the Bay Area Rapid Transit System and the English Channel Tunnel.

Bechtel has other work for the military as well as other government contracts, including the Yucca Mountain nuclear waste disposal site and the Idaho National Engineering and Environmental Laboratory.

Like many companies that work extensively with the government, it has been a large political contributor: $1.3 million to federal campaigns and candidates over the last three years, according to the Federal Election Commission. Fifty-nine percent of the money went to Republicans and the rest to Democrats, records show.

Over the decades, Bechtel has been closely tied to the government in other ways, too. George Shultz, treasury secretary for President Nixon, stepped down in 1974 to become president of Bechtel. In 1982, Shultz became President Reagan's secretary of State. Shultz is currently a member of Bechtel's board. Caspar Weinberger was a Bechtel director, vice president and general counsel before becoming Reagan's secretary of defense in 1980.

Officials have stressed that politics played no role in awarding the contracts. USAID administrator Andrew S. Natsios emphasized that all 123 employees in the agency's procurement division are career civil servants, and that he said...all other...political appointees are legally barred from participating in the process. The procurement staff directed the contract after evaluating the companies' capabilities and reviewing the cost estimates.

Nevertheless, the company is a lightning rod for activists. Bechtel's headquarters in San Francisco's financial district was the scene of several demonstrations as the war began at the end of March. Even after the protesters stopped coming, the company left the crowd control barriers up in front of its building, just in case.

Bechtel has been the subject of more substantive criticism too. In Boston, Bechtel has come under fire for its co-management of the Big Dig project to replace a 7.5 mile elevated highway with an eight-lane underground tunnel.

Over its nearly 20-year history, the cost of the project has ballooned from $2.5 billion to $15 billion. The state government is investigating whether Bechtel is responsible for making mistakes that total more than a billion dollars.

"They were in charge of the biggest infrastructure project in the history of America and they screwed it up," said Brian of the Project on Government Oversight.

Bechtel has defended itself vigorously and says the criticism is "fundamentally flawed".

# Few Deaths, But HIV Infection Reaches 1.5 Million in Russia

By David Holley
LOS ANGELES TIMES

MOSCOW

While the number of AIDS deaths is still low, an epidemic of HIV infection is raging in Russia, with up to 1.5 million Russians now carrying the virus, the country's top expert on the disease said Thursday.

Vadim V. Pokrovsky, head of the Health Ministry's AIDS Prevention and Treatment Center, made the statement at a news conference called to promote a battle against HIV/AIDS in Russian prisons, where the disease readily spreads and is then transmitted to the broader society as inmates are released.

Russia has 235,000 registered HIV/AIDS cases, but the actual number is estimated at 700,000 to 1.5 million, Pokrovsky said. This includes 37,000 inmates who are confined to be infected. The Russia-wide totals are up from just 442 registered cases in 1990 and 1,030 registered cases in 1995.

An all-star cast of international health organizations appeared at the media event, which was focused on a new Russian-language health manual designed for use by prison doctors. But in an indication of why the epidemic rages on, Pokrovsky said in response to a question near the end of the news conference that the book is full of new ideals but is detached from reality.

"The book reflects the best practices and the best intentions," Pokrovsky said. "Of course, the book should be adopted taking into account the economic situation in this country. The book reflects the ideal situation. It doesn't take into account the real situation. The financial situation today does not allow the implementation of these ideas into Russian reality."

The news conference was attended by representatives of the World Health Organization, Medecins Sans Frontieres, Penal Reform International and Moscow-based AIDS Foundation East-West. But no one at the news conference gave any strong indication that key preventive measures recommended in the manual would be acted upon.

The World Health Organization book paints a bleak picture of problems in Russian prisons and many other penal institutions around the world that contribute to the spread of AIDS.

A Russian prisoner survey cited in the manual found that of 1,087 respondents, 30 percent said they had injected drugs while in prison, and of that group 64 percent used shared equipment.

The manual suggests three ways to limit the transmission of HIV from drug use: providing sterile needles, providing bleach so prisoners can sterilize needles, and providing methadone maintenance treatment to addicts.

Russian prison authorities generally say that given overcrowded conditions and the susceptibility of poorly paid guards to bribery, keeping prisons drug-free is an impossible task.

By Judy Garaaohn
THE WASHINGTON POST

# Thirsty States Ask Feds To Help Get the Salt Out

California, Texas and other thirsty states don't need a divining rod to find water. There's the ocean — if only it weren't so salty.

Desalination is a technology that's finally becoming economically viable in the transformation of seawater and brackish groundwater into potable usable water. But municipal water authorities say they're going to need help from the feds.

A group of large municipal water authorities has formed a coalition and hired a lobby shop — the Ferguson Group — to try to persuade Congress and the Bush administration to kick in for a new federal desalination program. To the tune of perhaps $1 billion over 10 years, Hal Furman said.

"It's going to require a major effort," said Furman, a deputy assistant secretary of the Interior during the Reagan administration.

Furman says that the local water authorities would be paying about 85 percent of the total costs. He adds that the federal government already provides assistance for other water supply and treatment programs.

While he says "it's not inconceivable" that the coalition could at least get the program authorized during the current Congress, Furman acknowledges that its "biggest challenge" is probably getting the attention of Congress and the administration.

# FBI to Aid Probes Into Iraq Museum Looting

By Dan Eggen
THE WASHINGTON POST

WASHINGTON

More than two dozen FBI agents in Iraq will help conduct criminal investigations into widespread looting at the National Museum of Antiquities and other cultural sites, U.S. law enforcement officials said Thursday.

FBI Director Robert S. Mueller III said the teams would aim to capture thieves, recover stolen artifacts and cooperate with Interpol, the international law enforcement organization, to track sales "on both the open and black markets."

"We recognize the importance of these treasures to the Iraqi people and ... to the world as a whole," Mueller said. "We are firmly committed to doing whatever we can in order to secure the return of these treasures to the people of Iraq."

The FBI's looting investigation comes amid growing international furor over the ransacking of Iraqi museums and libraries that went unchecked by U.S. soldiers, resulting in the loss of countless artifacts from Mesopotamia and other ancient civilizations.

Antiquities experts meeting in Paris on Thursday said there was strong evidence that many of the looters were highly organized and had keys to museum vaults, raising suspicions that organized crime may have had a hand in the thefts.

# Bush Administration to Suggest Routine AIDS Testing Procedures

By Ceci Connolly
THE WASHINGTON POST

The nation's top public health doctor, declaring current AIDS prevention programs a major disappointment, announced Thursday the Bush administration will begin encouraging doctors to offer routine HIV testing to all their patients, especially pregnant women.

The new screening procedures, which will be voluntary, are aimed at curbing the 40,000 new infections in America each year, said Julie Gerberding, director of the Centers for Disease Control and Prevention.

"We are not achieving the overall progress we intended to achieve with HIV prevention," she said in announcing the $35 million initiative. Most alarming, she said, is the large number of Americans who are totally unaware they have been infected with the deadly virus that causes AIDS.

"It is tragic and totally unacceptable that 200,000 people in this country are HIV positive and don't know it," she said. "It is unacceptable that we are 23 years into the AIDS epidemic and we cannot accurately identify the incidence of infection in this country."

Life-extending medications have drastically reduced the number of AIDS deaths in the past two decades, from about 51,000 in 1995 to about 16,000 in 2001, according to CDC figures. But with prevention efforts stalled, the number of HIV infections has remained steady and some indicators suggest it could soon rise.

Officials fear a recent spike in syphilis cases in gay men signals a likely future jump in AIDS, since both diseases can be spread through unprotected sex and often occur concurrently.

"We are worried about trends we are seeing in urban communities and among men who have sex with men," Gerberding said in an interview, adding that the syphilis outbreak "could be a harbinger of a much broader expansion in the future" of HIV infection.

Although the guidelines are only advisory, CDC intends to give grants to states and groups to pursue the new strategies, including in jails, homeless shelters and other unconventional settings. The shift in priorities could mean a loss of federal money for organizations that target high-risk groups through programs such as public service campaigns, condom distribution and community workshops, said Ernest Hopkins, director of federal affairs for the San Francisco AIDS Foundation.

In its prevention plan, CDC sidestepped politically thorny questions around safer sex practices, needle exchange programs and abstinence-until-marriage education. The agency has yet to work out many details, including how it will go about placing greater emphasis on identifying and treating patients of HIV-infected individuals.

AIDS administration received mixed praise Thursday from many involved in AIDS prevention work. While sharp political divisions remain over the Bush administration's overall performance on AIDS and its sensitivity to privacy concerns, most activists applauded the effort to increase testing.

Until now, CDC had recommended testing patients in acute care hospitals with large numbers of AIDS cases or clinics specialized in treating sexually-transmitted diseases.

As part of that effort, CDC is launching requirements that doctors provide extensive pre-test counseling. Some physicians describe the counseling as a barrier to testing, complaining that it takes too long and is not reimbursed by insurers.

# Concerns Over War in Iraq Continue To Cause Global Economic Troubles

By David Lamb
LOS ANGELES TIMES

GIZA, EGYPT

Ramadan Ibrahim counts himself among the casualties of the Iraq war as he looks out at the Great Pyramids of Giza. The surrounding parking lots are empty, the tourist shops deserted. In his stable, all 45 of his Arabian horses are idling away the day in their stalls.

"Where are the tourists?" he asks, before answering himself. "Far away, in their homes. The war makes everyone think of nothing but war. We are not bad, but people think they will get shot if they come to Egypt. Will they ever come back? Only God knows."

Usually in March and April, the height of Egypt's tourist season, Ibrahim's guides would be leading 15 or 20 riders through the desert on a sunny, cool morning like this. Hotels from Cairo to Luxor would be operating at full capacity. Restaurants along the Nile would be turning away customers. Flights in and out of Cairo would be oversold.

But those days are some of the world's great tourist destinations has been all but forgotten, and economists estimate the war could cost Egypt up to $3 billion in lost revenue from several sources, including tourism, the Suez Canal and exports.

Egypt's troubles reflect economic concerns facing the Arab world overall. A United Nations agency previously estimated that the 17 Arab countries could see $400 billion in lost productivity and the loss of 2 million "job opportunities" in the next decade because of war.

Most estimates projecting the war's catastrophic impact, including the U.N. one, were made before March 20. Because the war ended up being of short duration, did not spill over Iraq's borders and resulted in a regime change, economists believe the losses may have been overstated. They say it will be impossible to accurately tally up the costs and assess the long-term economic effect until Iraq's future is clearer and the implications of Saddam Hussein's overthrow on regional balances is apparent.

"There is an enormous amount of uncertainty as to what institutions, what form of government, is going to emerge from the post-war situation," Jean-Louis Sarbib, a World Bank vice president, said in Washington two days after Baghdad's fall on April 9. "The situation is too unclear for us to say which way the chips are going to fall."

While reconstruction of Iraq could give an economic boost to the region, in the short term analysts expect declining tourism, investment, trade and transport.

Iraq was Jordan's largest export market, and it was one of Egypt's largest trading partners. Iraqi oil, some of it smuggled, was an underpinning of the Syrian economy.

# Rumsfeld, Myers Fault War Critics, Endorse Embedded Reporting

By Thomas E. Ricks
THE WASHINGTON POST

WASHINGTON

Defense Secretary Donald Rumsfeld and his top military officer returned to one of their favorite recent themes Thursday, criticizing the media's coverage of the war in Iraq as at times "inaccurate" and "conflicting."

Asked at a "town hall" meeting with Pentagon employees about the perception that the media gave a negative view of the war, Rumsfeld complained that not long ago, "people were saying that the plan was terrible and ... there weren't enough people, and ... there were going to be, you know, tens of thousands of casualties, and it was going to take forever."

But he described two very different sides to the coverage. On the one hand, he specifically criticized "retired military officers" who opined on television and newspapers "that constantly, you know, blare big headlines of 'Heavy Peaux: The Sky is Falling.' 'It's Just Terrible.' 'Isn't it Awful.'"

On the other, Rumsfeld strongly endorsed the reports that came from the hundreds of journalists "embedded" with units fighting the war. "The American people were able to see slices of what took place," he said. "They could see accurate presentations and representations and written accounts of what the men and women in uniform were doing."

# Shuttle Investigators Call Heat Shield Inspections 'Inadequate'

By Eric Pianin and Kathy Sawyer
THE WASHINGTON POST

WASHINGTON

The board investigating the Columbia space shuttle disaster Thursday issued its first recommendation to NASA, saying that the agency's existing methods of inspecting the crucial heat shielding on the leading edge of the shuttles' wings were "not adequate."

In urging a more thorough and scientifically advanced inspection of the carbon composite on the leading edges, the board was reflecting its prevailing theory about the event that triggered the destruction of the Columbia and its seven crew: that a breach in the left wing's heat shield allowed superheated gas to penetrate the structure and caused the plane to disintegrate as it re-entered the atmosphere.

The board also criticized NASA's recent agreement with a government spy satellite agency to capture detailed satellite images of orbiting space shuttles whenever the opportunity presents itself. The board urged that imaging of orbiting shuttles be a "standard requirement."

Some board members, including former astronaut Sally Ride, have expressed bafflement that NASA managers refused to seek photographs of the space shuttle in orbit after the left wing was struck by foam debris during launch.

April 18, 2003

# OPINION

## The Tech

Chairman
Jyoti Tibrewala '04

Editor in Chief
Nathan Collins G

Business Manager
Ian Lai G

Managing Editor
Joy Forsythe '04

NEWS STAFF
News and Features Director: Keith J. Winstein '03. News Editors: Jennifer Krishnan '04, Christine R. Fry '05. Associate Editors: Lauren E. LeBon '06, Kathy Lin '06, Beckett W. Sterner '06, Marissa Vogt '06, Jenny Zhang '06. Staff: Harold Fox G, Kevin R. Lang G, Naveen Sunkavally G, Dan Cho '02, Jeffrey Greenbaum '04, Vicky Hsu '04, Eun Lee Koh '04, Aaron Du '04, Hana Ananwer '05, Anne Wang '05, Jina Kim '05, Anju Kanumalla '05, Ray Chen '05, Jessica A. Zaman '05, Tiffany Kosolcharoen '06, Lakshmi Nambiar '06, Jennifer Wong '06. Meteorologists: Samantha L. H. Hess G, Robert Lindsay Korty G, Greg Lawson G, Nikki Prive G, William Ramstrom G, Michael J. Ring G, Efren Gutierrez '03.

PRODUCTION STAFF
Editors: Joel Corbo '04, David Carpenter '05. Associate Editors: Hangyul Chung '05, Sie Hendrata Dharmawan '05, Nicholas R. Hoff '05, Kevin Chen '06, Tiffany Dohzen '06. Staff: Eric J. Cholankeril G, Anju Kanumalla '05, Andrew Mamo '04, Albert Leung '06, Jolinta Lin '06, Jonathan Reinharth '06.

OPINION STAFF
Editors: Ken Nesmith '04, Andrew C. Thomas '04. Columnists: Philip Burrowes '04, Vivek Rao '05. Staff: Basil Enwegbara G, Akshay Mausingka G, Kris Schnee '02, Gretchen K. Aleks '04, Roy Esaki '04, Stephanie W. Wang '04, Fan Yue '04, W. Victoria Lee '06.

SPORTS STAFF
Editors: Jennifer DeBoer '05, Tom Kilpatrick '05. Columnists: Gil. Ebner '03, Bree Rosenblum '03.

ARTS STAFF
Editors: Jeremy Baskin '04, Allison C. Lewis '04. Associate Editors: Daniel S. Robey '04, Kevin G. Der '06. Staff: Erik Blankinship G, Bence P. Olveczky G, Sonja Sharpe G, Amandeep Loomba '02, Bogdan Fedeles '03, Sonali Mukherjee '03, Jed Horne '04, Pey-Hua Hwang '04, Devdoot Majumdar '04, Chad Serrant '04, Jorge Padilla '03, Ricky Rivera '05.

PHOTOGRAPHY STAFF
Editors: Brian Hemond '04, Jonathan Wang '05. Neel Davis '06. Associate Editors: Daniel Bersak '02. Staff: Jinyang Li G, Michelle Povinelli G, Dong Wang G, Xiaowei Yang G, Stanley Hu '00, Yi Xie '02, Wendy Gu '03, Scott Johnston '03, Catherine I. Shaw '03, Marissa L. Yates '03, Miguel A. Calles '04, Nina Kshetry '04, Dmitry Portnyagin '04, Dalton Cheng '05, Amee Ding '05, Michael Lin '05, Timothy Suen '05, Amy L. Wong '05, Hassan Alada '06, Matt D. Brown '06, John M. Cloutier '06, Victoria Fan '06, Jina Kim '06, Melanie Michalak '06, Edward Platt '06, Omoleye Roberts '06, Sandra Yu '06, Elizabeth Zellner '06, Jean Zheng '06.

FEATURES STAFF
Editors: Eun J. Lee '04, Associate Editors: Brian Loux '04, Veena Ramaswamy '06. Bixia Rocque '06. Columnists: Akshay Paul '04, Michael Short '05. Cartoonists: Jason Burns G, Kailas Narendran '01, Ben-Yi Chang '02, Jumaane Jeffries '02, Lara Kirkham '04, Alison Wong '03, Sean Liu '04, Nancy Phan '05, Josie Song '05.

BUSINESS STAFF
Staff: William Li '06.

TECHNOLOGY STAFF
Director: Roshan Baliga '03. Staff: Frank Dabek G, Kevin Atkinson '02, Daniel Leeds '05.

EDITORS AT LARGE
Senior Editors: Aaron D. Mihalik G, Sandra M. Chung '04.

ADVISORY BOARD
Paul E. Schindler, Jr '74, V. Michael Bove '83, Barry Surman '84, Robert E. Malchman '85, Deborah A. Levinson '91, Jonathan Richmond PhD '91, Vladimir V. Zelevinsky '95, Anders Hove '96, Saul Blumenthal '98, Joel Rosenberg '99, Ryan Ochylski '01, Sandeep Seshasai '01, Rima Arnaout '02, B D Colen.

PRODUCTION STAFF FOR THIS ISSUE
Editors: Joy Forsythe '04, David Carpenter '05. Associate Editors: Sie Hendrata Dharmawan '05, Nicholas Hoff '05. Staff: Eric J. Cholankeril G.

The Tech (ISSN 0148-9607) is published on Tuesdays and Fridays during the academic year (except during MIT vacations), Wednesdays during January, and monthly during the summer for $45.00 per year Third Class by The Tech, Room W20-483, 84 Massachusetts Ave., Cambridge, Mass. 02139...



REBUILD IRAQ MEETING

ALL RIGHT, WHO LOOTED THE PODIUM?...

RIVAL FACTIONS

GARY MARKSTEIN

## Letters To The Editor

### Let Debate Be Open

Concerning Jeff Duritz's letter ["Offensive Content", April 11]: I was responsible for bringing Dr. Brock to speak.

The views of the Ayn Rand Institute are explicitly spelled out on its web site, *http://aynrand.org*, so the curious can judge for themselves.

As far as racism and "complexes," I think it is Duritz and his associates who are obsessed with race, and Duritz's behavior was among the rudest I have seen at MIT. Interestingly enough, I had a similar problem at an event two years ago, with some of the same people involved.

In any case, I look forward to continued debate on this campus.

Mike Rolish '04
President, MIT Objectivist Club

### Advertising Question

Since when is *The Tech* a space for the U.S. Armed Forces to advertise freely? Given the amount of heated debate in the last month in this newspaper about the war, doesn't donating space for a recruiting ad for the Navy (April 15, page 20) bring your unbiased perspective into question?

Brad Friedman G

### On Daytime Saferide

The recent editorials about the benefits and problems with the current proposal for daytime Saferide do not address some basic and important issues.

The proposed daytime Saferide is pointless for exactly one reason — the number 1. This bus already crosses the Harvard Bridge regularly, making stops along Mass Ave that make the proposed three stops a near perfect redundancy of the MBTA's bus service. Surely the members of the fraternities and sororities that are close to these stops can afford the 75 cents for the bus and do not require the entire student body to pay for their busiest transport on cold days. They aren't a large enough percentage of the population to warrant spending $30,000 of student life money each year to serve them.

Consider that members of ZBT and ΦΤ are closer to the nearest Tech Shuttle stop (at Tang) than they are to the nearest proposed Saferide stop. Consider also that the walk from Bexton and Mass Ave to 77 is only about as long as the walk from Burton-Conner to 77. Finally, there are few if any graduate students who live in the Back Bay area that would be served by the proposed route. If we do indeed institute daytime Saferide during winter months, we should serve as large a percentage of the student body as possible, not just those few who are lucky enough to live close enough to make it sound inexpensive.

While daytime Saferide need not stop at every FSILG, it should make some effort to serve them all with stops along Comm Ave, Beacon, Bay State, and even in Brookline. It should also try to serve graduate students, with a Cambridge route stopping near grad dorms and the most popular areas for graduate students to have apartments. Priority for stops should be given to those areas not well served by public transportation. Those living near the red line and buses can buy subsidized T-passes. It would be well worth any increase in cost to serve three or four times as many students as the current plan allows.

If the cost becomes prohibitively high, the routes could be funded partially by fares paid by those who wish to take the shuttle. Students could buy passes to help pay for their comfort. Even 25 cents per ride could offset a significant portion of the expense to the general student population while still providing the students using the service with an inexpensive way to avoid walking miles in the snow.

— Daytime Saferide isn't a bad idea. It's a long cold walk in MIT from Boston most of the school year. But it's also a long cold walk from Cambridge and Brookline. A daytime shuttle should fill holes left by public transportation to better serve all students, not just provide a free way to follow the number 1.

Dina Faith '03

### Inferiority Complex

I was disturbed and saddened last Friday when I saw the front page of *The Tech*. On it was a photo of the CPW Welcome held for prospective prefrosh the night before, and the centerpiece was a giant faux-emblem of our neighbor to the north-west, Harvard. The sign replaced the traditional Harvard motto with "HU-OH. EGO".

Why is it that we have to stoop to bash cheap levels of demoralization in order to feel good about ourselves? Ever since I came to MIT, I have been excited by the education opportunities it promised to provide. I always knew that this was a world-class school. So why do we have to constantly put down Harvard with such pathetic conduct? I realize that Harvard is sometimes overrated at an undergraduate institution, and MIT is often underrated, but at the heart of it, both are good schools. I am dismayed at the constant Harvard bashing, not only because I have good friends who attend that school, but because it repeatedly shows the insecurity and pettiness of the people doing the bashing.

Therefore it disturbs me to an exponential degree when the potential members of the Class of 2007 are introduced to MIT by the Administration with a giant sign denoting our insecurities and lack of poise. We might as well have painted on our foreheads "We have no intimate confidence in ourselves or what we can accomplish."

Well I have confidence in MIT and what it — and all of its students and faculty — can accomplish. And I don't need to bash another school to express it.

Rose Grabowski '05

## Erratum

A photo caption on page 19 of Tuesday's edition misstated the nature of the incident that led to a two-year alcohol-related sanction for Alpha Tau Omega and went beyond the facts known to *The Tech*. It was an "overly" crowd outside a November party, not a "scuffle," that led to the sanction.

A feature story last Friday ["Mission to the Amazon"] misstated the relationship between a school trip to the Amazon and the academic subject 12.000, The Amazon trip, led by Jeremy W. Boyce G, Professor Rafael L. Bras '72, Lecturer Ari W. Epstein PhD '75, and Professor Kip V. Hodges PhD '82, was part of the Terrascope freshman program. Terrascope, which is run jointly by Civil and Environmental Engineering (Course I) and Earth, Atmospheric, and Planetary Sciences (Course XII), is a year-long program that also includes classroom subjects 12.000 and 1.016, but the trip itself was not formally part of either subject.

## Opinion Policy

Editorials are the official opinion of *The Tech*. They are written by the editorial board, which consists of the chairman, editor in chief, managing editor, opinion editors, a photography editor, and an arts editor.

Dissents are the opinions of the signed members of the editorial board disagreeing with the editorial.

Letters to the editor, columns, and editorial cartoons are written by individuals and represent the opinion of the author, not necessarily that of the newspaper. Electronic submissions are encouraged and should be sent to letters@the-tech.mit.edu. Hard copy submissions should be addressed to *The Tech*, P.O. Box 397029, Cambridge, Mass. 02139-7029, or sent by interdepartmental mail to Room W20-483. All submissions are due by 4:30 p.m. two days before the date of publication.

Letters, columns, and cartoons must bear the authors' signatures, addresses, and phone numbers. Unsigned letters will not be accepted. *The Tech* reserves the right to edit or condense letters; shorter letters will be given higher priority. Once submitted, all letters become property of *The Tech*, and will not be returned. *The Tech* makes no commitment to publish all the letters received.

## To Reach Us

*The Tech's* telephone number is (617) 253-1541. E-mail is the easiest way to reach any member of our staff. If you are unsure whom to contact, send mail to general@the-tech.mit.edu, and it will be directed to the appropriate person. *The Tech* can be found on the World Wide Web at http://the-tech.mit.edu.

# The Truth About Taxes

Arvind Sankar

The specifics of the "bloody experiment" that Mr. Nesmith refers to in his April 15 column should clue one in as to the hollowness of his overall case: comparing the premier economy of the world to one of the world's poorest nations, less than 25 years since its independence, run by an unofficial dictator since that time, with a quarter of its adult population HIV-positive, and periodically ravaged by drought (including for the last couple of years) and ascribing all of its problems simply to the land-repossession policies recently implemented by President Mugabe is as dirty a rhetorical trick as any that can be contemplated. India instituted a similar program soon after independence as well, kicking out zamindars (landlords) and dispossessing hereditary kings of their kingdoms, but it doesn't seem to have been too disastrous. Perhaps Mugabe's problems lie more in the implementation than in the policy. Heck, the United States broke up AT&T in the eighties, implementing a policy that no doubt repels Mr. Nesmith as much as Mugabe's, and is probably the reason why long-distance is so expensive now.

I also believe that if Nobel laureates in economics and university professors of economics are all decrying the unjust distribution of wealth in America, one ought to listen seriously to them. My roommate is an economics grad student, and I am constantly reminded that she has a far better grasp of these issues than myself. Education does count for something, you know.

Further, if we are to contemplate the so-called "logical conclusion of leftist policies", surely we should compare it to the logical conclusion of rightist policies, the abolition of government? Are even the most staunchly conservative of the American people prepared for that? Does anyone really want a society in which the poor simply starve to death if they can't afford food, ER doctors rifle through your wallet before deciding whether to stop your bleeding, and justice consists of a bullet in the head? European colonialism represented an extreme form of capitalism. A democracy is arguably antithetical to extremist capitalism, because its mantra of "one man, one vote" doesn't allow the rich to simply outbid the poor. I submit that both extremes are untenable: pure capitalism doesn't work because humans care too much about others, and pure socialism doesn't work because they care too little — yes, a simplistic statement, but it sounds so good, I couldn't resist.

*It seems unreasonable to expect that you must starve yourself before you can appeal to feed the hungry. Perhaps you should not be allowed to complain about Evil until you've sold your own soul to the Devil?*

So we're now forced to consider shades of gray, rather than black and white, always more difficult, but always necessary. The federal government is essential, taxes can't be wished away, and at the same time, executing Bill Gates doesn't help anyone, South Park notwithstanding. So let's consider whether tax rates are punitive, and whether the proposed Bush tax cut is a good idea.

I don't know where Mr. Nesmith got his figures of the top 1 percent of taxpayers coughing up half the federal budget. According to "An Economic Evaluation of the EGTRRA Act of 2001," published in the National Tax Journal in March 2002, the top 1 percent earned 19.2 percent of pre-tax income and paid 25.9 percent of federal taxes, but that was reduced to 24.9 percent by the 2001 tax cut. The bottom 60 percent of the population earned about 22 percent of pre-tax income and paid about 14.5 percent of federal taxes. (These values were not significantly affected by the 2001 cut.) These 60 percent earned less than $44,000 per year. The bottom 20 percent earned 3.2 percent of pre-tax income but paid only 1.1 percent in taxes; on the other hand, they earned less than $15,000 a year. So the federal tax structure is somewhat progressive, but not obscenely so. The table is available online at *http://www.taxpolicycenter.org/taxfacts/overview/egtrra.cfm.*

According to a Jan 21, 2003 article in the New York Times, if you consider all other taxes, not just the federal ones, the bottom quintile pays as much as the top, as a percentage of income. Of course, some might argue that a flat tax should mean the top 1 percent pays 1 percent of taxes, but such people are usually considered to be in the same category as flat-earthers.

The bottom of the income distribution does receive more in direct federal outlays than the top; on the other hand, the top gets much more of the indirect benefits, like the police (it stands to reason that you're more interested in not getting robbed if you're rich), the military, civil courts, even a healthier labor market than otherwise. And there are studies that show that even the direct outlays, which, being a tax-the-rich-to-help-the-poor sort of a thing, are expected to be heavily skewed toward the poor, aren't as skewed as you might expect, with 60% of federal cash payments in 2001 going to the bottom 40% of the population.

One should also note that if you look at the states that pay more in federal taxes than they receive in federal funds, you find quite a few bleeding-heart liberal north-eastern states, so arguably they're putting their money where their mouth is; and when they ask for federal bailouts, they just want their money back.

Finally, a rather mean-spirited nitpick: in his fourth paragraph, Mr. Nesmith opens by saying, "Never mind, for a moment, the hypocrisy that this position entails." His moment lasts only until the end of that sentence, however, since he immediately launches into a cliched demonstration of that hypocrisy. Not all liberals are of the armchair variety: quite recently a couple of them died in Palestine, for example, and a lot more work in places like Zimbabwe, trying to help the local population. And on the other hand, not all conservatives are rugged, self-made individuals: witness the current President.

Moreover, it seems quite unreasonable to expect that you must starve yourself before you can appeal to feed the hungry. Perhaps you should not be allowed to complain about Evil until you've sold your own soul to the Devil?

*Arvind Sankar is a graduate student in the Department of Mathematics.*

# In Sports, Loyalty Can Hurt The Team

Vivek Rao

Ever notice how people in the professional sports world only mention the business and economic aspects of their line of work when they stand to profit? We hear players complaining all the time about how they deserve to be paid a salary comparable to their market value. Or owners griping about politicians who refuse to pony up the money needed to build a stadium, which they claim would be all the team needed to be a financially viable championship contender. And who can forget Jerry Maguire, a rather realistic portrayal of an agent determined to snag the biggest contract available?

Now don't get me wrong. I'm not here to wax poetically about the glory days when athletes played for the love of the game and cared not whether they made money. Such a notion is ludicrous. After all, professional sports are businesses above all else. Players and coaches should be encouraged to seek as high a wage as conditions dictate, while owners should not be excessively chastised for pursuing profits instead of victories.

Unfortunately, fans are the very last ones to accept this blatant and undeniable truth. They continue to buy tickets and satellite television packages, wear team merchandise, and collect paraphernalia, all while failing to adjust their standards to the quality of play they witness on the field, court, ice, or gridiron.

All of this can really be sized down and summed up by basic concepts of supply and demand. Professional sports teams supply one main product: a game. Sure, they sell caps and beach towels, hot dogs and beer, but when all is said and done, it is the game that draws people. Fans, meanwhile, demand this game, and they pay for it by showing up at the gate or watching it on television.

The problem is that there is often a far too huge disconnect between the quality of the product supplied and the demand for that product. When an owner opts not to spend the money required to assemble a talented team, inevitably the wins dry up and quality of play diminishes. However, while we demand quality and performance from everything else we buy in our daily lives — our food, our appliances, our automobiles — we tend to subvert those high standards when it comes to following sports, all in the name of "loyalty," emphasis on the quotation marks.

For some reason, there is a wacky but established notion that says that a "loyal" sports fan is one who follows his team through thick and thin, who will show up for just as many games in a rebuilding year as a championship season. The notion is thick-headed and unproductive, and ultimately ends up undermining the team's future success.

The Boston Bruins are a perfect example of this phenomenon. Miserly owner Jeremy Jacobs views his franchise as a business operation — a perfectly reasonable stance — and as such, he is rarely willing to spend the money needed to attract top-class talent and produce championships. In a more ideal world, fans would respond to this business strategy by demanding fewer tickets and avoiding spending money on their favorite team, thereby forcing Jacobs to pursue some amount of talent in order to continue to profit. Sadly, Bruins fans instead forget about business and economics, and instead return to their lifelong emotional arguments of "loyalty," choosing to support the team even in times of dearth. A fan with a better sense of the big picture must realize that the only way to be loyal to one's team is to attend games when the team is performing at a high level, but limit following them during unsuccessful runs, relying primarily on the daily paper or the nightly news and severely cutting down trips to the stadium.

*There is a wacky but established notion that says that a 'loyal' sports fan is one who follows his team through thick and thin, who will show up for just as many games in a rebuilding year as a championship season.*

As a lifelong local, it pains me to say that my beloved Boston is the home of another useful case study, but of course, it is. A few miles away from the Bruins' home at North Station, the Boston Red Sox charge fans an average of $42.34 to see a ballgame at Fenway Park. For some more perspective, consider that the second-highest average ticket price in Major League Baseball is the New York Yankees' $24.86, with an overall league average of $18.69.

How is it that the Red Sox are able to get away with this highway robbery? The answer in part lies in the fact that fans realize that the team faces a major obstacle in the small size of Fenway Park. However, that is not the complete story. Sox fans are — in my humble opinion — even more "loyal" than their Bruin counterparts, and the results are both heavenly and disastrous. On one hand, the team has become a pillar of the city. On the other hand, it hasn't won a championship in 85 years. New owner John Henry, meanwhile, convinced that Fenway gate receipts and NESN television subscriptions will not drop off in the near future, slashed the team payroll this year and opted not to go after a few talented players via free agency or the trade. And yet the fans will still be there, all season long.

The solution is clear: fans as a whole must find some way of boycotting — not necessarily completely, but, more realistically, partially — struggling and unproductive teams who produce a less than entertaining product. To be certain, some strides have been made. Throughout much of the country, losing teams often tend to draw smaller crowds, but the phenomenon is hardly universal. A number of franchises attract people regardless of their actual product, and the situation is simply infeasible financially — for fans, not owners, of course. The fault of high ticket prices in professional sports lies solely on the head of fans, as owners are merely exploiting the obscenely and unnaturally high level of interest that frequently accompanies even the lowliest of teams. Even if it may mean sacrificing some of my devotion to teams like the Red Sox, Celtics, and Patriots, I, for one, intend to follow through with my new philosophy. Well, starting tomorrow, that is. Tonight I head to Fenway. Come on, Pedro is pitching; can't miss that, right?

# The End Of a Long Race

Andrew C. Thomas

An event of no small importance happened earlier this week that went largely unnoticed by the general public: the Human Genome Project was officially declared completed. The project, collaborated on by a public consortium of universities and research facilities, most notably Washington University, the Sanger Centre in Cambridge, England, and MIT's own Whitehead Institute, sought to craft this golden blueprint and make it publicly available in the interests of science

What is so fascinating to me, and other interested observers of the politics and economics of the scientific community, is that without corporate greed, we likely would not have had the benefit of this information for several years to come. The project became a race between the public consortium and Celera Genomics, who, according to the musings of Professor Eric Lander, director of the Project's efforts at Whitehead and noted celebrity instructor of Introductory Biology (7.012), had somehow arrived at the conclusion that the public effort wasn't moving quickly enough. Craig Venter, the head of Celera at the time, had declared that they could do it in an astonishing three years — setting a completion time of mid-2001.

What followed was a remarkable surge from the public effort, which wasn't entirely unanticipated; the project had set a reasonable schedule for progress in 1990. Prof. Lander's popular hypothesis, which he has put forth to an attentive audience on several occasions, is that Celera had not taken into account the possibility that the project could be scaled up with the advent of newly developed technology. Noting that Prof. Lander has a terrific sense of humour, most in the audience at the time likely realized that he was simply trying to take a fun poke at the competition. Prof. Lander's sense of fair play is certainly not in question; the consortium and Celera managed to call a truce in late 2000 to celebrate the accomplishment of both groups, that a draft sequence had been completed and analyzed. The draft had very interesting ramifications in itself — for example, the total number of genes that the genome is believed to carry reduced substantially, from 100,000 to 30,000.

The finish line of this race, it turns out, was when the entire genome had been sequenced and covered ten times — since most methods cannot determine the entire sequence at once, a considerable degree of overlap is required in order to ensure both that all sequences are in order, and acceptably error-free (since, as in cells, the ability to read DNA is far from perfect).

Celera's bold move was no small gamble. By finishing first, they would have indisputable control over the marketplace. Their method, the "whole genome shotgun", was considered unreliable in its early stages for the human genome, despite its success in the sequencing of *Drosophila melanogaster.* But by late 2001 they had declared absolute victory, claiming that they had available a "golden draft" with 10X coverage, and they would begin taking orders from laboratories, universities and other research institutions for use of the completed sequence.

Celera might have won the race, but they had a powerful silent partner — the public consortium itself. Their 10X coverage could only have been achieved in the speed it had if they made use of the public sequence in order to accomplish the overlap. So Celera was in fact marketing 5X coverage, which was at the time necessary to make sure the information was reliable, and using the beneficent policy of freedom of information as an advantage.

However, with the release of the public consortium's data this week, Celera's ready-to-order genome sequence is now a white elephant. This does not mean that the money and effort is wasted; the Celera machine has proven itself on the battlefield, and will no doubt hold a monopoly on future sequencing efforts. They aren't without competition. The genome of the virus that is believed to cause SARS was recently sequenced in a matter of days — an astonishing increase in speed — by several companies. And so even with the profit motives of Celera, and the next generation of sequencing startup companies, we are seeing a genuine benefit to society. For now, though, it remains to be seen whether the completed human genetic sequence will grow a trunk and tusks of its own.

# ARTS

## CD REVIEW

# Pathetic, Yet Beautiful?

### Aereogramme Combines Comforting Melodies with Weak Lyrics

By Jules I. Hong
*STAFF WRITER*

*Sleep and Release*
*Aereogramme*
*Matador Records*

During the first twenty or so listens of Aereogramme's sophomore effort, *Sleep and Release*, I found the album, in a word, boring. The tracks were blasé and entirely forgettable, and if they weren't, it's because they were so bad. Imagine my horror then when I found myself outside a London club, asking my friend whom we were there to see, and he casually replied, "Aereogramme."

Being from Glasgow and on the Matador label might tempt one to think of Belle and Sebastian or Mogwai. Resist if possible. Aereogramme does not deserve the comparison. Their defining characteristic is not precocious melodies or experimental rock but instead, unfortunately, the juxtaposition of beautiful melodies with harsh satanic screaming.

As it turns out, they weren't so bad live, though I suspect my not having slept and being more than a little drunk may have influenced my opinion slightly. Aereogramme has a soothing quality, which perhaps explains the album's title. But do not be fooled.

*Sleep and Release* exists as an oxymoron because of its odd combination of frailty and anger, and it doesn't quite work. Unlike their first release, *A Story in White*, tracks in *Sleep and Release* segue into another, bleeding them together. Though this fails to disguise the obvious clash in Aereogramme's sound, it does delay the effect. Delays until the fourth track, that is. "Older," following three fairly mellow and somewhat ambient songs, appears at first to be straightforward rock

before shifting gears to a strained calm. Then the heavy, indecipherable screaming begins, and why the sound was previously so subdued becomes clear. Fortunately, the screaming resurfaces only in "Wound." Unfortunately, it's even worse then.

This blending of tracks produces a cinematic effect, like tension unfolding before you. But what's the story? *Sleep and Release* explores human form at its nadir. When he's not screaming, Craig B.'s strangely comforting voice seemingly contradicts his hand's haunting lyrics, creating a disjointed irony in what he's saying and how he's saying it "No Really Everything's Fine" hardly a convincing title opens with, "The reason we're all disfigured/I will say it again/The reason we're all disappointed/It's innocence lost," while "In Gratitude" features such encouragement as "I know in time we'll get out of this mess/We will get out of this mess." In "A Winter's Discord," there's "one last chance to hide upstairs," and "Black Path" repeats, "See how lifeless life can be." Need I say more?

Just in case one is still in doubt, "A Simple Process of Elimination" has at its end a pathetic voice that pleads, "Please get in touch with me. Please, please I need you. Help." The message is particularly unsettling when juxtaposed with a voice stating the date and time. Supposedly, this appeared on drummer Martin Scott's answering machine while recording the album.

As pure shows, Aereogramme is lyrically weak. The very first lines of the opening track, "Indiscretion #243," are, "I'm throwing like my failure/Told me how to/And burning like my brother/Always knew I would." Another example of poor lyricism comes from "Black Path," with the lines, "It's time to follow the black path/Come tomorrow, you won't laugh at love/Face down you can

see the ground turn/From green and red, black to gray/Where everyone becomes afraid of you."

But who listens to lyrics nowadays? Apparently no one, if Celine Dion, Cher, Justin Timberlake, John Mayer, and Jennifer Lopez all have albums in Billboard's Top 50

this week.

Though at times it contains melodic discord with its despondent lyrics, *Sleep and Release* can be unbelievably beautiful. While not one song is particularly catchy, collectively they are the moment in this album that make it worth listening to.

However, Craig B.'s vocal ability is limited. He either perfectly exudes a certain vulnerability or screams death metal style and seems unable to decide which he prefers. In any case, he fails to pull it off. But if you're into that kind of thing, you can catch Aereogramme next Friday, April 25, with The Delgados at Paradise Rock Club.



## FILM REVIEW ★★

# 'Ghosts of the Abyss' Sinks

### Cameron Goes Overboard with the Titanic – Again

By Vladimir Zelevinsky
*SENIOR STAFF*

*Ghosts of the Abyss (IMAX)*
*Directed by James Cameron*

I'm not sure I get it. Yes, James Cameron is clearly obsessed with the Titanic, but he already channeled this personal obsession of his into a feature, in my opinion, a movie I can also understand his desire to come back to the real thing, after a year spent around the replica set. Since he made untold millions from *Titanic* (and got Disney's financing for this project as well), he is most welcome to hire the world's top deep-diving experts, rent and/or design cutting edge equipment for deep-sea lighting and filming, and spend many weeks diving in amazingly engineered submarines, filming the wreck with 3D high-resolution cameras to his heart's content. What I don't get is, why exactly should I care for any of this?

Rather unfair, I admit; any kind of a scientific exploration is exciting, especially if it's done under such extreme conditions and utilizing such amazing, borderline futuristic gadgetry. Only I'm afraid this nothing in *Ghosts of the Abyss* qualifies as scientific exploration. The opening ten minutes feel just right, with all the hustle and bustle on the deck of the expedition ship, people yelling English and Russian at each other, a sense of you-are-right-there augmented by crisp 3D visuals on a giant screen. Bill Paxton, whom Cameron invited to come along, is nicely self-deprecating as the narrator and the whole thing effortlessly captures the feeling of the camaraderie of a bunch of top-notch professionals. Then the submarines go underwater, and from this point on, the film goes off the deep end.

There is nothing inherently fascinating in the wreck of the Titanic now; with all due

respect to the historical significance and the fact that it is, essentially, a tomb for thousands of people, it looks merely like a seaweed-encrusted heap of rusty metal. An hour gazing at it is at least fifty minutes too many; Cameron's decision to spliff up the visuals with costumed actors pretending to be passengers and crew on the fatal voyage induces more snorts than tears. It doesn't help that Paxton's unscripted voiceover is genuine and repetitive, and that the actor clearly feels uncomfortable inside the submarine.

From what can be seen on the screen — and this is the main problem with *Ghosts of the Abyss* — there doesn't seem to be much point in Cameron's trip, even though a handful of scenes do hint at some fascinating undercurrents. There is a genuinely tense sequence with some nameless guy trying to secure the submarine during a violent storm, and a rather dark scene towards the close of the movie where a certain historic event changes the perspective on what's truly important.

The most fascinating potential subject of the film can be glimpsed in a few shots, but is largely ignored. Too bad, given that this subject is James Cameron himself. He's clearly driven by some irresistible passion for adventure, presenting a puzzle of a man who would spend many millions to explore a rusty old wreck (even the most famous of them all). A late scene of raw robot rescuing another shows that he cares deeply about some things — mostly, machines; but there's no way of talking about a man whose most memorable characters include a cyborg and an alien queen. Humans are clearly not Cameron's forte — funny, given that he is much more interesting than all that seaweed-covered wreckage he keeps showing over and over again.

## FILM REVIEW ★★★

# No Crying in This Game

### Nick Nolte a Solid Driving Force in *The Good Thief*

By Jed Horne
*STAFF WRITER*

*The Good Thief*
*Written and Directed by Neil Jordan*
*Starring Nick Nolte, Nutsa Kukhianidze, Saïd Taghmaoui, Tcheky Karyo, and Gérard Darmon*
*Rated R*
*Based on* Bob le flambeur *by Jean-Pierre Melville*

---



## Join Arts!

### Just e-mail join@the-tech.mit.edu

Case 1:17-cv-10356-PBS Document 107-2 Filed 02/13/18 Page 116 of 135

**SUGAR AND SPICE**

# Willy Wonka, Move Over

## Ghirardelli, Baker's Prevail in the Great Chocolate Tasting Contest

By Marissa A. Cheng

*"Sugar and Spice" is a new column (debuted last week as "Yummy Yummy") that we hope will transform you, the average MIT student, into an aficionado of all things food and food-like.*

The first thing I notice about my bag of $30 worth of chocolate is the aroma that literally fills the room when the bag is opened. Luckily, my backpack, which carried it back from the supermarket, smells like it too.

Unlike Hershey's, or even Ghirardelli, which is generally the most expensive chocolate I'm willing to pay to bake with, this chocolate smells like no other chocolate I've ever had — it has a warm, rich aroma that stays with you, rather than dissipating. It's beautiful.

I am about to embark upon my quest to find out whether or not the chocolate you bake with really matters. I bought six brands of chocolate — Baker's semisweet and unsweetened from the United States, Callebaut unsweetened (97 percent cacao) from Belgium, Valrhona Pur Caraibe (66 percent cacao) from France, El Rey Bucare-Mijao (58-61 percent cacao) from Venezuela, Ghirardelli Bittersweet from San Francisco, and Scharffen Berger Bittersweet (70 percent cacao) from California.

The plan: make one baked and one unbaked dessert with chocolate — chocolate mousse and molten chocolate cakes. I'll taste it myself, as well as have other people taste, and see what I come up with.

Chocolate began as an unsweetened drink termed "food of the gods" by the Maya and the Aztecs. Though Christopher Columbus brought cocoa beans to King Ferdinand and Queen Isabella in 1492, chocolate didn't catch on until it was introduced to Spain as both a drink (now with sugar and vanilla added to it) and an opportunity for making money.

Chocolate was so popular in Spain that Pope Pius V, in 1569, declared that drinking chocolate on Fridays wouldn't break the fast. In Germany, chocolate became so popular that a permit was required in order to buy it or eat it.

Chocolate is a mix of cocoa beans, cocoa butter, sugar, and vanilla. Milk chocolate includes condensed milk as well, and white chocolate contains cocoa butter, but no cocoa beans. Cocoa trees grow in tropical regions in South America and Africa, and yield football-shaped seed pods about the size of a lemon. After being harvested, they are fermented and dried, then bought by chocolate manufacturers. At the factory, the beans are cleaned, roasted to develop their flavor further, and have their outer shells removed. The remaining part of the bean, called the nib, is blended with other nibs according to the manufacturer's secret recipe, and then crushed into a paste called chocolate liquor (though it contains no alcohol). Chocolate liquor can be poured off into molds and cooled as unsweetened chocolate, have cocoa butter and sugar added to it to make chocolate, or have most of the cocoa butter pressed out to produce cocoa.

HENRY HSIAO—THE TECH

Back to the tasting. After finding that it is somewhat trying to make mousse six times in a row on a Saturday morning at 7:30 a.m., I am finally through at 11 a.m. I'm kind of miffed that it took that long. And I still have the molten chocolate cakes to go.

The long and short of it is that I put most but not all possible care into the molten chocolate cakes. Some are a bit soupy in the middle (not baked long enough) and some are too cakey (baked too long). I hope it won't be too noticeable. It takes a long time to chop chocolate, so by now it's 2 p.m., time for people to start tasting what I've made as I think guiltily about the problem set and the 12-page paper due Monday.

Each of my eight-person tasting team (including me) samples the mousses and cakes and ranks them by their numbers. Nobody really liked El Rey at all — it placed in the top three of a taster's preferences just once, with a rather off flavor that was reminiscent of bad coffee. Scharffen Berger was also a no go, with a weak, underdeveloped taste. The Valrhona incited a love-it-or-hate-it phenomenon, which was especially apparent with the mousse.

Not surprisingly, given the size of the testing pool, results were fairly scattered, but it was clear that the most-liked chocolate for the mousse was a tie between the Callebaut and the Ghirardelli. More than one person termed the Callebaut mousse as tasting "very different," and in my opinion, it had the richest and most complex flavor. The Callebaut didn't fare so well in the cakes; instead, it resulted in a tie between not the expensive chocolates, but between the Ghirardelli and Baker's chocolate. So much for the much-vaunted prestige of premier chocolates.

My expert advice to you: stick with the Baker's and the Ghirardelli. If you really want something different, go for the Callebaut, but as always, the secret ingredient to any recipe is love.

# On The Town

### A weekly guide to the arts in Boston

### April 18 – 24

### Compiled by Devdoot Majumdar

Send submissions to ott@the-tech.mit.edu or by interdepartmental mail to "On The Town," The Tech, W20-483.

## Clubs

*Axis*
13 Lansdowne St. 617-262-2437
Sundays: See Avalon below.
Mondays: Static (hip, casual dress. $5, 19+.
Thursdays: Chrome/Skybar. Progressive house, gold, dress code. $10, 19+; $8, 21+.
Fridays: Avalanche with Avalon.
Saturdays: Xnight (rock, alternative, techno, hip hop) downstairs and Move (techno) upstairs.

*Avalon*
15 Lansdowne St. 617-262-2424
Sundays: Gay Night with Axis (all long weekends). Featuring hard-core house and techno. $10, 21+.
Thursdays: International Night. Euro house. $10, 19+.
Fridays: Avalanche, with Axis, House. $15, 19+.
Saturdays: Downtown. Modern house, club classics, and Top 40 hits. $15, 21+.

*Karma Club*
9 Lansdowne St. 617-421-9595
Sundays: "Current dance favorites" by guest DJs. Cover varies.
Tuesdays: Phat Tuesdays. With DJ's Bar, modern dance music. $10.
Wednesdays: SIP. Gay-friendly, house. $15, 21+.
Thursdays: Groove Factor. House.
Fridays: Spin cycle. Prog. house. 19+.
Saturdays: Dynamics of Life. International House. $15.

*ManRay*
21 Brookline St., Cambridge. 617-864-0400
Wednesdays: Curses. Goth. Appropriate dress required. $5, 19+; $3, 21+.
Thursdays: Campus. Popular tunes, House, Gay, casual dress. $10, 19+; $8, 21+.
Fridays: Fantasy Factory (First and third Friday of the month. Features kinky fetishes and industrial music.) Hell Night (every second Friday.) 19+. Includes Goth music. Ooze (the last Friday of the month.) $10, 21+. Reduced prices for those wearing fetish gear.
Saturdays: Liquid. Disco/house and New Wave. $15, 19+; $10, 21+.

## Popular Music

*Axis*
13 Lansdowne St., Boston, MA. 617-262-2437

Apr. 16: Subsonics
Apr. 19: Ben Kweller
Apr. 20: Maxwell
Apr. 22: Nothingface
Apr. 29: Tiwana
Apr. 27: Blackalicious
May 3: Grand Drive
May 5: Yellowcard
May 8: Melissa Ferrick
May 11: Give up the Ghost
May 16: Ash

*Avalon*
15 Lansdowne St., Boston, MA. 617-262-2424

Apr. 25: Finch, Snapcase
May 2: The Roots
May 4: Ingwayon
May 9: AFI
May 10: Soulfly
May 12: Pete Yorn
May 15: Juanes
May 16: Kottonmouth Kings
May 28: Stonesour, Powderman 5000, RA, Outspoken
June 3: Ziggy Marley

*Club Passim*
47 Palmer St. Cambridge, MA. 617-492-7679
Tuesdays: Open Mic at 8 p.m. (sign up at 7:30). $5. See <http://www.clubpassim.com> for complete schedule

Apr. 18: Diane Zeigler
Apr. 19: Vance Gilbert
Apr. 20: Speechwriters
Apr. 23: BMDP
Apr. 24: Dub Talen, Jennifer Kimball
Apr. 25: Reid Arbo
Apr. 26: Christopher Williams

*FleetCenter*
One FleetCenter, Boston, MA. 617-931-2787

May 12: Matchbox 20
June 19: Dixie Chicks, Michelle Branch

*The Middle East*
Central Square. 617-354-8238. Ticketmaster 617-931-2787. Venue has two floors. Upstairs (U), Downstairs (D)
<http://www.mideastclub.com>

Apr. 18: DJ Benny Blanco
Apr. 19: Gigi Adams
Apr. 20: Postal Service
Apr. 21: Goldfrapp
Apr. 22: Midget Jesus
Apr. 23: Orange Band
Apr. 24-5: Throwing Muses
Apr. 26: Plan B, Moppet
Apr. 27: Parker House & Theory
Apr. 28: Sumo, Since by Man
Apr. 29: Cobra
Apr. 30: Supersuckers, The Forty Fives, Throw Rag

*Orpheum Theatre*
1 Hamilton Pl., Boston, MA. 617-679-0810

Apr. 19: Elton Dogpatch
Apr. 25: Doors of the 21st Cent.

ANI HASSAN—THE TECH

**With that warm, fuzzy Dave Matthews feel, Ben Kweller brings his soaring ballads to Axis with Adam Green and Kings on Leon this Saturday; tickets $14.**

Apr. 20: Bonnie Raitt, John Mayer
Jun. 7: Lou Reed

*Paradise Rock Club*
967 Commonwealth Ave., Boston, MA. 617-562-8804

Apr. 18: Jan Durkin & Bomb Squad, Doobie the Buffalo
Apr. 19: Speckle Daily Pride
Apr. 20: The Samples
Apr. 21: The Wallflowers
Apr. 23: Afro Cuban All Stars
Apr. 24: Adult
Apr. 25: The Delgados
Apr. 26: Matt Nathanson
Apr. 27: Damien Rice
Apr. 29: Lifehouse
Apr. 30: Dixie Drugs
May 2: Stephen Lynch
May 3: Cosmo
May 6: Yeah Yeah Yeahs
May 18: Stevy Malkmus

*Tsongas Arena*
300 Arcand Dr., Lowell, MA. 978-848-6000.

May 15-16: Avril Lavigne

*TT The Bear's*
10 Brookline St., Cambridge, MA. 617-492-2000.
<http://www.ttthebears.com>

Apr. 18: Drexel
Apr. 19: Ricky Valente
Apr. 21: Mull Historical Society
Apr. 22: The Broken Word
Apr. 23: Melvins
Apr. 24: Mendoza Line
Apr. 25: Aaron perrino
Apr. 26: Rock City Crimewave
Apr. 27: Radiohead & Reptiles
Apr. 28: Damien Rice
Apr. 29: Clones Don't Have Bellybuttons
Apr. 30: Mercury Program, 47

*Worcester's Centrum Centre*
50 Foster St., Worcester, MA. 508-755-6800
<http://www.centrumcentre.com>

May 2: Cher, Doro Irons
Jun. 13: Bill Gaither Homecoming

## Jazz

*Regattabar*
1 Bennett St., Cambridge, MA. 617-662-5000, <http://www.regattabar.com> Usually two shows nightly; call for details.

Apr. 18-19: Kenny Barron
Apr. 22: The Aguiles Baez Quartet
Apr. 23: Gargora
Apr. 24: Dominique Eade Quartet
Apr. 25-6: Michael Carvin Trio

*Ryles Jazz Club*
212 Hampshire St., Cambridge, MA. 617-876-9330
Venue has two floors. Upstairs (U), Downstairs (D)
<http://ryles jazz.com>

Apr. 18: Fernando Huergo Group
Apr. 19: Bebop Guitars
Apr. 22: Brian Auger's Oblivion Express
Apr. 23: Pete Robbins
Apr. 24: Los Changos CD Release Party
Apr. 24: Tempo Latino
Apr. 26: Equi Castillo
Apr. 29: Tim Miller Group

*Scullers Jazz Club*
DoubleTree Guest Suites, 400 Soldiers Field Rd., Boston. 617-562-4111. <http://www.scullersjazz.com> Call for schedule.

Apr. 18-19: Gato Barbieri
Apr. 22-23: Kenny Garrett
Apr. 24-26: Keely Smith
Apr. 30: Tower of Power

## Classical Music

*Boston Symphony Orchestra*
Tickets: 617-266-1492.
Performances at Symphony Hall, 301 Massachusetts Ave., Boston, unless otherwise noted. Student rush tickets, if available, can be obtained at 5 p.m. on the day of the concert (see ticket rush policy).
<http://www.bso.org>

*FleetBoston Celebrity Series*
20 Park Plaza, Suite 1032, Boston, MA 02116. 617-482-2595. Venues vary by concert, consult Web site for further details. <http://www.celebrityseries.org>

## Theater

*Comedy Connection*
Mon.-Wed. at 8 p.m.; Thurs. 8:30 p.m.; Fri. and Sat. 8 p.m., 10:15 p.m.; Sun. 7 p.m. The oldest comedy club in Boston. At 245 Quincy Market Place, Faneuil Hall, Upper Rotunda, Boston. Admission $8-20. Call 617-248-9700 or visit <http://www.comedyconnectionboston.com>.

## Exhibits

*Isabella Stewart Gardner Museum*
280 The Fenway, Boston. (617-566-1401). Tues.-Sun. 11 a.m.-5 p.m. Admission $10 ($11 on weekends), $7 for seniors, $5 for students with ID ($3 on Wed.), free for children under 18. The museum, built in the style of a 15th-century Venetian palace, houses more than 2,500 art objects, with emphasis on Italian Renaissance and 17th-century Dutch works. Among the highlights are works by Rembrandt, Botticelli, Raphael, Titian, and Whistler. Guided tours given Fridays at 2:30 p.m.

*Museum of Fine Arts*
465 Huntington Ave., Boston. (617-267-9300). Mon.-Tues., 10 a.m.-4:45 p.m.; Wed., 10 a.m.-9:45 p.m.; Thurs.-Fri., 10 a.m.-5 p.m.; Sat.-Sun., 10 a.m.-5:45 p.m. West Wing open Thurs.-Fri. until 9:45 p.m. Admission free with MIT ID.
Currently on exhibit until Oct. 20 is "Jasper Johns to Jeff Koons: Four Decades of Art from the Broad Collections," an exploration of contemporary artists ranging from those named above to Warhol to Lichtenstein.

*Museum of Science*
Science Park, Boston. (617-723-2500). Daily, 9 a.m.-5 p.m.; Fri., 9 a.m.-9 p.m.; Sat.-Sun., 9 a.m.-5 p.m. Admission free with MIT ID, otherwise $10, $7 for children 3-14 and seniors. The Museum features the theater of electricity (with indoor thunder and lightning shows daily) and more than 600 hands-on exhibits. Admission to Omni, laser, and planetarium shows is $7.50, $6.50 for children and seniors.

## Other

*Harvard Film Archive*
465 Huntington Ave., Boston. (617-267-9300). Mon.-Tues., 10 a.m.-4:45 p.m.; check <http://www.harvardfilmarchive.org> for more details.

The Tech **COMICS**

**FUN PAGES**

Page 8

April 18, 2003

**INSTITUTE MADNESS!**

ALISON WONG









Self-Reflexive Comics

Yo man, your right foot is distinctly outside this panel.

Yeah, I know, the kid who does this strip likes to party with the crack-cocaine.

I hate that kid.

Near as I can tell, so does the staff of *The Tech*.

# Down the Hatchet

## Six Hundred Words or Else



## FoxTrot by Bill Amend







## Dilbert® by Scott Adams





Page 10    The Tech                                                            April 18, 2003

# Events Calendar

Visit and add events to Events Calendar online at http://events.mit.edu

*Events Calendar appears in each issue of The Tech and features events for members of the MIT community. The Tech makes no guarantees as to the accuracy of this information, and The Tech shall not be held liable for any losses, including, but not limited to, damages resulting from attendance of an event. Contact information for all events is available from the Events Calendar web page.*

*[Multi-column dense calendar listings — illegible at this resolution]*



"A FUNNY SEXY SCARY POWERHOUSE!"
—Peter Travers, ROLLING STONE

"TWO BIG THUMBS UP! A BRILLIANT FILM! Dazzling! Shocking!"
—Roger Ebert, Richard Roeper, EBERT & ROEPER

'STYLISH and very well-acted!'
—David Ansen, NEWSWEEK

BETTER LUCK TOMORROW

EXCLUSIVE ENGAGEMENTS START FRIDAY, APRIL 18!



## Crossword Puzzle

Solution, page 20

**ACROSS**
1 Pigmented nevus
6 Latticework for vines
10 Rock or parrot
12 Autobahn auto
16 Course taken
16 Kitty of "Free Willy," e.g.
17 Bridges?
20 Punctual
21 Fast-food option
22 Bring to court
23 Convent crowd
26 Curio material
27 Blackguard
30 Pesky filler
38 "Canto General" poet
38 Locally
38(-)79 terminus
40 Betty Ford Clinic, e.g.
41 Crystal?
44 Embankment
45 Lanchester or Maxwell
46 Tallow base
47 Verdugo and Firsova
49 Sprinter group
51 Mormon letters
52 Art Deco designer
54 Faded and dull
56 Gallery drew
58 Caper Archibald
61 Full of incongruity
65 Bishop?
65 Gillette shaver
69 Gold measure
70 Plant of the future
71 Social standing
72 Type of owl
73 Highland Gaelic

**DOWN**
1 Magic charm
2 Bread-related
3 Ramathing
4 Pixiefice
5 Battle of the Bulge site
6 Fish eggs
7 Beatrice play, perhaps
8 Preminger and Kruger
9 49th president
10 Ship's front
11 Aphrodite's child
12 Hosiery shade
13 Libertine
18 Self-righteously complacent
19 Recluses
24 Casual military address
26 Carey and Barrymore
27 Heavy rope
28 Shakespearean sprite
29 Probe
31 Cash drawers
33 Company on the move?
34 Challenged
40 Shelter a fugitive, e.g.
37 Odour of __ ID
39 Pelleted
42 Longs (for)
43 Church vestry
45 Heaps
50 Diamond coverage
53 Early American patriot Allen
55 Western state capital
56 Close to closed
57 British work schedule
59 Gulf relative
60 Elfete son
62 __-do-well
63 Chills
64 Relinquish
66 Flap gums
67 Viewed

# THE MIT PRESS BOOKSTORE

## Spring 2003
## LOADING DOCK SALE



*"a feeding frenzy for the brain!"*

Saturday, April 26
Sunday, April 27
10am to 7pm

292 Main Street
Kendall Square T
617.253.5249

### Up to 95% OFF!
### Huge Savings on:



MIT Press overstock
out-of-print books
journals back-issues
other publishers' books
damaged books
plus food, prizes, and more!

new items arriving all day!

Interested in working on a real college newspaper?
E-mail join@the-tech.mit.edu to get started!

## Did You Vote?

polls are open for
'01, '02, '03 graduates
to elect one of your own
to serve on the
Corporation, MIT's
Board of Trustees

cast your vote at

http://web.mit.edu/alum/corpballot

participate — designate
make a difference

polls close on April 30

Questions?
contact Bonnie Jones at 3-8212
or jonsey@mit.edu



From the Director of "Best In Show" and "Waiting for Guffman"

BACK TOGETHER FOR THE FIRST TIME AGAIN

# A MIGHTY WIND

IN THEATERS APRIL 16, 2003

For More Information About This Movie



WELCOME TO
*Tsukiki Beach*

20% OFF TOTAL PURCHASE WITH
COLLEGE ID & EMAIL ADDRESS

# Rhee Suicide First in MIT Community Since 2001

**Rhee,** from Page 1

of Elizabeth H. Shin, whose parents are currently pursuing a wrongful death suit against MIT.

There have been a total of 43 suicides at MIT in the last 38 years.

Many of the recent student deaths have raised larger questions for MIT to address. Shin's death,

for example led to a controversy about the effectiveness of MIT Medical's mental health counselling and the importance of confidentiality.

Ultimately, Shin's parents decided to file a lawsuit against MIT, calling into question MIT's decision not to inform them that Shin spoke about committing suicide to the doctors she saw at MIT Medical.

Carpenter's suicide forced MIT to reevaluate its policies on harassment after an harassment incident possibly related to her death.

Since Shin's suicide, MIT Medical has taken steps to make its mental health program better known among students and also easier to access. Students can receive immediate assistance on the phone or,

usually, come in the same day for an appointment.

Chief of Mental Health Services at MIT Medical Alan E. Siegel said that the counselors "see a whole range of people who have problems and concerns," including stress, substance abuse, loneliness and depression.

Siegel said that when confronting someone who is contemplating suicide, "the most significant thing that helps people who are really depressed are a network of friends."

"If you have a friend who's depressed, you want to be helpful," he said, but you should not "feel like you have to solve the problem yourself."

### Rhee's legacy a love for music

Rhee's passion outside of her research was performing and enjoying music, and one of her greatest gifts to MIT was founding the Ptolemy Players.

Consisting of current and past students, Ptolemy fills a gap in the opportunities for performance and enjoyment of music at MIT.

Ptolemy is "really an opportunity

for musicians to get together over the off season" and play, said Peter Jung '01, a cellist in Ptolemy. Rhee was in charge of organizing each concert and would choose the theme of each concert, Sarwate said.

She had "a lot of contacts in the Boston music scene," he said, and in one case contacted the composer of a piece they were playing and got him to come listen to the group and give suggestions.

It was "eye-opening for me to have that kind of support for" chamber music, he said. "I think her passion for music and her need to share music with the community was really something special."

She had an "incredibly dry, cynical sense of humor," Mukherjee said, and she was "very much herself and never tried to fake being anyone else."

Sarwate said that the Ptolemy Players were organizing a memorial concert for Rhee to be held possibly May 17 or 24.

Rhee, 33, was a McDonnell-Pew postdoctoral fellow in Professor Steven Pinker's lab in the Department of Brain and Cognitive Science.

Rhee received her undergraduate degree from Harvard in 1993 and then a PhD in cognitive neuroscience from MIT in 2001. She is survived by her parents, a brother and a sister.

## THE FIRST SPRING BREAK REALITY MOVIE!

### NO SCRIPTS. NO ACTORS. NO RULES.

### APRIL 25 ONLY IN THEATRES

FROM THE PRODUCERS OF *THE REAL WORLD*

# THE REAL CANCUN



*Thank You*

To Students, Faculty, Staff and Employees of M.I.T.

Bose Corporation was founded and built by M.I.T. people. Our success in research and in business is a result, in no small part, of what M.I.T. has done for us.

As one measure of our appreciation we are extending special purchase privileges to all students and employees of M.I.T. for their personal use.

Please direct all inquiries to the "M.I.T. Purchase Program."

**BOSE CORPORATION**
1-800-444-BOSE

Your M.I.T. Identification will be required.

*BOSE*
Better sound through research

### Apartments for rent:

Somerville Cambridge line
10 minutes to Campus.
Modern building
2 bedroom 2 bath
Parking
Deck
Wall to wall/ dish washer/
disposal/security alarms
Laundry facility and hook ups.
Includes central heat and a/c and hot water.
$1425.00-$1575.00

Integrated Real Estate
705 Cambridge Street
Cambridge, MA 02141
Irea@shore.net

Egg Donors Needed,
non-smoker. Donors
Ages 21-32. Generous
compensation paid.
For more information
contact Robert Nichols,
Esq. (781) 769-6900 or
rnichols@gbnlaw.net.

PAID ADVERTISEMENT

## This Passover, Remember the Modern Day Exodus



More than 500,000 Jews were driven from their homes in Arab countries since the 1940s – many more than the number of Arabs who left the land of Israel. This massive exodus abruptly ended 2,000 years of vibrant Jewish life in North Africa and the Muslim Middle East.

Today, 99% of these ancient Jewish communities no longer exist in the lands where Jews lived for thousands of years. Arab governments forced Jews to leave, confiscated their property and stripped them of their citizenship.

SPONSORED BY: THE ISRAEL CAMPUS ROUNDTABLE
CONVENED BY:
COMBINED JEWISH PHILANTHROPIES, JEWISH COMMUNITY RELATIONS COUNCIL AND HILLEL COUNCIL OF NEW ENGLAND
MEMBERS INCLUDE:
ADL, AMERICAN JEWISH COMMITTEE, AIPAC,
CAMERA, CONSULATE GENERAL OF ISRAEL TO NEW ENGLAND,
THE DAVID PROJECT, HASBARA FELLOWSHIPS, ISRAEL ALIYAH CENTER,
HAMAGSHIMIM AND UJO/HAGSHAMA






NIGHTLINE 3 - DEF TUU TUU OPER OPER 3 - NIGHTLINE

Certified mover

Certified shaker

Certified no more mac & cheese

Certified acceleration

Certified rush

Certified freedom

Certified bring it on

Certified Pre-Owned BMW



**Certified only at an authorized BMW center.**
Get warranty protection* up to 6 years or 100,000 miles. Get flexible leasing and financing options. Get pure BMW.

≡ Certified Pre-Owned ≡

Search up-to-date, extensive inventory at bmwusa.com

*Protection Plan provides coverage for up to 2 years or 60,000 miles (whichever comes first) from the date of the expiration of the 4 year/50,000 mile BMW New Vehicle Limited Warranty. See participating BMW passenger car center for details. For more information, call 1-800-334-4BMW, or visit bmwusa.com ©2003 BMW of North America, LLC. The BMW name and logo are registered trademarks.

You have an infinite list of reasons to exit a building during a fire alarm...from avoiding the consequences of breaking a state law  or meeting the dean of student conflict and discipline to having an excuse to get some fresh spring air.
The truth is that there might be a real fire, a gas leak, etc., in which case you don't need any other reason.

When the fire alarm goes off, you do not actually want to

# run

but do walk quickly to leave the building, until the all-clear.



Advertisement sponsored by the Office of Student Conflict Resolution and Discipline



© the campus guy



## The Princeton Review

## National Stress-Free MCAT Day

*Saturday, April 26th, 2003*



### Get ready for the real MCAT with a FREE full-length practice test!

- Take a full-length practice MCAT under realistic testing conditions
- Receive a detailed score report showing your strengths and weaknesses
- Get free information about the real MCAT and how to prepare for it

**Locations:**

**Boston University, Boston, MA**
CAS, Room 218   9-4:30pm

**M.I.T., Cambridge, MA**
Room 4-153   9-4:30pm

Follow-up scores-back session to be held, April 30th at Boston University, CAS B18 from 6-8pm.

*You must register in advance to guarantee your seat at this location.*

Register by phone at **800-2Review** or online at
**PrincetonReview.com/go/MCATDay**

---

# Give Blood!

## MIT / Red Cross Blood Drive

From April 28 to May 1,
12 to 6 p.m.
(10 to 4 p.m. April 30)

Student Center, 2nd floor

For more information or to make an appointment, visit
http://web/arctan/blood/www/ or call the American Red Cross at 1-800-GIVE-LIFE.

This space donated by The Tech

---



# GOOD FRIDAY

## SERVICE

**APRIL 18**

12:00 Noon

## MIT Chapel

IT IS HERE THAT GOD MEETS US

*Sponsored by the Lutheran-Episcopal Ministry at MIT*

---



**About to Land Your First NY Job?**
**Graduate to a Great Manhattan Apartment.**

Where The East Side Meets Downtown

- Sleek, New Windowed Kitchens and Baths
- Private Security Patrol
- Concierge Service Available
- $160+ Million Renovation Underway
- Basketball courts
- Jogging trails
- Tram courts
- Complimentary Health Club Membership

**NO FEE**

1 Bedrooms from...$1,895
2 Bedrooms from...$2,495
3 Bedrooms from...$3,195

ELECTRICITY, A/C, GAS, HEAT AND HOT WATER INCLUDED IN RENT

VISIT OUR WEBSITE
www.pcvst.com

PETER COOPER VILLAGE
STUYVESANT TOWN
A PaikReatThroughIt

Rental Office
Open 7 Days • Mon-Thur 10 AM to 6 PM
Fri/Sat/Sun 11 AM to 5 PM
344 First Avenue at 20th Street
212-780-1100

# Matchup Creator Contacts Over 100 Participants

Matchup, from Page 1

the MIT Young Alumni Club said that Monsarrat contacted at least one woman after she repeatedly asked him to stop, and quotes Monsarrat as saying to one participant, "you've made me wait too long; I am getting impatient."

The complaint also mentioned Monsarrat's communication with another participant.

"He started sending her charts of his weight loss, promising that he would lose more weight in the future ... and begging her to meet up with him," DeSario said.

Monsarrat referred to the second attempt at contacting each match as a "follow up e-mail" and said that he used two form e-mails when contacting a potential match.

The second e-mail, Monsarrat said, included the text "Forgive my persistence. And I know you're busy. Life is short, and I just hate to lose a good opportunity. I don't want to be rude, though, so ... if you don't reply I'll have to give up on you."

### E-mails not legally harassment

Do Sario said that she met with Harvard University police last Friday and that a "cease and desist" letter will be sent to Monsarrat informing him of police involvement in the matter and saying that further e-mails to Harvard students will result in criminal prosecution.

Monsarrat said that he has not been contacted by either the MIT or Harvard University police.

DeSario said that the e-mails would probably not legally be considered harassment, but that "certainly what we have here is an unethical situation."

Abuse and harassment, Monsarrat said, are "very loaded words".

He called the complaints "flame wars" and said, "most people don't take editorials in the student newspaper seriously. I don't think they'll believe the flame wars," Monsarrat said.

### Survey information mishandled

DeSario estimates the number of people reportedly contacted by Monsarrat as "potentially hundreds of people," though she says she personally knows of only 10 who have come forward.

"Just about everybody I've talked to at Harvard Law School has been contacted by this guy," DeSario said.

Monsarrat, who also participated in the matchup service, said that he had heard of complaints about his personal use of data from the service, but said "I kind of don't get that. I signed up like everybody else. There was no privacy policy."

Monsarrat said that he received 100 matches through the matchup, and contacted all of them. Each participant in the matchup was given 20 possible matches and people who referred a friend got more than 20.

Monsarrat said that he referred a friend, and called the fact that he received 100 matches "not at all unusual," though he was "the only volunteer" who received that many matches.

Participants in the matchup were paired using computer software that Monsarrat said he designed after what he considered to be a good match to him. He then generalized the properties of a good match and used the software to give participants their matches.

### SIPB granted Web address

Some members of the Student Information Processing Board, which was responsible for granting Monsarrat the Web address used for the matchup's Web site, recognized the questionable uses that the matchup could have. The matchup Web address points to Monsarrat's home directory on Athena.

"I totally think it's a way for [Monsarrat] to get dates," said Richard J. Barbalace '97 in a SIPB zephyr conversation on Feb. 8, recorded in SIPB's zephyr logs. "Why would anybody ever set up any type of matching service unless a) they were trying to make money, and/or b) they were trying to get dates? ... But that seems like a perfectly fine fringe benefit to organizing it."

"I would actually worry that he's going to contact them at a later date, under some other pretext, and in bulk," replied Camilla Fox '00. "You don't ordinarily expect a dating service to expose you to that, or for a dating service creep to contact everybody."

Monsarrat said he hopes to run the matchup again in June, this time offering participants unlimited matches. The new version of the matchup, Monsarrat said, will allow participants to search the database.

SIPB Chair Chris T. Laas G said in an e-mail that "at this time, the SIPB has received no official complaint. We will rely on the judgement of the MIT authorities" in the matter of a June matchup.

Noelle Kanaga '06 gets the ball in Tuesday's lacrosse game against archrival Wellesley. The last regular season home game for Women's lacrosse ended in a loss for MIT with a score of 11-6.

## Verghese Wins This Year's Big Screw

| Candidate | Final Donations |
|---|---|
| Professor George C. Verghese (6.011) | $304.07 |
| Associate Dean Robert M. Randolph | $174.07 |
| Associate Dean |  |
| Julie B. Norman (Orientation Schedule) | $92.27 |
| Professors J. David Litster and John W. Belcher (TEAL) | $86.35 |
| Professor Frank Wilczek (8.012) | $56.65 |
| Dean Robert P. Redwine | $64.42 |
| Professor Wesley L. Harris (Unified) | $40.28 |
| Professor Gerald J. Sussman (Scheme) | $34.93 |
| Professor John V. Guttag (6.170) | $34.60 |
| Tony Eng (6.001) | $25.88 |
| Dean Kim L. Vandiver | $7.67 |
| Professor Janet Schrenk (6.111) | 0.78 |
| Write-ins | $2.53 |
| Total | $1004.80 |

Above are the final donation totals for each candidate in the annual Institute Screw competition, which ended last Friday. The competition is sponsored every year by Alpha Phi Omega to collect money for charity.

Big Screw winner and 6.011 professor George C. Verghese accepts the Screw from Alpha Phi Omega member [illegible] '05.

# Judge Rules in Favor of Lockheed

Lockheed, from Page 1

Lim's 18 digital television patents are among the most valuable jewels of MIT's patent portfolio, and his cooperation with Dolby Laboratories Inc. in 1993 eventually led to $30 million for MIT as a result of an MIT-Dolby lawsuit settlement last April.

But this time, Lim is in an unusual position: the Technology Licensing Office believes, Turner said, that the customers of DVSI's techniques and microchips are infringing a 1989 MIT patent issued for an invention by two Lincoln Lab researchers, Dr. Thomas F. Quatieri ScD '80 and Robert J. McAulay. (The patent was reissued in 1999 as U.S. Patent No. RE 36,478, "Processing of acoustic waveforms.")

Those customers include the Iridium, Inmarsat, and ICO global satellite telephone systems, as well as several other mobile radio communications systems.

"The speech codec [compressor-decompressor] in this system was developed completely by DVSI," said Sunt Yeldener, a former Lockheed employee who advised the company in the lawsuit.

Despite this belief that Lim's company sells a product that infringes an MIT patent, MIT is unlikely to sue other DVSI customers, Turner said. "Given the position we've taken [not to appeal] in the suit we did file, I don't think there is still a suit to be filed," he said.

Lim, who is on sabbatical, did not reply to an e-mail request for comment late Thursday. Quatieri and representatives of Lockheed did not return calls for comment. McAulay could not be reached for comment. Robert Maher, the director of sales and marketing for DVSI, said he was not familiar with the lawsuit and abruptly hung up on a reporter who was asking for information about the company.

### Both systems developed at MIT

DVSI's technology, known as "multi-band excitation" speech compression, or MBE, was also developed at MIT, said a person familiar with the lawsuit who spoke on condition of anonymity.

"The basic concept in MBE was to take the signal and divide the signal into multiple frequency bands and to make a voiced/unvoiced decision for each band," this person said.

A "voiced/unvoiced decision" refers to the efforts of a computer to determine whether it is trying to compress a section of speech that consists of "voiced" sounds, such as most vowels, or "unvoiced" sounds, such as the letters "s" and "t".

These decisions exist in almost all speech compression techniques, this person said, but "MBE generalized it and made it work better" by making the decisions separately for different frequencies.

Quatieri and McAulay, who also developed their method in the mid-1980s, did not work with the MBE developers at MIT's Research Laboratory of Electronics, this person said.

Quatieri and McAulay "worked at Lincoln Lab, and the whole MBE stuff got its start in RLE on campus," this person said.

Several of those RLE researchers now work at DVSI, including Lim, the chairman, John C. Hardwick '86, the president, and Daniel W. Griffin PhD '87, the director of research and development.

It was not immediately clear why MIT sued Lockheed but not the provider of the allegedly infringing compression system, DVSI. "We could have sued DVSI, but they weren't really the player," Turner said. "A number of years ago we tried to get a license agreement in place with DVSI and could not come to an agreement."

Lockheed, which acquired the Inmarsat base stations when it bought the U.S. government-created Comsat Corp. in 2000, has since sold the base stations to Telenor Satellite Mobile Services Inc., a subsidiary of the principally-state-owned Norweigan telephone company Telenor ASA.

MIT's lawsuit against Lockheed was therefore only for past infringement. If MIT had won, it would likely have been able to receive "several millions of dollars" in royalties, Turner said.

### Ruling rested on voicing decisions

The court's ruling concluded, as Lockheed had argued, that because MIT's patent explained that "recourse is never made to a voiced-unvoiced decision," MIT could not successfully sue for the use of a system that made voiced/unvoiced decisions for each frequency band, as MBE does.

MIT argued that the technique of making several voiced/unvoiced decisions was unknown in 1985 when its patent application was first filed. As a result, the patent's disclaimer that "recourse is never made to a voiced-unvoiced decision" should be read only to limit the patent's coverage of inventions that make a single, universal decision of whether speech is voiced or unvoiced for each section in time, MIT said.

The patent should still cover techniques that make multiple decisions (such as a decision for each frequency band) for each section in time, MIT argued.

But Judge Young did not agree. The patent's "emphasis is on the making of a voiced/unvoiced decision itself and how 'particularly difficult' this is to do," he wrote in a January decision.

"No emphasis is placed on the fact that the binary method employs a single decision for an entire frame versus multiple decisions," he wrote. "No reference is made to the potential for wasted data that occurs with a single decision per frame. Instead, the specification broadly suggests that it is the difficulty of making a voiced/unvoiced decision in itself that MIT's new invention sidesteps."

As such, because DVSI's system used by Lockheed did make voiced/unvoiced decisions, MIT must necessarily lose the case, he ruled. "The fact that Lockheed's device also makes a higher quality product without resorting to a voicing decision as to an entire frame does not make it equivalent to MIT's product," he wrote. "MIT has failed to set forth specific facts showing that a genuine issue exists for trial. A reasonable jury, on the record before the Court, could only decide in favor of Lockheed."

The lawsuit was also notable because, like DVSI, Lockheed Martin has strong historical ties to MIT. "Lockheed Martin and MIT have a long-standing relationship," MIT said in a 1998 press release announcing a $1 million Lockheed gift to create the Lockheed Martin Software Learning Center at MIT.

The center does not yet exist because its future home, the Ray and Maria Stata Center, is not yet completed.

Page 16   THE TECH                                                                          April 18, 2003

# Orientation 2003: New Events, Less Time for Rush

By Lauren E. LeBon
*STAFF REPORTER*

The Class of 2007 will have three days to relocate to new dormitories once they arrive on campus, according to a draft of the 2003 Orientation schedule.

Students will move into their permanent rooms on Thursday of Orientation week. Last year students moved in on Saturday, giving them five days to move.

"We would like the nicer time, but we also understand that there's a limited amount of time," said Ross E. Benson '03, the Dormitory Council Judicial Committee chair. "It's a compromise." Benson added that there is still discussion about the scheduling for in-house lotteries.

The amount of time allotted for dormitory exploration is not specified on the schedule. In an interview last February, Dean for Student Life Larry G. Benedict said that after 3 p.m. on Sunday and after 3:30 p.m. on Monday of Orientation week would be reserved for "Residence Exploration," or REX.

On the draft schedule, no events are scheduled during these times.

"We want to make sure that it's in the Hitchhiker's Guide so that students can understand to go to it," Benson said.

Last year, off-campus dinners were scheduled immediately before in-house rush events. Freshmen often arrived late to rush events and missed welcome statements from house governments and an explanation of the rush system, said Emily B. Cofer '04, Dormcon's incoming president, in an e-mail.

Welcome dinners held in dorms

The freshman welcome dinner, where students have a chance to meet MIT faculty and other students, has traditionally been held in the Johnson Athletic Center. This year, the dinners will be held in individual dormitories.

Discussions about the details of the dinners are still ongoing.

"It is our hope, and so we feel it's important to have a say in how activities in our dorm are happening," Benson said.

"The concern with the Welcome Dinner ... stems from concerns the dorm governments were not directly consulted before this event was scheduled," Cofer said in her e-mail.

"Dormcon is confident that, in the next few weeks before the Orientation schedule is 100 percent finalized, the few remaining concerns will be addressed and an amenable solution agreed upon by the ARC, Dormcon and other appropriate parties."

Professor J. Kim Vandiver, a member of the Committee on the Undergraduate Program, said that he is working on ways to make the faculty more approachable.

"We are taking creative scheduling ideas that might be implemented in future orientations in '04 and beyond," Vandiver said.

This year's schedule is "99 percent complete" Vandiver said, though Associate Dean and Orientation Coordinator Julie B. Norman said that the schedule is "still subject to change."

East and West Campus parties

A new addition to the 2003 Orientation are the East and West Campus parties scheduled for Sunday and Monday nights, respectively. The parties aim to encourage students to explore both sides of campus before the adjustment lottery closes.

"It's more of a geographic designation rather than a cultural one," Benson said. He said that the events will allow students to be "exposed to all places on campus and not sucked over to just one side."

"The parties won't be exactly the same. Each one will have its own flavor," Benson said. The change will allow freshmen to "meet people, learn about the dorms, and have a good time."

The East Campus party will be held from 8 p.m. to midnight on Sunday, August 24. The West Campus party will be held the evening of the 25th, just a day before the housing adjustment lottery closes.

When students arrive on campus on Saturday, August 23, their first activity at MIT will be the Freshmen Essay Evaluation at 1 p.m., which will determine placement in freshmen writing courses.

The Orientation kick-off will begin at 4 p.m. that afternoon, followed by the PlayFair, which was introduced at last year's orientation.

On the left is the tentative Orientation 2003 schedule. On the right is the schedule Dormcon proposed in February.

---



## Bloomberg wants to meet the real you.

Our unbelievable recruitment village makes a stop at the Hynes Convention Center on Wednesday, April 23, 2003. We've rounded up the most popular snacks in the world, the funkiest furniture, and one cool bar (of information). Bloomberg representatives are interested in learning about you. No need to be formal. Impress us with the real you.



Sarah Tennant
Sales Team Leader, Bloomberg
(bravery Champion)

Come as you are—to experience the creative, entrepreneurial energy that drives Bloomberg's success, and makes it a great place to start your career. We have career opportunities that let you be you, just like Sarah Tennant.

**Wednesday, April 23, 2003**
**12:00 p.m. — 6:00 p.m.**
**Hynes Convention Center**
**Meeting Rooms 304 and 306**
**900 Boylston St.**
**Boston, MA**

**http://careers.bloomberg.com**

**make an impression**

**Bloomberg**

Bloomberg is proud to be an Equal Opportunity Employer. M/F/D/V

# MIT Spring Weekend 2003

# JURASSIC 5

## & OK Go

*Presenting a concert with the best in underground hip hop with the lastest in up and coming rock. Tickets are nearly sold out, and increase on day of concert.*

## Saturday, April 26, 2003
Johnson Athletics Center, MIT. Doors at 7:30 p.m.
Tickets are $8 for MIT / $10 for selected other colleges / $10 on the day of concert
Featuring performances by Boss Beat Sound Crew and Cephalopod.

### Thursday, April 24, 2003
Free showing of *The Lord of the Rings: The Two Towers* at 8 p.m. in 26-100.
Offer for first 500 people. By LSC.

*MIT Logs Concert*: A Capella all-stars and more.
8:30 at La Sala de Puerto Rico.

### Friday, April 25, 2003
*International Fair*: enjoy food and performances from different cultures on Kresge oval all day long. Hosted by the ISA

*AXO-Lip-Sync*: Laugh a your friends or win cool rizes at this annual event. Kresge at 8 p.m. Tickets are $5 in lobby 10 or at the door. Proceeds go to charity.

*Get Sprung*: Tribute to hip hop culture featuring rapper Rahzel (member of the Roots), Boss Beat Sound Crew, Cephalopod, and DJ-JS1. Located in Lobdell from 10 p.m. - 1 a.m.

### Saturday, April 26, 2003
*Open Air Bands All Day*: Join Our Friend Glenn, Polski Fiat, Dedspace, Plexis, Typhoon Ferri, Greytone, Heemin Yang, Scorchio, Local Fields, Sonnic Bonnet, Imobilaire, Cephalopod, and other acts from 11:30 a.m. - 8 p.m. on the Student Center Steps.

*Panhellenic Carnival*: The full range of carnival games brought to you by Panhel from 12 - 4 p.m. on Kresge Oval.

*Spring Weekend Barbeque*: Only the finest grilled meats and gardenburgers from 12 - 2 p.m. at the Kresge Pits

Brought to you by the Division of Student Life, the Undergraduate Association, Student life Programs, Campus Activities Complex, Campus Police, and the Spring Weekend 2003 Committee.
web.mit.edu/spring



# Missing BU Professor Found Dead in Charles River

By Jonna Russell
and Michael S. Rosenwald
THE BOSTON GLOBE

Students and professors at Boston University gathered Tuesday, many in tears, after receiving the news they had been dreading: The body of John Daverio, a professor missing since March 16, had been found floating in the Charles River.

The body was spotted Monday evening by crew team members near their Cambridge boathouse and identified Tuesday using dental records, according to Middlesex District Attorney Martha Coakley.

An autopsy found that Daverio had drowned. Police said there was no evidence of foul play, leaving suicide or an accidental fall as the most likely causes.

## Cause of death unknown

At BU's College of Fine Arts, where Daverio taught for more than 20 years in the close-knit musicology program, the news ended a month of hoping by colleagues and friends.

Tuesday, as they struggled to accept Daverio's death, those close to the 49-year-old professor — known for his reliability and a devotion to his aging parents — resisted the possibility that he took his own life.

"No way," said Elizabeth Seitz, a fellow BU musicologist and Daverio's friend of 12 years. "There's just no way. Something happened. I don't know what it was, but he didn't just throw himself from a bridge. The only way I would believe that is if I found a letter."

The last known image of Daverio was captured by a surveillance camera in the lobby of the fine arts building between 8:30 and 9 p.m. on Sunday, March 16. In the grainy image, he heads out the front door to Commonwealth Avenue, wearing a red jacket and carrying a white bag in one hand. Daverio, who lived in Allston, appears to be heading left to walk east toward the BU Bridge and Kenmore Square, Boston University Police Captain Robert Molloy said.

His body was found within a quarter-mile of the bridge, which crosses the Charles between Boston University and Cambridge.

Upstairs in his office, police later found his wallet and briefcase, but no note or any indication of where he had gone.

Investigators, who are still looking for the bag Daverio was carrying, are considering the possibility that he was walking near the river and slipped and fell on ice. But Tuesday, at a press conference in the college dean's office, they acknowledged that the circumstances of Daverio's death might never be known.

## Friends, family, students mourn

The door to Daverio's second-floor office was closed Tuesday, a long yellow ribbon still dangling from his doorknob with the words "Return in Safety Johnny D" hand-printed on it. A vase on the floor held white gladiolus; Daverio's friends have kept it stocked with flowers, mostly yellow tulips and roses, since his disappearance, a colleague said.

More than 200 students and faculty members gathered late Tuesday afternoon in the college concert hall to learn of Daverio's death. University officials, some of them crying, read from police reports and prepared statements. At the end of the meeting, the room sat in silence for five minutes.

"It's kind of a relief — we know now," said Hilsey Castin, 19, a student from California who played in a youth orchestra led by Daverio. "This past month has been eerie. His office is to the center of everything."

The only thing bothering Daverio, according to his friends, was his parents' declining health. An only child, Daverio disappeared just after he returned from visiting his mother in a hospital in western Pennsylvania, where she was recovering from congestive heart failure.

"He had known that this would eventually happen to his parents," said a colleague, Charles Fussell. "It's not as if this was a sudden surprise to him."

The professor's father, also named John Daverio, said his son seemed on top of the world when he said goodbye at the end of the visit.

"I didn't notice a darn difference about him at all," said his father, who is 85. "He was his own self. That was all ... You always hope and pray they would find him. I don't know if somebody played a dirty trick on him up there, but I can't believe he would have done something to himself."

Friends said Daverio will be sorely missed in the classroom, where he was a passionate teacher who delighted in mentoring students and watching them launch careers. A talented violinist, he was chair of the BU musicology department and had built a world-wide reputation as a scholar of the composer Robert Schumann.

Outside the classroom, friends said he will be missed by their children, who called him Uncle John. His first stop at his friends' homes was always the floor, where he would instantly begin playing with whatever game or toy was at hand.

"Every time we drive past his office, my son asks if we can go see Uncle John," said Seitz, whose son is 4. "He knew there'd be jelly beans there. My son would get some jelly beans and run around disturbing everyone and John would think it was absolutely hilarious."

For the last month, Seitz has told her son that Uncle John was on vacation. She doesn't know how or when she'll tell him Daverio is gone.

His father, a retired brick layer in an old steel mill town near Pittsburgh, said he will not disturb his son's bedroom, which remains exactly as he left it years ago loaded with books, essays he'd written about music as a boy, and dozens of records.

"This is John's room," his father said. "This will always be his room."

Globe Correspondent Stefany Moors contributed to this report.

# 972 Spaces Currently Available in Dormitories for Fall

Crowding, from Page 1

space at the Sidney-Pacific graduate residence to accommodate all the rising seniors who applied to live there, so some students may not be able to participate, Valloy said.

There are currently 80 empty spaces in undergraduate dormitories on campus. Putting together the current vacancies and expected vacancies leaves 972 open spaces for next year's freshman class. That class is expected to number about 1,000, and the Senior Segue numbers are not

final, so some crowding is likely.

## Pledges move to fraternity houses

Some fraternities require that their pledges move into their houses. As long as there is room and barring special circumstances, pledges are expected to move in to Alpha Epsilon Pi's house, said Jacob D. Donifah '03, a rush chair at AEPi.

The fraternities "have really encouraged freshmen to move in," Rogers said, but fraternities do not require their pledges to move in.

Many fraternities have a few pledges who aren't moving in. "Some

people don't move in because of family, academics, or other reasons," Yardley said.

"We think it's better for [the pledges] to live in the house," said Timothy R. Kreider '03, Sigma Nu president. However, "if it comes to having a brother on campus or not having a freshman at all, if it's someone we want, it's okay to have them on campus," he said.

MIT will continue offering the fraternities compensation for their empty beds for the next two years. The need for this compensation varies from fraternity to fraternity.

"A lot of guys who are graduating and staying for their [master's degree] will still live in the house" at Zeta Psi, so there won't be many empty beds, Yardley said. Zeta Psi is Yardley's fraternity.

There will still be a few empty beds at Phi Sigma Kappa, but probably fewer than there currently are, said Mark A. Halsey '04, a member of Phi Sigma Kappa.

"We will still have empty beds [at Sigma Nu]. We won't be in tremendous financial danger, but if there's a trend of fewer [students] moving in, then it could get ugly," Kreider said.

"I was excited to hear about the daytime SafeRide plans being approved because that makes it easier to live off campus," Kreider added.

MIT is "encouraging fraternities to recruit all year round" to increase the number of pledges, Rogers said.

Jennifer Krishnan contributed to the reporting of this story.

---

**See news happening?**
**Call The Tech's**
**News Hotline**
**3-1541**

---



MIT-Chinese-Culture-Fair
Date: Friday April 18, 2003
Venue: MIT Student Center Outdoor
Steps and Kresge Oval
Time: 11:30am-2:30pm

Chinese Culture Seminars
Date: April 15 ~ April 18, 2003
Venue: MIT W-431
Time: 5-6:30pm

Chinese Classical Movies
Date: April 16 ~ April 20, 2003
Venue: MIT 54-100 (Apr 16,18-19)
Time: 7:30-11:00pm

http://ssa.mit.edu/chineseculture
chineseculture@mit.edu

Zhong Guo Ren: Chinese Culture Week 03

---

Organizer: MIT Chinese Student and Scholar Association (CSSA)
Co-organizer: Primary Source
Sponsors: MIT Fund, Graduate Student Council (GSC),
The Consulate General of the People's Republic of China in New York

   

Designed by Hao Tian





# Combat tested.

*<join@the-tech.mit.edu>*
**W20-483, x3-1541**

# SPORTS

# MIT Cycling Dominates Army Race, Team Takes Fifth Place

**By Jason Soars**

The women's and men's teams of MIT Cycling made a strong showing at the Spring Classic races hosted by the U.S. Military Academy at West Point, N.Y., this past weekend. The competition consisted of a road race on Saturday followed by a criterium and a team time trial on Sunday. The event was part of the Eastern Collegiate Cycling Conference series.

Caitlin Bever G held off the B-category women in the group sprint Saturday to take first place in the road race. Bever, the only MIT woman in the race, was far outnumbered by rival teams Dartmouth and the University of New Hampshire. She single-handedly punished her competitors on the hilly 27-mile course to win its 1:33:25. The win put Bever in first place in Division II women's B for the season.

Stanley M. Jurga G proved to be the toughest cyclist in the men's road race by chasing down every attack in the competitive Men's II field. Jurga escaped for his late 10-mile attempt in the third of four 14-mile laps before being caught in the last few miles by the peloton, finishing 17th at the end of the day.

On Sunday, Ariel M. Herrmann G came back from a race-ending crash the day before with an excellent showing in the Men's C criterium. Herrmann set in within the 60-strong pack for most of the race, making a short appearance at the front to take fourth place in a prime sprint. Herrmann demonstrated his



Caitlin Bever G rides to victory for the MIT Women's Cycling Team at the Army road race. MIT placed 5th in Division II in the weekend's points tally.

superior tactical and handling ability with an 8th-place finish despite the injuries he had sustained the previous day.

Exhausted and sunburned, the MIT men lined up once more Sunday afternoon to contest the Men's A team time trial on a rolling 13-mile course. The team, consisting of Jurga, Herrmann, Chip Vaughn, and Jason A. Soars G, put in an impressive performance in an exceptionally strong field. With three of four riders in their first season of competition, MIT's team finished in 6th place, only 2.5 sec-

onds behind a Penn State squad featuring the under-23 national road race and national track cycling champions.

Also putting in solid performances this weekend were D-category team members Isaac I. Dancy G (6th in the criterium), Benny Yam (15th in the criterium), and Michael Rosenblatt (27th in the road race). MIT placed 5th in Division II in the weekend's points tally. The team heads to the Eastern Conference championships April 26th and 27th at the University of New Hampshire.

# 3 Wins, 2 Blowouts for MIT Lacrosse

**By Brian Loux**

MIT Lacrosse fended off a late-game run by the University of Massachusetts at Dartmouth to edge the Corsairs out 7-6 last Thursday.

The Engineers' attack relied heavily on the youth of the team to propel them to victory. Stefano Young '06 from the orchestrated Contrage High School contributed three of Tech's seven goals on the day, while teammate Isaac H. Taylor '05 sent another three to the back of the net. Alvin "Carter" Powers '05 obtained what would be the difference-making goal and also made two assists.

As time rolled on, the Corsair attack launched a late attack in the last two quarters resulting in a 2-4 tally for the last half, including a three-goal run for UMass in the fourth quarter. The Corsairs seemed to have freshman goalie Christopher Ng's '05 number near the end of the game, but some spectacular saves in the last minutes of play — as well as solid second and third quarters of play from MIT's only goalie — helped keep the lead in the hands of the home team.

Play intense and rough

The close score underlaid the

intense, physical, and sometimes angry match that the competition became. From the get-go, yellow flags littered the field.

A questionable hit by defender Brent M. Schreiber '03 just before the end of the second quarter appeared to be clean but nonetheless resulted in an unnecessary roughness call. Coach Walter A. Alessi questioned whether the officials were calling MIT too strictly on could not after the early penalties in the first quarter. UMass would go on to rack up an equal number of slash and unnecessary roughness penalties face.

As penalties would go on to binder both teams frequently as the game progressed, but neither the Engineers or the Corsairs successfully dominated play in their respective man-down situations. Most goals were scored during regular play. Strong efforts from MIT's man-down defenders Gordon F. Fellows '03 and Marc A. Dagenais '03 helped keep UMass's attack out of the crease.

**MIT holds on to lead**

At halftime the Engineers had a comfortable 6-2 lead with their offense dominating the game and controlling a majority of the ground ball situations. They con-

tinued the trend at the outset of the third quarter with two straight goals.

However, that command began to slip as the third quarter waned. The Corsair attack felt more comfortable free-dodging and rushing the defense and taking more shots on goal. A goal near the end left the score 6-5 MIT at the end of the third, with the momentum in the Corsairs' favor.

MIT scored a quick goal to start off the fourth, but that did not stop the pressing attack that followed for the next 14 minutes, slowly draining away the opponent lead.

A goal within the last three minutes of the fourth quarter out the third quarter on to box. With less than a minute to go, quick action by Christopher R. Wilmer '02 and the rest of the MIT defense took the ball away and into offensive territory. The clock wound down in the Corsair end of the field, nicking a last ditch effort to fling the ball downfield for one last UMass shot futile.

MIT went on to win its next to games against Clark and Norwich with two consecutive blowouts. The engineers defeated Clark 22-3 on Saturday and 18-9 on Tuesday. MIT's next home game starts at 4:00 p.m. today on the omni turf field.



# MedLinks

## 10 Years of Promoting Student Health

Find your nearest link at
<http://web.mit.edu/medlinks/www>



Solution to Crossword

*(crossword solution grid)*

This space donated by The Tech

**Exhibit 14**



| ABOUT | SEARCH |
|-------|--------|
| CONTACT | |
| JOIN | |

NEWS | OPINION | PHOTOS | ARCHIVES              INDEPENDENT AT HARVARD LAW SCHOOL SINCE 1946

## NEWS

# Dating service creator accused of harassing students

*by THE RECORD on Apr 16, 2003 • 12:00 am*                                     No Comments

### BY EMILY BEARG





"Hey! Let me put it this way. I'm a good judge of character. You seem fantastic. I'd like to meet you. Love that 'Up late talking and snuggling on the sofa' and 'Singing to me.' Sure, I'll play guitar & sing for you. 😊 I know you're busy and this whole dating thing feels like a burden. Maybe we can change all that. What have you got to lose? Being romanced by a tall, fun, handsome gentleman will be quite nice! 😊 Zing me a note and let's do a 'just coffee'. When? Or just email is fine if you're shy. My profile is below, and two pics are attached. 😊 Ciao, bella! Jon"

In the months following the MIT-Harvard-Wellesley Valentine's Match-Up, some law students' inboxes continue to be flooded with unwanted and potentially harassing e-mails like the one above.

Around Valentine's Day this year, Harvard Law School students received fliers in their Harkboxes encouraging them to sign up for the Match-Up, a service that promised to pair each participant with 20-30 compatible matches within the three university communities. Three thousand two hundred people participated by Valentine's Day, and then another 600 signed up when a second round was offered for those who missed out the first time.

The survey included questions about the participant's religion, smoking preference, idea of a romantic date, favorite movie, weekend activities and hobbies.

The website describes the event as a "free service run by students, in association with the MIT Young Alumni Club, the Harvard Med School Student Council and other communities" including "MIT grads, alumni, ugrads and others; Harvard grads, alumni, ugrads and others; Wellesley alumni and ugrads."

However, Jon Monsarrat, a 34-year old MIT business graduate, apparently organized the event on his own, as none of the listed sponsors claim any involvement with the service or know of any other genuine participants.

Johannes Kratz, of the Harvard Medical School Council, said that when he was contacted by Monsarrat, he agreed to inform medical students about the Match-Up and said that it would be fine to be listed as a participant, but had no further contact with Monsarrat. "HMS Student Council had absolutely no part whatsoever in setting up, sponsoring, promoting, or hosting the match other than what I just described," said Kratz.

Eric Sit, MIT Young Alumni Chair, also agreed to publicize the event to its members. "'After assuring us that all data would be kept securely and confidentially, we said sure," Sit said. "We didn't have anything to do with how it was run."

Since Valentine's Day, numerous HLS women have received e-mails from Monsarrat requesting that they start dating him. He did not just email the 20 or so people he had been matched with by the web service. In fact, according to 3L

JOIN

Writers, editors, and other staff needed. E-mail record.harvard.law@gmail.com for more information.

AUDITION FOR PARODY

**Audition for the 2013 HLS PARODY!**

singers, actors & dancers wanted for HLS's annual comedy musical!

fill out the form @ tinyurl.com/ahgtrwg for a slot

Questions? parody2013@gmail

presented by Sidley Austin LLP
DARBBI Bar Review
Schulte Roth & Zabel LLP

### RECENT COMMENTS

Ricky Bobby on On a Scale of 1 to 5, What's That Class's Workload Like?

Tom Kagbaum on Women in Combat: Every Coin Has Two Sides

Gunter Kropp on Women in Combat: Every Coin Has Two Sides

Santosh Stephen on Women in Combat: Every Coin Has Two Sides

Tux on Why I've Avoided BARBRI, And So Should You!

Bruno on The Retirement of Ron Paul

Bruno on Why I Chose Corporate

d on Why I've Avoided BARBRI, And So Should You!

Ben on Why I've Avoided BARBRI, And So Should You!

Prem Sobal on Law School Is Ruff!

Doc on Why I've Avoided BARBRI, And So Should You!

### TAGS

1L barack obama bar review bsa budget china class Constitution demographics eip election election 2012 elections elizabeth warren foin fenno finals firmly refuse forum gender grades gunner eat hlab identity groups journals law review LIPP

2/4/13                                          Dating service creator accused of harassing students | The Record

Nicole De Sario, he admitted in an email to one of her friends that he had sorted through all of the Match-Up profiles himself, and used the service to gain access to many women's contact information.

De Sario's friend wrote back two or three times saying she wasn't interested, but Monsarrat continued to write her, including charts of his weight loss, promises to lose more in the future and persistent demands to meet with him. At one point he wrote, "You've made me wait too long; I'm getting impatient."

De Sario realized the problem could be more widespread when she herself started receiving emails from Monsarrat, one of which is copied above. She e-mailed the site address that is listed on the Match-Up web page to complain about the emails, but received no response.

At De Sario's request, the Women's Law Association sent out an email alerting the Law School community of the incident, urging students to forward any correspondence to the Dean of Students and StopIT, an organ of the Information Systems organization at MIT that monitors misuses of the MIT computing system.

"A bunch of people came forward," De Sario said. Students sent e-mails to the Dean of Students, who then made arrangements for a group of students to speak with the Harvard University Police."

"It hasn't yet risen to a legal violation, De Sario added. "But it is clearly a moral and ethical violation, and my concern is that it could amount to a harassment claim."

According to Massachusetts law, criminal harassment applies to: "Whoever willfully and maliciously engages in a knowing pattern of conduct or series of acts over a period of time directed at a specific person, which seriously alarms that person and would cause a reasonable person to suffer substantial emotional distress…. Such conduct or acts described in this paragraph shall include, but not be limited to, conduct or acts conducted by mail or by use of a telephonic or telecommunication device including, but not limited to, electronic mail, internet communications or facsimile communications."

Administrators and police are still unaware of just how many women have been contacted, or whether or not anyone has met with Monsarrat. However, the police will be sending him a cease and desist letter warning him of the potential legal implications of his actions.

"The police department is writing a letter to the guy and they sort of said that was the end of it unless someone was suffering some kind of serious harm," said 3L Bill Dance, Law School Council President. "Which is why it would be useful to find out if someone was suffering more serious harm."

"Everyone you talk to knows someone who was contacted," Dance added.

"According to Enice Matera, Student Services Officer in the Dean of Students Office, there haven't been cases of serious or widespread harassment over e-mail at the Law School before. "To my knowledge, I don't remember anything like this happening before," she said.

StopIT is continuing to monitor and receive e-mails forwarded by students who have corresponded with Monsarrat. According to Tim McGovern, a StopIT member, their goals in any such case "are to facilitate or mediate between parties to reach a mutually acceptable set of conditions," which include "agreement on steps forward, no contact orders and so forth."

Any student who has been bothered by Monsarrat can contact Amy Schlosberg at the Harvard University Police Department (amy-schlosberg@harvard.edu) and StopIT@MIT.edu with attachments of any e-mails received from or sent to Monsarrat.

> Like    Be the first of your friends to like this.

---

*Previous post*                                                      *Next post*
Lipper's Mistake                                                     potential column for the paper

© 2012 The Record. All Rights Reserved. The views in opinion editorials, columns, and letters do not necessarily reflect the views of The Harvard Law Record. The comments posted on this Website are solely the opinion of the posters. This site is not intended or offered as legal or financial advice. Content on this site are not legal or financial advice or legal opinions upon which readers should rely. Transmission of the information is not intended to create, and receipt does not constitute, a lawyer-client relationship between this site, the author(s), or the publisher, and any readers. Readers should not act, or fail to act, upon this information without seeking professional counsel. No person should act or fail to act on any legal matter based on the contents of this site.

Right sidebar (tag cloud):
live blog Mitt Romney nader obama ocs one-day's-work race rankings record republican republican debate romney Ron Paul stanford student government student organizations trayvon martin valentines

2/4/13                                        davle_snark Witch hunts are still alive and well!!!!!!!!!!         **Exhibit 19**

 February 6 2010, 07:56:51 UTC

I love that part, especially when I realize it before he does

Reply

 0 badhaiku

February 5 2010, 21:41:04 UTC

what's amazing is the sheer number of posts he's cranking out in such short order...it's not enough for him to speak his peace, he has to pick a fight with everyone on teh intertubes.

methinks the creepy old dude doth protest too much?

Reply  Expand

 0 thetathx1138

February 5 2010, 21:58:24 UTC

Damage control. The guy owns a company and is not the sharpest blade when it comes to internet Argument in the first place, so he's probably panicking. Part of the reason he was banned from a local fetish mailing list a friend of mine was on was he started complaining about being oppressed and insulted a moderator's mom, among other things.

If you haven't read the ED article, it's...memorable.

Reply

 0 badhaiku

February 5 2010, 22:12:57 UTC

It's bad enough that he has an ED article in the first place.
That's the internet's way of saying, "GTFO."

Reply

 0 awfief

February 6 2010, 04:46:23 UTC

To be fair, he doesn't actually own a company any more. Excerpted from an e-mail to me dated Jan 3rd 2010:

As I may have told you, I certainly should have, I cashed out of Turbine
in May 2008. Turbine is the huge videogames company I founded in 1994. I
took a substantial hit to cash out "early"....

During the hibernation period in 2009, I tried my hand at being an
artist, running the Wheel Questions project in Harvard Square, see
http://WheelQuestions.org and also running a huge charity event, see
http://MonsterMarch.org. I was unable to get either to benefit me
financially, and right now I am semi-homeless... I'm crashing on my own sofa
and renting my room out, with permission from my other roommates.

My plan at the moment is to apply for grants for a Wheel Questions
project in 2010. Also, my blog on events in New England,
http://WeirdBostonEvents.org fetched $4,000 in paid sponsorships so I may
try to grow that. I'm also working on a Wheel Questions book.

2/4/13    ~~davie_snark Vuton hahe and still alive and well!!!!!!!!!!!~~

*I'm crashing on my own sofa and renting my room out, with permission from my other roommates.*

I wonder if he has the permission of his landlord?

Reply

 **thetathx1138**
February 6 2010, 14:51:36 UTC

That explains a lot, actually. I kept hearing about drama over at Turbine, but I wasn't sure what was going on.

Reply

 **ron_newman**
February 6 2010, 16:55:31 UTC

But doesn't he own another company now called Hard Data Factory?

Reply

 **awflef**
February 7 2010, 02:58:22 UTC

Yes. There was plenty of other information in the e-mail, but I am a stockholder in HDF and have signed an NDA, so I can't speak to that, nor can I send the rest of the mail. However, I can tell you that the company doesn't have tons of money, and is still an early startup with very little funding, so I wouldn't call it successful,...but that wasn't a qualification at first, so yeah. He does still own a company.....but mostly it's just an idea.

Reply

 **clevernonsense**
February 5 2010, 21:59:21 UTC

It looks like he's using some sort of form response for half of them.

ALSO: please note the new headline for the article that started it all:
http://www.wickedlocal.com/somerville/news/x1978079036/Somerville-Police-bust-underage-drinking-party-on-Summer-Street

Reply

 **bombardiette**
February 5 2010, 22:32:05 UTC

The comments on the article are hilarious. And telling.

Reply

 **cvstennin**
February 5 2010, 23:13:11 UTC

And they're all cut-n'-paste jobs. Half of them with plugs for his wheel! The man is a marketing genius.

Reply

**badhaiku**
February 5 2010, 23:24:32 UTC

2/4/13                                            davis_square: So

I saw it at the Newport Folk Festival on Saturday. I was sure it was following me...

Reply   Expand

 **bluesauce**
August 4 2009, 23:04:34 UTC

No, but JonMon probably WAS lurking right behind you.

Pleasant dreams.

Reply

 **tamalinn**
August 5 2009, 16:36:26 UTC

*No, but JonMon probably WAS lurking right behind you.*
So. Not. Okay.

Reply

 **cystennin**
August 5 2009, 00:25:07 UTC

I have this image of the wheel being like the Tardis, and randomly appearing throughout time and space.

Reply

 **infinitemorning**
August 5 2009, 00:33:32 UTC

Great. I am going to have nightmares about JonMon traveling freely through time and space in his magic freaking pretentious-ass TARDIS for WEEKS now.

Reply

 **bluesauce**
August 5 2009, 01:14:43 UTC

I figured it was more like the Weeping Angels. You look, he's still. Turn away, he moves close to sniff your hair, touch you inappropriately, and invade your personal space.

Reply

 **infinitemorning**
August 5 2009, 03:31:01 UTC

Stop it stop it NOT HELPING STOP IT NOW

Reply

 **bluesauce**
August 5 2009, 06:15:18 UTC

Exhibit 20

davis_square: So 

Feel the terror.



Reply


**ᴏ sapphire_altair**
August 5 2009, 07:11:15 UTC

OMG Whyyyyyyyyyyyyyyy?

I hate you a little, Drew. :)
Reply


**ᴏ bluesauce**
August 5 2009, 07:21:23 UTC

Why? For the only reason that matters, Hilarity. :D
Reply


**ᴏ sapphire_altair**
August 5 2009, 07:24:00 UTC

I already have trouble sleeping, and now I will have that image giving me nightmares.
Reply


**ᴏ laura47**
August 6 2009, 04:15:39 UTC

NONONONONONONONONONONOOOOOOOO!

AAHHHHH
Reply


**ᴏ bluesauce**
August 6 2009, 04:56:55 UTC

I love the smell of burning innocence in the evening. :)
Reply