# EXHIBIT 2

Notice of Voluntary Dismissal
With Prejudice

*Monsarrat v. Filcman, et al.*

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                                      SUPERIOR COURT
                                                    CIVIL ACTION NO.: 2013-0399-C

JONATHAN GRAVES MONSERRAT          )
                                   )
        Plaintiff,                 )
                                   )
vs.                                )
                                   )
DEB FILCMAN, RON NEWMAN, and       )
JOHN AND JANE DOES 1-100, presently)
unknown individuals,               )
                                   )
        Defendants.                )
                                   )

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to the provisions of Mass.R.Civ.P. 41(a)(1)(i), the Plaintiff, Jonathan Graves Monsarrat, in the above-captioned matter, hereby files and gives notice of dismissal, with prejudice and without costs to either party, as to Deb Filcman, Ron Newman, the Doe Defendant identified as Doe Defendant "srakkt" in paragraph 51 of the Amended Complaint, whose real name is Richard James Scheffler of Somerville, Massachusetts, and John and Jane Does 1-99, as defendants in the Amended Complaint.

Respectfully submitted,
JONATHAN GRAVES MONSERRAT
By his attorneys

_/s/ David M. Click_

David M. Click, BBO #677043
Denner Pellegrino, LLP
4 Longfellow Place, 35th Floor
Boston, MA 02114
(617) 227-2800

Dated: June 6, 2013

## CERTIFICATE OF SERVICE

I, David M. Click, Esquire, counsel for the Plaintiff, hereby certify that I have this 6th day of June served a copy of the foregoing document by first class mail postage prepaid, directed to the following counsel:

Jay M. Wolman
Raymond Law Group LLC
Park Plaza Executive Centre
20 Park Plaza, 4th Floor
Boston, MA 02116

Daniel G. Booth
Booth Sweet LLP
32 R Essex Street #1A
Cambridge, MA 02139

And by Electronic Mail to:

Zack Kleinsasser
Greenberg Traurig, LLP
One International Place
Boston, MA 02110

_/s/ David M. Click_
David M. Click