# **EXHIBIT 3**

The Admin Zone

Forum Posts





the ADMIN ZONE

Forums Articles Post Ratings Reviews Showcase Blogs Resources Log in Register

Featured Threads Unanswered Threads Recent Posts

Forums > The Software Zone > **Blogs, Wikis, and other CMP's**

# I may just have to face up to the fact Encyclopedia Dramatica has won!

Discussion in 'Blogs, Wikis, and other CMP's' started by Melvin Raeynes, Dec 5, 2013.

Previous Thread Next Thread

Melvin Raeynes
Aspirant
14 3 +2

Yeah. The losers on there aren't going to delete my article at all. They are just too ignorant for that.

This is the article.

http://encyclopediadramatica.es/Grace_Saunders

I cannot get in touch with their host. CloudFlare obscures their hosting details, but they are not their actual host. Unless they cooperate and tell me who the true host is, I cannot make a complaint. I've already sent the abuse reports, but they don't respond or they just make you go in circles, getting NOWHERE!

All they do is troll me by saying 'Peter Anderson's penis doesn't work' (after I told them about my sex life) and that's just stupid. Although I'd expect nothing less from some heroin addicted hacker people. Zaiger does all the cyber harassment. NKO is another one. He was Lord Tony before, but has been using his NKO account for much of 2013.

This Zaiger guy claims he isn't active on ED anymore. At least according to a message I received. Yet I know he edits on the site as Mantequilla and keeps responding to my emails with remarks about my autism, which is rude. He just stopped using his Zaiger account completely in an attempt to hide himself, because what ED does is illegal. All the info on this blog in the link underneath this paragraph points to him, also, being the person behind the current versions of ED. He is a criminal who you can read up on at ripoffreport.com as well. There's loads of stuff about him there. This is the blog that Daniel Brandt authored on those responsible for ED and LulzSec.

http://josephevers.blogspot.com/

Melvin Raeynes, Dec 5, 2013 #1

Paranoid x 1 List

Shawn G
Tazmanian Addict
20,336 637 +303

ED is nothing but a troll site. The best way to deal with them is to ignore them. If you keep responding and trying to fight them, they will gain fuel to continue to 'mess with your head'. Ignore them and keep ignoring them and they will lose interest eventually.

Shawn G, Dec 7, 2013 #2

Paranoid x 1 List

**Melvin Raeynes**
Aspirant

💬 14   🏆 3   ⭐ +2

Yeah. I reckon that's all I can do now because I last got the page removed in 2010. Even that guy on the blog doesn't help me anymore. He or she rarely updates it and acts cranky. CloudFlare never respond and when I asked YouTube to take down a mirrored video last night, they didn't comply. But oh well. What sad lives these people live.

Melvin Raeynes, Dec 9, 2013     #3

Paranoid x 1   List



**Shawn G**
Tazmanian Addict

💬 20,336   🏆 637   ⭐ +303

You can always resort of getting a lawyer if you have the money to spend. However, it will likely take a lot of money.

Better alternative is to ignore them.

Unless you can find out where they live (*sinister laugh*) then you could *visit* them

Shawn G, Dec 9, 2013     #4

Paranoid x 1   List



**Melvin Raeynes**
Aspirant

💬 14   🏆 3   ⭐ +2

And therein lies one of the issues - money. I don't know where they live at all and even if I did, they would likely be too far away for me to deal with them. That, plus they're at least smart enough not to put their real info online. That's where CloudFlare comes in handy for them. But keep in mind, you don't really want to snoop down to their level by carrying out retaliatory attacks on them that could potentially get you into bother with the law yourself.

Anyway, I just thought I'd let you know that when you link to their site, they can actually see any post you make through a referral. That, plus they can Google your names if you keep using the same ones over and over which makes it simple to be monitored. At this junction, ignoring them is all I can do since CloudFlare most likely know what they're up to and therefore still get their hosting fees paid for, so they just are refusing to cooperate.

Zaiger had a point. By having a Sperg about this, that's feeding the trolls. I'm betting loads of people got their articles bumped up the ranks because they got too uptight about things and this allowed ED to be aware of their victim's emotional state, further baiting the victims to respond and complain about it even more, thus unintentionally promoting their pages and this all the while is boosting the egos of those responsible for the harassment. There's a perfectly GOOD REASON why you shouldn't be feeding the trolls.

It's disappointing though that I worked very hard for years being active on many different forums, trying to gain popularity from it all and whatnot, but I didn't really get any credit for a lot of it, then these people come out of the blue and just **** on you years later. But what can you do, eh?

Melvin Raeynes, Dec 9, 2013     #5

Paranoid x 1   List

**Shawn G**
Tazmanian Addict

💬 20,336   🏆 637   ⭐ +303

If I found out where an internet stalker lived, I wouldn't attack them. If possible though, I'd show up at their house, knock on the door and introduce myself. Right before I departed, I'd say something like "Now I know where you sleep at night", LOL. That isn't a threat under any law... its a statement.     I think it would be enough to get them to avoid you at all costs as well, haha.

But in reality, yes, you're better off completely ignoring them altogether

Shawn G, Dec 10, 2013     #6





2,344 432 +160

This is good material for a comparison, actually.
It is easy to judge those we feel detached from.

> *Shawn Gossman said:*
>
> *I'd be one of those reclusive celebrity types*

And still the public opinions would hound you

Akela, Jan 11, 2014 #11

Paranoid x 1 List

Previous Thread Next Thread

**Hawking's Bold Prediction**

Stephen Hawking Predic
Event in the History of Ci

The Motley Fool

Write your reply...

Verification:
If TAZ started in 2004, how many years will it have been online in 2016?

Please answer the question al

Post Reply

Forums > The Software Zone > **Blogs, Wikis, and other CMP's**

## About us

The Admin Zone is an online Community of Bulletin Board owners and administrators dedicated to the exchange of ideas and information relating to all aspects of managing Message Board Communities.

## Site Links

- **New Posts**
- **Recent Activity**
- **Classifieds - Buy/Sell/Trade**
- **Account Help Desk**

## Useful Links

- **Register Now!**
- **Showcase**
- **Trending Topics**
- **Interviews**

## Big Boards!

Are you the admin of a big board? Are you managing crowds of people, piles of posts and juggling revenue streams?

Come join the Big Board Zone.

**Details**

**Become a sponsor today!**

SAVE 20%

DontPayFull.com JOIN OUR COMMUNITY!

XenForo Themes & Add-ons Use Coupon: ADMINZONE for 20% OFF

threadloom The best forum search for vB and XF FREE YEAR Use code: TAZVIP

TAZ

About Us Contact Us Help Home Terms and Rules

Parts of this site powered by XenForo add-ons from DragonByte™ ©2011-2018 DragonByte Technologies Ltd. (Details)
Search Engine by Digital Point
Advertising Positioning by Digital Point
Forum software by XenForo™ ©2010-2017 XenForo Ltd. | XenForo style by Pixel Exit
Quality Add-Ons by WMTech © 2018 WebMachine Technologies, Inc.
Some XenForo functionality crafted by ThemeHouse.

I may just have to face up to the fact Encyclopedia Dramatica has won | The Admin Zone  
Case 1:17-cv-10356-PBS    Document 107-4    Filed 02/13/18    Page 6 of 6

2/13/18, 4:08 PM

Mobile Suite by TMA

