# **EXHIBIT 4**

@Zaiger Tweet:

"I really want a '¡Mantequilla!' shirt. cc: @southpark"

