# **<u>EXHIBIT 6</u>**

Incident Report
Dated January 29, 2010



**SOMERVILLE POLICE DEPARTMENT**
SOMERVILLE, MA

# Incident Report #10003036
Report Entered: 01/29/2010 21:16:09

---

**Not For Public Release**  Date/Time Printed: **Fri Jan 29 22:36:50 EST 2010 By: b240**

Case Title                          Location                                Apt/Unit #
                                    **197 SUMMER ST**

Date/Time Reported                  Date/Time Occurred
**01/29/2010 20:04:00**             to

Incident Type/Offense
**NOISY AND DISORDERLY HOUSE, KEEP C272 S53 (272/53/I )**

Reporting Officer                   Approving Officer
**THERMIDOR J (240)**               ( )

## Offenses

| Charge # | Charge Code | Charge | NIBRS Code | NIBRS Offense |
|---|---|---|---|---|
| 1 | 272/53/I | NOISY AND DISORDERLY HOUSE, KEEP C272 S53 | 90C | DISORDERLY CONDUCT |
| 2 | 138/34 | LIQUOR TO PERSON UNDER 21, SELL,DELIVER C138 S34 | 90G | LIQUOR LAW VIOLATIONS |

## Persons

| Role | Name | Sex | Race | Age | DOB | Home Phone | Address |
|---|---|---|---|---|---|---|---|
| VICTIM | Redacted | FEMALE | WHITE | 19 | 06/12/1990 | | Redacted |

## Offenders

| Status | Name | Sex | Race | Age | DOB | Home Phone | Address |
|---|---|---|---|---|---|---|---|
| DEFENDANT | MONSARRAT, JONATHAN | MALE | WHITE | 41 | 10/14/1968 | | 197 SUMMER ST SOM, MA |

## Vehicles

## Property

| Class | Description | Make | Model | Serial # | Value |
|---|---|---|---|---|---|

## Narrative

On Janunary 29, 2010  I, Ptl J. Thermidor was on duty and was assigned to marked  unit 182 along with Off.  A. Manzelli.  At approximately 20:04 hrs. we were dispatched to 197 Summer st for a loud party possibly involving some under age drinking. The dispatcher informed us that the caller who only identified himself as" Ed" stated that he lived at that location. He stated he came home

and found a large group of teenagers drinking in his apartment. We made our way to 197 summer st and upon arrival, we observed a group of three teenagers entering the front door on the first floor. The music was extremely loud, and there were some broken bottles of beer next to the front door. We made our way inside the apartment and instructed the disc jockey to stop the music. The apartment had two floors and was full of what appeared to be teenagers attempting to hide beer and other alcoholic beverages. I observed at least twenty five to thirty teenagers in the apartment, there were also people on the stairs leading up to the second floor. I summoned for an adult and there was no response from anyone. A few minutes later, a man who was later identified as Jonathan Monsarrat came down from the second floor. Mr. Monsarrat identified himself as the host of the party.

I instructed Mr. Monsarrat to inform his guests that the party was ending and that they had to leave. He became argumentative by not following my instructions. He assured me that there was no alcohol at the party. I informed him that I observed teenagers with beer bottles and he stated that "that was not the case". I ask some of the attendants for identification and they could not produce any stating "we're in high school, we don't have ID. At that time, I heard a female screaming from the second floor. I made my way through the crowd to the second floor. The room was a large kitchen with alcohol bottles everywhere in open view clearly accessible to all. There was a female on the floor crying hysterically, screaming at times. She had an odor of an alcoholic beverage on her breath and appeared intoxicated. She was in company of two other youths who stated that she was "depressed" and that she had been "drinking". She was later identified as a Ms. [Redacted] (DOB 6/12/1990). Ms. [Redacted] was transported to Cambridge Hospital via Cataldo ambulance for an evaluation. At that time, Off. M. Faria, H. Diaz, and W. Collete all responded to the scene and assisted with clearing the apartment. I placed Mr. Monsarrat in custody and had him transported to Headquarters via unit #200 operated by Off. M. Difava. He was later booked by Lt. Stanford. A small amount of marijuana was discovered in open view on a table and was confiscated for destruction. Photos of the kitchen and the alcohol was taken by Sgt. Rymill as evidence.