# EXHIBIT 7

"Encyclopedia Dramatic Legal Defense Fund"

WeSearchr.com

WeSearchr ßeta (https://www.wesearchr.com)

POST A BOUNTY (HTTPS://WWW.WESEARCHR.COM/BOUNTIES/CREATE)
DISCOVER (HTTPS://WWW.WESEARCHR.COM/DISCOVER)
ABOUT (HTTPS://WWW.WESEARCHR.COM/ABOUT)
FAQ (HTTPS://WWW.WESEARCHR.COM/FAQ)
DONATE (HTTPS://WWW.WESEARCHR.COM/CONTRIBUTE)
(/search)

POST A BOUNTY (HTTPS://WWW.WESEARCHR.COM/BOUNTIES/CREATE)
DISCOVER (HTTPS://WWW.WESEARCHR.COM/DISCOVER)
DONATE (HTTPS://WWW.WESEARCHR.COM/CONTRIBUTE)

# Encyclopedia Dramatica Legal Defense Fund



 (https://87c766b4e1413f52da7c-9acf59ca98a7221d110760a9902153be.ssl.cf5.rackcdn.com/images/1113/1200/a0237092b0b4669c88b9b2e5af1b63da.jpg)



**$8,865**
raised

A Proposed Bounty needs to reach the Minimum amount of money to become a Wanted Bounty. If you want this solved, help make it happen!

**$50,000**
minimum required

**18%**
goal met

**176**
contributors

**44**
days ago

(https://plus.google.com/share?url=https://www.wesearchr.com/bounties/encyclopedia-dramatica-legal-defense-fund) (https://twitter.com/share?url=https://www.wesearchr.com/bounties/encyclopedia-dramatica-legal-defense-fund) (https://www.facebook.com/sharer/sharer.php?u=https://www.wesearchr.com/bounties/encyclopedia-dramatica-legal-defense-fund)

Initiated By



Wesearchr Staff (https://www.wesearchr.com/users/wesearchr)

Notorious copyright troll, Jonathan Monsarrat, has filed suit against Encylopedia Dramatica .SE in a petty act of revenge against a .com era page.

**FUND BOUNTY**

**SUBMIT RESEARCH**

---

ABOUT                                                                    CONTRIBUTORS

### Goal of Bounty

Jonathan Monsarrat got arrested for hosting a party where underage teenage kids were drinking alcohol. (http://archive.boston.com/yourtown/news/somerville/2010/02/somerville_artist_arrested_for.html) Since then, Monsarrat has tried to shut down anyone who talks about the case. Encyclopedia

Dramatica, reported on the arrest. Monsarrat then decided to get creative - he is trying to shut down Encyclopedia Dramatica by claiming that he owns the copyright to some forum posts and to a photo of him, that he didn't take, where someone photoshopped a picture of PedoBear next to him.

If Monsarrat can shut down Encyclopedia Dramatica, any rich asshole with an axe to grind can shut any one of us down for reporting the facts and mocking someone. A grown man throwing a party where underage kids are drinking? Getting a little fun poked at him is probably a fair penalty for that.

Encyclopedia Dramatica is a piece of internet history, but it doesn't run on much of a budget. If Monsarrat succeeds, Encyclopedia Dramatica will need to shut down.

We have retained a First Amendment Attorney to defend us. He's doing it at a discount, but we can't ask him to work for free.

Stop censorship. Please donate and help us keep the lulz coming. Protect the First Amendment.

## Why

To preserve a large piece of internet history, for the many years that Encyclopedia Dramatica has been around, it is crucial that a defense with enough fortitude is brought to court. Without the resources to wage a legal battle with such a wealthy person, Encyclopedia Dramatica may be unable to continue operating.

In the media:

The Ralph Retort: Encyclopedia Dramatica In Danger After $750K Lawsuit Brought by Copyright Cretin (http://theralphretort.com/encyclopedia-dramatica-in-danger-of-closing-after-750k-lawsuit-5024017/)

## Requirements

Enough donations of any dollar amount to pay the legal fees required to undergo the judicial process of winning the suit filed against Encyclopedia Dramatica.

## Contributors

This bounty has no contributions yet.

#FREE-SPEECH (HTTPS://WWW.WESEARCHR.COM/TAGS/FREE-SPEECH)

#FIRST-AMENDMENT (HTTPS://WWW.WESEARCHR.COM/TAGS/FIRST-AMENDMENT)

#LEGAL-DEFENSE (HTTPS://WWW.WESEARCHR.COM/TAGS/LEGAL-DEFENSE)

#ENCYCLOPEDIA-DRAMATICA (HTTPS://WWW.WESEARCHR.COM/TAGS/ENCYCLOPEDIA-DRAMATICA)

#LULZ (HTTPS://WWW.WESEARCHR.COM/TAGS/LULZ)

#INTERNET-TROLLING (HTTPS://WWW.WESEARCHR.COM/TAGS/INTERNET-TROLLING)

#KEK-BLESS-US (HTTPS://WWW.WESEARCHR.COM/TAGS/KEK-BLESS-US)

#IN-LULZ-WE-TRUST (HTTPS://WWW.WESEARCHR.COM/TAGS/IN-LULZ-WE-TRUST)

#TROLLING (HTTPS://WWW.WESEARCHR.COM/TAGS/TROLLING)

#MEME-MAGIC (HTTPS://WWW.WESEARCHR.COM/TAGS/MEME-MAGIC)

#ENCYCLOPEDIA (HTTPS://WWW.WESEARCHR.COM/TAGS/ENCYCLOPEDIA)

LIKE

THE POSTING, PUBLICATION OR OTHER DISSEMINATION OF ANY PARTICULAR BOUNTY IS NOT TO BE CONSTRUED AS A STATEMENT OF FACT, EITHER EXPRESS OR IMPLIED. IT IS TO BE UNDERSTOOD SOLELY AS A NEWSGATHERING QUESTION THAT MAY OR MAY NOT BE ANSWERABLE AND WESEARCHR MAKES NO FACTUAL ASSERTION WITH REGARD TO THE CONTENT OF THE BOUNTY.

**Featured Comment**



Encyclopedia Dramatica · 9 months ago
Thank you to everyone who has and will donate. This means a lot to us.
24    · Share ›

290 Comments     WeSearchr                                                                                 1  Login

♡ Recommend  8       Share                                                              Sort by Best





Join the discussion…

LOG IN WITH          OR SIGN UP WITH DISQUS ?

Name

 **Mishera** • 7 months ago

I will be donating once my paycheck drops.

Here is why ED needs to be saved:

1. It is satire, even if we are pointing and laughing at a person's shame. It is like laughing at someone who has been pantsed. "Oh no you make me look bad and hurt my widdle fee fees cause I decided to post a video online of me actively humping a rainbow dash plushie." - Basically if you dont want to be ridiculed, dont do shit that gets you ridiculed.

38 ∧ | ∨ • Reply • Share ›

 **Jason Simmon** → Mishera • 5 months ago
Ed needs to die. Period. End of story.
6 ∧ | ∨ • Reply • Share ›

 **lae** → Jason Simmon • 4 months ago
Bro Jason that face says you're still a kid, you shouldn't even be looking at websites like this.
smh where are the parents, I bet they would like us more
2 ∧ | ∨ • Reply • Share ›

 **billwaggoner** → lae • a month ago
Lae at least he uses a picture. You look at you robot chicken.
∧ | ∨ • Reply • Share ›

 **lae** → billwaggoner • a month ago
Not all of us can get faceless jobs spamming penis enlargement adds in the inbox.
∧ | ∨ • Reply • Share ›

 **billwaggoner** → lae • a month ago
zzzzz nice Avatar. Let's your real picture on here.
∧ | ∨ • Reply • Share ›

 **lae** → billwaggoner • a month ago
If you had a real job, you would understand anonymity.
∧ | ∨ • Reply • Share ›

 **billwaggoner** → lae • a month ago
You are Pathetic you know this already, I am a business owner. That's the difference between you and myself along with why you hate.
You should cheer me not hate me, I am all about freedom of speech and am a champion of it.
I have courage, you work at a best buy. That's your choice... be a chicken slave.
∧ | ∨ • Reply • Share ›

 **lae** → billwaggoner • a month ago
Pretty sure anyone can run an email spamming business, 0 skill involved my dude.
∧ | ∨ • Reply • Share ›

 **Big Boss** → Jason Simmon • 5 months ago


leave edward alone
2 • Reply • Share ›


**Matthew Moulton** → Jason Simmon • 5 months ago
Hey Jason... when you die... no one is going to care... ever. If ED dies... millions will care. That's how you measure up in life Jason... your existence is so superficial, so transient, so inconsequential that a WEBSITE full of satirical articles holds more universal importance than your entire fumbling little existence... think about that. Really, just... really think it over.
6 • Reply • Share ›


**Jason Simmon** → Matthew Moulton • 5 months ago
Like I care what an asshole like you thinks? I don't.
4 • Reply • Share ›


**Matthew Moulton** → Jason Simmon • 5 months ago
Probably because you're a sociopath... I'm just sayin.
5 • Reply • Share ›


**Lou Stan** → Matthew Moulton • 4 months ago
Kek thats kinda funny, you accusing someone else of being a sociopath given that triggered comment you posted just before this one.
3 • Reply • Share ›


**Matthew Moulton** → Lou Stan • 4 months ago
Sorry kiddo, but I didn't create reality, I just verbally bitch slapped you with it. On a personal level I actually feel quite sorry for you kids... I mean I can't even begin to imagine how large that stick up your ass must be, or just how horribly uncomfortable it is to carry it around with you all day long.

I can't empathize of course, not having experienced such "stick up the ass" syndrome myself, but I can sympathize with your terrible plight.
4 • Reply • Share ›


**Lou Stan** → Matthew Moulton • 4 months ago
"verbally bitched slapped" oh fucking kek check out mr internet tough guy on here. The cringe is real. So you're just confirming you're a triggered sociopath? Good to know. Oh and you certainly sound like you have a stick up your ass which would explain your verbal diarrhoea. Stay mad mr butthurt kek.
2 • Reply • Share ›


**guildrcn** → Lou Stan • 3 months ago
You do realize a person like Matthew Moulton isn't going to back down if it means he gets attention like this. You are just encouraging him to try to win. If you just ignore him, likely, he will forget what is going on and leave.
• Reply • Share ›


**Nuke Rusich** → Jason Simmon • 3 months ago
You care so much you believe "Ed needs to die. Period. End of story." even though you can't even spell "ED" correctly.
1 • Reply • Share ›


**John Hardin** → Jason Simmon • 3 months ago
The fact that you replied shows you care what they say or think.
• Reply • Share ›

**BleedingGums** → Jason Simmon • 5 months ago


Why aren't you dead yet pansy?
∧ | ∨ • Reply • Share ›


**billwaggoner** → Jason Simmon • a month ago
No doubt about that Jason. That wish will be granted these chumps think they can just get away with anything NOPE not for long lots of LULZ.
∧ | ∨ • Reply • Share ›


**billwaggoner** → Mishera • a month ago
Mishera how old are you. Probably 13?
∧ | ∨ • Reply • Share ›


**John Steele** → Mishera • 4 months ago
By your logic, ED should follow their (your) own advise. Don't want shit to happen to you than dont start it. If you don't need than than you are forced to accept your fate you chose for yourselves.
∧ | ∨ • Reply • Share ›


**Alex Ries** → Mishera • 5 months ago
Alt right bullies need more money? You already have the presidency. Ask papa to bail you out
∧ | ∨ • Reply • Share ›


**Matthew Moulton** → Alex Ries • 5 months ago
Bullying?! OH NOES! Show us on the dolly where the big bad "alt right" (whatever the fuck that even is) touched you!
1 ∧ | ∨ • Reply • Share ›


**Oni Deus** • 9 months ago
YOU CAN TOUCH OUR BALLS AT THE AIRPORT BUT YOU WILL NEVER TAKE OUR INTERNETS!
25 ∧ | ∨ • Reply • Share ›


**It's No Use** → Oni Deus • 2 months ago
You're acting like ED is some sort of net neutrality. Calm the hell down.
∧ | ∨ • Reply • Share ›


**John Steele** → Oni Deus • 4 months ago
The easiest way to deal with you is to keep stressing you out and pissing you off to degrade your health. It's so easy, you get riled up over every single comment so the way I see it, if you are harassed enough, you will develop complications and or pass away from stress induced lifestyle. All you have to do to preserve your health is walk away. I'm not mad at all buddy, in fact I think this is halirious how angry you all are getting. So let's keep pissing you guys off since you contribute nothing to society except another body for people tired of these wannabe tough guys to just take their shit out on.

So if anyone has had a bad day, don't vent to your wife, kids or family. These guys like drama so just vent your day about work to them and clutter this place up. Let's shit here since ED shits everywhere else leaving us very little in the way of clean ground to stand on. So let this be the new garbage dumping site.

Sound like fun my special friend? If you didn't want to be victimized, you shouldn't be throwing stones at others when you have a glass house. By the way since I'm sure your anpart of the #triggered loser generation. So I got you a safety pin and also some diapers for you to put it on. Also there's a care package for you full of midol, Tampax (the fat ones), aromatherapy candles and all that shit for sensitive generations like you. And if you think I care, I don't. I lost my "feelings" when I served my country. So I don't give a shit how anyone feels. I only care about facts, and your upset otherwise you wouldn't be responding.
∧ | ∨ • Reply • Share ›


**Matthew Moulton** → John Steele • 3 months ago
Words, words, words, words... I'm sorry, but you're just... not a very good writer. Your shits all retarded man,

nobody wants to read it.
• Reply • Share ›


**Ansar al-kek** • 9 months ago
Hilter did nothing wrong
13 • Reply • Share ›


**Jason Simmon** → Ansar al-kek • 5 months ago
Yes he did do wrong. He was nothing more than a murderer.
1 • Reply • Share ›


**Big Boss** → Jason Simmon • 5 months ago
he did one thing wrong
1 • Reply • Share ›


**Big Boss** → Big Boss • 5 months ago
he didn't finish the job
1 • Reply • Share ›


**Alex Ries** → Jason Simmon • 5 months ago
These guys are just right wing edgelords.
1 • Reply • Share ›


**Herschel Goldstein** → Jason Simmon • a month ago
My grandfather was Gassed 6 times in 3 different Camps What you said was horrible
• Reply • Share ›


**8chAnonymous** → Ansar al-kek • 7 months ago
Apparently he did if there's still jews trying to sue ED because money/butthurt
1 • Reply • Share ›


**Alex Ries** → 8chAnonymous • 5 months ago
You alt right fascists deserve to fail
1 • Reply • Share ›


**KaijuDino 1235** → Alex Ries • 5 months ago
You communist antifa dogs deserve to get marked as terrorists.
3 • Reply • Share ›


**Iae** → Alex Ries • 5 months ago
Some of us are liberals you idiot.
If you don't like the articles, edit out the bias yourself...that's the point.
I literally wrote the scott pruitt article and it is still up https://encyclopediadramati…
1 • Reply • Share ›


**Encyclopedia Dramatica** • 9 months ago
🏆 Featured by WeSearchr
Thank you to everyone who has and will donate. This means a lot to us.
24 • Reply • Share ›


**Fried Chicken** → Encyclopedia Dramatica • 8 months ago
Stop resisting, ED is dead

see more

5 ∧ | ∨ • Reply • Share ›


**Brian Martin** → Encyclopedia Dramatica • 8 months ago
Kill yourselves. You deserve to be sued. In fact, I should jump on this train and sue the fuck outta you too.
9 ∧ | ∨ • Reply • Share ›


**Canon Fodder{Matthew 21:12}** → Brian Martin • 8 months ago
wew lad.
23 ∧ | ∨ • Reply • Share ›


**Captain Pipsqueak** → Brian Martin • 8 months ago
Ooh, lookit the edgelord!
17 ∧ | ∨ • Reply • Share ›


**Jeremy Cóllins** → Brian Martin • 8 months ago
You don't have money for a lawyer, fgt. You're in debt from that lawsuit YOU lost.
8 ∧ | ∨ • Reply • Share ›


**Brian Martin** → Jeremy Cóllins • 7 months ago
LMAO I wouldn't say that. Im well taken care of its the Plaintiffs who will lose the appeal who will be in debt pal. And thats a promise bitch boy. You wait and see ;)
1 ∧ | ∨ • Reply • Share ›


**billwaggoner** → Jeremy Cóllins • 5 months ago
Bladdy Blah... talk is cheap dip shit.
∧ | ∨ • Reply • Share ›


**John Hardin** → Brian Martin • 8 months ago
Go cut yourself emo
3 ∧ | ∨ • Reply • Share ›


**Oni Deus** → Brian Martin • 8 months ago
Awww, did somebody hurt your fee-fees, Martin? I bet they did! :D
6 ∧ | ∨ • Reply • Share ›


**Brian Martin** → Oni Deus • 8 months ago

> Bro nobody gives a fuck about ED thats a has been site and nothing but lies and satire aimed at giving haters a safe space to talk their shit. Ya fuckin moron.
>
> 3 ▲ | ▼ • Reply • Share ›

**Load more comments**

---

**ALSO ON WESEARCHR**

**Identify This Protester Suspected Of Kicking An Innocent Unconscious Man**
5 comments • a year ago

> **RainbowStew-N-A-SilverSpoon** — Shadi Banoo? http://www.dailymail.co.uk/...

**AmRen Attendee Ambushed By ANTIFA: Legal and Medical Fund**
24 comments • 6 months ago

> **Rurik** — I was there, and Mister Anonymous has been my friend for several years. Most certainly not a brawler. No White man left behind!

**Jovi Val Medical and Legal Fund**
5 comments • 7 months ago

> **LauraAndRhino** — I'm so glad there is a place for conservatives to help support each other. Thank you Wesearchr for giving us a community to care for each other.

**Jew Goldstein: The Legal Funding**
146 comments • a year ago

> **Tim Steve** — It's disgusting that Kurt Eichenwald, a self-avowed Episcopalian supremacist, would attack Mr. Goldstein in such an Anti-Semitic manner!

✉ Subscribe   🅓 Add Disqus to your site Add Disqus Add   🔒 Privacy

---

ABOUT (HTTPS://WWW.WESEARCHR.COM/ABOUT)   FAQ (HTTPS://WWW.WESEARCHR.COM/FAQ)
DONATE (HTTPS://WWW.WESEARCHR.COM/CONTRIBUTE)   PRIVACY (HTTPS://WWW.WESEARCHR.COM/PRIVACY)
CONTACT US (HTTPS://WWW.WESEARCHR.COM/CONTACT)

TERMS & CONDITIONS (HTTPS://WWW.WESEARCHR.COM/TERMS)

We have not been served any secret court orders and are not under any gag orders.

© 2017 WeSearchr

https://www.wesearchr.com/bounties/encyclopedia-dramatica-legal-defense-fund    Page 12 of 12