# EXHIBIT 9

"Somerville Police bust Question Wheel creator's underage drinking party"

Wicked Local, Somerville



archive.today
webpage capture

Saved from http://www.wickedlocal.com/somerville/news/x1878079036/Somerville-Police-bust-underage-d search 6 May 2013 01:21:59 UTC
history
Redirected from http://www.wickedlocal.com/somerville/news/x1878079036/Somerville-Police-bust-underage-d
history
All snapshots from host www.wickedlocal.com

Webpage Screenshot share download .zip report error or abuse

OUR 30-YEAR FIXED RATE MORTGAGE 3.625% APR* NO CLOSING COSTS NO POINTS Apply now > *Click for details
Blue Hills Bank Member FDIC Equal Housing Lender Member DIF

# Somerville Police bust Question Wheel creator's underage drinking party

By Auditi Guha
Wicked Local Somerville

Posted Feb 04, 2010 @ 07:00 AM
Last update Feb 04, 2010 @ 04:58 PM

Recommend Sign Up to see what your friends recommend.

Somerville —

Police arrested a Somerville resident who had a large party in his Summer Street house with teenagers drinking on Jan. 29, according to a police report.

Police responded to 197 Summer St. at 8:04 p.m. for a report of a loud party, possibly involving underage drinking. On arrival, they allegedly found a group of three teenagers entering through the front door. Officers noted the music was extremely loud, and there were some broken bottles of beer by the front door, according to the report.

Police made their way inside the apartment and asked the DJ to stop the music. The apartment had two floors and was packed with "what appeared to be teenagers attempting to hide beer and other alcoholic beverages," according to the report. Patrolman John Thermidor reported at least 25-30 teenagers in the apartment, as well as people on the stairs leading up to the second floor. He asked to talk to an adult, but there was no response from anyone.

A few minutes later, a man came down from the second floor and identified himself as

On the Web
Question Wheel gets one last spin in Somerville

Business News
Fed Reserve of New York: Consumer Debt Down $1.4T
Can You Give Up Your Internet, Smartphone for One Week?
5 Things Grads Can Do to Stand Out and Get a Job

Suggested Stories
Somerville police arrest log April 22 -- 28
Somerville police arrest screaming man
The Beer Nut: Have a Foolproof experience

From the Web
Dom's stolen laptop is in Iran, and he's spying... The Daily Dot

OUR 30-YEAR FIXED RATE MORTGAGE 3.625% APR* NO CLOSING COSTS NO POINTS Apply now > Blue Hills Bank *Click for details. Member FDIC Equal Housing Lender Member DIF

Events Calendar
Mon Tue Wed Thu Fri Sat Sun
5/6 2:20 PM PULSERA PROJECT SALE
5/6 6:30 PM The Boston Youth Symphony
5/6 9:30 AM Sun Life Financial Accepting Grant
5/6 5:30 PM New England Chamber Players
More Events » Add Events »
All Movies Dining Tickets
Events by eviesays.com

Blue Hills Bank OUR 30-YEAR FIXED RATE MORTGAGE 3.625% APR* • NO CLOSING COSTS • NO POINTS With rates this low, there's never been a better time. Apply now > *Click for details Member FDIC Member DIF Equal Housing Lender

**Katie Couric's Dead Husband Making 2am Phone Calls** Newser

*Jets cut two after arrests for possession of...* SI.com

Sponsored content    What's this?

Jonathan Monsarrat, 41, the resident and host of the party, according to the report. Thermidor told him to inform his guests that the party was over and they have to leave, but Monsarrat allegedly became argumentative and refused to comply. He assured Thermidor that there was no alcohol at the party. According to the report, the officer informed him that he had seen teenagers with beer bottles.

Police noted that the party was loud and Monsarrat was "clearly unable to control his guests" and some refused to leave. Thermidor asked some of the partygoers for identification, but they reportedly could not produce any, explaining they were in high school and didn't have ID.

Officers heard a female screaming from the second floor. Thermidor made his way through the crowd to a large kitchen with "alcohol bottles everywhere in open view, clearly accessible to all." There was a female on the floor, crying hysterically and screaming. The officer noted an odor of an alcohol on her breath and found she appeared intoxicated. She was in company of two other youths who reportedly stated that she was "depressed" and that she had been "drinking."

She was later identified and taken to Cambridge Hospital for an evaluation.

Somerville officers responded to help clear the party out. Monsarrat was arrested and charged with keeping a noisy and disorderly house and serving alcohol to a person under 21.

Along with the alcohol found, a small amount of marijuana was also discovered in open view on a table and was confiscated, according to a report.

**Sponsored Links**

**The New "Skinny" Fruit**
How This Strange 62-Cent African Fruit Is Making Americans Skinny.
www.HLifestyles.com

**Buy a link here**

## Popular Videos

    

**Did Tsarnaev's widow know about Boston bombing plot?** | **Firefighters battle raging California wildfire** | **Limo fire in SF Bay Area leaves 5 dead** | **Orb Wins 139th Kentucky Derby** | **Raw: Tornado Cuts Path Across Italy** | **Historic fresco discovered in Vatican City**

**Comments (20)**

**rnewman_57** *3 years ago*   Report Abuse
Audi, does this article ring a bell for you?

http://www.wickedlocal.com/somerville/fun/entertainment/arts/x845557721/Wheel-Answers-gets-one-last-spin-this-weekend

**M_W** *3 years ago*   Report Abuse
http://media.www.hlrecord.org/media/storage/paper609/news/2003/04/17/News/Dating.Service.Creator.Accused.Of.Harassing.Students-419629.shtml

**onthehill** *3 years ago*   Report Abuse
what a weirdo....he's 41 and partying with kids that aren't even old enough to drink.

**gregtowne** *3 years ago*   Report Abuse
wow! who knew? that guy should be behind bars. skeevy bastard.

**easternsteward** *3 years ago*   Report Abuse
At a party that size, there's no way to control who brings what.

Possession and consumption of alcohol is not illegal for people under 21 in Massachusetts. (Buying it with a false ID, or an overage person providing it, is illegal.)

So unless we want to ban spending time with someone more than a certain age difference from you, nothing illegal happened, except maybe a noise violation.

**erinyes** *3 years ago*   Report Abuse
Having been to parties at Monsarrat's house (before I realized exactly how much of a Bad Idea it was,) I can confirm that he keeps an open bar of sorts for mixing, and that at least at the three different parties I went to, there were people from seventeen to twenty-eight-ish being served. This isn't a single thing - there's a long history of it.

Also, googling JonMon will find anyone with a very informative website on his other failings.

**gregtowne** *3 years ago*   Report Abuse
i can tell easternsteward has enjoyed a party or two at jon mons.

**rstenton** *3 years ago*   Report Abuse
The 'Accused of' article that M_W has posted ended with Monsarrat being cleared of all charges. It turns out that M_W has a personal beef with Monsarrat and has been stalking him with his, and may even have been the original person behind the charges.

**JoySmiley** *3 years ago*   Report Abuse
Far from the first party JonMon has hosted that was like this. There is indeed a large selection of alcohol that he provides for the party, and it is open for everyone in attendance.

He's exceptionally sketchy and I'm GLAD that he finally got comeuppance on some of it.

Yet to see about the other parts.

**MaraJade** *3 years ago*   Report Abuse
I just hope it is realized how many young girls that creep must've taken advantage of by now. I mean these parties are a regular occurrence, yes? Then many drunk underage girls must've been around. And he has a history of going after young girls.... I just... I just hope they do something about that.

**rstenton** *3 years ago*   Report Abuse
That is actually false. There is no such history, and he was completely cleared of the accusation that was made against him in 2003. In fact, it was so transparently fraudulent that it never even became charges.

**ashgirl2010** *3 years ago*   Report Abuse
i can testify that all of this is true. i was an unfortunate victim of the so famously known jon mon, and i know a few others that are victims. he is that bad. i know for a fact that he has slept with underage girls. i cannot say names because alot of us are hiding from him in fear. i hope more will speak up on this. maybe if enough of us do something more serious will be done. johnny thinks himself a dom and collects subs of all ages including his 'longtime girlfriend' from harvard. he forces girls to wear collars under the pretense that it is just a gift. but it really is a sign of ownership. he forces girls to do things including let him take pictures of them and uses them for blackmail later. a man like this is dangerous and i am afraid to walk the streets of southbridge for fear that he may find me again.

**erinyes** *3 years ago*   Report Abuse
@rstenton: Hi Johnny.

@ashgirl: I am horribly sorry that that had happened to you. Johnny uses the marks of the kink culture, but to abusive effect instead of including them in a loving relationship(s). I honestly hope that you go to the prosecutor and give your side to this story. If this becomes

including them in a loving relationship(s). I honestly hope that you go to the prosecutor and give your side to this story. If this becomes publicized enough, no one will be hurt by it again.

**ashgirl2010** *3 years ago*   Report Abuse

@erin. yeah i knew what it was long before he came in contact with me. sadly i was still young. and interstingly enough while staying in boston i met a friend of his very first wife. the woman who turned him onto kink. apparently he is a very sad individual who was suicidal and otherwise a mess before her. she broke it off and he self distructed , he preys on little girls now to make up for his shortcomings, all i can suggest to girls he is after, stand up to him. he does not like being yelled at.

**ashgirl2010** *3 years ago*   Report Abuse

http://community.livejournal.com/davis_square/2101375.html?view=24871551#t24871551
a discussion about this article. its interesting to see how he responds. he never denies sleeping with young women.

**randomguy** *3 years ago*   Report Abuse

i feel really bad for him because the guy DOES have some serious emotional/world-view issues (that I have seen first hand on a number of occasions), but i feel far worse for his victims, of which there are countless (and to be fair, it's not just girls). this guy is classic predator/controller. if i had a dime for every scary jonmon story i've heard (from everyone you can imagine- my close friends, his previous coworkers, complete strangers...) I'd be a very wealthy man.

@rstenton: Hi Johnny. Please get yourself some help.

**ashgirl2010** *3 years ago*   Report Abuse

if i had a dime for every time i didnt say something when i should have i would be a very wealthy woman. jonmon is dangerous.

he sleeps with little girls. i saw him seduce a 13 year old at one of his parties!

he helped the little girl lie to her parents about where she was.

**easternsteward** *3 years ago*   Report Abuse

@gregtowne: nope, sorry. I've never met him, nor been to any of his events.

**AnoniMous** *3 years ago*   Report Abuse

Looks like JonMon is selling all of his worldly possessions on Craigslist....going somewhere?? Maybe Somerville's finest would like to know. http://boston.craigslist.org/search/sss?query=617-899-7794&catAbbreviation=sss&minAsk=min&maxAsk=max

**MaraJade** *3 years ago*   Report Abuse

@ashgirl2010
...You're not alone in that whole... being a victim thing... He's a ****ing creep. I want to find out exactly what he's charged with... It better be everything he deserves...

**Login or register to post a comment:**

### Login

Username: _____
Password: _____

Forgot password    [Login]

### Register

Email: _____
First Name: _____
Last Name: _____

☐ I agree to the terms of use
☐ I am over 13 years of age

NOTE: Your inbox must accept emails from "no-reply@gatehousemedia.com"

[Register]

The New Health Care Is Here ▶ SCHEDULE A SAME-DAY APPOINTMENT TODAY. Carney Hospital A STEWARD FAMILY HOSPITAL

Site Services · Subscribe! · Archives
Market Place · Find Somerville jobs · Homes · Cars · Classifieds
Community Info · Somerville Public Schools · Chamber of Commerce · Somerville Arts Council · Somerville's Resistat Blog
Communities
Sports
Lifestyle

https://archive.is/GsLBH                                                           Page 4 of 5

Somerville Police bust Quessis Wheel creator's underage drinking party - Somerville, Massachusetts - Somerville... 2/13/18, 3:44 PM

Case 1:17-cv-10356-PBS Document 107-10 Filed 02/13/18 Page 6 of 6

Classifieds

Somerville's Resistat Blog

Contact us | Privacy Policy | Terms of Service |

Somerville Journal | 80 Central Street | Somerville, MA 02143

Copyright © 2006-2013 GateHouse Media, Inc. Some Rights Reserved.

Original content available for non-commercial use under a Creative Commons license, except where noted.

Advertiser profiles | Cherrp Local | Somerville Real estate | Find your Wicked Local Town | More Content Now | RadarFrog