# **EXHIBIT 10**

"Will I be arrested? Guess the wheel didn't answer that one."

Somerville Blog

Serving Eastern Massachusetts communities. FIND YOURS



Subscribe to the paper   About Us

# Somerville Blog

## Will I be arrested? Guess the wheel didn't answer that one.

Posted on February 4, 2010 by Deb Filcman
Filed Under Gross!, Police | 16 Comments

wheel



Police busted up a party at a 41-year-old's Summer Street apartment last week. There were an estimated 25-30 teenagers there, with alcohol and marijuana accessible to all the party-goers, according to a police report. Shady, right?

Well, it gets weirder. We didn't recognize the name at first – thanks to some readers for pointing that out – but the host turns out to be none other than the Wheel Question guy, Jonathan Monsarrat.

Didn't take long for Monsarrat to get back to blogging.

### Recent Comments:

- Stuart commented on Have the parking changes changed your habits?
- Winter Hill Motorist commented on Have the parking changes changed your habits?
- Courtney of Ward5Online.Com commented on Have the parking changes changed your habits?
- Ward 5 Born commented on Have the parking changes changed your habits?

Share/Save

## Comments

**16 Responses to "Will I be arrested? Guess the wheel didn't answer that one."**

1. Somerspeak on February 4th, 2010 2:11 pm

Of course these are the cream of the crop "artistic" types that we taxpayers support through the likes of the Somerville Arts Council.

Another big waste of taxpayer dollars.

2. Finnigan on February 4th, 2010 3:08 pm

    Somerspeak –
    You say "these" – the report was of one guy.

    You say "we taxpayers support through the likes of the Somerville Arts Council." I checked the SAC website, Monsarrat is not on the 2010 grant list. I didn't see a way to find previous-year grant recipients, but doing a Google search "monsarrat site:somervilleartscouncil.org" didn't show me anything. But maybe you meant through a different organization… Can you present any evidence that Monsarrat received taxpayer dollars? And even if he did, can you show that he didn't use them for art, or violated some sort of morality-clause he accepted for receiving any such hypothetical funds?

    I'm not defending the guy – based on threads at DS LiveJournal, he's a scummy dude. But you're using this to paint artists in a bad light, and I don't think that's justified. If you don't like tax dollars going to art, that's fine and you can advocate to the town and townspeople to change it. But that has nothing, to my eyes, to do with this story.

3. Ron Newman on February 4th, 2010 3:35 pm

    Somerspeak, do you have any evidence to support your claim that he ever received SAC funding?

4. Somerspeak on February 4th, 2010 4:31 pm

    Somerville Open Studios, supported by grants from the Somerville Arts Council, supported by Mass Cultural Council, paid for by the Mass and Somerville taxpayers.

    The creep(41 years old throwing keggers for 20 year olds)was a front and center participant in the Somerville Arts Council Open Studios last year.

    Too much of a stretch for you guys?

5. Ron Newman on February 4th, 2010 4:55 pm

    I believe that SOS has been financially independent of any Somerville Arts Council funding for years now. Over 300 artists participate in this event each year, and the artists do not receive any money from SOS.

6. Somerspeak on February 5th, 2010 12:28 pm

    Ron Newman – the city of Somerville is a sponsor for Open Studios and always has been. Somerville Arts Council has partially funded this event in the recent past. I'm sure you can find something on the web to support your opinion, but the truth is that the city taxpayer helps to fund the likes of Jonny Monsarrat. that is the point.

7. gene on February 5th, 2010 12:33 pm

    this guy has a loooooong history of creepism:

    http://www.hlrecord.org/2.4463/dating-service-creator-accused-of-harassing-students-1.580352

8. Ron Newman on February 5th, 2010 2:16 pm

    The artists pay SOS for the privilege of being part of the event — not the other way 'round. The membership page is currently offline because membership has closed for the year, but here's a Google cache of the membership page.

9. Ron Newman on February 5th, 2010 2:21 pm

    In the opinion of many folks I know, the Question Wheel failed as an 'outdoor community art project' since just one guy was answering everyone's questions. Not much 'community' there! A better idea would have been a Wheel where people could post both questions and answers to other people's questions.

10. Finnigan on February 5th, 2010 2:31 pm

    Somerspeak – you keep saying things like "the likes of Jonny Monsarrat." It really reads like you're conflating "artist who gets public money" with "creepy guy." If you don't like artists getting public money, then advocate against it. That has *nothing* to do with the situation being discussed, in my reading of this. What does his profession have to do with his creepiness?

    It's easy to come up with some examples. A firefighter or other public safety employee is found to be hitting his spouse. Should we not pay

firefighters or cops?

I could drop some flamebait about priests, kids, and churches being tax-exempt.

My point is, you don't like artists getting public money (I disagree, but it's a valid opinion), this guy is creepy but that has nothing to do with whether he ever received any taxpayer money, and all signs point to him not having received any Somerville money anyway.

So, what's the point you're trying to make?

11. [Courtney of Ward5Online.Com](#) on February 5th, 2010 2:58 pm

    @ Finnigan – Agreed! One person is not a reflection of the group as a whole. Ward 5 is blessed with many artists who are a tremendous asset to our community with Open Studios being one of our most beloved events!

    @Somerspeak – I respect the connection that you are trying to make, but this is an individual who has made extremely bad choices and is not a reflection of artists in Somerville at all.

12. Johnny on February 5th, 2010 4:42 pm

    My goodness! We have a lot of speaking without thinking going on here.

    Nobody wants to see some kind of "creep" running around. But nobody should want to witch hunt an innocent man, either.

    That's exactly what's going on here. Nobody seems to care that the Harvard article here not only was found unworthy an investigation or charge, but that the original complainant *retracted* her complaint.

13. Somerspeak on February 5th, 2010 4:45 pm

    If any reader came away with the impression that I was bashing all artists, I apolgize. I know many a fine artist in this city and elsewhere. My point is that when this city sponsors or any city/state agency uses taxpayer money for specific industry events("the artists community") make damn sure you screen the participants before you attach the city's(taxpayers)name to it. And if my opinion counts for anything here, the Somerville Open House event seems to be getting less and less interesting. T me anyway.

    Newman – you really are a little sleaze. Your post about the participating artists "paying" might lead someone to believe that the city and its taxpayers don't contribute anything of monetary value to the SOH event. You knoe they do and I know they do.

14. Somerspeak on February 5th, 2010 5:06 pm

    Witch hunt an innocent man, Johnny? What I care about, Johnny, is that you were arrested in this city for disorderly conduct and most importantly for serving alcohol to kids under 21. You sound more like a "creep" than an artist.

    If you are "the" Johnny, get a f*%^$ing life man. You're 41 years old. If I ever caught one of my kids in your company, there would be hell to pay for both of you.

    Why don't you go consult your "life coach" or your homemade "wheel of fortune" and see what life has in store for you.

15. erinyes on February 6th, 2010 9:18 pm

    When it's one time, it's explainable – maybe.

    When it's twice, it's a pattern.

    Of course, there's all the other times Johnny ran parties and had both open bars and underage guests. Almost every Midnight Seduction and Kink 101 party had both.

    Ask anyone in the kink community around Boston and Cambridge about Johnny. He's well known for luring younger, curious women into his parties, trying to seduce them, and completely alienating them from a genuinely open and inviting community that has done a lot for LGBT and sexual health groups.

    Hell, he's banned from hosting parties or giving fliers at the convention in Providence because he told vendors they would receive money from the convention for every person they referred. Bold faced lie, of course.

16. erinyes on February 6th, 2010 9:21 pm

    also, regarding

    "Johnny": Nobody seems to care that the Harvard article here not only was found unworthy an investigation or charge, but that the original complainant *retracted* her complaint.

From the HLR article linked:
"A bunch of people came forward," De Sario said. Students sent e-mails to the Dean of Students, who then made arrangements for a group of students to speak with the Harvard University Police."

"It hasn't yet risen to a legal violation, De Sario added. "But it is clearly a moral and ethical violation, and my concern is that it could amount to a harassment claim."



## Top Links

- Classifieds
- Reader's Choice Awards
- Wicked Local Parents
- Travel New England - getAWAY
- Arts & Entertainment
- Wicked Local Contests
- Search Wicked Local



- ### Recent Comments

  Winter Hill Motorist: *I have actually changed my habits because my neighborhood was formerly without r ...*

  Courtney of Ward5Online.Com: *The parking regulation changes were a long term solution that has proven to have ...*

  Ward 5 Born: *Please God! Keep the temperature above 50 degrees forever. ...*

  mp: *And it actually could result in parking rates being lowered because of the reduc ...*

  Joe Lynch: *Charlie, you make some very valid points. Except the one about the meter rates ...*

  Stuart: *I continue to park in my driveway, so no change there. I have been going int ...*

- ### Blogroll

    - Amy Derjue
    - Blogness on the Edge of Town
    - Bob Massie
    - City of Somerville
    - Deval Patrick
    - Everybody's a Critic

- Frank Bernard
- Greater Somerville
- Ian Thal
- KEITH E. JACOBSON
- Live Journal – Davis Square
- Magoun Square Neighborhood Association Blog
- Mayor Joe Curtatone's blog
- Our Towns Tonight blog
- Progressive Democrats
- Sen Jarrett Barrios' blog
- Somerville Journal
- Somerville Kiwanis Club
- Somerville Little League
- Somerville Public Library Blog
- Somerville Public Schools
- Somerville Transportation Equity Partnership
- Somerville Voices
- Somerville Youth Soccer League
- The Burren
- Ward 5 Online
- Wicked Local Blog

## archives

Select Month

## Categories

Select Category

## Post by date

February 2010

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |

« Jan          Mar »

## Search this blog

- To search, type and hit ent

- **Top Homes**

Case 1:17-cv-10356-PBS   Document 107-11   Filed 02/13/18   Page 8 of 9

- **Admin**

    - 
    - [RSS](#)
    - [Comments RSS](#)

- [Daily News Tribune](#)
- [The Enterprise](#)
- [The Herald News](#)
- [MetroWest Daily News](#)
- [Milford Daily News](#)
- [Patriot Ledger](#)
- [Taunton Gazette](#)


Will I be arrested? Guess the Wheel didn't answer ... - Somerville DogClub                    Case 1:17-cv-10356-PBS   Document 107-11   Filed 02/13/18   Page 9 of 9                    2/13/18, 3:44 PM

- About |
- Advertiser Info |
- Contact |
- Privacy Policy |
- Subscriber Services |
- Terms of Use

Copyright 2006-2010 GateHouse Media, Inc. Some Rights Reserved.

Original content available for non-commercial use under a Creative Commons license.

IYP and SEO vendors: SEO by eLocalListing | Advertiser profiles | Business directory by Planet Discover | Zope Corp.