# <u>EXHIBIT 11</u>

Criminal Docket

Docket Number 1010CR000235

Jonathan G Monsarrat

| CRIMINAL DOCKET | DOCKET NUMBER 1010CR000235 | NO. OF COUNTS 2 | Trial Court of Massachusetts District Court Department |
|---|---|---|---|

| DEFENDANT NAME AND ADDRESS | DOB | GENDER | COURT NAME & ADDRESS |
|---|---|---|---|
| Jonathan G Monsarrat | 10/14/1968 | Male | Somerville District Court |
| 197 Summer Street | DATE COMPLAINT ISSUED | | 175 Fellsway |
| Apt 1 | 02/01/2010 | | Somerville, MA 02145 |
| Somerville, MA | PRECOMPLAINT ARREST DATE | INTERPRETER REQUIRED | |
| | 01/29/2010 | | |

**FIRST FIVE OFFENSE COUNTS**

| COUNT | CODE | OFFENSE DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 138/34 | LIQUOR TO PERSON UNDER 21, SELL/DELIVER c138 §34 | 01/29/2010 |
| 2 | 272/53/I | NOISY & DISORDERLY HOUSE, KEEP c272 §53 | 01/29/2010 |

Sussman (put - 4-14.10)

| DEFENSE ATTORNEY | OFFENSE CITY/TOWN | POLICE DEPARTMENT |
|---|---|---|
| arrellis | Somerville | Somerville PD |

| DATE & JUDGE | DOCKET ENTRY | DATE & JUDGE | FEES IMPOSED | |
|---|---|---|---|---|
| FEB - 1 2010 | ☐ Attorney appointed (SJC R. 3:10)<br>☐ Atty denied & Deft. Advised per 211 D §2A<br>☐ Waiver of Counsel found after colloquy | | Counsel Fee (211D § 2A¶2)<br>$ | ☐ WAIVED |
| | Terms of release set: ☐ Bail<br>☐ See Docket for special condition<br>☐ Held (276 §58A) | | Counsel Contribution (211D § 2)<br>$ | ☐ WAIVED |
| | | | Default Warrant Fee (276 § 30¶1)<br>$ | ☐ WAIVED |
| FEB - 1 2010 | Arraigned and advised: ☐ Potential of bail revocation (276 §58)<br>☐ Right to bail to review (276 §58)<br>☐ Right to drug exam (111E § 10) | | Default Warrant Arrest Fee (276 § 30 ¶2)<br>$ | ☐ WAIVED |
| | | | Probation Supervision Fee (276 § 87A)<br>$ | ☐ WAIVED |
| | | | Bail Order Forfeited | |
| | Advised of right to jury trial ☐ Waiver of jury found after colloquy<br>☐ Does not waive | | | |
| | Advised of trial rights as pro se (Dist. Ct. Supp.R.4) | | | |
| | Advised of right of appeal to Appeals Ct. (M.R. Crim P.R. 28) | | | |

**SCHEDULING HISTORY**

| NO. | SCHEDULED DATE | EVENT | RESULT | JUDGE | TAPE START/STOP |
|---|---|---|---|---|---|
| 1 | 02/01/2010 | Arraignment | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd  3-1-10 | | |
| 2 | MAR - 1 2010 | PTh | ☐ Held ☐ Not Held but Event Resolved ☒ Cont'd  5-3-10 | PTh 9AM Walther | 3rd |
| 3 | 5-3-10 | PV | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | Singh -2nd | 10:04 |
| 4 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 5 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 6 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 7 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 8 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 9 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 10 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |

**APPROVED ABBREVIATIONS**

ARR = Arraignment   PTH = Pretrial hearing   DCE = Discovery compliance & jury selection   BTR = Bench trial   JTR = Jury trial   PCH = Probable cause hearing   MOT = Motion hearing   SRE = Status review
SRP = Status review of payments   FAT = First appearance in jury session   SEN = Sentencing   CWF = Continuance-without-finding scheduled to terminate   PRO = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant Issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PVH = probation revocation hearing

| A TRUE COPY ATTEST: | CLERK-MAGISTRATE / ASST CLERK  X | TOTAL NO. OF PAGES | ON (DATE) |
|---|---|---|---|

Date/Time Printed: 02-01-2010 08:23:37

1010CR000235

Version 2.0 - 11/05

| **CRIMINAL DOCKET - OFFENSES** | DEFENDANT NAME<br>Jonathan G Monsarrat | DOCKET NUMBER<br>1010CR000235 |
|---|---|---|

**COUNT / OFFENSE**
1   LIQUOR TO PERSON UNDER 21, SELL/DELIVER c138 §34

DISPOSITION DATE AND JUDGE: *Singh   5.3.10*

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficent Facts accepted after colloquy and 278 §29D warning | | | | | |
| ☐ Bench Trial | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |
| ☐ Jury Trial | | | | | |

DISPOSITION METHOD (continued):
- ☐ Dismissed upon:
  - ☐ Request of Commonwealth ☐ Request of Victim
  - ☐ Request of Defendant ☐ Failure to prosecute
  - ☐ Other:
- ☐ Filed with Defendant's consent
- ☐ Nolle Prosequi
- ☐ Decriminalized (277 §70 C)

SENTENCE OR OTHER DISPOSITION
- ☐ Sufficent facts found but continued without a finding until:
- ☐ Defendant placed on probation until:
  - ☐ Risk/Need or OUI    ☐ Administrative Supervision
- ☒ Defendant placed on pretrial probation (276 §87) until:    *8.4.10   2PM*
- ☐ To be dismissed if court costs / restitution paid by:    *$50/month PSF*

| FINDING | | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|---|
| ☐ Guilty | ☐ Not Guilty | ☒ Dismissed on recommendation of Probation Dept. | *Flynn* | *8-4-10* |
| ☐ Responsible | ☐ Not Responsible | ☐ Probation terminated: defendant discharged | | |
| ☐ Probable Cause | ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

**COUNT / OFFENSE**
2   NOISY & DISORDERLY HOUSE, KEEP c272 §53

DISPOSITION DATE AND JUDGE: *Singh   5.3.10*

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficent Facts accepted after colloquy and 278 §29D warning | | | | | |
| ☐ Bench Trial | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |
| ☐ Jury Trial | | | | | |

DISPOSITION METHOD (continued):
- ☐ Dismissed upon:
  - ☐ Request of Commonwealth ☐ Request of Victim
  - ☐ Request of Defendant ☐ Failure to prosecute
  - ☐ Other:
- ☐ Filed with Defendant's consent
- ☐ Nolle Prosequi
- ☐ Decriminalized (277 §70 C)

SENTENCE OR OTHER DISPOSITION
- ☐ Sufficent facts found but continued without a finding until:
- ☐ Defendant placed on probation until:
  - ☐ Risk/Need or OUI    ☐ Administrative Supervision
- ☒ Defendant placed on pretrial probation (276 §87) until:    *8.4.10   2PM*
- ☐ To be dismissed if court costs / restitution paid by:

| FINDING | | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|---|
| ☐ Guilty | ☐ Not Guilty | ☒ Dismissed on recommendation of Probation Dept. | *Flynn* | *8-4-10* |
| ☐ Responsible | ☐ Not Responsible | ☐ Probation terminated: defendant discharged | | |
| ☐ Probable Cause | ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

**COUNT / OFFENSE**

DISPOSITION DATE AND JUDGE:

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficent Facts accepted after colloquy and 278 §29D warning | | | | | |
| ☐ Bench Trial | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |
| ☐ Jury Trial | | | | | |

DISPOSITION METHOD (continued):
- ☐ Dismissed upon:
  - ☐ Request of Commonwealth ☐ Request of Victim
  - ☐ Request of Defendant ☐ Failure to prosecute
  - ☐ Other:
- ☐ Filed with Defendant's consent
- ☐ Nolle Prosequi
- ☐ Decriminalized (277 §70 C)

SENTENCE OR OTHER DISPOSITION
- ☐ Sufficent facts found but continued without a finding until:
- ☐ Defendant placed on probation until:
  - ☐ Risk/Need or OUI    ☐ Administrative Supervision
- ☐ Defendant placed on pretrial probation (276 §87) until:
- ☐ To be dismissed if court costs / restitution paid by:

| FINDING | | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|---|
| ☐ Guilty | ☐ Not Guilty | ☐ Dismissed on recommendation of Probation Dept. | | |
| ☐ Responsible | ☐ Not Responsible | ☐ Probation terminated: defendant discharged | | |
| ☐ Probable Cause | ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

1010CR000235

Version 2.0 - 11/06

| CRIMINAL DOCKET DOCKET ENTRIES | DEFENDANT NAME Jonathan G Monsarrat | DOCKET NUMBER 1010CR000235 |
|---|---|---|

| DATE | DOCKET ENTRIES |
|---|---|
| 4-15-10 | Counsels Notice of Appearance At; Stephen Suesman Motion to Dismiss Count I and memorandum in support filed |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

APPROVED ABBREVIATIONS
ARR = Arraignment   PTH = Pretrial hearing   DCE = Discovery compliance & jury selection   BTR = Bench trial   JTR = Jury trial   PCH = Probable cause hearing   MOT = Motion hearing   SRE = Status review
SRP = Status review of payments   FAT = First appearance in jury session   SEN = Sentencing   CWF = Continuance-without-finding scheduled to terminate   PRO = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PVH = probation revocation hearing.

1010CR000235

| APPLICATION FOR CRIMINAL COMPLAINT | APPLICATION NO. (COURT USE ONLY) 10100L 235 | PAGE 1 of 1 | Trial Court of Massachusetts District Court Department |
|---|---|---|---|

I, the undersigned complainant, request that a criminal complaint issue against the accused charging the offense(s) listed below. If the accused **HAS NOT BEEN ARRESTED** and the charges involve:

☐ ONLY MISDEMEANOR(S), I request a hearing ☐ **WITHOUT NOTICE** because of an imminent threat of
   ☐ **BODILY INJURY** ☐ **COMMISSION OF A CRIME** ☐ **FLIGHT** ☐ **WITH NOTICE** to accused.
☐ **ONE OR MORE FELONIES**, I request a hearing ☐ **WITHOUT NOTICE** ☐ **WITH NOTICE** to accused.

☐ **WARRANT** is requested because prosecutor represents that accused may not appear unless arrested.

**ARREST STATUS OF ACCUSED**
☑ HAS ☐ HAS NOT been arrested

## INFORMATION ABOUT ACCUSED

| NAME (FIRST MI LAST) AND ADDRESS | | |
|---|---|---|
| JONATHAN MONSARRAT 197 SUMMER ST 1 SOM MA   SID=Ma 10253836 | BIRTH DATE 10/14/1968 | SOCIAL SECURITY NUMBER Redacted |
| | PCF NO. 1892866 | MARITAL STATUS UNMARRIED |
| | DRIVERS LICENSE NO. | STATE |

| HAIR BLN | RACE WHITE | COMPLEXION LIGHT | SCARS/MARKS/TATTOOS | GENDER MALE | HEIGHT 603 | WEIGHT 260 | EYES BLUE |
|---|---|---|---|---|---|---|---|

| EMPLOYER/SCHOOL SELF | MOTHER'S MAIDEN NAME (FIRST MI LAST) JANICE | BIRTH STATE OR COUNTRY PAUTUCKET RI | DAY PHONE |
|---|---|---|---|
| | | FATHER'S NAME (FIRST MI LAST) PETER | |

## CASE INFORMATION

| COMPLAINANT NAME (FIRST MI LAST) PATROLMAN   JONATHAN   THERMIDOR | COMPLAINANT TYPE ☑ POLICE ☐ CITIZEN ☐ OTHER | PD SOM |
|---|---|---|
| ADDRESS Somerville Police Department | PLACE OF OFFENSE 197 SUMMER ST   SOMERVILLE, MA | |
| | INCIDENT REPORT NO. 10003036 | OBTN TSOE201000091 |
| | CITATION NO(S). | |

| | OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 138/34 | LIQUOR TO PERSON UNDER 21, SELL,DELIVER C138 S34 | 01/29/2010 21:10:00 |
| | VARIABLES (e.g. victim name, controlled substance, type and value of property, other variable information; see Complaint Language Manual) Redacted | | |
| 2 | OFFENSE CODE 272/53/1 | DESCRIPTION NOISY AND DISORDERLY HOUSE, KEEP C272 S53 | OFFENSE DATE 01/29/2010 21:13:00 |
| | VARIABLES | | |
| | OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
| | VARIABLES | | |

| REMARKS | | |
|---|---|---|

| COMPLAINANT'S SIGNATURE X J. Thermidor | DATE FILED 1/29/2010 |
|---|---|

| COURT USE ONLY → | A HEARING UPON THIS COMPLAINT APPLICATION WILL BE HELD AT THE ABOVE COURT ADDRESS ON | DATE OF HEARING | TIME OF HEARING | COURT USE ONLY |
|---|---|---|---|---|

## PROCESSING OF NON-ARREST APPLICATION (COURT USE ONLY)

| DATE | | CLERK/JUDGE |
|---|---|---|
| | NOTICE SENT OF CLERK'S HEARING SCHEDULED ON: | |
| | NOTICE SENT OF JUDGE'S HEARING SCHEDULED ON: | |
| | HEARING CONTINUED TO: | |
| | APPLICATION DECIDED WITHOUT NOTICE TO ACCUSED BECAUSE: ☐ IMMINENT THREAT OF ☐ BODILY INJURY ☐ CRIME ☐ FLIGHT   BY ACCUSED ☐ FELONY CHARGED AND POLICE DO NOT REQUEST NOTICE ☐ FELONY CHARGED BY CIVILIAN; NO NOTICE AT CLERK'S DISCRETION | |

## COMPLAINT TO ISSUE

| DATE 2-1-10 | ☑ PROBABLE CAUSE FOUND FOR ABOVE OFFENSE(S) NO(S). ☑ 1. ☐ 2. ☐ 3. BASED ON ☑ FACTS SET FORTH IN ATTACHED STATEMENT(S) ☐ TESTIMONY RECORDED: TAPE NO. _____ START NO. _____ END NO. _____ ☐ WARRANT ☐ SUMMONS TO ISSUE ARRAIGNMENT DATE: | **COMPLAINT DENIED** ☐ NO PROBABLE CAUSE FOUND ☐ REQUEST OF COMPLAINANT ☐ FAILURE TO PROSECUTE ☐ AGREEMENT OF BOTH PARTIES ☐ OTHER: COMMENT | CLERK/JUDGE |
|---|---|---|---|

DCCR-2 (08/04)