# EXHIBIT 12

Today's Somerville Police Blog

davis_square LiveJournal



# Today's Somerville Police Blog



plumtreeblossom
**plumtreeblossom**
https://plumtreeblossom.livejournal.com/
**davis_square**
https://davis-square.livejournal.com/
2010-02-04 08:50:00

*[excerpt]* Patrolman John Thermidor reported at least 25-30 teenagers in the apartment, as well as people on the stairs leading up to the second floor. He asked to talk to an adult, but there was no response from anyone.

A few minutes later, a man came down from the second floor and identified himself as **Jonathan Monsarrat, 41,** the resident and host of the party, according to the report. Thermidor told him to inform his guests that the party was over and they have to leave, but Monsarrat allegedly became argumentative and refused to comply. He assured Thermidor that there was no alcohol at the party. According to the report, the officer informed him that he had seen teenagers with beer bottles.*[/excerpt]*

Read on.....
http://www.wickedlocal.com/somerville/news/x1878079036/Somerville-Police-bust-underage-drinking-party-on-Summer-Street (http://www.wickedlocal.com/somerville/news/x1878079036/Somerville-Police-bust-underage-drinking-party-on-Summer-Street)

**UPDATE: By decision of the Moderators on 2/6/2010, any further replies to this thread are permanently frozen/screened. The discussion has begun to distract from other community posts, which deserve equal attention. The Moderators' decision was not made in response to threats made to the community, but for the sake of keeping the community's conversational flow normal (500+ replies to one post is not normal). The original post and existing replies will remain as read-only.**

TAGS: crime, jonmon, lj community housekeeping, local characters, lol



461 comments



**plumtreeblossom**
February 4 2010, 13:53:44 UTC    COLLAPSE

I want to use the "lol" and "entertainment" tags so bad, but for Ron's sake, I won't. :-)



**emcicle**
February 4 2010, 14:43:22 UTC    COLLAPSE

it would be so appropriate, though. :)

**ron_newman**  8 years ago    EXPAND

  Witch hunts are still alive and well    **make_you_laugh**  8 years ago    EXPAND

└ Hi!   en_ki   8 years ago   EXPAND

 **myselftheliar**
February 4 2010, 13:54:26 UTC    COLLAPSE

Ugh.

      **myselftheliar**
     February 4 2010, 14:14:12 UTC    COLLAPSE

I read the whole article and I rescind my ugh and upgrade to a "How the fuck does this man keep pulling shit like this?"

     *Deleted comment*

       └ **plumtreeblossom**   8 years ago   EXPAND

         └ **arrowintwolakes**   8 years ago   EXPAND

           └ Gold?   **make_you_laugh**   8 years ago   EXPAND

             └ Re: Gold?   **arrowintwolakes**   8 years ago   EXPAND

             └ Re: Gold?   **j_p2353**   8 years ago   EXPAND

         *Deleted comment*

           └ **thetathx1138**   8 years ago   EXPAND

             *Deleted comment*

               └ **thetathx1138**   8 years ago   EXPAND

                 └ **teele_sq**   8 years ago   EXPAND

                   └ **thetathx1138**   8 years ago   EXPAND

         └ I guess you're an authority then… on witch hunts   **make_you_laugh**   8 years ago   EXPAND

           └ Re: I guess you're an authority then… on witch hunts   **thetathx1138**   8 years ago   EXPAND

             └ That is a lie   **make_you_laugh**   8 years ago   EXPAND

               └ Re: That is a lie   **thetathx1138**   8 years ago   EXPAND

                 └ That is a damn lie   **make_you_laugh**   8 years ago   EXPAND

                   └ Re: That is a damn lie   **j_p2353**   8 years ago   EXPAND

                 └ Re: That is a lie   **gemini6ice**   8 years ago   EXPAND

           └ Re: I guess you're an authority then… on witch hunts   **purgatori84**   8 years ago   EXPAND

           └ Re: I guess you're an authority then… on witch hunts   **frotz**   8 years ago   EXPAND

             └ Re: I guess you're an authority then… on witch hunts   **pandoras_closet**   8 years ago   EXPAND

               └ Re: I guess you&#39;re an authority then… on witch hunts   **thetathx1138**   8 years ago   EXPAND

         └ So, you support hate sites   **make_you_laugh**   8 years ago   EXPAND

👤 **kpht**  8 years ago   EXPAND

└ What makes you an authority? (witch hunts)   👤 **make_you_laugh**   8 years ago   EXPAND

 └ Re: What makes you an authority? (witch hunts)   👤 **kpht**   8 years ago   EXPAND

  └ Thank you for admitting it   👤 **make_you_laugh**   8 years ago   EXPAND

  └ Re: What makes you an authority? (witch hunts)   👤 **gemini6ice**   8 years ago   EXPAND

   └ You are right   👤 **make_you_laugh**   8 years ago   EXPAND

  └ Re: What makes you an authority? (witch hunts)   👤 **j_p2353**   8 years ago   EXPAND

└ More   EXPAND

👤 **kpht**
February 4 2010, 14:27:26 UTC     COLLAPSE

OMG JONMON?!!!

👤 **plumtreeblossom**
February 4 2010, 14:59:17 UTC    COLLAPSE

xxdarkkittnxx: did teh cops c u drinkin @ jonmons?
sweetestnite: no i hid in teh vampyre seducshion room
sweetestnite: thay didnt check there
xxdarkkittnxx: i was so wastd when ashlys mom picked us up
sweetestnite: woke up on jonmons masage tabel w my tights insid out
xxdarkkittnxx: lol u ho
xxdarkkittnxx: j/k
xxdarkkittnxx: so is jonmon in JAILXXORZZ??!!!
sweetestnite: dunno but he gave me a key
sweetestnite: wanna go c if thares beer left?

└ 👤 **kpht**  8 years ago   EXPAND

└ 👤 **vonelftinhaus**  8 years ago   EXPAND

└ 👤 **ratatosk**  8 years ago   EXPAND

└ 👤 **shaxxon**  8 years ago   EXPAND


👤 **myselftheliar**
February 4 2010, 14:40:19 UTC    COLLAPSE

And let's not forget that somehow, somehow, this man had an "art installation" in both Davis and Harvard sq wherein he answered personal questions about peoples' lives. I can think of no finer influence on the public, truly.

└ *Deleted comment*

 └ 👤 **laura47**  8 years ago   EXPAND

 └ Clearly you're an authority... on witch-hunts   👤 **make_you_laugh**  8 years ago   EXPAND

- Deleted comment
    - Re: Clearly you&#39;re an authority... on witch-hunts  **make_you_laugh**  8 years ago  EXPAND
        - Deleted comment
            - Re: Clearly you're an authority... on witch-hunts  **make_you_laugh**  8 years ago  EXPAND
                - Deleted comment
                    - Re: Clearly you're an authority... on witch-hunts  **gemini6ice**  8 years ago  EXPAND
                        - Re: Clearly you're an authority... on witch-hunts  **laura47**  8 years ago  EXPAND

**~~oakenguy~~**
February 4 2010, 14:51:00 UTC    COLLAPSE

That's the perfect icon for this.

- Deleted comment

**greenlily**
February 4 2010, 15:21:38 UTC    Edited: February 4 2010, 15:21:54 UTC    COLLAPSE

Or possibly a biohazard symbol. Apparently proximity to jonmon destroys brain cells.

- Are you serious?  **make_you_laugh**  8 years ago  EXPAND
    - Re: Are you serious?  **ocschwar**  8 years ago  EXPAND
        - Re: Are you serious?  **magickcat**  8 years ago  EXPAND
        - Deleted comment
            - Clearly you're an authority... on witch-hunts  **make_you_laugh**  8 years ago  EXPAND
                - Deleted comment
                    - Re: Clearly you're an authority... on witch-hunts  **make_you_laugh**  8 years ago  EXPAND

**dcltdw**
February 4 2010, 15:11:31 UTC    COLLAPSE

I don't understand why you're cross-posting this. Could you explain, please?

- **plumtreeblossom**
  February 4 2010, 15:19:37 UTC    COLLAPSE

  Cross-posting where? It's only a cross-post if someone posts it in two or more LJ communities, and I've only posted it here.

    - **dcltdw**  8 years ago  EXPAND
        - Deleted comment
            - **plumtreeblossom**  8 years ago  EXPAND
    - **laura47**  8 years ago  EXPAND


**ron_newman** 8 years ago  EXPAND


**closetalker11**
February 4 2010, 15:15:40 UTC    COLLAPSE

GROSS


**talonvaki**
February 4 2010, 15:19:54 UTC    COLLAPSE

Holy crap. He lives 8 blocks from my old apartment. Suddenly, I'm very glad to have moved.

   **thespian**
   February 4 2010, 15:38:54 UTC    COLLAPSE

   dude, it's somerville. we're almost ALL within 8 blocks of each other here ;-)

      **ocschwar** 8 years ago  EXPAND

         **talonvaki** 8 years ago  EXPAND

            **arrowintwolakes** 8 years ago  EXPAND


**trowa_barton**
February 4 2010, 15:39:46 UTC    COLLAPSE

I'm not surprised. Why? I've had the misfortune of knowing him for 10 years before his MANY attempts at reinvention to meet women. (I was friends with his ex-wife #2 before she moved.)
Kind of pathetic, actually.
I'm glad he stopped going to Diesel when he realized that the women who attend were smart, mature, and uninterested in him.

   **Clearly you're an authority... on witch-hunts**
   **make_you_laugh**
   February 5 2010, 21:08:59 UTC    COLLAPSE

   Hi!

   I see, so you're friends with my ex-wife... which gives you a remarkably balanced perspective from which to judge me.

   Let's face it. You don't know me, but you've chosen to speak out anyway. Doesn't that make you a bit of a fool?

   Now will you respond with humility, or with you get angry, like my ex-wife used to do and lash out?

   -Johnny

      Re: Clearly you're an authority... on witch-hunts  **trowa_barton** 8 years ago  EXPAND

         That is a lie  **make_you_laugh** 8 years ago  EXPAND

└ Pfft   👤 **plumtreeblossom**   8 years ago   EXPAND

👤 **turil**
February 4 2010, 16:00:37 UTC    COLLAPSE

Modern day witch hunting, I see.

└ *Deleted comment*
     └ 👤 **arrowintwolakes**   8 years ago   EXPAND
    *Deleted comment*
     └ 👤 **turil**   8 years ago   EXPAND
       └ 👤 **ron_newman**   8 years ago   EXPAND
          └ 👤 **turil**   8 years ago   EXPAND
            └ 👤 **ron_newman**   8 years ago   EXPAND
              └ 👤 **turil**   8 years ago   EXPAND
                └ 👤 **ron_newman**   8 years ago   EXPAND
                  └ You still didn't answer my question.   👤 **turil**   8 years ago   EXPAND
                    └ Re: You still didn't answer my question.   👤 **joyfulkel**   8 years ago   EXPAND
       *Deleted comment*
         └ 👤 **turil**   8 years ago   EXPAND
           *Deleted comment*
            └ 👤 **turil**   8 years ago   EXPAND
           *Deleted comment*
            └ Ditto.   👤 **turil**   8 years ago   EXPAND
          More   EXPAND
       └ 👤 **teele_sq**   8 years ago   EXPAND
         └ I can clarify that   👤 **make_you_laugh**   8 years ago   EXPAND
        └ Modern day witch-hunt   👤 **make_you_laugh**   8 years ago   EXPAND
      More   EXPAND
     └ Modern day witch-hunt   👤 **make_you_laugh**   8 years ago   EXPAND
       └ Re: Modern day witch-hunt   👤 **ron_newman**   8 years ago   EXPAND
         └ Re: Modern day witch-hunt   👤 **make_you_laugh**   8 years ago   EXPAND
           └ Re: Modern day witch-hunt   👤 **cyranothe2nd**   8 years ago   EXPAND
             └ Re: Modern day witch-hunt   👤 **make_you_laugh**   8 years ago   EXPAND
    *Deleted comment*

- **turil**  8 years ago  EXPAND
    - *Deleted comment*
        - **turil**  8 years ago  EXPAND
            - **arrowintwolakes**  8 years ago  EXPAND
                - **turil**  8 years ago  EXPAND
                    - ~~**chumbolly**~~  8 years ago  EXPAND
                    - **turil**  8 years ago  EXPAND
                        - *Deleted comment*
                    - **exsplusohs**  8 years ago  EXPAND
                    - People are only victims when they are forced.  **turil**  8 years ago  EXPAND
                        - *Deleted comment*
                        - As I said, people are only victims when they are forced.  **turil**  8 years ago  EXPAND
                            - *Deleted comment*
                            - Re: People are only victims when they are forced.  **turil**  8 years ago  EXPAND
                                - *Deleted comment*
                                - So you think they need to be raped, then?  **turil**  8 years ago  EXPAND
                                    - *Deleted comment*
                                    - That's my whole point.  **turil**  8 years ago  EXPAND
                                    - What you've just said is illegal  **make_you_laugh**  8 years ago  EXPAND
                                        - *Deleted comment*
                                        - +1  **plumtreeblossom**  8 years ago  EXPAND
                                        - Re: What you've just said is illegal  **awfief**  8 years ago  EXPAND
                                        - Re: What you've just said is illegal  **cyranothe2nd**  8 years ago  EXPAND
                                        - Actually, you are wrong  **make_you_laugh**  8 years ago  EXPAND
                                            - *Deleted comment*
                                                - *Deleted comment*
                        - Re: People are only victims when they are forced.  **purgatori84**  8 years ago  EXPAND
                        - You're clearly an authority... on witch-hunts  **make_you_laugh**  8 years ago  EXPAND
                        - Re: People are only victims when they are forced.  **ron_newman**  8 years ago  EXPAND
                    - I try to avoid age discrimination.  **turil**  8 years ago  EXPAND
                        - Re: I try to avoid age discrimination.  **maru_mari**  8 years ago  EXPAND
                            - 5 year olds obviously do know when they do and don't want to do something.  **turil**  8 years ago  EXPAND



Re: 5 year olds obviously do know when they do and don't want to do something.
maru_mari 8 years ago EXPAND

Re: 5 year olds obviously do know when they do and don't want to do something.
iscari0t 8 years ago EXPAND

Re: 5 year olds obviously do know when they do and don't want to do something.
turil 8 years ago EXPAND

Re: 5 year olds obviously do know when they do and don't want to do something.
maru_mari 8 years ago EXPAND

So you understand what I'm talking about here? turil 8 years ago EXPAND

Re: So you understand what I'm talking about here? maru_mari 8 years ago EXPAND

You can indeed build a system that respects people's rights. turil 8 years ago EXPAND

Re: You can indeed build a system that respects people's rights. maru_mari 8 years ago EXPAND

If you're making decisions for people, then you don't trust them to make them themselves.
turil 8 years ago EXPAND

Re: If you're making decisions for people, then you don't trust them to make them themselves.
maru_mari 8 years ago EXPAND

Re: You can indeed build a system that respects people's rights. maru_mari 8 years ago EXPAND

Yes, I know you don't respect me, either. turil 8 years ago EXPAND

Re: Yes, I know you don't respect me, either. maru_mari 8 years ago EXPAND

So calling me a "troll" is respectful to you? turil 8 years ago EXPAND

Re: So calling me a "troll" is respectful to you? maru_mari 8 years ago EXPAND

Re: Yes, I know you don't respect me, either. surrealestate 8 years ago EXPAND

It takes strength... make_you_laugh 8 years ago EXPAND

Re: It takes strength... rumpleteasah 8 years ago EXPAND

Re: You can indeed build a system that respects people's rights. cyranothe2nd 8 years ago EXPAND

*Deleted comment*

Do you seriously think a kid is going to consent to sex with an adult? turil 8 years ago EXPAND

*Deleted comment*

OK, now I know you're just messing with me. turil 8 years ago EXPAND

*Deleted comment*

Either you're messing with me, or you're totally misunderstanding me. turil 8 years ago EXPAND

*Deleted comment*

- Re: Either you're messing with me, or you're totally misunderstanding me. **arrowintwolakes** 8 years ago EXPAND
  - Re: Either you're messing with me, or you're totally misunderstanding me. **bombardiette** 8 years ago EXPAND
    - *Deleted comment*
      - Re: Either you're messing with me, or you're totally misunderstanding me. **bombardiette** 8 years ago EXPAND
        - Re: Either you're messing with me, or you're totally misunderstanding me. **turil** 8 years ago EXPAND
          - Re: Either you're messing with me, or you're totally misunderstanding me. **bombardiette** 8 years ago EXPAND
            - So it looks like you're just really misunderstanding me. **turil** 8 years ago EXPAND
              - Re: So it looks like you're just really misunderstanding me. **bombardiette** 8 years ago EXPAND
                - You're the sick one if you honestly believe a 3 year old is going to consent to sex. **turil** 8 years ago EXPAND
                  - Re: You're the sick one if you honestly believe a 3 year old is going to consent to sex. **firstfrost** 8 years ago EXPAND
                    - Not quite... **turil** 8 years ago EXPAND
                      - Re: Not quite... **firstfrost** 8 years ago EXPAND
                  - Re: You're the sick one if you honestly believe a 3 year old is going to consent to sex. **bombardiette** 8 years ago EXPAND
                    - Re: You're the sick one if you honestly believe a 3 year old is going to consent to sex. **turil** 8 years ago EXPAND
                      - Re: You're the sick one if you honestly believe a 3 year old is going to consent to sex. **bombardiette** 8 years ago EXPAND
                        - You've been making some very judgmental comments **make_you_laugh** 8 years ago EXPAND
                          - Re: You've been making some very judgmental comments **arrowintwolakes** 8 years ago EXPAND
                            - Re: You've been making some very judgmental comments **make_you_laugh** 8 years ago EXPAND
                              - Re: You've been making some very judgmental comments **arrowintwolakes** 8 years ago EXPAND
                                - **plumtreeblossom** 8 years ago EXPAND
- Burrito? **arrowintwolakes** 8 years ago EXPAND
  - Re: Either you're messing with me, or you're totally misunderstanding me. **bluesauce** 8 years ago EXPAND
    - Re: Either you're messing with me, or you're totally misunderstanding me. **ron_newman** 8 years ago EXPAND
      - Re: Do you seriously think a kid is going to consent to sex with an adult? **awfief** 8 years ago EXPAND

- "consent" is not consent    turil    8 years ago    EXPAND
  - Re: "consent" is not consent    clara_girl    8 years ago    EXPAND
    - Re: "consent" is not consent    turil    8 years ago    EXPAND
      - Re: "consent" is not consent    clara_girl    8 years ago    EXPAND
        - Small kids don't have rights?    turil    8 years ago    EXPAND
          - Re: 5 year olds obviously do know when they do and don't want to do something.    foogati    8 years ago    EXPAND
            - Re: 5 year olds obviously do know when they do and don't want to do something.    arrowintwolakes    8 years ago    EXPAND
          - *Deleted comment*
          - Adolescents?    make_you_laugh    8 years ago    EXPAND
            - Re: Adolescents?    ~~chumbolly~~    8 years ago    EXPAND
- *Deleted comment*
  - turil    8 years ago    EXPAND
    - arrowintwolakes    8 years ago    EXPAND
    - How is that bullying?    turil    8 years ago    EXPAND
      - Re: How is that bullying?    icecreamempress    8 years ago    EXPAND
        - Re: How is that bullying?    turil    8 years ago    EXPAND
          - Re: How is that bullying?    lizzielizzie    8 years ago    EXPAND
            - Re: How is that bullying?    arrowintwolakes    8 years ago    EXPAND
              - I stand up for my beleifs, and the health of my honey, and myself.    turil    8 years ago    EXPAND
                - Re: I stand up for my beleifs, and the health of my honey, and myself.    lizzielizzie    8 years ago    EXPAND
                  - I make no assumptions. I make observations, instead...    turil    8 years ago    EXPAND
                    - You've just said something judgmental and rude    make_you_laugh    8 years ago    EXPAND
                      - If you think people who don't know me shouldn't be talking.... why are you talking?    make_you_laugh    8 years ago    EXPAND
                        - Re: If you think people who don't know me shouldn't be talking.... why are you talking?    lizzielizzie    8 years ago    EXPAND
                          - Re: If you think people who don&#39;t know me shouldn&#39;t be talking.... why are you talking?    make_you_laugh    8 years ago    EXPAND
                            - plumtreeblossom    8 years ago    EXPAND
                              - About the Internet in 2003 and people's mistrust of online dating sites    make_you_laugh    8 years ago    EXPAND
  - More    EXPAND



      laura47  8 years ago  EXPAND

      You've just said something illegal  make_you_laugh  8 years ago  EXPAND

      More  EXPAND

**ron_newman**
February 4 2010, 16:14:38 UTC   Edited:  February 4 2010, 16:34:00 UTC    COLLAPSE

I guess one of us should tell the *Journal* reporter that this is the same guy who had the 'wheel' art installation in Davis and Harvard Squares (and, earlier, on Elm Street).

Edit: in fact, the same reporter wrote Wheel Answers gets one last spin this weekend, last April, but somehow didn't connect the dots this week.

    *Deleted comment*

      ron_newman  8 years ago  EXPAND

  I was really expecting better  make_you_laugh  8 years ago  EXPAND



**bluesauce**
February 4 2010, 16:33:50 UTC    COLLAPSE

Raise your hand if you're surprised that creepy Jonny acted like a creep, lied to the cops, and was trying to get kids liquored up.

No? Nobody? Me either.

Fuck. I'm just glad this piece of shit got caught. I hope they give it to him with both barrels.



  **You're being very violent**
  make_you_laugh
  February 5 2010, 23:07:51 UTC     COLLAPSE

Hi!

Out of all the comments posted here, yours is the most violent.

Has it even occurred to you that I might be innocent?

-Johnny

    Re: You're being very violent   bluesauce  8 years ago  EXPAND

      You're not a very good liar  make_you_laugh  8 years ago  EXPAND

        Re: You're not a very good liar   bluesauce  8 years ago  EXPAND

          Miraculously, another vague reference   make_you_laugh  8 years ago  EXPAND

            Re: Miraculously, another vague reference   bluesauce  8 years ago  EXPAND

    ron_newman


February 4 2010, 16:47:49 UTC    Edited:  February 4 2010, 16:48:08 UTC     COLLAPSE

From his Wheel Questions Blog, posted last Wednesday:

> I'm holding a party Friday in the Boston area. RSVP to johnny@wheelquestions.org and say a little about yourself for the location.

He posted another blog entry on Sunday, so either the jail has wi-fi, or he's already out on bail.

*Deleted comment*

**thetathx1138**   8 years ago   EXPAND


**ocschwar**
February 4 2010, 17:38:54 UTC     COLLAPSE

I think the community should impose a moratorium on more Jonmon comments.

He might need a jury...

**arrowintwolakes**
February 4 2010, 17:56:10 UTC     COLLAPSE

Heyyo!