UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ | ) | |
| JONATHAN MONSARRAT, | ) | |
| | ) | |
| *Plaintiff-Defendant in counterclaim* | ) | |
| | ) | CIVIL ACTION NO. 17-cv-10356-PBS |
| v. | ) | |
| | ) | |
| BRIAN ZAIGER | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant-Plaintiff in counterclaim.* | ) | |
| _____ | ) | |

## DEFENDANT IN COUNTERCLAIM'S MOTION FOR LEAVE TO FILE A REPLY TO ZAIGER'S OPPOSITION TO DEFENDANT IN COUNTERCLAIM'S MOTION TO AMEND ANSWER TO COUNTERCLAIM BY ADDING A COUNTERCLAIM

Pursuant to Local Rule 7.1(b)(3), Jonathan Monsarrat, defendant in counterclaim requests

leave to file a reply to Zaiger's February 13, 2018 opposition, Doc. 107, to Monsarrat's January

30, 2018 motion (Doc. 93)  for leave to file an amended answer and counterclaim to Zaiger's

counterclaim.

Among other things Zaiger's opposition mischaracterizes the record, ignores applicable

Massachusetts law as to claim preclusion, applies incorrect legal standards, and makes

unsupported contentions that are both immaterial and impertinent.

A reply will assist the Court  to determine to Monsarrat's January 30,  2018 motion (Doc.

93)  for leave to file an amended answer and counterclaim to Zaiger's counterclaim.

**WHEREFORE**  Jonathan Monsarrat requests leave to file the proposed reply attached

as Exhibit A.

DATED: February 23, 2018.

Respectfully submitted,

JONATHAN MONSARRAT,

By his attorney,

*ss/  Richard A. Goren*_____
Richard A. Goren, Esq. BBO #203700
Law Office of Richard Goren
One State Street, Suite 1500
Boston, MA 02109
617-933-9494
rgoren@richardgorenlaw.com


**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I hereby certify that on February 20, 2018, I conferred by email with plaintiff in counterclaim's counsels and attempted in good faith to resolve or narrow the issues.

*/s/ Richard A. Goren*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on February 23, 2018.

*/s/ Richard A. Goren*