UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JONATHAN MONSARRAT, )<br>)<br>*Defendant in counterclaim*, )<br>)<br>v. )<br>)<br>BRIAN ZAIGER )<br>)<br>*Plaintiff in counterclaim* )<br>) | CIVIL ACTION NO. 17-cv-10356-PBS |

**DEFENDANT IN COUNTERCLAIM'S MOTION FOR LEAVE TO FILE A REPLY TO THE OPPOSITION OF BRIAN ZAIGER (DOC. 111) TO DEFENDANT IN COUNTERCLAIM'S MOTION TO STRIKE.**

Pursuant to Local Rule 7.1(b)(3), Jonathan Monsarrat, defendant in counterclaim requests leave to file a reply to Zaiger's February 26, 2018 opposition, Doc. 111, to Monsarrat's February 12, 2018 motion to strike (Doc. 104) Zaiger's January 31, 2018 opposition (Docs. 96, 96-1 through 96-8) to Monsarrat's January 23, 2018 Motion for judgment on the pleadings. (Doc. 90).

A Reply will assist the Court in deciding Monsarrat's February 12, 2018 motion to strike.

**WHEREFORE** Monsarrat requests leave to file the proposed reply attached as Exhibit A.

DATED: February 28, 2018.

        Respectfully submitted,

        JONATHAN MONSARRAT,

        Plaintiff,

        By his attorney,

        *ss/ Richard A. Goren*
        Richard A. Goren, Esq. BBO #203700
        Law Office of Richard Goren
        One State Street, Suite 1500
        Boston, MA 02109
        617-933-9494
        rgoren@richardgorenlaw.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I hereby certify that on February 26, 2018, I conferred by email with the Zaiger's counsel and attempted in good faith to resolve or narrow the issues.

        */s/ Richard A. Goren*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on February 28, 2018.

        */s/ Richard A. Goren*