## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BRIAN ZAIGER,<br><br>　　　　Defendant. | CIVIL ACTION NO.<br>1:17-cv-10356-PBS<br><br>**MOTION FOR<br>ATTORNEY'S FEES AND COSTS** |

NOW COMES Defendant, Brian Zaiger, by and through undersigned counsel, and, pursuant to 17 U.S.C. § 505, hereby moves this Honorable Court award him his reasonable attorney's fees and costs in the amount of $85,395.74. Such fees are proper as Defendant is the prevailing party and the rates and hours are appropriate. In support hereof, Defendant refers to the accompanying memorandum and exhibits, incorporated herein by reference.

Pursuant to Local Civ. Rule 7.1(a)(2), undersigned counsel hereby certify that they have conferred with Plaintiff and have attempted in good faith to resolve the issue.

WHEREFORE Defendant respectfully requests this Honorable Court issue an award of attorney's fees and costs as sought herein.

| | |
|---|---|
| Dated: March 12, 2018. | Respectfully submitted,<br><br>/s/ Marc J. Randazza<br>Marc J. Randazza (BBO# 651477)<br>RANDAZZA LEGAL GROUP, PLLC<br>P.O. Box 5516<br>Gloucester, Massachusetts 01930<br>Tel: (702) 420-2001<br>Email: ecf@randazza.com |

Jay M. Wolman (BBO# 666053)
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: (702) 420-2001
Email: ecf@randazza.com

*Attorneys for Defendant
Brian Zaiger*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 12, 2018.

/s/ Marc J. Randazza
Marc J. Randazza