# **EXHIBIT 6**

State Court Cover Sheet

*Monsarrat v. Filcman*

<u>**Jonathan Graves Monsarrat**</u>
**TORT CLAIMS**

A. Documented medical expenses to date:

|   |   |   |
|---|---|---|
| 1. | Total hospital expenses | $ *1,000.00**  |
| 2. | Total Doctor expenses | $ *not yet determined** |
| 3. | Total chiropractic expenses | $ *n/a* |
| 4. | Total physical therapy expenses | $ *n/a** |
| 5. | Total other expenses (describe) out-patient rehabilitation | $ *not yet determined** |

SUBTOTAL  $ *not yet determined*

B. Documented lost wages and compensation to date          $ *100,000.00*        *
C. Documented property damages to date                             $ *n/a*
D. Reasonably anticipated future medical and hospital expenses  $ *not yet determined**
E. Reasonably anticipated lost wages                                      $ *250,000.00*        *
F. Other documented items of damages (describe)

$ *140,000.00*        *

G. Brief description of plaintiff's injury, including nature and extent of Injury (describe)

As a result of the defendants intentional, malicious, and defamatory acts and scheme, the Plaintiff has suffered severe injuries to his reputation, financially and physically, having to combat defendants' defamatory posts via marketing and advertising, having to move locations due to hate sites, legal bills to combat the defamatory posts, lost business opportunities given the injuries to Plaintiff's personal reputation; inability to seek employment. The Plaintiff has been caused to suffer emotional distress resulting in high blood pressure, sleeplessness and obesity, further endangering his ability to work.

TOTAL     $ *Over $500,000.00*

\*   Plaintiff is aware that there are numerous medical bills, copies of which have not yet been received.

**"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."**

Signature of Attorney of Record _[signature]_          Date: <u>February 4, 2013.</u>

BOS\60902.1

PL0336