## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN ZAIGER, <br><br> Defendant. | CIVIL ACTION NO. <br> 1:17-cv-10356-PBS <br><br> **DEFENDANT'S ASSENTED-TO MOTION FOR CONTINUANCE** |

NOW COMES Defendant, Brian Zaiger, by and through undersigned counsel, and pursuant to Local Rule 40.3, hereby moves for a one month continuance of the hearing scheduled for May 18, 2018, as set forth in the April 10, 2018 Notice ( Dkt. No. 128).

There is good cause warranting a continuance. Defendant's attorneys will be moving to withdraw, and Defendant Zaiger will need time to find a new attorney to represent him in this matter and, represented or *pro se*, prepare to argue the eight motions presently scheduled for the hearing (Dkt. Nos. 90, 92, 93, 100, 102, 104, 109 & 112). Such complexity and the consideration of the needs of this case represent good cause.

No prior continuances of this hearing have been sought.

As further grounds for the motion and pursuant to Local Civ. Rule 7.1(a)(2), undersigned counsel hereby certify that they have conferred with Plaintiff's counsel of record on this motion and that Plaintiff's counsel assented to relief requested in this motion.

| | |
|---|---|
| Dated: May 4, 2018. | Respectfully submitted,<br><br>/s/ Marc J. Randazza<br>Marc J. Randazza (BBO# 651477)<br>RANDAZZA LEGAL GROUP, PLLC<br>P.O. Box 5516<br>Gloucester, Massachusetts 01930<br>Tel: (702) 420-2001<br>Email: ecf@randazza.com<br><br>Jay M. Wolman (BBO# 666053)<br>RANDAZZA LEGAL GROUP, PLLC<br>100 Pearl Street, 14th Floor<br>Hartford, Connecticut 06103<br>Tel: (702) 420-2001<br>Email: ecf@randazza.com<br><br>*Attorneys for Defendant*<br>*Brian Zaiger* |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 4, 2018.

/s/ Marc J. Randazza
Marc J. Randazza