# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN ZAIGER,<br><br>Defendant. | CIVIL ACTION NO.<br>1:17-cv-10356-PBS<br><br>**DECLARATION OF JAY M. WOLMAN** |

I, Jay M. Wolman, declare:

1. I am over the age of 18 years and am fully competent to make this Declaration. The facts set forth in this Declaration are within my personal knowledge and are true and correct to the best of my knowledge and belief.

2. I am currently one of the attorneys of record at Randazza Legal Group ("RLG") for Defendant Brian Zaiger ("Mr. Zaiger").

3. In May 2017, Mr. Zaiger retained RLG to represent him in matters related to the above captioned action.

4. Under the terms of the Representation Agreement, Mr. Zaiger agreed to fulfill certain obligations with RLG about this case.

5. Mr. Zaiger has failed to meet certain obligations under the Representation Agreement, including communication obligations.

6. Notice was given to him on multiple occasions that he was required to remain in communication with his counsel.

7. He has not sufficiently met this obligation and others.

- 2 -

8. Due to Mr. Zaiger's continuing failure to meet his obligations, RLG is no longer capable of effectively representing Mr. Zaiger.

9. Mr. Zaiger has generally been apprised by me of the pending motions and upcoming hearing.

10. Mr. Zaiger was apprised RLG is seeking to withdraw and he was advised to hire another attorney.

11. Due to these disputes, there exists an actual conflict between Mr. Zaiger and RLG.

12. Due to these disputes, there is a complete breakdown of the attorney-client relationship.

13. The attorney-client relationship is in discord and cannot be repaired.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 8, 2018.

/s/ Jay M. Wolman
Jay M. Wolman