UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT,<br><br>    Plaintiff,<br><br>v.<br><br>BRIAN ZAIGER,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:17-cv-10356-PBS<br><br>**REQUEST TO APPEAR<br>BY TELEPHONE** |

    Attorneys Marc Randazza and Jay Wolman, presently counsel for Defendant Brian Zaiger, hereby request that they be permitted to participate in the May 18, 2018, Status Conference by telephone. On May 10, 2018, the Court converted a scheduled hearing date on a series of pending motions into a status conference, following a Motion for Continuance (Dkt. No. 129) on the basis of such attorneys having filed a Motion to Withdraw (Dkt. No. 130). See Dkt. No. 131.

    Neither of Mr. Zaiger's attorneys reside in the Commonwealth of Massachusetts. In light of the motion to withdraw, and to avoid those attorneys incurring additional expenses and fees for Mr. Zaiger, it would be most economical if telephonic appearance were permitted.[1]

    Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that he has conferred with Plaintiff's counsel in good faith and that Plaintiff consents to the relief requested herein. A copy of this Request and of the Order of May 10, 2018 (Dkt. No. 131) will be served upon Mr. Zaiger as well.

    WHEREFORE it is respectfully requested that this Honorable Court permit counsel to participate in the Status Conference by telephone.

---

[1] Certainly, undersigned counsel would also agree that Plaintiff's counsel be permitted to appear by telephone as well, should he so desire.

Dated: May 11, 2018.

Respectfully submitted,

/s/ Jay M. Wolman
Jay M. Wolman (BBO# 666053)
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: (702) 420-2001
Email: ecf@randazza.com

Marc J. Randazza (BBO# 651477)
Randazza Legal Group, PLLC
P.O. Box 5516
Gloucester, Massachusetts 01930
Tel: (702) 420-2001
Email: ecf@randazza.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants and to Mr. Zaiger, at his last known address of record, via first-class mail, postage prepaid, and via electronic mail, along with a copy of the Order of May 10, 2018, as follows:

Brian R. Zaiger
4 Davis St Apt 3
Beverly, MA 01915
<brian.zaiger@gmail.com>

on May 11, 2018.

/s/ Jay M. Wolman
Jay M. Wolman
---

- 2 -

Dated: May 11, 2018.

Respectfully submitted,

/s/ Jay M. Wolman
Jay M. Wolman (BBO# 666053)
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: (702) 420-2001
Email: ecf@randazza.com

Marc J. Randazza (BBO# 651477)
Randazza Legal Group, PLLC
P.O. Box 5516
Gloucester, Massachusetts 01930
Tel: (702) 420-2001
Email: ecf@randazza.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants and to Mr. Zaiger, at his last known address of record, via first-class mail, postage prepaid, and via electronic mail, along with a copy of the Order of May 10, 2018, as follows:

Brian R. Zaiger
4 Davis St Apt 3
Beverly, MA 01915
<brian.zaiger@gmail.com>

on May 11, 2018.

/s/ Jay M. Wolman
Jay M. Wolman