# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN ZAIGER, <br><br> Defendant. | CIVIL ACTION NO. <br> 1:17-cv-10356-PBS <br><br> **NOTICE OF LIEN** <br> **PURSUANT TO G.L. C. 221, § 50** |

NOW COME Attorneys Marc J. Randazza and Jay M. Wolman of Randazza Legal Group, PLLC, and, pursuant to G.L. c. 221, § 50, hereby give notice of their lien for their reasonable fees and expenses upon Defendant Brian Zaiger's counterclaim, his claims for fees and expenses under the Copyright Act, 17 U.S.C. §§ 504 & 512, and any claims for sanctions under Fed. R. Civ. P. 11 & 37, 28 U.S.C. § 1927, and/or the Court's inherent authority, any judgments, decrees, or orders that may enter in his favor or made in this proceeding, and upon the proceeds derived therefrom. Such attorneys shall, as needed, seek to have this Court determine and enforce this lien.

Dated: May 18, 2018.

Respectfully submitted,

/s/ Jay M. Wolman
Jay M. Wolman (BBO# 666053)
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: (702) 420-2001
Email: ecf@randazza.com

Marc J. Randazza (BBO# 651477)
Randazza Legal Group, PLLC
P.O. Box 5516
Gloucester, Massachusetts 01930
Tel: (702) 420-2001
Email: ecf@randazza.com

## CERTIFICATE OF SERVICE

 I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants and to Mr. Zaiger, at his last known address of record, via first-class mail, postage prepaid, and via electronic mail as follows:

<div align="center">
Brian R. Zaiger
4 Davis St Apt 3
Beverly, MA 01915
&lt;brian.zaiger@gmail.com&gt;
</div>

on May 18, 2018.

             /s/ Jay M. Wolman
             Jay M. Wolman

RANDAZZA | LEGAL GROUP