UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

CERTIFIED MAIL



7012 3050 0000 7256 8545

Brian Zaiger
4 Davis St. Apt. 3
Beverly, N

NIXIE       015  DC 1            6007/03/
         RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

UTF    BC: 02210302599    *1669-04179-
02210>3025

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>BRIAN ZAIGER<br>4 DAVIS ST. APT. 3<br>BEVERLY, MA<br>01915 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7012 3050 0000 7256 8545 |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

CASREF,COPYRT,MOTREF,RefFPT

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:17-cv-10356-PBS
# Internal Use Only

Monsarrat v. GOTPER6067-00001 et al
Assigned to: Chief Judge Patti B. Saris
Referred to: Magistrate Judge Marianne B. Bowler
Cause: 28:1338 Copyright Infringement

Date Filed: 03/02/2017
Jury Demand: Defendant
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**Jonathan Monsarrat**  represented by **Richard A. Goren**
Law Office of Richard Goren
One State Street, Suite 1500
Boston, MA 02109
617-933-9494
Email: rgoren@richardgorenlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**GOTPER6067-00001**
*TERMINATED: 05/26/2017*
*doing business as*
EncyclopediaDramatica.SE
*TERMINATED: 05/26/2017*

**Defendant**

**Brian Zaiger**  represented by **Brian Zaiger**
4 Davis Street
Apt. 3
Beverly, MA 01915
PRO SE

**Marc J. Randazza**
Randazza Legal Group, PLLC
4035 S. El Capitan Way
Las Vegas, NV 89147
702-420-2001