Honorable Marianne B. Bowler
United States Magistrate Judge
United States District Court
1 Courthouse Way, Suite 8420
Boston, Massachusetts 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

**CERTIFIED MAIL**

7002 0510 0004 1358 7753

FILED
IN CLERKS OFFICE

2018 AUG -2 AM 11: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

SCANNED

USMS SCREENED

PBS

Brian Zaiger
Lafayette Hotel, Room 111
116 Lafayette Street
Salem, MA 01970

NIXIE        015   40 1             7207/31/18
             RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
             UNABLE TO FORWARD
BC: 02100                 2155N212203-00751

1st NOTICE
2nd NOTICE
RETURNED