UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JONATHAN MONSARRAT,
     Plaintiff,

     v.                                    CIVIL ACTION NO.
                                           17-10356-PBS
BRIAN ZAIGER,
     Defendant.

**REPORT AND RECOMMENDATION RE:**
**PLAINTIFF MONSARRAT'S CROSS-MOTION FOR JUDGMENT ON THE PLEADINGS**
**(DOCKET ENTRY # 90)**

**MEMORANDUM AND ORDER RE:**
**DEFENDANT IN COUNTERCLAIM MONSARRAT'S MOTION TO AMEND ANSWER TO**
**COUNTERCLAIM BY ADDING A COUNTERCLAIM (DOCKET ENTRY # 93);**
**PLAINTIFF MONSARRAT'S MOTION TO STRIKE DEFENDANT ZAIGER'S**
**OPPOSITION TO THE MOTION FOR JUDGMENT ON THE PLEADINGS**
**(DOCKET ENTRY # 104)**

**August 13, 2018**

BOWLER, U.S.M.J.

     Pending before this court is a motion for judgment on the

pleadings filed by plaintiff Jonathan Monsarrat ("Monsarrat")

under Fed. R. Civ. P. 12(c) ("Rule 12(c)") (Docket Entry # 90),

a motion to strike defendant Brian Zaiger's ("Zaiger")

opposition to the motion for judgment on the pleadings filed by

Monsarrat under Fed. R. Civ. P. 12(f) ("Rule 12(f)") (Docket

Entry # 104), and a motion filed by Monsarrat to amend his

answer to the counterclaim ("MAAC") under Fed. R. Civ. P. 15(a)

("Rule 15") (Docket Entry # 93).  On July 12, 2018, this court