**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Jonathan Monsarrat<br>    Plaintiff<br><br>    V.<br><br>GOTPER6067-00001 et al.<br>    Defendant | CIVIL ACTION<br><br><br><br>NO.  1:17-cv-10356-PBS |

## ORDER OF DISMISSAL

SARIS, C.J.

In accordance with Court's Orders dated September 4, 2018, adopting the Report and Recommendations and Dismissing the Complaint (Docket No. 1), it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                                                            By the Court,

9/07/2018                                                              /s/ Katelyn Coppola
  Date                                                                    Deputy Clerk